Thasku Joseph                                    Date: Dec 3, 2016

P.O.Box 5016 Hagatna, Guam 96932

Phone-671-972-7927 E-mail-thaskuj@gmail.com

Case: 1:16-cv-02460
Assigned To : Unassigned
Assign. Date : 12/19/2016
Description: Pro Se Gen. Civ.     F-DECK

Unites States District and Bankruptcy

U.S. District Court

333 Constitutional Avenue NW

Washington D.C. 20001

## **Affidavit**

## **Express Petition and Complaint**

## **Demand Court order to pay us. For damages. We can't file suit, be witness,** OR
*Release the Innocent Spouse money or our money*
Pursuant to 42 U.S.C 1983 filed by a petitioner incarcerated


Thasku Joseph

Plaintiff

VS

Mike Darby and others
Defendants please see other page for defendant's name

(A) I, Thasku Joseph, the plaintiff, petitioner, and witness respectfully, requesting the
Court to order all the defendants to pay us for damages. We are suffering too long
without any reason. All these defendants new our case was closed since may 5th 2014.
And the form 12257 to file a lawsuit for innocent spouse. They took advantage of us and



RECEIVED

Clerk, U.S. District and Bankruptcy
Courts for the District of Columbia



our legal documents to their own gain, as well as abused us repeatedly. They knew our case involved violation of the laws including the following below. (Causes of Action)

1. corruption 2.prejustice 3.discrimination 4.unconstutional 5.without due process 6.racism 7.contempt of Court 8. invasion of our privacy in 9.person and10. paper 11 12. Documents confiscation and totally injustice.

B.) I, Thasku Joseph, the petitioner and plaintiff may ask the Court not to changed the date Sept 1,2016. This is true fact and relevant evidence that Mike Darby doctrine to impede to delay this case until today. Contempt of Court (Power of Individual Judge)

1.Title 18 of the United States Code 2.and U.S code under Rule 42.I also e-mail the Clerk Angela D. Caeser to file a protective order not to communicate with Mike Darby and release the final Judgment. I also told Mrs. Watson about Mike that he was dishonest and lied to me the name of the Judge. (Moss Granted) I may ask the Court to see all my legal documents to prove this case that this case should closed long ago. All these lawyers were lied to covered up the truth and defend each other. Even the Director of office of Disciplinary Council Wallace Ship dishonest that our former lawyer didn't earn the $200.00 please see money order receipt and the priority mail tracking number 7015-1730-0002-2104-5066 and his office received the money order.

C.) I, Thasku Joseph the petitioner may ask the Court to allow me to communicate with Angela Caeser on this case based on Pro-Se for non prisoner incarcerated for civil suit with her name on it. And I trusted her, since I and her talked that I trusted her she told me yes, yes. About the documents I signed to share secret I asked her, if I can send her my documents, she said yes. The Chief Judge (Richard W. Robert) not Beryl A. Howell.

I, Thasku Joseph, declared and Stated under oath and penalty of perjury, that all the statements in the entire instrument are true and correct.

Executed Date:. Dec 3rd 2016    Thasku Joseph
Signature _____