*e-mail Communication*

Dear Angela,

The purpose of this e-mail to address this express legal matter to you. Our Lord knows I or my family depend on your emergency assistance not only for your Title Clerk of Court but with your honesty and I believe myself the Lord with you. Our family belive in the name of the Lord Jesus Christ, we don't want to prosocute the defendants. We let the Bankruptcy Judge or the Jury on his own decision. What made me sent those words the motion and the statement of my innocet spouse Date Oct 28, 2016 when Mike told me that if I don't provide the explanation letter why I'm using the P.O. Box 5016 the Judge going to reject our case. another thing if you look carefully for the motion I sent Aug 23 or Aug 22. The on seperate ppaer, the motion in one page only. I explain why I use the P.O. Box 5016 because the U.S. Postal Service doesn't delever mail to some home residential area here on Guam. I verify with Miss Watson she told me yes, the Judge request that. Mike Darby dishonest yo me when I asked him who is the assaign Judge to our Case. he told me, Moss Granted he even spell the Judge's name so I wrote down. When I asked him,again what is the name's of the Judge he told me Moss Friedman. he forgot he told me the last name Granted. I told him, you told me Granted he said, he didn't. I told him why I didn't see his name in list of the Juges?. he told me to look on the Court website. he told me also why I sent you those letter I resend. he made me feel I made a big mistake. God knows, I am not a Lawyer. this is the reason, the Lord has planned to appointed you in the Bankruptcy form for civil complaint for non-prisoner from the Judge to direcr you for your honesty. God knows, from the beginning of this case when I saw your name on that U.S. Court stamp on it. June 8 2016. I knew, you are honest and I also spoke to you on the phone, I told you please help. This is the kind of person I believe the Lord wanted me to communicate with. Lastly, I respectfully, ask to file this express protective order please. because of my problem with internet access and computer this is the reason I send you today when I have this chance to use the public Library.

Thanku Joseph

God Bless you Angela

Attachments area

Preview attachment Angela D. Caese.docx

DATE :     Nov 8th, 2016

TO:        United States Court of Appeal

           333 Constitutional Avenue, NW

           Washington, D.C 20001

FROM:      Thasku Joseph

           P.O. Box 5016 Hagatna, Guam 96932    Cell-671-972-7927 E-mail
           thaskuj@gmail.com

Subject: Express Petition (Protective Order)

Your Honor,

I, Thasku Joseph, respectfully ask the court to allow the Clerk of Court Angela D. Ceser to file these protective order to protect I and my family from doctrine to extended this case file in the Court above. I also stated that I have legal right to get access to law and the Court above or the US Court of Bankruptcy . Further more, the right to petition the Court for correction not release the final Judgment and my motion I submitted .

1. To order to protect me from Communicate with Mike Darby

2. To protect and order not to delay or extended this case for another six weeks.

3. To protect and order the final Judgment to send urgently

4. To order and protect to release the decision of my motion Dated: Sept 6, 2016

5. To order and protect to granted these petition or protect our family to granted these protective order I submitted to Angela D. Caser the Clerk of Court by e-mail.

6. To protect and order to send us by mail urgently.

I, Thasku Joseph, declared under oath perjury of the law of the United States of America that all the statements in this entire instrument are true and correct.

Executed: Date Nov 8th, 2016

Signed Thasku Joseph

**DATE:** April 4, 2016

**TO:** Hoborable Chief Judge **MERRICK B. GARLAND**

UNITED STATES COURT OF APPEALS

DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW

Washington D.C. 20001-2866   Phone -202-216-7000   Facsimile-202-219-8530

**FROM:** Thasku Joseph

P.O.Box 5016 Hagatna, Guam 96932 C/O Phone-671-9692-2520

E-mail~~[redacted]~~

**SUBLECT:** Declaration of emergency Court Order ( Our Case is Pejudice, Unconstutional, and Injustice) Our Legal documents confisticated intentionally, without due process of law. Violation of our Civil Rights, and Documents Confistication Violation. We are both disabled. ADA Violation.

<u>Section 142 Magistrates Court Act 1980</u>

<u>Section 37 of the Mental Health Act</u>

<u>Document Confistication Violation of U.S.C. 1952</u>



Honorable Chief Judge Garland,

Before, I begin my statement, I respectfully thanks to the Lord for allowing me to communicate with you and introduce myself. my name is Thasku Joseph. I am the husband of Akimine Walter, my wife didn't involve in my dispute with IRS. she only signed the amended return because of our two kids I claimed as dependents. I witness the truth of this case against my wife Akimine Walter. In 2014, the IRS illegally deducted my wife's social security disabled monthly bebefit. my wife didn't aware about the deduction of her social security disabled benefit until she went to the social security office here on Guam to findout why her s.s didabled benefit deducted.

# COURT PERSONNEL

## Chief Judge
Richard W. Roberts, Rm. 4535   (202) 354-3400

## Active Judges
Emmet G. Sullivan, Rm. 4935A   (202) 354-3260
Colleen Kollar-Kotelly, Rm. 6939A   (202) 354-3340
Reggie B. Walton, Rm. 6403A   (202) 354-3290
Richard J. Leon, Rm. 6315   (202) 354-3580
Rosemary M. Collyer, Rm. 2528   (202) 354-3560
Beryl A. Howell, Rm. 6600   (202) 354-3450
James E. Boasberg, Rm. 6321   (202) 354-3300
Amy B. Jackson, Rm. 2528   (202) 354-3460
Rudolph Contreras, Rm. 4903   (202) 354-3520
Ketanji B. Jackson, Rm. 6309   (202) 354-3350
Christopher R. Cooper, Rm. 6903   (202) 354-3480
Tanya S. Chutkan, Rm. 2309   (202) 354-3390

## Senior Judges
Thomas F. Hogan, Rm. 4012A   (202) 354-3420
Gladys Kessler, Rm. 4006A   (202) 354-3440
Paul L. Friedman, Rm. 6012A   (202) 354-3490
Royce C. Lamberth, Rm. 2010A   (202) 354-3380
Ellen Segal Huvelle, Rm. 4423A   (202) 354-3230
John D. Bates, Rm. 4114   (202) 354-3430

## Magistrate Judges
Deborah A. Robinson, Rm. 2315   (202) 354-3070
Alan Kay, Rm. 2333   (202) 354-3030
John M. Facciola, Rm. 2321   (202) 354-3130

## Bankruptcy Judge
S. Martin Teel, Jr., Rm. 2114   (202) 565-2534

## Clerk of Court
Angela D. Caesar, Rm. 1130   (202) 354-3050

UNITED STATES DISTRICT AND BANKRUPTCY
COURTS FOR THE DISTRICT OF COLUMBIA

Thasku Joseph
         Plaintiff
v.

         Defendant

U.S. District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

## ORDER

The papers in the above captioned matter are hereby returned to you for failure to comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and/or the requirements of the Prison Litigation Reform Act of 1995. The papers are deficient in the following areas:

☐ Your complaint **must** set forth the facts of your case and indicate what kind of relief you seek from the Court. The name of this Court **must** be written at the top of the first page. The word COMPLAINT **must** appear under the caption. All parties to the suit must be named in the caption. The use of et al. is **not** permitted as the rules require you to name each defendant as well as an address to effect service.

☐ Your COMPLAINT **must** be typed or legibly handwritten. If you are requesting a jury trial, the demand **must** be stated in your complaint.

☐ Your COMPLAINT **must** bear your original signature.

☐ Application to Proceed In Forma Pauperis **must** be completed and originally signed. (Enclosed)

☐ You **must** file a Motion for Leave to File because:_____

☑ OTHER: You must redact sensitive information (e.g. SS#, DOB) from complaint and exhibits. In addition, please send all future filings to the Clerk's Office. Pleadings cannot be filed in a timely manner if they are mailed directly to Ms. Caesar's office or Judge's Chambers.

For the foregoing reasons, these papers are being returned unfiled. You may resubmit these papers to the Court, upon correction of the deficiency(ies) checked above. **DO NOT SEND PAPERS DIRECTLY TO ANY CHAMBERS.**

11/21/2016  JCD             HOWELL, C.J. BAH
Date                  Chief Judge Beryl A. Howell

The social security office told her IRS deducted. our case with IRS had been signed, approved, to closed. Our former advocate lawyer Jennefer Carson worked on our case knew our case had signed, and approved that our case closed since 2013. one night in 2014. I called the IRS to find out about the deduction the IRS illegally made, the person answered the phone to wait for the appeal form and the IRS POA form they were going to send us and explain why my wife disagreed with her s.s. deduction.

In that period of time between 2014 and 2015, the IRS deducted around $600.00 dollars from her social security. In May 2015 she received letter from the Seattle appeal office in Washington from Jannet K. Fletcher. during that time, we also receved the IRS POA, IRS send back to us with plenty IRS official stamp on it. The IRS POA form, the section I have indicate in the box my attorney license number. I have to send back to IRS, and my attorney's license certificate number, or what is my relationship to my wife. I cirle the (F) and right down our married certificate number and faxed back to Jannet Fletcher. I also wrote Jannet K Fletecher all the 11 new discovered of new facts of violation admittedly by IRS intentionally and the claim for damages $15.million.

I also send her our married certificate and other relavant legal documents proved that our case closed signed approved and the 12257 form to file lawsuit for innocent spouse. we have different Lawyers, they were dishonest to do the lawyer's responsibility to assist us. this is the reason I include all of them to file lawsuit against them because they all have our personal legal documents. they took advantage of our legal documents for their gain and not assisting us. I also include the U.S.Treasury Miss Harvey because she told me to forward to her our legal documents and we never heard anything from her. that means she is confisticted our legal documents to now days as well.

Your honor,

I respectfully ask you honor to review the new facts of discovered and finding of violation of the laws and the relavant petition I sent to the Bar Councel in Washington D.C.the reason I send you copies of our legal documents directly, because I send to Bar Councel in Washington D.C. our original copies as evidence. I thought, this is the right legal councel can legally solved our family problem.we don't have accesss to legal councel, they ignored us. even the Guam Bar Association, and the office of Bar Councel in washington D.C. the person e-mail me, their office can not take our case. please order them to send you our original copies. this why I petition and appeal our case and sent them our legal documents. I also respectfully ask from the bottom of my heart please help us and send us copy that you receive our legal documents. and order the defendants to pay us for damages. we are embarressed, suffered, painfully and exhausted deeply in our body system.these people supposed to help us, they treated us inhuman and unequally.we can't file lawsuit,witness,and they confisticated our legal documents ilegally and intentionally. I have fear that our case had burried and unsolved, without reaching the Court or the Justice Department.

Thank you, God bleass you.

Reference: General findings and conclusions: a low threshold and a broad concept

The term 'a serious violation of international human rights law' sets a low threshold. Though it covers violations of human rights that are international crimes, its scope is much broader and includes violations of social, economic, and cultural as well as civil and political rights.

In terms of criteria, it refers to a range of human rights violations and takes account of:

The nature of obligations engaged.

The scale/magnitude of the violations.

The status of victims (in certain circum- stances).

The impact of the violations.

The relevance of the 'gravity' of the violation

Different legal systems distinguish between breaches of obligation in various ways and for a variety of purposes. References to the 'gravity' of human rights violations have evolved over time. States often referred to the gravity of violations when they framed ethical foreign policies, or imposed conditions on financial, technical, or technological assistance, for example.13

Professor Cecilia Medina has also defined 'gross and systematic' human rights violations. She suggested they are violations which are 'instrumental in the achievement of governmental policies perpetrated in such a quantity and in such a manner as to create a situation in which the rights to life, to personal integrity or to personal liberty of the population as a whole or of one or more sectors of the population of a country are continuously infringed'.64 On this basis, she concluded that four elements must be present for a violation to qualify as 'gross and systematic': (a) quantity; (b) time; (c) quality; and (d) planning. Quality (expressed by the adjective 'gross') may be a combination of three factors: (1) the type of right(s) violated; (2) the character of the violation; and (3) the characteristics of the victims.

The quantum of the violation

When considering the terms 'systematic' human rights violations or a 'consistent pattern' of violations, the volume or scale of the violation seems to be relevant. But would a quantity

criterion help to establish what a 'serious' human rights violation is?the answer is yes.

I, Thasku Joseph, declare under penalty of perjury under the law of United States of America that the foregoing is true and correct.

Signed Date: 4/13/2016 *Thasku Joseph*

Date: April 4th 2016

Thasku Joseph

P.O. Box 5016

Hagatna, Gu 96932

<u>Referrence:Section 142 Magistrates' Court Act 1980</u>

<u>Section 37 of the Mental Health Act</u>

<u>Document Confistication Violation of 18 U.S.C. 1952</u>

<u>Discovered of new secret facts of violation of all the laws by the U.S. Federal Goverment IRS, TIGTA, the private law of Attorney Charles Ray, Office of Gunliffe and Cook here on Guam, and all the IRS agencies involved in our case intentionally (We Need Justice)</u>

I, Thasku Joseph respectfully request to the court for an appeal board for consideration and reviewed of all the secret new discovered to   proved of all these   secret facts of doctrine illegal incidents of violation of the Federal laws admittedly by IRS,TIGTA, and these two private law firms of violation of all the laws, of the State Laws, Federal Laws, and International Laws and covered up to illegally frame us. it is unconstitional   and injustice, that these lawyers and U.S. Federal Government official treated us inhuman or less than human being intentionally. The truth is, they treated us like the black people in the old days, in the late 1800 century by the lawyers and the U.S. Federal Employees. we can't file suit, witness, and confiscated our confidential documents illegally without due process of law. please Lord, save us,   and free us, we are suffered too long. we don't have access to the court, these people working in your nation U.S. Federal Government, and the Attorney control our life's and our thought. We don't have access to lawyer which is chosen by you to represent us, we want to address to the you our Lord to touch the appeal board members to set us free and    please give them legal power to order the U.S.Federal Government IRS and TIGTA to released our money in peacefully, we are suffered, painfully, embarrassed, and exhausted deeply inside our body too long without any reason what so ever. The U.S. Federal Government and the Lawyers planet to return our case   back to IRS again. I would like to address again, to the appeal board. all these new discovery of serious of illegal violation in secret that really affected our life and our case as human being to treated us inhuman by the U.S. Federal Government employees, these two private law firms, hid our case do illegal secret settlement without due process of law. and illegally assist the U.S. Federal Government to frame illegally to covered up the truth of our case, that they illegally frame innocent disabled person. my wife has mental illness and i am physically disabled. I also want to address to the appeal board, that I have witness with me during that time I went to Cook and Gunliffe office, he saw me when I asked the secretary to printout the IRS POA declaration Representative. Signed in front of attorney Cook my partner saw them when they made

## The Term " serious of violation" includes economic and social rights

1. Treated us inhuman not have equal rights to the laws and court. violation of our civil rights law intentionally. and it is unconstitional and injustice. People are born free and equal rights of the laws. We don't have attorney on our side. Attorney Charles Ray is on IRS and TIGTA side, he told me over the phone TIGTA, he is defending the U.S. Federal Government. (Contempt of the International Civil Rights Laws) (serious violation)we have right to have attorney, (violation of our Bill of Rights)

Reference: Fourteen Amendment applies the equal protection clause only against the states, the Supreme Court, since Bolling v. Sharpe (1954) has applied the clause against federal government through the due process clause of the Fiveth Amendment under a doctrine called

"Reverse Incorporation."{111}{112}

## Document Confistication Violation of 18 U.S.C. 1952

### Documents of a Confidential *Nature*

1.)The right not to be subjected to unsanctioned invasion of privacy by the government,corporations or individuals is part of many countries' privacy laws,

2.)The boundaries and content of what is considered private differ among cultures and individuals, but share common themes. When something is private to a *person*, it usually means that something is inherently special or sensitive to them. The domain of privacy partially overlaps security, which can include the concepts of appropriate use, as well as protection of information. Privacy may also take the form of bodily integrity.

2. Doctrine illegal method of confiscation of our POA I had with IRS on file intentionally. It is unsanctioned invasion of our privacy in paper and in person intentionally. Violation of our privacy in paper and person ( Violation of 18 USC willful deprivations of federal rights under color of laws) as well as violation of the International law

- Article 12 No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honor and reputation. Everyone has the right to the protection of the law against such interference or attacks.

3.illegally disabled and Injured our civil rights to exercise our future Federal Civil Rights Law intentionally. (Violation of the principal statues are 18 USC 241 (conspiracy to injure citizen (human being) in the exercise of federal rights)

4. Confisticacted our copy of passport including our (date of birth)intentionally (invasion of our privacy)( Invasion of our privacy to injured our spirit of thought and disabled our future civil rights to exercise our federal civil rights ) Violation of the International laws

Article: 3. Everyone has a the right to life, liberty, security of person

discrimination against us because of our nationality) racisim and prejudice(hate crime) violation of the 18 U.S.C.249

16. Violation of women civil rights law lack of protection of the equal law intentionally.

17. Violation of the International law (serious violation) discrimination against women

18. Violation of(OP-CEDAW) economic, social and cultural rights,(OP-ICESCR). Article 8 of OP-CEDAW allows the U.N. committee on elimination of discrimination against women to intiate a confidential investigation by one or more of its members where it has received reliable information of grave or systematic violations by a state party of rights established in the Convention'.24 Article 11 of OP-ICESCR reproduces almost verbatim the language of OP-CEDAW. The UN Committee on Economic, Social and Cultural Rights may examine situations of 'grave' or 'systematic' violations of any of the economic, social, and cultural rights set out in the Covenant.2

19. Violation of the International laws   discrimination against us to initiate a confidential investigation and trick us of illegal confidential of illegal   method to frame us illegally and   intentionally tort the phone.

Referrence:Interestingly, in a later introduction to Basic Principles and Guidelines on the Right to a Remedy and Reparation for Victims of Professor van Boven suggested that, when they had discussed the concept of 'gross violations of human gross Violations of International Human Rights Law and Serious Violations of International Humanitarian Law (2005), nights', 'the authors had in mind the violations constituting international crimes under the Rome Statute of the International Criminal Court'.61 According to others, mentions of 'gross' violations of human rights in the Basic Principles and Guidelines referred to international humanitarian law and situations covered by that law.62

20. Doctrine illegal method   of confidential illegal trick and technique of   unsanctioned invasion of our privacy of our personal identity with picture for   TIGTA and IRS future gain intentionally that our case number in our passport and my writing in our passport: Attention: Our attorney Kelli Adams (Violation of the International Law)and systematic discrimination, in particular based on race or gender.60 and serious "gross" violation human rights law

21. Doctrine illegal trick of unsanctioned invasion size and unreasonable "gross"' violation of our home tort the phone and our personal   property tort the phone illegally and intentionally by Miss Futon for TIGTA and IRS future gain. Violation of the international law of crimes against the peace and security of mankind.

- Article 12 No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honors and reputation. Everyone has the right to the protection of the law against such interference or attacks.

22. Confisticacted our document paper to proved that showing 000 balance in the letter from IRS

Covenant.2

Thasku Joseph signing for our family *[signature]*

*Attention (9392)*

*IT DATED APRIL 4, 2016*

Thasku Juseph

P.O.Box 5016

Hagatna, Guam 96932 -cell 671-997-2439

(Plaintiff)

V/S

All the defentants below

Demand for past due payment (damaged) suffered,imbarressed,painful,and violation of our privacy and confisticated our personal documents.

# Jennefer Carson

TAS

P.O. Box 1640 MS1011

ODGEN, UT 84402     Phone--866-809-2329 Fax-855-833-6438

**Jannet K.Fletcher**   E-N0276951

Department of The Treasury IRS

Appeals Office 915 Second Avenue

Room 2790, MS W 680

Seattle, Wa 98174       Tel 206-946-3574

**Norma I Diaz**     Employee Number-65-04769

Department of the Treasury

Internal Revenue Service Appeals Office

51 SW First Avenue Suite 1014, Box 47

Miami, FL 33130                Tel-305-982-5252 Fax-855-272-1102

## Attorney Cook and Gunliffe

Law Offices
Gunliffe & Cook
Suit 200
210 Archbishop Florest St.
Hagatna, Gu 96910

Date: Aug 22,2016

**UNITED STATES COURT OF APPEALS**

**DISTRICT OF COLUMBIA CIRCUIT**

333 Constitution Avenue, NW Washington,

DC 20001-2866

Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff

Thasku Joseph

P.O. Box 5016 Hagatna, Guam 96932

Cell-671-997-2439



VS

New Defendants/Respondent

**1.Nancy Dunn**

UNITED STATES COURT OF APPEALS

DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW Washington, DC 20001-2866

Phone: 202-216-7000 | Facsimile: 202-219-8530

**2.Wallace Shipp Jr.**

Office of Disciplinary Counsel

515 Fifth Street NW
Building A, Suite 117
Washington, DC 20001
Phone: 202-638-1501
Fax: 202-638-0862

3. **Elizabeth Herman**

Office of Disciplinary Counsel
515 Fifth Street NW
Building A, Suite 117
Washington, DC 20001



Phone: 202-638-1501
Fax: 202-638-0862

**4.Hellen Stevenson**

Office of Disciplinary Counsel

515 Fifth Street NW
Building A, Suite 117
Washington, DC 20001
Phone: 202-638-1501
Fax: 202-638-0862

**5.Angela Walker**

Office of Disciplinary Counsel

515 Fifth Street NW
Building A, Suite 117
Washington, DC 20001
Phone: 202-638-1501
Fax: 202-638-0862

**6. Carmen Remero**

US Department of Justice

Civil Rights Division

Disability Rights Section NYA

950 Pennsylvania Avenue NW Washington D.C.20530

**7.Marcia Small**

Department of the Treasury
Washington, DC 20220
Treasury Department Office of Civil Rights and Diversity
Associate CHCO (Civil Rights and Diversity)
Office of Civil Rights and Diversity
Department of the Treasury
1500 Pennsylvania Avenue, NW.
Washington, DC 20220
(202) 622-0316

**8.Lydia E. Aponte Morales**

Department of the Treasury
Washington, DC 20220
Treasury Department Office of Civil Rights and Diversity
Associate CHCO (Civil Rights and Diversity)
Office of Civil Rights and Diversity
Department of the Treasury
1500 Pennsylvania Avenue, NW.
Washington, DC 20220
(202) 622-0316

**9.Darlene Fulton**

Government Information Specialist

Office of Chief Counsel, Disclosure Branch
Treasury Inspector General for Tax Administration (TIGTA)

Disclosure Branch City Center Building

1401 H Street, NW, Suite 469 Washington, DC 20005 phone-(202) 622-3889

**10.Bruce A. Bradly,**

Office of the Ethic Prosecutor

Guam Judicial Center, Second Floor

120 West O' Brien Drive Hagatna, Guam 96910   Phone- 671-475-3167

**11..Parker Haold**

**Guam Legal Service**

113 Bradley Place, Hagåtña, GU 96910

Phone. +1 671-477-9811


**DEFENDANT'S NAME SUBMITTED DATED APRIL 4, 2016**

**12.Jennefer Carson**

TAS

P.O. Box 1640 MS1011

ODGEN, UT 84402    Phone--866-809-2329 Fax-855-833-6438

**13.Jannet K.Fletcher   E-N0276951**

Department of The Treasury IRS

Appeals Office 915 Second Avenue

Room 2790, MS W 680

Seattle, Wa 98174   Tel 206-946-3574

**14.Norma I Diaz      Employee Number-65-04769**

Department of the Treasury

Internal Revenue Service Appeals Office

51 SW First Avenue Suite 1014, Box 47

Miami, FL 33130   Tel-305-982-5252 Fax-855-272-1102

**15..Attorney Cook and Gunliffe**

Law Offices
Gunliffe & Cook
Suit 200
210 Archbishop Florest St.
Hagatna, Gu 96910
Tel671-472-1824
Fax-671-472-2422
E-mail-cclaw@teleguam.net

**16..Kelli AdamsSpecial Agent**

The Inspector General for Tax Administration IG:CC:D

Office of Chief Counsel

Attention: Disclosure Officer

1125 15th Street NW
Room 700A

Washington, DC 20005

**17.Attorney Charles A , Ray**

Office of Charles A. Ray

1001 16th, St. NW

Washington, DC 20036   Office phone- 202-824-8123 Fax-202-824-064

**18.Amy Jones**

Treasury Inspector General for Tax Administration

 Office of Chief Counsel

 Disclosure Branch City Center Building

 1401 H Street, NW, Suite 469 Washington, DC 20005

Facsimile: (202) 622-3339 E-mail: FOIA. Reading. Room@tigta. treas.gov

**19.Mariam G. Harvey**

Department of the Treasury
Washington, DC 20220
Treasury Department Office of Civil Rights and Diversity
Associate CHCO (Civil Rights and Diversity)
Office of Civil Rights and Diversity
Department of the Treasury
1500 Pennsylvania Avenue, NW.
Washington, DC 20220
(202) 622-0316

~~AFFIDAVIT~~