# UNITED STATES DISTRICT COURT
for the
District of Columbia

ITHASKU JOSEPH
*Plaintiff/Petitioner*

v.

NANCY DUNN AND OTHERS
*Defendant/Respondent*

Civil Action

Case: 1:16-cv-02460
Assigned To : Unassigned
Assign. Date : 12/19/2016
Description: Pro Se Gen. Civ.  F-DECK

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: thousands miles a way from D.C. Live Guam
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
I'm not Employed, I'm disabled, receiving disable benefit.

My gross pay or wages are: $ monthly only ,and my take-home pay or wages are: $ 429.00 per
*(specify pay period)* monthly

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment        ☐ Yes   ☑ No
(b) Rent payments, interest, or dividends                 ☑ Yes   ☐ No
(c) Pension, annuity, or life insurance payments          ☐ Yes   ☑ No
(d) Disability, or worker's compensation payments         ☑ Yes   ☐ No
(e) Gifts, or inheritances                                ☐ Yes   ☑ No
(f) Any other sources                                     ☐ Yes   ☑ No

RECEIVED
DEC - 8 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future*

I support my family $100.00 for their rent and support my two daughters sometimes $100.00 or $150.00. I expect the court for the final judgement to sign without prejudice or injustice and released the money these defendants and the U.S. Government owe the Innocent and mental illness Individual or I Ithasku Joseph.

(2)

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ ~~450~~ $3 2⁸ TH

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value):* I don't have any car nor other item that worth $1000.00 or above.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense):* I pay $1333.00 monthly loan and still paying.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: My two daughter are now 18 yrs old and 19 yrs old. Since 2011 I filed my Business Tax return for 2011, they were minor, and I claim them as dependants.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable):* Yes, this loan I still paying until now, I still owe The Financial Institution.

Declaration: I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: ~~illegible~~

DATE: AUG 22, 16

Applicant's signature

THASKU JOSEPH
Printed name