UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Thasku Joseph,                )
                              )
        Plaintiff,             )   Case: 1:16-cv-02460
                              )   Assigned To : Unassigned
    v.                         )   Assign. Date : 12/19/2016
                              )   Description: Pro Se Gen. Civ     F-DECK
Mike Darby,                   )
                              )
        Defendant.             )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the court orders:

1. Plaintiff's application to proceed *in forma pauperis* [Dkt. # 2] is granted.

2. The complaint against Mike Darby is dismissed with prejudice.

3. This case is dismissed without prejudice. The deputy clerk shall include with plaintiff's copy of this order the instructions for filing a civil action in this court.

This is a final appealable Order.

_____
United States District Judge

Date: December 1⌐, 2016