AKIMINE WALTER
Original amount:        2,500.00
Current balance:          478.29

Account number..      119430501
Payment amt.....         131.65
Next due date...         8/05/16

Control:

| Opt | Posted | Effective | Due Date | Src | T/C | Amount | Balance |
|-----|--------|-----------|----------|-----|-----|--------|---------|
|  | 7/06/16 | 7/06/16 | 7/05/16 | C | 10 | 40.00 | 626.91 |
|  | 7/06/16 | 7/06/16 | 7/05/16 | G | 912 | 13.04 | 626.91 |
|  | 7/06/16 | 7/06/16 | 7/05/16 | G | 914 | 26.96 | 599.95 |
|  | 7/06/16 | 7/06/16 | PRT/PMT | G | 885 | 50.50 | 599.95 |
|  | 8/05/16 | 8/05/16 | 7/05/16 | C | 10 | 133.00 | 599.95 |
|  | 8/05/16 | 8/05/16 | 7/05/16 | G | 912 | 11.34 | 599.95 |
|  | 8/05/16 | 8/05/16 | 7/05/16 | G | 914 | 121.66 | 478.29 |
|  | 8/05/16 | 8/05/16 | PRT/PMT | G | 885 | 51.85 | 478.29 |



Due    79-80    for    Aug 2016 $484.62

Bottom
F3=Exit                  F6=Show escrow F7=Scan F8=Scan back F12=Previous
          F15=Descriptions F17=Top F18=Bottom      F22=Unfold



RECEIVED
Mail Room
DEC  8 2016
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

RECEIVED
Mail Room
SEP - 1 2016
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Date: Aug 21, 2016

**UNITED STATES COURT OF APPEALS**

**DISTRICT OF COLUMBIA CIRCUIT**

**333 Constitution Avenue, NW Washington,**

**DC 20001-2866**

**Phone: 202-216-7000 | Facsimile: 202-219-8530**

Emergency Prayer,

Your honor,

I, Thasku Joseph, respectfully motion to the Court to please granted all my request below, this case is a violation of the laws. And we have been suffering too long and this   case was   approved and signed   to closed by the appeal officer in Jacksonville, Florida since May 5, 2014 and it is totally injustice.

1. Motion to the Court to order to sign the final legal Judgment

2. Motion to the Court not to granted any extension from the defendant's Council

3. Motion to the   Court to pay my plane ticket to sign future legal document for my innocent and mental illness wife.

4. Motion to the Court   to accept my mailing address P.O. Box 5016 Hagatna, Guam 96932.   The U.S Post Office doesn't deliver mail to my home address.

5. Motion to the Court not accept anymore documents from the defendants.

6. Motion to end this case to pay my innocent spouse for past due payment.

7. Motion to Court to proved and approved   that this case is involved corruption, discrimination, unconstutional, and totally injustice.

8. Motion to the Court to the defendants not to send us anymore unnecessat paper.

9. Motion to order our own record from   ODC case number 2016-U-104. We seek the secret facts of our own record.

10. Motion to the   Court to appoint an emergency Judge to sign any legal documents to end this case, in case the Judge is unavailable,

11. Motion not to prosecute or convict the defendants and not granted any new third part evidence

12. Motion,   we have legal right to know the law, our own   record   from   this   Court above, ODC,DC court of appeal and the TIGTA Complain number 2016-FOI-00012 and the **Reference: CTS#530708 from USDOJ**.

13. Motion to approve to add   the Dependents in the lawsuit 1. Dasmine Joseph 2.Carmen Joseph, 3.Josephine Joseph. They were minor at the time I was filed the 2011 business Tax Return and we never receive a penny nor and settlement or Judgment until today.

*I, Thasku Joseph, declare under penalty of perjury of the laws of the United States that the foregoing is true and correct..*

Date Executed: Aug___**21**___ 2016.     Print Name   THASKU JOSEPH

Signature:

RECEIVED
Mail Room

DEC   8 2016

Clerk of Court



*AFFIDAVIT*

## PREAMBLE

Whereas recognition of the inherent dignity and of the equal and inalienable rights of all members of the human family is the foundation of freedom, justice and peace in the world,

Whereas disregard and contempt for human rights have resulted in barbarous acts which have outraged the conscience of mankind, and the advent of a world in which human beings shall enjoy freedom of speech and belief and freedom from fear and want has been proclaimed as the highest aspiration of the common people,

Whereas it is essential, if man is not to be compelled to have recourse, as a last resort, to rebellion against tyranny and oppression, that human rights should be protected by the rule of law,

Whereas it is essential to promote the development of friendly relations between nations,

**Article 3.**

- Everyone has the right to life, liberty and security of person.

**Article 12.**

- No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honour and reputation. Everyone has the right to the protection of the law against such interference or attacks.

*Complaint* 

**Demand for Jury Trail**

**A. Declaration    of violation of the law**

1. Violation Denial of access to any legal process

2. Violation Repeated failure of authorities to end breaches of a right.

3. Failure to fulfill procedural obligations (failure to investigate

4. Discrimination on racial, national

5. Violations of the right to freedom of expression

6. Treated us inhuman not have equal rights to the laws and court. violation of our civil rights

law intentionally. and it is unconstutional and injustice

7. Violation    Invasion of our privacy in paper and person Intentionally

8. Document confiscation

.9..**Chapter 7. Bribery; Obstructing Justice; Corrupt Influence**

Subchapter I. Corrupt Influence

§§ 22–701 - 22–704

Subchapter II. Bribery

§§ 22–711 - 22–713

Subchapter III. Obstructing Justice

§§ 22–721 - 22–723


Your Honor,

The Bill of Rights, offer specific protections of individual liberty and justice and place restrictions on the powers of government.    Equal protection of the law the right of all persons to have the same access to the law and courts and to be treated equally by the law and courts, both in procedures and in the substance of the law.

**B.Our family case similar to these cases below**

**State actor doctrine**

Main article: State actor

Individual liberties guaranteed by the United States Constitution protect, with exception of the Thirteenth Amendment's ban on slavery, not against actions by private persons or entities, but only against actions by government officials.[156] Regarding the Fourteenth Amendment,

the Supreme Court ruled in *Shelley v. Kraemer*, 334 U.S. 1 (1948): "[T]he action inhibited by the

first section of the Fourteenth Amendment is only such action as may fairly be said to be that of

the States. That Amendment erects no shield against merely private conduct, however

discriminatory or wrongful." The court added in *Civil Rights Cases*, 109 U.S. 3 (1883): "It is

State action of a particular character that is prohibited. Individual invasion of individual rights is

not the subject matter of the amendment. It has a deeper and broader scope. It nullifies and

makes void all State legislation, and State action of every kind, which impairs the privileges and

immunities of citizens of the United States, or which injures them in life, liberty, or property

without due process of law, or which denies to any of them the equal protection of the laws.

"Vindication of federal constitutional rights are limited to those situations where there is "state

action" meaning action of government officials who are exercising their governmental

power.[156] In *Ex parte Virginia*, 100 U.S. 339 (1880), the Supreme Court found that the

prohibitions of the Fourteenth Amendment "have reference to actions of the political body

denominated by a State, by whatever instruments or in whatever modes that action may be taken.

A State acts by its legislative, its executive, or its judicial authorities. It can act in no other way.

The constitutional provision, therefore, must mean that no agency of the State, or of the officers

or agents by whom its powers are exerted, shall deny to any person within its jurisdiction the

equal protection of the laws. Whoever, by virtue of public position under a State government,

deprives another of property, life, or liberty, without due process of law, or denies or takes away

the equal protection of the laws, violates the constitutional inhibition; and as he acts in the name

and for the State, and is clothed with the State's power, his act is that of the State."[157]There are

however instances where people are the victims of civil-rights violations that occur in

circumstances involving both government officials and private actors.[156] In the 1960s, the

United States Supreme Court adopted an expansive view of state action opening the door to wide-ranging civil-rights litigation against private actors when they act as state actors[156] (i.e., acts done or otherwise "sanctioned in some way" by the state). The Court found that the state action doctrine is equally applicable to denials of privileges or immunities, due process, and equal protection of the laws.[114]

The critical factor in determining the existence of state action is not governmental involvement with private persons or private corporations, but "the inquiry must be whether there is a sufficiently close nexus between the State and the challenged action of the regulated entity so that the action of the latter may be fairly treated as that of the State itself."[157] "Only by sifting facts and weighing circumstances can the nonobvious involvement of the State in private conduct be attributed its true significance."[158]

The Supreme Court asserted that plaintiffs must establish not only that a private party "acted under color of the challenged statute, but also that its actions are properly attributable to the State. [...]" [159] "And the actions are to be attributable to the State apparently only if the State compelled the actions and not if the State merely established the process through statute or regulation under which the private party acted."[114]

The rules developed by the Supreme Court for business regulation are that (1) the "mere fact that a business is subject to state regulation does not by itself convert its action into that of the State for purposes of the Fourteenth Amendment,"[a] and (2) "a State normally can be held responsible for a private decision only when it has exercised coercive power or has provided such significant encouragement, either overt or covert, that the choice must be deemed to be that of the State."[b]

**C Discovered of STATEMENT OF TRUE FACTS**

Departed USPS Facility    Updated Delivery Day: Wednesday, June 8,.jspSigned for By:

WAIVED // WASHINGTON, DC 20001 // 11:19 am

Your item has been delivered to the mail room at 11:19 am on June 7, 2016 in WASHINGTON,

DC 20001 to EXPRESS MAIL. Waiver of signature was exercised at time of delivery.

June 7, 2016 , 10:56 am

Arrived at Post Office

WASHINGTON, DC 20018

June 5, 2016 , 3:45 pm

HONOLULU, HI 96820

June 4, 2016 , 3:49 am

Departed USPS Facility

BARRIGADA, GU 96913

June 3, 2016 , 11:23 pm

Departed USPS Facility

HONOLULU, HI 96820

June 3, 2016 , 10:28 pm

Arrived at USPS Facility

HONOLULU, HI 96820

June 3, 2016 , 7:27 pm

Departed USPS Facility

BARRIGADA, GU 96913

June 3, 2016 , 4:31 pm

Arrived at USPS Facility

BARRIGADA, GU 96913

ADDRESSES:   Mail or deliver written comments to the Manager, Mailing Standards, U.S.

Postal Service, 475 L'Enfant Plaza SW, Room 3436, Washington, DC 20260-3436.   You may

inspect and photocopy all written comments, Monday through Friday between 9 a.m. and 4 p.m.,

USPS Headquarters Library, 475 L'Enfant Plaza SW, 11th Floor N, Washington, DC.   Do not

submit comments via fax or e-mail.

FOR FURTHER INFORMATION CONTACT:   Monica Grein at 202-268-8411.

3209-971063-9589   202=616-4478

The Equal Protection Clause was created largely in response to the lack of equal protection

provided by law in states with <u>Black Codes</u>. Under Black Codes, blacks could not sue, give

evidence, or be witnesses

**<u>Rule of the Court    United States District Court for the district court of Columbia.</u>**

Reference page:   79

LCvR 83.5

**<u>Practice of law clerks and court    employees</u>**

foreseeability of a crime.266 Objective factors include interests and property protected by law (such as rights, physical persons, and property).267

(Five policy considerations underpin the double jeopardy doctrine: (1) preventing the government from employing its superior resources to wear down and erroneously convict innocent persons; (2) protecting individuals from the inancial, emotional, and social consequences of successive prosecutions; (3) preserving the finality and integrity of criminal proceedings, which would be compromised were the state allowed to arbitrarily ignore unsatisfactory outcomes; (4) restricting prosecutorial discretion over the charging process; and (5) eliminating judicial discretion to impose cumulative punishments that the legislature has not authorized.)

> Reference: Fourteen Amendment applies the equal protection clause only against the states, the Supreme Court, since Bolling v. Sharpe (1954) has applied the clause against federal government through the due process clause of the Fifth Amendment under a doctrine called
>
> "Reverse Incorporation."{111}{112}"

The **privacy laws of the United States** deal with several different legal concepts. One is the *invasion of privacy*, a tort based in common law allowing an aggrieved party to bring a lawsuit against an individual who unlawfully intrudes into his or her private affairs, discloses his or her private information, publicizes him or her in a false light, or appropriates his or her name for personal gain.[1] Public figures have less privacy, and this is an evolving area of law as it relates

to the media.

The essence of the law derives from a *right to privacy*, defined broadly as "the right to be let alone." It usually excludes personal matters or activities which may reasonably be of public interest, like those of celebrities or participants in newsworthy events. Invasion of the right to privacy can be the basis for a lawsuit for damages against the person or entity violating the right. These include the Fourth Amendment right to be free of unwarranted search or seizure, the First Amendment right to free assembly, and the Fourteenth Amendment due process right, recognized by the Supreme Court as protecting a general right to privacy within family, marriage, motherhood, procreation, and child rearing.\l "

*I, Thasku Joseph, declared under penalty of perjury of the laws of the United States that the foregoing is true and correct..*

Date Executed: Aug 22nd 2015 Print Name THASKU JOSEPH

Signature:

**Date**: September 06th ,2016

# UNITED STATES COURT OF APPEALS

# DISTRICT OF COLUMBIA Circuit

# 333 Constitution Avenue, NW Washington,

# DC 20001-2866

# Phone: 202-216-7000 | Facsimile: 202-219-8530

Your honor,

Motion to granted these extended Emergency Prayer,

I, Thasku Joseph, the plaintiff, and petitioner respectfully motion to the Court to granted all my request below, this case is involved violation of the laws. And contempt of Court. We have been suffering too long without any reason what so ever, especially the innocent and mental individual (Akimine Walter). and this case was approved and signed to closed by the appeal officer in Jacksonville, Florida since May 5, 2014 and it is totally injustice. I also request to the Court to granted my motion to add my travel expenses and add the dependent's name this lawsuit, and delete or remove my motion not to prosecute or convict the defendants. I motion to the Jury or the Court to decide on its own opinion for the best of the people and the public.



RECEIVED
Mail Room

NOV - 3 2016

## AFFIDAVIT

### *Complaint*

**Demand for Jury Trail**

The Equal Protection Clause was created largely in response to the lack of equal protection provided by law in states with Black Codes. Under Black Codes, blacks could not sue, give evidence, or be witnesses

## PREAMBLE

**Whereas recognition of the inherent dignity and of the equal and inalienable rights of all members of the human family is the foundation of freedom, justice and peace in the world,**

**Whereas disregard and contempt for human rights have resulted in barbarous acts which have outraged the conscience of mankind, and the advent of a world in which human beings shall enjoy freedom of speech and belief and freedom from fear and want has been proclaimed as the highest aspiration of the common people,**

**Whereas it is essential, if man is not to be compelled to have recourse, as a last resort, to rebellion against tyranny and oppression, that human rights should be protected by the rule of law,**

Whereas it is essential to promote the development of friendly relations between nations,

**Article 3.**

- Everyone has the right to life, liberty and security of person.

**Article 12.**

- No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honour and reputation. Everyone has the right to the protection of the law against such interference or attacks.

A.Declaration    of violation of the law, contempt of Court contempt for human rights

1.Violation Denial of access to any legal process

2.Violation Repeated failure of authorities to end breaches of a right.

3.Failure to fulfil procedural obligations (failure to investigate

4.Discrimination on racial, national

5.Violations of the right to freedom of expression

6.Treated us inhuman not have equal rights to the laws and court. violation of our civil rights law intentionally. and it is unconstutional,and and injustice

7.Invatin of our privacy in paper intentionally

8.violation of the disability act intentionally.

9.. violation of our civil rights intentionally.

<u>10.</u> violation of. **Chapter 7. Bribery; Obstructing Justice; Corrupt Influence**

<u>Subchapter I. Corrupt Influence</u>

§§ 22–701 - 22–704

<u>Subchapter II. Bribery</u>

§§ 22–711 - 22–713

<u>Subchapter III. Obstructing Justice</u>

§§ 22–721 - 22–723

<u>11. Invation of our privacy in paper and person</u>

1. Motion to the  Court to order and signed the final Judgement

2. Motion to the  Court not to granted any extension or delay this case from the defendant's Council

3.Motion to the  Court to pay my plane ticket to sign any legal document for my innocent and mental illness wi fe and I.

4. Motion to the  Court to accept my mailing address P.O. Box 5016 Hagatna, Guam 96932.

5. Motion to the Court not accept anymore documents from the defendants.

6. Motion to end this case to pay my innocent spouse for past due payment. Including myself Thasku Joseph and Add the dependent's name in this lawsuit. 1. Dasmine Joseph. 2. Carmen Joseph. 3.Josephine Joseph. They were minor when I filed as HOH since 2011.

7. Motion to Court to proved and approved    that this case is involved corruption, discrimination, unconstutional,and totally injustice.

8. Motion to the Court to the defendants not to send us anymore unnecessat paper.

9. Motion to order our own record from ODC case number 2016-U-104 and the TIGTA . and this Court. We have legal right to seek the secret facts of our own record.

10. Motion to the Court to appoint an emergency Judge to sign any legal documents to end this case, in case the Judge is unavailable,

11. Motion to remove or delete this motion not prosecute or convict the defendants. Motion to the Court on its own opinion. 12. Motion to the Court to seal our documents and send back our copies.

13. Motion to the Court to have the Clerk of Court Angela D. Caesar to correct any mistake or errors I sent her to be able to file this case in Court and add new defendants. If I don't add their names.

14. Motion, we have legal right to know the law, our own record from this Court above, ODC,DC court of appeal and the TIGTA Complain number 2016-FOI-00012 and the **Reference:**

CTS#530708 from USDOJ

15.Motion to separate the three U.S. Treasury officer staffs from the defendants. And order to

pay us for past due payment. Reference :CTS # 530708 DJ#202-82-0

**1.Mariam G. Harvey   2.Marcia Small   3. Lydia E. Aponte Morales**

Lastly, I respectfully ask the Court to decide on its own opinion what is the best things to do to

correct the defendants. The reason is our former attorney involves in different case.

*I, Thasku Joseph, declare under penalty of perjury of the laws of the United States that*

*the foregoing is true and correct…*

Date Executed: Sept,06th, 2016.

Signature: Thasku Joseph

Today's DATE
Oct 28, 2016
Signed

**DATE:**     Oct 28, 2016

**TO:**      United States  Court of Appeal

District of Columbia Circuit

333 Constitutional Avenue, NW

Washington, DC 20001-2886

**FROM:**    Thasku Joseph(Petitioner, plaintiff and witness)

P.O.Box 5016 Hagatna, Guam 96932    Cell-(671)997-2439 

**Subject:**    Please accept my mailing address P.O. Box 5016 Hagatna, Guam 96932



Your honor,

First of all, I would like to express my thankful and appreciation to our Lord Jesus Christ

to communicate with you in this letter.On behalf of my innocent wife (Akimine

Walter), I would like to explain why I am using the P.O. Box 5016 as my mailing address. The

reason the U.S. Post Office here on Guam doesn't deliver mail to some home address or

physical address and our home included.

You honor, I respectfully ask to please allowu us to use the    mailing address P.O.Box

5016 Hagagtna Guam 96932.  Or you can send directly to Akimine Walter mailing

address.P.O.Box 27677 Barrigada, Guam 96921.  I also resend those documents I sent on Sept

6,2016 to Clerk Angela Caeser with the Court stamp on it Dated Sept 14, 2016.  Please also

grant my motion below.

1.  Motion the Judge to initial or signed the final Judgment

2.  Motion to send us the CM user and password  or docketed case number

3.  Motion to the Court to Please allow us to use our mailing address above.

4.  Motion to the Judge to apply his/her power for contempt under Title 18 of the

    United States Code   or Under  rule 42 . reference page 177  Power of individual

    JUDGES (Rules of the United States District Court for the District  of Columbia)

5.  Motion to order or recover and  release  the mental and innocent individual

    (Akimine Walter) money. She was totally innocent from the beginning until today.


I , Thasku  Joseph, declared under penalty of perjury of the laws of the United States

of America that all the statement above   are true and correct


Name     Thasku Joseph     Signature _____

Date :October __28__ -2016.

Department of the Treasury--Internal Revenue Service

# 1040 U.S. Individual Income Tax Return 2011 (99)

IRS Use Only--Do not write or staple in this space

For the year Jan. 1-Dec. 31, 2011, or other tax year beginning _____ 2011, ending _____ 20

OMB No. 1545-0074

**Name, Address, and SSN**

See separate instructions.

P R I N T   C L E A R L Y

THASKU JOSEPH

55 GRYMES HILL RD
STATEN ISLAND        NY  10301-0000-000

Your social security number

Spouse's social security

Make sure the SSN(s) above and on line 6c are correct.

**Presidential Election**  ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund . . . . . . . . ►  ☐ You  ☐ Spouse

Checking a box below will not change your tax or refund.

**Filing Status**

Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ►
4 ☒ Head of household (with qualifying person). (See inst.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

If more than four dependents, see instructions and check here ►

6a ☐ Yourself. If someone can claim you as a dependent, **do not** check box 6a
b ☐ Spouse

| c Dependents: | | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|---|
| (1) First name | Last name | | | |
| JOSEPHINE | JOSEPH | ~~redacted~~ | NIECE | |
| DASMINE | JOSEPH | ~~redacted~~ 9048 | DAUGHTER | X |
| CARMEN | JOSEPH | ~~redacted~~ | DAUGHTER | X |

Boxes checked on 6a and 6b

No. of children on 6c who:
• lived with you  **03**
• did not live with you due to divorce or separation (see inst.) _____

Dependents on 6c not entered above _____

d Total number of exemptions claimed

Add numbers on lines above ► **03**

| **Income** | | | | |
|---|---|---|---|---|
| Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld. | 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . | 7 | |
| | 8a | Taxable interest. Attach Schedule B if required . . . . . . . . . . | 8a | |
| | b | Tax-exempt interest. Do not include on line 8a . . . . . 8b | | |
| | 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . . . | 9a | |
| | b | Qualified dividends . . . . . . . . . 9b | | |
| | 10 | Taxable refunds, credits, or offsets of state and local income taxes . . . . | 10 | |
| | 11 | Alimony received . . . . . . . . . . . . . . . . . . . . . | 11 | |
| | 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . | 12 | (54,385) |
| If you did not get a W-2, see instructions. | 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ► ☐ | 13 | |
| | 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . | 14 | |
| | 15a | IRA distributions . . . . . 15a | b Taxable amount | 15b | |
| | 16a | Pensions and annuities . . 16a | b Taxable amount | 16b | |
| Enclose, but do not attach, any payment. Also, please use Form 1040-V. | 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| | 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . | 18 | |
| | 19 | Unemployment compensation . . . . . . . . . . . . . . . . | 19 | |
| | 20a | Social security benefits . . 20a | 740 | b Taxable amount | 20b | |
| | 21 | Other income. List type and amount | 21 | |
| | 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ► | 22 | (54,385) |

| **Adjusted Gross Income** | | | | |
|---|---|---|---|---|
| | 23 | Educator expenses . . . . . . . . . . . . . 23 | | |
| | 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| | 25 | Health savings account deduction. Attach Form 8889 . . . 25 | | |
| | 26 | Moving expenses. Attach Form 3903 . . . . . . . 26 | | |
| | 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| | 28 | Self-employed SEP, SIMPLE, and qualified plans . . . 28 | | |
| | 29 | Self-employed health insurance deduction . . . . . 29 | | |
| | 30 | Penalty on early withdrawal of savings . . . . . . 30 | | |
| | 31a | Alimony paid  b Recipient's SSN ► -- 31a | | |
| | 32 | IRA deduction . . . . . . . . . . . . . . 32 | | |
| | 33 | Student loan interest deduction . . . . . . . . 33 | | |
| | 34 | Tuition and fees. Attach Form 8917 . . . . . . . 34 | | |
| | 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| | 36 | Add lines 23 through 35 . . . . . . . . . . . . . . . . . . | 36 | |
| | 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ► | 37 | (54,385) |

SPA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.        1037 PEI 1USD11        Form **1040** (2011)

100073   09224   2

2011  1037 PEI 1CAOL1

Accepted _____

**DO NOT MAIL THIS FORM TO THE FTB**

| TAXABLE YEAR **2011** | **California Online e-file Return Authorization for Individuals** | FORM **8453-OL** |

| Your first name and initial | Last name | Your SSN or ITIN |
| THASKU | JOSEPH | ~~505 ~~ ~~8253~~ |

| If joint return, spouse's/RDP's first name and initial | Last name | Spouse's/RDP's  SSN or ITIN |

| Address (including number and street, PO Box, or PMB no.) | Apt. no./Ste.no | Daytime telephone number |
| 55 GRYMES HILL RD | | 671-838-9879 |

| City | State | Zip Code |
| STATEN ISLAND | NY | 10301 |

**Part I**   Tax Return Information   (whole dollars only)

1  California adjusted gross income. (Form 540, line 17; Form 540 2EZ, line 16; Long Form 540NR, line 32; or
   Short Form 540NR, line 32) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·   1   (54,385.)

2  Refund or no amount due. (Form 540, line 115; Form 540 2EZ, line 28; Long Form 540NR, line 125; or
   Short Form 540NR, line 125) · · · · · · · · · · · · · · · · · · · · · · · · · · ·   2   _____

3  Amount you owe. (Form 540, line 111; Form 540 2EZ, line 27; Long Form 540NR, line 121; or Short Form
   540NR, line 121) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·   3   _____

**Part II**   Settle Your Account Electronically for Taxable Year 2011 (Due 04/17/12)

4  ☐ Direct deposit of refund

5  ☐ Electronic funds withdrawal   5a Amount _____   5b Withdrawal date (MM/DD/YYYY) _____

**Part III**  Make Estimated Tax Payments for Taxable Year 2012  These are not installment payments for the current amount you owe.

| | First Payment Due 4/17/12 | Second Payment Due 6/15/12 | Third Payment Due 9/17/12 | Fourth Payment Due 1/15/13 |
|---|---|---|---|---|
| 6  Amount | | | | |
| 7  Withdrawal date | | | | |

**Part IV**  Banking Information   (Have you verified your banking information?)

8  Amount of refund to be directly deposited to acct below _____   12  The remaining amount of my refund for direct deposit _____

9  Routing number    13  Routing number

10  Account number    14  Account number

11  Type of account:  ☐ Checking   ☐ Savings    15  Type of account:  ☐ Checking   ☐ Savings

**Part V**   Declaration of Taxpayer(s)

I authorize my account to be settled as designated in Part II. If I check Part II, box 4, I declare that the direct deposit refund information in Part IV agrees with the authorization stated on my return. I authorize an electronic funds withdrawal for the amount listed on line 5a and any estimated payment amounts listed on line 6 from the account listed on lines 9, 10, and 11. If I have filed a joint return, this is an irrevocable appointment of the other spouse/RDP as an agent to receive the refund or authorize an electronic funds withdrawal.

Under penalties of perjury, I declare that the information I provided to the Franchise Tax Board (FTB), either directly or through e-file software, including my name, address, and social security number (SSN) or individual taxpayer identification number (ITIN), and the amounts shown in Part I above, agrees with the information and amounts shown on the corresponding lines of my 2011 California income tax return. To the best of my knowledge and belief, my return is true, correct, and complete. If I am filing a balance due return, I understand that if the FTB does not receive full and timely payment of my tax liability, I remain liable for the tax liability and all applicable interest and penalties. I authorize my return and accompanying schedules and statements to be transmitted to the FTB directly or through the e-file software. If the processing of my return or refund is delayed, I authorize the FTB to disclose to me, either directly or through the e-file software, the reason(s) for the delay or the date when the refund was sent.

**Sign Here**

_____      _____
Your signature                          Date

_____      _____
Spouse's/RDP's signature. If filing jointly, both must sign.      Date

It is unlawful to forge a spouse's/RDP's signature.

For Privacy Notice, get form FTB 1131.                    FTB 8453-OL C2  2011

**DATE**:   June 4th, 2016



**TO**:UNITED STATES COURT OF APPEALS

DISTRICT OF COLUMBIA CIRCUIT 333 Constitution Avenue,

NW Washington, DC 20001-2866

Phone: 202-216-7000 | Facsimile: 202-219-8530


**FR**: Thasku Joseph

P.O. Box 5016 Hagatna, Guam 96932

Phone-c/o 671-969-2520 cell 671-997-2439 E-mail-


**Subject:** Emergency Petition Court Order    to release her money to her    bank account and corrected date and e-mail and add some statement from the e-mail I send to the DC court of appeal webmaster e-mail.

(Section 142 Magistrates    Court Act 1980)

(Section 37 of Mental Health Act)

(Document Confistication Violation of USC 1952)

Attention: Evidence send express mail June 3, 2016 Friday Guam time.


Your Honor,

## AFFIDAFIT

I, Thasku Joseph respectfully ask you honor, to please granted my request for emergency court order and for your emergency legal assistance regarding this case against us. especially, against this innocent mental illness people (Akimine Walter). I had faith in the Office of Discpilary Councel in the first place this is the reason I sent them our original legal documents to assist us but turned out, they are defending the wrong side ,the    people    (violated f the laws) the lawyers,IRS, TIGTA, and etc.

We are totally exhausted, from the beginnong of this case until today. Your honor, you proved that these people abused us, treated us like we are totally inhuman. this case also involed violation of the

laws, including corruption within the US Federal Goverment and the Lawyers, unconstutional, prejudice, discrimination, without due process of   law, and totally injusdice.we don't have access to lawyers, and court. these legal officers    hid their wrong doing from court and   the General Public. I request for emergency motion to order if the case filed on April 5,2016 by Attorney Charles A Ray Jr. if its related to Akimine Walter. 2016 CA 002532 B   Civil II to release the funding to her personal Bank account in the prayer's petition title In God we trust.

The night, I talked to the case manage,r Miss Walker, she told me to check the decision they send me by e-mail. I ask her why? they send me by e-mail , I request to send me by mail, so I can proved to the innocent spouse Akimine Walter. when I reply I list down my for objection.

1. Doctrine decision 2. violation of my right to send by e-mail 3. invalid decision and etc, and send directly to the DC court of appeal the violation of the board rule.

OFFICE OF DISCIPLINARY

COUNSEL BOARD RULES    Page 7   2.5

  Complaints Against Members of the Board, Hearing Committees, or Disciplinary Counsel Complaints received by the Office of Disciplinary Counsel against a member of the Board involving activities other than those performed within the scope of the duties of the Board member shall be submitted directly to the Court.

Complaints against Hearing Committee members or against Disciplinary Counsel involving activities other than those performed within the scope of their duties shall be submitted directly to the Board.

2.8    Respondent's response shall set forth respondent's position with respect to the allegations contained in the complaint and shall be submitted to Disciplinary Counsel within ten days from the date of the mailing of the notice described in Rule 2.7. 2.9 Request for Information by Disciplinary Counsel (a) In the course of the investigation, Disciplinary Counsel may request complainant, respondent, or any other person who may have knowledge of pertinent facts to provide information concerning the matters under investigation.

I reply and send her Miss Walker and executive attorney Elizabeth Herman. I told them    in my e-mail that don't hid the money God knows what people are doing. and send my e-mail to the DC court of appeal webmaster@dcsc.gov. my objection and report the incidents that night. After 30 minutes I called the ODC phone 202-638-1501 no one answered only answering mechine. even the executive board number 202 638-4290 same thing answering mechine only. even I called the DC court of appeal same thing. the next night, I called again, same thing I didn't have access to speak to real person.

Last night 6/4/2016 around 1:00 A.M Guam time, I called if I can speak with Helen regarding my e-mail from her. this is her e-mail message below. I would like to call the US Court of appeal for approval regarding this interview, I don't want to abuse and treated me like I am not a human

being and trick anymore.

I am writing to schedule a time for you to speak with Mr. Gene Shipp, Disciplinary Counsel, regarding your request to reopen your case.

Are you available to speak with Mr. Shipp on Monday June 6th at 2:00?

Thank you,

Helen

**Helen Severson**

Executive Assistant to Gene Shipp

Office of Disciplinary Counsel

515 5th Street, NW

Building A, Room 117

Washington, DC 20001

202-638-1501, ext. 1725

I reply to this e-mail I explain I don't have to request for reopen because its the court order according to my message. I told her, I know where I am. I send her our communication I and executive attorney Elizabeth A Herman what started the emergency illegal decision. when I search the DC court of appeal for the case above. i couldn't find the case above retrive    it. I believe these lawyers are changed the case from the DC court of appeal computer system data. I asked the lady I spoke with last night the case was filed on the April 7, 2016 and told me the case for landlord if I don't file I will lose my chance.

Your honor,

Please help Akimine Walter, if the case above related to her case that attorney Charles A Ray filed civil suit on her behalf. I respecfully request for your emergency order to release all the civil suit for all these people the defendants to pay her for damages including my self . and order to deposit in her personal Bank account in the prayer, Title In God we trust.    I also believe these lawyers are changing the court computer system date, to change the filing date, and person related to these case above filed on April 5,2016. I also ask you honor, for emergency motion to order all the defendants to pay us for damages. I asked Miss Walker why she send me over e-mail and she said, executive decision. I also told her the signature is not match and violation of my right. I also asked her if she received any message from the court, she said, yes.

Lastly, your honor, I send some evidence express mail yesterday 6/3/2016. some documents we still have copied and new information regarding this case filed at ODC. Additionally,    the deduction of Akimine Walter social security benefit. the $10.000. Levi balance 000 I sent attention Jannet Fletcher on it, and some important legal documents our original documents are with the ODC. and I also send the

DC Court of appeal webmaster@dcsc.gov we don't have anymore copies with us, except in the e-mail in box or flash drive I have. I send e-mail to the webmater, the date and my e-mail   are incorrect. I believe these Lawyers have access to my e-mail. I can tell by sending out my message from my e-mail and notice from my inbox message.

Thank you very much.

I Thasku Joseph affirm under oath and penalty of perjury of the Law of the United States of America that all the statements in this instrument above are correct for the best of my knowledge.

Thasku Joseph

$(9392)$







**GUAM BAR ASSOCIATION**
**OFFICE OF THE ETHICS PROSECUTOR**
Guam Judicial Center, Second Floor
120 West O'Brien Drive
Hagåtña, Guam 96910
Office: [671] 475-3167; Secure Fax: [671] 475-3400

# PERSONAL & CONFIDENTIAL

March 21, 2016

Thasku Joseph
PO Box 5016
Hagatna, Guam  96932

> **RE:    Attorney Discipline Matter EC15-020; Notice Regarding Your Ethics Complaint Against Lawyers of Cunliffe & Cook Law Firm**

Dear Mr. Joseph,

As required by Rule 18 of the Guam Bar Ethics Committee's Rules of Procedure, I am writing to notify you of the committee's disposition of your ethics complaint against the above law firm and its lawyers which you lodged with my office.

Your complaint was screened and submitted to the Guam Bar Ethics Committee's Investigative Panel together with a recommendation that it be dismissed as it did not appear to allege facts that, if true, would support an allegation of misconduct.

Considering the rules and standards applicable to lawyers on Guam, the committee determined that the appropriate disposition of the matter is dismissal.

Please know that your concern and initiative in submitting your matter to the attorney discipline system are appreciated. We ask that you continue to respect the confidentiality of this matter.

*Senseramente,*

Bruce A. Bradley
GBA Ethics Prosecutor

ORIGINAL



**DATE:**                  **May** 16,2016

**TO:**                        **OFFICE OF BAR COUNCIL**

The Board on   Professional Responsibility

District of Columbia Court of Appeal

515 Fifth Street NW

Building A, Suite 117

Washington, DC 20001

Phone: 202-638-1501

Fax: 202-638-0862

**FROM:**        Thasku Joseph   (witness, original tax filer and husband for
                        Akimine Walter (innocent spouse)

P.O.Box 5016 Hagatna, Guam 96932 Phone-c/o 671-969-2520

cell-671-997-2439

**SUBJECT:**        **Attention:** Executive Attorney (Motion court order to release the
final legal decsion on the complain submitted to the
address above . And motion to order to release the                    judgment
of our own record. file. as well as release the mental                    health
clients funding in to her personal Bank account you have on file. the lawyers or the boatd

can deducted his or her fees

## AFFIDAVIT

Attention: Executive Attorney,

(Section 142 Magistrates    Court Act 1980)

(Section 37 of Mental Health Act)

(Document Confistication Violation of USC 1952)

Documents evidence sent prority mail dated March 7,2015,and corrected the   year to 2016. Faxed dated: March 28,2016, fax supporting evidence Aprill 4, 2016 and the motion to order to release the money Date May 5,2016 (Affidavit,)   and follow up not recevied and send by e-mail and changed date, cell phone and the spelling of Affidavit with my initial.and sent it again to executive chairmain.

I, respectfully ask for your legal assistance   to reply to my concern regarding our case that today May 17, 2016 Tuesday Guam time, your office is going to mail out our letter. according to the other receptionist answered the phone last Friday May 13, 2016. I also asked her if I can speak to Ellen Healy, she told me, she is no longer working there.

The reason I asked for Ellen Healy becasue I always follow up with her if the office recevied those documents, the solid proved of relavant evidence I mail them priority, and faxed few times.she told me yes. I also asked her to send me copy of our documents with   your official stamp on it and I have copy with your office stamp dated April 4, 2016.   I may ask for your cooperation and for your urgent legal assistance please help us.

## Declaration of new relavant evidence

I, Thasku Joseph, the witness of this case against Akimine Walter. I would like   to address to the Board of Appeal that the Director of Guam Legal Service here on Guam (Parker Harold) is a active member of the Guam Bar Association. he has knowledge about our case against the Law Firm of Gunliffe and Cook.

TO:          Law Offices of Charles A. Ray

             1001 16th Street, N.W.

             Washington, D.C. 20036

             Tel: 202-824-8123

             Fax: 202-824-0640

FROM:        Thasku Joseph

             P.O. Box 5016     Hagatna, Guam 96932

             Phone:C/O 671-969-2520

SUBJECT:     Please send us all the legal documents including financial

             statements the money ,you have for Akimine Walter, and I,

       Thasku Joseph.

       Dear Attorney Ray,

       First of all, I would like to thanks our Lord for allowing me to communicate with you in

this letter. On behalf of Akimine Walter my wife, I respectfully ask you for your urgent legal

assistance to release everything you have for Akimine Walter. I understood that, you can't

release any financial information over e-mail and telephone communication. especially, you

need the $ 500.00 dollars as you mention to me several times including the settlement

office in Miami Florida. Norma Diaz as told me to pay her office, and the IRS repesenatives

told me to pay you.

Well, Attorney    Charles Ray, I wanted to aplogize for paying you that amount of money at

this moment, but I want to be honest with you, and make you understand our family

situation, that we have been struggling for paying our family funeral expenses few months

ago until now we still pay the funeral home.    Additionally, our own family financial

**REPÉSENATIVE & WITNESS** Thasku Joseph **OR INNOCENT SPOUSE** Akimine Walter

**SUPPORTING AND POWER OF MIRACLE PRAYER WITH THE RECORD# 2016-FOI-00012**

**CONFIRMED TO PROCESS asap had filed ALREADY**

**To**:Treasury Inspector General for Tax Administration

Office of Chief Counsel - Disclosure Branch

City Center Building

1401 H Street, NW, Suite 469

Washington, DC 20005

Facsimile: (202) 622-3339

E-mail: FOIA. Reading. Room@tigta. treas.gov

Dear Mr. Joseph,

    Please see the attached "Request for additional information" letter and respond as soon as possible. Also, please send us your current mailing address, in the event that we need to mail correspondence to you. Also, please provide us with your current telephone number.

If you have any questions, please contact me.

Thank you.

Darlene Fulton

Government Information Specialist

Office of Chief Counsel, Disclosure Branch

Treasury Inspector General for Tax Administration (TIGTA)

(202) 622-3889 - Direct

(202) 622-4068 - Main

**Fr:** Thasku Joseph & Akimine Walter

P.O. Box 5016 Hagatna, Gu 96932 Phone-671-969-2520 Cell-671-864-4907

**Subject:** Please deposit all the money in to the B.O.G. account 0216142706 routing

situation we still have diffulties to manage to support our own family.

I promise you, I will, or we will, pay you the remaining balance that we owed you. please help us send us the money,the financial legal documents (legal agreement settlement) and release everything you have for Akimine Walter or I since you have everything on our behalf. we have trust in you, this is the reason we choose you as our attorney.

again, thank you very much for your cooperation and for your legal assistance.

Respectfully,

Our family,   Akimine Walter and Rep, Thasku Joseph witness and husband.

Dear Mr. Joseph,

   Please see the attached "Request for additional information" letter and respond as soon as possible. Also, please send us your current mailing address, in the event that we need to mail correspondence to you. Also, please provide us with your current telephone number.

If you have any questions, please contact me.

Thank you.

Darlene Fulton

Government Information Specialist

Office of Chief Counsel, Disclosure Branch
Treasury Inspector General for Tax Administration (TIGTA)

(202) 622-3889 - Direct

(202) 622-4068 - Main


**IN GOD WE TRUST**

**Date**: Nov 3, 2015

My wife case worker from Guam Mental Health called the Guam Legal service before we went down to the GLS office. she told my wife she can go down anytime in the middle of April last month. when we went down to the office I filled out the application I put Akimine Walter name on it and write down referral from Guam Menthal Health and indicate she is a client for Guam Menthal Health.

My responsibility in the application for her I write down help her fill out the application and submit documents for her and also write down she is my wife and she signed first and I signed below her name. I aslo have the front desk secretary made few copies of our documents including the (Petition) to the U.S. Tax Court and the Law office of Gunliffe and Cook name was in it. please see the e-mal communication with the DLS director I forwarded last week.

### The last paragraph statement in my letter from Guam Bar Association stated below.

### Dated: March 21, 2016

### " Please know that your concern    and initiative complain    in submitting your    matter to the attorney discipline system are appreciated. We ask that you continue to respect the confidentiality of this matter."

### New Evidence of violation

### Failure to fulfil procedural obligations (failure to investigate)

If The Guam Bar Association really investigate the Lawyer. They should contact the Guam International Airport, the Airlines about attorney's Cook itenary when he travel to U.S. during that period of time last year. and contact me to testify what happen that day when I signed the IRS POA and when I was at their office. and they made copies of our confidential legal documents.

### Evidence of Communication over e-mail

Thank you for the information you provided to the Treasury Inspector General for Tax Administration (TIGTA). This office will review your complaint and evaluate it for

"Law clerk and secretary for the judge of this court, and other person any capacity by this Court shall not engage in any practice of the law while so employed A law clerk or secretary to   a particular judge of the court shall not at any time after separating from that position, engage in any activity as an attorney or advisor nor permit to her name to appear as an attorney on any paper filed in this Court, in connection with any case that was pending on that judge's docket during his or her term of service. evidence of a failure to comply with this Rule shall be referred to the Court's Committee on Grievances."

22–704. Corrupt influence; officials.

b) Whosoever corrupts or attempts, directly or indirectly, to corrupt any special master, auditor, juror, arbitrator, umpire, or referee, by giving, offering, or promising any gift or gratuity whatever, with intent to bias the opinion, or influence the decision of such official, in relation to any matter pending in the court, or before an inquest, or for the decision of which such arbitrator, umpire, or referee has been chosen or appointed, and every official who receives, or offers or agrees to receive, a bribe in any of the cases above mentioned shall be guilty of bribery and upon conviction thereof shall be punished as hereinbefore provided

I, the plaintiff, stated that    the U.S. Court of Appeal Clerk Nancy Dunn, called me over the phone, asked me to send her my e-mail communication about    the US Treasury officer. I asked her to e-mail me first and she did, and her e-mail she sent me the subject (test). to the tell the court the truth, I thought, she was our lawyer. Then, I sent her all my communication on this case against Akimine Walter as evidence. she said, she understood my wife has mental illness and understood she is innocent. she told me over the phone. she is going to review and see which court our case belong to. I had proved that she tricked me abused me, to send her my

confidential e-mail communication. and three weeks later, she told me, she is going to return

my document via mail after she reviewed our confidential documents already. The document

she sent me, had the US District Court seal on it, by the clerk's Angela. According to her

communication to me, I don't have case there. she doesn't know which court our case belong

to. she also told me not to contact her because she is not going to respond to me and told me,

she is appreciated my frustration. and she knew, our case involved corruption, unconstutional,

prejudice, discrimination, and totally injustice. when I checked the express mail i sent to the

Court above, it was waived by the Court mail room on June 7, 2016 when I checked again it was

delivered. after I and Nancy had disagreement on the filing    Dated June 8, 2016 after I send

them my e-mail Dated July 4th 2016 when I check the express tracking number again the new

up dated was waived again. I believe Nancy called the U.S. post office in Washington D.C. to

changed the delivered status to waived the delivery status again.    This is misconduct to an

officer working in the D.C. Government wrong doing to forced to destroyed the master

evidence to the wrong direction to covered the truth of this case. This is part of obstructive of

justice to delay this case against this innocent and mental illness individual (Akimine Walter)

these    people working with the court treated us cruel, inhuman, and abused us repeatedly and

contempt of the court and the of international law intentionally. This reference    below proved

that she send back my documents to influence and obstructive of justice on this case.

**When I received our letter (Notice of Referral of complain from the DOJ Dated: Dec 23,**

**2015)Reference: CTS#530708: Address to: Thasku Joseph and Akimine Walter: received by**

**DOJ on Aug 21, 2015. DJ#202-82-0**

I send all our legal confidential documents to Miss Mariam G Harvey U.S. Department of Treasury as well as our former attorney Charles Ray. what I sent her, same as what our former attorney Charles Ray has, and the TIGTA has well. I sent her because she asked me to sent her, too including the 2016-FOI(-00012. including my letter from IRS Appeal office in Jacksonville FL. that my case approved to closed: <u>Dated May 5, 2014 and the innocent spouse form 12257 to file lawsuit.</u>

**D.OFFICIAL MISCONDUCT**

**Chapter 7. Bribery; Obstructing Justice; Corrupt Influence**

<u>Subchapter I. Corrupt Influence</u>

§§ 22–701 - 22–704

<u>Subchapter II. Bribery</u>

§§ 22–711 - 22–713

<u>Subchapter III. Obstructing Justice</u>

§§ 22–721 - 22–723

I, the Plaintiff, stated that this is the main reason, all the defendants above working together to overturn the truth of this case to their wrong direction. These Lawyers and US Federal Government employees   IRS Seattle appeal officer (Jannet Fletcher), Advocate in Odgen UT Jenefer Carson),the law firm of Gunliff and Cook, Lawyer Charles Ray, Bruce Bradley Guam Bar Association, Kelli Adams, Amy Jones, Miss Futon TIGTA, the Settlement Officer in Miam Norma Diaz, USDOJ Carmen and the Office of Disciplinary Council hid the secret facts of violation, misconduct, wrong doing, within their office to confiscated our legal document because they all know that IRS illegally frame the innocent and mental illness (Akimine Walter) and illegally

deducted her disabled monthly benefit intentionally. And took advantage of our personal legal

documents to their gain and their office gain as well. Additionally, all the defendants above are

dishonest and defend each other to illegally destroyed and impede the truth of these case

against the innocent and mental illness Akimine Walter. especially, these high ranking people

above knew this case involved violation of the law including obstructive of Justice,

corruption,prejutice, discrimination, unconstutional, and totally injustice as well as white collar

crime involved. they were hiding the innocent and mental people money. And direct this case

to the Angela Walker And Elizabeth Herman send me the first decision and I e-mail back my

objection. The question Agela send me was violation of the Council Board Rule and the Chapter

7.obstructive of justice and influence to delay the processing of this case. The decision Mr. Ship

send me also violation of the Chapter 7.obstructive of justice. When I and Mr. Shipp talked on

my appointment with him Aug 18, 2016 10:A.M D.C. time, I asked him about my $200.00 I sent

Charles Ray. he told me, he will find out. I also asked about this case filed with the DC court of

appeal. I told him this case involved white collar crime. the case number(2016 CA 002532B Civil

II) was filed on the April 5th, 2016 by Attorney Charles Ray. On April 4th 2016   I faxed the

names of the defendant's name including Charles Ray and the New Discovered of secret facts of

violation Dated April 4th, 2016 to the ODC office. and I also had copy of receipt of the money

order I fax them. I also told him about these two same number referral from    the USDOJ ADA

that these letter I faxed to Miss Harvey the director of the US Treasury Civil Rights in the

beginning of August this month. he told me, he doesn't have authority over the US of Treasury.

he said, I told him, I called Miss    Harvey and asked her if she got the letter address to her and I

and my wife.she told me no, and asked me to fax her and also I e-mail to her and Lydia. and

Hellen the assistance to Mr. Shipp.Mr. Shipp, his voice seem to me he doesn't care what I'm

telling him. he   told me, he will be on vocation until next month September. he told me when I

have respond from the USDOJ   I will let him know. what I forgot to asked him, the confidential

information in that complain number <u>55-1508-0165-C or filed</u> 2016-FOI-00012 with the TIGTA. I

ask the appeal Board to review my new discoverd date April 4th, 2016.

 **E-The Court   to      correct the defendants order them to hang   a big   slogal   sign   on**

**their office wall and pay the innocent and mental illness (Akimine Walter) for past due**

**payment and write her apology letter.**

 **Will be like this-----(Discrimination and Racism is not allow in here to remind them daily).**

I, the plaintiff respectfully request to the court to order to ODC to send back our original

document. I also stated that all the defendants above knew about our private life in our    legal

documents. I also request to the court to corrected these high ranking people for their wrong

doing within their own office, not using their official power to illegally covered up the truth of

this case and not treated us cruel, inhuman, and unequally and abused us, using their office

power outside the sanction of the law. I respectfully request the jury or the court to stop them,

not treated us inhuman and abused us repeatedly and stop them not to send us anymore illegal

paper. Everyone has the same right to access to the law and has same right to have access to

court and to be treated equally by the law. The U.S. Court of Appeal Clerk Nancy Dunn, called

me over the phone, asked me to sent her my e-mail communication about    the US Treasury

officer. I asked her to e-mail me first and she did, and her e-mail she sent me the subject (test).

to the tell the court the truth, I thought, she was our lawyer. Then, I sent her all my

communication on this case against Akimine Walter as evidence. She said, she understood my

wife has mental illness and understood she is innocent. she told me over the phone. she is

going to review and see which court our case belong to. I had proved that she tricked me to

send her my confidential e-mail communication. and three weeks later, she told me, she is

going to return my document via mail after she reviewed our confidential documents already.

The document she sent me, had the US District Court seal on it, by the clerk's Angela. According

to her communication to me, I don't have case there. she doesn't know which court our case

belong to. she also told me not to contact her because she is not going to respond to me and

told me, she is appreciated my frustration. and    she knew, our case involved corruption,

unconstutional, prejudice, discrimination, and totally injustice. when I checked the express mail

i sent to the Court above, it was waived by the mail room. when I checked again it was

delivered. after I and Nancy had disagreement on the filing    Dated June 8, 2016 after I send

them my e-mal Dated July 4th 2016 when I check the express tracking number again the new

up dated was waived again. someone called the U.S. post office in Washington D.C. to changed

the delivered status to waived. this is part of obstructive of justice to delay this case against this

innocent and mental illness individual (Akimine Walter) these people working with the court

treated us inhuman and abused us repeatedly. I also address to the court about Angela Walker

our case manager at ODC she mention to me on the phone, I don't have case at the DC court of

appeal where I reported directly to the court the violations of the Board rule by her and

executive Elizabeth Herman. This case was filed April 5th 2016 by attorney Charles Ray I

couldn't retrieve anymore after she told me she contacted the DC Court of appeal that I don't

have case pending according to what she told me on the phone as our case manager at ODC. I

believe she is the person changed the date from the court data system of the civil suit filed by

attorney Charles Ray on April 5th, 2016 was changed to April 7th,2016. when I search this case

I tried to retrieved the case filed by our former attorney Charles Ray I couldn't retrieved this

case anymore. this proved of discrimination    against women and lack of the rule of law.

obstructive of Justice to destroyed the record on the DC Court of appeal data system to force

this case to the wrong direction to covered the truth.

The ODC Case Manager Angela walker, Executive Attorney Elizabeth Herman, Hellen Stevenson

and Wallace Shipp Jr.    All working in the same Legal Office Department above.They all working

together to covered up the truth of this case against the innocent and mental individual

Akimine Walter. They were predenting that they didn't understand and has proven of facts of

evidence against Attorney Charles Ray. I had discovered that attorney Charles Ray crooked me

and dishonest about the truth on this case Dated March 28, 2016.Charles Ray lied to me, about

this case that the TIGTA officers did not violated any laws to protect them from conviction and

hiding the secret facts about the innocent and mental illness Akimine Walter money. I asked

him what about confiscation our legal documents. he told me to list down my finding 12345

two times and send him to compare to his finding. and lied that he didn't receive the referral

letter I send him again, from the USDOJ, and told me, I have to pay him $500.00. he is going to

start working on this case. he mention in his e-mail. I also send Hellen Stevenson the date I and

Charles Ray, Miss Harvey, and Lydia from    the U.S. Treasury our e-mail communication to

proved to Mr. Shipp. Further more, the date they received the referral from the USDOJ I sent

them I also send her and Nancy in this court as evidence. when I search for my out going e-mail

to Nancy Dunn I couldn't retrieved those important e-mail I sent her. I have suspicious she is

involved in destroyed the evidence in this case against the innocent individual Akimine Walter. This is the reason she send me back my documents already filed.

**F Proved of suffering too long since 2011**

Additinally,I the plaintiff request to the Court to order all the defendants above to pay us    for past due payment and damages including suffering    silently,embarrassed,painfull,and all the laws has been violated intentionally. especially,to pay the innocent and mental illness (Akimine Walter) including myself, Thasku Joseph the HOH and our two daughter Dasmine Joseph and Carmen Joseph plus my niece Josephine Joseph I claimed them as dependents on my Business Tax return for 2011.

**G    I can't afford to pay anymore documents to send back to court (Argue below)**

Though the notion of 'serious violation' has usually been approached from the perspective of human rights law, other bodies of law, such as criminal law, are clearly relevant. This is evident in the work of some of truth and reconciliation commissions; for example, the South African, Liberian, and Kenyan truth commissions included criminal intent in their definitions of 'gross violation'.264 Similarly, the Inter- American Court of Human Rights has come to take account of 'aggravated state responsibility' when it judges the seriousness of violations. It seems to have drawn on elements of criminal law, albeit in an adapted form, to identify and highlight more serious forms of abuse.265

If a criminal law approach is adopted, 'seriousness' is to be measured in both subjective and objective terms. Subjective factors include intention and motive, awareness, and the

appropriate action. TIGTA's responsibilities include the investigation of criminal impropriety within Federal tax administration and serious misconduct by Internal Revenue Service (IRS) employees. In addition, TIGTA works closely with the IRS to oversee the appropriate adjudication of complaints that are under the purview of IRS management, and to provide information about other concerns involving tax administration to the IRS for appropriate determination.

Please note that TIGTA is bound by Federal confidentiality statutes that limit the dissemination of information regarding TIGTA's law enforcement activities, including actions taken as a result of complaints filed with TIGTA. TO ENSURE COMPLIANCE WITH APPLICABLE DISCLOSURE LAWS AND REGULATIONS, THIS OFFICE CANNOT RESPOND TO TELEPHONIC REQUESTS FOR STATUS OR OTHER INFORMATION ABOUT YOUR COMPLAINT.

If you wish to have a copy of the information you submitted, you must file a written request pursuant to the Freedom of Information Act (FOIA). Please refer to the FOIA instructions found on TIGTA's website at http://www.ustreas.gov/tigta/important_foia_mafr.shtml. FOIA requests must be signed and submitted by fax at (202) 622-3339, e-mail to FOIA.Reading.Room@tigta.treas.gov, or mail to the Treasury Inspector General for Tax Administration, Office of Chief Counsel - Disclosure Branch, 1401 H Street, N.W., Room 469, Washington, DC 20005.

The Inspector General for Tax Administration IG:CC:D

       Office of Chief Counsel

       Attention: Disclosure Officer

       1125 15th Street NW

       Room 700A

       Washington, DC 20005

Attached is a form with instructions on how to file a FOIA request with my agency, TIGTA. Please let me know if you have any problems opening the attachment. I have not

communicated with anyone else regarding this matter, which is why I need the POA form before I can speak with anyone, including yourself, about Ms. Walter's tax matters.

Also, do you believe someone is hacking Ms. Walter's e-mail? If so, you may want to change the password or set up a new e-mail account for Ms. Walters. That may help.

Many thanks, and have a very nice day.

**From:** Aki Walter [mailto:akimywalter@gmail.com]
**Sent:** Thursday, September 03, 2015 11:55 AM
**To:** Adams Kelli P TIGTA
**Subject:** Re: Receipt of Complaint

Sept 6,2015

Dear Adams,

I just want to let you know that, I've noticed that the website I send you our confidential documents, its faked Google website. everything we sent to TIGTA has been viewed from third party or some other people. I asked for your help, if you can help me with (plane ticket) so we can communicate more effectively or face to face with more confidential documentation on our side for you clarification. for further information or future communication. I believe if you assist us with my request. we can signed documents more quickly or faster service.

Thank you very much.

Sincerely yours,

Thasku Joseph and Akimine Walter

Sept 8,2015

Mr. Joseph/Ms. Walter,

Is it possible that we can set up a time for a telephone call? Please let me know several dates and times that work for you, and I will make myself available for a phone call to

discuss your numerous allegations. During this call, I will need you to provide me with as much information as possible to support your allegations against Ms. Fletcher and the IRS. For example, one allegation is that the IRS "tort" your brain. I do not understand what that means. Also, you allege possible discrimination. Do you have additional information to support that, (i.e., dates, correspondence, etc). More detailed information will help me better investigate your allegations, as I want to be very thorough.

My agency will not purchase a plane ticket for you. You can also mail any documents to me, if you believe that would be more secure. As I mentioned, you may also want to consider opening up a new e-mail account if you believe yours has been hacked.

Thank you, and I look forward to connecting with you to discuss your allegations further. Best,

Kelli

Sept 9, 2015

Dear Adams,

I am not a Lawyer but what I mean by legal definition for me when I used in that term tort my brain wrongful (invasion). tort my brain over the phone. For ex: when the cancer invaded the person's brain. when IRS or the person represent IRS over the phone. there is invasion in papers for instance. I hope this will help you.

Another ex: 2. Attorney Cook saw me when I signed the 2848 POA. we already talked, he will contact me. then Attorney Gunliffe told me on the phone, their office can not represent me. All my confidential documents were in their office. everything they have, and they are very tricky of doctrine illegal method of invasion of our privacy in paper and in my brain in person. In reality, its up to them if they want us to live or not. our life's are in their hands absolutely.

Respectfully,

Akimine Walter and Thasku Joseph

violation of the Internation law article 3. Everyone has    the rights to life, leberty, security of person.

7. Confistication of our 12257 that our case signed and approved by the appeal settlement officer in Jacksonville Florida. (Violation Of the fifth, and fourtheenth amentment of United States Constitution) as well as the violation of International law Article3. Evryone has the right to life, leberty, and security of    person

8. Confistication of our copy of the 12257 to file lawsuit for innocent spouse

9. Confistication of my 911 form request for emergency assistance from advocate Jennefer Carson her phone number in    it and the Settlement officer in    phone number in Jacksonville Florida that our case signed and approved to closed

10. Confistication of my letter of violation of Akimine human civil rigts laws has been illegally violated. to Jannet Fletcher and the discovery of the 11 violations of laws and the 15 million claim for damages. Including the violated of the disability Rights (ADA) that prohibted state and federal goverment

12. Confistication of my letter to    the IRS Human Civil Rights in Washington D.C that Jannet tricked me tort the phone and the five discovery of violation of our civil right and discrimination against us racisim because of nationality    I don't need lawyer and said IRS sent to the wrong appeal office in Seattle Washington    after she told me our case very strong when I faxed her our case    had signed, approved and closed told me she was going to give me the final resolution of our case.

13. Confistication of my Notorized    Petition to the U.S. Tax Court, to pay us $30. million for all the violation of the    Federal laws, and State laws, including the last statement that the Law firm of Gunliffe and Cook involved with IRS.

14. Confistication of our petition of prayer ( TITlE in GOD We Trust) to Agent Kelli Adams, Miss Futon, and Attorney Charles Ray and prayer of miracle who was responsible to release our money also indicated that all people are born equal and violation of the laws by the U.S.

Goverment,     what I meant by U.S. Gov, the Federal Goverment officers working with IRS and for cooperation to comply with the FOIA requester and the U.S.Department of Justice and president Obama supporting of the FOIA requester

15. Confistication of the FOIA confirmed to released of our lawsuit according to Miss Futon e-mail then trick us to send her our passport with our signatures and picures. (violation of the international laws discrimination aginst us because of our nationality) racisim and prejudice(hate crime) violation of the 18 U.S.C.249

16. Violation of women civil rights law lack of protection of the equall law intentionally.

17. Violation of the International law (serious violation) discrimination against women

18. Violation of(OP-CEDAW) economic, social and cultural rights,(OP-ICESCR). Article 8 of OP-CEDAW allows the U.N. committee on elimination of discrimination against women to intiate a confidential investigation by one or more of its members where it has received reliable information of grave or systematic violations by a state party of rights established in the Convention'.24 Article 11 of OP-ICESCR reproduces almost verbatim the language of OP-CEDAW. The UN Committee on Economic, Social and Cultural Rights may examine situations of 'grave' or 'systematic' violations of any of the economic, social, and cultural rights set out in the Covenant.2

19. Violation of the International laws     discrimination against us to intiate a confidential investiagation and trick us of illegal confidential of illegal     method to frame us illegally and intentionally tort the phone.

Refference:Interestingly, in a later introduction to Basic Principles and Guidelines on the Right to a Remedy and Reparation for Victims of Professor van Boven suggested that, when they had discussed the concept of 'gross violations of human rGross Violations of International Human Rights Law and Serious Violations of International Humanitarian Law (2005), ights', 'the authors had in mind the violations constituting international crimes under the Rome Statute of the International Criminal Court'.61 According to others, mentions of 'gross' violations of human rights in the Basic Principles and Guidelines referred

to international humanitarian law and situations covered by that law.62

20. Doctrine illegal method    of confidential illegal trick and technique of    unsantion invasion ofour    privacy of our personal identity with picture for    TIGTA and IRS future gain intentionally that our case number in our passport and my writting in our passport:Attention: Our attorney Kelli Adams (Violation of the Intrenational Law)and systematic discrimination, in particular based on race or gender.60 and serious "grosss" violation human rights law

21. Doctrine illegal trick of unsantion invasion sizce and unreasonable "gross"' violation of our home tort the phone and our personal    property tort the phone illegally and intentionally by Miss Futon for TIGTA and IRS future gain. Violation of the international law of crimes against the peace and security of mankind.

- Article 12 No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honour and reputation. Everyone has the right to the protection of the law against such interference or attacks.

22. Confisticated our document paper to prooved that showing 000 balance in the letter from IRS Treasury in Philadelphia, Pensivalia Notice CP21C Tax year 2011. if you agree with the changes we made you don't need to respond to this letter. I also mention in the my letter, I address to the IRS Civil Rights   in Washington D.C.

23. Confisticated our 2011 Tax Levy $10.000.00 to reduce to 000 balance I wrote attention: Jannet Fletcher on it. (violation of the Equal protection) Due process clause probhited   State and local Goverment official from depring person of life, liberty, or property without legislative authorization

Refference:In 1993, a study by Prof. Theo van Boven considered the notion of gross violations.55 It argued: 'It appears that the word "gross" qualifies the term "violations" and indicates the serious character of the violations but that the word "gross" is also related to the type of human right that is being violated'.56 In support, the study mentioned Articles

19,ʼ20, and 21 of the ILC's 1991 draft of a Code of Crimes against the Peace and Security of Mankind (see below), noted that Common Article 3 of the 1949 Geneva Conventions contains minimum humanitarian standards that are to be respected 'at any time and in any place whatsoever',57 and suggested guidance could be found in Section 702 of the Third Restatement of the Foreign Relations Law of the United States.disabled our riths violated the disability Rights law, and treat both inhuman, and violation ofthe right to know the law, the rights to get access to our own private and confidential     record in the FOIA I requested,the right to know the lawyer's legal responsibility, and how much money we personally own.    The right to know the truth of our own record as well as the general public want to know the truth about the Federal employees they work on our case, the U.S. Federal Goverment. the right to know the truth in the TIGTA and IRS Federal office. we have legal rights to know    from the court decision in the appeal process in the FOIA-00-2016 without due process, prejudice, and injustice. we have legal rights to excersice of our Federal civil rights. We have legal rights to proove to court that, we are totally exhausted, from the beinning of our case    until today.we have legal right, to proove to court that we are suffered,painful,embarrassed, we respectfully ask the court to free us from the U.S. Federal Goverment from punishing us secretly, and invation of our privacy without due process of law, unconstutional and injustice. We want to proof to court that, the U.S. Federal Goverment IRS and TIGTA treated us inhuman. We are like in    1800 centuries.Under Black Codes, blacks could not sue, give evidence, or be witnesses. the rights of all persons to have the same access to the law and courts and to be treated equally by the law and courts, both in procedures and in the substance of the law. we respectfully ask the court to appoint us attorney.

Refference: At international level, references related to the notion of 'serious violation' can be found in the Optional Protocol to the 1979 Convention on the Elimination of All Forms of Discrimination against Women (OP-CEDAW), and the Optional Protocol to the 1966 International Covenant on Economic, Social and Cultural Rights (OP-ICESCR). Article 8 of OP-CEDAW allows the UN Committee on the Elimination of Discrimination against Women 'to initiate a confidential investigation by one or more of its members where it has received

reliable information of grave or systematic violations by a state party of rights established in the Convention'.24 Article 11 of OP-ICESCR reproduces almost verbatim the language of OP-CEDAW. The UN Committee on Economic, Social and Cultural Rights may examine situations of 'grave' or 'systematic' violations of any of the economic, social, and cultural rights set out in the Covenant.

Though the notion of 'serious violation' has usually been approached from the perspective of human rights law, other bodies of law, such as criminal law, are clearly relevant. This is evident in the work of some of truth and reconciliation commissions; for example, the South African, Liberian, and Kenyan truth commissions included criminal intent in their definitions of 'gross violation'.264 Similarly, the Inter- American Court of Human Rights has come to take account of 'aggravated state responsibility' when it judges the seriousness of violations. It seems to have drawn on elements of criminal law, albeit in an adapted form, to identify and highlight more serious forms of abuse.265

If a criminal law approach is adopted, 'seriousness' is to be measured in both subjective and objective terms. Subjective factors include intention and motive, awareness, and the foreseeability of a crime.266 Objective factors include interests and property protected by law (such as rights, physical persons, and property).267

I just write you again, to address this issue, that I receved call from the Guam legal service today, this morning April 25 2016. The Guam legal service staff that I talked to was a lady. she inform me, on the phone 671-997-2439 that their office can not repesent us with our case. she told me, the Guam legal service is not funded to assist clients with IRS appeal legal matter.

I told her, that our case is confiscation our legal documents. I also asked her, where, we have to find lawyer? we can't afford to pay our Attorney. she told me, to look for Attorney with (Guam Bar Association) I told her, that I already went there last year but, they inform me their office can't not repesent me. she told me, this is her advice from the Guam Legal service corporation Director (Parker Harold).

She asked me, what is my mailing address? she is going to send me the letter. I told her, to send me by e-mail. and explain in writting what she just told me over the phone.she asked me, what is my e-mail address? I told her, its in the application we submitted last Friday. I told her, thaskuj@gmail.com.

Thank you very much for your cooperation and for your assistance.

Sincerely yours,

Thasku Joseph

http://guambar.org/parker-harold-f

Parker, Harold F. (Guam Bar Association Member at Large)

(671) 477-9811

harold.parker@guamlsc.org

I, Thasku Joseph affirm under oath and perjury of the United States of America that all these statements above are true and correct. I also stated that all these persons above confisication our personal legal document illegally..(confistication). I also affirm under oath and perjury that our signatures in our legal documents submitted by e-mail. to the ADA website or e-mail address.you can locate the attachment please. please also make sure our complain number are merge together.

Date   May 3rd, 2016.

Signed: *Thasku Joseph*

To expedite processing of your status check, please retain your complaint number, 100035010, and your reference number, 16-5kp1q-3lqt, for use when corresponding about this complaint.

Thank you for bringing these matters to our attention.

To expedite processing of your status check, please retain your complaint number,

100035009, and your reference number, 16-5kojs-3lqt, for use when corresponding about this complaint.

Thank you for bringing these matters to our attention.

Disability Rights Section Staff

Thank you very much,

Regards,

*Thasku Joseph* witness for **our family**.

DATE: Oct 18, 2014

TO: INTERNAL REVENUE SERVICE
ACS Corrospondence
P.O. BOX 8208
Philadelphia, PA 19101-8208

FROM: Akimine M. WALTER
P.O. BOX 27677
BARRIGADA, GU 96921

Subject: Request for the $9,699.00 plus intrest till
2014

Dear Sir/Madam

I am Thacku Joseph, I am not an Attorney nor
an Accisundant. I am repesenting Akimine M. Walter
because I understood the case that caused
her Menthal illness more worse than before
Akimue M, Walter is a clients for Guam Menthal
health subtance abuse and also a Clients
for the Guam Vocational rehabilitation.
She recives little money from the Social Security
disable benefit every month. She didn't aware
of her disable benefit has deducted after, she
noticed that, the amount She supposed to get
every month isn't right amount. Continued →

**DATE**:    Oct 5th, 2015

**TO**:    Our Attorney Charles Ray

1001 16th Street, N.W.

Washington DC, 20036    **Case Review #828-A2F-7979 from attorneys.com) or** Case Review #60E-2CC-0396

**PHONE** :    202-824-8123 or TOLL FREE 1-877-839-5013 FAX: 202-824-0640

**FROM:**    Tax payer, witness and Rep,Thasku Joseph P.O. Box 5016 Hagatna, Guam 96932

**PHONE**:    C/O 671-969-2520 Cell:671-864-4907 E-mail

**SUBJECT**:    Expited or urgent certification and authorization letter to communicate with TIGTA for urgent Attorney fees and   release everything on our file Dated Aug 26, 2015. Our complaint # :55-1508-0141-C or advice from Kelli Adams special Agent complain record number 55-1508-0165-C   including my e-mail and fax, communication with   TIGTA office - phone 206-220-5970 fax-206-220-5974

Dear Attorney Charles,

I, Thasku Joseph, respecfully ask for your urgent legal assistance to communicate with Agent Kelli Adams for your attorney fees the IRS owed us. And to release all our solid relevant evidence or our confidential documented information regarding our case had filed with the TIGTA office and other IRS agency.Based on the notorized (FOIA) and copy of our passport and Bank account number I filed. and also please let me know if the special agent Kelli Adams evaluate and process our case according to her e-mail. and send you all the copies of our confidential documents filed with her office. as well as our communication over e-mail.

This authorization request including the two 2848 POA we mistakely signed and the 2848 POA we signed I and Akimine Walter declaration of repesenative authorize me to be her repesenative.I or we authorized her to do legal matters on our behalf, but she e-mail me the reason she was not going to sign and explain and e-mail me, that I seem to be confuse to her roll   as special agent, or investigator to investigate IRS employees for wrongful acts or violation of the laws. I also respectfully ask for your legal assistance, please allow me to communicate with you over the phone and send me copies of everything you have in black and white documented paper.

Thank you very much for your assistance.

Sincerely yours,

Thask Joseph, Represents Akimine Walter witness, and husband or taxpayer.

Please see the attachments for the U.S. Treasury and the reference number for miss Harvey.

On Mon, Feb 1, 2016 at 7:07 PM, Charles Ray < Cray@charlesraylaw.com> wrote:

> What are you talking about?
>
> Charles A. Ray, Jr., Esq.
>
> Law Offices of Charles A. Ray
>
> The Capital Hilton Hotel
>
> 1001 16th Street, NW
>
> Washington, D.C. 20036

**From:** Aki Walter <̶a̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶@̶̶̶̶̶̶̶̶̶̶.̶c̶o̶m̶>
**Sent:** Monday, February 1, 2016 9:19 PM
**To:** Charles Ray
**Subject:** can you please answer me back or pickup your phone

Dear Attorney Charles,

I forgot to tell you the deadline for the United States Treasury fo file the complain on our behalf is Feb 4. I just want to let you know that.

Best Regards,

Joseph and Akimine

Department of the Treasury - Internal Revenue Service

OMB No. 1545-1504

# Request for Taxpayer Advocate Service Assistance
## (And Application for Taxpayer Assistance Order)

Form **911**
(Rev. 6-2007)

## Section I – Taxpayer Information *(See Pages 3 and 4 for Form 911 Filing Requirements and Instructions for Completing this Form.)*

| | |
|---|---|
| 1a. Your name as shown on tax return<br>Thasku Joseph | 2a. Your Social Security Number |
| 1b. Spouse's name as shown on tax return<br>Akimine Walter | 2b. Spouse's Social Security Number |

3a. Your current street address *(Number, Street, & Apt. Number)*
P.O. Box 27677

| 3b. City<br>Barrigada | 3c. State *(or Foreign Country)*<br>Guam | 3d. ZIP code<br>96921 |
|---|---|---|

| 4. Fax number *(if applicable)*<br>none | 5. E-mail address |
|---|---|

6. Employer Identification Number *(EIN) (if applicable)*

| 7. Tax form(s)<br>1040,12275,843, | 8. Tax period(s)<br>2011,or 000000 |
|---|---|

| 9. Person to contact<br>c/o Cisco's  Satomu h-p( 671) 969-2520 my cell671-687-3214 | 10. Daytime phone number<br>[X] Check if<br>Cell Phone | 11. Best time to call<br>8:A.M to 12 A.M. Guam Time |
|---|---|---|

12. Indicate the special communication needs you require *(if applicable)*

[ ] TTY/TDD Line     [ ] Interpreter - Specify language other than English *(including sign language)*  spouse has mental illness
[X] Other *(please specify)*  Request third party not released,

13a. Please describe the tax problem you are experiencing *(If more space is needed, attach additional sheets.)*
This dispute between my wife and IRS. This case already solved  and closed  a year ago. based on the form signed and approved by the IRS appeal office in Jaccksonville Florida. When IRS charged my wife for the same offense, I wrote to IRS about the violation IRS admittedly and intentionally. I also declared her Rights had been illegally violated. based on the facts I discovered. my wife has mental problem she is a clients for the Guam Mental Health and Guam DVR. I claim the damaged,suffered, and painful caused by IRS and the Violation for 15 million. this case was send to the appeal office in Seattle Washington. then send back to Jacksonville Florida. what I understand the appeal officers can't  make  contact each othe.r this prohbited by the new IRS during examination of the dispute case.

13b. Please describe the relief/assistance you are requesting *(If more space is needed, attach additional sheets.)*
We need the Advocate to  inspect our confidential Tax documents my form 12275 for innocent spouse section  6015 or 6404 and file a number  lawsuit on our behalf. Our case had file with the Advocate before, the case worker had our file, her name 's Jennefer Carson, her phone number 1-866-809-2329.The appeal officer approved to closed this case in the appeal office in Jacksonville Florida. his name Joe Breazeale.employee ID num-0228394-tel-904-665-0975-fax-904-665-1835. and we  also need assistance to file form 843 request for refund based on IRS advice for both of us.  Actually,  I was filed my tax return because Avon in Pasedonia Ca, advice me to file IRS. when I filed, I filed H.O.H. then I amended  and filed married, this is how she got involved in my dispute with IRS. pls see our doc for details.

I understand that Taxpayer Advocate Service employees may contact third parties in order to respond to this request and I authorize such  contacts to be made. Further, by authorizing the Taxpayer Advocate Service to contact third parties, I understand that I will not receive notice, pursuant to section 7602(c) of the Internal Revenue Code, of third parties contacted in connection with this request.

| 14a. Signature of Taxpayer or Corporate Officer, and title, if applicable | 14b. Date signed<br>06/12/2015 |
|---|---|
| 15a. Signature of spouse<br>*Kumine Walter* | 15b. Date signed<br>06/12/2015 |

## Section II – Representative Information *(Attach Form 2848 if not already on file with the IRS.)*

| 1. Name of authorized representative<br>Thasku Joseph | 2. Centralized Authorization File (CAF) number<br>on file |
|---|---|
| 3. Current mailing address<br>P.O.Box 5016  Hagatna, Gu 96932 | 4. Daytime phone number<br>(671)687-3214    [✓] Check if<br>Cell Phone |
| | 5. Fax number |

| 6. Signature of representative | 7. Date signed<br>06/12/2015 |
|---|---|

Catalog Number 16965S

Form **911** (Rev. 6-2007)

```
                                               1486858263
                      Mar. 11, 2016   LTR 105C   0
                                201112 55
                                               00035692
```

AKIMINE WALTER
PO BOX 27677
BARRIGADA   GU   96921-6953


spaces below, your telephone number and the hours we can reach you.
Keep a copy of this letter for your records.

Telephone number (    )_____   Hours_____

You can get any of the forms or publications mentioned in this letter
on our website at www.irs.gov/formspubs or by calling 1-800-TAX-FORM
(1-800-829-3676).



                              Sincerely yours,

                              Kenneth C. Corbin
                              Dir., Rtn. Integrity & Comp. Svc.


Enclosures:
Copy of this letter
Publication 1
    .

**6** **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7** **Signature of taxpayer.** If a tax matter concerns a year in which a joint return was filed, the husband and wife must each file a separate power of attorney even if the same representative(s) is (are) being appointed. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED TO THE TAXPAYER.**

| Signature | Date | Title (if applicable) |
|---|---|---|
| Algemine M Walter | 10/18/14 | tax payer |

| Print Name | PIN Number | Print name of taxpayer from line 1 if other than individual |
|---|---|---|
| | ☐☐☐☐☐ | |

## Part II Declaration of Representative

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Circular 230 (31 CFR, Part 10), as amended, concerning practice before the Internal Revenue Service;
- I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
- I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

b Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.

c Enrolled Agent—enrolled as an agent under the requirements of Circular 230.Y YOU WANT TO REMAIN IN EFFECT

d Officer—a bona fide officer of the taxpayer's organization.

e Full-Time Employee—a full-time employee of the taxpayer.

f Family Member—a member of the taxpayer's immediate family (for example, spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).

g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).

h Unenrolled Return Preparer—Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have signed the return. **See Notice 2011-6 and Special rules for registered tax return preparers and unenrolled return preparers in the instructions.**

i Registered Tax Return Preparer—registered as a tax return preparer under the requirements of section 10.4 of Circular 230. Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have signed the return. **See Notice 2011-6 and Special rules for registered tax return preparers and unenrolled return preparers in the instructions.**

k Student Attorney or CPA—receives permission to practice before the IRS by virtue of his/her status as a law, business, or accounting student working in LITC or STCP under section 10.7(d) of Circular 230. See instructions for Part II for additional information and requirements.

r Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN LINE 2 ABOVE.** See the instructions for Part II.

**Note:** For designations d-f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column. See the instructions for Part II for more information.

| Designation — Insert above letter (a–r) | Licensing jurisdiction (state) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable). See instructions for Part II for more information. | Signature | Date |
|---|---|---|---|---|
| f | | 12257 | [signature] | 08/15/2014 |
| | Government of Guam | License and Certification 15725 | | |

**EXPRESS MAIL**

UNITED STATES POSTAL SERVICE®

Post Office To Addresse

EM 716125427 US

Customer Cop
Label 11-F, Apri

## ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code
96913

| Day of Delivery | Postage |
|---|---|
| ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ 22.95 |

Date Accepted
6 3 16
Mo.  Day  Year

| Scheduled Date of Delivery | Return Receipt Fee |
|---|---|
| Month    Day | $ 3.70 |

Time Accepted
1615 ☐ AM ☒ PM

| Scheduled Time of Delivery | COD Fee | Insurance Fee |
|---|---|---|
| ☐ Noon  ☐ 3 PM | $ | $ |

Flat Rate ☐ or Weight
2 lbs.    ozs.

| Military | Total Postage & Fees |
|---|---|
| ☐ 2nd Day ☐ 3rd Day | $ 25.65 |

Int'l Alpha Country Code | Acceptance Emp. Initials

## DELIVERY (POSTAL USE ONLY)

| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
|---|---|---|---|
| Mo.    Day | | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.    Day | | | |
| **Delivery Date** | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.    Day | | | |

WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY  ☐ Weekend  ☐ Holiday

Customer Signature

## CUSTOMER USE ONLY
### METHOD OF PAYMENT:

Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

FROM: (PLEASE PRINT)    PHONE (

THASKU JOSEPH
P.O. BOX 5016
YIAGTNA, GD 96932

TO: (PLEASE PRINT)    PHONE (202) 216-7000

UNITED STATE COURT OF
APPEALS DISTRICT OF COLUMB
CIRCUIT 333 Constitutiona / Av
NW Washington DC 20001-2866

**FOR PICKUP OR TRACKING:** Visit www.usps.com  or  Call 1-800-222-1811  *EMS*

---

2- Shipping Label (left) and Customer Copy (right)

USPS® Customs Declaration – CN 22
IMPORTANT: The item/parcel may be opened officially. See Privacy Notice on reverse. Sender's instructions on reverse, page. Please print in English and press firmly as you are making multiple copies.

From: Business
Sender's Last Name
Thasku
First
Joseph
Address
Box 5016
City
State
ZIP+4

To:
Addressee's Last Name
Telephone/Fax or Email
Business
U.S. District
Address
Circuit 333
City
NW Washington DC
Country
State/Province
Post Code
2000/28
Telephone/Fax or Email

JUN 3 2016
USPS

LC97110023HUS

Article Number (Transfer from service label)
EM 716125427 US

Domestic Return Receipt

PS Form 3811, April 2015 PSN 7530-02-000-9053

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United State Court
of Appeals District of
Columbia CIRCUIT 333
NW Constitutional Av NW Washington DC

2 0001-2866

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)  |  C. Date of Delivery
Mail Room
RECEIVED

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

JUN 6 2016
Angela E. Caesar, Clerk of Court
U.S. District Court, District of Columbia

3. Service Type
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

9590 9403 0620 5183 0883 31

2. Article Number (Transfer from service label)
EM 716125427 US

Date: Sept 16. 2015

To: The Inspector General for Tax Administration IG:CC:D

Office of Chief Counsel

Attention: Disclosure Officer

1125 15th Street NW

Room 700A

Washington, DC 20005

From: Tax Payer, Witness, and husband of Akimine Walter

Thasku Joseph P.O. Box 5016 Hagatna, Gu 96932

phone-c/o 671-969-2520

Subject: Request the final resolution based on our complain number(55-1508-0141-C to make request of (FOIA) to release documented paper or money urgently for my 1040 2011 Dec. the papers we make request not more than 100 pages. we agreed if more than 100 pages and you deducted from our money you have.

Dear Sir/Madam

I, Thasku Joseph, the original tax filer for my 1040 2011 Dec, and the truly witness regarding my wife's case or dispute with IRS with the same tax period 2011 1040 Dec .Based on the discover, all the true facts, and findings of violations admittedly by IRS treated us unequally and all the violations of the law admittedly by IRS intentionally. Further more, including the form (12257)had signed and approved that my case closed completely. As tax payer I or we have right truly to know if your office made evaluation and process on our complain number submitted to your office, the complains number (55-1508-0141-C). we also have right to know if the Advocate filed any lawsuit or your office file to the U.S. Tax court on our behalf or the US tax court granted the petition I sent. or any law office including Norma Diaz, the Settlement office in Miami FL has money for us. or any office filed any lawsuit on our behalf including the form (12257) for innocent spouse section 6015 or interest abatement 6404 for the tax period 2011 1040 Dec Levy Penalty. we also have right to know if your office have money the IRS owed us. we have the right to demand for all the past due violations admittedly by IRS and pay us urgently for the 2011 Dec Tax year. we respectfully ask for your assistance to please help us.

I, respectfully, make request under the (FOIA) for your cooperation and urgent assistance to release and send us any money your office has or direct deposit in to my wife's bank account .The IRS already knew my wife has mental problem and invaded her privacy and deducted her social security without due process and they knew her Bank account number and routing number already. and I am requesting the (FOIA)please let us know in writing the amount of money you have and deposit it. as well as the General public are interested to know the truth about the IRS appeal employees, or IRS settlement officers, and the law office here on Guam. If we, or the people can depend on their

Date: Sept 16. 2015

To: The Inspector General for Tax Administration IG:CC:D

Office of Chief Counsel

Attention: Disclosure Officer

1125 15th Street NW

Room 700A

Washington, DC 20005

From: Tax Payer, Witness, and husband of Akimine Walter

Thasku Joseph P.O. Box 5016 Hagatna, Gu 96932

phone-c/o 671-969-2520

Subject: Request the final resolution based on our complain number(55-1508-0141-C to make request of (FOIA) to release documented paper or money urgently for my 1040 2011 Dec. the papers we make request not more than 100 pages. we agreed if more than 100 pages and you deducted from our money you have.

Dear Sir/Madam

I, Thasku Joseph, the original tax filer for my 1040 2011 Dec, and the truly witness regarding my wife's case or dispute with IRS with the same tax period 2011 1040 Dec .Based on the discover, all the true facts, and findings of violations admittedly by IRS treated us unequally and all the violations of the law admittedly by IRS intentionally. Further more, including the form (12257)had signed and approved that my case closed completely. As tax payer I or we have right truly to know if your office made evaluation and process on our complain number submitted to your office, the complains number (55-1508-0141-C). we also have right to know if the Advocate filed any lawsuit or your office file to the U.S. Tax court on our behalf or the US tax court granted the petition I sent. or any law office including Norma Diaz, the Settlement office in Miami FL has money for us. or any office filed any lawsuit on our behalf including the form (12257) for innocent spouse section 6015 or interest abatement 6404 for the tax period 2011 1040 Dec Levy Penalty. we also have right to know if your office have money the IRS owed us. we have the right to demand for all the past due violations admittedly by IRS and pay us urgently for the 2011 Dec Tax year. we respectfully ask for your assistance to please help us.

I, respectfully, make request under the (FOIA) for your cooperation and urgent assistance to release and send us any money your office has or direct deposit in to my wife's bank account .The IRS already knew my wife has mental problem and invaded her privacy and deducted her social security without due process and they knew her Bank account number and routing number already. and I am requesting the (FOIA)please let us know in writing the amount of money you have and deposit it. as well as the General public are interested to know the truth about the IRS appeal employees, or IRS settlement officers, and the law office here on Guam. If we, or the people can depend on their



**DATE**:   June 4th, 2016

**TO**:UNITED STATES COURT OF APPEALS

  DISTRICT OF COLUMBIA CIRCUIT 333 Constitution Avenue,

  NW Washington, DC 20001-2866

Phone: 202-216-7000 | Facsimile: 202-219-8530

**FR**: Thasku Joseph

P.O. Box 5016 Hagatna, Guam 96932

Phone-c/o 671-969-2520 cell 671-997-2439 E-mail-thaskuj@gmail.com

**Subject:** Emergency Petition Court Order   to release her money to her    bank account and corrected date and e-mail and add some statement from the e-mail I send to the DC court of appeal webmaster e-mail.

  (Section 142 Magistrates    Court Act 1980)

  (Section 37 of Mental Health Act)

  (Document Confistication Violation of USC 1952)

Attention: Evidence send express mail June 3, 2016 Friday Guam time.

Your Honor,

## AFFIDAFIT

I, Thasku Joseph respectfully ask you honor, to please granted my request for emergency court order and for your emergency legal assistance regarding this case against us. especially, against this innocent mental illness people (Akimine Walter). I had faith in the Office of Discpilary Councel in the first place this is the reason I sent them our original legal documents to assist us but turned out, they are defending the wrong side ,the    people    (violated f the laws) the lawyers,IRS, TIGTA, and etc.

We are totally exhausted, from the beginnong of this case until today. Your honor, you proved that these people abused us, treated us like we are totally inhuman. this case also involed violation of the

laws, including corruption within the US Federal Goverment and the Lawyers, unconstutional, prejudice, discrimination, without due process of law, and totally injusdice.we don't have access to lawyers, and court. these legal officers hid their wrong doing from court and the General Public. I request for emergency motion to order if the case filed on April 5,2016 by Attorney Charles A Ray Jr. if its related to Akimine Walter. 2016 CA 002532 B   Civil II to release the funding to her personal Bank account in the prayer's petition title In God we trust.

The night, I talked to the case manage,r Miss Walker, she told me to check the decision they send me by e-mail. I ask her why? they send me by e-mail , I request to send me by mail, so I can proved to the innocent spouse Akimine Walter. when I reply I list down my for objection.

1. Doctrine decision 2. violation of my right to send by e-mail 3. invalid decision and etc, and send directly to the DC court of appeal the violation of the board rule.

OFFICE OF DISCIPLINARY

COUNSEL BOARD RULES    Page 7    2.5

 Complaints Against Members of the Board, Hearing Committees, or Disciplinary Counsel Complaints received by the Office of Disciplinary Counsel against a member of the Board involving activities other than those performed within the scope of the duties of the Board member shall be submitted directly to the Court.

Complaints against Hearing Committee members or against Disciplinary Counsel involving activities other than those performed within the scope of their duties shall be submitted directly to the Board.

2.8    Respondent's response shall set forth respondent's position with respect to the allegations contained in the complaint and shall be submitted to Disciplinary Counsel within ten days from the date of the mailing of the notice described in Rule 2.7. 2.9 Request for Information by Disciplinary Counsel (a) In the course of the investigation, Disciplinary Counsel may request complainant, respondent, or any other person who may have knowledge of pertinent facts to provide information concerning the matters under investigation.

I reply and send her Miss Walker and executive attorney Elizabeth Herman. I told them in my e-mail that don't hid the money God knows what people are doing. and send my e-mail to the DC court of appeal webmaster@dcsc.gov. my objection and report the incidents that night. After 30 minutes I called the ODC phone 202-638-1501 no one answered only answering mechine. even the executive board number 202 638-4290 same thing answering mechine only. even I called the DC court of appeal same thing. the next night, I called again, same thing I didn't have access to speak to real person.

Last night 6/4/2016 around 1:00 A.M Guam time, I called if I can speak with Helen regarding my e-mail from her. this is her e-mail message below. I would like to call the US Court of appeal for approval regarding this interview, I don't want to abuse and treated me like I am not a human

being and trick anymore.

I am writing to schedule a time for you to speak with Mr. Gene Shipp, Disciplinary Counsel, regarding your request to reopen your case.

Are you available to speak with Mr. Shipp on Monday June 6th at 2:00?

Thank you,

Helen

**Helen Severson**

Executive Assistant to Gene Shipp

Office of Disciplinary Counsel

515 5th Street, NW

Building A, Room 117

Washington, DC 20001

202-638-1501, ext. 1725

I reply to this e-mail I explain I don't have to request for reopen because its the court order according to my message. I told her, I know where I am. I send her our communication I and executive attorney Elizabeth A Herman what started the emergency illegal decision. when I search the DC court of appeal for the case above. i couldn't find the case above retrive    it. I believe these lawyers are changed the case from the DC court of appeal computer system data. I asked the lady I spoke with last night the case was filed on the April 7, 2016 and told me the case for landlord if I don't file I will lose my chance.

Your honor,

Please help Akimine Walter, if the case above related to her case that attorney Charles A Ray filed civil suit on her behalf. I respecfully request for your emergency order to release all the civil suit for all these people the defendants to pay her for damages including my self . and order to deposit in her personal Bank account in the prayer, Title In God we trust.    I also believe these lawyers are changing the court computer system date, to change the filing date, and person related to these case above filed on April 5,2016. I also ask you honor, for emergency motion to order all the defendants to pay us for damages. I asked Miss Walker why she send me over e-mail and she said, executive decision. I also told her the signature is not match and violation of my right. I also asked her if she received any message from the court, she said, yes.

Lastly, your honor, I send some evidence express mail yesterday 6/3/2016. some documents we still have copied and new information regarding this case filed at ODC. Additionally,    the deduction of Akimine Walter social security benefit. the $10.000. Levi balance 000 I sent attention Jannet Fletcher on it, and some important legal documents our original documents are with the ODC. and I also send the

DC Court of appeal webmaster@dcsc.gov we don't have anymore copies with us, except in the e-mail in box or flash drive I have. I send e-mail to the webmater, the date and my e-mail   are incorrect. I believe these Lawyers have access to my e-mail. I can tell by sending out my message from my e-mail and notice from my inbox message.

Thank you very much.

I Thasku Joseph affirm under oath and penalty of perjury of the Law of the United States of America that all the statements in this instrument above are correct for the best of my knowledge.

Thasku Joseph

Date:    July 16, 2015

To:    Our Congressional Rep, Jennefer Carson

Fr:    Tax Payer, Representatives, and witness Thasku Joseph

Subject:: **Declaration Of Human Rights Violation**.

The principles of International Laws which were conceived in order to promote democracy, rule of law, respect for human rights and human dignity all over the world. Thus, self-determination was one of the core principles and fundamental rights, but could not be separable from other principles such as sovereign equality, territorial integrity, peaceful settlements of disputes, non-intervention in internal affairs and respect for human rights and fundamental freedoms.

## AFFIDAVIT

I, Thasku Joseph , do solemnly sincerely and truly declare and affirm that I have known Akimine Walter for 30 years. Akimine Walter has mental illness. She doesn't understand and doesn't know how do file tax online. I also affirm under oath and perjury that IRS treated Akimine Walter unequally less than human being to charge her twice for the same offense that has been solved completely. It is Violation of the Law.(Double Jeopardy) I also affirm under oath and perjury that Akimine Walter is totally innocent. She didn't do any wrongful act. I am Thasku Joseph, the truly original tax filer for my 1040 2011   that how she get involved in my dispute with IRS.I didn't know how to file tax and I amended and sent paper to Kansas City MO.I also believe someone   doctrine illegal method for IRS future gain here on Guam and within the IRS office to illegally frame her for wrongful incidents she committed . Last year 2014, I have noticed someone stole her   extra house key, stole my personal ID card, and social secure card with my wallet. In the Beginning of May this year,    I remembered it was on Friday morning. I called   the Law offices of Gunliffe and Cook to make an appointment and their phone number (671) 472-1824, their telefax (671)472-2422, and their e-mail- cclaw@teleguam.net. when I called their office Attorney Cook answered the phone, I explain my situation that IRS charged my wife twice for the same offense. he told me to bring my documents to their office that same day. when I reached their office, the secretary made copies for all my confidential documents. I also explain to him that my case was urgent based on what Jannet K. Fletcher told me over the phone. On that same day I brought all my confidential documents, the taxbrain.com original tax return I filed. also including the letter from the Seattle office as well as the letter I type Attention Jannet K. Fletcher in it, that I declared Akimine Walter Rights had been illegally violated and the discovered new facts and finding, and these 11 violations admittedly by IRS. when I was at their office I asked the secretary to print out the form 2848, the POA. In the power of Attorney I stated and authorized the attoney to inspect my confidential documents but didn't write his name I leave it blank, including   the form 12275 or file a lawsuit or go to trail.when I signed the 2848 POA, the Attorney cook was standing next to me, but I didn't see him sign the form. he asked me, if I talked to the other Attorney Gunliff, I told him why?'' I am the one I talked to him over the phone''. he told me, he will contact me.

The next following week, I called their office, the secretary answered the phone, told me I missed my appointment. I told her, what appointment? Attorney Cook told me, he will contact me.then she said hold on, then I and the other Attorney Gunliff talked over the phone, I could tell his voice that was not Attoney Cook. he was screaming to me over the phone asking me where is the agreement between I and IRS and ask me, are you going to pay IRS money? he told me, my wife have to pay IRS for penalty. and told me, and said, (taxbrain),sorry our office can not represent you. I was freaked out, we didn't even talked that much and he hung up the phone. In that same week, my prayer answered, I found my Advocate beautiful Congressional Rep, name Jennefer Carson with her phone number, I called her and asked her that I need her help. she said, ok and gave me her fax number and mailing address. I told her, I have to fax few of the papers and the rest I have to mail them. what our congressional Rep, doesn't have our married certificate and the copy of the original tax file Taxbrain.com send me. During that same week,I called Jannet K. Fletcher, about the form 12275 who is the innocent spouse, she told me my wife. she told me she send to her connection Norma Dias our conversation over the phone   also our confidential documents. and she gave me Norma's phone 305-982-5252 to call her about a week. Two times at night, I tried to contact Norma's phone it was connected to Gunliff and Cook phone number here on Guam 671) 472-1824.Attorney Gunliffe is a Appeal Attorney too. I was curios why their phone are connected to each other. Then about three weeks later I called Attorney Gunliff and Cook office to pick up my confidential documents they copied. When I went to their office the secretary told me Attorney Cook went to the United States couldn't find my confidential documents where Attorney Cook kept, and told me I have to call the following week, when he

comes back from off island U.S. When I called the following week the secretary told me, he still in the U.S. until now, the Attorneys Gunliffe and Cook still have all my confidential documents. I don't know what they do with all my confidential documents.

I believe these three    legal branches are connected together to do illegal method to frame us. The Seattle Appeal Office Jannet K.Fletcher, Settlement Appeal office in Miami Norma Dias,and The   Law offices Gunliffe and Cook here on Guam. Also, I am wondering if anyone pays one of my closest relatives to illegally steal our confidential documents. What we are missing now. our extra house key, our married certificate, my original copy the form 12275, my personal wallet with my Guam ID and Social Security, and my cell phone (671) 687-3214 with all my personal confidential phone number.

I also affirm under oath and perjury all the statements in these entire instruments are true and    correct for the best of my knowledge. I also stated that, I corrected some of the words spelling in these instruments below and put them together and add few words.

I, Thasku Joseph, represent Akimine Walter and a truly witness, of the true facts regarding Akimine Walter Case. I am neither an Attorney nor an accountant. I may ask for any Qualify Attorney can represent her a.s.a.p. because of the true facts that IRS treated Akimine Walter unequally less than human being intentionally. also, I kindly request for an appeal and reconsideration of this case that violation of the mental retarded individual Akimine Walter rights admittedly by IRS intentionally. I have seen and known this same case against Akimine Walter and had been solved 2 years ago. I am totally disagree with IRS to charge Akimine Walter for the same offense twice. This is violation of the law for recharge a human being for the same offense that has been solved and (dismiss)completely already. IRS knew the individual person has mental illness and took advantaged of her (Akimine Walter) because of her mental illness, her nationality, and knew Akimne Walter couldn't able respond to the IRS letter when IRS used of forced illegally to charge her twice for the same offense intentionally. IRS violated the (ADA )discrimination and prejudice tort her brain caused damaged, suffered, painfully in her body as well as violation of her privacy in person. After all these facts admittedly by IRS, the disabled restarted person Akimine Walter her mental illness became worst and unmanageable to her medication (shot)at Guam Mental Health every month. Additionally, for the past 6 months, she missed her monthly shot because IRS used the documented paper as illegal forced to harassed her to pay IRS money she owed ,which already solved and IRS deducted her disability monthly benefit illegally and intentionally.

## DISCOVERED NEW FACTS AND FINDING OF VIOLATION ADMITTEDLY BY IRS

Demand For Payment Of Past Due Violation $15 Million Damaged, Suffered, embarrassed, and painful

1. Violation of the International Law Human Civil Rights Title VII ACT Intentionally

2. Violation of the American Disability Act (ADA) Discrimination against the disabled Akimine Walter Intentionally (a civil rights law that prohibits discrimination against people with disability)

3. Illegal forced to sized her social security disability benefit intentionally (invasion of her privacy)Violation her privacy (without due process)

4.Doctrine illegal method and prejudice documented papers tort her mind for IRS present and futures gain (Invasion of her privacy in person) Intentionally

5. Treat the disability individual unequally to charge her twice for the same offense. and not respect her dignity and freedom intentionally

6.Deducted her monthly disabled benefit illegally without her knowledge and approval. invasion of her privacy (violation of her privacy in paper) intentionally

7.Violation of the Disability Rights intentionally

8. Prejudice and discrimination because of her nationality

9.Frame her for wrong full incidents she committed intentionally

10. Used the name IRS to scare her and forced of illegal power in black and white documented paper of harassment caused

damaged tort her mind

11. Damaged her future reputation intentionally


May 5th 2015

Declared of my Constitutional Rights had been illegally violated by

Jannet K Fletcher (Employee Number) 0276951 (Tel)-206-946-3574                    Fax-206-220-5925

1. Violation of our Rights as tax payers Jannet K Fletcher inspected our confidential documents without the legal Form 8821 as well as investigated me over the phone and it is prohibited within the independent appeal office by IRS.

2. Invation of our privacy in paper and tort my brain, as well as my privacy in person. after she trick me over the phone during the examination on this case. When I first ask her do I need lawyer? she said no. additionally, I asked her after she inspected our confidential documents why she told me I don't need lawyer and she changed her answered to yes, I can have lawyer.

3. She treated me unequally not to send the payment form that I send her, I mention in the POA. I cut and supposed to send to Philadelphia Pensuvalia to follow their instruction to stop deducted Akimine Walter Social Security benefit. Instead she send to Norma Dias in Jacksonville Florida. she didn't respect my rights as human being what I am entitled to.

4. She doctrine some illegal documents information I told her over the phone, for IRS future gain during the examination of this case after she trick me, I don't need lawyer, when she inspected our confidential personal documents. according to what she told me, she   send to Norma Dias in   Jacksonville, Florida the other appeal office including our conversation over the phone.

5. Discrimination and prejudice against us because our nationality.

6. Harressment and illegal investigation over the phone she is prohibited from doing it as independent appeal officer

Thank you very much,

Respectfully,

Thasku Joseph ,Tax payer, Representatives, and witness. my signatures

DATE: May 5, 2016

Thasku Joseph
P.O. Box 5016
Hagatna, Guam 96932    Phone –c/o 671-969-2520 cell-671-997-2437

OFFICE OF BAR COUNSEL
THE BOARD ON PROFESSIONAL RESPONSIBILITY
DISTRICT OF COLUMBIA COURT OF APPEALS
515 Fifth Street, N.W. Building A, Room 117
Washington, D.C. 20001
(202) 638-1501 Fax (202) 638-0862

Executive Chairman

<div align="center">

**AFFIDAFIT**

</div>

   I, Thasku Joseph, affirm under oath and perjury that, I am a true witness of this case

against Akimine Walter and I have knowledge of this case against Akimine Walter. I stated and

affirm that Akimine Walter is totally innocent. I am a original Tax filer for my business tax

return for 2011. My case was signed, approved to closed. I filed as head of house hold. I also

stated that, I send my (Declaration Of Emergency Evidence to the U.S.D.O.J. of new facts and

new discovered of violation just happen last week here on Guam. I and my wife put an

application at Guam Legal service, the Director Parker Harlod turn us down. The Director is a

Guam Bar Member Association. You can request my true statement at the USDOJ. I submitted

the case complain number is below. The original copy I received from the committee mention

any facts against the Lawyers and their firm. And the Last paragraph stated that stated I have to

continue to make this matter against the lawyer as confidential. My serious question to the

USDOJ. Is it fair and legitimate by laws that all these U.S. Federal Office and Law firms

confiscated   our personal legal document? I also list down the Date and year those people

confiscated our document. I also list down the new finding of the Guam Bar Association violated

based on the true facts I stated. I, affirm under oath and perjury, that our case involved violation

of the laws including corruption, prejudice, unconstitutional, injustice. within the U.S. Federal

Government, Law Firms and etc.

I, Thasku Joseph stated and affirm that, I agree if the USDOJ and the US Court of appeal, are on the same page of our case. Because the US Court of Appeal has the original documents as evidence and the USDOJ has the copies. I also stated that the secret of our case is now open. I have faith in the Lord and the USDOJ that secret of facts of violation in the US Federal Government and law firms are now visible in the eyes of the public and the Lord, no one above the Lord Amen. I also motion to order to release our money where ever is located. We want Justice to serve. (Justice for all)

Respectfully,

Thasku Joseph witness in the name of our Lord.

This serves as confirmation that the Disability Rights Section has received your complaint. Please be assured that your receipt of this email means that we have received your complaint and are processing it. You will hear from us when we have made a determination about the disposition of your complaint. This is an automatic response generated electronically. Please keep a copy of this response for your records.

If you would like to attach files to your complaint, you can submit them by replying to this message and inserting the files as attachments to the message. Do not alter the subject line of the reply to ensure the timely processing of the additional files. Additionally, do not put any text in the body of your message. The body of the message WILL NOT be read – only the attachments.

We will review the information you have submitted and will notify you of any action this office will take with respect to the issues you have raised. Please be advised that this office receives a large volume of correspondence from the public, and it may be some time before we have finished reviewing your complaint. If you would like to check on the status of your complaint, you may call the ADA Information Line at 800-514-0301 (voice); or 800-514-0383

(TTY).

  To expedite processing of your status check, please retain your complaint number, 100035010, and your reference number, 16-5kp1q-3lqt, for use when corresponding about this complaint.

Thank you for bringing these matters to our attention.

To expedite processing of your status check, please retain your complaint number, 100035009, and your reference number, 16-5kojs-3lqt, for use when corresponding about this complaint.

Thank you for bringing these matters to our attention.

Disability Rights Section Staff

http://guambar.org/parker-harold-f

Parker, Harold F. (Guam Bar Association Member at Large)

(671) 477-9811

harold.parker@guamlsc.org

**Categories:** Active,Guam Legal Service Corp.,Member at large



# GUAM BAR ASSOCIATION

Guam Judicial Center, Second Floor
120 West O'Brien Drive
Hagåtña, Guam 96910-5174
. Office: [671] 475-3396 Email: info@guambar.org
Secure Fax: [671] 475-3400 Website: www.guambar.org

## COMPLAINT AGAINST AN ATTORNEY

**Complete and Submit Complaint Form to:**
Office of the GBA Ethics Prosecutor
Guam Judicial Center, Second Floor
120 West O'Brien Drive
Hagåtña, Guam 96910-5174



**GUAM BAR ASSOCIATION**
**Office of the Ethics Prosecutor**
**Guam Judicial Center, Second Floor**
**120 W. O'Brien Drive**
**Hagatna, Guam 96910-5174**

Today's Date: 08/08/2019
13

I have a complaint against (attorney's name): Legal Firm MOOTS, ATTORNEY at Law COOK and Gunliffe

My name is (please print): THASKU JOSEPH

My mailing address, including zip code, is: P.O. BOX 8016

HAGATNA, GUAM 96932

My telephone numbers are: (home) 96 9692520 (work) _____ (cell) _____

My email address is: _____

The type of case or legal matter from which the complaint grows is (i.e., a divorce case, a criminal case,

a civil case, etc.): Doctrine Legal Method for IRS FUTURE GAIN ON GUAM AND IN THE U.S,

Is the case or legal matter still pending? ON GOING

Was the attorney your attorney or someone else's? I SIGN THE PGA AND Gunliffe rejects me,

If yours, when did you hire the attorney? I Authorize to inspect and file suit Or settle, or go TRIAL, I don't

Have you paid the attorney any money? NO . understand the law,

If so, when did you pay the attorney and how much did you pay him/her?:

Date _____ Amount $ _____    Date _____ Amount $ _____

Date _____ Amount $ _____    Date _____ Amount $ _____

[Please add additional pages(s) if more space is required regarding payment information.]

*Please submit <u>copies</u> of any documents in your possession related to your complaint, including items such as your contract with the attorney, invoices, payment records, letters, etc.

Please write/type below, or on a separate page(s) attached to this form, a specific statement about what you believe the attorney did that was wrong. Try to give mainly actual examples of the attorney's alleged misconduct. To the extent possible, include each date that you contacted (or had contact with) the attorney, what occurred on that date, what it was that you believe the attorney did wrong on that date, and the names, addresses, and telephone numbers of people who were present with you, if any. A narrative explanation of the problem is important. Please include any information you would like considered in the evaluation of your complaint. <u>Please do not send or submit any original documents with your complaint.</u> Instead, please make copies and include them with your complaint.

<u>PLEASE NOTE</u> that an attorney discipline matter is confidential at its outset. We ask that you please respect this confidentiality, as it is an important component of the attorney discipline system. Please also note, however, that attorney discipline matters may eventually become public. Consequently, **any information you provide to our office about the matter, or that we might obtain from your lawyer(s), may become public.** No attorney/client relationship exists between you and the Office of the GBA Ethics Prosecutor, and no attorney/client privilege exists regarding information you submit to the office.

<u>STATEMENT OF ALLEGED ATTORNEY MISCONDUCT</u>

Discrimination and Prejudice and ilegally invasion of my or our privacy in paper as well as tout my brain on the phone in person. and settled our case in Maimi Florida without our knowledge, AND covered up with ilegally Processing illegal investigation, Part of their legal firm office. AND put THE F.B.I Involve to Legally Frame us so our money Remain secret and untouched. including ilegal recording messages over the phone and other electronic deviccs.

[Please add additional page(s) if more space is required.]

I HEREBY CONSENT THAT YOUR INVESTIGATOR MAY SEE AND COPY ANY OF MY DOCUMENTS AND MAY OBTAIN ANY INFORMATION NECESSARY FOR A COMPLETE INVESTIGATION FROM ANY LAWYERS WHO NOW OR EVER HAVE REPRESENTED ME.

_____
SIGNATURE

THASKE Joseph          08/04/15
PRINT NAME                      DATE

PLEASE NOTE: The Ethics Committee's jurisdiction is strictly limited. It cannot stop or delay any pending Court proceedings, nor prevent the running of appeal times or statutes of limitations. The Ethics Committee, the Ethics Prosecutor and their staff members cannot provide you with legal services or advice.

Updated September_2013

## THASKU JOSEPH

P.O. BOX 5016  HAGÅTÑA, GUAM 96932

671-993-2439  •  thaskuj@gmail.com  •  JULY 4th 2016

**DATE: July 4, 2016**

UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT
333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Your honor,                    <u>AFFIDAVIT</u>

Attention: Petition: Follow up the Court order and Judgement. Everyone has the Rights to know the Law, and have access to the Court. We have legal right to know our own record, the Judgement, from the court of appeal.<u>D.C. Law 19-317</u>: Section 401 of <u>D.C. Law 19-317</u> (1) "Court of the District of Columbia" means the Superior Court of the District of Columbia or the District of Columbia Court of Appeals.

<u>New Evidence of Violation</u>

Follow up on the court order suppose to file on the June 6, 2016 confirmed and received filed by Angela on the June 8, 2016 with US District Court District of Columbia.

**Chapter 7. Bribery; Obstructing Justice; Corrupt Influence**

<u>Subchapter I. Corrupt Influence</u>

§§ 22–701 - 22–704

<u>Subchapter II. Bribery</u>

§§ 22–711 - 22–713

<u>Subchapter III. Obstructing Justice</u>

§§ 22–721 - 22–723

Subchapter III. Obstructing Justice

§ 22–721. Definitions.

For the purpose of this subchapter, the term:

(1) "Court of the District of Columbia" means the Superior Court of the District of Columbia or the District of Columbia Court of Appeals.

these lawyers and US Federal Government Employees abused us and treated us inhuman and took advantage of our personal legal document to their own gain and their office gain as well. And also violation of our privacy in paper and in person intentionally. This is the reason I personally write my letter to the Judge in this Court and send express mail the relevant evidence and explain to him my experienced about this case filed with the ODC. I want to say thank you very much, and my appreciation to the staffs in this court for their support, this is the reason this case is filed in court already. __The letter I received from ODC, and USDOJ ADA , and the letter address to Akimine Walter from US Treasury Civil Rights are all violation of the Chapter 7 laws below__

Subchapter I. Corrupt Influence

§§ 22–701 - 22–704

Subchapter II. Bribery

§§ 22–711 - 22–713

Subchapter III. Obstructing Justice

§§ 22–721 - 22–723


(A) Influence, delay, or prevent the truthful testimony of the person in an official proceeding;

For legislative history of D.C. Law 9-268, see Historical and Statutory Notes following § 22-711.

§ 22–722. Prohibited acts; penalty.

(a) A person commits the offense of obstruction of justice if that person:

(1) Knowingly uses intimidation or physical force, threatens or corruptly persuades another person, or by threatening letter or communication, endeavors to influence, intimidate, or impede a juror in the discharge of the juror's official duties;

(2) Knowingly uses intimidating or physical force, threatens or corruptly persuades another person, or by threatening letter or communication, endeavors to influence, intimidate, or impede a witness or officer in any official proceeding, with intent to:

(A) Influence, delay, or prevent the truthful testimony of the person in an official proceeding;

(B) Cause or induce the person to withhold truthful testimony or a record, document, or other object from an official proceeding;

(C) Evade a legal process that summons the person to appear as a witness or produce a document in an official proceeding; or

(D) Cause or induce the person to be absent from a legal official proceeding to which the person has been summoned by legal process;


22–723. Tampering with physical evidence; penalty.

(a) A person commits the offense of tampering with physical evidence if, knowing or having reason to believe an official proceeding has begun or knowing that an official proceeding is likely to be instituted, that person alters, destroys, mutilates, conceals, or removes a record, document, or other object, with intent to impair its integrity or its availability for use in the official proceeding.

(b) Any person convicted of tampering with physical evidence shall be fined not more than the amount set forth in § 22-3571.01, imprisoned for not more than 3 years, or both.

number CTS#530708. This is the same letter our former attorney Charles Ray Jr. lied that he didn't receive when we argue over the phone when he told me he didn't find any wrong doing with the TIGTA Officers agent Kelli Adams, Miss Futon, and Amy Jones. And I ask him what about documents confistication, then he told me on the phone list down my finding two times 12345 and send him to compare to his finding. Additionally, the disciplinary council case manager Miss Walker sent me letter I answered the question she asked me in the letter and sent back to her. Then I asked her question. The number 1 question I asked her? Who typed the letter, she sent me, her or the Director Shipp? The other question I asked her, Do you read the **Chapter 7. Bribery; Obstructing Justice; Corrupt Influence**

Subchapter I. Corrupt Influence

§§ 22–701 - 22–704

Subchapter II. Bribery

§§ 22–711 - 22–713

Subchapter III. Obstructing Justice

§§ 22–721 - 22–723

I also follow up with the United States Court of Appeal about the status of my lawsuit against the defendants below, their names below date was filing April 4, 2016. Sample: below

Date: April 4, 2016

Thasku Joseph P.O. Box 5016 Hagatna, Guam 96932
Phone 671-997-2439 e-mail thaskuj@gmail.com
Plaintiff

V/S

Defendants Their names and address, phone number submitted already
(Section 142 Magistrates Court Act 1980)(Section 37 of Mental Health Act)

(Document Confistication Violation of USC 1952)

1.  Kelli Adams Tigita Washington D - address and phone submitted already
2.  Amy Jones Tigita Washington DC -Address and phone submitted already
3.  Charles Ray Law office Washington DC-Address and phone submitted already
4.  Cook and Gunliffe Law Firm Hagatna,Guam- Address and phone submitted already
5.  Noma Diaz Settlement Miami FL- Address phone submitted already
6.  Jannet Fletcher Appeal Seattle WA- Address phone submitted already
7.  Jennefer Carson Advocate Odgen, UT- Address Phone submitted already
8.  Merriam Harvey US Treasury Washington DC-Address phone submitted already

You honor, these person above they all confiscated our personal legal documents. The reason I wrote their names and address on the original documents. I want to make sure the U.S. District Court of appeal has all my documents I sent express mail. When I follow up with the US District Court of appeal phone above the person name Dot or Tod harassing me over the phone told me I don't have case or jurdiction at the court above. When I called again, he told me, I'm going to tell you one more time, we send back to you, your documents. the next

Reference: Fourteen Amendment applies the equal protection clause only against the states, the Supreme Court, since Bolling v. Sharpe (1954) has applied the clause against federal government through the due process clause of the Fifths Amendment under a doctrine called

"Reverse Incorporation."{111}{112}

**Document Confistication Violation of 18 U.S.C. 1952**

Documents of a Confidential *Nature*

1.)The right not to be subjected to unsanctioned invasion of privacy by the government, corporations or individuals is part of many countries' privacy laws,

2.)The boundaries and content of what is considered private differ among cultures and individuals, but share common themes. When something is private to a *person*, it usually means that something is inherently special or sensitive to them. The domain of privacy partially overlaps security, which can include the concepts of appropriate use, as well as protection of information. Privacy may also take the form of bodily integrity.

2. Doctrine illegal method of confistication of our POA I had with IRS on file intentionally. It is unsanctioned invasion of our privacy in paper and in person intentionally. Violation of our privacy in paper and person ( Violation of 18 USC willful deprivations of federal rights under color of laws) as well as violation of the International law

- Article 12 No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honor and reputation. Everyone has the right to the protection of the law against such interference or attacks.

3.illegally disabled and Injured our civil rights to exercise our future Federal Civil Rights Law intentionally. (Violation of the principal staures are 18 USC 241 (conspiracy to injure citizen (human being) in the exercise of federal rights)

4. Confiscated our copy of passport including our (date of birth)intentionally (invasion of our privacy)( Invasion of our privacy to injured our spirit of thought and disabled our future civil rights to exercise our federal civil rights ) Violation of the International laws

13. Confistication of my Notarized Petition to the U.S. Tax Court, to pay us $30. million for all the violation of the Federal laws, and State laws, including the last statement that the Law firm of Gunliffe and Cook involved with IRS.

14. Confistication of our petition of prayer ( Title in GOD We Trust) to Agent Kelli Adams, Miss Futon, and Attorney Charles Ray and prayer of miracle who was responsible to release our money also indicated that all people are born equal and violation of the laws by the U.S. Government, what I meant by U.S. Gov, the Federal Government officers working with IRS and for cooperation to comply with the FOIA requester and the U.S.Department of Justice and president Obama supporting of the FOIA requester

15. Confistication of the FOIA confirmed to released of our lawsuit according to Miss Futon e-mail then trick us to send her our passport with our signatures and pictures. (violation of the international laws discrimination against us because of our nationality) racism and prejudice(hate crime) violation of the 18 U.S.C.249

16. Violation of women civil rights law lack of protection of the equal law intentionally.

17. Violation of the International law (serious violation) discrimination against women

18. Violation of(OP-CEDAW) economic, social and cultural rights,(OP-ICESCR). Article 8 of OP-CEDAW allows the U.N. committee on elimination of discrimination against women to initiate a confidential investigation by one or more of its members where it has received reliable information of grave or systematic violations by a state party of rights established in the Convention'.24 Article 11 of OP-ICESCR reproduces almost verbatim the language of OP-CEDAW. The UN Committee on Economic, Social and Cultural Rights may examine situations of 'grave' or 'systematic' violations of any of the economic, social, and cultural rights set out in the Covenant.2

19. Violation of the International laws discrimination against us to initiate a confidential investigation and trick us of illegal confidential of illegal method to frame us illegally and intentionally tort the phone.

Reference: Interestingly, in a later introduction to Basic Principles and Guidelines on the Right to a Remedy and Reparation for Victims of Professor van Boven suggested that, when they had

of a Code of Crimes against the Peace and Security of Mankind (see below), noted that Common Article 3 of the 1949 Geneva Conventions contains minimum humanitarian standards that are to be respected 'at any time and in any place whatsoever',57 and suggested guidance could be found in Section 702 of the Third Restatement of the Foreign Relations Law of the United States .disabled our right violated the disability Rights law, and treated both of us inhuman, and violation of the right to know the law, the rights to get access to our own private and confidential record in the FOIA I requested, the right to know the lawyer's legal responsibility, and how much money we personally own. The right to know the truth of our own record as well as the general public want to know the truth about the Federal employees they work on our case, the U.S. Federal government. the right to know the truth in the TIGTA and IRS Federal office. we have legal rights to know from the court decision in the appeal process in the FOIA-000-2016 without due process, prejudice, and injustice. we have legal rights to exercise of our Federal civil rights. We have legal rights to prove to court that, we are totally exhausted, from the beginning of our case until today. we have legal right, to proved to court that we are suffered,painful,embarrassed, we respectfully ask the court to free us from the U.S. Federal government from punishing us secretly, and invasion of our privacy without due process of law, unconstutional and injustice. We want to proved to court that, the U.S. Federal government IRS and TIGTA treated us inhuman. We are like in 1800 centuries.Under Black Codes, blacks could not sue, give evidence, or be witnesses. the rights of all persons to have the same access to the law and courts and to be treated equally by the law and courts, both in procedures and in the substance of the law. we respectfully ask the court to appoint us attorney.

Reference: At international level, references related to the notion of 'serious violation' can be found in the Optional Protocol to the 1979 Convention on the Elimination of All Forms of Discrimination against Women (OP-CEDAW), and the Optional Protocol to the 1966 International Covenant on Economic, Social and Cultural Rights (OP-ICESCR). Article 8 of OP-CEDAW allows the UN Committee on the Elimination of Discrimination against Women 'to initiate a confidential investigation by one or more of its members where it has received reliable information of grave or systematic violations by a state party of rights established in the Convention'.24 Article 11 of OP-ICESCR reproduces almost verbatim the language of OP-CEDAW. The UN Committee on Economic, Social and Cultural Rights may examine situations of 'grave' or 'systematic' violations of any of the economic, social, and cultural rights set out in the Covenant.

http://guambar.org/parker-harold-f

Parker, Harold F. (Guam Bar Association Member at Large)

(671) 477-9811

harold.parker@guamlsc.org

I, Thasku Joseph affirm under oath and perjury of the United States of America that all these statements above are true and correct. I also stated that all these persons above confistication our personal legal document illegally..(confistication). I also affirm under oath and perjury that our signatures in our legal documents submitted by e-mail. to the ADA website or e-mail address. you can locate the attachment please. please also make sure our complain number are merge together.

Date  May 3rd, 2016.

Signed: *Thasku Joseph*

To expedite processing of your status check, please retain your complaint number, 100035010, and your reference number, 16-5kp1q-3lqt, for use when corresponding about this complaint.

Thank you for bringing these matters to our attention.

To expedite processing of your status check, please retain your complaint number, 100035009, and your reference number, 16-5kojs-3lqt, for use when corresponding about this complaint.

Thank you for bringing these matters to our attention.

Disability Rights Section Staff

Thank you very much,

Regards,

*Thasku Joseph* witness for our family.

*Our e-mail communication*

Dear Attorney Charles Ray, and Agent Kelli Adams,(see supporting documents in attachments)

Please read, my e-mail to agent Kelli. if you read the latest POA between Akimine Walter and I. she authorize me to witness to you as you our attorney Charles Ray, Kelli Adams special agent and TIGTA office. the old power of attorney we signed and I since the beginning October last year. she authorized me to speak with IRS change anything required by phone and find legal assistance as you our attorney and etc. and the latest POA including to negotiate your professional urgent legal fees. also able to financially deposit the money in her bank account. the (FOIA) I or we ask TIGTA for the cooperation to release and deposit the money IRS owed us.in to Akimine's Walter Bank account, the routing and statement of her bank her name on it. our passport copies including our signatures the emergency request from the other TIDTA office.the (FOIA) U.S. TAX Court, TIGTA Office, Advocate what I mean the 911 request for emergency assistance, if the advocate file a law suit.I also request under the FOIA to release the information about the innocent spouse if the Advocate file law suit according to my former advocate lawyer Jennefer Carson. she filed the lawsuit and I have to check with Norma Diaz about the file suit she told me over the phone. she wispier to me over the phone explain to me when I ask her to investigate the money they settled in secret I told her I suspected the attorney Cook did some secret facts of violation when I called him. I suspected they settled our case in secret without our knowledge and our attorney knowledge too until I sent her my affidavit letter Dated July 16, 2015. in my latter address to Norma Diaz Dated Aug 6th,2015. I wrote asking her about new POA or any financial statement to send us until now we don't know anything. sometimes in Aug I tried to call her to see if she has any money according to what she told me, she will is going to charge Akimine Walter $500.00 my question is why? and I have to just wait. after I filed complain at the Ethic prosecutor here on Guam to investigate the law office on Guam. This Law office of Guniffe and Cook. here on Guam. our case still pending until now. can't afford attorney plus these lawyers here are connected to each other, they can phone to the other attorney not to accept our case its very hard but they don't look for the documents you have first name and the law. I have suspicious about the secret settlement between these legal law firms here and the IRS office in U.S. I was looking for attorney very hard that why I turn to TIGTA office for assistance because these legal law firms are professional attorney they are doctrine illegal method to covered up our money. Because Norma's Diaz the settlement officer in Miami fault according to what I understood by the law.she has to responsible for recover our claim. according to what I understand from our former Attorney Jennefer Carson. she didn't tell me exactly but she wispier to me over the phone its against the law for her to investigate Norma Diaz. when I faxed my affidavit to my former attorney. she was kind of defense her from our case because she is our attorney. another thing, I didn't sign any POA attorney or authorization to represent us. only the 911and our conversation over the phone and she knew about our case that it was closed already. she told me over the phone. what I understand according to her Jennfer Carson to follow up with Norma Diaz the settlement officer she told me, its up to the Judge to decide how much money Norma Diaz she will give us. .the last time I talked to agent Kelli Diaz, when I she told me to hire an attorney or she would send me the names of lawyers from advocate free lawyer. I told her, I don't trust them. I told her about our former attorney when she wispier over me to check with Norma and told me she was like a middle man. she is in between us. this is the reason I include in the (FOIA). and the petition in I swear under the perjury of the law of the United States of America. this is what the statements suppose to be in that notarized petition below because of lack of space.

Date:        June 5th, 2015


To:          Operations Director, Civil Rights Division
             Department of the Treasury - Internal Revenue Service
             Room 2413
             1111 Constitution Avenue, NW
             Washington, DC 20224

From:        Thasku Joseph

             P.O. Box 5016 Hagatna, Guam 96932

Subject:     Declared of my Constitutional Rights had been ilegally violated by

             Jannet       K Fletcher (Employee Number) 0276951 (Tel)-206-946-3574
             Fax-206-220-5925


         Dear Sir/Madam

The IRS Restructuring and Reform Act of 1998 directed the IRS Commissioner to develop and
implement a plan to reorganize the IRS by establishing organizational units serving particular
groups of taxpayers with similar needs. It also specified that the reorganization plan should
ensure an independent Appeals function within the IRS, including a prohibition of "ex parte"
communications between Appeals officers and other IRS employees to the extent that such
communications appear to compromise the independence of Appeals officers


   I. Thasku Joseph, the tax payer,represenative,and a witness of this case against Akimine
Walter.Jannet told me on the phone that, IRS send this case to the wrong appeal office in Seattle
Washington.she told me this case supposed to send to Jacksonville Florida where this case was
originated had   file there. after she (Jannet K/ Fletcher inspected our confindential documented
paper. She asked me to fax her the paper I read to her over the phone, that this case was closed
and 13 pages including our married certificate after she told me very good that I send our
married certificate. Jannet K Fletcher investigated me about I and my wife had been in United
States before, I told her no. she also asked me if we filed any income tax I said no.After, few
days latter, I called her and I asked her question about the first paragraph in the form 12275 who

is the innocent spouse I or my wife?" she said my wife". and then she also told me she is going to contact her connection on the phone about my question. what I understand the IRS appeal officers not suppose to make contact or communicate to each other and investigating tax payer during the examination of the case These are the following violations facts she committed during the determination or examination on this case intentionally against Akimine Walter. she also told me she is going to do some research on this case against akimine Walter.

The IRS new policy effective Sept 12, 2014. policies ensure that the IRS compliance functions are the finders of fact and Appeals does not take investigative In general, the actions. These changes ensure taxpayers have a true appeal right – where Appeals reviews a final determination made by a compliance function.

1.Violation of our Rights as tax payers Jannet K Fletcher inspected our confidential documents without the legal Form 8821 as well as investigated me over the phone and it is prohibited within the indepedent appeal office by IRS.

2.Invation of our privacy in paper and tort my brain, as well as my privacy in person. after she trick me over the phone during the examination on this case.when I first ask her do I need lawyer? she said no. additionally, I asked her after she inspected our confidential documents why she told me I don't need lawyer and she changed her answered to yes, I can have lawyer.

3. She treated me unequally not to send the payment form that I send her, I mention in the POA. I cut and supposed to send to Philadelphia Pensivalia to follow their instruction to stop deducted Akimine Walter Social Security benefit.instead she send to Norma Dias in Jacksonville Florida. she didn't respect my rights as human being what I am entitled to.

4.She doctrine some illegal documents information I told her over the phone, for IRS future gain during the examination of this case after she trick me, I don't need lawyer, when she inspected our confidential personal documents. according to what she told me, she io send to Norma Dias in Jacksonville, Florida the other appeal office including our conversation over the phone.

5. Discrimination and prejudice against us because our nationality.

6.Harressment and ilegal investigation over the phone she is prohibited from doing it as independent appeal officer

Appeals will not take investigative actions with respect to financial information provided by taxpayers. nancial information needing investigation or verification will be sent to Collection.    ☺ Appeals will ly consider assets that were documented by Collection or introduced by the taxpayer.    ☺ Appeals will pt as "verified" those financial statements reviewed by Collection within the previous 12 months. ppeals will not make recommendations to file Notices of Federal Tax Lien. ☺ All Offers in romise (OIC) submitted in Collection Due Process (CDP) or Equivalent Hearings will be reviewed ection for a preliminary recommendation and acceptance.

Last month, on May 13 or 14, Akimine Walter received her letter from the    Appeal office in Seattle Washington. As you can see the Date was April.28,2015 on that letter. I read to her letter because Akimine Walter has mental problem as I mention in my two letters when I respond to IRS letters regarding this dispute between IRS and Akimine Walter. Based on

her mental illness, and my observation on her daily behavior, she doesn't 'even want to listen to anyone, she didn't want to take her monthly shot until I finally called the Guam Menthal Health nurse for home visit and give her shot just last May.Within the last six months, she missed her shot, the true facts IRS caused her mental illness more worst than before. I also    list down the (11) discovery and    new finding of violations committed by    IRS intentionally.

This is the reason, I represent her, because she doesn't understand how to respond to IRS letter,and I am the truly witness of this case against Akimine Walter because I was the truly original tax filer, and when I amended my returned, I changed the Head of house hold to Married Staus and I have her signed, because we have two    kids. this is how, she got involved in my disputes problem,with the IRS.She was innocent,totally innocent spouse until today. please review the IRS letter Dated back in Sept 2, 2013, Notice CP21C,, Tax Year 2011,Telephone To Contact, 1-800-829-8374, with Amount due $0.00. her name on that letter, and also my name on the other letter.we have two letter same letter with $0.00 balance According to IRS Note: (What you need to do) If you agree with the changes we made::you don't need to respond to this notice.

As I mention in the subject above: I declared my Constitutional Rights had been ilegally violated by the Appeal office (Jannet K Fletcher). When we first communicate over the phone, I introduce myself, I am representing Akimine Walter, she asked me, if she speaks English?I told her not really and I mention to her about her mental problem. I don't want Akimine Walter to made mistake.I also asked her if I can find me a lawyer and she told no, I don't need lawyer.I also mention two her that I have new information I have to fax to her. she said yes, I can fax her. I faxed her with her name on the letter attention Jannet K Fletcher, including the letter Akimine Walter received from the Appeal office in Seattle Washington, in the letter her name, (Jannet K Fletcher)emplyoee number, telephone, and fax number in that letter. In that letter, I faxed her, I also declared Akimine Walter rights had been violated ilegally and the discovered of new finding of violation admittedly by IRS.

The second day we talked over the phone,I read to her the letter I found about this case as closed.she said, can you fax me that letter? I told her I will fax her the next day.then the next day I faxed her 13 pages including two seperates P.O.A power of attorney and our married certificate as well. I also included her name as my repesenative in the POA to fax to the other IRS agency

few of the letter suppose to send to Philadelphia Pensivalia and she didn't follow the direction on the letters. I also told her on the phone few of the letter supposed to send to Pensivalia, she didn't follow, she did on her own way. these are the facts and reason I mention above she treated me unequally she didn't respect me as human being that I have rights. she ilegally violated the IRS up to date rules as Independent Appeal employee or IRS employee.she told me she would tell me the resolution of this case within few day but never after I told her I filed my tax return alone as Head of House hold. and I also told her, I amended my returned, and have my wife signed. she asked me? when I amended my return I filed as married, I told her, I didn't remember. she tricked me, to tell her everything I know about this case without telling me I could have my lawyer represents us.about two days latter, I called her I asked her, my question, about the form 12257 in my power of attorney I write 12257 and the year 000000. In the form 12257    first paragraph, about the innocent spouse (section 6015) or interest abatement (section 6404) I asked her the statement for me (innocent spouse) or for my wife. she told me, my wife. and also she told me, she is going to contact her connection. when she told me she is going to contact her connection, this was the time, I realize that, all my confidential documents and what I told her about me over the phone, she is going to share to the other IRS appeal employee (Norma Dias) her office in Florida.her phone number-305-982-5252 according to Jannet K Fletcher to call her about a week about this case because she is sending her our file and she documented our conversation over the phone and send her as well.

Then she told me,I have to call Norma Dias about a week she is sending her our confidential documented paper after she inspected them.According to what she told me IRS send to the wrong appeal office.The other appeal office in Seattle Washington. if this is mistake, this is truly part of the violation IRS committed intentionally to doctrine illegal paper. so the IRS office in Seattle can inspect (Jannet K Fletcher) our confidential documents without the form authorize by IRS (8821) to inspect our confidential documents, and after she told me I don't need lawyer.

These entire statements are new facts that recently happen last May during our conversation over the phone I, Thasku Joseph, a witness,taxpayer, and represenative for Akimine Walter.

Best Regards,

Thasku Joseph



# OFFICE OF DISCIPLINARY COUNSEL

July 21, 2016

Wallace E. Shipp, Jr.
*Disciplinary Counsel*

Elizabeth A. Herman
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Jennifer Lyman
Julia L. Porter

*Assistant Disciplinary Counsel*
Joseph N. Bowman
Gayle Marie Brown Driver
Hamilton P. Fox, III
Becky Neal
Dolores Dorsainvil Nicolas
Sean P. O'Brien
Joseph C. Perry
William Ross
Clinton R. Shaw, Jr.
H. Clay Smith, III
Traci M. Tait

*Senior Staff Attorney*
Lawrence K. Bloom
Caroll G. Donayre
Jelani Lowery

*Manager, Forensic Investigations*
Charles M. Anderson

*Senior Forensic Investigator*
Kevin E. O'Connell

**_CONFIDENTIAL_**
Thasku Joseph
P.O. Box 5016
Hagatna, GU 96932

Re:  **Ray/Joseph
Undocketed No. 2016-U104**

Dear Mr. Joseph:

This office has completed its review of your request to have your complaint against Charles A. Ray Jr., Esquire, reconsidered.  You contend that Mr. Ray engaged in dishonest behavior while representing your wife, Akimine Walter, in a matter involving the Internal Revenue Service ("IRS").  You have asked our office to review the actions of Mr. Ray.

We have review the very extensive material you have provided our office.  A good deal of the material concerns allegations against the IRS and their agents.  These matters you brought to the attention of the proper Treasury officials without success.  In addition you have raised questions about our office procedures and staff.  I have reviewed these matters and do not find any failures.  You may raise these issues with the Board on Professional Responsibility at the following address:

Board on Professional Responsibility
430 E Street, N.W.
Suite 138
Washington, D.C. 20001
(202) 638- 4290

Unfortunately, we do not have sufficient facts which support your complaint about the conduct of Mr. Ray.  Accordingly, we decline to open a full investigation. We thank you for bringing your concerns to our attention.

RECEIVED
Mail Room

DEC - 8 2016

___ D. Caesar, Clerk of Court
U.S. ___ ___ District of Columbia

Sincerely,

Wallace E. Shipp, Jr.
Disciplinary Counsel

WES:AW



# OFFICE OF DISCIPLINARY COUNSEL

June 13, 2016

**_CONFIDENTIAL_**

Wallace E. Shipp, Jr.
*Disciplinary Counsel*

Elizabeth A. Herman
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Jennifer Lyman
Julia L. Porter

*Assistant Disciplinary Counsel*
Joseph N. Bowman
Gayle Marie Brown Driver
Hamilton P. Fox, III
Becky Neal
Dolores Dorsainvil Nicolas
Sean P. O'Brien
Joseph C. Perry
William Ross
H. Clay Smith, III
Traci M. Tait

*Senior Staff Attorney*
Lawrence K. Bloom
Caroll G. Donayre
Jelani Lowery

*Manager, Forensic Investigations*
Charles M. Anderson

*Senior Forensic Investigator*
Kevin E. O'Connell

Thasku Joseph
P.O. Box 5016
Hagatna, GU 96932

                       **Re:**    **Ray/Joseph**
                               **Undocketed No. 2016-U104**

Dear Mr. Joseph:

      I am in the process of personally reviewing your complaint against Charles A. Ray, Jr., Esquire and would appreciate your clarification of certain facts. Please read the following questions and answer them by letter:

1) What is the relationship between Mr. Ray and the Internal Revenue Service ("IRS")?
2) Did either you or your wife retain Mr. Ray for the purpose of representing you in a claim against the IRS?
3) If you retained Mr. Ray to represent you in a claim against the IRS, in which aspect of the case did he agree to provide legal representation?
4) Did you sign a fee agreement with Mr. Ray?

      Once we receive your response by letter, we will contact you to schedule a phone meeting.

                      Sincerely,

                      Wallace E. Shipp, Jr.
                      Disciplinary Counsel

EAH:AW

I received the letter today.

Question below.

1.What is the relationship between Mr. Ray and Internal Revenue Service(IRS)?

Answer- he suppose to settled our money with IRS the settlement officer in Miami Florida (Norma Diaz) based on the IRS POA I signed but he didn't signed and send us copy.

2.Did either you or your wife retain Mr. Ray for the purpose of representing you in a claim against the RS?

Answer: - Yes

3.If you retained Mr. Ray to represent you in a claim against IRS, in which aspect of the case did he agree to provide legal representation?

Answer- he told me to sent him our legal documents,, over the e-mail, he is going to reviewed, evaluate, his fees and sent us how much money we owed him but he never send.

4.Did you sign a fee agreement with Mr. Ray?

Answer- I didn't sign any agreement. I signed POA and authorization letter. and he told me over e-mail coupon times to send him $500.00 but I only send him $200.00. your office suppose to have those receipt Money order.

The new Finding and Discovered in our case is Date April 4th, 2016

Section 142 Magistrates Court Act 1980

Section 37 of the Mental Health Act

Document Confistication Violation of U.S.C. 1952 18

Thank you, I will call you when I have money to load my cell phone.

Thasku Joseph



# OFFICE OF DISCIPLINARY COUNSEL

May 26, 2016

Wallace E. Shipp, Jr.
*Disciplinary Counsel*

Elizabeth A. Herman
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Jennifer Lyman
Julia L. Porter

*Assistant Disciplinary Counsel*
Joseph N. Bowman
Gayle Marie Brown Driver
Hamilton P. Fox, III
Becky Neal
Dolores Dorsainvil Nicolas
Sean P. O'Brien
Joseph C. Perry
William Ross
H. Clay Smith, III
Traci M. Tait

*Senior Staff Attorney*
Lawrence K. Bloom
Caroll G. Donayre
Jelani Lowery

*Manager, Forensic Investigations*
Charles M. Anderson

*Senior Forensic Investigator*
Kevin E. O'Connell

**_CONFIDENTIAL_**

Thasku Joseph
P.O. Box 5016
Hagatna, GU 96932

Re:    **Ray/Joseph**
       **Undocketed No. 2016-U104**

Dear Mr. Joseph:

This office has completed its review of the disciplinary complaint that you filed against Charles A. Ray Jr., Esquire. You state that Mr. Ray was dishonest and violated the privacy of you and your wife, Akimine Walter. You state that Internal Revenue Service ("IRS") framed your wife. You state that Mr. Ray requested $500 to represent you. You are requesting assistance in recovering your money through the IRS.

Upon review, we decline to proceed with a full investigation of your complaint. With regards to your concerns involving Mr. Ray, you failed to provide facts or evidence in support of your allegations of dishonesty and the invasion of privacy. Additionally, Mr. Ray's request for a fee to represent you is not an ethical violation. With regards to your concerns involving the IRS, we do not have jurisdiction over such matters.

Accordingly, we decline to open a full investigation and have closed our file. We thank you for bringing your concerns to our attention.

Sincerely,

Elizabeth A. Herman
Deputy Disciplinary Counsel

EAH:AW



# OFFICE OF DISCIPLINARY COUNSEL

Wallace E. Shipp, Jr.
*Disciplinary Counsel*

Elizabeth A. Herman
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Jennifer Lyman
Julia L. Porter

*Assistant Disciplinary Counsel*
Joseph N. Bowman
Gayle Marie Brown Driver
Hamilton P. Fox, III
Becky Neal
Dolores Dorsainvil Nicolas
Sean P. O'Brien
Joseph C. Perry
William Ross
H. Clay Smith, III
Traci M. Tait

*Senior Staff Attorney*
Lawrence K. Bloom
Caroll G. Donayre
Jelani Lowery

*Manager, Forensic Investigations*
Charles M. Anderson

*Senior Forensic Investigator*
Kevin E. O'Connell

May 20, 2016

***CONFIDENTIAL***

Thasku Joseph
P.O. Box 5016
Hagatna, GA 96932

> Re:    **Ray/Joseph**
> **Undocketed No. 2016-U104**

Dear Mr. Joseph:

This office is in receipt of the disciplinary complaint that you filed against Charles A. Ray Jr., Esquire, dated March 7, 2016, which our office received on March 17, 2016. We will write to you again after our preliminary inquiry into this matter.

If you have a question regarding this matter, please contact Angela Walker at (202) 638-1501. Please refer to the above-referenced undocketed number in all correspondence and telephone calls.

Sincerely,

Elizabeth A. Herman
Deputy Disciplinary Counsel

EAH:AW



# OFFICE OF DISCIPLINARY COUNSEL

July 21, 2016

**_CONFIDENTIAL_**
Thasku Joseph
P.O. Box 5016
Hagatna, GU 96932

Wallace E. Shipp, Jr.
*Disciplinary Counsel*

Elizabeth A. Herman
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Jennifer Lyman
Julia L. Porter

*Assistant Disciplinary Counsel*
Joseph N. Bowman
Gayle Marie Brown Driver
Hamilton P. Fox, III
Becky Neal
Dolores Dorsainvil Nicolas
Sean P. O'Brien
Joseph C. Perry
William Ross
Clinton R. Shaw, Jr.
H. Clay Smith, III
Traci M. Tait

*Senior Staff Attorney*
Lawrence K. Bloom
Caroll G. Donayre
Jelani Lowery

*Manager, Forensic Investigations*
Charles M. Anderson

*Senior Forensic Investigator*
Kevin E. O'Connell

Re:    **Ray/Joseph**
       **Undocketed No. 2016-U104**

Dear Mr. Joseph:

   This office has completed its review of your request to have your complaint against Charles A. Ray Jr., Esquire, reconsidered. You contend that Mr. Ray engaged in dishonest behavior while representing your wife, Akimine Walter, in a matter involving the Internal Revenue Service ("IRS"). You have asked our office to review the actions of Mr. Ray.

   We have review the very extensive material you have provided our office. A good deal of the material concerns allegations against the IRS and their agents. These matters you brought to the attention of the proper Treasury officials without success. In addition you have raised questions about our office procedures and staff. I have reviewed these matters and do not find any failures. You may raise these issues with the Board on Professional Responsibility at the following address:

        Board on Professional Responsibility
        430 E Street, N.W.
        Suite 138
        Washington, D.C. 20001
        (202) 638- 4290

   Unfortunately, we do not have sufficient facts which support your complaint about the conduct of Mr. Ray. Accordingly, we decline to open a full investigation. We thank you for bringing your concerns to our attention.

                              Sincerely,

                              Wallace E. Shipp, Jr.
                              Disciplinary Counsel

WES:AW

*Serving the District of Columbia Court of Appeals and its Board on Professional Responsibility*

*515 5th Street NW, Building A, Room 117, Washington, DC 20001 ▪ 202-638-1501, FAX 202-638-0862*



# OFFICE OF BAR COUNSEL
## THE BOARD ON PROFESSIONAL RESPONSIBILITY
### DISTRICT OF COLUMBIA COURT OF APPEALS

515 Fifth Street, N.W.
Building A, Room 117
Washington, D.C. 20001
(202) 638-1501   Fax (202) 638-0862

## COMPLAINT FORM FOR INCARCERATED COMPLAINANT
*(Please print or type.)*

Date: March 7, 2015 ~~2015~~ 2016

A.  Your Name: (Dr.)
    (Mr.)
    (Ms.)
    (Mrs.)  Thasku _____ Joseph _____
            (First)         (Initial)         (Last)

DCDC #: _____  Location: _____

Fed. I.D. #: _____  Date of Birth: 01/12/1961

Other Address: P.O. Box 5016
               (Street)
    Hagatna _____ Guam _____ 96932
    (City)           (State)        (Zip)  (Apt. #)

Court where case is pending: _____ Case No(s) :_____

Date of next court appearance: _____ Before Judge: _____

Superior Court ( )   U.S. District Court ( )   Other  U.S DOJ

B.  Attorney Complained of:
    Name: Charles _____ A _____ Ray _____
          (First)      (Initial)      (Last)
    Address: 1001 16th St. NW
             (Street)                           (Apt. #)
    Washington _____ D.C _____ 20036
    (City)                  (State)        (Zip)
    Telephone No.: 202-824-8123 _____ Attorney's Bar No., if known: _____

C.  Have you filed a complaint about this matter anywhere else? yes ____ If yes, please give details. By e-mail
    and fax IRS, Advocate, TIGTA, U.S.DOJ, U.S. Tax Court, Attorney Charles Ray, U.S
    Treasury. My lawyer, Tigta office, didn't file our documents when I follow up U.S. Tax C

D.  Do you have a written retainer agreement with the attorney? yes ____ If yes, please attach a copy. POA, &
    Authorization to do the legal matter but he didn't send me copy when signed.

E.  Do you have other documents that are relevant? yes _____ If yes, please give details and provide copies.
    Our case closed, approved, and signed by the settlement officer in Jacksonville Florida.
    our former lawyer from advocate in ogden, UTHA knew our case closed already.

SEE REVERSE SIDE FOR REQUIRED DETAILS & SIGNATURE ➪

F. DETAILS OF COMPLAINT: These U.S. Federal Gov IRS & TIGITA doctrine secret fac

to covered up the truth of illegal violations of all Federal, State,& Internatona

laws within their own legal office system. we had former lawyers including

Charles Ray. they were dishonest & violation our privacy in person&paper

We had four different POA. We have proven solid relevant evidence our side

IRS official stamp on it. IRS frame my wife illegally, invasion of her privacy

in person and paper intentionally &violation of hercivil rights & injured her

including her s.s disabled benefit. after I faxed my legal documents  form

12257 and the innocent spouse to the appeal officer Jannet Fletcher. She

.told me over the phone our case very strong and told me IRS send to

the wrong appeal office in Seattle Wa.Then told me to contact Norma Diaz

in Miami FL. I sined the POA infront Lwer (Cook) and Attney Gunliff trick me.

tort thephone. Ibelieve one of these attorneys filedsuit againstAvon. I had

no idea why I recieved? this letter from American Express in Saltlake City U¯

I don't understand with the letter.These Fed officers blocked me illegally

to get access to our case with IRS noPOA onfile for me and coveredup &

doctrine illegal method to frame us. and blocked the secret facts for future

 investigation for IRS and TIGTA future gain. hid the secret violations all

the laws within their office IRS & TIGTA doctrine to delayed  the petition

and doctrine to cancel to process the petition to filed with U.S. tax court.

our solid and relevant evidences speak the truth to proof the  case our side.

TigtaDarleen tricked me,to waive my wife's rights to frame her illegallywdp

**The Undersigned hereby certifies to the Office of Bar Counsel
that the statements in the foregoing Complaint are
true and correct to the best of my knowledge.**

_____
SIGNATURE

APR-04-2016 MON 01:42 PM NETCOPY                    FAX:6717342211              P.001/011

(9392)



# OFFICE OF BAR COUNSEL
## THE BOARD ON PROFESSIONAL RESPONSIBILITY
### DISTRICT OF COLUMBIA COURT OF APPEALS OFFICE OF DISCIPLINARY COUNSEL

515 Fifth Street, N.W.
Building A, Room 117
Washington, D.C. 20001
(202) 638-1501   Fax (202) 638-0862

APR 0 4 2016

**RECEIVED**

United States Court of Appeals
District of Columbia Circuit
NOV 7 2016

## COMPLAINT FORM FOR INCARCERATED COMPLAINANT
*(Please print or type.)*

Date: APRIL 4, 2016

A.  Your Name:(Dr.)
    (Mr.)
    (Ms.)
    (Mrs.)  THASKU                    JOSEPH
            (First)          (Initial)          (Last)

    DCDC #: _____  Location: GUAM

    Fed. I.D. #: _____  Date of Birth: _____

    Other Address: PO. BOX 5016
                   (Street)
                   HAGATNA          GU          (Apt. #) 96932
                   (City)          (State)          (Zip)

    Court where case is pending: _____  Case No(s) : _____

    Date of next court appearance: _____  Before Judge: _____

    Superior Court ( __ )   U.S. District Court ( __ )   Other _____

B.  Attorney Complained of:

    Name: WE NEED JUSTICE
          (First)          (Initial)          (Last)

    Address: _____
             (Street)                                    (Apt. #)

    _____
    (City)          (State)          (Zip)

    Telephone No.: _____  Attorney's Bar No., if known: _____

C.  Have you filed a complaint about this matter anywhere else? _____ If yes, please give details. _____

    TREATED   UNEQUALLY

D.  Do you have a written retainer agreement with the attorney? _____ If yes, please attach a copy. _____

E.  Do you have other documents that are relevant? _____ If yes, please give details and provide copies.

    UNCONSTITUTIONAL

SEE REVERSE SIDE FOR REQUIRED DETAILS & SIGNATURE ➔

**F. DETAILS OF COMPLAINT:** (93.92)

WE NEED THE APPEAL

BOARD TO REVIEW OUR

NEW DISCOVERED OF FACTS

VIOLATION OF OUR

PRIVACY INTENTIONALLY

The Undersigned hereby certifies to the Office of Bar Counsel
that the statements in the foregoing Complaint are
true and correct to the best of my knowledge.

SIGNATURE



# OFFICE OF BAR COUNSEL
## THE BOARD ON PROFESSIONAL RESPONSIBILITY
### DISTRICT OF COLUMBIA COURT OF APPEALS

515 Fifth Street, N.W.
Building A, Room 117
Washington, D.C. 20001
(202) 638-1501    Fax (202) 638-0862

## COMPLAINT FORM FOR INCARCERATED COMPLAINANT
*(Please print or type.)*

Date: March 28,2016

A.  Your Name:(Dr.)
    (Mr.)
    (Ms.)
    (Mrs.)  Thasku                                    Joseph
            (First)              (Initial)              (Last)

DCDC #: _____    Location: Guam USA

Fed. I.D. #: _____    Date of Birth: 01/12/1961

Other Address: P.O. Box 5016
               (Street)                                     (Apt. #)
               Hagatna                    Guam              96932
               (City)                     (State)           (Zip)

Court where case is pending: _____    Case No(s) :_____

Date of next court appearance: _____    Before Judge: _____

Superior Court ( __ )    U.S. District Court ( __ )    Other Office of Bar Council (Your Office)

B.  Attorney Complained of:
    Name: Charles                A                Ray
           (First)              (Initial)          (Last)
    Address: 1001 16th St. NW
             (Street)                                   (Apt. #)
             Washington            D.C                 20036
             (City)                (State)             (Zip)
    Telephone No.: 202-824-8123        Attorney's Bar No., if known: _____

C.  Have you filed a complaint about this matter anywhere else? yes ___ If yes, please give details. I believe
    our case were settled two times out side court settlement between the Attorneys
    law office of Cook and Gunliffe here on Guam, and our Attorney above Charles Ray.

D.  Do you have a written retainer agreement with the attorney? yes ___ If yes, please attach a copy. we were
    trick to signed the POA.our confidential documents were confisticated.

E.  Do you have other documents that are relevant? yes ___ If yes, please give details and provide copies.
    I had submitted by e-mail and sent by priority mail already with the address above.
    I also fooled to signed POA to the IRS appeal officer Jannet and Tigta Kelli Adams

SEE REVERSE SIDE FOR REQUIRED DETAILS & SIGNATURE ➲

F. DETAILS OF COMPLAINT: We are exausted, suffered, imparressed deeply in our body system. our case never reached the court by these people we had expected them do to the settlement and file lawsuit on our behalf. we were ignored by them. they refused to send us our money and send us legal documents. I had called attorney Charles and email him to send us his evaluation and bills for his performance, he never answer me back with my request.we argue over the phone because he told me he didn't find Kelli Adams, Miss Futon and Amy Jones any wrong doing. I ask what about confisticated our documents. he told me, I have to list down my finding 12345 and send him. I told him, I am not a attorney that why I asked for your professional legal assistance. he was shouting told me again list down 12345 and send him compare to his. I also asked him about the referral I send him by e-mail from the DOJ. he lied, he didn't receive. according to his e-mail becuase the referral is out of hisjob I have to pay him$ 500.00 he is going to start working on my case. I beleive the TIGTA. IRS. and Attorney dealt to covered up everthing on the computer data system to make hard for future investcation. Last year 2015 between the month of Oct and Dec I called his office, his secretary told me he is on the phone with IRS. I also called him after I forward him, the FOIA I requested, he told me, he didn't recieved the attachment. I forward to him again. and follow up again, his secretary told me he is on the phone with IRS audit. I also called the office of Amy Jones only answering mechine to leave my name and number.

*Please help us RECOVER OUR money.*

**The Undersigned hereby certifies to the Office of Bar Counsel
that the statements in the foregoing Complaint are
true and correct to the best of my knowledge.**

_____
SIGNATURE

**Internal Revenue Service**
IRS - Appeals Office
400 West Bay Street, Suite 252
STOP A
Jacksonville, FL  32202

Date: MAY 0 5 2014

THASKU JOSEPH
PO BOX 5016
HAGATNA GU  96932

**Department of the Treasury**

**Person to Contact:**
Joe M. Breazeale
Employee ID Number: 0228394
Tel:  904.665.0975
Fax:  904.665.1835
**Refer Reply to:**
AP:FE:JAX:JMB
**In Re:**
Collection Due Process - Levy
**Tax Period(s) Ended:**
12/2011

Dear Mr. Joseph:

Your case has been closed on the basis agreed upon and I have approved the abatement of the civil penalties assessed against you for 2011. I have also approved the Form 12257 waiver that you submitted pertaining to your Collection Due Process request for the tax period identified above. The enclosed copy of the Form 12257 is for your records.

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely,

Franklin D Clark III
Appeals Team Manager

Enclosures:
Waiver

U.S. Department of Justice

Washington, D.C. 20530

Official Business
Penalty for Private Use $300

Internal Revenue Service
Appeals Processing Section
Mail Stop 55202
Fresno, CA 93888-0700

Official Business
Penalty for Private Use, $300

9653286657

9693286657 B085

Joseph Thasku
Akimine Walter
P.O. Box 5016
Hagatna, Guam 96932

COPY OF my letter from

these two

ADDRESS AND

NEW

COPY OF
RECEIPT

Thasku Joseph
P.O. Box 5016
Hagatna GU 96932

US OFFICIAL MAIL
$300 Penalty
For Private Use
US POSTAGE

$ 00.485

12 23 2015

$ 00.485
SEP 18 2015
MAILED FROM ZIP CODE 93727



**U.S. Department of Justice**

Civil Rights Division

*Disability Rights Section - NYA*
*950 Pennsylvania Ave. NW*
*Washington, DC 20530*

DEC 2 3 2015

## Notice of Referral of Complaint

Reference:    CTS# 530708; Joseph Thasku and Akimine Walter, Hagatna, GU
regarding IRS Appeals Office, Seattle, WA; received by DOJ on August
21, 2015

The Disability Rights Section has received your complaint alleging disability discrimination.
After careful review, we have determined that your complaint raises issues that are more
appropriately addressed by the Department of the Treasury. We, therefore, have referred your
complaint to that agency for appropriate action. The Disability Rights Section will take no
further action on the matter that has been referred. To check the status of your complaint, or to
submit additional information, please contact the following:

       Ms. Mariam G. Harvey
       Associate CHCO
       U.S. Department of the Treasury
       Office of Civil Rights and Diversity
       1500 Pennsylvania Avenue, N.W.
       ATTN: 1801 L Street, N.W.
       Suite 600
       Washington, D.C. 20220
       (202) 622-0316 (Voice)
       (202) 622-7104 (TTY)

DJ# 202-82-0

**Internal Revenue Service**
IRS - Appeals Office
400 West Bay Street, Suite 252
STOP A
Jacksonville, FL  32202

Date: MAY 0 5 2014

THASKU JOSEPH
PO BOX 5016
HAGATNA GU  96932

**Department of the Treasury**

**Person to Contact:**
Joe M. Breazeale
Employee ID Number: 0228394
Tel:  904.665.0975
Fax:  904.665.1835
**Refer Reply to:**
AP:FE:JAX:JMB
**In Re:**
Collection Due Process - Levy
**Tax Period(s) Ended:**
12/2011

Dear Mr. Joseph:

Your case has been closed on the basis agreed upon and I have approved the abatement of the civil penalties assessed against you for 2011. I have also approved the Form 12257 waiver that you submitted pertaining to your Collection Due Process request for the tax period identified above. The enclosed copy of the Form 12257 is for your records.

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely,

Franklin D Clark III
Appeals Team Manager

Enclosures:
  Waiver

DATE: Aug 30, 2013

Dear IRS Customer Service Rep,

Dear Sir/Madam

I am requesting for a hearing or remove my name completely from IRS public record because I believe that I had done  what I suppose to do on my part to eliminate my dept based on IRS instruction and directed me before. I also had submitted to IRS the two forms and I thought this case was closed already. These are the following reason that I did the right way as IRS  directed me.

1.  IRS directed me to file an amended return with all ceros income and  the IRS Rep, told me to file it and sign it and mail it back to IRS address she gave me long ago before you sent me my two letters. she also told me on the phone that after I mail the amended return with all ceros income with all the ceros in the blank  form she sent me. there will be no penalty for me. according to what she told me and I follow.

2. I also wrote to IRS that the AVON INC. in Pasedona California sent me paper form with my EIN number that I have to filed my tax return with IRS since I was Avon Rep, at that time but I did not know that I could end up like this situation.

3. Lastly, I am unable to pay any money. I am disabled person (spinal cord) problem. also please remove my wife's name Akimine Walter because she is not the one  filed the Tax return form.

Thank you and I hope you solve this matter as soon as possibe.

Sincerely yours,

Thasku Joseph

# Fax

**To:** BAR COUNCIL     **From:** THASKU Joseph

**Pages:**

**Phone:**     **Date:**

**Re:**     **cc:**

☑ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

● **Comments:**

Supporting EVIDENCE FOR THOSE
DOCUMENTS ALREADY SEND PRIORITY
MAIL AND E-MAIL

**U.S. Department of Justice**

Civil Rights Division

---

*Disability Rights Section - NYA*
*950 Pennsylvania Ave, NW*
*Washington, DC 20530*

6/29/2016

## Referral of Complaint for Appropriate Action

To:     Ms. Mariam G. Harvey
        Associate CHCO
        U.S. Department of the Treasury
        Office of Civil Rights and Diversity
        1500 Pennsylvania Avenue, N.W.
        ATTN: 1801 L Street, N.W.
        Suite 600
        Washington, D.C. 20220

        Joseph Thasku and Akimine Walter
        P.O. Box 5016
        Hagatna, GU 96932

Reference: | **CTS # 530708; regarding IRS Appeals Office, Seattle, WA; received by DOJ on June 21, 2016**

The Disability Rights Section has reviewed the enclosed complaint and determined that it raises issues that are more appropriately addressed by the Department of Treasury under title II of the Americans with Disabilities Act and/or Section 504 of the Rehabilitation Act. We, therefore, are referring this complaint to Treasury for appropriate action. This letter serves to notify Treasury and the complainant of this referral. The Disability Rights Section will take no further action on this matter.

To check the status of the complaint, or to submit additional information, the complainant may contact Treasury at the address above or at the following telephone number(s):

(202) 622-0316 (Voice)
(202) 622-7104 (TTY)

If the agency has any questions or concerns about this referral or believes that it raises issues outside the agency's jurisdiction, please do not hesitate to contact the Department of Justice.

DJ# 202-82-0

**DATE:** Feb 9th, 2016

**TO:United States Tax Court**,

400 Second Street,

NW, Washington, DC 20217

Telephone: 202-521-0700

**FROM**: (Thasku Joseph)The petitioner,witness truly, the original Tax Filer

P.O.Box 5016 Hagatna, Guam 96932

Home phone-C/O 671-969-2520 Cell-671-997-2439 E-mail-~~thaskoj@gmail.com~~ or ~~akimwalter@gmail.com~~ 

Petitioner's Name:

(Thasku Joseph)

V/S

*Responder The Framer IRS*

*IRS Appeal employee (Jannet K. Fletcher) and Settlement Officer (Norma Diaz) and*

(United States IRS) Federal Goverment agencies Involved with (IRS) and the TIGTA employess in Washington D.C including the Law Firms Cook and Gunliff on Guam

**SUBJECT:**  Declaration Of Akimine Walter Civil Rights had been illegally violated without (Due Process of Law) Intentionally by IRS. As well as violation of the International Human Civil Rights Laws, (discrimination ,prejudice, doctrine, and wrongful invasion of  her civil rights as well as violation of her privacy in person and confiscated our 2011 tax documented papers) because of  our nationality and frame us for IRS present and future gain intententionally and unconstitutional and(contempt of the international human civil rights law and totally injustice).

**AFFIDAVIT**

**Demand for past due   payment for all the violation of civil rights laws admittedly by the U.S. Goverment without due process of law Intentionally**

**United States**

Main article: Due Process Clause

confiscation).18 U.S.C. § 249 (Hate Crime Acts);

My name is Thasku Joseph.I am a citizen of the Federated States of Micronesia. and I am the husband of Akimine Walter,and petitioner, the truly witness, as well as the original tax filer for my 2011 tax return I respectfully, ask you honor, to address and reconsider all these illegal method of doctrine secret facts and violation of the (International human civil rights laws,) including violation of Federal laws, and the State laws and discrimination and wrongful invasion of my wife's civil rights has been illegally violated, without reasonable doubt and without due process of law by IRS intentionally. Demand of payment for past due violation all the laws including (International Laws) (U.S. Federal Laws) and the State Laws.

### Our Family case is Similar to These Cases Below

### Equal protection of the law

n. the right of all persons to have the same access to the law and courts and to be treated equally by the law and courts, both in procedures and in the substance of the law. It is akin to the right to due process of law, but in particular applies to equal treatment as an element of fundamental fairness. The most famous case on the subject is Brown v. Board of Education of Topeka (1954) in which Chief Justice Earl Warren, for a unanimous Supreme Court, ruled that "separate but equal" educational facilities for blacks were inherently unequal and unconstitutional since the segregated school system did not give all students equal rights under the law. It will also apply to other inequalities such as differentials in pay for the same work or unequal taxation. The principle is stated in the 14th Amendment to the Constitution: "No State shall…deny to any person within its jurisdiction the equal protection of the laws."

The Equal Protection Clause was created largely in response to the lack of equal protection provided by law in states with Black Codes. Under Black Codes, blacks could not sue, give evidence, or be witnesses. They also were punished more harshly than whites.[109] In 1880, the Supreme Court stated in *Strauder v. West Virginia* that the Equal Protection Clause was designed to assure to the colored race the enjoyment of all the civil rights that under the law are enjoyed by white persons, and to give to that race the protection of the general government, in that enjoyment, whenever it should be denied by the States.

The Clause mandates that individuals in similar situations be treated equally by the law.[110] Although the text of the Fourteenth Amendment applies the Equal Protection Clause only against the states, the Supreme Court, since *Bolling v. Sharpe* (1954), has applied the Clause against the federal government through the Due Process Clause of the Fifth Amendment under a doctrine called "reverse incorporation."[111][112]

In *Yick Wo v. Hopkins* (1886), the Supreme Court has clarified that the meaning of "person" and "within its jurisdiction" in the Equal Protection Clause would not be limited to discrimination against African Americans, but would extend to other races, colors, and nationalities such as (in this case) legal aliens in the United States who are Chinese citizens:[113][114]

**These provisions are universal in their application to all persons within the territorial jurisdiction, without regard to any differences of race, of color, or of nationality, and the equal protection of the laws is a pledge of the protection of equal laws.**

Fourteenth Amendment to the Constitution, which forbids a State to deny to any person within its jurisdiction the equal protection of the laws, applies to these corporations. We are all of the opinion that it does.[118]

This dictum, which established that corporations enjoyed personhood under the Equal Protection Clause, was repeatedly reaffirmed by later courts.[118] It remained the predominant view throughout the twentieth century, though it was challenged in dissents by justices such as Hugo Black and William O. Douglas.[119]

In the decades following the adoption of the Fourteenth Amendment, the Supreme Court overturned laws barring blacks from juries (*Strauder v. West Virginia*, 1880)[120] or discriminating against Chinese Americans in the regulation of laundry businesses (*Yick Wo v. Hopkins*, 1886),[121] as violations of the Equal Protection Clause. However, in *Plessy v. Ferguson* (1896),[122] the Supreme Court held that the states could impose segregation so long as they provided similar facilities—the formation of the "separate but equal" doctrine.[123]

The Court went even further in restricting the Equal Protection Clause in *Berea College v. Kentucky* (1908),[124] holding that the states could force private actors to discriminate by prohibiting colleges from having both black and white students. By the early 20th century, the Equal Protection Clause had been eclipsed to the point that Justice Oliver Wendell Holmes, Jr. dismissed it as "the usual last resort of constitutional arguments."[125]

Courts have drawn the distinction between criminal proceedings on the one hand, and civil or administrative proceedings on the other, based on the different purposes served by each. Criminal proceedings are punitive in nature and serve two primary purposes: deterrence and retribution. Civil proceedings are more remedial; their fundamental purpose is to compensate injured persons for any losses incurred. Because civil and criminal remedies fulfill different objectives, a government may provide both for the same offense.

The Due Process Clause prohibits state and local government officials from depriving persons of life, liberty, or property without legislative authorization. This clause has also been used by the federal judiciary to make most of the Bill of Rights applicable to the states, as well as to recognize substantive and procedural requirements that state laws must satisfy.

The Equal Protection Clause requires each state to provide equal protection under the law to all people within its jurisdiction. This clause was the basis for *Brown v. Board of Education* (1954), the Supreme Court decision that precipitated the dismantling of racial segregation, and for many other decisions rejecting irrational or unnecessary discrimination against people belonging to various groups.

The second, third, and fourth sections of the amendment are seldom litigated. However, the second section's reference to "rebellion and other crimes" has been invoked as a constitutional ground for felony disenfranchisement. The fifth section gives Congress the power to enforce the amendment's provisions by "appropriate legislation". However, under *City of Boerne v. Flores* (1997), Congress's enforcement power may not be used to contradict a Supreme Court interpretation of the amendment.

compelled the actions and not if the State merely established the process through statute or regulation under which the private party acted."[114]

The rules developed by the Supreme Court for business regulation are that (1) the "mere fact that a business is subject to state regulation does not by itself convert its action into that of the State for purposes of the Fourteenth Amendment,"[a] and (2) "a State normally can be held responsible for a private decision only when it has exercised coercive power or has provided such significant encouragement, either overt or covert, that the choice must be deemed to be that of the State."[b]

These provisions are universal in their application to all persons within the territorial jurisdiction, without regard to any differences of race, of color, or of nationality, and the equal protection of the laws is a pledge of the protection of equal laws.

## The Foundation of International Human Rights Law

Humberto Calamari of Panama, Vice-Chairman of the UN General Assembly's Third (Social, Humanitarian and Cultural) Committee, presiding, in 1958, over a meeting on the draft International Covenant on Civil and Political Rights - which built on the achievement of the Universal Declaration of Human Rights, using it as its foundation.

The Universal Declaration of Human Rights is generally agreed to be the foundation of international human rights law. Adopted in 1948, the UDHR has inspired a rich body of legally binding international human rights treaties. It continues to be an inspiration to us all whether in addressing injustices, in times of conflicts, in societies suffering repression, and in our efforts towards achieving universal enjoyment of human rights.

It represents the universal recognition that basic rights and fundamental freedoms are inherent to all human beings, inalienable and equally applicable to everyone, and that every one of us is born free and equal in dignity and rights. Whatever our nationality, place of residence, gender, national or ethnic origin, colour, religion, language, or any other status, the international community on December 10 1948 made a commitment to upholding dignity and justice for all of us

## Foundation for Our Common Future

Over the years, the commitment has been translated into law, whether in the forms of treaties, customary international law, general principles, regional agreements and domestic law, through which human rights are expressed and guaranteed. Indeed, the UDHR has inspired more than 80 international human rights treaties and declarations, a great number of regional human rights conventions, domestic human rights bills, and constitutional provisions, which together constitute a comprehensive legally binding system for the promotion and protection of human rights.

Whereas the peoples of the United Nations have in the Charter reaffirmed their faith in fundamental human rights, in the dignity and worth of the human person and in the equal rights of men and women and have determined to promote social progress and better standards of life in larger freedom,

Whereas Member States have pledged themselves to achieve, in co-operation with the United Nations, the promotion of universal respect for and observance of human rights and fundamental freedoms,

Whereas a common understanding of these rights and freedoms is of the greatest importance for the full realization of this pledge,

Now, Therefore THE GENERAL ASSEMBLY proclaims THIS UNIVERSAL DECLARATION OF HUMAN RIGHTS as a common standard of achievement for all peoples and all nations, to the end that every individual and every organ of society, keeping this Declaration constantly in mind, shall strive by teaching and education to promote respect for these rights and freedoms and by progressive measures, national and international, to secure their universal and effective recognition and observance, both among the peoples of Member States themselves and among the peoples of territories under their jurisdiction.

### Article 3.

- Everyone has the right to life, liberty and security of person.

## Article 7.

- All are equal before the law and are entitled without any discrimination to equal protection of the law. All are entitled to equal protection against any discrimination in violation of this Declaration and against any incitement to such discrimination.

### Article 12.

- No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honour and reputation. Everyone has the right to the protection of the law against such interference or attacks.

### Article 16.

- (1) Men and women of full age, without any limitation due to race, nationality or religion, have the right to marry and to found a family. They are entitled to equal rights as to marriage, during marriage and at its dissolution.

- (2) Marriage shall be entered into only with the free and full consent of the intending spouses.



**IN GOD WE TRUST**

<u>Date</u>: Nov 3, 2015

**REPESENATIVE & WITNESS** Thasku Joseph **OR INNOCENT SPOUSE** Akimine Walter

**SUPPORTING AND POWER OF MIRACLE PRAYER WITH THE RECORD# 2016-FOI-00012**

**CONFIRMED TO PROCESS asap had filed ALREADY**

**To**:Treasury Inspector General for Tax Administration
Office of Chief Counsel - Disclosure Branch
City Center Building
1401 H Street, NW, Suite 469
Washington, DC 20005
Facsimile: (202) 622-3339
E-mail: FOIA. Reading. Room@tigta. treas.gov

Dear Mr. Joseph,

Please see the attached "Request for additional information" letter and respond as soon as possible. Also, please send us your current mailing address, in the event that we need to mail correspondence to you. Also, please provide us with your current telephone number.

If you have any questions, please contact me.

Thank you.

Darlene Fulton

Government Information Specialist

Office of Chief Counsel, Disclosure Branch
Treasury Inspector General for Tax Administration (TIGTA)

<u>(202) 622-3889</u> - Direct

<u>(202) 622-4068</u> - Main

**Fr:** Thasku Joseph & Akimine Walter

P.O. Box 5016 Hagatna, Gu 96932 Phone-671-969-2520 Cell-671-864-4907

**Subject:** Please deposit all the money in to the B.O.G. account  routing urgently.

**PREAMBLE**

**Whereas recognition of the inherent dignity and of the equal and inalienable rights of all members of the human family is the foundation of freedom, justice and peace in the world**

**Whereas disregard and contempt for human rights have resulted in barbarous acts which have outraged the conscience of mankind, and the advent of a world in which human beings shall enjoy freedom of speech and belief and freedom from fear and want has been proclaimed as the highest aspiration of the common people**

**Article 1.**

- **All human beings are born free and equal in dignity and rights. They are endowed with reason and conscience and should act towards one another in a spirit of brotherhood.**

**Article 3.**

- **Everyone has the right to life, liberty and security of person.**

**Article 6.**

- **Everyone has the right to recognition everywhere as a person before the law.**

**Article 7.**

- **All are equal before the law and are entitled without any discrimination to equal protection of the law. All are entitled to equal protection against any discrimination in violation of this Declaration and against any incitement to such discrimination.**

**Article 8.**

- **Everyone has the right to an effective remedy by the distinction national tribunals for acts violating the fundamental rights granted him by the constitution or by law.**

**Article 12.**

- **No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honors and reputation. Everyone has the right to the protection of the law against such interference or attacks.**

**Declaration of my legal Rights to demand and receive the money or all my $30 million dollars in the petition with the U.S. TAX Court. TIGTA record file # 55-1508-0165-C send to TIGTA by Thasku Joseph. Including the Settlement office in Miami FL. Dated Aug 6, 2015. Address to Norma Diaz. I make request demanding to pay all the past due payment and deposit in to my Bank of Guam Account number ~~01681220~~ routing #~~121405118~~.**

I, Akimine Walter have legal right and make request with the (FOIA) to receive all the corrospondence, copies, and specific records pursuant of the (FOIA) file #2016-FOI-00012. I, Akimine Walter stated that, I authorize Thasku Joseph, the witness, original tax filer, witness, my husband, and representative on my behalf to receive all the copies, corrospondence copies, and the specific records with the TIGTA office. His mailing addresses P.O.BOX 5016 Hagatna, Gu 96932. My mailing address P.O. Box 27677 Barrigada, Gu 96921. Our phone where you can leave message- 671-969-2520. Our cell phone-671-864-4907. This request to support the FOIA had filed already and the request from Miss Futon to support all the information she needs had confirmed already. record number 55-1508-0165-C or FOIA File record # 2016-FOI-00012. I swear and affirm, under oath and penalty of perjury, all these entire instruments from top to

bottom are true and correct for the best of my knowledge. My name and signatures below has proven including these entire instrument with one Notarized and date of my signature.

### Suffering in Silently Prayer

"Lord, please touch these people's heart, fill with your love and urgent cooperation and comply with my request in the FOIA. Jesus our Lord, make them understand that, U.S. Government owned us money for past due payment. according to the (FOIA) I filed already, I made request demanding the Government IRS, or Office of the Chief Council in Washington D.C. who's responsible    to release the funding and direct deposit in to the Bank account, the routing number is in the FOIA    documented    paper Amen."

**President Obama and Attorney General Holder have directed agencies to apply a presumption of openness in responding to FOIA requests. Attorney General Holder emphasized that the President has called on agencies to work in a spirit of cooperation with FOIA requesters. The Office of Information Policy at the Department of Justice oversees agency compliance with these directives and encourages all agencies to fully comply with both the letter and the spirit of the FOIA.**

### WITNESS PRAYER'S NAME

<u>Thasku Joseph and Akimine Walter</u>

Dear Lord,

We thank you Lord for the power to allow me and witness the truth of your name (Jesus Christ) our savior to guide us through the hard process of our case. We thank you Lord, for your assistance and for your cooperation and especially for your direction you give us in your own word to witness the truth of this case against Akimine Walter and I, Thasku Joseph. Furthermore, we thank you Lord for your power and the miracles of your name our Lord, this is the main reason we reach at this stage today.    Jesus, we also thank you to make us stronger and have confidence with your power, to stick with all the suffering and all the problems of our life we passed through already. we believe in your name Jesus, that no one above you (LORD)and you have reason to used us to witness the past due violations of your nation's law the Government owe us till today. (**People are Born Equal**). I respectfully make request with the (FOIA) and witness the truth in your name Jesus that I, Thasku Joseph and Akimine Walter want to receive the (FOIA) first, I made request the record number 55-1508-0165-C or file # 2016-FOI-00012. I, respectfully ask the power and the miracle in your name Jesus, and the permission to allow us to receive our own copies belong to us legally first. We ask in your name Lord, to touch the heart of those people have responsible to release all the money for past due payment IRS owed us. and I also ask in your name Jesus, with peace and with your love, to

make them understand all these people Attorney Charles Ray, Kelli Adams, and Mrs. Futon from TIGTA office. I, Thasku Joseph, declared under oath and perjury in your name our Lord and the law of the United States of America, that we have legal right to receive our own copies of the (FOIA) I submitted already.

President Obama and Attorney General Holder have directed agencies to apply a presumption of openness in responding to FOIA requests. Attorney General Holder emphasized that the President has called on agencies to work in a spirit of cooperation with FOIA requesters. The Office of Information Policy at the Department of Justice oversees agency compliance with these directives and encourages all agencies to fully comply with both the letter and the spirit of the FOIA.

Please give us with the power in your name Jesus. Additionally, please allow the TIGTA office to send us over attachment e-mail or tell us over phone as soon as possible before anybody else. I ask you Lord the permission to deduct the processing fees from our own money IRS owed us. I also request two set copies one for us,    and one for him attorney Charles Ray to review as long as they deducted the processing fees from the money IRS owed us, according to my e-mail to attorney Charles Ray. If attorney Charles misunderstood me, please make him understand and peace in his heart Lord. I also ask you Jesus, to feel attorney Charles Ray, with the love of your blood and guide him the right direction to follow you, and bless him with your name Jesus. Especially, please control our case with your power of miracle, and eliminate the negatives facts that against your will O Lord. Lastly, please make peace in their heart of those people against us, and please forgive them and bless them in your name Jesus.    Amen.

**President Obama and Attorney General Holder have directed agencies to apply a presumption of openness in responding to FOIA requests. Attorney General Holder emphasized that the President has called on agencies to work in a spirit of cooperation with FOIA requesters. The Office of Information Policy at the Department of Justice oversees agency compliance with these directives and encourages all agencies to fully comply with both the letter and the spirit of the FOIA.**

*I, declare under penalty of perjury of the laws of the United States that the foregoing is true and correct..*

Date Executed: Nov `3/15 2015. I am Akimine Walter

Signature: _Akimine Walter_

**State of Guam U.S.A }**
**County of Tamuning }**
       This instrument acknowledged before me this 3rd day of November 20 15. by ___Akimint M. Walter___
       Witness my hand and official seal.
                    _Notary Public_

MARIA MB DELLOMAS
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: JULY 07, 2018
PMB 884 111 Chalan Balako Machanao
Dededo, Guam 96929





**DATE**:   June 4th, 2016

**TO**:UNITED STATES COURT OF APPEALS

  DISTRICT OF COLUMBIA CIRCUIT 333 Constitution Avenue,

  NW Washington, DC 20001-2866

Phone: 202-216-7000 | Facsimile: 202-219-8530

**FR**: Thasku Joseph

P.O. Box 5016 Hagatna, Guam 96932

Phone-c/o 671-969-2520 cell 671-997-2439 E-mail ~~thasku.jo@gmail.com~~

**Subject:** Emergency Petition Court Order    to release her money to her    bank account and corrected date and e-mail and add some statement from the e-mail I send to the DC court of appeal webmaster e-mail.

   (Section 142 Magistrates    Court Act 1980)

   (Section 37 of Mental Health Act)

   (Document Confistication Violation of USC 1952)

Attention: Evidence send express mail June 3, 2016 Friday Guam time.

Your Honor,

<div align="center">

**AFFIDAFIT**

</div>

I, Thasku Joseph respectfully ask you honor, to please granted my request for emergency court order and for your emergency legal assistance regarding this case against us. especially, against this innocent mental illness people (Akimine Walter). I had faith in the Office of Discpilary Councel in the first place this is the reason I sent them our original legal documents to assist us but turned out, they are defending the wrong side ,the    people    (violated f the laws) the lawyers,IRS, TIGTA, and etc.

We are totally exhausted, from the beginnong of this case until today. Your honor, you proved that these people abused us, treated us like we are totally inhuman. this case also involed violation of the

laws, including corruption within the US Federal Goverment and the Lawyers, unconstutional, prejudice, discrimination, without due process of   law, and totally injusdice.we don't have access to lawyers, and court. these legal officers   hid their wrong doing from court and    the General Public. I request for emergency motion to order if the case filed on April 5,2016 by Attorney Charles A Ray Jr. if its related to Akimine Walter. 2016 CA 002532 B   Civil II to release the funding to her personal Bank account in the prayer's petition title In God we trust.

The night, I talked to the case manage,r Miss Walker, she told me to check the decision they send me by e-mail. I ask her why? they send me by e-mail , I request to send me by mail, so I can proved to the innocent spouse Akimine Walter. when I reply I list down my for objection.

1. Doctrine decision 2. violation of my right to send by e-mail 3. invalid decision and etc, and send directly to the DC court of appeal the violation of the board rule.

OFFICE OF DISCIPLINARY

COUNSEL BOARD RULES   Page 7   2.5

  Complaints Against Members of the Board, Hearing Committees, or Disciplinary Counsel Complaints received by the Office of Disciplinary Counsel against a member of the Board involving activities other than those performed within the scope of the duties of the Board member shall be submitted directly to the Court.

Complaints against Hearing Committee members or against Disciplinary Counsel involving activities other than those performed within the scope of their duties shall be submitted directly to the Board.

2.8   Respondent's response shall set forth respondent's position with respect to the allegations contained in the complaint and shall be submitted to Disciplinary Counsel within ten days from the date of the mailing of the notice described in Rule 2.7. 2.9 Request for Information by Disciplinary Counsel (a) In the course of the investigation, Disciplinary Counsel may request complainant, respondent, or any other person who may have knowledge of pertinent facts to provide information concerning the matters under investigation.

I reply and send her Miss Walker and executive attorney Elizabeth Herman. I told them    in my e-mail that don't hid the money God knows what people are doing. and send my e-mail to the DC court of appeal webmaster@dcsc.gov. my objection and report the incidents that night. After 30 minutes I called the ODC phone 202-638-1501 no one answered only answering mechine. even the executive board number 202 638-4290 same thing answering mechine only. even I called the DC court of appeal same thing. the next night, I called again, same thing I didn't have access to speak to real person.

Last night 6/4/2016 around 1:00 A.M Guam time, I called if I can speak with Helen regarding my e-mail from her. this is her e-mail message below. I would like to call the US Court of appeal for approval regarding this interview, I don't want to abuse and treated me like I am not a human

being and trick anymore.

I am writing to schedule a time for you to speak with Mr. Gene Shipp, Disciplinary Counsel, regarding your request to reopen your case.

Are you available to speak with Mr. Shipp on Monday June 6th at 2:00?

Thank you,

Helen

**Helen Severson**

Executive Assistant to Gene Shipp

Office of Disciplinary Counsel

515 5th Street, NW

Building A, Room 117

Washington, DC 20001

202-638-1501, ext. 1725

I reply to this e-mail I explain I don't have to request for reopen because its the court order according to my message. I told her, I know where I am. I send her our communication I and executive attorney Elizabeth A Herman what started the emergency illegal decision. when I search the DC court of appeal for the case above. i couldn't find the case above retrive    it. I believe these lawyers are changed the case from the DC court of appeal computer system data. I asked the lady I spoke with last night the case was filed on the April 7, 2016 and told me the case for landlord if I don't file I will lose my chance.

Your honor,

Please help Akimine Walter, if the case above related to her case that attorney Charles A Ray filed civil suit on her behalf. I respecfully request for your emergency order to release all the civil suit for all these people the defendants to pay her for damages including my self . and order to deposit in her personal Bank account in the prayer, Title In God we trust.    I also believe these lawyers are changing the court computer system date, to change the filing date, and person related to these case above filed on April 5,2016. I also ask you honor, for emergency motion to order all the defendants to pay us for damages. I asked Miss Walker why she send me over e-mail and she said, executive decision. I also told her the signature is not match and violation of my right. I also asked her if she received any message from the court, she said, yes.

Lastly, your honor, I send some evidence express mail yesterday 6/3/2016. some documents we still have copied and new information regarding this case filed at ODC. Additionally,    the deduction of Akimine Walter social security benefit. the $10.000. Levi balance 000 I sent attention Jannet Fletcher on it, and some important legal documents our original documents are with the ODC. and I also send the

DC Court of appeal webmaster@dcsc.gov we don't have anymore copies with us, except in the e-mail in box or flash drive I have. I send e-mail to the webmater, the date and my e-mail    are incorrect. I believe these Lawyers have access to my e-mail. I can tell by sending out my message from my e-mail and notice from my inbox message.

Thank you very much.

I Thasku Joseph affirm under oath and penalty of perjury of the Law of the United States of America that all the statements in this instrument above are correct for the best of my knowledge.

Thasku Joseph



Date:          May 20, 2016

To:          **OFFICE OF BAR COUNCIL**

The Board on   Proffessional Responsibility

District of Columbia Court of Appeal

515 Fifth Street NW
Building A, Suite 117
Washington, DC 20001

Phone: 202-638-1501

Fax: 202-638-0862

From:          Thasku Joseph   (witness, original tax filer and husband for

Akimine Walter (innocent spouse)

P.O.Box 5016 Hagatna, Guam 96932 Phone-c/o 671-969-2520

cell-671-997-2439 E-mail-~~thasku@gmail.com~~

Subject:          Attention: We are extremely exhausted. I motion to order and

send us the Judgement and   released copy of our own record

file case number (2016-U104)


Dear Executive Chairman,

First of all, I would like to express, how I feel or how we feel inside our body system. I'm
hoping   that we can exchange our body so the Appel board members can feel the pain,
and the suffering, we have been went through already since the beginning on Akimine's
case, the suffering in her body system, and how embarrassed and extremely exhausted
she is and includinging myself. we are. Totally exhausted.

Your office proved that these lawyers here on Guam are connected. we don't have

anymore legal office to ask for legal assistance. the appeal board proved what I told Attorney Charles Ray and Agent Kelli Adams in our e-mail communication that it is very hard to find lawyers here because they can contact each other not take our case. we are totally exhausted. The case manager gave the   case number 2016-U104. please, I motion to order our own record based on the case number Miss Walker gave me last night.

 I also understood that Charles Ray still our Attorney. I asked one of the lady work in the Disciplinary Council staff, is attorney Charles Ray still our attorney? she told me yes. I told her, I knew because, I saw his name on the website at the Distric of Columbia Court of appeal. please also help release the record from the US   District Court of Appeal in Washington D.C as well. 2016 CA 002532 B   Civil II

So what I respecfully motion to order, the Judgement, or Court Order. to release our own record file.



Thank you for your cooperation and for your understanding.

Respectfully,

Thasku Joseph

# Xerox WorkCentre 5330
## Transmission Report

| | | |
|---|---|---|
| G3-ID | 6714727000 | Date&Time: 06/06/2016 12:49 PM |
| Local Name | FAST COPY | Page : 1(Last Page) |
| Company Logo | SYSTEM MANAGEMENT | |

THESE DOCUMENTS on
FAXED ALREADY
June 6th

The job has been sent.
Original Size: 8.5 x 11"

| # | Job | Remote Station | Start Date & Time | Duration | Pages | Protocol | Contents | Status |
|---|---|---|---|---|---|---|---|---|
| 1 | 4675 | 2022080858 | 6- 6; 12:36 PM | 13:05 | 8/- | G3 | | Completed |

JUNE 8, 2016

PLEASE SEND ME COPIES THAT OUR DOCUMENTS FILED WITH U.S. DISTRICT COURT OF APPEAL WITH YOUR COURT'S STAMP ON IT. I ALSO HAVE SOME LEGAL DOCUMENTS THE U.S. DISTRICT COURT OF APPEAL DOESN'T HAVE. PLEASE ORDER THE DISCIPILARY COUNCIL TO RELEASE IT TO THE US DISTRICT COURT OF APPEAL including THE TAX BRAIN APPLICATION FORM I

Filed AS HEAD OF H.O.H. AND THE 2016-FOI-2012 File they have. ALL OUR ORIGINAL DOCUMENTS ARE WITH THEM.

Thank you, Sincerely yours, THASKY JOSEPH

**Guam Behavioral Health and Wellness Center**
790 Gov. Carlos G. Camacho Road
Tamuning, Guam 96911
Telephone Number: 647-5440  Fax Number:  649-6948

## PSYCHIATRIC SUMMARY/VERIFICATION OF PSYCHIATRIC ILLNESS

**IDENTIFICATION:**                              DATE:___ April 22, 2016 ____

Name: _____ Akimy Walter _____     Date of Birth: _____
Village: _____ Mangilao _____     Social Security Number: _____
Phone Number: ___ 997-2439/972-5473 ___     Mailing Address: ___ P. O. Box 27677 GMF ___
                                                         Barrigada, GU  96921

**MEDICAL DATA:**

Diagnosis of Impairment, Medical or Psychiatric:

        Axis  I: _____ Schizophrenia _____

        Axis  II: _____ Deferred _____

        Axis III: _____ Diabetes Mellitus,, type 1; Arthirtis and HTN ___

Date of onset of disability: _____ First contact with GBHWC was in August, 1994 ___
Length of treatment: _____ Ongoing _____
Length of time client will be on Medication and on Therapy: _____ Indefinite _____

**This is to verify that client is:**

(   )   In good health and is employable.
(   )   In poor health, but may be able to work with the following limitations and/or instructions:
        _____
(   )   Temporarily incapacitated since _____ due to _____
        _____ may return to work on _____
( x )   Permanently and totally disabled since _____ due to _____ serious mental illness.

(   )   The impairment is severe enough that the patient is in need of a full-time caretaker since _____
        _____ to ____

I do hereby certify that the foregoing
is a full true and correct copy of the
original on file in the Medical Records
Branch, Dept. of Mental Health &
Substance Abuse
_____ Tamuning, Guam
4/22 20 16
Medical Records Branch

**ASSISTANCE REQUESTED:**

(   )   Foodstamps          (   )   Medicaid/MIP          (   )   Family Planning
(   )   Welfare             (   )   Housing               (   )   Transportation
                                                          ( X )   Other: _GU Legal_
                                                                          Services

**Prepared by:**                              **Approved by:**

Name: _____ Marilyn O. Miral _____     Name: _____ Victor Perez, MD _____

Title: _____ Social Worker III _____     Title : _____ Psychiatrist _____

UNITED STATES TAX COURT

THASKU JOSEPH

Taxpayer, Rep and an a witness            ,
Petitioner(s)

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent

Docket No. _____

RECEIVED
Mail Room

JUN 7 2016

United States Court of
District of Columbia

UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, THASKU JOSEPH _____, declare from my personal knowledge that the following facts
are true:

[State the facts in as many numbered paragraphs as are needed. Attach additional pages if necessary.]

1. I respectfully, ask the U.S. Tax Court to grant my request based on the true facts and the truly
violations admittedly by I.R.S. Intentionally. I kindly request the U.S. Tax Court to orders the IRS to pay us
$30 million in Damages caused by IRS. Also based on the truly discovered and finding of violations.

2. Five policy considerations underpin the double jeopardy doctrine:
Based on true facts IRS doctrine illegal documented papers for IRS present and future gain. These
are the truly serious violations of the Federal laws and the State laws.

3. The Fifth Amendment to the U.S. Constitution provides, "No person shall … be subject for t [sic
same offence. I also respectfully ask the U.S. Tax Court to orders IRS to removes my wife's name from IRS
computer data or system just like my name completely and orders to pays us for 2012,2013, and 2014.

4. Based on IRS advice for both of us. I also stated that the date on the declaration of my Rights
has been ilegally violated by Jannet K. Fletcher supposed to June 5th 2015 not May 5th 2015.
I also declared that IRS ilegally doctrine ilegal method of investigation and recording voice messages

5. I also kindly ask the U.S. Tax Court not grant third party information this part of the doctrine
ilegal investigation as well to save my wife's life for her mental illness. I also declared that the legal law firm
of Gunliffe,Cook, and their office . here on Guam are also involved pls see attached documented form

I declare under penalty of perjury that the foregoing is true and correct. Executed on _____

_____
[Signature]

**OR**

[If the declaration is executed outside of the United States:]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on ___9/3/2015___ .

State of Guam U.S.A. }
County of Tamuning }
This instrument acknowledged before
me this 3rd day of SEPT 20 16 .
by THASKU JOSEPH
Witness my hand and official seal.

_____
Notary Public

_____
[Signature]

JEANY T. BONDOC
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: April 02, 2016
P.O. Box 26823 Barrigada, Guam 96921

T.C. FORM 18 (07/12)

UNITED STATES TAX COURT

THASKU JOSEPH

Taxpayer, Rep and an a witness                    ,

Petitioner(s)

v.                                                          Docket No. _____

COMMISSIONER OF INTERNAL REVENUE,

Respondent

UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, THASKU JOSEPH _____, declare from my personal knowledge that the following facts are true:

[State the facts in as many numbered paragraphs as are needed.  Attach additional pages if necessary.]

1. I respectfully, ask the U.S. Tax Court to grant my request based on the true facts and the truly violations admittedly by I.R.S. Intentionally. I kindly request the U.S. Tax Court to orders the IRS to pay us $30 million in Damages caused by IRS. Also based on the truly discovered and finding of violations.

2. Five policy considerations underpin the double jeopardy doctrine: Based on true facts IRS doctrine illegal documented papers for IRS present and future gain. These are the truly serious violations of the Federal laws and the State laws.

3. The Fifth Amendment to the U.S. Constitution provides, "No person shall ... be subject to t [sic same offence. I also respectfully ask the U.S. Tax Court to orders IRS to removes my wife's name from IRS computer data or system just like my name completely and orders to pays us for 2012,2013, and 2014.

4. Based on IRS advice for both of us.  I also stated that the date on the declaration of my Rights has been ilegally violated by Jannet K. Fletcher supposed to June 5th 2015 not May 5th 2015. I also declared that IRS ilegally doctrine ilegal method of investigation and recording voice messages

5. I also kindly ask the U.S. Tax Court not grant third party information this part of the doctrine ilegal investigation as well to save my wife's life for her mental illness. I also declared that the legal law firm of Gunliffe,Cook, and their office . here on Guam are also involved pls see attached documented form

I declare under penalty of perjury that the foregoing is true and correct.  Executed on _____

_____
[Signature]

**OR**

[If the declaration is executed outside of the United States:]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on __9/3/2015__ .

State of Guam U.S.A.}
County of Tamuning }

This instrument acknowledged before me this __3rd__ day of __SEPT__ 20_16_ .

by __THASKU   JOSEPH__
Witness my hand and official seal.

_____
Notary Public

_____
[Signature]

JEANY T. BONDOC
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: April 02, 2016
P.O. Box 26823 Barrigada, Guam 96921

T.C. FORM 18 (07/12)

Department of the Treasury - Internal Revenue Service

| Form **12257** (September 2012) | **Summary Notice of Determination, Waiver of Right to Judicial Review of a Collection Due Process Determination, Waiver of Suspension of Levy Action, and Waiver of Periods of Limitation in Section 6330(e)(1)** |
| --- | --- |

Taxpayer name(s)
THASKU JOSEPH

Address *(street)*
PO BOX 5016

| City | State | Zip code |
| --- | --- | --- |
| HAGATNA | GU | 96932 |

Type of tax/tax form
Civil Penalty Assessments / Civil Penalty Assessments

Tax period(s)
12/2011

Social Security/Employer Identification Number(s)
XXX-XX-2253

This waiver concerns the following Collection Due Process (CDP) Notice(s):

☐ Notice of Federal Tax Lien Filing and Your Right to a Hearing *(IRC Section 6320)*

☒ Notice of Intent to Levy and Your Right to a Hearing *(IRC Section 6330)*

I understand that IRC Sections 6320 and 6330 require the Office of Appeals to issue a Notice of Determination after a CDP Hearing. Those sections allow me 30 days to seek judicial review of Appeals determination with Tax Court. A longer period may apply to file a lawsuit with the Tax Court to contest determinations by Appeals regarding innocent spouse (section 6015) or interest abatement (section 6404).

I understand that, if I have requested an IRC Section 6330 hearing, the IRS may not levy to collect the taxes at issue for the period of the hearing, during the 30-day period for seeking judicial review of Appeals' determination and while any timely-requested appeal is pending *(unless an exception to the levy prohibition applies)*. If I have only requested an IRC Section 6320 hearing, the IRS may not levy unless an exception to the levy prohibition applies or I already have been given my IRC Section 6330 hearing rights.

I agree that the Appeals determination shown on the following page, as a Summary Notice of Determination, is appropriate and correct. Because of my agreement, I recognize there is no need for judicial review of the determination, or for the continuation of the levy prohibition or suspension of the statute of limitation on collection and other suspended periods referred to in section 6330(e)(1).

- I waive my right under Sections 6320 and 6330 to request judicial review of an Appeals' Notice of Determination.
- I waive the 30-day suspension of levy action described in section 6330(e)(1) if I have requested an IRC Section 6330 hearing.
- I waive the 30-day suspension of the statute of limitations on collection and other suspended periods referred to in section 6330(e)(1).

If, in accordance with the Appeals' determination, I entered into an offer in compromise, installment agreement, or other collection alternative, I understand that the IRS will not levy my property so long as I comply with the terms of the Appeals' determination, unless levy action is part of the Appeals' determination. If I fail to abide by the terms of the Appeals' determination, the IRS may begin enforced collection actions, including the filing of a lien and/or a levy.

I do not waive my right under Appeals' retained jurisdiction to receive another hearing with Appeals if I disagree with the IRS over how it followed the Appeals' determination.

I do not waive my right under Appeals retained jurisdiction to receive another hearing with Appeals if my circumstances change in a way that affects this determination. I understand that I must first exhaust my administrative remedies before I request a hearing.

| Catalog Number 27780L | www.irs.gov | Form **12257** (Rev. 9-2012) |
| --- | --- | --- |

**Form 2848**
(Rev. July 2014)
Department of the Treasury
Internal Revenue Service

# Power of Attorney
## and Declaration of Representative

▶ Information about Form 2848 and its instructions is at www.irs.gov/form2848.

OMB No. 1545-0150

**For IRS Use Only**
Received by:
Name _____
Telephone _____
Function _____
Date _/_/_

| Part I | Power of Attorney |

**Caution:** A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1    Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

Taxpayer name and address

THASKU JOSEPH P.O. BOX 5016 HAGATNA, Gu 96932

Taxpayer identification number(s)

Daytime telephone number
671-687-3214

Plan number (if applicable)

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2    Representative(s)** must sign and date this form on page 2, Part II.

Name and address

THASKU Joseph
same as above

Check if to be sent copies of notices and communications ☑ ✓

CAF No. _____
PTIN _____
Telephone No. (671)-687-3214
Fax No. _____

Check if new: Address ☐ Telephone No. ☑ Fax No. ☐

Name and address

Check if to be sent copies of notices and communications ☐

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____

Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____

(Note. IRS sends notices and communications to only two representatives.)

Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____

(Note. IRS sends notices and communications to only two representatives.)

Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3    Acts authorized (you are required to complete this line 3).** With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| | 1040, 1223T, | 2011 |
| Cense and Certificate of marriage | License# 15725 | |
| Letter Number & Date 2015/04/28 | Letter number LTR0861C | 000000 |

**4    Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded o CAF, check this box. See the instructions for Line 4. Specific Use Not Recorded on CAF ▶ ☐

**5a    Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information):

☐ Authorize disclosure to third parties;    ☑ Substitute or add representative(s);    ☐ Sign a return;

a fix I am the representative and the witness of this case against my wife Aximine Watter. I authorize (Janet K Fletcher) to Act on My behalf to fax the form to other IRS Agencies. I'm sending her

☑ Other acts authorized: The reason, I authorize (Janet K Fletcher) Because she is the assian IRS Appeal officer, her Employee Number - 0276951

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.    Cat. No. 11980J    Form **2848** (Rev. 7-2014)

Form **2848**
(Rev. July 2014)
Department of the Treasury
Internal Revenue Service

# Power of Attorney
## and Declaration of Representative

▶ Information about Form 2848 and its instructions is at *www.irs.gov/form2848*.

OMB No. 1545-0150

**For IRS Use Only**
Received by:
Name _____
Telephone _____
Function _____
Date ___ / ___ / ___

## Part I    Power of Attorney

**Caution:** *A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1    Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

| Taxpayer name and address | Taxpayer identification number(s) |
|---|---|
| **Akimine  Walter (Innocent spouse)**<br>P.O.Box 27677 Barrigada, Guam 96921 | ~~~~~~17 |
| | Daytime telephone number | Plan number (if applicable) |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2    Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| **Thasku Joseph (Witness) and Represenative**<br>P.O. Box 5016<br>Hagatna, Guam 96932 | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____ |
| **Check if to be sent copies of notices and communications** ☐ | Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |

| Name and address | |
|---|---|
| | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____ |
| **Check if to be sent copies of notices and communications** ☐ | Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |

| Name and address | |
|---|---|
| | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____ |
| **(Note.** IRS sends notices and communications to only two representatives.) | Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |

| Name and address | |
|---|---|
| | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____ |
| **(Note.** IRS sends notices and communications to only two representatives.) | Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3    Acts authorized (you are required to complete this line 3).** With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| **Appoint Thasku Joseph the witness, husband, rep, and taxpayer to** ▪ | **married license number -15725** | |
| **& witness to Attorney Charless Ray, Special Agent Kelly Adams** | **Our Attorney & Special Agent** | **2015** |
| **The TIGTA discloser Legal council office in Washington D.C. our** | **(FOIA)** | **2015** |

**4    Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific Use Not Recorded on CAF** . . . . . . . . . . . . . . . . ▶ ☑

**5a    Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information):

☐ Authorize disclosure to third parties;   ☑ Substitute or add representative(s);   ☑ Sign a return;   **Automatically (ROVOKED) old POA**
**Attorney Charles does all legal issues, deducting his fees, etc and be able to financially deposit all the remaining in to my wife's B☐**

☑ Other acts authorized:   **We respectfully ask our attorney for his professional expited legal assistance  and cooperation to please he**▪
**I make request FOIA to TIGTA for cooperation & comply with the  policy at the Department of Justice to released all the money IRS o**▪

*In case of emergency ___ This POA allows to speak to TIGTA*

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.          Cat. No. 11980J          Form **2848** (Rev. 7-2014)

Hello Ms. Walter,

I am in receipt of a complaint you and Mr. Joseph filed with my agency (Treasury Inspector General for Tax Administration) regarding allegations against Internal Revenue Service (IRS) employee Janet Fletcher. For your records, my agency's complaint number is 55-1508-0165-C. I wanted to see if you had any additional information to provide regarding your allegations. If so, I'm happy to schedule time for a telephone interview. If you would like me to deal with Mr. Joseph on your behalf I will need documentation from you authorizing him to represent you, so that I may speak with him regarding your tax matters.

If you have nothing further to provide, I will process your complaint with the information you included in your e-mail to my agency, dated August 26, 2015. Please advise either way.

Thank you very much, and I look forward to hearing back from you.
Regards,

Kelli Adams
Special Agent

Treasury IG for Tax Administration
915 2nd Avenue, Suite 2640
Seattle, Washington 98174

Office: (206) 220-6170

Form **2848**
(Rev. July 2014)
Department of the Treasury
Internal Revenue Service

**Power of Attorney
and Declaration of Representative**

▶ Information about Form 2848 and its instructions is at *www.irs.gov/form2848*.

OMB No. 1545-0150

**For IRS Use Only**
Received by:
Name _____
Telephone _____
Function _____
Date ___ / ___ / ___

**Part I    Power of Attorney**

**Caution:** *A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1    Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

| Taxpayer name and address | Taxpayer identification number(s) |
|---|---|
| **Thasku Joseph** P.O. BOX 5016 Hagatna, Guam 96932 | |

| | Daytime telephone number | Plan number (if applicable) |
|---|---|---|
| | c/o 671-969-2520 | |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2    Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| **Attorney Charles Ray** 1001 16th Street, N.W. Washington DC, 20036 | CAF No. _____ PTIN _____ Telephone No. _____ Fax No. _____ |
| Check if to be sent copies of notices and communications ☑ | Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |

| Name and address | |
|---|---|
| | CAF No. _____ PTIN _____ Telephone No. _____ Fax No. _____ |
| Check if to be sent copies of notices and communications ☐ | Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |

| Name and address | |
|---|---|
| | CAF No. _____ PTIN _____ Telephone No. _____ Fax No. _____ |
| **(Note.** IRS sends notices and communications to only two representatives.) | Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |

| Name and address | |
|---|---|
| | CAF No. _____ PTIN _____ Telephone No. _____ Fax No. _____ |
| **(Note.** IRS sends notices and communications to only two representatives.) | Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3    Acts authorized (you are required to complete this line 3).** With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| to inspect all my  doc & be able to settled,  process, & deposit my wife's claim and I with legal issues with IRS,TIGTA and etc. ➕ | FOIA, Bank of Guam Account | 2015 |
| file lawsuit or settled what ever he thinks better of both of us including U.S. Tax Court, Advocate, Miami Florida settlement office | 12257,911 form | |
| married certicate, innocent spouse, or other legal documents Our  attoeney will do all the legal issue we don't understand about | 55-1508-0141-C TICTA FILE | Sept 2015 |

**4    Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific Use Not Recorded on CAF** . . . . . . . . . . . . . . . . . ▶ ☑

**5a    Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts:

☐ Authorize disclosure to third parties;    ☑ Substitute or add representative(s);    ☑ Sign a return;    Our Attorney Charles Ray is a honest lawyer. what I or we don't undestand he knows, how to solve it. This POA allows him get copies from Kelli Adams or  to deal with TIGTA

If I make mistake  on this POA,  I authorize to do the legal  issue

☑ Other acts authorized:  I authorize our attorney  to review  our documents and  negociate his legal fee with TIGTA, I  or we authorize him to settled and able to  financially deposit the remaining money to BOG account

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.    Cat. No. 11980J    Form **2848** (Rev. 7-2014)

Form **2848**
(Rev. July 2014)
Department of the Treasury
Internal Revenue Service

## Power of Attorney
## and Declaration of Representative

▶ Information about Form 2848 and its instructions is at *www.irs.gov/form2848*.

OMB No. 1545-0150

| For IRS Use Only |
|---|
| Received by: |
| Name |
| Telephone |
| Function |
| Date / / |

**Part I    Power of Attorney**

Caution: A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than *representation before the IRS.*

**1    Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

Taxpayer name and address
Thasku Joseph witness,tax payer, and representative for Akimine Walter
P.O.BOX 5016 Hagatna, Guam 96932

Taxpayer identification number(s)

| Daytime telephone number | Plan number (if applicable) |
|---|---|
| C/O 671-969-2520 | |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2    Representative(s)** must sign and date this form on page 2, Part II.

Name and address
I Thasku Joseph represenative for Akimine Walter appoint Kelli Adams as our Attorney in fact to represent Akimine Walter or me to do the legal issue with IRS, US TAX COURT, or all the legal issue.

Check if to be sent copies of notices and communications  ☑

| CAF No. .............................................. |
| PTIN .............................................. |
| Telephone No. .............................................. |
| Fax No. .............................................. |
| Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |

Name and address

Kelli Adams
Address Below

Check if to be sent copies of notices and communications  ☑

| CAF No. .............................................. |
| PTIN .............................................. |
| Telephone No. .............................................. |
| Fax No. .............................................. |
| Check if new: Address ☑  Telephone No. ☐  Fax No. ☐ |

Name and address
INSPECTOR GENERAL FOR TAX ADMINISTRATION (IG:CC:D
Office of Chief Counsel Attention: Disclosure Officer
1125 15th St. NW Room 700A Washington, DC 20005

(Note. IRS sends notices and communications to only two representatives.)

| CAF No. .............................................. |
| PTIN .............................................. |
| Telephone No. .............................................. |
| Fax No. .............................................. |
| Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |

Name and address

(Note. IRS sends notices and communications to only two representatives.)

| CAF No. .............................................. |
| PTIN .............................................. |
| Telephone No. .............................................. |
| Fax No. .............................................. |
| Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3    Acts authorized** (you are required to complete this line 3). With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| I authorize Kelli Adams to inspect our confidential documents and changes if I made mistake with the form (FOIA) I faxed. | 1040  12257(FOIA) | Dec 2011, Sept, 2015 |
| Certificate | 15725 | May 1997 |
| Also the innocent spouse, U.S. Tax Court and other legal issues | | |

**4    Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Use Not Recorded on CAF . . . . . . . . . . . . . . . . . ▶ ☑

**5a    Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information):

☐ Authorize disclosure to third parties;  ☑ Substitute or add representative(s);  ☑ Sign a return; _____
appoint Kelli Adams as our legal attorney to act on our side as our representative to negociate or make any necessary matters doing all the legal issue with the form (FOIA) to be able to process Akimine Walter legal dispute matter and I Thasku Joseph.

Other acts authorized: If this POA doesn't indicate any specifi requirements on our side, we also authorize Kelli Adams to do any acts to be able to process any financial statement from IRS or the U.S. Tax court or the settlement office in Miami Florida.

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.

Cat. No. 11980J

Form **2848** (Rev. 7-2014)

Form 2848 (Rev. 7-2014)                                                                                                                Page **2**

   **b**  **Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.

     List any specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b): <u>We don't authorize Kelli</u>

     <u>Adams to do any legal finacial issue matter without our knowledge first.</u>

   **6**  **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
     **YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

   **7**  **Signature of taxpayer.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.
     ▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| Signature | Date | Title (if applicable) |
|---|---|---|
| *Akmaria Waffer* | *Sept 4, 2015* | |

| Print Name | Print name of taxpayer from line 1 if other than individual |
|---|---|
| | |

| **Part II** | **Declaration of Representative** |
|---|---|

Under penalties of perjury, by my signature below I declare that:

* I am not currently suspended or disbarred from practice before the Internal Revenue Service;
* I am subject to regulations contained in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
* I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
* I am one of the following:

   **a** Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

   **b** Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.

   **c** Enrolled Agent—enrolled as an agent by the Internal Revenue Service per the requirements of Circular 230.

   **d** Officer—a bona fide officer of the taxpayer organization.

   **e** Full-Time Employee—a full-time employee of the taxpayer.

   **f** Family Member—a member of the taxpayer's immediate family (for example, spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).

   **g** Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).

   **h** Unenrolled Return Preparer—Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have prepared and signed the return. **See** Notice 2011-6 and *Special rules for registered tax return preparers and unenrolled return preparers* **in the instructions (PTIN required for designation h).**

   **i** Registered Tax Return Preparer—registered as a tax return preparer under the requirements of section 10.4 of Circular 230. Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have prepared and signed the return. **See** Notice 2011-6 and *Special rules for registered tax return preparers and unenrolled return preparers* **in the instructions (PTIN required for designation i).**

   **k** Student Attorney or CPA—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student working in an LITC or STCP. See instructions for Part II for additional information and requirements.

   **r** Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

   ▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.** See the instructions for Part II.

**Note.** For designations d-f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column. See the instructions for Part II for more information.

| Designation— Insert above letter (a–r) | Licensing jurisdiction (state) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable). See instructions for Part II for more information. | Signature | Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Form **2848** (Rev. 7-2014)

Form 2848 (Rev. 7-2014)                                                                                                      Page **2**

**b**   **Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.
List any specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b): _____
_____

**6**   **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7**   **Signature of taxpayer.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| | | |
|---|---|---|
| _(signature)_ | 10/15/2015 | _Rep & Witness_ |
| Signature | Date | Title (if applicable) |
| Print Name | | Print name of taxpayer from line 1 if other than individual |

**Part II    Declaration of Representative**

Under penalties of perjury, by my signature below I declare that:
• I am not currently suspended or disbarred from practice before the Internal Revenue Service;
• I am subject to regulations contained in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
• I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
• I am one of the following:

**a**  Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
**b**  Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
**c**  Enrolled Agent—enrolled as an agent by the Internal Revenue Service per the requirements of Circular 230.
**d**  Officer—a bona fide officer of the taxpayer organization.
**e**  Full-Time Employee—a full-time employee of the taxpayer.
**f**  Family Member—a member of the taxpayer's immediate family (for example, spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).
**g**  Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).
**h**  Unenrolled Return Preparer—Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have prepared and signed the return. **See Notice 2011-6 and *Special rules for registered tax return preparers and unenrolled return preparers* in the instructions (PTIN required for designation h).**
**i**  Registered Tax Return Preparer—registered as a tax return preparer under the requirements of section 10.4 of Circular 230. Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have prepared and signed the return. **See Notice 2011-6 and *Special rules for registered tax return preparers and unenrolled return preparers* in the instructions (PTIN required for designation i).**
**k**  Student Attorney or CPA—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student working in an LITC or STCP. See instructions for Part II for additional information and requirements.
**r**  Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.** See the instructions for Part II.

**Note.** For designations d-f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column. See the instructions for Part II for more information.

| Designation— Insert above letter **(a–r)** | Licensing jurisdiction (state) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable). See instructions for Part II for more information. | Signature | Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Form **2848** (Rev. 7-2014)

Form 2848 (Rev. 7-2014)                                                                                                                    Page **2**

  **b**  **Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.

    List any specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b): <u>We don't authorize Kelli</u>

    <u>Adams to do any legal finacial issue matter without our knowledge first.</u>

**6**  **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

    **YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7**  **Signature of taxpayer.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

    ▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| _Akimana Naffer_ | _Sept 44, 2015_ | |
|---|---|---|
| Signature | Date | Title (if applicable) |

| | |
|---|---|
| Print Name | Print name of taxpayer from line 1 if other than individual |

**Part II**    **Declaration of Representative**

Under penalties of perjury, by my signature below I declare that:

- I am not currently suspended or disbarred from practice before the Internal Revenue Service;
- I am subject to regulations contained in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
- I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
- I am one of the following:

  **a** Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

  **b** Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.

  **c** Enrolled Agent—enrolled as an agent by the Internal Revenue Service per the requirements of Circular 230.

  **d** Officer—a bona fide officer of the taxpayer organization.

  **e** Full-Time Employee—a full-time employee of the taxpayer.

  **f** Family Member—a member of the taxpayer's immediate family (for example, spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).

  **g** Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).

  **h** Unenrolled Return Preparer—Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have prepared and signed the return. **See Notice 2011-6 and** *Special rules for registered tax return preparers and unenrolled return preparers* **in the instructions (PTIN required for designation h).**

  **i** Registered Tax Return Preparer—registered as a tax return preparer under the requirements of section 10.4 of Circular 230. Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have prepared and signed the return. **See Notice 2011-6 and** *Special rules for registered tax return preparers and unenrolled return preparers* **in the instructions (PTIN required for designation i).**

  **k** Student Attorney or CPA—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student working in an LITC or STCP. See instructions for Part II for additional information and requirements.

  **r** Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

    ▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.** See the instructions for Part II.

**Note.** For designations d-f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column. See the instructions for Part II for more information.

| Designation— Insert above letter (a–r) | Licensing jurisdiction (state) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable). See instructions for Part II for more information. | Signature | Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Form **2848** (Rev. 7-2014)

| Form **2848** | | **Power of Attorney** | OMB No. 1545-0150 |
|---|---|---|---|

**Form 2848**
(Rev. July 2014)
Department of the Treasury
Internal Revenue Service

## Power of Attorney
## and Declaration of Representative

▶ Information about Form 2848 and its instructions is at www.irs.gov/form2848.

OMB No. 1545-0150

**For IRS Use Only**
Received by:
Name _____
Telephone _____
Function _____
Date ___ / ___ / ___

### Part I   Power of Attorney

**Caution:** *A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1   Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

| Taxpayer name and address | Taxpayer identification number(s) |
|---|---|
| Thasku Joseph witness,tax payer, and representative for Akimine Walter<br>P.O.BOX 5016 Hagatna, Guam 96932 | ~~XXX-XX-XXXX~~ |
| | Daytime telephone number | Plan number (if applicable) |
| | C/O 671-969-2520 | |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2   Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| **I Thasku Joseph represenative for Akimine Walter appoint Kelli Adams as our Attorney in fact to represent Akimine Walter or me to do the legal issue with IRS, US TAX COURT, or all the legal parts.** | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____ |
| Check if to be sent copies of notices and communications ☑ | Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |

| Name and address | |
|---|---|
| **Kelli Adams**<br>**Address Below** | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____ |
| Check if to be sent copies of notices and communications ☑ | Check if new: Address ☑   Telephone No. ☐   Fax No. ☐ |

| Name and address | |
|---|---|
| **INSPECTOR GENERAL FOR TAX ADMINISTRATION (IG:CC:D**<br>**Office of Chief Counsel Attention: Disclosure Officer**<br>**1125 15th St. NW Room 700A Washington, DC 20005** | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____ |
| (Note. IRS sends notices and communications to only two representatives.) | Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |

| Name and address | |
|---|---|
| | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____ |
| (Note. IRS sends notices and communications to only two representatives.) | Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3   Acts authorized (you are required to complete this line 3).** With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| **We authorize Kelli Adams to inspect our confidential documents including changes if I made mistake  with the form  (FOIA) I faxed.** | **1040  12257(FOIA)** | **Dec 2011, Sept, 2015** |
| **Married certificate** | **15725** | **May 1997** |
| including the innocent spouse, U.S. Tax Court and other legal issues | | |

**4   Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Use Not Recorded on CAF . . . . . . . . . . . . . . . . . ▶ ☑

**5a   Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information):

☑ Authorize disclosure to third parties;   ☑ Substitute or add representative(s);   ☑ Sign a return; _____

We appoint Kelli Adams as our legal attorney to act on our side as our representative to negociate or make any necessary matters including all the legal issue with the form (FOIA) to be able to process Akimine Walter legal dispute matter and I Thasku Joseph.

☑ Other acts authorized: **If this POA doesn't indicate any specifi requirements on our side, we also authorize Kelli Adams to do any legal parts to be able to process any financial statement from IRS or the U.S. Tax court or the settlement office in Miami Florida.**

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.     Cat. No. 11980J     Form **2848** (Rev. 7-2014)

# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CHECKLIST FOR EMERGENCY MOTIONS

Type of motion: Court order    When will it be filed? Date: 06/6/16    Time: Mail,fax,etc

Disposition needed by: Date: 6/15/16    Time: asap    Why? no attorney repesents us

Will the motion be served by hand? ○ Yes ◉ No    If not, why not? Live Guam

Date of Lower Court/Agcy Decision: No da    When will copies be provided to the court? ODC has

Status of Lower Court/Agency proceedings: OFFICE OF DISCIPLINARY COUNSEL, DC Court of appeal

Any hearings scheduled? ○ Yes ◉ No    When? not yet

Status of motion for stay/injunction pending appeal filed with lower court or agency? I depend on them

Is there a case pending in USCA now? ○ Yes ◉ No  Case No. and Caption: 2016 - U104

When will disclosure statements be filed? _____

If a Notice of Appeal or Petition for Review has not been filed, when will one be? _____

Brief description of the case: (What is happening & when?):

Innocent and Mental illness Akimine Walte. order to deposit her money in her Bank Account on file with the O,DC..Section 142 Magistrates Court Act 1980,(Section 37 of Mental Health Act)),Document

Clarification Violation of USC 1952) thiscase is unosotution projudies, injuodics i
Name of counsel: _____

Office #:( 202 ) 638-1501    Home #:( )  -    Fax #:( 202 ) 638-0863

Name of opposing counsel: Office of Attorney  Charles A, Ray, TIGTA,IRS, ADVOCATE, and & ETC

Office #:( 202 ) 824-8123    Home #:( )  -    Fax #:( 202 ) 824-0640

Comments:

Emergency court order to file. I Thasku Joseph respectfully  motion to order to release her money and order  pay damages. Akimine Walter  is  TOTALLY  innocent

spouse ) to appoint us attorney, or the court to do the legal Bank Transaction and send us the original
**FOR CLERK'S OFFICE USE ONLY** Deputy Clerk: _____    Date: _____

Who is notified in LD? _____    Time: _____

## ROUTING

Staff Attorney Assigned: _____    Other: _____

Clerk ___  Ch. Deputy Clerk ___  LD Office ___  Team Leader ___  Supv/Op Unit ___  Intake ___

USCA Form 2
August 2009 (REVISED)

 **IRS** Department of the Treasury
**Internal Revenue Service**

OSC
OGDEN UT 84201-0059



AKIMINE WALTER
PO BOX 27677
BARRIGADA  GU  96921-6953

001731

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.        Use for payments
                              1486858263
                                                  Letter Number: LTR0105C
        BODCD-SB                                  Letter Date  : 2016-03-11
                                                  Tax Period   : 201112

AKIMINE WALTER
PO BOX 27677
BARRIGADA  GU  96921-6953

INTERNAL REVENUE SERVICE
OSC
OGDEN  UT  84201-0059

586063517 BJ WALT 55 0 201112 670 00000000000



Department of the Treasury
Internal Revenue Service
Philadelphia, PA 19255-0025

| | |
|---|---|
| **Notice** | CP21C |
| **Tax Year** | 2011 |
| **Notice date** | September 2, 2013 |
| **Social Security number** | |
| **To contact us** | 1-800-829-8374 |
| **Page 1 of 2** | 89H |

123614.218221.0435.008 1 AT 0.384 373

AKIMINE WALTER
PO BOX 5016
HAGATNA GU 96932-8657

614

## Changes to your 2011 Form 1040
# Amount due: $0.00

We made the changes you requested to your 2011 Form 1040 to adjust your payments and/or credits.

As a result, you owe $0.00.

### Summary

| | |
|---|---|
| Account balance before this change | $ -9,699.00 |
| Decrease in credit | 9,699.00 |
| **Amount due** | **$0.00** |

## What you need to do

**If you agree with the changes we made**
- You don't need to respond to this notice.

Continued on back...



AKIMINE WALTER
PO BOX 5016
HAGATNA GU 96932-8657

| | |
|---|---|
| **Notice** | CP21C |
| **Notice date** | September 2, 2013 |
| **Social Security number** | |

# Contact information

If your address has changed, please call 1-800-829-8374 or visit www.irs.gov.

☐ Please check here if you've included any correspondence. Write your Social Security number (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), the tax year (2011), and the form number (1040) on any correspondence.

| | ☐ a.m. | | ☐ a.m. |
|---|---|---|---|
| | ☐ p.m. | | ☐ p.m. |
| Primary phone | Best time to call | Secondary phone | Best time to call |

INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255-0025

2253 AA JOSE 30 0 201112



Department of the Treasury
Internal Revenue Service
Philadelphia, PA 19255-0025

**IRS**

| Notice | CP21C |
|---|---|
| Tax Year | 2011 |
| Notice date | September 2, 2013 |
| Social Security number | |
| To contact us | 1-800-829-8374 |
| Page 1 of 2 | 89H |

123613.218221.0435.008 1 AT 0.384 373



THASKU JOSEPH
PO BOX 5016
HAGATNA GU 96932-8657

123613

## Changes to your 2011 Form 1040
# Amount due: $0.00

We made the changes you requested to your
2011 Form 1040 to adjust your payments
and/or credits.

As a result, you owe $0.00.

**Summary**

| | |
|---|---|
| Account balance before this change | $ -9,699.00 |
| Decrease in credit | 9,699.00 |
| **Amount due** | **$0.00** |

## What you need to do

**If you agree with the changes we made**
- You don't need to respond to this notice.

Continued on back...

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



**IRS**

THASKU JOSEPH
PO BOX 5016
HAGATNA GU 96932-8657

| Notice | CP21C |
|---|---|
| Notice date | September 2, 2013 |
| Social Security number | |

# Contact information

If your address has changed, please call 1-800-829-8374 or visit www.irs.gov.
☐ Please check here if you've included any correspondence. Write your Social Security
number (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), the tax year (2011), and the form number (1040) on any
correspondence.

| | ☐ a.m. | | | ☐ a.m. |
|---|---|---|---|---|
| | ☐ p.m. | | | ☐ p.m. |
| Primary phone | Best time to call | Secondary phone | | Best time to call |

INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255-0025

507042253 AA JOSE 30 0 201112

## Account Activity

| Date | Description | Debit | Credit | Balance |
|------|-------------|-------|--------|---------|
| 05/11/16 | WITHDRAWAL | $310.00 | | $14.00 |
| 05/16/16 | WITHDRAWAL | $12.00 | | $2.00 |
| 05/31/16 | SERVICE CHG SYS-GEN | $2.00 | | $0.00 |

## Service Charge Summary

| Description | Amount |
|-------------|--------|
| Maintenance Fee | 2.10 |

## Interest Summary

| Interest Earned From | 04/01/16 | Through | 05/31/16 | |
|---|---|---|---|---|
| Days in Period | | | | 61 |
| Interest Earned | | | | 0.00 |
| Annual Percentage Yield Earned | | | | 0.00% |
| Interest Paid This Year | | | | 0.01 |
| Interest Withheld This Year | | | | 0.00 |

## Interest Rate Summary

| Date | Rate | Date | Rate | Date | Rate |
|------|------|------|------|------|------|
| 03/31/16 | 0.250 | | | | |

**NO ENCLOSURES THIS STATEMENT**

**END OF STATEMENT**

**Guam Behavioral Health and Wellness Center**
790 Gov. Carlos G. Camacho Road
Tamuning, Guam 96911
Telephone Number: 647-5440 Fax Number: 649-6948

## PSYCHIATRIC SUMMARY/VERIFICATION OF PSYCHIATRIC ILLNESS

**IDENTIFICATION:**                                    DATE: ___ April 22, 2016 _____

Name: ___ Akimy Walter _____          Date of Birth: ___ ~~_____~~ _____
Village: ___ Mangilao _____           Social Security Number: ___ ~~_____~~ _____
Phone Number: ___ 997-2439/972-5473 ___    Mailing Address: ___ P. O. Box 27677 GMF __
                                                     Barrigada, GU 96921

**MEDICAL DATA:**

Diagnosis of Impairment, Medical or Psychiatric:

      Axis    I: _____ Schizophrenia _____

      Axis    II: _____ Deferred _____

      Axis    III: _____ Diabetes Mellitus., type 1; Arthirtis and HTN _____

Date of onset of disability: _____ First contact with GBHWC was in August, 1994 ____
Length of treatment: _____ Ongoing _____
Length of time client will be on Medication and on Therapy: _____ Indefinite _____

**This is to verify that client is:**

(  ) In good health and is employable.
(  ) In poor health, but may be able to work with the following limitations and/or instructions:

    _____

(  ) Temporarily incapacitated since _____ due to _____
    _____ may return to work on _____
( X ) Permanently and totally disabled since _____ due to ___ serious mental illness.

(  ) The impairment is severe enough that the patient is in need of a full-time caretaker since _____
    _____ to _____

**ASSISTANCE REQUESTED:**

(  ) Foodstamps          (  ) Medicaid/MIP          (  ) Family Planning
(  ) Welfare             (  ) Housing              (  ) Transportation
                                                 ( X ) Other: __GU Legal __
                                                              Services

**Prepared by:**                              **Approved by:**

Name: ___ Marilyn Q. Miral _____            Name: ___ Victor Perez, MD _____

Title: ___ Social Worker III _____          Title : ___ Psychiatrist _____

Form **2848**
(Rev. March 2012)
Department of the Treasury
Internal Revenue Service

# Power of Attorney
and Declaration of Representative

▶ Type or print.  ▶ See the separate instructions.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name _____
Telephone _____
Function _____
Date ___ / ___ / ___

**Part I** | **Power of Attorney**

Caution: A separate Form 2848 should be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1  Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

Taxpayer name and address

AKIMINE M. WALTER P.O. BOX
27677 BARRIGADA, GU 96921

Taxpayer identification number(s)

Daytime telephone number    Plan number (if applicable)
691-734-1730

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2  Representative(s)** must sign and date this form on page 2, Part II.

Name and address
Thasku Joseph P.O. Box 5016 Hagatna, GU 96932

CAF No. .......... 0309-18353R
PTIN ..........
Telephone No. ... 05-671-734-1738
Fax No. ..........

Check if to be sent notices and communications ☑    Check if new: Address ☑  Telephone No. ☐  Fax No. ☐

Name and address

CAF No. ..........
PTIN ..........
Telephone No. ..........
Fax No. ..........

Check if to be sent notices and communications ☐    Check if new: Address ☐  Telephone No. ☐  Fax No. ☐

Name and address

CAF No. ..........
PTIN ..........
Telephone No. ..........
Fax No. ..........

Check if new: Address ☑  Telephone No. ☐  Fax No. ☐

to represent the taxpayer before the Internal Revenue Service for the following matters:

**3  Matters**

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, etc.) (see instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions for line 3) |
|---|---|---|
| Any Changes on any form that requires the Tax Payer Information | 1040 | |
| or if the Rep can joint the tax payer on her account. | Yes | |

**4  Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Uses Not Recorded on CAF ..........  ☐

**5  Acts authorized.** Unless otherwise provided below, the representatives generally are authorized to receive and inspect confidential tax information and to perform any and all acts that I can perform with respect to the tax matters described in line 3, for example, the authority to sign any agreements, consents, or other documents. The representative(s), however, is (are) not authorized to receive or negotiate any amounts paid to the client in connection with this representation (including refunds by either electronic means or paper checks). Additionally, unless the appropriate box(es) below are checked, the representative(s) is (are) not authorized to execute a request for disclosure of tax returns or return information to a third party, substitute another representative or add additional representatives, or sign certain tax returns.

☐ Disclosure to third parties;   ☑ Substitute or add representative(s);   ☑ Signing a return;   If the tax payer requires her signature
☑ Other acts authorized: Rep. to contact the IRS, Respond for any correspondence office
From I.R.S. and Spook with the IRS  (see instructions for more information)

The Power of Attorney gives the Rep, the authority and full power to sign on her behalf, or to find legal assistance and other legal abe.

Exceptions. An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Treasury Department Circular No. 230 (Circular 230). An enrolled retirement plan agent may only represent taxpayers to the extent provided in section 10.3(e) of Circular 230. A registered tax return preparer may only represent taxpayers to the extent provided in section 10.3(f) of Circular 230. See the line 5 instructions for restrictions on tax matters partners. In most cases, the student practitioner's (level k) authority is limited (for example, they may only practice under the supervision of another practitioner).

List any specific deletions to the acts otherwise authorized in this power of attorney: If the Rep. forget any necessary information on the behalf of the Tax payer Akimine M. walter, this power of Attorney. Authorize the Rep. to Change anything that required from I.R.S over the phone.



# OFFICE OF BAR COUNSEL

### THE BOARD ON PROFESSIONAL RESPONSIBILITY OFFICE OF DISCIPLINARY COUNSEL
### DISTRICT OF COLUMBIA COURT OF APPEALS

515 Fifth Street, N.W.
Building A, Room 117
Washington, D.C. 20001
(202) 638-1501   Fax (202) 638-0862

MAR 2 8 2016
**RECEIVED**

## COMPLAINT FORM FOR INCARCERATED COMPLAINANT
*(Please print or type.)*

Date: March 28,2016

A. Your Name:(Dr.)
(Mr.)
(Ms.)
(Mrs.)   Thasku                              Joseph
                (First)            (Initial)            (Last)

DCDC #: _____   Location: Guam USA

Fed. I.D. #: _____   Date of Birth: 01/12/1961

Other Address: P.O. Box 5016
                        (Street)                                              (Apt. #)
Hagatna                        Guam                        96932
        (City)                        (State)                        (Zip)

Court where case is pending: _____   Case No(s) : _____

Date of next court appearance: _____   Before Judge: _____

Superior Court (___)   U.S. District Court (___)   Other Office of Bar Council (Your Office)

B. Attorney Complained of:
Name: Charles                    A                    Ray
            (First)            (Initial)            (Last)
Address: 1001 16th St. NW
                (Street)                                              (Apt. #)
Washington                        D.C                        20036
        (City)                        (State)                        (Zip)
Telephone No.: 202-824-8123            Attorney's Bar No., if known: _____

C. Have you filed a complaint about this matter anywhere else? yes ___ If yes, please give details. I believe
our case were settled two times out side court settlement between the Attorneys
law office of Cook and Gunliffe here on Guam, and our Attorney above Charles Ray.

D. Do you have a written retainer agreement with the attorney? yes ___ If yes, please attach a copy. we were
trick to signed the POA.our confidential documents were confisticated.

E. Do you have other documents that are relevant? yes ___ If yes, please give details and provide copies.
I had submitted by e-mail and sent by priority mail already with the address above.
I also fooled to signed POA to the IRS appeal officer Jannet and Tigta Kelli Adams

SEE REVERSE SIDE FOR REQUIRED DETAILS & SIGNATURE ⇨

F. DETAILS OF COMPLAINT: We are exausted, suffered, imparressed deeply in our body system. our case never reached the court by these people we had expected them do to the settlement and file lawsuit on our behalf. we were ignored by them. they refused to send us our money and send us legal documents. I had called attorney Charles and email him to send us his evaluation and bills for his performance, he never answer me back with my request.we argue over the phone because he told me he didn't find Kelli Adams, Miss Futon and Amy Jones any wrong doing. I ask what about confisticated our documents. he told me, I have to list down my finding 12345 and send him. I told him, I am not a attorney that why I asked for your professional legal assistance. he was shouting told me again list down 12345 and send him compare to his. I also asked him about the referral I send him by e-mail from the DOJ. he lied, he didn't receive. according to his e-mail becuase the referral is out of hisjob I have to pay him$ 500.00 he is going to start working on my case. I beleive the TIGTA. IRS. and Attorney dealt to covered up everthing on the computer data system to make hard for future investication. Last year 2015 between the month of Oct and Dec I called his office, his secretary told me he is on the phone with IRS. I also called him after I forward him, the FOIA I requested, he told me, he didn't recieved the attachment. I forward to him again. and follow up again, his secretary told me he is on the phone with IRS audit. I also called the office of Amy Jones only answering mechine to leave my name and number.

*Please help us RECOVER our money.*

**The Undersigned hereby certifies to the Office of Bar Counsel that the statements in the foregoing Complaint are true and correct to the best of my knowledge.**

_____
SIGNATURE

Date: Oct 15, 2015

Dear Our Attorney Charles,

I talked to this lady in this e-mail on the phone 30 minutes a ago . I ask her to contact you and she said their office not contact attorney. She explain to me to respond to this e-mail and stated the record I'm requesting. I also explain to her that I have old POA of attorney that Akimine Walter authorized me to represent her before I changed the new POA what she told me to follow the statement In the attachments and she will able to process my request. I'm sending you to look at it if you allow me to do this according to her directions

We or I make request under the (FOIA ) to receive the legitimate resolution of our petition to the U.S. Tax court the TIGTA has on file on our behalf. the record TIGTA has in the attachments. we have the legal rights to know the complain record number 55-1508-0165-c. our signatures and copy of our passport are in the attachments too. we agree to pay the processing fees in this request iif our attorney Charles Ray agrees to this request you ask us to send you asap. our attorney Charles Ray will review and send you his decision based on the authorization letter I sent him to do all the legal issues on our behalf. you can locate the record, I or we request by looking at the attachments.

my mailing address is P.O.BOX 5016 Hagatna Guam 96932. my wife's mailing address is P.O. Box 27677 Barrigada, Guam 96921. It doesn't matter which mailing address you send our request to. the telephone number you can leave message by calling our attorney at -202-824-8123 fax-202-824-0640. or c/o 671-969-2520 cell 671-864-4907.

I, Thasku declare under oat and perjury that all the statements in this instrument above are true and correct for the best of my knowledge.

Regards,

Thasku Joseph rep for Akimine Walter

## COMPLAINANT CONSENT/RELEASE FORM

Your Name:  Thasku Joseph

Address:

Complaint Number(s) (if known):

*Please read the information below, check the appropriate box, and sign this form.*

As a complainant, I understand that in the course of an investigation it may be necessary for the Department of the Treasury (Department) to reveal my identity to persons at the agency under investigation.  I am also aware of the obligations of the Department to honor requests under the Freedom of Information Act.  I understand that it may be necessary for the Department to disclose information, including personally identifying details, which it has gathered as a part of its investigation of my complaint.  In addition, I understand that as a complainant I am protected by the Department's regulations from intimidation or retaliation for having taken action or participated in action to secure rights protected by nondiscrimination statutes enforced by the Department.

### CONSENT/RELEASE

_____ **CONSENT** - I have read and understand the above information and authorize the Department to reveal my identity to persons at the agency under investigation.  I hereby authorize the Department to receive material and information about me pertinent to the investigation of my complaint.  This release includes, but is not limited to, personal records and medical records.  I understand that if, during the course of the investigation, the Department determines that it needs to receive, review or copy documents or records that are not in its or my possession, the Department will request that I sign a release that specifically describes the documents or records sought, and the name and mailing address of the entity that is the custodian of the documents or records described.  I understand that the material and information will be used for authorized civil rights compliance and enforcement activities.  I further understand that I am not required to authorize this release, and do so voluntarily.

_____ **CONSENT DENIED** - I have read and understand the above information and do not want the Department to reveal my identity to the agency or institution under investigation, or to review, receive copies of, or discuss material and information about me, pertinent to the investigation of my complaint.  I understand this is likely to impede the investigation of my complaint and may result in the closure of the investigation.

_____

Signature and Date



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

Akimine Walter
PO Box 27677
Barrigada, Guam 96921

Dear Ms. Walter:

The U.S. Department of the Treasury, Office of Civil Rights and Diversity (OCRD) is responsible for processing complaints of program discrimination filed against a U.S. Department of the Treasury agency or recipient of financial assistance.

On January 6, 2016, OCRD emailed you concerning several emails that you sent to our office. Within the January 6 email, OCRD requested clarification about your allegations as it was unclear whether your emails to our office were sent to copy our office or if your intention was to file a complaint. OCRD did not receive the requested information from you or your representative, Thasku Joseph. As a result, OCRD closed your case.

On May 16, 2016, the Internal Revenue Service Civil Rights Division (IRS CRD) forwarded a complaint to OCRD. The complaint was filed by Thasku Joseph. Within the complaint, Mr. Joseph alleged that the IRS Appeals Office discriminated against you based on your disability (mental) and national origin (unknown) when, the Appeals Office closed its case against you and then reopened the case to purse its collection efforts against you by levying your social security income.

OCRD has determined that we need additional information from you to continue processing your complaint. Without this information, we cannot process your complaint adequately. As a result, you must provide our office with additional information within **30 days** of the date of receipt of this letter or your case will be closed. This information should be provided with sufficient detail to enable our staff to clearly understand the circumstances of your complaint. Please provide our office with the following:

- The date(s) on which the incident you are reporting as discrimination occurred. Please note that our office has authority to investigate only actions that took place no more than 180 days prior to the filing of your complaint. If the incident occurred more than 180 days ago; therefore, you may request a waiver of the filing requirements. If you wish to request a waiver, please explain why you failed to file within the 180-day period.

Before we begin investigating your allegation, we need to obtain your consent as well as your representative's consent. Enclosed are **four** copies of a Complainant Consent/Release Form concerning the Privacy Act of 1974 and the Freedom of Information Act. Please review this form and decide whether you wish us to release your identity during the investigation. By giving your consent, you agree that your identity as a complainant and personal information about you may be

**U.S. Department of Justice**

Civil Rights Division

*Disability Rights Section - NYA*
*950 Pennsylvania Ave, NW*
*Washington, DC  20530*

DEC 2 3 2015

## Notice of Referral of Complaint

Reference:    CTS# 530708; Joseph Thasku and Akimine Walter, Hagatna, GU
regarding IRS Appeals Office, Seattle, WA; received by DOJ on August
21, 2015

The Disability Rights Section has received your complaint alleging disability discrimination.
After careful review, we have determined that your complaint raises issues that are more
appropriately addressed by the Department of the Treasury.  We, therefore, have referred your
complaint to that agency for appropriate action.  The Disability Rights Section will take no
further action on the matter that has been referred.  To check the status of your complaint, or to
submit additional information, please contact the following:

Ms. Mariam G. Harvey
Associate CHCO
U.S. Department of the Treasury
Office of Civil Rights and Diversity
1500 Pennsylvania Avenue, N.W.
ATTN: 1801 L Street, N.W.
Suite 600
Washington, D.C.  20220
(202) 622-0316 (Voice)
(202) 622-7104 (TTY)
F=202-622-0367

DJ#  202-82-0



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

Akimine Walter
PO Box 27677
Barrigada, Guam 96921

Dear Ms. Walter:

The U.S. Department of the Treasury, Office of Civil Rights and Diversity (OCRD) is responsible for processing complaints of program discrimination filed against a U.S. Department of the Treasury agency or recipient of financial assistance.

On January 6, 2016, OCRD emailed you concerning several emails that you sent to our office. Within the January 6 email, OCRD requested clarification about your allegations as it was unclear whether your emails to our office were sent to copy our office or if your intention was to file a complaint. OCRD did not receive the requested information from you or your representative, Thasku Joseph. As a result, OCRD closed your case.

On May 16, 2016, the Internal Revenue Service Civil Rights Division (IRS CRD) forwarded a complaint to OCRD. The complaint was filed by Thasku Joseph. Within the complaint, Mr. Joseph alleged that the IRS Appeals Office discriminated against you based on your disability (mental) and national origin (unknown) when, the Appeals Office closed its case against you and then reopened the case to purse its collection efforts against you by levying your social security income.

OCRD has determined that we need additional information from you to continue processing your complaint. Without this information, we cannot process your complaint adequately. As a result, you must provide our office with additional information within **30 days** of the date of receipt of this letter or your case will be closed. This information should be provided with sufficient detail to enable our staff to clearly understand the circumstances of your complaint. Please provide our office with the following:

- The date(s) on which the incident you are reporting as discrimination occurred. Please note that our office has authority to investigate only actions that took place no more than 180 days prior to the filing of your complaint. If the incident occurred more than 180 days ago; therefore, you may request a waiver of the filing requirements. If you wish to request a waiver, please explain why you failed to file within the 180-day period.

Before we begin investigating your allegation, we need to obtain your consent as well as your representative's consent. Enclosed are **four** copies of a Complainant Consent/Release Form concerning the Privacy Act of 1974 and the Freedom of Information Act. Please review this form and decide whether you wish us to release your identity during the investigation. By giving your consent, you agree that your identity as a complainant and personal information about you may be

revealed in the course of the investigation, and that the Department of the Treasury may receive personal information concerning you.  If you do not agree to release your identity, this decision may limit or prevent any investigation or action and will result in the closure of your complaint. Please complete one of the forms and return it to this office **within 30 days** of receipt of this letter.  You may retain the other copies for your records.  Once we receive your response and the consent form, we can continue processing your complaint.

Mail your completed response and consent form to the Director, Office of Civil Rights and Diversity, 1500 Pennsylvania Ave., N.W., Washington, DC  20220.  You can also fax it to us at (202) 622-0367.

Under the Freedom of Information Act, it may be necessary to release this document and related correspondence and records upon request.  In the event that we receive such a request, we will seek to protect, to the extent provided by law, personal information that, if released, could constitute an unwarranted invasion of privacy.

You should be aware that no one may intimidate, threaten, coerce, or engage in other discriminatory conduct against anyone because he or she has either taken action or participated in an action to secure rights protected by the nondiscrimination statutes and regulations we enforce. Any individual alleging such harassment or intimidation may file a complaint if the situation warrants.

If you have any questions concerning this letter, please feel free to contact Ms. Marcia Small at (202) 622-8177 (voice), by e-mail at marcia.small@treasury.gov or by fax at (202) 622-0367.

Thank you for your cooperation.

Sincerely,

Lydia E. Aponte Morales
Civil Rights Program Manager
Office of Civil Rights and Diversity
U.S. Department of the Treasury

Enclosures:  Consent Forms

Dear Attorney Charles,

This second time I send you this single attachments. Charles Attorney, you understood me from the beginning I prayed for your humble and cooperation to help us from your heart you know that my wife needs your legal assistance.my question is do you have money from the Settlement office Miami Florida or IRS and etc according to the POA I sent you last year and authorization letter.. please help. my question is if you don't review the new information below. can you up to date us with information you have for us.

1. Our letter from USDOJ referral.

2 Letter to U.S. Tax court.

3. New Copies from The Appeal office in Frenso Ca.

and those documents you already have but I just resend you again.

Respectfully,

Thasku Joseph and Akimine Walter legally married.

P/S the letter from the Appeal Settlement office in Miami Florida (Norma Diaz). she made mistake there is no Mr. Walter in our family. I am Mr. Joseph.

On Wed, Feb 3, 2016 at 6:25 AM, Charles Ray <cray@charlesraylaw.com> wrote:

> There was nothing attached. We require $500.00 for reviewing your documents before we begin the work, as we have stated to you on multiple occasions. This fee has been discounted to you because you came to us through a referral service.
>
> Hope this helps.
>
> Charles A. Ray, Jr., Esq.
>
> Law Offices of Charles A. Ray
>
> The Capital Hilton Hotel
>
> 1001 16th Street, NW
>
> Washington, D.C. 20036

**From:** Aki Walter <akimwalter@gmail.com>
**Sent:** Wednesday, February 3, 2016 7:27 AM
**To:** Charles Ray
**Subject:** Re: can you please answer me back or pickup your phone



**U.S. Department of Justice**

Office of the Inspector General

*Investigations Division*

---

*1425 New York Avenue NW, Suite 7100*
*Washington, D.C. 20530*

June 30, 2016

Thasku Joseph
P.O. Box 5016
Hagatna, Guam 96932

Dear Mr. Joseph:

The purpose of this letter is to acknowledge receipt of your correspondence dated June 24, 2016. The matters that you raised are more appropriate for review by another office or Agency. Therefore, your complaint has been forwarded to:

Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Rm 5649
Washington, D.C. 20530

Any further correspondence regarding this matter should be directed to that office.

I hope this answers any questions you have relative to this matter.

Sincerely,

Office of the Inspector General
Investigations Division

# BANK OF GUAM

## THE PEOPLE'S BANK
Member FDIC

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Page | * 1 of 2 |
| Date | 05/31/16 |
| Account # | ******2706 |

*********AUTO**SCH 5-DIGIT 96910
1251 0.5430 AV 0.376    5 1 80

AKIMINE WALTER
THASKU JOSEPH
PO BOX 27677
BARRIGADA GU 96921-6953

Dear Customer,
Effective August 01, 2015, Bank of Guam will be changing the terms of your personal savings account as follows:
A Minimum Balance Fee of $3.00 will be imposed every month if the balance in the account falls below $100.00 any day of the month. This fee will be assessed whether the account is classified as active or dormant.
If you have any questions, please do not hesitate to visit any Bank of Guam Branch location or call (671) 472-5300.

**\*\*\*\*\*\*2706**          **STATEMENT SAVINGS - PERSONAL**

| | | |
|---|---|---|
| Previous Balance | 03/31/16 | 0.00 |
| + Deposits/Credits | 3 | 648.10 |
| - Withdrawals/Debits | 4 | 646.00 |
| - Service Charge | | 2.10 |
| + Interest Paid | | 0.00 |
| Current Balance | | 0.00 |
| Days in Statement Period | 61 | |

### Overdraft Charges/Refunds Summary

| | This Cycle | YTD |
|---|---|---|
| Total returned item fees | 0.00 | 0.00 |
| Total overdraft fees | 0.00 | 0.00 |
| Total fees charged | 0.00 | 0.00 |
| | This Cycle | YTD |
| Refund of returned check fees | 0.00 | 0.00 |
| Refund of paid check fees | 0.00 | 0.00 |
| Total fees refunded | 0.00 | 0.00 |

### Account Activity

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 03/31/16 | BEGINNING BALANCE | | | $0.00 |
| 04/13/16 | SSA  TREAS 310  XXSOC SEC | | $324.00 | $324.00 |
| | AKIMINE M WALTER | | | |
| 04/13/16 | WITHDRAWAL | $317.00 | | $7.00 |
| 04/19/16 | SAVINGS DEPOSIT | | $0.10 | $7.10 |
| 04/19/16 | WITHDRAWAL | $7.00 | | $0.10 |
| 04/29/16 | SERVICE CHG SYS-GEN | $0.10 | | $0.00 |
| 05/11/16 | SSA  TREAS 310  XXSOC SEC | | $324.00 | $324.00 |
| | AKIMINE M WALTER | | | |





ATTENTION: Kelli Adams

Complain Number - B5 - 1508B1741-C

or

55 - 1508 - 0165 - C



**U.S. Department of Justice**

Civil Rights Division

Disability Rights Section - NYA
950 Pennsylvania Avenue N.W.
Washington, DC 20530

JUN 1 3 2016

Joseph Thasku
P.O. Box 5016
Hagatna, GU 96932

Re: Attorney Cook and Gunliffe, Akimine Walter, and U.S Department of Treasury

Dear Mr. Thasku:

This is in response to the complaint that you filed with this office alleging a possible violation of the Americans with Disabilities Act (ADA). After carefully reviewing the information that you provided, we have decided not to take any further action on your complaint. Unfortunately, because the Section receives thousands of ADA complaints each year, we do not have the resources to resolve all of them.

It is important to note that the Justice Department has made no determination regarding the merits of your complaint or whether it could be redressed under the ADA or another statute. Moreover, our decision not to take further action does not affect your right to pursue your complaint in another manner. You may wish to contact an attorney or legal service provider to determine what remedies may be available.

In addition, a number of other options are available to you, including consulting state or local authorities or disability rights groups. Enclosed is a list of such organizations serving your area. These listings come from various sources, and our office cannot guarantee that the listings are current and accurate. We suggest that if you contact any of these organizations, you let them know that you have received this letter from us, so that they will not forward your complaint to our office.

The text of the ADA, the Department's regulations, and many technical assistance publications are provided on our ADA Home Page at http://www.ada.gov. If you have specific questions about Title II or III of the ADA, or want copies of technical assistance publications sent to you, you may call the ADA Information Line at 800-514-0301 (voice) or 800-514-0383 (TTY).

We regret that we are unable to further assist you in this matter.

Sincerely,

Carmen Romero
Director of Intake Unit
Disability Rights Section

Enclosures
555103  555380  555102

**Client Assistance Program**
Disability Rights Center of
Virgin Islands
63 Estate Cane Carlton
Frederiksted
St. Croix, VI 00840
(340) 772-1200 (Voice)

*This letter with the letter from Carmen Remero from USDOJ ADA*

**More U.S. Territories**

### American Samoa

**Independent Living Centers**

Samoa Center for Independent
Living/DHR
P.O. Box 4561
Pago Pago, AS 96799
(011) 684-699-1371 (Voice)
(011) 684-699-1381 (TTY)

**Protection and Advocacy,
Client Assistance Program**
P.O. Box 3937
Pago Pago, AS 96799
011 (684) 633-2441

**Vocational Rehabilitation**
Department of Human and
Social Services
Division of Vocational
Rehabilitation
American Samoa Government
P.O. Box 4561
Pago Pago, AS 96799
011 (684) 699-1371

### Guam

**Independent Living Centers:**

Guam Center for Independent Living
426 Chalan San Antonio Road,
Suite 205
Tamuning, GU 96929
(671) 647-4548/4549 (Voice)
(671) 647-4552 (TTY)

**Protection and Advocacy Agency**
Disability Law Center
113 Bradley Place
Hagatna, Guam 96910
1(671) 477-9811
1(671) 477-3416 (TTY)

Vocational Rehabilitation
Department of Vocational Rehabilitation
1313 Central Avenue
Tiyan, GU 96913
011 (671) 475-4646 (Voice)
011 (671) 477-9183 (TTY)

**Client Assistance Program**
Guam Client Assistance Program
UIU Building, Suite 2F
P.O. Box 23474
237 South Marine Corps Drive
GMF, GU 96921
1(671)637-4227

*Updated 07/30/2013*

DATE: Oct 18, 2014

TO: INTERNAL REVENUE SERVICE
ACS Corrospondence
P.O. BOX 8208
Philadelphia, PA 19101-8208

FROM: Akimine M. WALTER
P.O. BOX 27677
BARRIGADA, GU 96921

Subject: Request for the $9,699.00 plus interest till
2014

Dear Sir/Madam

I am Thaeku Joseph, I am not an Attorney nor
an Accountant. I am repesenting Akimine M. WALTER
because I understood the case that caused
her Menthal illness more worse than before.
Akimine M. Walter is a clients for Guam Menthal
health subtance abuse and also a clients
for the Guam Vocational rehabilitation.
She recives little money from the Social Security
disable benefit every month. She didnit aware
of her disable benefit has deducted after, she
noticed that, the amount she supposed to get
every month isn't right Amount.    Continued →

If I did NOT MEET ANY Require PART OF THE I.R.S Form 2648 For Reperent her. Please find her the Best Advocate Lawyer or Any PRIVATE Lawyer Can assist her 100%.

THE WAY, I believe to solve her Menthal illness or Make her back to Normaly If I.R.S Pay her Money For what she is asking For.

Thank you very Much for your Understanding and for Your Cerpraation.

Best Regorde,
THASKEY Joseph for Akimine M. Walter



# OFFICE OF DISCIPLINARY COUNSEL

May 26, 2016

Wallace E. Shipp, Jr.
*Disciplinary Counsel*

Elizabeth A. Herman
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Jennifer Lyman
Julia L. Porter

*Assistant Disciplinary Counsel*
Joseph N. Bowman
Gayle Marie Brown Driver
Hamilton P. Fox, III
Becky Neal
Dolores Dorsainvil Nicolas
Sean P. O'Brien
Joseph C. Perry
William Ross
H. Clay Smith, III
Traci M. Tait

*Senior Staff Attorney*
Lawrence K. Bloom
Caroll G. Donayre
Jelani Lowery

*Manager, Forensic Investigations*
Charles M. Anderson

*Senior Forensic Investigator*
Kevin E. O'Connell

**_CONFIDENTIAL_**

Thasku Joseph
P.O. Box 5016
Hagatna, GU 96932

> Re:    **Ray/Joseph**
>           **Undocketed No. 2016-U104**

Dear Mr. Joseph:

   This office has completed its review of the disciplinary complaint that you filed against Charles A. Ray Jr., Esquire.  You state that Mr. Ray was dishonest and violated the privacy of you and your wife, Akimine Walter.  You state that Internal Revenue Service ("IRS") framed your wife.  You state that Mr. Ray requested $500 to represent you.  You are requesting assistance in recovering your money through the IRS.

   Upon review, we decline to proceed with a full investigation of your complaint.  With regards to your concerns involving Mr. Ray, you failed to provide facts or evidence in support of your allegations of dishonesty and the invasion of privacy.  Additionally, Mr. Ray's request for a fee to represent you is not an ethical violation.  With regards to your concerns involving the IRS, we do not have jurisdiction over such matters.

   Accordingly, we decline to open a full investigation and have closed our file.  We thank you for bringing your concerns to our attention.

Sincerely,

Elizabeth A. Herman
Deputy Disciplinary Counsel

EAH:AW



# OFFICE OF DISCIPLINARY COUNSEL

May 26, 2016

Wallace E. Shipp, Jr.
*Disciplinary Counsel*

Elizabeth A. Herman
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Jennifer Lyman
Julia L. Porter

*Assistant Disciplinary Counsel*
Joseph N. Bowman
Gayle Marie Brown Driver
Hamilton P. Fox, III
Becky Neal
Dolores Dorsainvil Nicolas
Sean P. O'Brien
Joseph C. Perry
William Ross
H. Clay Smith, III
Traci M. Tait

*Senior Staff Attorney*
Lawrence K. Bloom
Caroll G. Donayre
Jelani Lowery

*Manager, Forensic Investigations*
Charles M. Anderson

*Senior Forensic Investigator*
Kevin E. O'Connell

***CONFIDENTIAL***

Thasku Joseph
P.O. Box 5016
Hagatna, GU 96932

Re:    Ray/Joseph
Undocketed No. 2016-U104

Dear Mr. Joseph:

This office has completed its review of the disciplinary complaint that you filed against Charles A. Ray Jr., Esquire.  You state that Mr. Ray was dishonest and violated the privacy of you and your wife, Akimine Walter.  You state that Internal Revenue Service ("IRS") framed your wife.  You state that Mr. Ray requested $500 to represent you.  You are requesting assistance in recovering your money through the IRS.

Upon review, we decline to proceed with a full investigation of your complaint.  With regards to your concerns involving Mr. Ray, you failed to provide facts or evidence in support of your allegations of dishonesty and the invasion of privacy.  Additionally, Mr. Ray's request for a fee to represent you is not an ethical violation.  With regards to your concerns involving the IRS, we do not have jurisdiction over such matters.

Accordingly, we decline to open a full investigation and have closed our file.  We thank you for bringing your concerns to our attention.

Sincerely,

Elizabeth A. Herman
Deputy Disciplinary Counsel

EAH:AW

---

*Serving the District of Columbia Court of Appeals and its Board on Professional Responsibility*

*515 5th Street NW, Building A, Room 117, Washington, DC 20001 ▪ 202-638-1501, FAX 202-638-0862*

Department of The Treasury IRS

Appeals office 915 second avenue

room 2790, ms w680

seattle, wa 98174

Attention:Janet K Fletcher E-N0276951

tel 206-946-3574

Akimine Walter

P.O. Box 27677 Barrigada, Gu

96921phone-671-734-1730

**Human Rights Violation**

### REQUEST FOR APPEAL AND RECONSIDERATION

The principles of International Laws which were conceived in order to promote democracy, rule of law, respect for human rights and human diginity all over the world.Thus, self-determination was one of the core principles and fundamental rights,but could not be seperable from other principles such as sovereign equality, territorial integrity, peaceful settlements of disputes,non-intervention in internal affairs and respect for human rights and fundamental freedoms.

### DECLARATION OF THE DISABILITY (AKIMINE WALTER)RIGHTS HAD BEEN ILLEGALLY VIOLATED.    BASED ON THE FACTS AND INCIDENTS ADMITTEDLY BY IRS INTENTIONALLY

### Demand    For Payment Of Past Due Violation

### $15 Million Bill of Peace for Damaged,Suffered, Caused her body painfully

I, Thasku Joseph,    represent Akimine Walter and    a truly witness, of the true facts regarding Akimine Walter Case. I am not an Attorney nor an accountant. I may ask for any Qualify Attorney can represent her asap. because of the true facts that IRS treated Akimine Walter unequally less than human being intentionally.also,I kindly request for an appeal and    reconsideration of this case that violation of the mental retarded individual Akimine Walter rights admittedly by IRS intentionally. I have seen and known this same case against Akimine Walter and had been    solved 2 years ago. I am    totally disagree with IRS to charge Akimine Walter for the same offense twice. This is violation of the law for recharge    a human being for the same offense that has been solved and (dismiss)completely already. IRS knew the individual person has mental illness and    took advantaged of her (Akimine Walter) because of her mental illness, her nationality, and knew Akimne Walter couldn't able respond to the IRS letter. after all, IRS used of forced illegally to charge her twice for the same offense intentionally. IRS violated the American Disability Act, (ADA )discrimination and prejudice tort her brain caused damaged, suffered,painfully in her body, as well as invation of her privacy in person.after all these facts admittedly by IRS, the disabled retarted person Akimine Walter, her mental illness became worst and unmanageable, to her medication (shot)at Guam Mental Health every month.Additionally, for the past 6 months, she missed her    monthly shot because IRS used the documented paper as ilegal forced to harrassed her to pay IRS money she owed ,which already solved and IRS deducted her disability monthly benefit ilegally

and intentionally.

## DISCOVERED NEW FACTS AND FINDING OF VIOLATION ADMITTEDLY BY IRS

1. Violation of the International Law Human Civil Rights Title VII ACT Intentionally

2. Violation of the American Disability Act (ADA) Discrimination against the disabled Akimine Walter Intentionally (a civil rights law that prohibits discrimination against people with disability)

3. Used ilegal forced to sized her social security disability benefit intentionally (invation of her privacy)Violation her privacy (without due process)

4.Doctrine ilegal method    and prejudice documented papers tort her mind for IRS present and futures gain (Invation of her privacy in person) Intentionally

5. Treat the disability individual unegually to charge her twice for the same offense. and    not respect her dignity and freedom intentionally

6.Deducted her monthly disabled benefit ilegally without her knowledge and approval.invation    of her privacy (violation of her privacy in paper) intentionally

7.Violation of the Disability Rights intentionally

8. Prejudice and discrimination because of her nationality

9.Frame her for wrongfull incidents she committed    intentionally

10. Used the name IRS to scare her, and forced of ilegal power    in black and white documented paper of harrassment caused damaged tort her mind

11.Damaged her present and future reputation intentionally


Sincerely Yours    Akimine Walter    Represenative slgnatures

 **IRS** Department of the Treasury
Internal Revenue Service
OSC
OGDEN  UT  84201-0059



9307 1107 5620 2517 2386 67

001731.489632.325183.23180 1 MB 0.439 948

AKIMINE WALTER
PO BOX 27677
BARRIGADA  GU  96921-6953

001731

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.     Use for payments
                              1486858263
    BODCD-SB                                  Letter Number: LTR0105C
                                              Letter Date  : 2016-03-11
                                              Tax Period   : 201112

                                         AKIMINE WALTER
                                         PO BOX 27677
    INTERNAL REVENUE SERVICE             BARRIGADA  GU  96921-6953
    OSC
    OGDEN  UT  84201-0059

586063517 BJ WALT 55 0 201112 670 00000000000

**IRS** Department of the Treasury
Internal Revenue Service

OSC
OGDEN   UT   84201-0059

9307110756202517238667

In reply refer to:  1486858263
Mar. 11, 2016   LTR 105C   0
~~5-- --  --~~   201112 55
                                00035691
                         BODC: SB

AKIMINE WALTER
PO BOX 27677
BARRIGADA  GU  96921-6953



001731

CERTIFIED MAIL

Taxpayer identification number: ~~--------~~
              Kind of tax:  Civil Penalty
         Amount of claim :  $500.00

         Date of claims received:  Jan. 13, 2015
                   Tax period :  Dec. 31, 2011


Dear Taxpayer:

                WE COULDN'T ALLOW YOUR CLAIM

We disallowed your claim for credit for the period listed at the
top of this letter.

WHY WE CAN'T ALLOW YOUR CLAIM

We reduced your frivolous return penalties from $10,000.00 to $500.00.
We will not refund any payments received prior to the reduction.  You
still have a balance owing for the penalty.  You may want to contact
Collections at 800-829-7650 for your balance owing.  As a reminder,
interest accrues daily on any outstanding balance.

WHAT TO DO IF YOU DISAGREE

If you need forms, schedules or publications to respond to this
letter, you can download them at www.irs.gov/formspubs or call
1-800-TAX-FORM (1-800-829-3676).

                HOW TO CONTACT US

If you have questions, you can call us toll free at
866-883-0235.

If you prefer, you can write to us at the address at the top of the
first page of this letter.

When you write, include a copy of this letter and provide in the

**Guam Behavioral Health and Wellness Center**
790 Gov. Carlos G. Camacho Road
Tamuning, Guam 96911
Telephone Number: 647-5440 Fax Number: 649-6948

## PSYCHIATRIC SUMMARY/VERIFICATION OF PSYCHIATRIC ILLNESS

**IDENTIFICATION:**

DATE: ___ April 22, 2016

Name: ____ Akimy Walter
Village: ____ Mangilao
Phone Number: ____ 997-2439/972-5473

Date of Birth: _____
Social Security Number: _____
Mailing Address: ____ P. O. Box 27677 GMF
Barrigada, GU 96921

**MEDICAL DATA:**

Diagnosis of Impairment, Medical or Psychiatric:

Axis I: _____ Schizophrenia

Axis II: _____ Deferred

Axis III: _____ Diabetes Mellitus., type 1; Arthirtis and HTN

Date of onset of disability: _____ First contact with GBHWC was in August, 1994
Length of treatment: _____ Ongoing
Length of time client will be on Medication and on Therapy: _____ Indefinite

**This is to verify that client is:**

( ) In good health and is employable.
( ) In poor health, but may be able to work with the following limitations and/or instructions:

( ) Temporarily incapacitated since _____ due to ____
_____ may return to work on ____
( x ) Permanently and totally disabled since _____ due to _____ serious mental illness.

( ) The impairment is severe enough that the patient is in need of a full-time caretaker since _____
to _____

**ASSISTANCE REQUESTED:**

( ) Foodstamps           ( ) Medicaid/MIP          ( ) Family Planning
( ) Welfare              ( ) Housing               ( ) Transportation
                                                   ( X ) Other: __GU Legal__
                                                         Services

**Prepared by:**                          **Approved by:**

Name: _____ Marilyn Q. Miral            Name: _____ Victor Perez, MD

Title: _____ Social Worker III          Title : _____ Psychiatrist

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ANGELA D. CAESAR
Rm 1130
U.S. COURT of Appeals
District of Columbia Circuit
333 Constitution Av, NW
WASHington DC 20001 2866

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    RECEIVED
With Return

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7015 1660 0000 0546 7031

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



# GOVERNMENT OF GUAM
## DEPARTMENT OF PUBLIC HEALTH & SOCIAL SERVICES
### GOVERNMENT OF GUAM
### U.S. STANDARD
### LICENSE AND CERTIFICATE OF MARRIAGE

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

LICENSE NUMBER **15725**     FILE NUMBER

| | |
|---|---|
| 1. GROOM'S NAME (First, Middle, Last) **THASKU JOSEPH** | 2. AGE LAST BIRTHDAY **36** |
| 3a. RESIDENCE—CITY, TOWN, OR LOCATION **Anigua Apt.#3 Anigua** | 3b. SS No. FSM PP#M052596 |
| 3c. STATE **Guam** | 4. BIRTHPLACE (State or Foreign Country) **Chuuk** | 5. DATE OF BIRTH (Month,Day,Year) 1961 |
| 6a. FATHER'S NAME (First, Middle, Last) **Komor Joseph** | 6b. BIRTHPLACE (State or Foreign Country) **Truk Dist.** | 7a. MOTHER'S NAME (First, Middle, Maiden Surname) **Karemen Andrew** | 7b. BIRTHPLACE (State or Foreign Country) **Truk Dist.** |
| 8a. BRIDE'S NAME (First, Middle, Last) **AKIMINE MICHICHO WALTER** | 8b. MAIDEN SURNAME (if different) | 8. AGE LAST BIRTHDAY **34** |
| 10a. RESIDENCE—CITY, TOWN, OR LOCATION **Anigua Apt.#3 Anigua** | 10b. SS No. FSM PP#M071295 |
| 10c. STATE **Guam** | 11. BIRTHPLACE (State or Foreign Country) **Chuuk** | 12. DATE OF BIRTH (Month, Day, Year) |
| 13a. FATHER'S NAME (First,Middle,Last) **Michicho Ukuk** | 13b. BIRTHPLACE (State or Foreign Country) **Chuuk** | 14a. MOTHER'S NAME (First, Middle, Maiden Surname) **Aimu Walter** | 14b. BIRTHPLACE (State or Foreign Country) **Chuuk** |

WE HEREBY CERTIFY THAT THE INFORMATION PROVIDED IS CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF AND THAT WE ARE FREE TO MARRY UNDER THE LAWS OF THIS TERRITORY.

| 15. GROOM'S SIGNATURE | 16. BRIDE'S SIGNATURE Akimine Michicho Walter |
|---|---|

This License Authorized the Marriage In This Territory of the Parties Named above By Any Person Duly Authorized to Perform a Marriage Ceremony Under the Laws of the Territory of Guam

17. EXPIRATION DATE (Month, Year) **MAY 29 1997**

| 18. SUBSCRIBED TO AND SWORN TO BEFORE ME ON: (Month,Day,Year) **March 24, 1997** | 19. SIGNATURE OF ISSUING OFFICIAL **LETICIA P. FAJARDO** | 20. TITLE OF ISSUING OFFICIAL **License Officer** |
|---|---|---|
| 21. I CERTIFY THAT THE ABOVE NAMED PERSONS WERE MARRIED ON: (Month,Day,Year) **May 13 1997** | 22a. WHERE MARRIED—CITY, TOWN, OR LOCATION Office of Vice Speaker **Anthony C. Blaz, Agana** | 22b. TYPE OF CEREMONY **Civil** |
| 23a. SIGNATURE OF PERSON PERFORMING CEREMONY | 23b. NAME (Type/Print) **ANTHONY C. BLAZ** | 23c. TITLE **VICE SPEAKER** |

23d. ADDRESS OF PERSON PERFORMING CEREMONY (Street and Number or Rural Route Number, City or Town, State, Zip Code)
**155 Hesler Street, Agana, Guam 96910**

| 24a. SIGNATURE OF WITNESS TO CEREMONY Print & Sign ▶ **LUNDER-LUDWIG** | 24b. SIGNATURE OF WITNESS TO CEREMONY Print & Sign ▶ **ELSER RAYNOD** |
|---|---|
| 25. SIGNATURE OF REGISTRAR Print & Sign ▶ **CAROLYN R. GARRIDO** | 26. DATE FILED BY LOCAL OFFICIAL (Month, Day, Year) **MAY 14 1997** |

---

306859

### CERTIFIED COPY OF VITAL RECORDS
GOVERNMENT OF GUAM

This is a true and exact reproduction of the document officially registered and placed on file in the office of Vital Statistics, DEPARTMENT OF PUBLIC HEALTH & SOCIAL SERVICES.

DATE ISSUED **AUG 13 2007**

*Carolyn R. Garrido*
**CAROLYN R. GARRIDO**
REGISTRAR

This copy is not valid unless prepared on an engraved border, displaying the date, signature and seal of the Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

(Five policy considerations underpin the double jeopardy doctrine: (1) preventing the government from employing its superior resources to wear down and erroneously convict innocent persons; (2) protecting individuals from the financial, emotional, and social consequences of successive prosecutions; (3) preserving the finality and integrity of criminal proceedings, which would be compromised were the state allowed to arbitrarily ignore unsatisfactory outcomes; (4) restricting prosecutorial discretion over the charging process; and (5) eliminating judicial discretion to impose cumulative punishments that the legislature has not authorized.) The documented solid and truly evidence speak itslf.

because there is not enough space in the petition. The five policy considerations our case is similar to the old days, this is discrimination and racism, especially Akimine Walter is totally innocent and lack equal protection of the laws, I have put my trust in agent Kelly Adams based on the legal trust in me that was the reason I authorize her in the POA to represent us since we first communicate. all the true facts and the truly violation of laws admittedly by IRS I had comfortable to communicate with her until now. I witness the truth about this case. when she really explain who she is and her role. that was the time I understand about her statements, she told me to hire an attorney. I ask her how much the money she said she is not allow to tell me. I asked her, if I find a lawyer where the lawyer have to communicate with whom?. she said either one Seattle office Norma Diaz or her office TIGTA discloser council office in Washington D.C. this is the reason I search and have legal right to choose our Attorney representative Charles Ray for his professional legal urgent assistance because our case is truly like the 1880's century when (Black Code) was created or adopted. I also pray that our Attorney Charles Ray to review all my documents and accepted the POA and authorization I fax him to really·assist us. based on what search and read from his website, his experiences, legal professional and my trust with his honesty ability to legal urgent to assist us. These facts and truly violation of the law committedly by IRS. I also stated in the POA what I or we don't understand about the laws, he can help us solved and be able to negotiate his legal fees, deducted the processing fees for process the legal documents we under the (FOIA) .

in the FOIA.

I declared and acknowledge that, I am sharing and witness all the true statements above to my lawyer Attorney Charles Ray and Agent Kelli Adams, and the TIGTA discloser Council office in Washington D.C. I also declared under the perjury of law of the United States of America. that these entire instrument above are true and correct.

Respectfully,

Thasku Joseph, witness for Akimine Walter husband and Representative.

*Our e-mail communication*

Dear Attorney Charles Ray, and Agent Kelli Adams,(see supporting documents in attachments)

Please read, my e-mail to agent Kelli. if you read the latest POA between Akimine Walter and I. she authorize me to witness to you as you our attorney Charles Ray, Kelli Adams special agent and TIGTA office. the old power of attorney we signed and I since the beginning October last year. she authorized me to speak with IRS change anything required by phone and find legal assistance as you our attorney and etc. and the latest POA including to negotiate your professional urgent legal fees. also able to financially deposit the money in her bank account. the (FOIA) I or we ask TIGTA for the cooperation to release and deposit the money IRS owed us.in to Akimine's Walter Bank account, the routing and statement of her bank her name on it. our passport copies including our signatures the emergency request from the other TIDTA office.the (FOIA) U.S. TAX Court, TIGTA Office, Advocate what I mean the 911 request for emergency assistance, if the advocate file a law suit.I also request under the FOIA to release the information about the innocent spouse if the Advocate file law suit according to my former advocate lawyer Jennefer Carson. she filed the lawsuit and I have to check with Norma Diaz about the file suit she told me over the phone. she wispier to me over the phone explain to me when I ask her to investigate the money they settled in secret I told her I suspected the attorney Cook did some secret facts of violation when I called him. I suspected they settled our case in secret without our knowledge and our attorney knowledge too until I sent her my affidavit letter Dated July 16, 2015. in my latter address to Norma Diaz Dated Aug 6th,2015. I wrote asking her about new POA or any financial statement to send us until now we don't know anything. sometimes in Aug I tried to call her to see if she has any money according to what she told me, she will is going to charge Akimine Walter $500.00 my question is why? and I have to just wait. after I filed complain at the Ethic prosecutor here on Guam to investigate the law office on Guam. This Law office of Guniffe and Cook. here on Guam. our case still pending until now. can't afford attorney plus these lawyers here are connected to each other, they can phone to the other attorney not to accept our case its very hard but they don't look for the documents you have first name and the law. I have suspicious about the secret settlement between these legal law firms here and the IRS office in U.S. I was looking for attorney very hard that why I turn to TIGTA office for assistance because these legal law firms are professional attorney they are doctrine illegal method to covered up our money. Because Norma's Diaz the settlement officer in Miami fault according to what I understood by the law.she has to responsible for recover our claim. according to what I understand from our former Attorney Jennefer Carson. she didn't tell me exactly but she wispier to me over the phone its against the law for her to investigate Norma Diaz. when I faxed my affidavit to my former attorney. she was kind of defense her from our case because she is our attorney. another thing, I didn't sign any POA attorney or authorization to represent us. only the 911and our conversation over the phone and she knew about our case that it was closed already. she told me over the phone. what I understand according to her Jennfer Carson to follow up with Norma Diaz the settlement officer she told me, its up to the Judge to decide how much money Norma Diaz she will give us. .the last time I talked to agent Kelli Diaz, when I she told me to hire an attorney or she would send me the names of lawyers from advocate free lawyer. I told her, I don't trust them. I told her about our former attorney when she wispier over me to check with Norma and told me she was like a middle man. she is in between us. this is the reason I include in the (FOIA). and the petition in I swear under the perjury of the law of the United States of America. this is what the statements suppose to be in that notarized petition below because of lack of space.

Dear my Attorney Charles Ray, and Special Agent Kelli Adams

I hope you special people understand our situation. how do I, or we,understand each other if we can not communicate with each other. we did some changes with our old POA you have on file with you. we would like to know status or what going on between TIGTA, our attorney, and you Miss Adams. since you ask me to look for my attorney. we would like to understand the situation between our attorney and your TIGTA office. we also would like to ask for you legal assistance up to date for new information. please understand us what our life been went through since the beginning of this serious situation we have been having difficulties of   life and hard time. our life were troubled seriously. someone understood us, what we have sent over the old e-mail. I'm tired of this situation. well our Attorney Charles. I want to apologize to do this. I have discovered this new information myself this morning. so I believe you two special people knew this already.

God bless you two,

From us. _Hoaby Jap_ and _Azmine Walter_

President Obama and Attorney General Holder have directed agencies to apply a presumption of openness in responding to FOIA requests. Attorney General Holder emphasized that the President has called on agencies to work in a spirit of cooperation with FOIA requesters. The Office of Information Policy at the Department of Justice oversees agency compliance with these directives and encourages all agencies to fully comply with both the letter and the spirit of the FOIA.

Date: Oct 15, 2015

Dear Our Attorney Charles,

    I talked to this lady in this e-mail on the phone 30 minutes a ago . I ask her to contact you and she said their office not contact attorney. She explain to me to respond to this e-mail and stated the record I'm requesting. I also explain to her that I have old POA of attorney that Akimine Walter authorized me to represent her before I changed the new POA what she told me to follow the statement In the attachments and she will able to process my request. I'm sending you to look at it if you allow me to do this according to her directions

    We or I make request under the (FOIA ) to receive the legitimate resolution of our petition to the U.S. Tax court the TIGTA has on file on our behalf. the record TIGTA has in the attachments. we have the legal rights to know the complain record number 55-1508-0165-c. our signatures and copy of our passport are in the attachments too. we agree to pay the processing fees in this request iif our attorney Charles Ray agrees to this request you ask us to send you asap. our attorney Charles Ray will review and send you his decision based on the authorization letter I sent him to do all the legal issues on our behalf. you can locate the record, I or we request by looking at the attachments.

    my mailing address is P.O.BOX 5016 Hagatna Guam 96932. my wife's mailing address is P.O. Box 27677 Barrigada, Guam 96921. It doesn't matter which mailing address you send our request to. the telephone number you can leave message by calling our attorney at -202-824-8123 fax-202-824-0640. or c/o 671-969-2520 cell 671-864-4907.

    I, Thasku declare under oat and perjury that all the statements in this instrument above are true and correct for the best of my knowledge.

Regards,

Thasku Joseph rep for Akimine Walter

DATE:         March 3rd, 2016

## COMPLAINANT CONSENT/RELEASE FORM

Your Name:  Akimine Walter

Address:

Complaint Number(s) (if known):

*Please read the information below, check the appropriate box, and sign this form.*

As a complainant, I understand that in the course of an investigation it may be necessary for the Department of the Treasury (Department) to reveal my identity to persons at the agency under investigation. I am also aware of the obligations of the Department to honor requests under the Freedom of Information Act. I understand that it may be necessary for the Department to disclose information, including personally identifying details, which it has gathered as a part of its investigation of my complaint. In addition, I understand that as a complainant I am protected by the Department's regulations from intimidation or retaliation for having taken action or participated in action to secure rights protected by nondiscrimination statutes enforced by the Department.

### CONSENT/RELEASE

_____ **CONSENT** - I have read and understand the above information and authorize the Department to reveal my identity to persons at the agency under investigation. I hereby authorize the Department to receive material and information about me pertinent to the investigation of my complaint. This release includes, but is not limited to, personal records and medical records. I understand that if, during the course of the investigation, the Department determines that it needs to receive, review or copy documents or records that are not in its or my possession, the Department will request that I sign a release that specifically describes the documents or records sought, and the name and mailing address of the entity that is the custodian of the documents or records described. I understand that the material and information will be used for authorized civil rights compliance and enforcement activities. I further understand that I am not required to authorize this release, and do so voluntarily.

_____ **CONSENT DENIED** - I have read and understand the above information and do not want the Department to reveal my identity to the agency or institution under investigation, or to review, receive copies of, or discuss material and information about me, pertinent to the investigation of my complaint. I understand this is likely to impede the investigation of my complaint and may result in the closure of the investigation.

_____

Signature and Date



# OFFICE OF DISCIPLINARY COUNSEL

June 13, 2016

**Wallace E. Shipp, Jr.**
*Disciplinary Counsel*

**Elizabeth A. Herman**
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Jennifer Lyman
Julia L. Porter

*Assistant Disciplinary Counsel*
Joseph N. Bowman
Gayle Marie Brown Driver
Hamilton P. Fox, III
Becky Neal
Dolores Dorsainvil Nicolas
Sean P. O'Brien
Joseph C. Perry
William Ross
H. Clay Smith, III
Traci M. Tait

*Senior Staff Attorney*
Lawrence K. Bloom
Caroll G. Donayre
Jelani Lowery

*Manager, Forensic Investigations*
Charles M. Anderson

*Senior Forensic Investigator*
Kevin E. O'Connell

**_CONFIDENTIAL_**

Thasku Joseph
P.O. Box 5016
Hagatna, GU 96932

                                     **Re:**    **Ray/Joseph**
                                                **Undocketed No. 2016-U104**

Dear Mr. Joseph:

       I am in the process of personally reviewing your complaint against Charles A. Ray, Jr., Esquire and would appreciate your clarification of certain facts. Please read the following questions and answer them by letter:

1) What is the relationship between Mr. Ray and the Internal Revenue Service ("IRS")?
2) Did either you or your wife retain Mr. Ray for the purpose of representing you in a claim against the IRS?
3) If you retained Mr. Ray to represent you in a claim against the IRS, in which aspect of the case did he agree to provide legal representation?
4) Did you sign a fee agreement with Mr. Ray?

       Once we receive your response by letter, we will contact you to schedule a phone meeting.

                                  Sincerely,

                                  Wallace E. Shipp, Jr.
                                  Disciplinary Counsel

EAH:AW



COUNSEL'S OFFICE

UNITED STATES TAX COURT

WASHINGTON, DC 20217

January 8, 2016

Mr. Thasku Joseph
P.O. Box 5016
Hagatna, GU  96932

Dear Mr. Joseph,

The U.S. Tax Court has received your recent communication. Unfortunately, we cannot be of any assistance to you as it does not appear that you or your wife, Akimine Walter, has a case currently pending before the Court. For information on filing a petition with the Court, please refer to our website at www.ustaxcourt.gov.

For your future reference, please note that the Tax Court generally does not communicate with taxpayers by email.

Very truly yours,

Susan E. Culbreath
Assistant Deputy Counsel

**DATE:** Feb 9th, 2016


**TO:**United States Tax Court,

400 Second Street,

NW, Washington, DC 20217

Telephone: 202-521-0700


**FROM:** (Thasku Joseph)The petitioner,witness truly, the original Tax Filer

P.O.Box 5016 Hagatna, Guam 96932

Home phone-C/O 671-969-2520 Cell-671-997-2439 E-mail-thaskuj@gmail.com or akimywalter@gmail.com

Petitioner's Name:

(Thasku Joseph)

V/S

*Responder The Framer IRS*

*IRS Appeal employee (Jannet K. Fletcher) and Settlement Officer (Norma Diaz) and*

(United States IRS) Federal Goverment agencies Involved with (IRS) and the TIGTA employess in Washington D.C including the Law Firms Cook and Gunliff on Guam

**SUBJECT:**   Declaration Of Akimine Walter Civil Rights had been illegally violated without (Due Process of Law) Intentionally by IRS. As well as violation of the International Human Civil Rights Laws, (discrimination ,prejudice, doctrine, and wrongful invasion of  her civil rights as well as violation of her privacy in person and confiscated our 2011 tax documented papers) because of  our nationality and frame us for IRS present and future gain intententionally and unconstitutional and(contempt of the international human civil rights law and totally injustice).

**AFFIDAVIT**

**Demand for past due   payment for all the violation of civil rights laws admittedly by the U.S. Goverment without due process of law Intentionally**


**United States**

Main article: Due Process Clause

The <u>Fifth</u> and <u>Fourteenth</u> Amendments to the <u>United States Constitution</u> each contain a <u>Due Process Clause</u>. Due process deals with the administration of justice and thus the Due Process Clause acts as a safeguard from arbitrary denial of life, liberty, or property by the Government outside the sanction of law.[17] The <u>Supreme Court of the United States</u> interprets the Clauses as providing four protections: procedural due process (in civil and criminal proceedings), <u>substantive due process</u>, a prohibition against <u>vague</u> laws, and as the vehicle for the <u>incorporation of the Bill of Rights</u>.

Your honor,

The right to petition the U.S. Government (IRS and TIGTA)for correction of public grievances derives from the English <u>Magna Charta</u> of 1215 and the English <u>Bill of Rights</u> of 1689. and the rights to petition all   the U.S. Government IRS for wrongful invasion of Akimine Walter civil rights intentionally. as well as illegally frame her for wrongful facts she committed which is untruth. I would like to address to the U.S. Tax Court in writing and witness the secret truth facts of incidents that IRS official employees planned this illegal doctrine secret facts of serious violation of the International laws against women (Akimine Walter) and discrimination against her because of her nationality intentionally without due process. I may also ask respectfully to the U.S. Tax Court for emergency legal assistance to issue a court order to the U.S Government IRS and TIGTA to pay Akimine Walter for all the past due violation of all the laws they committed intentionally. including to pay back her disability social security monthly benefit IRS deducted illegally without her consent and approval. this is also serious of violation of her privacy in paper and in person beginning from last year intentionally. Additionally, I have relevant   and proven solid documented evidence in paper to proof to the U.S Tax Court that my case was closed and my wife Akimine Walter didn't involve in my 2011 business tax return when I first file with IRS as HOH.

## Documents of a Confidential *Nature*

1.)The right not to be subjected to unsanctioned invasion of privacy by the <u>government,corporations</u> or <u>individuals</u> is part of many countries' <u>privacy laws,</u>

2.)The boundaries and content of what is considered private differ among cultures and individuals, but share common themes. When something is private to a *person*, it usually means that something is inherently special or sensitive to them. The domain of privacy partially overlaps <u>security</u>, which can include the concepts of appropriate use, as well as protection of information. Privacy may also take the form of <u>bodily integrity</u>.

### **The term 'serious violation' includes economic and social rights**

International practice suggests that the term 'a serious violation of human rights law' can be interpreted in more than one way. On one reading, the violation of any human right can amount to a serious violation. On another, the impact of arms and their misuse on enjoyment of human rights primarily affect the rights to life, to liberty, to security, and to freedom from torture.

The principal statutes are 18 U.S.C. § 241 (conspiracy to injure citizens in the exercise of federal rights); 18 U.S.C. § 242 (willful deprivations of federal rights under color of law); 18 U.S.C. § 245 (interference with federally protected activities)18 U.S.C. § 1592 (document

confiscation).18 U.S.C. § 249 (Hate Crime Acts);

My name is Thasku Joseph.I am a citizen of the Federated States of Micronesia. and I am the husband of Akimine Walter,and petitioner, the truly witness, as well as the original tax filer for my 2011 tax return I respectfully, ask you honor, to address and reconsider all these illegal method of doctrine secret facts and violation of the (International human civil rights laws,) including violation of Federal laws, and the State laws and discrimination and wrongful invasion of my wife's civil rights has been illegally violated, without reasonable doubt and without due process of law by IRS intentionally. Demand of payment for past due violation all the laws including (International Laws) (U.S. Federal Laws) and the State Laws.

## Our   Family case is Similar to These Cases Below

## Equal protection of the law

n. the right of all persons to have the same access to the law and courts and to be treated equally by the law and courts, both in procedures and in the substance of the law. It is akin to the right to due process of law, but in particular applies to equal treatment as an element of fundamental fairness. The most famous case on the subject is Brown v. Board of Education of Topeka (1954) in which Chief Justice Earl Warren, for a unanimous Supreme Court, ruled that "separate but equal" educational facilities for blacks were inherently unequal and unconstitutional since the segregated school system did not give all students equal rights under the law. It will also apply to other inequalities such as differentials in pay for the same work or unequal taxation. The principle is stated in the 14th Amendment to the Constitution: "No State shall…deny to any person within its jurisdiction the equal protection of the laws."

The Equal Protection Clause was created largely in response to the lack of equal protection provided by law in states with Black Codes. Under Black Codes, blacks could not sue, give evidence, or be witnesses. They also were punished more harshly than whites.[109] In 1880, the Supreme Court stated in Strauder v. West Virginia that the Equal Protection Clause was designed to assure to the colored race the enjoyment of all the civil rights that under the law are enjoyed by white persons, and to give to that race the protection of the general government, in that enjoyment, whenever it should be denied by the States.

The Clause mandates that individuals in similar situations be treated equally by the law.[110] Although the text of the Fourteenth Amendment applies the Equal Protection Clause only against the states, the Supreme Court, since Bolling v. Sharpe (1954), has applied the Clause against the federal government through the Due Process Clause of the Fifth Amendment under a doctrine called "reverse incorporation."[111][112]

In Yick Wo v. Hopkins (1886), the Supreme Court has clarified that the meaning of "person" and "within its jurisdiction" in the Equal Protection Clause would not be limited to discrimination against African Americans, but would extend to other races, colors, and nationalities such as (in this case) legal aliens in the United States who are Chinese citizens:[113][114]

**These provisions are universal in their application to all persons within the territorial jurisdiction, without regard to any differences of race, of color, or of nationality, and the equal protection of the laws is a pledge of the protection of equal laws.**

Persons "within its jurisdiction" are entitled to equal protection from a state. Largely because the
Privileges and Immunities Clause of Article IV has from the beginning guaranteed the privileges
and immunities of citizens in the several states, the Supreme Court has rarely construed the
phrase "within its jurisdiction" in relation to natural persons.[114] In *Plyler v. Doe*, 457 U.S.
202, 210–16 (1982) where the Court hold that aliens illegally present in a state are *within its
jurisdiction* and may thus raise equal protection claims[114] the Court explicated the meaning of
the phrase "within its jurisdiction" as follows: "[U]se of the phrase "within its jurisdiction"
confirms the understanding that the Fourteenth Amendment's protection extends to anyone,
citizen or stranger, who is subject to the laws of a State, and reaches into every corner of a State's
territory."[115] The Court reached this understanding among other things from Senator Howard,
a member of the Joint Committee of Fifteen, and the floor manager of the amendment in the
Senate. Senator Howard was explicit about the broad objectives of the Fourteenth Amendment
and the intention to make its provisions applicable to all who "may happen to be" within the
jurisdiction of a state:[115]

The last two clauses of the first section of the amendment disable a State from depriving
not merely a citizen of the United States, but *any person, whoever he may be*, of life,
liberty, or property without due process of law, or from denying to him the equal
protection of the laws of the State. This abolishes all class legislation in the States and
does away with the injustice of subjecting one caste of persons to a code not applicable to
another. ... It will, if adopted by the States, forever disable every one of them from
passing laws trenching upon those fundamental rights and privileges which pertain to
citizens of the United States, *and to all person who may happen to be within their
jurisdiction*. [emphasis added by the U.S. Supreme Court][116]

The relationship between the Fifth and Fourteenth Amendments was addressed by Justice Field
in *Wong Wing v. United States*. He observed with respect to the phrase "within its jurisdiction":
"The term 'person,' used in the Fifth Amendment, is broad enough to include any and every
human being within the jurisdiction of the republic. A resident, alien born, is entitled to the same
protection under the laws that a citizen is entitled to. He owes obedience to the laws of the
country in which he is domiciled, and, as a consequence, he is entitled to the equal protection of
those laws. ... The contention that persons within the territorial jurisdiction of this republic might
be beyond the protection of the law was heard with pain on the argument at the bar—in face of
the great constitutional amendment which declares that no State shall deny to any person within
its jurisdiction the equal protection of the laws."[117]

Whether foreign corporations are also *within the jurisdiction* of a state was also decided by the
Supreme Court. The Supreme Court held that a foreign corporation which sued in a state court in
which it was not licensed to do business to recover possession of property wrongfully taken from
it in another state was *within the jurisdiction* and could not be subjected to unequal burdens in
the maintenance of the suit.[114] When a state has admitted a foreign corporation to do business
within its borders, that corporation is entitled to equal protection of the laws but not necessarily
to identical treatment with domestic corporations.[114]

In *Santa Clara County v. Southern Pacific Railroad* (1886), the court reporter included a
statement by Chief Justice Morrison Waite in the decision's headnote:

The court does not wish to hear argument on the question whether the provision in the

Fourteenth Amendment to the Constitution, which forbids a State to deny to any person within its jurisdiction the equal protection of the laws, applies to these corporations. We are all of the opinion that it does.[118]

This dictum, which established that corporations enjoyed personhood under the Equal Protection Clause, was repeatedly reaffirmed by later courts.[118] It remained the predominant view throughout the twentieth century, though it was challenged in dissents by justices such as Hugo Black and William O. Douglas.[119]

In the decades following the adoption of the Fourteenth Amendment, the Supreme Court overturned laws barring blacks from juries (*Strauder v. West Virginia*, 1880)[120] or discriminating against Chinese Americans in the regulation of laundry businesses (*Yick Wo v. Hopkins*, 1886),[121] as violations of the Equal Protection Clause. However, in *Plessy v. Ferguson* (1896),[122] the Supreme Court held that the states could impose segregation so long as they provided similar facilities—the formation of the "separate but equal" doctrine.[123]

The Court went even further in restricting the Equal Protection Clause in *Berea College v. Kentucky* (1908),[124] holding that the states could force private actors to discriminate by prohibiting colleges from having both black and white students. By the early 20th century, the Equal Protection Clause had been eclipsed to the point that Justice Oliver Wendell Holmes, Jr. dismissed it as "the usual last resort of constitutional arguments."[125]

Courts have drawn the distinction between criminal proceedings on the one hand, and civil or administrative proceedings on the other, based on the different purposes served by each. Criminal proceedings are punitive in nature and serve two primary purposes: deterrence and retribution. Civil proceedings are more remedial; their fundamental purpose is to compensate injured persons for any losses incurred. Because civil and criminal remedies fulfill different objectives, a government may provide both for the same offense.

The Due Process Clause prohibits state and local government officials from depriving persons of life, liberty, or property without legislative authorization. This clause has also been used by the federal judiciary to make most of the Bill of Rights applicable to the states, as well as to recognize substantive and procedural requirements that state laws must satisfy.

The Equal Protection Clause requires each state to provide equal protection under the law to all people within its jurisdiction. This clause was the basis for *Brown v. Board of Education* (1954), the Supreme Court decision that precipitated the dismantling of racial segregation, and for many other decisions rejecting irrational or unnecessary discrimination against people belonging to various groups.

The second, third, and fourth sections of the amendment are seldom litigated. However, the second section's reference to "rebellion and other crimes" has been invoked as a constitutional ground for felony disenfranchisement. The fifth section gives Congress the power to enforce the amendment's provisions by "appropriate legislation". However, under *City of Boerne v. Flores* (1997), Congress's enforcement power may not be used to contradict a Supreme Court interpretation of the amendment.

### State actor doctrine

Main article: State actor

Individual liberties guaranteed by the United States Constitution protect, with exception of the Thirteenth Amendment's ban on slavery, not against actions by private persons or entities, but only against actions by government officials.[156] Regarding the Fourteenth Amendment, the Supreme Court ruled in *Shelley v. Kraemer*, 334 U.S. 1 (1948): "[T]he action inhibited by the first section of the Fourteenth Amendment is only such action as may fairly be said to be that of the States. That Amendment erects no shield against merely private conduct, however discriminatory or wrongful." The court added in *Civil Rights Cases*, 109 U.S. 3 (1883): "It is State action of a particular character that is prohibited. Individual invasion of individual rights is not the subject matter of the amendment. It has a deeper and broader scope. It nullifies and makes void all State legislation, and State action of every kind, which impairs the privileges and immunities of citizens of the United States, or which injures them in life, liberty, or property without due process of law, or which denies to any of them the equal protection of the laws."

Vindication of federal constitutional rights are limited to those situations where there is "state action" meaning action of government officials who are exercising their governmental power.[156] In *Ex parte Virginia*, 100 U.S. 339 (1880), the Supreme Court found that the prohibitions of the Fourteenth Amendment "have reference to actions of the political body denominated by a State, by whatever instruments or in whatever modes that action may be taken. A State acts by its legislative, its executive, or its judicial authorities. It can act in no other way. The constitutional provision, therefore, must mean that no agency of the State, or of the officers or agents by whom its powers are exerted, shall deny to any person within its jurisdiction the equal protection of the laws. Whoever, by virtue of public position under a State government, deprives another of property, life, or liberty, without due process of law, or denies or takes away the equal protection of the laws, violates the constitutional inhibition; and as he acts in the name and for the State, and is clothed with the State's power, his act is that of the State."[157]

There are however instances where people are the victims of civil-rights violations that occur in circumstances involving both government officials and private actors.[156] In the 1960s, the United States Supreme Court adopted an expansive view of state action opening the door to wide-ranging civil-rights litigation against private actors when they act as state actors[156] (i.e., acts done or otherwise "sanctioned in some way" by the state). The Court found that the state action doctrine is equally applicable to denials of privileges or immunities, due process, and equal protection of the laws.[114]

The critical factor in determining the existence of state action is not governmental involvement with private persons or private corporations, but "the inquiry must be whether there is a sufficiently close nexus between the State and the challenged action of the regulated entity so that the action of the latter may be fairly treated as that of the State itself."[157] "Only by sifting facts and weighing circumstances can the nonobvious involvement of the State in private conduct be attributed its true significance."[158]

The Supreme Court asserted that plaintiffs must establish not only that a private party "acted under color of the challenged statute, but also that its actions are properly attributable to the State. [...]" [159] "And the actions are to be attributable to the State apparently only if the State

compelled the actions and not if the State merely established the process through statute or regulation under which the private party acted."[114]

The rules developed by the Supreme Court for business regulation are that (1) the "mere fact that a business is subject to state regulation does not by itself convert its action into that of the State for purposes of the Fourteenth Amendment,"[a] and (2) "a State normally can be held responsible for a private decision only when it has exercised coercive power or has provided such significant encouragement, either overt or covert, that the choice must be deemed to be that of the State."[b]

These provisions are universal in their application to all persons within the territorial jurisdiction, without regard to any differences of race, of color, or of nationality, and the equal protection of the laws is a pledge of the protection of equal laws.

## The Foundation of International Human Rights Law

Humberto Calamari of Panama, Vice-Chairman of the UN General Assembly's Third (Social, Humanitarian and Cultural) Committee, presiding, in 1958, over a meeting on the draft International Covenant on Civil and Political Rights - which built on the achievement of the Universal Declaration of Human Rights, using it as its foundation.

The Universal Declaration of Human Rights is generally agreed to be the foundation of international human rights law. Adopted in 1948, the UDHR has inspired a rich body of legally binding international human rights treaties. It continues to be an inspiration to us all whether in addressing injustices, in times of conflicts, in societies suffering repression, and in our efforts towards achieving universal enjoyment of human rights.

It represents the universal recognition that basic rights and fundamental freedoms are inherent to all human beings, inalienable and equally applicable to everyone, and that every one of us is born free and equal in dignity and rights. Whatever our nationality, place of residence, gender, national or ethnic origin, colour, religion, language, or any other status, the international community on December 10 1948 made a commitment to upholding dignity and justice for all of us

## Foundation for Our Common Future

Over the years, the commitment has been translated into law, whether in the forms of treaties, customary international law, general principles, regional agreements and domestic law, through which human rights are expressed and guaranteed. Indeed, the UDHR has inspired more than 80 international human rights treaties and declarations, a great number of regional human rights conventions, domestic human rights bills, and constitutional provisions, which together constitute a comprehensive legally binding system for the promotion and protection of human rights.

Building on the achievements of the UDHR, the International Covenant on Civil and Political Rights, and the International Covenant on Economic, Social and Cultural Rights entered into force in 1976. The two Covenants have developed most of the rights already enshrined in the UDHR, making them effectively binding on States that have ratified them. They set forth everyday rights such as the right to life, equality before the law, freedom of expression, the rights to work, social security and education. Together with the UDHR, the Covenants comprise the International Bill of Human Rights.

Over time, international human rights treaties have become more focused and specialized regarding both the issue addressed and the social groups identified as requiring protection. The body of international human rights law continues to grow, evolve, and further elaborate the fundamental rights and freedoms contained in the International Bill of Human Rights, addressing concerns such as racial discrimination, torture, enforced disappearances, disabilities, and the rights of women, children, migrants, minorities, and indigenous peoples.

## Universal Values

The core principles of human rights first set out in the UDHR, such as universality, interdependence and indivisibility, equality and non-discrimination, and that human rights simultaneously entail both rights and obligations from duty bearers and rights owners, have been reiterated in numerous international human rights conventions, declarations, and resolutions. Today, all United Nations member States have ratified at least one of the nine core international human rights treaties, and 80 percent have ratified four or more, giving concrete expression to the universality of the UDHR and international human rights.

## PREAMBLE

Whereas recognition of the inherent dignity and of the equal and inalienable rights of all members of the human family is the foundation of freedom, justice and peace in the world,

Whereas disregard and contempt for human rights have resulted in barbarous acts which have outraged the conscience of mankind, and the advent of a world in which human beings shall enjoy freedom of speech and belief and freedom from fear and want has been proclaimed as the highest aspiration of the common people,

Whereas it is essential, if man is not to be compelled to have recourse, as a last resort, to rebellion against tyranny and oppression, that human rights should be protected by the rule of law,

Whereas it is essential to promote the development of friendly relations between nations,

Whereas the peoples of the United Nations have in the Charter reaffirmed their faith in fundamental human rights, in the dignity and worth of the human person and in the equal rights of men and women and have determined to promote social progress and better standards of life in larger freedom,

Whereas Member States have pledged themselves to achieve, in co-operation with the United Nations, the promotion of universal respect for and observance of human rights and fundamental freedoms,

Whereas a common understanding of these rights and freedoms is of the greatest importance for the full realization of this pledge,

Now, Therefore THE GENERAL ASSEMBLY proclaims THIS UNIVERSAL DECLARATION OF HUMAN RIGHTS as a common standard of achievement for all peoples and all nations, to the end that every individual and every organ of society, keeping this Declaration constantly in mind, shall strive by teaching and education to promote respect for these rights and freedoms and by progressive measures, national and international, to secure their universal and effective recognition and observance, both among the peoples of Member States themselves and among the peoples of territories under their jurisdiction.

### Article 3.

- Everyone has the right to life, liberty and security of person.

### Article 7.

- All are equal before the law and are entitled without any discrimination to equal protection of the law. All are entitled to equal protection against any discrimination in violation of this Declaration and against any incitement to such discrimination.

### Article 12.

- No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honour and reputation. Everyone has the right to the protection of the law against such interference or attacks.

### Article 16.

- (1) Men and women of full age, without any limitation due to race, nationality or religion, have the right to marry and to found a family. They are entitled to equal rights as to marriage, during marriage and at its dissolution.

- (2) Marriage shall be entered into only with the free and full consent of the intending spouses.

- (3) The family is the natural and fundamental group unit of society and is entitled to protection by society and the State.

- Article 17.

- (2) No one shall be arbitrarily deprived of his property

Article 21.

**(1) Everyone has the right to take part in the government of his country, directly or through freely chosen representatives.**

I, Thasku Joseph, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Additionally, I am the petitioner, witness and the original tax filer for my 2011 business tax return. I, stated and affirm under oath and perjury that all of my relevant and solid proof of similar instruments evidence were submitted by e-mail and fax to special agent Kelli Adams from TIGTA office in Washington D.C., Amy Jones from U.S. Treasury Inspector General, also from Washington D.C., Darleen Futon also works in U.S Government TIGTA in Washington D.C, and my Attorney Charles Ray his office also located in the Washington D.C. region as well.

*Signature of Petitioner*

*DATE: Feb 9th, 2016*

Complaint Number: 55-1508-0141-C

Thank you for the information you provided to the Treasury Inspector General for Tax Administration (TIGTA). This office will review your complaint and evaluate it for appropriate action. TIGTA's responsibilities include the investigation of criminal impropriety within Federal tax administration and serious misconduct by Internal Revenue Service (IRS) employees. In addition, TIGTA works closely with the IRS to oversee the appropriate adjudication of complaints that are under the purview of IRS management, and to provide information about other concerns involving tax administration to the IRS for appropriate determination.

Please note that TIGTA is bound by Federal confidentiality statutes that limit the dissemination of information regarding TIGTA's law enforcement activities, including actions taken as a result of complaints filed with TIGTA. TO ENSURE COMPLIANCE WITH APPLICABLE DISCLOSURE LAWS AND REGULATIONS, THIS OFFICE CANNOT RESPOND TO TELEPHONIC REQUESTS FOR STATUS OR OTHER INFORMATION ABOUT YOUR COMPLAINT.

If you wish to have a copy of the information you submitted, you must file a written request pursuant to the Freedom of Information Act (FOIA). Please refer to the FOIA instructions found on TIGTA's website at http://www.ustreas.gov/tigta/important_foia_mafr.shtml. FOIA requests must be signed and submitted by fax at (202) 622-3339, e-mail to FOIA.Reading.Room@tigta.treas.gov, or mail to the Treasury Inspector General for Tax Administration, Office of Chief Counsel - Disclosure Branch, 1401 H Street, N.W., Room 469, Washington, DC 20005.

-----Original Message-----
From: akimywalter@gmail.com [mailto:akimywalter@gmail.com]
Sent: Tuesday, August 25, 2015 5:47 PM
Subject: TIGTA Complaint Form

---
Name(s): Norma Diaz, Jannet Fletcher, Cook

Grade(s): IRS appeal employee and Law firm

Position(s): Appeal Settlement officer

Function(s): Final Settlement

City/State(s): Miami Florida

Complaint: Please help us recover our money or pay us our money based on the discovery, finding, and violation admittedly by IRS intentionally. Our case was closed and approved. you can verify all these information by calling our Advocate Lawyer Jennefer Carson in Odgen Utha. 866-809-2329. These three legal law firms invaded our privacy, using our tax form for their

unequally lessthan human being to charge her twice for the same offense that has been solved completely. It is Violation of the Law.(Double Jeopardy) I also affirm under oath and perjury that Akimine Walter is totally innocent.she didn't do any wrongfull act. I am Thasku Joseph, the truly original tax filer for my 1040 2011 that how she get involved in my dispute with IRS.I didn't know how to file tax and I amended and sent paper to Kansas City MO.I also believe somone doctrine illegal method for IRS future gain here on Guam and within the IRS office to ilegally frame her for wrongful incidents she committed . Last year 2014, I have noticed someone stole her extra house key, stole my personal!

ID card, and social secury card with my wallet.In the Beginning of May this year, I remebered it was on Friday morning. I called the Law offices of Gunliffe and Cook to make an appointment and their phone number (671) 472-1824, their telefax (671)472-2422, and their e-mail-cclaw@teleguam.net.when I called their office Attorney Cook answered the phone, I explain my situation that IRS charged my wife twice for the same offense. he told me to bring my documents to their office that same day. when I reached their office,the secretary made copies for all my confidential documents. I also explain to him that my case was urgent based on what Jannet K. Fletcher told me over the phone. On that same day I brought all my confidential documents, the taxbrain.com original tax return I filed. also including the letter from the Seattle office as well as the letter I type Attention Jannet K.Fletcher in it, that I declared Akimine Walter Rights had been ilegally violated and the discover!

ed new facts and finding, and these 11 violations addmittedly by IRS. when I was at their office I asked the secretary to print out the form 2848, the POA. In the power of Attorney I stated and authorized the attoney to inspect my confidential documents but didn't write his name I leave it blank, including the form 12275 or file a lawsuit or go to trail.when I signed the 2848 POA, the Attoney cook was standing next to me, but I didn't see him sign the form. he asked me, if I talked to the other Attoney Gunliff, I told me why?" I am the one I talked to him over the phone". he told me, he will contact me.

The next following week, I called their office,the secretary answered the phone, told me I missed my appointment. I told her, what appointment? Attorney Cook told me, he will contact me.then she said hold on,then I and the other Attorney Gunliff talked over the phone, I could tell his voice that was not Attoney Cook. he was screaming to me over the phone asking me where is the agreement between I and IRS and ask me, are you going to pay IRS money? he told me,my wife have to pay IRS for penalty. and told me, and said, (taxbrain),sorry our office can not represent you.I was freaked out, we didn't even talked that much and he hung up the phone. In that same week,my prayer answered, I found my Advocate beautyful Congresional Rep, name Jennefer Carson with her phone number, I called her and asked her that I need her help. she said, ok and gave me her fax number and mailing address. I told her, I have to fax few of the papers and the rest I have to mail them. what our Congresiona!

l Rep, doesn't have our married certificate and the copy of the original tax file Taxbrain.com send me.During that same week,I called Jannet K. Fletcher, about the form 12257 who is the innocent spouse, she told me my wife. she told me she send to her connection Norma Dias our conversation over the phone also our confidential documents. and she gave me Norma's phone 305-982-5252 to call her about a week. Two times at night, I tried to contact Norma's phone it was connected to Gunliff and Cook phone number here on Guam 671) 472-1824.Attorney Gunliffe is a Appeal Attorney too. I was curios why their phone are connected to each other. Then about three weeks later I called Attorney Gunliff and Cook office to pick up my confidential documents they copied. When I went to their office the secretary told me Attorney

5. Treat the disability individual unequally to charge her twice for the same offense. and not respect her dignity and freedom intentionally

6.Deducted her monthly disabled benefit ilegally without her knowledge and approval.invation of her privacy (violation of her privacy in paper) intentionally

7.Violation of the Disability Rights intentionally

8. Prejudice and discrimination because of her nationality

9.Frame her for wrongfull incidents she committed intentionally

10. Used the name IRS to scare her and forced of ilegal power in black and white documented paper of harrassment caused damaged tort her mind

11.Damaged her future reputation intentionally


May 15th 2015

Declared of my Constitutional Rights had been ilegally violated by

Jannet K Fletcher (Employee Number) 0276951 (Tel)-206-946-3574 Fax-206-220-5925

1.Violation of our Rights as tax payers Jannet K Fletcher inspected our confidential documents without the legal Form 8821 as well as investigated me over the phone and it is prohibited within the indepedent appeal office by IRS.

2.Invation of our privacy in paper and tort my brain, as well as my privacy in person. after she trick me over the phone during the examination on this case.when I first ask her do I need lawyer? she said no. additionally, I asked her after she inspected our confidential documents why she told me I don't need lawyer and she changed her answered to yes, I can have lawyer.

3. She treated me unequally not to send the payment form that I send her, I mention in the POA. I cut and supposed to send to Philadelphia Pensivalia to follow their instruction to stop deducted Akimine Walter Social Security benefit.instead she send to Norma Dias in Jacksonville Florida. she didn't respect my rights as human being what I am entitled to.

4.She doctrine some illegal documents information I told her over the phone, for IRS future gain during the examination of this case after she trick me, I don't need lawyer, when she inspected our confidential personal documents. according to what she told me, she send to Norma Dias in Jacksonville, Florida the other appeal office including our conversation over the phone.

5. Discrimination and prejudice against us because our nationality.

6.Harressment and ilegal investigation over the phone she is prohibited from doing it as independent appeal officer

Thank you very much,

Respectfully,

Thasku Joseph ,Tax payer,Represenative, and witness. my signatures Thasku Joseph


Department of The Treasury IRS

Appeals office 915 second avenue

room 2790, ms w680

seattle, wa 98174 Attention:Janet K Fletcher E-N0276951 tel 206-946-357

Akimine Walter

P.O. Box 27677 Barrigada, Gu 96921phone-671-734-1730

Human Rights Violation

REQUEST FOR APPEAL AND RECONSIDERATION

The principles of International Laws which were conceived in order to promote democracy, rule of law, respect for human rights and human diginity all over the world.Thus, self-determinatin

11.Damaged her future reputation intentionally
Sincerely Yours Akimine Walter Represenative signatures Thasku Joseph

The Equal Protection Clause was created largely in response to the lack of equal protection provided by law in states with Black Codes. Under Black Codes, blacks could not sue, give evidence, or be witnesses. They also were punished more harshly than whites.[109] In 1880, the Supreme Court stated in Strauder v. West Virginia that the Equal Protection Clause was designed to assure to the colored race the enjoyment of all the civil rights that under the law are enjoyed by white persons, and to give to that race the protection of the general government, in that enjoyment, whenever it should be denied by the States.

The Clause mandates that individuals in similar situations be treated equally by the law.[110] Although the text of the Fourteenth Amendment applies the Equal Protection Clause only against the states, the Supreme Court, since Bolling v. Sharpe (1954), has applied the Clause against the federal government through the Due Process Clause of the Fifth Amendment under a doctrine called "reverse incorporation."[111][112]

In Yick Wo v. Hopkins (1886), the Supreme Court has clarified that the meaning of "person" and "within its jurisdiction" in the Equal Protection Clause would not be limited to discrimination against African Americans, but would extend to other races, colors, and nationalities such as (in this case) legal aliens in the United States who are Chinese citizens:[113][114]

These provisions are universal in their application to all persons within the territorial jurisdiction, without regard to any differences of race, of color, or of nationality, and the equal protection of the laws is a pledge of the protection of equal laws.

Persons "within its jurisdiction" are entitled to equal protection from a state. Largely because the Privileges and Immunities Clause of Article IV has from the beginning guaranteed the privileges and immunities of citizens in the several states, the Supreme Court has rarely construed the phrase "within its jurisdiction" in relation to natural persons.[114] In Plyler v. Doe, 457 U.S. 202, 210-16 (1982) where the Court hold that aliens illegally present in a state are within its jurisdiction and may thus raise equal protection claims[114] the Court explicated the meaning of the phrase "within its jurisdiction" as follows: "[U]se of the phrase "within its jurisdiction" confirms the understanding that the Fourteenth Amendment's protection extends to anyone, citizen or stranger, who is subject to the laws of a State, and reaches into every corner of a State's territory."[115] The Court reached this understanding among other things from Senator Howard, a member of the Joint Commi!

ttee of Fifteen, and the floor manager of the amendment in the Senate. Senator Howard was explicit about the broad objectives of the Fourteenth Amendment and the intention to make its provisions applicable to all who "may happen to be" within the jurisdiction of a state:[115]

The last two clauses of the first section of the amendment disable a State from depriving not merely a citizen of the United States, but any person, whoever he may be, of life, liberty, or property without due process of law, or from denying to him the equal protection of the laws of the State. This abolishes all class legislation in the States and does away with the injustice of subjecting one caste of persons to a code not applicable to another. ... It will, if adopted by the States, forever disable every one of them from passing laws trenching upon those fundamental rights and privileges which pertain to citizens of the United States, and to all person who may

(John 14: verses 14:) Jesus Comforts his Diciples: Do not let your hearts be troubled. (Trust in God, trust also in me. In my father's house are many rooms.

Thank you, God blesss you Jennefer.

T/J for Akimine walter

original message

We detected a suspicious login to your Yahoo! account (Jun 30, 2015, 12:09 PM) from CA, US (67.98.163.2).

Note: This location is based on information from your ISP or wireless provider.

Was this you? If so, you can disregard this alert message.

If this wasn't you, please follow the links below to protect your Yahoo! account information from future account hijacking

Your most recent activity includes any times that you signed into Yahoo! by entering your Yahoo! ID and password (not limited to Mail).

Learn More

Date/Time (Pacific/Guam) Access Type Event Location

Today 3:09 AM Browser Logged In Guam

2:41 AM Browser Mail Access Guam

2:23 AM Browser Logged In Guam

2:16 AM Browser Logged In Guam

2:11 AM Browser Logged In Guam

1:51 AM Browser Mail Access Guam

1:51 AM Browser Logged In Guam

Jun 30, 2015 12:09 PM Browser Mail Access CA, US

Jun 30, 2015 12:09 PM Browser Logged In CA, US

Jun 26, 2015 1:26 PM Browser Mail Access Guam


On Friday, June 19, 2015 7:21 AM, Lawyer.com Referral <referrals@corp.lawyer.com> wrote:


Your Case is Generating Interest - Speak with a Lawyer Now!

Greetings,

Lawyer Margarita Muina is interested in your case and waiting for your call. Call her now to avoid missing her.

Call For Help now! Details Below:

Margarita Muina305-358-9010

If you have trouble contacting the lawyer yourself, or would like to reach out to other lawyers, please call me toll-free at 800-920-0530 or reply to this email and I will be happy to assist you. To qualify for discounts on legal services, you may also be interested in our Lawyer Protection Plan.

Regards,

Lawyer.com Support

Toll Free: 800-620-0900

Hi akimine,

within few days and never.after she illegally violation of my constitutional Rights and Invation of our privacy in paper and in person tore my brain over the phone. and told me, IRS sent to the wrong Appeal office in Seattle Washington and doctrine Illegal investigation over the phone for IRS present and future gain.

2. Attorney Cook saw me when I signed the 2848 POA.we already talked, he will contact me. then Attorne Gunliffe told me on the phone, their office can not represent me. All my confidential documents were in their office. everything they have, and they are very tricky of doctrine illegal method of invation of our privacy in paper and in my brain in person.In reality, its up to them if they want us to live or not. our lifes are in their hands absoultly.

3. And the Two Legal firm offices above are connected to the Settlement Appeal office Norma Diaz. All these three legal firm offices are connected to each other. they have fax mechines telephones, and other communication devices.and they have money to travel to do their illegal doctrine method. but us, we don't.have lawyers to assist us. especially, we don't have money to afford our Attorney. we are poor people with disability. Compare to them, very big differences. They are professional, expert to block,covered up, hacked confidential personal, documents and no one can access the information of knowledgeable and experienced, they personally have. Their knowledge are so powerful and their money are powerfull too. They work with the IRS Federal Goverment, they know everything about Federal Legal laws system and the State Laws. they have computers.It is all up to them,if they want to doctrine illegal innocent people with disabilities to illegaly use of forced to sized my wif! e's social security. without (Due Process of Law.)

4. I am the original Tax filer my name was clear. why they didn't remove my wife's name long ago?since this case already signed and approved to closed. and now IRS charges her for the same offense. (Douple Jeopardy) and now IRS tried illegal method to doctrine ilegal documented paper to frame us together. the whole situation legal dispute when the original tax filer case has closed. the wife's case closed cmpletely.this is part of violation agaist disability (ADA) and violation of double charges for the same offense twice. and violation of charge innocent people with discrimination and prejudice.The form was 1040 2011 December only Levy Penalty.

Respectfully,

Thasku Joseph

Your Honor,

Petitioner Statements

I ) I, Thasku Joseph, affirm under oath and perjury that IRS treated us unequally less than human being as well as the legal law firm here on Guam. I believe the Law office of Gunliffe and Cook and the other Immigration Attorney are doctrine ilegal method to frame us because of our nationality and hidding secret information about our case. I also respectfully ask the U.S. Tax Court to grant our request to orders the Maiami Settlement Appeal officer Norma Diaz to release the legitimate final determination Rosolution in documented paper in black and white of our case. so I, or we are entitle and have legal Rights to understand and know the final resolution of our case.

II) I also believe this Law firm here on Guam and the Settlement Appeal office are settled our case to do ilegal method of settlement without our knowledge. I also believe the Immigration Attorney in this Law office joints Attorney Gunliffe and Cook to doctrine ilegal method to frame us so the U.S. Immigration can have reason to deported us because of the $15 million dollars I claim for damaged caused by IRS and the (11) discovered facts of truly violation of laws admittedly by IRS intentionally.

Hagatna, Gu 96910
Tel671-472-1824
Fax-671-472-2422
E-mail-cclaw@teleguam.net

Contact Name: Thasku Joseph & Akimine Walter

Contact Home Phone: 671-969-2520

Contact Email: akimywalter@gmail.com

**Internal Revenue Service**
IRS - Appeals Office
400 West Bay Street, Suite 252
STOP A
Jacksonville, FL 32202

**Department of the Treasury**

**Person to Contact:**
Joe M. Breazeale
Employee ID Number: 0228394
Tel:  904.665.0975
Fax:  904.665.1835
**Refer Reply to:**
AP:FE:JAX:JMB

Date: MAY 0 5 2014

**In Re:**
Collection Due Process - Levy
**Tax Period(s) Ended:**
12/2011

THASKU JOSEPH
PO BOX 5016
HAGATNA GU  96932

Dear Mr. Joseph:

Your case has been closed on the basis agreed upon and I have approved the abatement of the civil penalties assessed against you for 2011. I have also approved the Form 12257 waiver that you submitted pertaining to your Collection Due Process request for the tax period identified above. The enclosed copy of the Form 12257 is for your records.

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely,

Franklin D Clark III
Appeals Team Manager

Enclosures:
Waiver



ATTENTION: Kelli Adams

Complain Number - 55-1508B141-C

or

55-1508-0165-C

NOTE: Please contact our Attorney Kelli Adams for more details on our side regarding any legal issues, or matters.

**U.S. Department of Justice**

Civil Rights Division

*Disability Rights Section - NYA*
*950 Pennsylvania Ave, NW*
*Washington, DC 20530*

DEC 2 3 2015

## Notice of Referral of Complaint

Reference:

> **CTS# 530708; Joseph Thasku and Akimine Walter, Hagatna, GU regarding IRS Appeals Office, Seattle, WA; received by DOJ on August 21, 2015**

The Disability Rights Section has received your complaint alleging disability discrimination. After careful review, we have determined that your complaint raises issues that are more appropriately addressed by the Department of the Treasury. We, therefore, have referred your complaint to that agency for appropriate action. The Disability Rights Section will take no further action on the matter that has been referred. To check the status of your complaint, or to submit additional information, please contact the following:

> Ms. Mariam G. Harvey
> Associate CHCO
> U.S. Department of the Treasury
> Office of Civil Rights and Diversity
> 1500 Pennsylvania Avenue, N.W.
> ATTN: 1801 L Street, N.W.
> Suite 600
> Washington, D.C. 20220
> (202) 622-0316 (Voice)
> (202) 622-7104 (TTY)

DJ# 202-82-0

honesty of doing their work professionally or they hid secret facts of violations of law they committed within their own office from the general public. please also release the information I also make request by the (FOIA) we, and the general public want to know the truth. my wife's Bank of Guam account number is 0216142706 routing number 121405115 .

I, Thasku Joseph, affirm and swear that all the statements above are true and correct.



Notary Signature



**SAGE S. ROBERTO**
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: **May 06,2017**
551 Rt.10 Ste 101 Mangilao, Guam 96913

# Xerox WorkCentre 5330
## Transmission Report

| G3-ID | 6714727000 |
| Local Name | FAST COPY |
| Company Logo | SYSTEM MANAGEMENT |

Date & Time : 06/06/2016  12:49 PM
Page : 1(Last Page)

The job has been sent.
Original Size: 8.5 x 11"

| # | Job | Remote Station | Start Date & Time | Duration | Pages | Protocol | Contents | Status |
|---|-----|----------------|-------------------|----------|-------|----------|----------|--------|
| 1 | 4675 | 2022080858 | 6- 6; 12:36 PM | 13:06 | 8/ | G3 | | Completed |

# UNITED STATES COURT OF APPEALS

## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CHECKLIST FOR EMERGENCY MOTIONS

Type of motion: Court order          When will it be filed? Date: 06/6/16        Time: Mail,fax,etc

Disposition needed by:  Date: 6/15/16     Time:     asap      Why? no attorney repesents  us

Will the motion be served by hand? ◌ Yes ● No   If not, why not? Live Guam

Date of Lower Court/Agcy Decision:  No dq    When will copies be provided to the court?   ODC has

Status of Lower Court/Agency proceedings: OFFICE OF DISCIPLINARY COUNSEL, DC Court of appeal

Any hearings scheduled? ◌ Yes ● No     When?    not yet

Status of motion for stay/injunction pending appeal filed with lower court or agency? I depend on them

Is there a case pending in USCA now? ◌ Yes ● No Case No. and Caption:  2016-U104

When will disclosure statements be filed?

If a Notice of Appeal or Petition for Review has not been filed, when will one be?

Brief description of the case:  (What is happening & when?):
 Innocent and Mental illness Akimine Walte. order to deposit her money in her  Bank Account on file with
 the  O,DC..Section 142 Magistrates  Court Act 1980,(Section 37 of Mental Health Act)),Document
Name of counsel: Confistiction Violation of USC 1052) thiscase is unconstution prejudice, injuadice i

Office #:( 202 )  638-1501        Home #:(    )      -        Fax #:( 202 )  638-0863

Name of opposing counsel: Office of Attorney  Charles A, Ray, TIGTA,IRS, ADVOCATE, ag & ETC

Office #:( 202 )  824-8123        Home #:(    )      -        Fax #:( 202 )  824-0640

Comments:
Emergency court order to file. I Thasku Joseph respectfully  motion to order to release her money and
order pay damages.  Akimine Walter   is  TOTALLY  innocent
spouse.) to appoint us attorney, or the court to do the legal Bank Transaction and send us the original

**FOR CLERK'S OFFICE USE ONLY** Deputy Clerk:                          Date:

Who is notified in LD?                            Time:

## ROUTING

Staff Attorney Assigned:                      Other:

Clerk ____   Ch. Deputy Clerk ____   LD Office ____   Team Leader ____   Supv/Op Unit ____   Intake ____

Freedom of Information Act (FOIA) fax-2062205974

I am currently out of the office. Please call (206) 220-5970 for assistance. Thank you

55-1508-0165-C

Must be a written request

1. State you are making a FOIA request.

2. Reasonably describe the records you are requesting.

3. Establish your identity and right to receive the requested information by:

    1. Furnishing a photocopy of an official document bearing your signature (Driver's License, Passport, ID Badge)

    2. Notarized statement swearing to or affirming your identity

4. Agree to pay search and copy fees (no charge for the first 100 pages, $0.15 per page thereafter). Certified copies are $1.00 per additional page.

5. Mail or deliver the request to:

Inspector General for Tax Administration IG:CC:D

Office of Chief Counsel

Attention: Disclosure Officer

1125 15th Street NW

Room 700A

Washington, DC 20005

SEPT 29, 2015 NEXT TUESDAY. KELLY ADAMS

revealed in the course of the investigation, and that the Department of the Treasury may receive personal information concerning you. If you do not agree to release your identity, this decision may limit or prevent any investigation or action and will result in the closure of your complaint. Please complete one of the forms and return it to this office **within 30 days** of receipt of this letter. You may retain the other copies for your records. Once we receive your response and the consent form, we can continue processing your complaint.

Mail your completed response and consent form to the Director, Office of Civil Rights and Diversity, 1500 Pennsylvania Ave., N.W., Washington, DC 20220. You can also fax it to us at (202) 622-0367.

Under the Freedom of Information Act, it may be necessary to release this document and related correspondence and records upon request. In the event that we receive such a request, we will seek to protect, to the extent provided by law, personal information that, if released, could constitute an unwarranted invasion of privacy.

You should be aware that no one may intimidate, threaten, coerce, or engage in other discriminatory conduct against anyone because he or she has either taken action or participated in an action to secure rights protected by the nondiscrimination statutes and regulations we enforce. Any individual alleging such harassment or intimidation may file a complaint if the situation warrants.

If you have any questions concerning this letter, please feel free to contact Ms. Marcia Small at (202) 622-8177 (voice), by e-mail at marcia.small@treasury.gov or by fax at (202) 622-0367.

Thank you for your cooperation.

Sincerely,

Lydia E. Aponte Morales
Civil Rights Program Manager
Office of Civil Rights and Diversity
U.S. Department of the Treasury


Enclosures:  Consent Forms

## COMPLAINANT CONSENT/RELEASE FORM

Your Name:  Akimine Walter

Address:

Complaint Number(s) (if known):

*Please read the information below, check the appropriate box, and sign this form.*

As a complainant, I understand that in the course of an investigation it may be necessary for the Department of the Treasury (Department) to reveal my identity to persons at the agency under investigation.  I am also aware of the obligations of the Department to honor requests under the Freedom of Information Act.  I understand that it may be necessary for the Department to disclose information, including personally identifying details, which it has gathered as a part of its investigation of my complaint.  In addition, I understand that as a complainant I am protected by the Department's regulations from intimidation or retaliation for having taken action or participated in action to secure rights protected by nondiscrimination statutes enforced by the Department.

### CONSENT/RELEASE

_____ **CONSENT** - I have read and understand the above information and authorize the Department to reveal my identity to persons at the agency under investigation.  I hereby authorize the Department to receive material and information about me pertinent to the investigation of my complaint.  This release includes, but is not limited to, personal records and medical records.  I understand that if, during the course of the investigation, the Department determines that it needs to receive, review or copy documents or records that are not in its or my possession, the Department will request that I sign a release that specifically describes the documents or records sought, and the name and mailing address of the entity that is the custodian of the documents or records described.  I understand that the material and information will be used for authorized civil rights compliance and enforcement activities.  I further understand that I am not required to authorize this release, and do so voluntarily.

_____ **CONSENT DENIED** - I have read and understand the above information and do not want the Department to reveal my identity to the agency or institution under investigation, or to review, receive copies of, or discuss material and information about me, pertinent to the investigation of my complaint.  I understand this is likely to impede the investigation of my complaint and may result in the closure of the investigation.

_____

Signature and Date

**DATE**:      Oct 5th, 2015

**TO**:      Our Attorney Charles Ray

          1001 16th Street, N.W.

          Washington DC, 20036  **Case Review #828-A2F-7979 from attorneys.com)** or Case Review #60E-2CC-0396

**PHONE** :   202-824-8123 or TOLL FREE 1-877-839-5013 FAX: 202-824-0640

**FROM:**    Tax payer, witness and Rep,Thasku Joseph P.O. Box 5016 Hagatna, Guam
      96932

**PHONE**:   C/O 671-969-2520 Cell:671-864-4907 E-mail ~~akku~~ ~~@~~mail.com

**SUBJECT** :   Expited or urgent certification and authorization letter to communicate with TIGTA for urgent Attorney fees and  release everything on our file Dated Aug 26, 2015. Our complaint # :55-1508-0141-C or advice from Kelli Adams special Agent complain record number 55-1508-0165-C  including my e-mail and fax, communication with   TIGTA office - phone 206-220-5970 fax-206-220-5974

Dear Attorney Charles,

I, Thasku Joseph, respecfully ask for your urgent legal assistance to communicate with Agent Kelli Adams for your attorney fees the IRS owed us. And to release all our solid relevant evidence or our confidential documented information regarding our case had filed with the TIGTA office and other IRS agency.Based on the notorized (FOIA) and copy of our passport and Bank account number I filed. and also please let me know if the special agent Kelli Adams evaluate and process our case according to her e-mail. and send you all the copies of our confidential documents filed with her office. as well as our communication over e-mail.

  This authorization request including the two 2848 POA we mistakely signed and the 2848 POA we signed I and Akimine Walter declaration of repesenative authorize me to be her repesenative.I or we authorized her to do legal matters on our behalf, but she e-mail me the reason she was not going to sign and explain and e-mail me, that I seem to be confuse to her roll   as special agent, or investigator to investigate IRS employees for wrongful acts or violation of the laws. I also respectfully ask for your legal assistance, please allow me to communicate with you over the phone and send me copies of everything you have in black and white documented paper.

Thank you very much for your assistance.

Sincerely yours,

Thask Joseph, Represents Akimine Walter witness, and husband or taxpayer.

DATE: Aug 30, 2013

Dear IRS Customer Service Rep,

 Dear Sir/Madam

I am requesting for a hearing or remove my name completely from IRS public record because I believe that I had done what I suppose to do on my part to eliminate my dept based on IRS instruction and directed me before. I also had submitted to IRS the two forms and I thought this case was closed already. These are the following reason that I did the right way as IRS directed me.

1.  IRS directed me to file an amended return with all ceros income and the IRS Rep, told me to file it and sign it and mail it back to IRS address she gave me long ago before you sent me my two letters. she also told me on the phone that after I mail the amended return with all ceros income with all the ceros in the blank form she sent me. there will be no penalty for me. according to what she told me and I follow.

2. I also wrote to IRS that the AVON INC. in Pasedona California sent me paper form with my EIN number that I have to filed my tax return with IRS since I was Avon Rep, at that time but I did not know that I could end up like this situation.

3. Lastly, I am unable to pay any money. I am disabled person (spinal cord) problem. also please remove my wife's name Akimine Walter because she is not the one filed the Tax return form.

Thank you and I hope you solve this matter as soon as possibe.

Sincerely yours,

Thasku Joseph

Form 2848 (Rev. 3-2012)                                                                                         Page 2

6  **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here . . . . . . . . . . . . . . . . . . ▶ ☐
   **YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

7  **Signature of taxpayer.** If a tax matter concerns a year in which a joint return was filed, the husband and wife must each file a separate power of attorney even if the same representative(s) is (are) being appointed. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

   ▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED TO THE TAXPAYER.**

| _Herminе M Walter_ | _10/18/14_ | _Tax payer_ |
|---|---|---|
| Signature | Date | Title (if applicable) |

| | ☐☐☐☐☐ | |
|---|---|---|
| Print Name | PIN Number | Print name of taxpayer from line 1 if other than individual |

## Part II    Declaration of Representative

Under penalties of perjury, I declare that:
- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Circular 230 (31 CFR, Part 10), as amended, concerning practice before the Internal Revenue Service;
- I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
- I am one of the following:

   a  Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
   b  Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
   c  Enrolled Agent—enrolled as an agent under the requirements of Circular 230.
   d  Officer—a bona fide officer of the taxpayer's organization.
   e  Full-Time Employee—a full-time employee of the taxpayer.
   f  Family Member—a member of the taxpayer's immediate family (for example, spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).
   g  Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).
   h  Unenrolled Return Preparer—Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have signed the return. **See Notice 2011-6 and Special rules for registered tax return preparers and unenrolled return preparers in the instructions.**
   i  Registered Tax Return Preparer—registered as a tax return preparer under the requirements of section 10.4 of Circular 230. Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have signed the return. **See Notice 2011-6 and Special rules for registered tax return preparers and unenrolled return preparers in the instructions.**
   k  Student Attorney or CPA—receives permission to practice before the IRS by virtue of his/her status as a law, business, or accounting student working in LITC or STCP under section 10.7(d) of Circular 230. See instructions for Part II for additional information and requirements.
   r  Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

   ▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN LINE 2 ABOVE.** See the instructions for Part II.

**Note:** For designations d-f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column. See the instructions for Part II for more information.

| Designation— Insert above letter (a-r) | Licensing jurisdiction (state) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable). See instructions for Part II for more information. | Signature | Date |
|---|---|---|---|---|
| _p_ | | _1225 7,_ | | _Oct 18, 2014_ |
| | _Government of GUAM_ | _License and Certificate of Marriage_ _15125_ | | |

Form **2848** (Rev. 3-2012)

| Form **12257**<br>(September 2012) | Department of the Treasury - Internal Revenue Service<br>**Summary Notice of Determination, Waiver of Right to Judicial Review of a Collection Due Process Determination, Waiver of Suspension of Levy Action, and Waiver of Periods of Limitation in Section 6330(e)(1)** |
|---|---|

Taxpayer name(s)
THASKU JOSEPH

Address *(street)*
PO BOX 5016

| City<br>HAGATNA | State<br>GU | Zip code<br>96932 |
|---|---|---|

Type of tax/tax form
Civil Penalty Assessments / Civil Penalty Assessments

Tax period(s)
12/2011

Social Security/Employer Identification Number(s)
XXX-XX-2253

This waiver concerns the following Collection Due Process (CDP) Notice(s):

☐ Notice of Federal Tax Lien Filing and Your Right to a Hearing *(IRC Section 6320)*

☒ Notice of Intent to Levy and Your Right to a Hearing *(IRC Section 6330)*

I understand that IRC Sections 6320 and 6330 require the Office of Appeals to issue a Notice of Determination after a CDP Hearing. Those sections allow me 30 days to seek judicial review of Appeals determination with Tax Court. A longer period may apply to file a lawsuit with the Tax Court to contest determinations by Appeals regarding innocent spouse (section 6015) or interest abatement (section 6404).

I understand that, if I have requested an IRC Section 6330 hearing, the IRS may not levy to collect the taxes at issue for the period of the hearing, during the 30-day period for seeking judicial review of Appeals' determination and while any timely-requested appeal is pending *(unless an exception to the levy prohibition applies)*. If I have only requested an IRC Section 6320 hearing, the IRS may not levy unless an exception to the levy prohibition applies or I already have been given my IRC Section 6330 hearing rights.

I agree that the Appeals determination shown on the following page, as a Summary Notice of Determination, is appropriate and correct. Because of my agreement, I recognize there is no need for judicial review of the determination, or for the continuation of the levy prohibition or suspension of the statute of limitation on collection and other suspended periods referred to in section 6330(e)(1).

- I waive my right under Sections 6320 and 6330 to request judicial review of an Appeals' Notice of Determination.
- I waive the 30-day suspension of levy action described in section 6330(e)(1) if I have requested an IRC Section 6330 hearing.
- I waive the 30-day suspension of the statute of limitations on collection and other suspended periods referred to in section 6330(e)(1).

If, in accordance with the Appeals' determination, I entered into an offer in compromise, installment agreement, or other collection alternative, I understand that the IRS will not levy my property so long as I comply with the terms of the Appeals' determination, unless levy action is part of the Appeals' determination. If I fail to abide by the terms of the Appeals' determination, the IRS may begin enforced collection actions, including the filing of a lien and/or a levy.

I do not waive my right under Appeals' retained jurisdiction to receive another hearing with Appeals if I disagree with the IRS over how it followed the Appeals' determination.

I do not waive my right under Appeals retained jurisdiction to receive another hearing with Appeals if my circumstances change in a way that affects this determination. I understand that I must first exhaust my administrative remedies before I request a hearing.

Catalog Number 27780L    www.irs.gov    Form **12257** (Rev. 9-2012)

# Request for Appeals Review

Please complete the information in the spaces below, including your signature and the date.

| Taxpayer name(s) | Taxpayer Identification Number(s) |
|---|---|
| Akimine M. Walter | ~~586~~ ~~2517~~ |
| P.O.Box 27677 | 1040 Amended Return |
| Mailing address | Tax form number |
| Guam Main Facility | |
| City | Tax period(s) ended |
| Barrigada | 12/2011 |

| State | | ZIP Code |
|---|---|---|
| Guam | | 96921 |

Identify the item(s) (for example: filing status, exemptions, interest or dividends) you disagree with in the proposed change or assessment report you received with the enclosed letter. Tell us why you disagree. You can add more pages if this is not enough space.

Disagreed item
1. IRS should award us the 2011 taxref
2. my husband won the appeal process
3. my case should be dismiss
4. IRS shouldn't deduct my S.Sbenefit

Reason why you disagree
My husband file his tax return because the Avon office in Pasedona, California inform him to file his tax return with IRS. I only signed the amended return without my knowledge and after my husband amended his tax return without me. I declared that, because my husband assessment is valid, the proper legal and procedural requirements have been met, there fore, my case should dismiss as well.

Disagreed item
1. totally disagree with IRS
2. why IRS deducted my Disabled Social Security Benefit.

Reason why you disagree
IRS should award us for the amount of tax return for 2011 plus interest until 2014.
The IRS should contact this person who review the facts and the law for this same case, I involved in without my understanding why the IRS has deducted my Social Security Disabled Benefit. and I don't know if I suppose to mention the person assign to my husband case. his name's below.

Disagreed item
1. IRS should pay us 2011 tax return
2. from 2011 to 2014 plus interest.
3. it is not my husband fault.
4. The Avon Office in Pasedona, CA

Reason why you disagree
This is the Address where you can get information about my husband case similar with mine.
Internal Revenue Service Jacksonville Appeals
400 West Bay St. Suite 252, Stop A  Jacksonville, FL 32202

Disagreed item
① NOTICE CP21C   relevant ev/dence
② TAX YEAR 2011
③ NOTICE DATE 09 2, 2013
④ My husband's S.S. 587 04-2253
⑤ Contact Number 1-800 829-9374

Reason why you disagree
I am totally disagree with The IRS decision to fine me money and penalty and interest.
Person to Contact( Department Of Treasury )
Joe Breazeale Employee ID Number:59-06972
Tel-904-665-0975 Fax-904-665-1835 → The NOTICE CP21C, TAX year 2011,
(notice date, has been closed with Cero balance.

| Signature of Taxpayer(s) | Date |
|---|---|
| Azimine M Walter | Oct 18, 2014 |
| | Date |

Name and signature of authorized representative (If a representative is signing this form, please attach a copy of your completed Form 2848, Power of Attorney and Declaration of Representative.)

| Name | |
|---|---|
| THASKU JOSEPH | |
| Signature | Date |
| | Oct 18, 2014 |
| Your telephone number | Best time to call |
| c/o 671-734-1780 | 8:00 Am Guam Time or pacific Time |

Form **12203** (Rev. 4-2004)     Cat. No. 27136N     www.irs.gov     Department of the Treasury - Internal Revenue Service

# ⅊h Bank of Hawaii

## UNDERSTANDING YOUR ACCOUNT STATEMENT

Please report immediately any errors, discrepancies, irregularities or omissions.
This statement summarizes the activity of your account(s) during the statement period shown on the first page.
Not all statements contain the sections described below.

1. **CHECKS** appear on checking statements in numerical order if checks were processed during the statement cycle. An asterisk (*) next to the check number indicates that a check(s) preceding it is not stated because it has not yet cleared the bank, was listed on a prior statement or is an ACH converted check. ACH converted checks appear in the DEBITS section.

2. **DEBITS** include withdrawals, automatic deductions/payments, transfers out of the account, ACH converted checks, card transactions (such as ATM and Check Card transactions), certain fees (such as the Monthly Service Fee/Maintenance Fee (if any)).

3. **CREDITS** include deposits, transfers to the account, special entries (such as corrections) and Interest Earned (if applicable).

4. **DAILY BALANCES** include all activity up to and including that date.

5. **SUMMARY OF ACCOUNT BALANCES** is reflected for combined statements. This reflects the balance at the end of the statement period.

## ACCOUNT RECONCILIATION

This worksheet will assist you in balancing your account.

- Ending balance reflected on this statement:      $
- Add deposits and transfers to this account; not yet reflected on this statement:

| Date | Amount | Date | Amount | Date | Amount | |
|---|---|---|---|---|---|---|
| | $ | | $ | | $ | |
| | $ | | $ | | $ | |
| | $ | | $ | | $ | + $ |

- Sub-Total:      = $
- Subtract checks, withdrawals and transfers out of this account, not yet reflected on this statement:

| Date/Check No. | Amount | Date/Check No. | Amount | Date/Check No. | Amount | |
|---|---|---|---|---|---|---|
| | $ | | $ | | $ | |
| | $ | | $ | | $ | |
| | $ | | $ | | $ | - $ |

- Current Account Balance:      = $
  (For checking accounts, this amount should equal your checkbook register balance.)

## ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (For Consumers Only)

In case of errors or questions about your electronic transfers, or if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us (as soon as you can) at the phone numbers listed below or write to us at:

      **Hawaii, Guam and Saipan:** Bank of Hawaii, Card Operations, P.O. Box 71160, Honolulu, HI 96807-1160
      **American Samoa:** Bank of Hawaii, American Samoa Branch, P.O. Box 69, Pago Pago, AS 96799
      **Palau:** Bank of Hawaii, Koror Branch, P.O. Box 340, Koror, Republic of Palau, 96940

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. Please provide us the following information:

- Your name and account number
- Describe the error or transfer you are questioning and explain as clearly as you can why you believe there is an error or why you need more information
- Date and dollar amount of the suspected error

We will investigate your complaint and correct any errors promptly. If we take more than 10 business days to do this, we may provisionally credit your account for the amount in question so that you will have use of the money during the time it takes to complete our investigation. A written statement may be required from you within this 10 business-day period in order to credit your account.

## FAIR CREDIT REPORTING ACT DISCLOSURE (For Consumers Only)

If you believe we may have reported inaccurate information about your account to a consumer reporting agency, write us a letter addressed to Bank of Hawaii, Recovery Department, PO Box 135020, Honolulu, HI 96801-5020. Please include your account number and the last four digits of your social security number, and identify the inaccurate information and why you feel it is inaccurate.

<table>
<tr><td>State of Hawaii: 1-888-643-3888<br>(TTY for the hearing impaired: 1-888-643-9888)</td><td>American Samoa: 684-633-2872<br>Guam and Saipan: 1-877-553-2424<br>In Palau: 680-488-3338</td></tr>
</table>

MEMBER FDIC
DDA-718A_E (Rev 4-2013)




Dear Attorney Charles Ray, and Agent Kelli Adams,(see supporting documents in attachments)

Please read, my e-mail to agent Kelli. if you read the latest POA between Akimine Walter and I. she authorize me to witness to you as you our attorney Charles Ray, Kelli Adams special agent and TIGTA office. the old power of attorney we signed and I since the beginning October last year. she authorized me to speak with IRS change anything required by phone and find legal assistance as you our attorney and etc. and the latest POA including to negotiate your professional urgent legal fees. also able to financially deposit the money in her bank account. the (FOIA) I or we ask TIGTA for the cooperation to release and deposit the money IRS owed us.in to Akimine's Walter Bank account, the routing and statement of her bank her name on it. our passport copies including our signatures the emergency request from the other TIDTA office.the (FOIA) U.S. TAX Court, TIGTA Office, Advocate what I mean the 911 request for emergency assistance, if the advocate file a law suit.I also request under the FOIA to release the information about the innocent spouse if the Advocate file law suit according to my former advocate lawyer Jennefer Carson. she filed the lawsuit and I have to check with Norma Diaz about the file suit she told me over the phone. she wispier to me over the phone explain to me when I ask her to investigate the money they settled in secret I told her I suspected the attorney Cook did some secret facts of violation when I called him. I suspected they settled our case in secret without our knowledge and our attorney knowledge too until I sent her my affidavit letter Dated July 16, 2015. in my latter address to Norma Diaz Dated Aug 6th,2015. I wrote asking her about new POA or any financial statement to send us until now we don't know anything. sometimes in Aug I tried to call her to see if she has any money according to what she told me, she will is going to charge Akimine Walter $500.00 my question is why? and I have to just wait. after I filed complain at the Ethic prosecutor here on Guam to investigate the law office on Guam. This Law office of Guniffe and Cook. here on Guam. our case still pending until now. can't afford attorney plus these lawyers here are connected to each other, they can phone to the other attorney not to accept our case its very hard but they don't look for the documents you have first name and the law. I have suspicious about the secret settlement between these legal law firms here and the IRS office in U.S. I was looking for attorney very hard that why I turn to TIGTA office for assistance because these legal law firms are professional attorney they are doctrine illegal method to covered up our money. Because Norma's Diaz the settlement officer in Miami fault according to what I understood by the law.she has to responsible for recover our claim. according to what I understand from our former Attorney Jennefer Carson. she didn't tell me exactly but she wispier to me over the phone its against the law for her to investigate Norma Diaz. when I faxed my affidavit to my former attorney. she was kind of defense her from our case because she is our attorney. another thing, I didn't sign any POA attorney or authorization to represent us. only the 911and our conversation over the phone and she knew about our case that it was closed already. she told me over the phone. what I understand according to her Jennfer Carson to follow up with Norma Diaz the settlement officer she told me, its up to the Judge to decide how much money Norma Diaz she will give us. .the last time I talked to agent Kelli Diaz, when I she told me to hire an attorney or she would send me the names of lawyers from advocate free lawyer. I told her, I don't trust them. I told her about our former attorney when she wispier over me to check with Norma and told me she was like a middle man. she is in between us. this is the reason I include in the (FOIA). and the petition in I swear under the perjury of the law of the United States of America. this is what the statements suppose to be in that notarized petition below because of lack of space.

(Five policy considerations underpin the double jeopardy doctrine: (1) preventing the government from employing its superior resources to wear down and erroneously convict innocent persons; (2) protecting individuals from the financial, emotional, and social consequences of successive prosecutions; (3) preserving the finality and integrity of criminal proceedings, which would be compromised were the state allowed to arbitrarily ignore unsatisfactory outcomes; (4) restricting prosecutorial discretion over the charging process; and (5) eliminating judicial discretion to impose cumulative punishments that the legislature has not authorized.) The documented solid and truly evidence speak itslf.

because there is not enough space in the petition. The five policy considerations our case is similar to the old days, this is discrimination and racism, especially Akimine Walter is totally innocent and lack equal protection of the laws, I have put my trust in agent Kelly Adams based on the legal trust in me that was the reason I authorize her in the POA to represent us since we first communicate. all the true facts and the truly violation of laws admittedly by IRS I had comfortable to communicate with her until now. I witness the truth about this case. when she really explain who she is and her role. that was the time I understand about her statements, she told me to hire an attorney. I ask her how much the money she said she is not allow to tell me. I asked her, if I find a lawyer where the lawyer have to communicate with whom?. she said either one Seattle office Norma Diaz or her office TIGTA discloser council office in Washington D.C. this is the reason I search and have legal right to choose our Attorney representative Charles Ray for his professional legal urgent assistance because our case is truly like the 1880's century when (Black Code) was created or adopted. I also pray that our Attorney Charles Ray to review all my documents and accepted the POA and authorization I fax him to really assist us. based on what search and read from his website, his experiences, legal professional and my trust with his honesty ability to legal urgent to assist us. These facts and truly violation of the law committedly by IRS. I also stated in the POA what I or we don't understand about the laws, he can help us solved and be able to negotiate his legal fees, deducted the processing fees for process the legal documents we under the (FOIA) .

in the FOIA.

I declared and acknowledge that, I am sharing and witness all the true statements above to my lawyer Attorney Charles Ray and Agent Kelli Adams, and the TIGTA discloser Council office in Washington D.C. I also declared under the perjury of law of the United States of America. that these entire instrument above are true and correct.

Respectfully,

Thasku Joseph, witness for Akimine Walter husband and Representative.

Please see the attachments for the U.S. Treasury and the reference number for miss Harvey.

On Mon, Feb 1, 2016 at 7:07 PM, Charles Ray < Cray@charlesraylaw.com> wrote:

What are you talking about?

Charles A. Ray, Jr., Esq.

Law Offices of Charles A. Ray

The Capital Hilton Hotel

1001 16th Street, NW

Washington, D.C. 20036

**From:** Aki Walter <akimywalter@gmail.com>
**Sent:** Monday, February 1, 2016 9:19 PM
**To:** Charles Ray
**Subject:** can you please answer me back or pickup your phone

Dear Attorney Charles,

I forgot to tell you the deadline for the United States Treasury fo file the complain on our behalf is Feb 4. I just want to let you know that.

Best Regards,

Joseph and Akimine

*e-mail Communication*

Dear Attorney Charles,

This second time I send you this single attachments. Charles Attorney, you understood me from the beginning I prayed for your humble and cooperation to help us from your heart you know that my wife needs your legal assistance.my question is do you have money from the Settlement office Miami Florida or IRS and etc according to the POA I sent you last year and authorization letter.. please help. my question is if you don't review the new information below. can you up to date us with information you have for us.

1. Our letter from USDOJ referral.

2 Letter to U.S. Tax court.

3. New Copies from The Appeal office in Frenso Ca.

and those documents you already have but I just resend you again.

Respectfully,

Thasku Joseph and Akimine Walter legally married.

P/S the letter from the Appeal Settlement office in Miami Florida (Norma Diaz). she made mistake there is no Mr. Walter in our family. I am Mr. Joseph.

On Wed, Feb 3, 2016 at 6:25 AM, Charles Ray <cray@charlesraylaw.com> wrote:

> There was nothing attached. We require $500.00 for reviewing your documents before we begin the work, as we have stated to you on multiple occasions. This fee has been discounted to you because you came to us through a referral service.
>
> Hope this helps.
>
> Charles A. Ray, Jr., Esq.
>
> Law Offices of Charles A. Ray
>
> The Capital Hilton Hotel
>
> 1001 16th Street, NW
>
> Washington, D.C. 20036

**From:** Aki Walter <akimywalter@gmail.com>
**Sent:** Wednesday, February 3, 2016 7:27 AM
**To:** Charles Ray
**Subject:** Re: can you please answer me back or pickup your phone

Attention Mr. Wallace Please send me copy of the DEAL you motion.

I received the letter today.

Question below.

1.What is the relationship between Mr. Ray and Internal Revenue Service(IRS)?

Answer- he suppose to settled our money with IRS the settlement officer in Miami Florida (Norma Diaz) based on the IRS POA I signed but he didn't signed and send us copy.

2.Did either you or your wife retain Mr. Ray for the purpose of representing you in a claim against the RS?

Answer: - Yes

3.If you retained Mr. Ray to represent you in a claim against IRS, in which aspect of the case did he agree to provide legal representation?

Answer- he told me to sent him our legal documents,, over the e-mail, he is going to reviewed, evaluate, his fees and sent us how much money we owed him but he never send.

4.Did you sign a fee agreement with Mr. Ray?

Answer- I didn't sign any agreement. I signed POA and authorization letter. and he told me over e-mail coupon times to send him $500.00 but I only send him $200.00. your office suppose to have those receipt Money order.

The new Finding and Discovered in our case is Date April 4th, 2016

<u>Section 142 Magistrates Court Act 1980</u>

<u>Section 37 of the Mental Health Act</u>

<u>Document Confistication Violation of U.S.C. 1952 18</u>

Thank you, I will call you when I have money to load my cell phone.

Thasku Joseph

Form **2848**
(Rev. March 2012)
Department of the Treasury
Internal Revenue Service

**Power of Attorney
and Declaration of Representative**

▶ Type or print. ▶ See the separate instructions.

OMB No. 1545-0150

**For IRS Use Only**
Received by:
Name _____
Telephone _____
Function _____
Date __/__/__

**Part I** **Power of Attorney**

**Caution:** *A separate Form 2848 should be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1** **Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

Taxpayer name and address
Akimine M, WALTER P.O. BOX 27677 BARRIGADA, GU 96921

Taxpayer identification number(s)

Daytime telephone number
671-734-1730

Plan number (if applicable)

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2** **Representative(s)** must sign and date this form on page 2, Part II.

Name and address
Thasku Joseph P.O. Box 5016 Hagatna, GU 96932

CAF No. 0309-18353R
PTIN
Telephone No. 0-671-734-1738
Fax No.

Check if to be sent notices and communications ☑    Check if new: Address ☑   Telephone No. ☐   Fax No. ☐

Name and address

CAF No.
PTIN
Telephone No.
Fax No.

Check if to be sent notices and communications    Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

Name and address

CAF No.
PTIN
Telephone No.
Fax No.

to represent the taxpayer before the Internal Revenue Service for the following matters:    Check if new: Address ☑   Telephone No. ☐   Fax No. ☐

**3** **Matters**

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, etc.) (see instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions for line 3) |
|---|---|---|
| Any Changes on any form that requires the Tax Payer information | 1040 | |
| or If the Rep can join the tax payer on her account. | Yes | |

NOV 04 2014  IRS Support Clerical Clerk #10

RECEIVED BY APR 14 2015

**4** **Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Uses Not Recorded on CAF ▶ ☑

**5** **Acts authorized.** Unless otherwise provided below, the representatives generally are authorized to receive and inspect confidential tax information and to perform any and all acts that I can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The representative(s), however, is (are) not authorized to receive or negotiate any amounts paid to the client in connection with this representation (including refunds by either electronic means or paper checks). Additionally, unless the appropriate box(es) below are checked, the representative(s) is (are) not authorized to execute a request for disclosure of tax returns or return information to a third party, substitute another representative or add additional representatives, or sign certain tax returns.

☐ Disclosure to third parties;   ☑ Substitute or add representative(s);   ☑ Signing a return;   **if the tax payer requires her signature**
**The Power of Attorney gives the Rep, the author and fullpower to sign on her behalf. or to find legal assistance** and others legal de
☑ Other acts authorized: Rep, to contact the IRS respond to any corrospondence notice
From I.R.S. and speak with the I.R.S (see instructions for more information)

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Treasury Department Circular No. 230. An enrolled retirement plan agent may only represent taxpayers to the extent provided in section 10.3(e) of Circular 230 (Circular 230, section 10.3(d)). An enrolled return preparer may only represent taxpayers to the extent provided in section 10.3(f) of Circular 230. A registered tax return preparer may only represent taxpayers to the extent provided in section 10.3(f) of Circular 230. See the line 5 instructions for restrictions on tax matters partners. In most cases, the student practitioner's (level k) authority is limited (for example, they may only practice under the supervision of another practitioner).

List any specific deletions to the acts otherwise authorized in this power of attorney: If the Rep, forget any necessary information on the behalf of the tax payer Akimine M. walter, this power of Attorney Authorize the Rep. to Change anything that required from I.R.S over the Phone.

5860063517 BJ WALT 00 0 000000 670 0000000000

5860063517 BJ WALT 00 0 000000 670 0000000000

The IRS address must appear in the window.

BODCD-SB

INTERNAL REVENUE SERVICE

KANSAS CITY MO 64999-0202

Use for payments

0531122145

JOSEPH THASKU
PO BOX 5016
HAGATNA GU 96932

Letter Number: 12 LTR0861C
Letter Date : 2015-04-28
Tax Period : 000000

5860063517 BJ WALT 00 0 000000 670 0000000000

Janet K Hester

# Request for Appeals Review

Please complete the information in the spaces below, including your signature and the date.

| Taxpayer name(s) | Taxpayer Identification Number(s) |
|---|---|
| Akimine M. Walter | S~~~~~~~~ |
| P.O.Box 27677 | 1040 Amended Return |
| Mailing address | Tax form number |
| Guam Main Facility | |
| City | Tax period(s) ended |
| Barrigada | 12/2011 |
| State | ZIP Code | |
| Guam | 96921 | |

Identify the item(s) (for example: filing status, exemptions, interest or dividends) you disagree with in the proposed change or assessment report you received with the enclosed letter. Tell us why you disagree. You can add more pages if this is not enough space.

Disagreed item
1. IRS should award us the 2011taxref
2. my husband won the appeal process
3. my case should be dismiss
4. IRS shouldn't deduct my S.Sbenefit

Reason why you disagree
My husband file his tax return because the Avon office in Pasedona, California inform him to file his tax return with IRS. I only signed the amended return without my knowledge and after my husband amended his tax return without me. I declared that, because my husband assessment is valid, the proper legal and procedural requirements have been met, there fore, my case should is dismiss as well.

Disagreed item
1. totally disagree with IRS
2. why IRS deducted my Disabled
Social Security Benefit.

Reason why you disagree
IRS should award us for the amount of tax return for 2011 plus interest until 2014.
The IRS should contact this person who review the facts and the law for this same case, I involved in without my understanding why the IRS has deducted my Social Security Disabled Benefit. and I don't know if I suppose to mention the person assign to my husband case. his name's below.

Disagreed item
1. IRS should pay us 2011 tax return
2. from 2011 to 2014 plus interest.
3. it is not my husband fault.
4. The Avon Office in Pasedona, CA

Reason why you disagree
This is the Address where you can get information about my husband case similar with mine.
Internal Revenue Service Jacksonville Appeals
400 West Bay St. Suite 252, Stop A Jacksonville, FL 32202

Disagreed item
*relevant cv/ imc)*
① NOTICE CP2IC
② TAX YEAR 2011
③ NOTICE DATE 04 2, 2013
④ my husband's S.S. 507-04-
⑤ contact number 1-906-829-9374
35 #
307-04-
2253

Reason why you disagree
I am totally disagree with The IRS decision to fine me money and penalty and interest.
Person to Contact( Department Of Treasury )
Joe Breazeale Employee ID Number:59-06972
Tel-904-665-0975 Fax-904-665-1835
*The notice CP2IC, TAX year 2011, (notice date, has been closed with zero balance*

| Signature of Taxpayer(s) | Date |
|---|---|
| Akimine M Walter | Oct 18, 2014 |
| | Date |

Name and signature of authorized representative (If a representative is signing this form, please attach a copy of your completed Form 2848, Power of Attorney and Declaration of Representative.)

| Name | |
|---|---|
| THASKU JOSEPH | |
| Signature | Date Oct 18, 2014 |
| Your telephone number C/O 671-734-1730 | Best time to call 8:00 Am Guam Time or Pacific Time |

Form **12203** (Rev. 4-2004)    Cat. No. 27136N    www.irs.gov    Department of the Treasury - Internal Revenue Service

OMB No. 1545-1504

Department of the Treasury - Internal Revenue Service

# Request for Taxpayer Advocate Service Assistance
## (And Application for Taxpayer Assistance Order)

Form **911**
(Rev. 6-2007)

## Section I – Taxpayer Information *(See Pages 3 and 4 for Form 911 Filing Requirements and Instructions for Completing this Form.)*

| 1a. Your name as shown on tax return<br>Thasku Joseph | 2a. Your Social Security Number<br>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 |
|---|---|
| 1b. Spouse's name as shown on tax return<br>Akimine Walter | 2b. Spouse's Social Security Number<br>5~~0~~~~~~ |

3a. Your current street address *(Number, Street, & Apt. Number)*
P.O. Box 27677

| 3b. City<br>Barrigada | 3c. State *(or Foreign Country)*<br>Guam | 3d. ZIP code<br>96921 |
|---|---|---|

| 4. Fax number *(if applicable)*<br>none | 5. E-mail address<br>akimywalter2005@yahoo.com |
|---|---|

| 6. Employer Identification Number *(EIN) (if applicable)* | 7. Tax form(s)<br>1040,12275,843, | 8. Tax period(s)<br>2011,or 000000 |
|---|---|---|

| 9. Person to contact<br>c/o Cisco's Satomu h-p( 671) 969-2520 my cell671-687-3214 | 10. Daytime phone number<br>[X] Check if<br>Cell Phone | 11. Best time to call<br>8:A.M to 12 A.M. Guam Time |
|---|---|---|

12. Indicate the special communication needs you require *(if applicable)*

[ ] TTY/TDD Line    [ ] Interpreter - Specify language other than English *(including sign language)* spouse has mental illness

[X] Other *(please specify)* Request third party not released,

13a. Please describe the tax problem you are experiencing *(If more space is needed, attach additional sheets.)*
This dispute between my wife and IRS. This case already solved and closed a year ago. based on the form signed and approved by the IRS appeal office in Jaccksonville Florida. When IRS charged my wife for the same offense, I wrote to IRS about the violation IRS admittedly and intentionally. I also declared her Rights had been illegally violated. based on the facts I discovered. my wife has mental problem she is a clients for the Guam Mental Health and Guam DVR. I claim the damaged,suffered, and painfull caused by IRS and the Violation for 15 million. this case was send to the appeal office in Seattle Washington. then send back to Jacksonville Florida. what I understand the appeal officers can't make contact each othe.r this prohbited by the new IRS during examination of the dispute case.

13b. Please describe the relief/assistance you are requesting *(If more space is needed, attach additional sheets.)*
We need the Advocate to inspect our confidential Tax documents my form 12275 for innocent spouse section 6015 or 6404 and file a lawsuit on our behalf. Our case had file with the Advocate before, the case worker had our file, her name 's Jennefer Carson, her phone number number 1-866-809-2329.The appeal officer approved to closed this case in the appeal office in Jacksonville Florida. his name is Joe Breazeale.employee ID num-0228394-tel-904-665-0975-fax-904-665-1835. and we also need assistance to file form 843 request for refund based on IRS advice for both of us. Actually, I was filed my tax return because Avon in Pasedonia Ca, advice me to file IRS. when I filed, I filed H.O.H. then I amended and filed married, this is how she got involved in my dispute with IRS. pls see our doc for details.

I understand that Taxpayer Advocate Service employees may contact third parties in order to respond to this request and I authorize such contacts to be made. Further, by authorizing the Taxpayer Advocate Service to contact third parties, I understand that I will not receive notice, pursuant to section 7602(c) of the Internal Revenue Code, of third parties contacted in connection with this request.

| 14a. Signature of Taxpayer or Corporate Officer, and title, if applicable | 14b. Date signed<br>06/12/2015 |
|---|---|
| 15a. Signature of spouse | 15b. Date signed<br>06/12/2015 |

## Section II – Representative Information *(Attach Form 2848 if not already on file with the IRS.)*

| 1. Name of authorized representative<br>Thasku Joseph | 2. Centralized Authorization File (CAF) number<br>on file |
|---|---|
| 3. Current mailing address<br>P.O.Box 5016 Hagatna, Gu 96932 | 4. Daytime phone number<br>(671)687-3214    [X] Check if<br>Cell Phone |
| | 5. Fax number |

| 6. Signature of representative | 7. Date signed<br>06/12/2015 |
|---|---|

Catalog Number 16965S          www.irs.gov          Form **911** (Rev. 6-2007)

Department of the Treasury Internal

Appeal Office 51 SW  First Avenue

Suite, 1014,Box 47

Miami, FL33130

Datr: Aug 6,2015

Norma Diaz Employee Number-
65-04769

Tel-305-982-5252

Fax-855-272-1102

Dear Norma,

I am respectfully ask for your urgent assistance to release any new information regarding our Final
Appeal Resolution including any Settlement or financial Statement from  any law firm and copy of any
new 2848 POA on our file with  your office.  I also kindly ask if you have new information please let us
know. my former Attorney from the Advocate Jennefer Carson told me, to contact you with any new
information. I am Thasku Joseph, Tax payer, Representative and witness of the case against Akimine
Walter. I am her husband as well. You can mail new information at this mailing address below. I will mail
you any information or our Attorney will communicate with you very soon. Thank you very much.

P.O. Box 5016

Hagatna, Guam 96932   Phone   C/O 671-969-2520

Respectfully,

Thasku Joseph



**Department of the Treasury**
**Internal Revenue Service**
**Appeals Office**
51 SW First Avenue
Suite 1014, Box 47
Miami, FL. 33130

AKIMINE WALTER
PO BOX 27677
BARRIGADA, GU  96921-6953

Date:
 June 8, 2015
Person to contact:
 Name: Norma I. Diaz
 Employee number: 65-04769
 Telephone: 305-982-5252
 Fax: 855-272-1102
Tax period(s) ended:
 12/2011

Dear Mr. Walter:

We received your case for consideration in the Miami, FL Appeals office.

**Who we are**
Appeals is separate from and independent of the IRS office taking the action that you disagree with. We review and resolve disputes in a fair and impartial manner to both you and the government by applying the law and judicial decisions to the facts. We conduct our reviews by telephone or mail. If you prefer a face-to-face review at the Appeals office closest to your residence or business address, please let us know within 15 days from the date of this letter. We will try to accommodate your request to transfer your case to the appropriate Appeals field office for consideration.

**What you can expect**
We'll make every attempt to contact you as quickly as possible. We'll consider the facts in your case and try to resolve the dispute based on the information you provided to Collection. We will make every effort to reach a resolution with you in a manner that is fair and impartial to both you and the government. If you have any new information or evidence that you plan on submitting, please contact me immediately. I may refer it to Collection for consideration. You will receive their comments, and you will have an opportunity to respond.

If we determine that you owe the IRS, the law requires the IRS to charge interest until you pay the amount you owe in full. If the amount you owe is subject to penalties, additional penalty amounts will continue to increase until you pay in full. If you owe or potentially owe tax, interest, or penalties, you can make a payment at any time.

**What you can do**
• If you want to stop or reduce interest on part or all of the balance due, send tax payments to the Appeals office working your case.

• If you have questions about the Appeals process or how you can prepare for your hearing, communicate with the "Contact Person" listed above.

**Letter 4141 (Rev. 6-2013)**
Catalog Number 33391W

- If you want an attorney, certified public accountant, or a person enrolled to practice before the IRS to represent you, submit a Form 2848, *Power of Attorney or Declaration of Representative*, or similar written authorization. This requirement doesn't apply if your case is docketed before the United States Tax Court and your representative is the attorney of record. If you need more information about the requirements for representing taxpayers before the IRS, you can get a copy of Treasury Department Circular 230 at most IRS offices or on the IRS website at **www.irs.gov**.

- If the IRS mailed a legal notice to disallow your claim, you should monitor your deadline for filing suit.

**Additional information**

Visit our website at **www.irs.gov/appeals** for additional information.

At the conclusion of the Appeals process, we may ask you to participate in an Appeals customer satisfaction survey. Your participation is voluntary and the survey will not ask for personal or financial information of any kind. We'll use the results of the survey to improve the Appeals process and our service to taxpayers.

Sincerely,

Norma I. Diaz
Settlement Officer

Enclosures:
Publication 4227 Welcome to Appeals





Department of the Treasury
Internal Revenue Service
Philadelphia, PA 19255-0025

| Notice | CP21C |
|---|---|
| Tax Year | 2011 |
| Notice date | September 2, 2013 |
| Social Security number | |
| To contact us | 1-800-829-8374 |
| Page 1 of 2 | 89H |

123614.218221.0435.008 1 AT 0.384 373



AKIMINE WALTER
PO BOX 5016
HAGATNA GU 96932-8657

23614

## Changes to your 2011 Form 1040
# Amount due: $0.00

We made the changes you requested to your
2011 Form 1040 to adjust your payments
and/or credits.

As a result, you owe $0.00.

### Summary

| | |
|---|---|
| Account balance before this change | $ -9,699.00 |
| Decrease in credit | 9,699.00 |
| **Amount due** | **$0.00** |

## What you need to do

If you agree with the changes we made
• You don't need to respond to this notice.

Continued on back...


IRS

AKIMINE WALTER
PO BOX 5016
HAGATNA GU 96932-8657

| Notice | CP21C |
|---|---|
| Notice date | September 2, 2013 |
| Social Security number | 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 |



## Contact information

If your address has changed, please call 1-800-829-8374 or visit www.irs.gov.
☐ Please check here if you've included any correspondence. Write your Social Security
number (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), the tax year (2011), and the form number (1040) on any
correspondence.

| | ☐ a.m. | | ☐ a.m. |
|---|---|---|---|
| | ☐ p.m. | | ☐ p.m. |
| Primary phone | Best time to call | Secondary phone | Best time to call |

INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255-0025

507042253 AA JOSE 30 0 201112



ATTENTION: Janet K. Fletcher
E-N-027695/
Phone - 206-946-3574



Department of the Treasury
Internal Revenue Service
Philadelphia, PA 19255-0025

**IRS**

| | |
|---|---|
| Notice | CP21C |
| Tax Year | 2011 |
| Notice date | May 26, 2014 |
| Social Security number | |
| To contact us | 1-800-829-8374 |
| Page 1 of 2 | 17H |

137913.296528.65919.4990 1 AT 0.406 373

THASKU JOSEPH
PO BOX 5016
HAGATNA GU 96932-8657

137913

## Changes to your 2011 Form CVL PEN
# Amount due: $0.00

We changed the civil penalty amount that we
previously charged.

As a result, you owe $0.00.

### Summary

| | |
|---|---|
| Account balance before this change | $ 10,000.00 |
| Decrease in civil penalty for frivolous tax returns penalty | -10,000.00 |
| **Amount due** | **$0.00** |

## What you need to do

**If you agree with the changes we made**
- You don't need to respond to this notice.

Continued on back



**IRS**

THASKU JOSEPH
PO BOX 5016
HAGATNA GU 96932-8657

| | |
|---|---|
| Notice | CP21C |
| Notice date | May 26, 2014 |
| Social Security number | 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 |



## Contact information

If your address has changed, please call 1-800-829-8374 or visit www.irs.gov.

☐ Please check here if you've included any correspondence. Write your Social Security
number (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), the tax year (2011), and the form number (CVL PEN) on any
correspondence.

| Primary phone | Best time to call | Secondary phone | Best time to call |
|---|---|---|---|
| | ☐ a.m. ☐ p.m. | | ☐ a.m. ☐ p.m. |

INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255-0025

507042253 AA JOSE 55 0 201112

# Request for Appeals Review

Please complete the information in the spaces below, including your signature and the date.

| Taxpayer name(s) | Taxpayer Identification Number(s) |
|---|---|
| Akimine M. Walter | |

| P.O.Box 27677 | 1040 Amended Return |
|---|---|
| Mailing address | Tax form number |
| Guam Main Facility | |
| City | Tax period(s) ended |
| Barrigada | 12/2011 |
| State | ZIP Code | |
| Guam | 96921 | |

Identify the item(s) (for example filing status, exemptions, interest or dividends) you disagree with in the proposed change or assessment report you received with the enclosed letter. Tell us why you disagree. You can add more pages if this is not enough space.

Disagreed item
1. IRS should award us the 2011 tax ref
2. my husband won the appeal process
3. my case should be dismiss
4. IRS shouldn't deduct my S.S benefit

Reason why you disagree
My husband file his tax return because the Avon office in Pasedona, California inform him to file his tax return with IRS. I only signed the amended return without my knowledge and after my husband amended his tax return without me. I declared that, because my husband assessment is valid, the proper legal and procedural requirements have been met, there fore, my case should dismiss as well.

Disagreed item
1. totally disagree with IRS
2. why IRS deducted my Disabled
Social Security Benefit.

Reason why you disagree
IRS should award us for the amount of tax return for 2011 plus interest until 2014.
The IRS should contact this person who review the facts and the law for this same case. I involved in without my understanding why the IRS has deducted my Social Security Disabled Benefit, and I don't know if I suppose to mention the person assign to my husband case, his name's below

Disagreed item
1. IRS should pay us 2011 tax return
2. from 2011 to 2014 plus interest
3. it is not my husband fault.
4. The Avon Office in Pasedona, CA.

Reason why you disagree
This is the Address where you can get information about my husband case similar with mine
Internal Revenue Service Jacksonville Appeals
400 West Bay St. Suite 252, Stop A Jacksonville, FL 32202

Disagreed item
(1) NOTICE CP21C
(2) TAX YEAR 2011
(3) NOTICE DATE 09 2, 2013
SS# 507-04 (4) My Husband's S.S. 507-04-
22 (5) Contact Number 1-800 829-327A

Reason why you disagree
I am totally disagree with The IRS decision to fine me money and penalty and interest.
Person to Contact( Department Of Treasury )
Joe Breazeale Employee ID Number:59-06972
Tel-904-665-0975 Fax-904-665-1835   The NOTICE CP21C, TAX Year 2011, (notice date, has been closed with zero balance.

Signature of Taxpayer(s)
Akimine M Walter

Date
Oct 18, 2014

Date

Name and signature of authorized representative (If a representative is signing this form, please attach a copy of your completed Form 2848, Power of Attorney and Declaration of Representative.)

Name
THASKU JOSEPH

Signature

Date
Oct 18, 2014

Your telephone number
(6 671)-734-1730

Best time to call
8:00 Am Guam Time
Pacific Time

Form 12203 (Rev 4-2004)    Cat. No. 27136N    www.irs.gov    Department of the Treasury - Internal Revenue Service

UNITED STATES TAX COURT

THASKU JOSEPH

Taxpayer, Rep and an a witness

Petitioner(s)

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent

Docket No. _____

UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, THASKU JOSEPH _____, declare from my personal knowledge that the following facts are true;

[State the facts in as many numbered paragraphs as are needed. Attach additional pages if necessary.]

1. I respectfully, ask the U.S. Tax Court to grant my request based on the true facts and the truly violations admittedly by I.R.S. Intentionally. I kindly request the U.S. Tax Court to orders the IRS to pay us $30 million in Damages caused by IRS. Also based on the truly discovered and finding of violations.

2. Five policy considerations underpin the double jeopardy doctrine: Based on true facts IRS doctrine illegal documented papers for IRS present and future gain. These are the truly serious violations of the Federal laws and the State laws.

3. The Fifth Amendment to the U.S. Constitution provides, "No person shall ... be subject for t [sic same offence. I also respectfully ask the U.S. Tax Court to orders IRS to removes my wife's name from IRS computer data or system just like my name completely and orders to pays us for 2012,2013, and 2014.

4. Based on IRS advice for both of us. I also stated that the date on the declaration of my Rights has been illegally violated by Jannet K. Fletcher supposed to June 5th 2015 not May 5th 2015. I also declared that IRS ilegally doctrine ilegal method of investigation and recording voice messages

5. I also kindly ask the U.S. Tax Court not grant third party information this part of the doctrine ilegal investigation as well to save my wife's life for her mental illness. I also declared that the legal law firm of Gunliffe,Cook, and their office , here on Guam are also involved pls see attached documented form

I declare under penalty of perjury that the foregoing is true and correct. Executed on _____

_____

[Signature]

OR

[If the declaration is executed outside of the United States:]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on __9/3/2015__ .

State of Guam U.S.A. }
County of Tamuning }

This instrument acknowledged before me this __3rd__ day of __SEPT__ 20_16_ .

by __THASKU JOSEPH__
Witness my hand and official seal.

_____
Notary Public

_____
[Signature]

T.C. FORM 18 (07/12)

JEANY T. BONDOC
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: April 02, 2016
P.O. Box 26823 Barrigada, Guam 96921





Department of the Treasury
Internal Revenue Service
Philadelphia, PA 19255-0025

| Notice | CP21C |
|---|---|
| Tax Year | 2011 |
| Notice date | September 2, 2013 |
| Social Security number | |
| To contact us | 1-800-829-8374 |
| Page 1 of 2 | 89H |

123614.218221.0435.008 1 AT 0.384 373



AKIMINE WALTER
PO BOX 5016
HAGATNA GU 96932-8657

23614

## Changes to your 2011 Form 1040
# Amount due: $0.00

We made the changes you requested to your
2011 Form 1040 to adjust your payments
and/or credits.

As a result, you owe $0.00.

**Summary**

| | |
|---|---|
| Account balance before this change | $ -9,699.00 |
| Decrease in credit | 9,699.00 |
| **Amount due** | **$0.00** |

## What you need to do

**If you agree with the changes we made**
• You don't need to respond to this notice.

Continued on back...



AKIMINE WALTER
PO BOX 5016
HAGATNA GU 96932-8657

| Notice | CP21C |
|---|---|
| Notice date | September 2, 2013 |
| Social Security number | 253 |

# Contact information

If your address has changed, please call 1-800-829-8374 or visit www.irs.gov.
☐ Please check here if you've included any correspondence. Write your Social Security
number (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), the tax year (2011), and the form number (1040) on any
correspondence.

| | ☐ a.m. | | ☐ a.m. |
|---|---|---|---|
| | ☐ p.m. | | ☐ p.m. |
| Primary phone | Best time to call | Secondary phone | Best time to call |

INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255-0025

507042253 AA JOSE 30 0 201112



**Department of the Treasury**
**Internal Revenue Service**
**Appeals Office**
51 SW First Avenue
Suite 1014, Box 47
Miami, FL 33130

Date:
  June 8, 2015
Person to contact:
  Name: Norma I. Diaz
  Employee number: 65-04769
  Telephone: 305-982-5252
  Fax: 855-272-1102
Tax period(s) ended:
  12/2011

AKIMINE WALTER
PO BOX 27677
BARRIGADA, GU  96921-6953

Dear Mr. Walter:

We received your case for consideration in the Miami, FL Appeals office.

**Who we are**
Appeals is separate from and independent of the IRS office taking the action that you disagree with. We review and resolve disputes in a fair and impartial manner to both you and the government by applying the law and judicial decisions to the facts. We conduct our reviews by telephone or mail. If you prefer a face-to-face review at the Appeals office closest to your residence or business address, please let us know within 15 days from the date of this letter. We will try to accommodate your request to transfer your case to the appropriate Appeals field office for consideration.

**What you can expect**
We'll make every attempt to contact you as quickly as possible. We'll consider the facts in your case and try to resolve the dispute based on the information you provided to Collection. We will make every effort to reach a resolution with you in a manner that is fair and impartial to both you and the government. If you have any new information or evidence that you plan on submitting, please contact me immediately. I may refer it to Collection for consideration. You will receive their comments, and you will have an opportunity to respond.

If we determine that you owe the IRS, the law requires the IRS to charge interest until you pay the amount you owe in full. If the amount you owe is subject to penalties, additional penalty amounts will continue to increase until you pay in full. If you owe or potentially owe tax, interest, or penalties, you can make a payment at any time.

**What you can do**
- If you want to stop or reduce interest on part or all of the balance due, send tax payments to the Appeals office working your case.

- If you have questions about the Appeals process or how you can prepare for your hearing, communicate with the "Contact Person" listed above.

**Letter 4141 (Rev. 6-2013)**
Catalog Number 33391W

| Form **2848** | **Power of Attorney** | OMB No. 1545-0150 |
|---|---|---|
| (Rev. July 2014)<br>Department of the Treasury<br>Internal Revenue Service | **and Declaration of Representative**<br>▶ Information about Form 2848 and its instructions is at *www.irs.gov/form2848.* | **For IRS Use Only**<br>Received by:<br>Name _____<br>Telephone _____<br>Function _____<br>Date ___ / ___ / ___ |

**Part I    Power of Attorney**

**Caution:** A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1    Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

| Taxpayer name and address<br>**Thasku Joseph witness,tax payer, and representative for Akimine Walter**<br>**P.O.BOX 5016 Hagatna, Guam 96932** | Taxpayer identification number(s)<br>507~~~~~~~~ |
|---|---|
| | Daytime telephone number    TJ | Plan number (if applicable) |
| | **C/O 671-969-2520** | |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2    Representative(s)** must sign and date this form on page 2, Part II.

| Name and address<br>**I Thasku Joseph representive for Akimine Walter appoint Kelli Adams as our Attorney in fact to represent Akimine Walter or me to do the legal issue with IRS, US TAX COURT, or all the legal issue.** | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____ |
|---|---|
| Check if to be sent copies of notices and communications ☑ | Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |

| Name and address<br>**Kelli Adams**<br>**Address Below** | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____ |
|---|---|
| Check if to be sent copies of notices and communications ☑ | Check if new: Address ☑  Telephone No. ☐  Fax No. ☐ |

| Name and address<br>**INSPECTOR GENERAL FOR TAX ADMINISTRATION (IG:CC:D**<br>Office of Chief Counsel Attention: Disclosure Officer<br>**1125 15th St. NW Room 700A Washington, DC 20005** | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____ |
|---|---|
| (**Note.** IRS sends notices and communications to only two representatives.) | Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |

| Name and address<br>*Thasku Joseph and Kelli Adams. address for both of us above* | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____ |
|---|---|
| (**Note.** IRS sends notices and communications to only two representatives.) | Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3    Acts authorized (you are required to complete this line 3).** With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number<br>(1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable)<br>(see instructions) |
|---|---|---|
| **We authorize Kelli Adams to inspect our confidential documents including changes if I made mistake  with the form  (FOIA) I faxed.** | **1040  12257(FOIA)** | **Dec 2011, Sept, 2015** |
| **Married certificate** | **15725** | **May 1997** |
| **including the innocent spouse, U.S. Tax Court and other legal issues** | | |

**4    Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific Use Not Recorded on CAF** . . . . . . . . . . . . . . ▶ ☑

**5a    Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information):

☑ Authorize disclosure to third parties;    ☑ Substitute or add representative(s);    ☑ Sign a return;    *Send us copy  when signed*

**We appoint Kelli Adams as our legal attorney to act on our side as our representative to negociate or make any necessary matters including all the legal issue with the form (FOIA) to be able to process Akimine Walter legal dispute matter and I Thasku Joseph.**    *for we*

*authorize Kelli Adams to corrected any mistake in this POA &/etc.*

☑ Other acts authorized: **If this POA doesn't indicate any specifi requirements on our side, we also authorize Kelli Adams to do any legal parts to be able to process any financial statement from IRS or the U.S. Tax court or the settlement office in Miami Florida.**

*Including deposit money into the bank account and send us financial statement*

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.    Cat. No. 11980J    Form **2848** (Rev. 7-2014)

Form 2848 (Rev. 7-2014)                                                                              **Page 2**

**b**   **Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.

List any specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b): **REVOKED ALL POA not si[+]**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**6**   **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here  . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

      **YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7**   **Signature of taxpayer.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

      ▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| _Antoine Walter_ | _10/12/15_ | |
|---|---|---|
| Signature | Date | Title (if applicable) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Print Name | Print name of taxpayer from line 1 if other than individual |
|---|---|

## Part II   Declaration of Representative

Under penalties of perjury, by my signature below I declare that:

- I am not currently suspended or disbarred from practice before the Internal Revenue Service;
- I am subject to regulations contained in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
- I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
- I am one of the following:

  **a**  Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

  **b**  Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.

  **c**  Enrolled Agent—enrolled as an agent by the Internal Revenue Service per the requirements of Circular 230.

  **d**  Officer—a bona fide officer of the taxpayer organization.

  **e**  Full-Time Employee—a full-time employee of the taxpayer.

  **f**  Family Member—a member of the taxpayer's immediate family (for example, spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).

  **g**  Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).

  **h**  Unenrolled Return Preparer—Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have prepared and signed the return. **See Notice 2011-6 and** *Special rules for registered tax return preparers and unenrolled return preparers* **in the instructions (PTIN required for designation h).**

  **i**  Registered Tax Return Preparer—registered as a tax return preparer under the requirements of section 10.4 of Circular 230. Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have prepared and signed the return. **See Notice 2011-6 and** *Special rules for registered tax return preparers and unenrolled return preparers* **in the instructions (PTIN required for designation i).**

  **k**  Student Attorney or CPA—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student working in an LITC or STCP. See instructions for Part II for additional information and requirements.

  **r**  Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

      ▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.** See the instructions for Part II.

**Note.** For designations d–f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column. See the instructions for Part II for more information.

| Designation— Insert above letter **(a–r)** | Licensing jurisdiction (state) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable). See instructions for Part II for more information. | Signature | Date |
|---|---|---|---|---|
| F | GOv Guam | 15725 | | 10/13/2015 |
| | | | | |
| | | | | |

Form 2848 (Rev. 3-2012)

Page

**6** **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here ▶ ☐
**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7** **Signature of taxpayer.** If a tax matter concerns a year in which a joint return was filed, the husband and wife must each file a separate power of attorney even if the same representative(s) is (are) being appointed. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED TO THE TAXPAYER.**

| *Hermine M Walter* | *10/18/14* | *Tax payer* |
|---|---|---|
| Signature | Date | Title (if applicable) |

| | ☐ ☐ ☐ ☐ | |
|---|---|---|
| Print Name | PIN Number | Print name of taxpayer from line 1 if other than individual |

## Part II  Declaration of Representative

Under penalties of perjury, I declare that:
* I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
* I am aware of regulations contained in Circular 230 (31 CFR, Part 10), as amended, concerning practice before the Internal Revenue Service;
* I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
* I am one of the following:

  **a** Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
  **b** Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
  **c** Enrolled Agent—enrolled as an agent under the requirements of Circular 230.
  **d** Officer—a bona fide officer of the taxpayer's organization.
  **e** Full-Time Employee—a full-time employee of the taxpayer.
  **f** Family Member—a member of the taxpayer's immediate family (for example, spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).
  **g** Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).
  **h** Unenrolled Return Preparer—Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have signed the return. **See Notice 2011-6 and Special rules for registered tax return preparers and unenrolled return preparers in the instructions.**
  **i** Registered Tax Return Preparer—registered as a tax return preparer under the requirements of section 10.4 of Circular 230. Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have signed the return. **See Notice 2011-6 and Special rules for registered tax return preparers and unenrolled return preparers in the instructions.**
  **k** Student Attorney or CPA—receives permission to practice before the IRS by virtue of his/her status as a law, business, or accounting student working in LITC or STCP under section 10.7(d) of Circular 230. See instructions for Part II for additional information and requirements.
  **r** Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN LINE 2 ABOVE.** See the instructions for Part II.

**Note:** For designations d–f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column. See the instructions for Part II for more information.

| Designation— Insert above letter (a–r) | Licensing jurisdiction (state) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable). See instructions for Part II for more information. | Signature | Date |
|---|---|---|---|---|
| f | | 12.25.7 | | 10/18/ 2014 |
| | Government of Guam | License and Certificate of appraise 15725 | | |

Form 2848 (Rev. 3-2012)



# OFFICE OF DISCIPLINARY COUNSEL

May 26, 2016

**Wallace E. Shipp, Jr.**
*Disciplinary Counsel*

**Elizabeth A. Herman**
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Jennifer Lyman
Julia L. Porter

*Assistant Disciplinary Counsel*
Joseph N. Bowman
Gayle Marie Brown Driver
Hamilton P. Fox, III
Becky Neal
Dolores Dorsainvil Nicolas
Sean P. O'Brien
Joseph C. Perry
William Ross
H. Clay Smith, III
Traci M. Tait

*Senior Staff Attorney*
Lawrence K. Bloom
Caroll G. Donayre
Jelani Lowery

*Manager, Forensic Investigations*
Charles M. Anderson

*Senior Forensic Investigator*
Kevin E. O'Connell

***CONFIDENTIAL***

Thasku Joseph
P.O. Box 5016
Hagatna, GU 96932

                              **Re:    Ray/Joseph**
                                    **Undocketed No. 2016-U104**

Dear Mr. Joseph:

     This office has completed its review of the disciplinary complaint that you filed against Charles A. Ray Jr., Esquire. You state that Mr. Ray was dishonest and violated the privacy of you and your wife, Akimine Walter. You state that Internal Revenue Service ("IRS") framed your wife. You state that Mr. Ray requested $500 to represent you. You are requesting assistance in recovering your money through the IRS.

     Upon review, we decline to proceed with a full investigation of your complaint. With regards to your concerns involving Mr. Ray, you failed to provide facts or evidence in support of your allegations of dishonesty and the invasion of privacy. Additionally, Mr. Ray's request for a fee to represent you is not an ethical violation. With regards to your concerns involving the IRS, we do not have jurisdiction over such matters.

     Accordingly, we decline to open a full investigation and have closed our file. We thank you for bringing your concerns to our attention.

                             Sincerely,

                             Elizabeth A. Herman
                             Deputy Disciplinary Counsel

EAH:AW



# OFFICE OF DISCIPLINARY COUNSEL

May 20, 2016

**Wallace E. Shipp, Jr.**
*Disciplinary Counsel*

**Elizabeth A. Herman**
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Jennifer Lyman
Julia L. Porter

*Assistant Disciplinary Counsel*
Joseph N. Bowman
Gayle Marie Brown Driver
Hamilton P. Fox, III
Becky Neal
Dolores Dorsainvil Nicolas
Sean P. O'Brien
Joseph C. Perry
William Ross
H. Clay Smith, III
Traci M. Tait

*Senior Staff Attorney*
Lawrence K. Bloom
Caroll G. Donayre
Jelani Lowery

*Manager, Forensic Investigations*
Charles M. Anderson

*Senior Forensic Investigator*
Kevin E. O'Connell

***CONFIDENTIAL***

Thasku Joseph
P.O. Box 5016
Hagatna, GA 96932

        **Re:   Ray/Joseph**
                   **Undocketed No. 2016-U104**

Dear Mr. Joseph:

    This office is in receipt of the disciplinary complaint that you filed against Charles A. Ray Jr., Esquire, dated March 7, 2016, which our office received on March 17, 2016. We will write to you again after our preliminary inquiry into this matter.

    If you have a question regarding this matter, please contact Angela Walker at (202) 638-1501. Please refer to the above-referenced undocketed number in all correspondence and telephone calls.

    Sincerely,

Elizabeth A. Herman
Deputy Disciplinary Counsel

EAH:AW

---

*Serving the District of Columbia Court of Appeals and its Board on Professional Responsibility*

*515 5th Street NW, Building A, Room 117, Washington, DC 20001 • 202-638-1501, FAX 202-638-0862*

Date:       May 20, 2016

To:         OFFICE OF BAR COUNCIL

            The Board on   Proffesional Responsibility

            District of Columbia Court of Appeal

            515 Fifth Street NW
            Building A, Suite 117
            Washington, DC 20001

            Phone: 202-638-1501

            Fax: 202-638-0862

From:       Thasku Joseph   (witness, original tax filer and husband for
                Akimine Walter (innocent spouse)

            P.O.Box 5016 Hagatna, Guam 96932 Phone-c/o 671-969-2520

            cell-671-997-2439 E-mail~~~~~~~~~~~

Subject:        Attention: We are extremely exhausted. I motion to order and
            send us the Judgement and   released copy of our own record
        file case number (2016-U104)

Dear Executive Chairman,

First of all, I would like to express, how I feel or how we feel inside our body system. I'm
hoping   that we can exchange our body so the Appel board members can feel the pain,
and the suffering, we have been went through already since the beginning on Akimine's
case, the suffering in her body system, and how embarressed and extremely exhausted
she is and includinging myself. we are.totally exhausted.

Your office proved that these lawyers here on Guam are connected. we don't have

anymore legal office to ask for legal assistance. the appeal board proved what I told Attorney Charles Ray and Agent Kelli Adams in our e-mail communication that it is very hard to find lawyers here because they can contact each other not take our case. we are totally exhausted. The case manager gave the   case number 2016-U104. please, I motion to order our own record based on the case number Miss Walker gave me last night.

  I also understood that Charles Ray still our Attorney. I asked one of the lady work in the Disciplinary Council staff, is attorney Charles Ray still our attorney? she told me yes. I told her, I knew because, I saw his name on the website at the Distric of Columbia Court of appeal. please also help release the record from the US   District Court of Appeal in Washington D.C as well. 2016 CA 002532 B   Civil II

So what I respecfully motion to order, the Judgement, or Court Order. to release our own record file.



Thank you for your cooperation and for your understanding.

Respectfully,

Thasku Joseph

# Request for Appeals Review

Please complete the information in the spaces below, including your signature and the date.

| Taxpayer name(s) | Taxpayer Identification Number(s) |
|---|---|
| Akimine M. Walter | ~~(redacted)~~ |
| **Mailing address** P.O.Box 27677 | **Tax form number** 1040 Amended Return |
| **City** Guam Main Facility | **Tax period(s) ended** 12/2011 |
| **State** Barrigada | |
| **State** Guam  **ZIP Code** 96921 | |

Identify the item(s) (for example: filing status, exemptions, interest or dividends) you disagree with in the proposed change or assessment report you received with the enclosed letter. Tell us why you disagree. You can add more pages if this is not enough space.

**Disagreed item**
1. IRS should award us the 2011 taxref
2. my husband won the appeal process
3. my case should be dismiss
4. IRS shouldn't deduct my S.Sbenefit

**Reason why you disagree**
My husband file his tax return because the Avon office in Pasedona, California inform him to file his tax return with IRS. I only signed the amended return without my knowledge and after my husband amended his tax return without me. I declared that, because my husband assessment is valid, the proper legal and procedural requirements have been met, there fore, my case should dismiss as well.

**Disagreed item**
1. totally disagree with IRS
2. why IRS deducted my Disabled Social Security Benefit.

**Reason why you disagree**
IRS should award us for the amount of tax return for 2011 plus interest until 2014.
The IRS should contact this person who review the facts and the law for this same case, I involved in without my understanding why the IRS has deducted my Social Security Disabled Benefit. and I don't know if I suppose to mention the person assign to my husband case. his name's below.

**Disagreed item**
1. IRS should pay us 2011 tax return
2. from 2011 to 2014 plus interest.
3. it is not my husband fault.
4. The Avon Office in Pasedona, CA

**Reason why you disagree**
This is the Address where you can get information about my husband case similar with mine.
Internal Revenue Service Jacksonville Appeals
400 West Bay St. Suite 252, Stop A Jacksonville, FL 32202

**Disagreed item** *relevant evidence*
① NOTICE CP21C
② TAX YEAR 2011
③ NOTICE DATE 09 2, 2013
④ My husband's S.S. 507-04-
⑤ Contact Number 1-806 829-9374

**Reason why you disagree**
I am totally disagree with The IRS decision to fine me money and penalty and interest.
**Person to Contact( Department Of Treasury )**
Joe Breazeale Employee ID Number:59-06972
Tel-904-665-0975 Fax-904-665-1835

*→ The notice CP21C, TAX year 2011, (notice date, has been closed with cero balances.*

3.57+ 807-04 2253

| Signature of Taxpayer(s) | Date |
|---|---|
| *Akimine M Walter* | Oct 18, 2014 |
| | Date |

**Name and signature of authorized representative (If a representative is signing this form, please attach a copy of your completed Form 2848, Power of Attorney and Declaration of Representative.)**

| Name THASKU JOSEph | |
|---|---|
| Signature | Date OCT 18, 2014 |
| Your telephone number C/6 671-734-1780 | Best time to call 8:00 Am Guam Time or Pacific Time |

Form **12203** (Rev. 4-2004)    Cat. No. 27136N    www.irs.gov    Department of the Treasury - Internal Revenue Service

(9392)



# OFFICE OF BAR COUNSEL
### THE BOARD ON PROFESSIONAL RESPONSIBILITY
### DISTRICT OF COLUMBIA COURT OF APPEALS

515 Fifth Street, N.W.
Building A, Room 117
Washington, D.C. 20001
(202) 638-1501   Fax (202) 638-0862

## COMPLAINT FORM FOR INCARCERATED COMPLAINANT
*(Please print or type.)*

Date: APRIL 4, 2016

A.  Your Name:(Dr.)
    (Mr.)
    (Ms.)
    (Mrs.)     THASKU                              JOSEPH
              (First)          (Initial)          (Last)

DCDC #: _____   Location: GUAM

Fed. I.D. #: _____   Date of Birth: _____

Other Address: P.O. BOX 5016
              (Street)

              HAGATNA          GU              (Apt. #) 96932
              (City)          (State)          (Zip)

Court where case is pending: _____   Case No(s): _____

Date of next court appearance: _____   Before Judge: _____

Superior Court ( ___ )   U.S. District Court ( ___ )   Other _____

B.  Attorney Complained of:
    Name: WE NEED JUSTICE
              (First)          (Initial)          (Last)

    Address: _____
              (Street)                              (Apt. #)

    _____
    (City)              (State)          (Zip)

    Telephone No.: _____   Attorney's Bar No., if known: _____

C.  Have you filed a complaint about this matter anywhere else? _____ If yes, please give details. _____

    TREATED    UNEQUALLY

D.  Do you have a written retainer agreement with the attorney? _____ If yes, please attach a copy. _____

E.  Do you have other documents that are relevant? _____ If yes, please give details and provide copies.

    UNCONSTITUTIONAL

SEE REVERSE SIDE FOR REQUIRED DETAILS & SIGNATURE ➲



# OFFICE OF DISCIPLINARY COUNSEL

May 20, 2016

Wallace E. Shipp, Jr.
*Disciplinary Counsel*

Elizabeth A. Herman
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Jennifer Lyman
Julia L. Porter

*Assistant Disciplinary Counsel*
Joseph N. Bowman
Gayle Marie Brown Driver
Hamilton P. Fox, III
Becky Neal
Dolores Dorsainvil Nicolas
Sean P. O'Brien
Joseph C. Perry
William Ross
H. Clay Smith, III
Traci M. Tait

*Senior Staff Attorney*
Lawrence K. Bloom
Caroll G. Donayre
Jelani Lowery

*Manager, Forensic Investigations*
Charles M. Anderson

*Senior Forensic Investigator*
Kevin E. O'Connell

**_CONFIDENTIAL_**

Thasku Joseph
P.O. Box 5016
Hagatna, GA 96932

Re:    **Ray/Joseph**
        **Undocketed No. 2016-U104**

Dear Mr. Joseph:

      This office is in receipt of the disciplinary complaint that you filed against Charles A. Ray Jr., Esquire, dated March 7, 2016, which our office received on March 17, 2016.  We will write to you again after our preliminary inquiry into this matter.

      If you have a question regarding this matter, please contact Angela Walker at (202) 638-1501.  Please refer to the above-referenced undocketed number in all correspondence and telephone calls.

      Sincerely,

Elizabeth A. Herman
Deputy Disciplinary Counsel

EAH:AW

# Xerox WorkCentre 5330
## Transmission Report

| G3-ID | 6714727000 | | | | | | Date & Time : 06/06/2016  12:49 PM |
|---|---|---|---|---|---|---|---|
| Local Name | FAST COPY | | | | | | Page : 1(Last Page) |
| Company Logo | SYSTEM MANAGEMENT | | | | | | |

The job has been sent.
Original Size: 8.5 x 11"

| # | Job | Remote Station | Start Date & Time | Duration | Pages | Protocol | Contents | Status |
|---|---|---|---|---|---|---|---|---|
| 1 | 4675 | 2022080858 | 6- 6; 12:36 PM | 13:05 | 8/- | G3 | | Completed |

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CHECKLIST FOR EMERGENCY MOTIONS

Type of motion: Court order          When will it be filed? Date: 06/6/16      Time: Mail,fax,etc

Disposition needed by: Date: 6/15/16      Time:  asap       Why? no attorney repesents us

Will the motion be served by hand? ○ Yes ◉ No   If not, why not? Live Guam

Date of Lower Court/Agcy Decision:  No  Leg  When will copies be provided to the court?   ODC has

Status of Lower Court/Agency proceedings: OFFICE OF DISCIPLINARY COUNSEL, DC Court of appeal

Any hearings scheduled? ○ Yes ◉ No     When?    not yet

Status of motion for stay/injunction pending appeal filed with lower court or agency? I depend on them

Is there a case pending in USCA now? ○ Yes ◉ No  Case No. and Caption: 2016 - U104

When will disclosure statements be filed? _____

If a Notice of Appeal or Petition for Review has not been filed, when will one be? _____

Brief description of the case: (What is happening & when?):
Innocent and Mental illness Akimine Walte. order to deposit her money in her  Bank Account on file with
the  O,DC..Section 142 Magistrates  Court Act 1980,(Section 37 of Mental Health Act)),Document
Name of counsel: _____

Office #:( 202 ) 638-1501       Home #:( )     -       Fax #:( 202 )  638-0863

Name of opposing counsel: Office of Attorney  Charles A, Ray, TIGTA,IRS, ADVOCATE, etc  ETC

Office #:( 202 )  824-8123      Home #:( )     -       Fax #:( 202 )  824-0640

Comments:
Emergency court order to file. I Thasku Joseph respectfully  motion to order to release her money and
order  pay damages. Akimine Walter  is  Totally  innocent
spouse ) to appoint us attorney  or the court to do the legal Bank Transaction and send us the original

**FOR CLERK'S OFFICE USE ONLY** Deputy Clerk: _____          Date: _____

Who is notified in LD? _____          Time: _____

## ROUTING

Staff Attorney Assigned: _____          Other: _____

Clerk ____   Ch. Deputy Clerk ____   LD Office ____   Team Leader ____   Supv/Op Unit ____   Intake ____

USCA Form 2
August 2009 (REVISED)

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature    Mail Room
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* NOV 3 2016   Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No
   U.S. District Court of C.C.

1. Article Addressed to:

ATT: MIKE DARBY RM:
1225
U.S. Court of Appeal
Dist. of Columbia Circuit
233 Constitutional av, N W
Washington D.C. 20001-2886

9590 9402 2143 6193 3312 24

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery *(over $500)*

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*
7016 1370 0001 4913 8298

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* RECEIVED   C. Date of Delivery
   Mail Room

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No
   Angela D. Caesar, Clerk of Court
   U.S. District Court, District of Columbia

1. Article Addressed to:

ANGELA D. Caesar
Rm 1130
U.S. COURT Of AppEALS
District of Columbia Circuit
333 Constitution Av, NW
Washington, DC 20001-2866

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from serv.)*   7015 1660 0000 0546 7031

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



RECEIVED
Mail Room

DEC 8 2016

A. D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

MAR-28-2016 MON 03:32 PM NETCOPY          FAX:6717342211          P.001/009

**UNITED STATES POSTAL SERVICE**

CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to: LAW Office of Attorney
Address: Charles RAY 1001, ST, NW
Washington DC. 20036

KEEP THIS RECEIPT FOR YOUR RECORDS

**Fax**

Serial Number 23396461547

Year, Month, Day 2016-03-04   Post Office 969110   Amount $200.00   Clerk 05

---

To: BAR Council          From: Hasku Joseph          SCANNED

MAR 28 2016

Pages:

Phone:                    Date:

Re:                                    OFFICE OF DISCIPLINARY COUNSEL

cc:                                    MAR 28 2016

☑ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

RECEIVED

• Comments:

Supporting EVIDENCE FOR THOSE
Documents ALREADY SEND PRIORITY
MAIL AND E-MAIL

---

7015 1730 0002 2104 5066

**Certified Mail**   $3.45

Certified (Wednesday 03/08/2016)

Certified (USPS Certified Mail #) 1   $3.45
(70151730000221045066)

Return Receipt 1   $2.80
(USPS Return Receipt #)
(9590502106150307056494)

Total Postage and Fees $12.70

Package ✓   $6.45

Total   $12.70

Cash   $13.00

Change   ($0.30)

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit USPS.com USPS Tracking or call 1-800-222-1811.

BRIGHTEN SOMEONE'S MAILBOX. Greeting cards available for purchase at select Post Offices.

Save this receipt as evidence of ... for information on filing

USPS Certified Mail Receipt
Law Office of Charles RA
1001 16th St
Washington DC 2003



**PERSONAL FINANCE CENTER**
Years    126 Chalan San Antonio, Tamuning, GU 96913    You're First In All We Do

November 4, 2016

AKIMINE WALTER
TIIASKU JOSEPH
PO BOX 27677
BARRIGADA GU 96921

> **TAX REFUND LOAN PROGAM IS BACK!**
> (See Loan Department for further details)

PFC LOAN NO:                119430501
TOTAL AMOUNT PAST DUE:      $209.99

<u>PAST DUE NOTICE</u>

Dear Sir/Madam:

Your loan with PFC is now **PAST DUE**. The Promissory Note, which you signed, states payments are supposed to be made monthly. Our records indicate that you have not fulfilled this agreement.

If you are having problems making the payment, as due, please come in to our office to work out an acceptable arrangement. Credit hardship assistance programs may be available dependent on your situation.

If we do not hear from you or receive payment for the amount due in **10 days**, we may be forced to proceed with more stringent measures to collect what you owe.

You may make your payments at our Tamuning or Dededo Center from 9:00 a.m. to 5:00 p.m. Monday – Friday or, 9:00 a.m. – 1:00 p.m. Saturday (Tamuning Only). PFC is now accepting DEBIT CARD payments for loan transactions.

Please disregard this **NOTICE** if payment has been made.

Sincerely yours,

Collection Department
300-7306



MAR-28-2016 MON 03:32 PM NETCOPY                    FAX:6717342211              P.002/009



# OFFICE OF BAR COUNSEL

### THE BOARD ON PROFESSIONAL RESPONSIBILITY OF DISCIPLINARY COUNSEL
### DISTRICT OF COLUMBIA COURT OF APPEALS

515 Fifth Street, N.W.
Building A, Room 117
Washington, D.C. 20001
(202) 638-1501   Fax (202) 638-0862

MAR 2 8 2016

**RECEIVED**

### COMPLAINT FORM FOR INCARCERATED COMPLAINANT
*(Please print or type.)*

Date: March 28,2016

A.  Your Name: (Dr.)
    (Mr.)
    (Ms.)
    (Mrs.)    **Thasku**                                    **Joseph**
                    (First)              (Initial)              (Last)
DCDC #: _____    Location: Guam USA

Fed. I.D. #: _____    Date of Birth: 01/12/1961

Other Address: **P.O. Box 5016**
                    (Street)
            Hagatna                    Guam                    (Apt. #)
                                                              96932
            (City)                    (State)                (Zip)
Court where case is pending: _____    Case No(s) : _____

Date of next court appearance: _____    Before Judge: _____

Superior Court ( __ )    U.S. District Court ( __ )    Other Office of Bar Council (Your Office)

B.  Attorney Complained of:
    Name: **Charles**              **A**              **Ray**
                    (First)              (Initial)              (Last)
    Address: 1001 16th St. NW
                    (Street)              (Apt. #)
            Washington              D.C              20036
            (City)                    (State)                (Zip)
    Telephone No.: 202-824-8123    Attorney's Bar No., if known: _____

C.  Have you filed a complaint about this matter anywhere else? yes ____ If yes, please give details. I believe
    our case were settled two times out side court settlement between the Attorneys
    law office of Cook and Gunliffe here on Guam, and our Attorney above Charles Ray.

D.  Do you have a written retainer agreement with the attorney? yes ____ If yes, please attach a copy. we were
    trick to signed the POA. our confidential documents were confisticated.

E.  Do you have other documents that are relevant? yes ____ If yes, please give details and provide copies.
    I had submitted by e-mail and sent by priority mail already with the address above.

RECEIVED
Mail Room also fooled to signed POA to the IRS appeal officer Jannet and Tigta Kelli Adams

DEC 8

SEE REVERSE SIDE FOR REQUIRED DETAILS & SIGNATURE ⮌

D. Caesar, Clerk of Court
District of Columbia

F. DETAILS OF COMPLAINT: We are exausted, suffered, imparressed deeply in our body system. our case never reached the court by these people we had expected them do to the settlement and file lawsuit on our behalf. we were ignored by them. they refused to send us our money and send us legal documents. I had called attorney Charles and email him to send us his evaluation and bills for his performance, he never answer me back with my request. we argue over the phone because he told me he didn't find Kelli Adams, Miss Futon and Amy Jones any wrong doing. I ask what about confisticated our documents. he told me, I have to list down my finding 12345 and send him. I told him, I am not a attorney that why I asked for your professional legal assistance. he was shouting told me again list down 12345 and send him compare to his. I also asked him about the referral I send him by e-mail from the DOJ. he lied, he didn't receive. according to his e-mail becuase the referral is out of hisjob I have to pay him $ 500.00 he is going to start working on my case. I beleive the TIGTA. IRS. and Attorney dealt to covered up everthing on the computer data system to make hard for future investication. Last year 2015 between the month of Oct and Dec I called his office, his secretary told me he is on the phone with IRS. I also called him after I forward him, the FOIA I requested, he told me, he didn't recieved the attachment. I forward to him again. and follow up again, his secretary told me he is on the phone with IRS audit. I also called the office of Amy Jones only answering mechine to leave my name and number.

Please help us RECOVER OUR money.

**The Undersigned hereby certifies to the Office of Bar Counsel
that the statements in the foregoing Complaint are
true and correct to the best of my knowledge.**

SIGNATURE



Date: Oct 15, 2015

Dear Our Attorney Charles,

I talked to this lady in this e-mail on the phone 30 minutes a ago . I ask her to contact you and she said their office not contact attorney. She explain to me to respond to this e-mail and stated the record I'm requesting. I also explain to her that I have old POA of attorney that Akimine Walter authorized me to represent her before I changed the new POA what she told me to follow the statement In the attachments and she will able to process my request. I'm sending you to look at it if you allow me to do this according to her directions

We or I make request under the (FOIA ) to receive the legitimate resolution of our petition to the U.S. Tax court the TIGTA has on file on our behalf. the record TIGTA has in the attachments. we have the legal rights to know the complain record number 55-1508-0165-c. our signatures and copy of our passport are in the attachments too. we agree to pay the processing fees in this request iif our attorney Charles Ray agrees to this request you ask us to send you asap. our attorney Charles Ray will review and send you his decision based on the authorization letter I sent him to do all the legal issues on our behalf. you can locate the record, I or we request by looking at the attachments.

my mailing address is P.O.BOX 5016 Hagatna Guam 96932. my wife's mailing address is P.O. Box 27677 Barrigada, Guam 96921. It doesn't matter which mailing address you send our request to. the telephone number you can leave message by calling our attorney at -202-824-8123 fax-202-824-0640. or c/o 671-969-2520 cell 671-864-4907.

I, Thasku declare under oat and perjury that all the statements in this instrument above are true and correct for the best of my knowledge.

Regards,

Thasku Joseph rep for Akimine Walter

## COMPLAINANT CONSENT/RELEASE FORM

Your Name:  Thasku Joseph

Address:

Complaint Number(s) (if known):

*Please read the information below, check the appropriate box, and sign this form.*

As a complainant, I understand that in the course of an investigation it may be necessary for the Department of the Treasury (Department) to reveal my identity to persons at the agency under investigation.  I am also aware of the obligations of the Department to honor requests under the Freedom of Information Act.  I understand that it may be necessary for the Department to disclose information, including personally identifying details, which it has gathered as a part of its investigation of my complaint.  In addition, I understand that as a complainant I am protected by the Department's regulations from intimidation or retaliation for having taken action or participated in action to secure rights protected by nondiscrimination statutes enforced by the Department.

### CONSENT/RELEASE

_____ **CONSENT** - I have read and understand the above information and authorize the Department to reveal my identity to persons at the agency under investigation.  I hereby authorize the Department to receive material and information about me pertinent to the investigation of my complaint.  This release includes, but is not limited to, personal records and medical records.  I understand that if, during the course of the investigation, the Department determines that it needs to receive, review or copy documents or records that are not in its or my possession, the Department will request that I sign a release that specifically describes the documents or records sought, and the name and mailing address of the entity that is the custodian of the documents or records described.  I understand that the material and information will be used for authorized civil rights compliance and enforcement activities.  I further understand that I am not required to authorize this release, and do so voluntarily.

_____ **CONSENT DENIED** - I have read and understand the above information and do not want the Department to reveal my identity to the agency or institution under investigation, or to review, receive copies of, or discuss material and information about me, pertinent to the investigation of my complaint.  I understand this is likely to impede the investigation of my complaint and may result in the closure of the investigation.

_____

Signature and Date



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

Akimine Walter
PO Box 27677
Barrigada, Guam 96921

Dear Ms. Walter:

The U.S. Department of the Treasury, Office of Civil Rights and Diversity (OCRD) is responsible for processing complaints of program discrimination filed against a U.S. Department of the Treasury agency or recipient of financial assistance.

On January 6, 2016, OCRD emailed you concerning several emails that you sent to our office. Within the January 6 email, OCRD requested clarification about your allegations as it was unclear whether your emails to our office were sent to copy our office or if your intention was to file a complaint. OCRD did not receive the requested information from you or your representative, Thasku Joseph. As a result, OCRD closed your case.

On May 16, 2016, the Internal Revenue Service Civil Rights Division (IRS CRD) forwarded a complaint to OCRD. The complaint was filed by Thasku Joseph. Within the complaint, Mr. Joseph alleged that the IRS Appeals Office discriminated against you based on your disability (mental) and national origin (unknown) when, the Appeals Office closed its case against you and then reopened the case to purse its collection efforts against you by levying your social security income.

OCRD has determined that we need additional information from you to continue processing your complaint. Without this information, we cannot process your complaint adequately. As a result, you must provide our office with additional information within **30 days** of the date of receipt of this letter or your case will be closed. This information should be provided with sufficient detail to enable our staff to clearly understand the circumstances of your complaint. Please provide our office with the following:

- The date(s) on which the incident you are reporting as discrimination occurred. Please note that our office has authority to investigate only actions that took place no more than 180 days prior to the filing of your complaint. If the incident occurred more than 180 days ago; therefore, you may request a waiver of the filing requirements. If you wish to request a waiver, please explain why you failed to file within the 180-day period.

Before we begin investigating your allegation, we need to obtain your consent as well as your representative's consent. Enclosed are **four** copies of a Complainant Consent/Release Form concerning the Privacy Act of 1974 and the Freedom of Information Act. Please review this form and decide whether you wish us to release your identity during the investigation. By giving your consent, you agree that your identity as a complainant and personal information about you may be



**U.S. Department of Justice**

Civil Rights Division

*Disability Rights Section - NYA*
*950 Pennsylvania Ave, NW*
*Washington, DC  20530*

DEC 2 3 2015

## <u>Notice of Referral of Complaint</u>

Reference:   CTS# 530708; Joseph Thasku and Akimine Walter, Hagatna, GU
regarding IRS Appeals Office, Seattle, WA; received by DOJ on August
21, 2015

The Disability Rights Section has received your complaint alleging disability discrimination.
After careful review, we have determined that your complaint raises issues that are more
appropriately addressed by the Department of the Treasury.  We, therefore, have referred your
complaint to that agency for appropriate action.  The Disability Rights Section will take no
further action on the matter that has been referred.  To check the status of your complaint, or to
submit additional information, please contact the following:

Ms. Mariam G. Harvey
Associate CHCO
U.S. Department of the Treasury
Office of Civil Rights and Diversity
1500 Pennsylvania Avenue, N.W.
ATTN: 1801 L Street, N.W.
Suite 600
Washington, D.C.  20220
(202) 622-0316 (Voice)
(202) 622-7104 (TTY)
F-202-622-0367

DJ#  202-82-0



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

Akimine Walter
PO Box 27677
Barrigada, Guam 96921

Dear Ms. Walter:

The U.S. Department of the Treasury, Office of Civil Rights and Diversity (OCRD) is responsible for processing complaints of program discrimination filed against a U.S. Department of the Treasury agency or recipient of financial assistance.

On January 6, 2016, OCRD emailed you concerning several emails that you sent to our office. Within the January 6 email, OCRD requested clarification about your allegations as it was unclear whether your emails to our office were sent to copy our office or if your intention was to file a complaint. OCRD did not receive the requested information from you or your representative, Thasku Joseph. As a result, OCRD closed your case.

On May 16, 2016, the Internal Revenue Service Civil Rights Division (IRS CRD) forwarded a complaint to OCRD. The complaint was filed by Thasku Joseph. Within the complaint, Mr. Joseph alleged that the IRS Appeals Office discriminated against you based on your disability (mental) and national origin (unknown) when, the Appeals Office closed its case against you and then reopened the case to purse its collection efforts against you by levying your social security income.

OCRD has determined that we need additional information from you to continue processing your complaint. Without this information, we cannot process your complaint adequately. As a result, you must provide our office with additional information within **30 days** of the date of receipt of this letter or your case will be closed. This information should be provided with sufficient detail to enable our staff to clearly understand the circumstances of your complaint. Please provide our office with the following:

- The date(s) on which the incident you are reporting as discrimination occurred. Please note that our office has authority to investigate only actions that took place no more than 180 days prior to the filing of your complaint. If the incident occurred more than 180 days ago; therefore, you may request a waiver of the filing requirements. If you wish to request a waiver, please explain why you failed to file within the 180-day period.

Before we begin investigating your allegation, we need to obtain your consent as well as your representative's consent. Enclosed are **four** copies of a Complainant Consent/Release Form concerning the Privacy Act of 1974 and the Freedom of Information Act. Please review this form and decide whether you wish us to release your identity during the investigation. By giving your consent, you agree that your identity as a complainant and personal information about you may be

revealed in the course of the investigation, and that the Department of the Treasury may receive personal information concerning you. If you do not agree to release your identity, this decision may limit or prevent any investigation or action and will result in the closure of your complaint. Please complete one of the forms and return it to this office **within 30 days** of receipt of this letter. You may retain the other copies for your records. Once we receive your response and the consent form, we can continue processing your complaint.

Mail your completed response and consent form to the Director, Office of Civil Rights and Diversity, 1500 Pennsylvania Ave., N.W., Washington, DC 20220. You can also fax it to us at (202) 622-0367.

Under the Freedom of Information Act, it may be necessary to release this document and related correspondence and records upon request. In the event that we receive such a request, we will seek to protect, to the extent provided by law, personal information that, if released, could constitute an unwarranted invasion of privacy.

You should be aware that no one may intimidate, threaten, coerce, or engage in other discriminatory conduct against anyone because he or she has either taken action or participated in an action to secure rights protected by the nondiscrimination statutes and regulations we enforce. Any individual alleging such harassment or intimidation may file a complaint if the situation warrants.

If you have any questions concerning this letter, please feel free to contact Ms. Marcia Small at (202) 622-8177 (voice), by e-mail at marcia.small@treasury.gov or by fax at (202) 622-0367.

Thank you for your cooperation.

Sincerely,

Lydia E. Aponte Morales
Civil Rights Program Manager
Office of Civil Rights and Diversity
U.S. Department of the Treasury

Enclosures: Consent Forms

Dear Attorney Charles,

This second time I send you this single attachments. Charles Attorney, you understood me from the beginning I prayed for your humble and cooperation to help us from your heart you know that my wife needs your legal assistance.my question is do you have money from the Settlement office Miami Florida or IRS and etc according to the POA I sent you last year and authorization letter.. please help. my question is if you don't review the new information below. can you up to date us with information you have for us.

1. Our letter from USDOJ referral.

2 Letter to U.S. Tax court.

3. New Copies from The Appeal office in Frenso Ca.

and those documents you already have but I just resend you again.

Respectfully,

Thasku Joseph and Akimine Walter legally married.

P/S the letter from the Appeal Settlement office in Miami Florida (Norma Diaz). she made mistake there is no Mr. Walter in our family. I am Mr. Joseph.

On Wed, Feb 3, 2016 at 6:25 AM, Charles Ray <cray@charlesraylaw.com> wrote:

> There was nothing attached. We require $500.00 for reviewing your documents before we begin the work, as we have stated to you on multiple occasions. This fee has been discounted to you because you came to us through a referral service.
>
> Hope this helps.
>
> Charles A. Ray, Jr., Esq.
>
> Law Offices of Charles A. Ray
>
> The Capital Hilton Hotel
>
> 1001 16th Street, NW
>
> Washington, D.C. 20036

**From:** Aki Walter
**Sent:** Wednesday, February 3, 2016 7:27 AM
**To:** Charles Ray
**Subject:** Re: can you please answer me back or pickup your phone



**U.S. Department of Justice**

Office of the Inspector General

*Investigations Division*

*1425 New York Avenue NW, Suite 7100*
*Washington, D.C. 20530*

June 30, 2016

Thasku Joseph
P.O. Box 5016
Hagatna, Guam 96932

Dear Mr. Joseph:

The purpose of this letter is to acknowledge receipt of your correspondence dated June 24, 2016. The matters that you raised are more appropriate for review by another office or Agency. Therefore, your complaint has been forwarded to:

Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Rm 5649
Washington, D.C. 20530

Any further correspondence regarding this matter should be directed to that office.

I hope this answers any questions you have relative to this matter.

Sincerely,

Office of the Inspector General
Investigations Division

# BANK OF GUAM
## THE PEOPLE'S BANK
Member FDIC

# STATEMENT OF ACCOUNT

| | |
|---|---|
| Page | * 1 of 2 |
| Date | 05/31/16 |
| Account # | ******2706 |

*********AUTO**SCH 5-DIGIT 96910
1251 0.5430 AV 0.376    5 1 80
AKIMINE WALTER
THASKU JOSEPH
PO BOX 27677
BARRIGADA GU 96921-6953

Dear Customer,
Effective August 01, 2015, Bank of Guam will be changing the terms of your personal savings account as follows:
A Minimum Balance Fee of $3.00 will be imposed every month if the balance in the account falls below $100.00 any
day of the month. This fee will be assessed whether the account is classified as active or dormant.
If you have any questions, please do not hesitate to visit any Bank of Guam Branch location or call (671) 472-5300.

## ******2706          STATEMENT SAVINGS - PERSONAL

| | | |
|---|---|---|
| Previous Balance | 03/31/16 | 0.00 |
| + Deposits/Credits | 3 | 648.10 |
| - Withdrawals/Debits | 4 | 646.00 |
| - Service Charge | | 2.10 |
| + Interest Paid | | 0.00 |
| Current Balance | | 0.00 |
| Days in Statement Period | 61 | |

### Overdraft Charges/Refunds Summary

| | This Cycle | YTD |
|---|---|---|
| Total returned item fees | 0.00 | 0.00 |
| Total overdraft fees | 0.00 | 0.00 |
| Total fees charged | 0.00 | 0.00 |
| | This Cycle | YTD |
| Refund of returned check fees | 0.00 | 0.00 |
| Refund of paid check fees | 0.00 | 0.00 |
| Total fees refunded | 0.00 | 0.00 |

### Account Activity

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 03/31/16 | BEGINNING BALANCE | | | $0.00 |
| 04/13/16 | SSA  TREAS 310  XXSOC SEC AKIMINE M WALTER | | $324.00 | $324.00 |
| 04/13/16 | WITHDRAWAL | $317.00 | | $7.00 |
| 04/19/16 | SAVINGS DEPOSIT | | $0.10 | $7.10 |
| 04/19/16 | WITHDRAWAL | $7.00 | | $0.10 |
| 04/29/16 | SERVICE CHG SYS-GEN | $0.10 | | $0.00 |
| 05/11/16 | SSA  TREAS 310  XXSOC SEC AKIMINE M WALTER | | $324.00 | $324.00 |

# BANK OF GUAM
### THE PEOPLE'S BANK
Member | DIC

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Page | 1 of 1 |
| Date | 07/31/15 |
| Account # | ~~216017706~~ |

*********AUTO**SCH 5-DIGIT 96910
1048 0.3800 AV 0.391   3 1 348
AKIMINE M WALTER
PO BOX 27677
BARRIGADA GU 96921-6953

Dear Customer,
Effective August 01, 2015, Bank of Guam will be changing the terms of your personal savings account as follows:
A Minimum Balance Fee of $3.00 will be imposed every month if the balance in the account falls below $100.00 any day of the month. This fee will be assessed whether the account is classified as active or dormant.
If you have any questions, please do not hesitate to visit any Bank of Guam Branch location or call (671) 472-5300.

### STATEMENT SAVINGS - PERSONAL

| | | |
|---|---|---|
| Previous Balance | 06/30/15 | 0.19 |
| + Deposits/Credits | 1 | 275.40 |
| - Withdrawals/Debits | 1 | 275.00 |
| - Service Charge | | 0.00 |
| + Interest Paid | | 0.00 |
| Current Balance | | 0.59 |
| Days In Statement Period | 31 | |

### Account Activity

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 06/30/15 | BEGINNING BALANCE | | | $0.19 |
| 07/08/15 | TCS  TREAS 449  XXSOC SEC AKIMINE M WALTER | | $275.40 | $275.59 |
| 07/08/15 | WITHDRAWAL | $275.00 | | $0.59 |

### Interest Rate Summary

| Date | Rate | Date | Rate | Date | Rate |
|---|---|---|---|---|---|
| 06/30/15 | 0.250 | | | | |

NO ENCLOSURES THIS STATEMENT
END OF STATEMENT



**U.S. Department of Justice**

Civil Rights Division

Disability Rights Section - NYA
950 Pennsylvania Avenue N.W.
Washington, DC 20530

JUN 1 3 2016

Joseph Thasku
P.O. Box 5016
Hagatna, GU 96932

Re:    Attorney Cook and Gunliffe, Akimine Walter, and U.S Department of Treasury

Dear Mr. Thasku:

This is in response to the complaint that you filed with this office alleging a possible violation of the Americans with Disabilities Act (ADA). After carefully reviewing the information that you provided, we have decided not to take any further action on your complaint. Unfortunately, because the Section receives thousands of ADA complaints each year, we do not have the resources to resolve all of them.

It is important to note that the Justice Department has made no determination regarding the merits of your complaint or whether it could be redressed under the ADA or another statute. Moreover, our decision not to take further action does not affect your right to pursue your complaint in another manner. You may wish to contact an attorney or legal service provider to determine what remedies may be available.

In addition, a number of other options are available to you, including consulting state or local authorities or disability rights groups. Enclosed is a list of such organizations serving your area. These listings come from various sources, and our office cannot guarantee that the listings are current and accurate. We suggest that if you contact any of these organizations, you let them know that you have received this letter from us, so that they will not forward your complaint to our office.

The text of the ADA, the Department's regulations, and many technical assistance publications are provided on our ADA Home Page at http://www.ada.gov. If you have specific questions about Title II or III of the ADA, or want copies of technical assistance publications sent to you, you may call the ADA Information Line at 800-514-0301 (voice) or 800-514-0383 (TTY).

We regret that we are unable to further assist you in this matter.

Sincerely,

Carmen Romero
Director of Intake Unit
Disability Rights Section

Enclosures
555103 555380 555102

Client Assistance Program
Disability Rights Center of
Virgin Islands
63 Estate Cane Carlton
Frederiksted
St. Croix, VI 00840
(340) 772-1200 (Voice)

*This letter with the letter from Carmen Remero from USDOJADA*

## More U.S. Territories

### American Samoa

#### Independent Living Centers

Samoa Center for Independent
Living/DHR
P.O. Box 4561
Pago Pago, AS 96799
(011) 684-699-1371 (Voice)
(011) 684-699-1381 (TTY)

#### Protection and Advocacy,
#### Client Assistance Program
P.O. Box 3937
Pago Pago, AS 96799
011 (684) 633-2441

#### Vocational Rehabilitation
Department of Human and
Social Services
Division of Vocational
Rehabilitation
American Samoa Government
P.O. Box 4561
Pago Pago, AS 96799
011 (684) 699-1371

### Guam

#### Independent Living Centers:

Guam Center for Independent Living
426 Chalan San Antonio Road,
Suite 205
Tamuning, GU 96929
(671) 647-4548/4549 (Voice)
(671) 647-4552 (TTY)

#### Protection and Advocacy Agency
Disability Law Center
113 Bradley Place
Hagatna, Guam 96910
1(671) 477-9811
1(671) 477-3416 (TTY)

Vocational Rehabilitation
Department of Vocational Rehabilitation
1313 Central Avenue
Tiyan, GU 96913
011 (671) 475-4646 (Voice)
011 (671) 477-9183 (TTY)

#### Client Assistance Program
Guam Client Assistance Program
UIU Building, Suite 2F
P.O. Box 23474
237 South Marine Corps Drive
GMF, GU 96921
1(671)637-4227

DATE: Oct 18, 2014

TO: INTERNAL REVENUE SERVICE
ACS Corrospondence
P.O. BOX 8208
Philadelphia, PA 19101-8208

FROM: Akimine M. WALTER
P.O BOX 27677
BARRIGADA, GU 96921

Subject: Request for the $9,699.00 plus intrest till
2014

Dear Sir/Madam

I am Thacku Joseph, I am not an Attorney nor
an Accountant. I am repesenting Akimine M. Walter
because I understood the case that caused
her Menthal illness more worse than before.
Akimine M. Walter is a clients for Guam Menthal
health subtance abuse and also a clients
for the Guam Vocational rehabilitation.
She recives little money from the Social Security
disable benefit every month. She didn't aware
of her disable benefit has deducted after, She
noticed that, the amount She supposed to get
every month isn't right amount.  Continued →

If I DID NOT MEET ANY
Requirement PART OF THE I.R.S Form 2648
For Represent her. Please find her
the Best ADVOcate Lawyer OR
Any PRIVATE Lawyer Can assist
her 100%.

THE WAy, I believe to solve
her Mental illness or Make her
back to Normaly If I.R.S Pay
her an Money For what She is
asking For.

Thank you very much
for you Understanding and for
Your Cooperaation.

Best Regards
THASKEl Joseph For Akimine M. Wattoor



# OFFICE OF DISCIPLINARY COUNSEL

May 26, 2016

Wallace E. Shipp, Jr.
*Disciplinary Counsel*

Elizabeth A. Herman
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Jennifer Lyman
Julia L. Porter

*Assistant Disciplinary Counsel*
Joseph N. Bowman
Gayle Marie Brown Driver
Hamilton P. Fox, III
Becky Neal
Dolores Dorsainvil Nicolas
Sean P. O'Brien
Joseph C. Perry
William Ross
H. Clay Smith, III
Traci M. Tait

*Senior Staff Attorney*
Lawrence K. Bloom
Caroll G. Donayre
Jelani Lowery

*Manager, Forensic Investigations*
Charles M. Anderson

*Senior Forensic Investigator*
Kevin E. O'Connell

**_CONFIDENTIAL_**

Thasku Joseph
P.O. Box 5016
Hagatna, GU 96932

            **Re:**    **Ray/Joseph**
                          **Undocketed No. 2016-U104**

Dear Mr. Joseph:

      This office has completed its review of the disciplinary complaint that you filed against Charles A. Ray Jr., Esquire. You state that Mr. Ray was dishonest and violated the privacy of you and your wife, Akimine Walter. You state that Internal Revenue Service ("IRS") framed your wife. You state that Mr. Ray requested $500 to represent you. You are requesting assistance in recovering your money through the IRS.

      Upon review, we decline to proceed with a full investigation of your complaint. With regards to your concerns involving Mr. Ray, you failed to provide facts or evidence in support of your allegations of dishonesty and the invasion of privacy. Additionally, Mr. Ray's request for a fee to represent you is not an ethical violation. With regards to your concerns involving the IRS, we do not have jurisdiction over such matters.

      Accordingly, we decline to open a full investigation and have closed our file. We thank you for bringing your concerns to our attention.

                         Sincerely,

                         Elizabeth A. Herman
                         Deputy Disciplinary Counsel

EAH:AW



# OFFICE OF DISCIPLINARY COUNSEL

May 26, 2016

Wallace E. Shipp, Jr.
*Disciplinary Counsel*

Elizabeth A. Herman
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Jennifer Lyman
Julia L. Porter

*Assistant Disciplinary Counsel*
Joseph N. Bowman
Gayle Marie Brown Driver
Hamilton P. Fox, III
Becky Neal
Dolores Dorsainvil Nicolas
Sean P. O'Brien
Joseph C. Perry
William Ross
H. Clay Smith, III
Traci M. Tait

*Senior Staff Attorney*
Lawrence K. Bloom
Caroll G. Donayre
Jelani Lowery

*Manager, Forensic Investigations*
Charles M. Anderson

*Senior Forensic Investigator*
Kevin E. O'Connell

**_CONFIDENTIAL_**

Thasku Joseph
P.O. Box 5016
Hagatna, GU 96932

         Re:  **Ray/Joseph**
            **Undocketed No. 2016-U104**

Dear Mr. Joseph:

  This office has completed its review of the disciplinary complaint that you filed against Charles A. Ray Jr., Esquire. You state that Mr. Ray was dishonest and violated the privacy of you and your wife, Akimine Walter. You state that Internal Revenue Service ("IRS") framed your wife. You state that Mr. Ray requested $500 to represent you. You are requesting assistance in recovering your money through the IRS.

  Upon review, we decline to proceed with a full investigation of your complaint. With regards to your concerns involving Mr. Ray, you failed to provide facts or evidence in support of your allegations of dishonesty and the invasion of privacy. Additionally, Mr. Ray's request for a fee to represent you is not an ethical violation. With regards to your concerns involving the IRS, we do not have jurisdiction over such matters.

  Accordingly, we decline to open a full investigation and have closed our file. We thank you for bringing your concerns to our attention.

        Sincerely,

        Elizabeth A. Herman
        Deputy Disciplinary Counsel

EAH:AW

Department of The Treasury IRS

Appeals office 915 second avenue

room 2790, ms w680

seattle, wa 98174                    Attention:Janet K Fletcher E-N0276951

                                       tel 206-946-3574

                                       Akimine Walter

                              P.O. Box 27677 Barrigada, Gu

                           96921phone-671-734-1730

**Human Rights Violation**

## REQUEST FOR APPEAL AND RECONSIDERATION

The principles of International Laws which were conceived in order to promote democracy, rule of law, respect for human rights and human diginity all over the world.Thus, self-determination was one of the core principles and fundamental rights,but could not be seperable from other principles such as sovereign equality, territorial integrity, peaceful settlements of disputes,non-intervention in internal affairs and respect for human rights and fundamental freedoms.

## DECLARATION OF THE DISABILITY (AKIMINE WALTER)RIGHTS HAD BEEN ILLEGALLY VIOLATED.    BASED ON THE FACTS AND INCIDENTS ADMITTEDLY BY IRS INTENTIONALLY

## Demand    For Payment Of Past Due Violation

## $15 Million Bill of Peace for Damaged,Suffered, Caused her body painfully

I, Thasku Joseph,    represent Akimine Walter and    a truly witness, of the true facts regarding Akimine Walter Case. I am not an Attorney nor an accountant. I may ask for any Qualify Attorney can represent her asap. because of the true facts that IRS treated Akimine Walter unequally less than human being intentionally.also,I kindly request for an appeal and    reconsideration of this case that violation of the mental retarded individual Akimine Walter rights admittedly by IRS intentionally. I have seen and known this same case against Akimine Walter and had been    solved 2 years ago. I am    totally disagree with IRS to charge Akimine Walter for the same offense twice. This is violation of the law for recharge    a human being for the same offense that has been solved and (dismiss)completely already. IRS knew the individual person has mental illness and    took advantaged of her (Akimine Walter) because of her mental illness, her nationality, and knew Akimne Walter couldn't able respond to the IRS letter. after all, IRS used of forced illegally to charge her twice for the same offense intentionally. IRS violated the American Disability Act, (ADA )discrimination and prejudice tort her brain caused damaged, suffered,painfully in her body, as well as invation of her privacy in person.after all these facts admittedly by IRS, the disabled retarted person Akimine Walter, her mental illness became worst and unmanageable, to her medication (shot)at Guam Mental Health every month.Additionally, for the past 6 months, she missed her    monthly shot because IRS used the documented paper as ilegal forced to harrassed her to pay IRS money she owed ,which already solved and IRS deducted her disability monthly benefit illegally

and intentionally.

## DISCOVERED NEW FACTS AND FINDING OF VIOLATION ADMITTEDLY BY IRS

1. Violation of the International Law Human Civil Rights Title VII ACT Intentionally

2. Violation of the American Disability Act (ADA) Discrimination against the disabled Akimine Walter Intentionally (a civil rights law that prohibits discrimination against people with disability)

3. Used ilegal forced to sized her social security disability benefit intentionally (invation of her privacy)Violation her privacy (without due process)

4.Doctrine ilegal method    and prejudice documented papers tort her mind for IRS present and futures gain (Invation of her privacy in person) Intentionally

5. Treat the disability individual unegually to charge her twice for the same offense. and    not respect her dignity and freedom intentionally

6.Deducted her monthly disabled benefit ilegally without her knowledge and approval.invation    of her privacy (violation of her privacy in paper) intentionally

7.Violation of the Disability Rights intentionally

8. Prejudice and discrimination because of her nationality

9.Frame her for wrongfull incidents she committed    intentionally

10. Used the name IRS to scare her, and forced of ilegal power    in black and white documented paper of harrassment caused damaged tort her mind

11.Damaged her present and future reputation intentionally


Sincerely Yours    Akimine Walter    Represenative signatures

 **IRS** Department of the Treasury
Internal Revenue Service
OSC
OGDEN  UT  84201-0059



9307 1107 5620 2517 2386 67

001731.489632.325183.23180 1 MB 0.439 948

AKIMINE WALTER
PO BOX 27677
BARRIGADA  GU  96921-6953

001731

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.        Use for payments
                              1486858263          Letter Number: LTR0105C
                                                  Letter Date  : 2016-03-11
        BODCD-SB                                  Tax Period   : 201112



AKIMINE WALTER
PO BOX 27677
BARRIGADA  GU  96921-6953

INTERNAL REVENUE SERVICE
OSC
OGDEN  UT  84201-0059

586063517 BJ WALT 55 0 201112 670 00000000000

 **IRS** Department of the Treasury
Internal Revenue Service

OSC
OGDEN  UT  84201-0059

93071107562025172386667

AKIMINE WALTER
PO BOX 27677
BARRIGADA  GU  96921-6953



001731

In reply refer to:  1486858263
Mar. 11, 2016   LTR 105C    0
~~~~~~~~~~  201112 55
00035691
BODC: SB

*New Just received*

CERTIFIED MAIL

Taxpayer identification number: ~~~~~~~~
          Kind of tax:  Civil Penalty
      Amount of claim :  $500.00

Date of claims received:  Jan. 13, 2015
          Tax period :  Dec. 31, 2011

Dear Taxpayer:

### WE COULDN'T ALLOW YOUR CLAIM

We disallowed your claim for credit for the period listed at the top of this letter.

### WHY WE CAN'T ALLOW YOUR CLAIM

We reduced your frivolous return penalties from $10,000.00 to $500.00. We will not refund any payments received prior to the reduction. You still have a balance owing for the penalty.  You may want to contact Collections at 800-829-7650 for your balance owing.  As a reminder, interest accrues daily on any outstanding balance.

### WHAT TO DO IF YOU DISAGREE

If you need forms, schedules or publications to respond to this letter, you can download them at www.irs.gov/formspubs or call 1-800-TAX-FORM (1-800-829-3676).

### HOW TO CONTACT US

If you have questions, you can call us toll free at 866-883-0235.

If you prefer, you can write to us at the address at the top of the first page of this letter.

When you write, include a copy of this letter and provide in the

**Guam Behavioral Health and Wellness Center**
790 Gov. Carlos G. Camacho Road
Tamuning, Guam 96911
Telephone Number: 647-5440 Fax Number: 649-6948

## PSYCHIATRIC SUMMARY/VERIFICATION OF PSYCHIATRIC ILLNESS

**IDENTIFICATION:**                          DATE:___April 22, 2016_____

Name: ____Akimy Walter_____      Date of Birth: ~~_____~~
Village: ____Mangilao_____      Social Security Number: ~~_____~~
Phone Number: ___997-2439/972-5473___   Mailing Address:___P. O. Box 27677 GMF___
                                        Barrigada, GU  96921

**MEDICAL DATA:**

Diagnosis of Impairment, Medical or Psychiatric:

    Axis  I:  _____Schizophrenia_____

    Axis  II:  _____Deferred_____

    Axis  III:  ____Diabetes Mellitus., type 1; Arthirtis and HTN___

Date of onset of disability: ____First contact with GBHWC was in August, 1994___
Length of treatment: ____Ongoing_____
Length of time client will be on Medication and on Therapy: ____Indefinite_____

**This is to verify that client is:**

(  )  In good health and is employable.
(  )  In poor health, but may be able to work with the following limitations and/or instructions:

(  )  Temporarily incapacitated since _____due to ____
_____ may return to work on _____
( x )  Permanently and totally disabled since _____ due to ____serious mental illness._
_____
(  )  The impairment is severe enough that the patient is in need of a full-time caretaker since _____
_____ to ____ I do hereby certify that the foregoing_____
                                  is a full true and correct copy of the
                                  original or file in the Medical Records
                                  branch, Dept. of Medical Health &
                                  Substance Abuse.

**ASSISTANCE REQUESTED:**

(  )  Foodstamps          (  )  Medicaid/MIP          (  )  Family Planning
(  )  Welfare             (  )  Housing  4/22 20 16    (  )  Transportation
                                       ( X )  Other:__GU Legal__
                Medical Records Branch                    Services

**Prepared by:**                          **Approved by:**

Name: ____Marilyn O. Miral_____      Name: ____Victor Perez, MD_____

Title: ____Social Worker III_____      Title : ____Psychiatrist_____

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    RECEIVED    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SEP 1 4 2006

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

102595-02-M-1540

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

ANGELA D. CAESAR
Rm 1130
U.S. Court of Appeals
District of Columbia Circuit
333 Constitution Av, NW
Washington DC 20001-2866

2. Article Number    7015 1660 0000 0546 7031
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt

CERTIFICATION OF VITAL RECORD

# GOVERNMENT OF GUAM

## DEPARTMENT OF PUBLIC HEALTH & SOCIAL SERVICES

GOVERNMENT OF GUAM   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
U.S. STANDARD
### LICENSE AND CERTIFICATE OF MARRIAGE

LICENSE NUMBER 15725   FILE NUMBER

| 1. GROOM'S NAME (First, Middle, Last) THASKU   JOSEPH | | 2. AGE LAST BIRTHDAY 36 | |
|---|---|---|---|
| 3a. RESIDENCE—CITY, TOWN, OR LOCATION Anigua Apt.#3 Anigua | | 3b. SS No. FSM PP#M052596 | |
| 3c. STATE Guam | 4. BIRTHPLACE (State or Foreign Country) Chuuk | 5. DATE OF BIRTH (Month, Day, Year) ...61 | |
| 6a. FATHER'S NAME (First, Middle, Last) Komor Joseph | 6b. BIRTHPLACE (State or Foreign Country) Truk Dist. | 7a. MOTHER'S NAME (First, Middle, Maiden Surname) Karemen Andrew | 7b. BIRTHPLACE (State or Foreign Country) Truk Dist. |
| 8a. BRIDE'S NAME (First, Middle, Last) AKIMINE MICHICHO WALTER | 8b. MAIDEN SURNAME (if different) | | 8. AGE LAST BIRTHDAY 34 |
| 10a. RESIDENCE—CITY, TOWN, OR LOCATION Anigua Apt.#3 Anigua | | 10b. SS No. FSM PP#M071295 | |
| 10c. STATE Guam | 11. BIRTHPLACE (State or Foreign Country) Chuuk | | 12. DATE OF BIRTH (Month, Day, Year) ...6... |
| 13a. FATHER'S NAME (First, Middle, Last) Michicho Ukuk | 13b. BIRTHPLACE (State or Foreign Country) Chuuk | 14a. MOTHER'S NAME (First, Middle, Maiden Surname) Aimu Walter | 14b. BIRTHPLACE (State or Foreign Country) Chuuk |

WE HEREBY CERTIFY THAT THE INFORMATION PROVIDED IS CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF
AND THAT WE ARE FREE TO MARRY UNDER THE LAWS OF THIS TERRITORY.

| 15. GROOM'S SIGNATURE | 16. BRIDE'S SIGNATURE Akimine Mechioho Walter | |
|---|---|---|
| This License Authorizes the Marriage in This Territory of the Parties Named above By Any Person Duly Authorized to Perform a Marriage Ceremony Under the Laws of the Territory of Guam. | | 17. EXPIRATION DATE (Month, Day, Year) MAY 2 9 1997 |
| 18. SUBSCRIBED TO AND SWORN TO BEFORE ME ON: (Month, Day, Year) March 24, 1997 | 19. SIGNATURE OF ISSUING OFFICIAL LETICIA P. FAJARDO | 20. TITLE OF ISSUING OFFICIAL License Officer |
| 21. I CERTIFY THAT THE ABOVE NAMED PERSONS WERE MARRIED ON: (Month, Day, Year) May 13, 1997 | 22a. WHERE MARRIED—CITY, TOWN, OR LOCATION Office of Vice Speaker Anthony C. Blaz, Agana | 22b. TYPE OF CEREMONY Civil |
| 23a. SIGNATURE OF PERSON PERFORMING CEREMONY | 23b. NAME (Type/Print) ANTHONY C. BLAZ | 23c. TITLE VICE SPEAKER |
| 23d. ADDRESS OF PERSON PERFORMING CEREMONY (Street and Number or Rural Route Number, City or Town, State, Zip Code) 155 Hesler Street, Agana, Guam 96910 | | |
| 24a. SIGNATURE OF WITNESS TO CEREMONY LUNDER-LUDWIG | 24b. SIGNATURE OF WITNESS TO CEREMONY ELISER RAYNOD | |
| 25. SIGNATURE OF REGISTRAR CAROLYN R. GARRIDO | 26. DATE FILED BY LOCAL OFFICIAL (Month, Day, Year) MAY 14 1997 | |



306859

### CERTIFIED COPY OF VITAL RECORDS
GOVERNMENT OF GUAM

This is a true and exact reproduction of the document officially registered and placed on file in the office of Vital Statistics, DEPARTMENT OF PUBLIC HEALTH & SOCIAL SERVICES

DATE ISSUED    AUG 13 2007

This copy is not valid unless prepared on an engraved border, displaying the date, signature and seal of the Registrar.

Carolyn R. Garrido
CAROLYN R. GARRIDO
REGISTRAR

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

(Five policy considerations underpin the double jeopardy doctrine: (1) preventing the government from employing its superior resources to wear down and erroneously convict innocent persons; (2) protecting individuals from the financial, emotional, and social consequences of successive prosecutions; (3) preserving the finality and integrity of criminal proceedings, which would be compromised were the state allowed to arbitrarily ignore unsatisfactory outcomes; (4) restricting prosecutorial discretion over the charging process; and (5) eliminating judicial discretion to impose cumulative punishments that the legislature has not authorized.) The documented solid and truly evidence speak itslf.

because there is not enough space in the petition. The five policy considerations our case is similar to the old days, this is discrimination and racism, especially Akimine Walter is totally innocent and lack equal protection of the laws, I have put my trust in agent Kelly Adams based on the legal trust in me that was the reason I authorize her in the POA to represent us since we first communicate. all the true facts and the truly violation of laws admittedly by IRS I had comfortable to communicate with her until now. I witness the truth about this case. when she really explain who she is and her role. that was the time I understand about her statements, she told me to hire an attorney. I ask her how much the money she said she is not allow to tell me. I asked her, if I find a lawyer where the lawyer have to communicate with whom?. she said either one Seattle office Norma Diaz or her office TIGTA discloser council office in Washington D.C. this is the reason I search and have legal right to choose our Attorney representative Charles Ray for his professional legal urgent assistance because our case is truly like the 1880's century when (Black Code) was created or adopted. I also pray that our Attorney Charles Ray to review all my documents and accepted the POA and authorization I fax him to really assist us. based on what search and read from his website, his experiences, legal professional and my trust with his honesty ability to legal urgent to assist us. These facts and truly violation of the law committedly by IRS. I also stated in the POA what I or we don't understand about the laws, he can help us solved and be able to negotiate his legal fees, deducted the processing fees for process the legal documents we under the (FOIA) .

in the FOIA.

I declared and acknowledge that, I am sharing and witness all the true statements above to my lawyer Attorney Charles Ray and Agent Kelli Adams, and the TIGTA discloser Council office in Washington D.C. I also declared under the perjury of law of the United States of America. that these entire instrument above are true and correct.

Respectfully,

Thasku Joseph, witness for Akimine Walter husband and Representative.

*Our e-mail communication*

Dear Attorney Charles Ray, and Agent Kelli Adams,(see supporting documents in attachments)

Please read, my e-mail to agent Kelli. if you read the latest POA between Akimine Walter and I. she authorize me to witness to you as you our attorney Charles Ray, Kelli Adams special agent and TIGTA office. the old power of attorney we signed and I since the beginning October last year. she authorized me to speak with IRS change anything required by phone and find legal assistance as you our attorney and etc. and the latest POA including to negotiate your professional urgent legal fees. also able to financially deposit the money in her bank account. the (FOIA) I or we ask TIGTA for the cooperation to release and deposit the money IRS owed us.in to Akimine's Walter Bank account, the routing and statement of her bank her name on it. our passport copies including our signatures the emergency request from the other TIDTA office.the (FOIA) U.S. TAX Court, TIGTA Office, Advocate what I mean the 911 request for emergency assistance, if the advocate file a law suit.I also request under the FOIA to release the information about the innocent spouse if the Advocate file law suit according to my former advocate lawyer Jennefer Carson. she filed the lawsuit and I have to check with Norma Diaz about the file suit she told me over the phone. she wispier to me over the phone explain to me when I ask her to investigate the money they settled in secret I told her I suspected the attorney Cook did some secret facts of violation when I called him. I suspected they settled our case in secret without our knowledge and our attorney knowledge too until I sent her my affidavit letter Dated July 16, 2015. in my latter address to Norma Diaz Dated Aug 6th,2015. I wrote asking her about new POA or any financial statement to send us until now we don't know anything. sometimes in Aug I tried to call her to see if she has any money according to what she told me, she will is going to charge Akimine Walter $500.00 my question is why? and I have to just wait. after I filed complain at the Ethic prosecutor here on Guam to investigate the law office on Guam. This Law office of Guniffe and Cook. here on Guam. our case still pending until now. can't afford attorney plus these lawyers here are connected to each other, they can phone to the other attorney not to accept our case its very hard but they don't look for the documents you have first name and the law. I have suspicious about the secret settlement between these legal law firms here and the IRS office in U.S. I was looking for attorney very hard that why I turn to TIGTA office for assistance because these legal law firms are professional attorney they are doctrine illegal method to covered up our money. Because Norma's Diaz the settlement officer in Miami fault according to what I understood by the law.she has to responsible for recover our claim. according to what I understand from our former Attorney Jennefer Carson. she didn't tell me exactly but she wispier to me over the phone its against the law for her to investigate Norma Diaz. when I faxed my affidavit to my former attorney. she was kind of defense her from our case because she is our attorney. another thing, I didn't sign any POA attorney or authorization to represent us. only the 911and our conversation over the phone and she knew about our case that it was closed already. she told me over the phone. what I understand according to her Jennfer Carson to follow up with Norma Diaz the settlement officer she told me, its up to the Judge to decide how much money Norma Diaz she will give us. .the last time I talked to agent Kelli Diaz, when I she told me to hire an attorney or she would send me the names of lawyers from advocate free lawyer. I told her, I don't trust them. I told her about our former attorney when she wispier over me to check with Norma and told me she was like a middle man. she is in between us. this is the reason I include in the (FOIA). and the petition in I swear under the perjury of the law of the United States of America. this is what the statements suppose to be in that notarized petition below because of lack of space.

Dear my Attorney Charles Ray, and Special Agent Kelli Adams

I hope you special people understand our situation. how do I, or we,understand each other if we can not communicate with each other. we did some changes with our old POA you have on file with you. we would like to know status or what going on between TIGTA, our attorney, and you Miss Adams. since you ask me to look for my attorney. we would like to understand the situation between our attorney and your TIGTA office. we also would like to ask for you legal assistance up to date for new information. please understand us what our life been went through since the beginning of this serious situation we have been having difficulties of  life and hard time. our life were troubled seriously. someone understood us, what we have sent over the old e-mail. I'm tired of this situation. well our Attorney Charles. I want to apologize to do this. I have discovered this new information myself this morning. so I believe you two special people knew this already.

God bless you two,

From us. ~~Tristin Beas~~ and Azmine Walter

President Obama and Attorney General Holder have directed agencies to apply a presumption of openness in responding to FOIA requests. Attorney General Holder emphasized that the President has called on agencies to work in a spirit of cooperation with FOIA requesters. The Office of Information Policy at the Department of Justice oversees agency compliance with these directives and encourages all agencies to fully comply with both the letter and the spirit of the FOIA.

Date: Oct 15, 2015

Dear Our Attorney Charles,

    I talked to this lady in this e-mail on the phone 30 minutes a go . I ask her to contact you and she said their office not contact attorney. She explain to me to respond to this e-mail and stated the record I'm requesting. I also explain to her that I have old POA of attorney that Akimine Walter authorized me to represent her before I changed the new POA what she told me to follow the statement In the attachments and she will able to process my request. I'm sending you to look at it if you allow me to do this according to her directions

    We or I make request under the (FOIA ) to receive the legitimate resolution of our petition to the U.S. Tax court the TIGTA has on file on our behalf. the record TIGTA has in the attachments. we have the legal rights to know the complain record number 55-1508-0165-c. our signatures and copy of our passport are in the attachments too. we agree to pay the processing fees in this request iif our attorney Charles Ray agrees to this request you ask us to send you asap. our attorney Charles Ray will review and send you his decision based on the authorization letter I sent him to do all the legal issues on our behalf. you can locate the record, I or we request by looking at the attachments.

    my mailing address is P.O.BOX 5016 Hagatna Guam 96932. my wife's mailing address is P.O. Box 27677 Barrigada, Guam 96921. It doesn't matter which mailing address you send our request to. the telephone number you can leave message by calling our attorney at -202-824-8123 fax-202-824-0640. or c/o 671-969-2520 cell 671-864-4907.

    I, Thasku declare under oat and perjury that all the statements in this instrument above are true and correct for the best of my knowledge.

Regards,

Thasku Joseph rep for Akimine Walter

DATE:         March 3rd, 2016

## COMPLAINANT CONSENT/RELEASE FORM

Your Name:  Akimine Walter

Address:

Complaint Number(s) (if known):

*Please read the information below, check the appropriate box, and sign this form.*

As a complainant, I understand that in the course of an investigation it may be necessary for the Department of the Treasury (Department) to reveal my identity to persons at the agency under investigation.  I am also aware of the obligations of the Department to honor requests under the Freedom of Information Act.  I understand that it may be necessary for the Department to disclose information, including personally identifying details, which it has gathered as a part of its investigation of my complaint.  In addition, I understand that as a complainant I am protected by the Department's regulations from intimidation or retaliation for having taken action or participated in action to secure rights protected by nondiscrimination statutes enforced by the Department.

### CONSENT/RELEASE

_____ **CONSENT** - I have read and understand the above information and authorize the Department to reveal my identity to persons at the agency under investigation.  I hereby authorize the Department to receive material and information about me pertinent to the investigation of my complaint.  This release includes, but is not limited to, personal records and medical records.  I understand that if, during the course of the investigation, the Department determines that it needs to receive, review or copy documents or records that are not in its or my possession, the Department will request that I sign a release that specifically describes the documents or records sought, and the name and mailing address of the entity that is the custodian of the documents or records described.  I understand that the material and information will be used for authorized civil rights compliance and enforcement activities.  I further understand that I am not required to authorize this release, and do so voluntarily.

_____ **CONSENT DENIED** - I have read and understand the above information and do not want the Department to reveal my identity to the agency or institution under investigation, or to review, receive copies of, or discuss material and information about me, pertinent to the investigation of my complaint.  I understand this is likely to impede the investigation of my complaint and may result in the closure of the investigation.

_____

Signature and Date



# OFFICE OF DISCIPLINARY COUNSEL

June 13, 2016

Wallace E. Shipp, Jr.
*Disciplinary Counsel*

Elizabeth A. Herman
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Jennifer Lyman
Julia L. Porter

*Assistant Disciplinary Counsel*
Joseph N. Bowman
Gayle Marie Brown Driver
Hamilton P. Fox, III
Becky Neal
Dolores Dorsainvil Nicolas
Sean P. O'Brien
Joseph C. Perry
William Ross
H. Clay Smith, III
Traci M. Tait

*Senior Staff Attorney*
Lawrence K. Bloom
Caroll G. Donayre
Jelani Lowery

*Manager, Forensic Investigations*
Charles M. Anderson

*Senior Forensic Investigator*
Kevin E. O'Connell

**_CONFIDENTIAL_**

Thasku Joseph
P.O. Box 5016
Hagatna, GU 96932

                **Re:**    **Ray/Joseph**
                           **Undocketed No. 2016-U104**

Dear Mr. Joseph:

      I am in the process of personally reviewing your complaint against Charles A. Ray, Jr., Esquire and would appreciate your clarification of certain facts. Please read the following questions and answer them by letter:

1) What is the relationship between Mr. Ray and the Internal Revenue Service ("IRS")?
2) Did either you or your wife retain Mr. Ray for the purpose of representing you in a claim against the IRS?
3) If you retained Mr. Ray to represent you in a claim against the IRS, in which aspect of the case did he agree to provide legal representation?
4) Did you sign a fee agreement with Mr. Ray?

      Once we receive your response by letter, we will contact you to schedule a phone meeting.

                                Sincerely,

                                Wallace E. Shipp, Jr.
                                Disciplinary Counsel

EAH:AW



COUNSEL'S OFFICE

UNITED STATES TAX COURT

WASHINGTON, DC 20217

January 8, 2016

Mr. Thasku Joseph
P.O. Box 5016
Hagatna, GU  96932

Dear Mr. Joseph,

The U.S. Tax Court has received your recent communication. Unfortunately, we cannot be of any assistance to you as it does not appear that you or your wife, Akimine Walter, has a case currently pending before the Court.  For information on filing a petition with the Court, please refer to our website at www.ustaxcourt.gov.

For your future reference, please note that the Tax Court generally does not communicate with taxpayers by email.

Very truly yours,

Susan E. Culbreath
Assistant Deputy Counsel

**DATE:** Feb 9th, 2016

**TO:**United States Tax Court,

400 Second Street,

NW, Washington, DC 20217

Telephone: 202-521-0700

**FROM**: (Thasku Joseph)The petitioner,witness truly, the original Tax Filer

P.O.Box 5016 Hagatna, Guam 96932

Home phone-C/O 671-969-2520 Cell-671-997-2439 E-mail-thaskuj@gmail.com or akimywalter@gmail.com

Petitioner's Name:

(Thasku Joseph)

V/S

*Responder The Framer IRS*

*IRS Appeal employee (Jannet K. Fletcher) and Settlement Officer (Norma Diaz) and*

(United States IRS) Federal Goverment agencies Involved with (IRS) and the TIGTA employess in Washington D.C including the Law Firms Cook and Gunliff on Guam

**SUBJECT:**   Declaration Of Akimine Walter Civil Rights had been illegally violated without (Due Process of Law) Intentionally by IRS. As well as violation of the International Human Civil Rights Laws, (discrimination ,prejudice, doctrine, and wrongful invasion of  her civil rights as well as violation of her privacy in person and confiscated our 2011 tax documented papers) because of  our nationality and frame us for IRS present and future gain intententionally and unconstitutional and(contempt of the international human civil rights law and totally injustice).

## AFFIDAVIT

**Demand for past due   payment for all the violation of civil rights laws admittedly by the U.S. Goverment without due process of law Intentionally**

## United States

Main article: Due Process Clause

The <u>Fifth</u> and <u>Fourteenth</u> Amendments to the <u>United States Constitution</u> each contain a <u>Due Process Clause</u>. Due process deals with the administration of justice and thus the Due Process Clause acts as a safeguard from arbitrary denial of life, liberty, or property by the Government outside the sanction of law.[17] The <u>Supreme Court of the United States</u> interprets the Clauses as providing four protections: procedural due process (in civil and criminal proceedings), <u>substantive due process</u>, a prohibition against <u>vague</u> laws, and as the vehicle for the <u>incorporation of the Bill of Rights</u>.

Your honor,

The right to petition the U.S. Government (IRS and TIGTA)for correction of public grievances derives from the English <u>Magna Charta</u> of 1215 and the English <u>Bill of Rights</u> of 1689. and the rights to petition all  the U.S. Government IRS for wrongful invasion of Akimine Walter civil rights intentionally. as well as illegally frame her for wrongful facts she committed which is untruth. I would like to address to the U.S. Tax Court in writing and witness the secret truth facts of incidents that IRS official employees planned this illegal doctrine secret facts of serious violation of the International laws against women (Akimine Walter) and discrimination against her because of her nationality intentionally without due process. I may also ask respectfully to the U.S. Tax Court for emergency legal assistance to issue a court order to the U.S Government IRS and TIGTA to pay Akimine Walter for all the past due violation of all the laws they committed intentionally. including to pay back her disability social security monthly benefit IRS deducted illegally without her consent and approval. this is also serious of violation of her privacy in paper and in person beginning from last year intentionally. Additionally, I have relevant   and proven solid documented evidence in paper to proof to the U.S Tax Court that my case was closed and my wife Akimine Walter didn't involve in my 2011 business tax return when I first file with IRS as HOH.

## Documents of a Confidential *Nature*

1.)The right not to be subjected to unsanctioned invasion of privacy by the <u>government,corporations</u> or <u>individuals</u> is part of many countries' <u>privacy laws,</u>

2.)The boundaries and content of what is considered private differ among cultures and individuals, but share common themes. When something is private to a *person*, it usually means that something is inherently special or sensitive to them. The domain of privacy partially overlaps <u>security</u>, which can include the concepts of appropriate use, as well as protection of information. Privacy may also take the form of <u>bodily integrity</u>.

### **The term 'serious violation' includes economic and social rights**

International practice suggests that the term 'a serious violation of human rights law' can be interpreted in more than one way. On one reading, the violation of any human right can amount to a serious violation. On another, the impact of arms and their misuse on enjoyment of human rights primarily affect the rights to life, to liberty, to security, and to freedom from torture.

The principal statutes are 18 U.S.C. § 241 (conspiracy to injure citizens in the exercise of federal rights); 18 U.S.C. § 242 (willful deprivations of federal rights under color of law); 18 U.S.C. § 245 (interference with federally protected activities)18 U.S.C. § 1592 (document

confiscation).18 U.S.C. § 249 (Hate Crime Acts);

My name is Thasku Joseph.I am a citizen of the Federated States of Micronesia. and I am the husband of Akimine Walter,and petitioner, the truly witness, as well as the original tax filer for my 2011 tax return I respectfully, ask you honor, to address and reconsider all these illegal method of doctrine secret facts and violation of the (International human civil rights laws,) including violation of Federal laws, and the State laws and discrimination and wrongful invasion of my wife's civil rights has been illegally violated, without reasonable doubt and without due process of law by IRS intentionally. Demand of payment for past due violation all the laws including (International Laws) (U.S. Federal Laws) and the State Laws.

### Our   Family case is Similar to These Cases Below

### Equal protection of the law

n. the right of all persons to have the same access to the law and courts and to be treated equally by the law and courts, both in procedures and in the substance of the law. It is akin to the right to due process of law, but in particular applies to equal treatment as an element of fundamental fairness. The most famous case on the subject is Brown v. Board of Education of Topeka (1954) in which Chief Justice Earl Warren, for a unanimous Supreme Court, ruled that "separate but equal" educational facilities for blacks were inherently unequal and unconstitutional since the segregated school system did not give all students equal rights under the law. It will also apply to other inequalities such as differentials in pay for the same work or unequal taxation. The principle is stated in the 14th Amendment to the Constitution: "No State shall…deny to any person within its jurisdiction the equal protection of the laws."

The Equal Protection Clause was created largely in response to the lack of equal protection provided by law in states with Black Codes. Under Black Codes, blacks could not sue, give evidence, or be witnesses. They also were punished more harshly than whites.[109] In 1880, the Supreme Court stated in _Strauder v. West Virginia_ that the Equal Protection Clause was designed to assure to the colored race the enjoyment of all the civil rights that under the law are enjoyed by white persons, and to give to that race the protection of the general government, in that enjoyment, whenever it should be denied by the States.

The Clause mandates that individuals in similar situations be treated equally by the law.[110] Although the text of the Fourteenth Amendment applies the Equal Protection Clause only against the states, the Supreme Court, since _Bolling v. Sharpe_ (1954), has applied the Clause against the federal government through the Due Process Clause of the Fifth Amendment under a doctrine called "reverse incorporation."[111][112]

In _Yick Wo v. Hopkins_ (1886), the Supreme Court has clarified that the meaning of "person" and "within its jurisdiction" in the Equal Protection Clause would not be limited to discrimination against African Americans, but would extend to other races, colors, and nationalities such as (in this case) legal aliens in the United States who are Chinese citizens:[113][114]

**These provisions are universal in their application to all persons within the territorial jurisdiction, without regard to any differences of race, of color, or of nationality, and the equal protection of the laws is a pledge of the protection of equal laws.**

Persons "within its jurisdiction" are entitled to equal protection from a state. Largely because the Privileges and Immunities Clause of Article IV has from the beginning guaranteed the privileges and immunities of citizens in the several states, the Supreme Court has rarely construed the phrase "within its jurisdiction" in relation to natural persons.[114] In *Plyler v. Doe*, 457 U.S. 202, 210–16 (1982) where the Court hold that aliens illegally present in a state are *within its jurisdiction* and may thus raise equal protection claims[114] the Court explicated the meaning of the phrase "within its jurisdiction" as follows: "[U]se of the phrase "within its jurisdiction" confirms the understanding that the Fourteenth Amendment's protection extends to anyone, citizen or stranger, who is subject to the laws of a State, and reaches into every corner of a State's territory."[115] The Court reached this understanding among other things from Senator Howard, a member of the Joint Committee of Fifteen, and the floor manager of the amendment in the Senate. Senator Howard was explicit about the broad objectives of the Fourteenth Amendment and the intention to make its provisions applicable to all who "may happen to be" within the jurisdiction of a state:[115]

The last two clauses of the first section of the amendment disable a State from depriving not merely a citizen of the United States, but *any person, whoever he may be*, of life, liberty, or property without due process of law, or from denying to him the equal protection of the laws of the State. This abolishes all class legislation in the States and does away with the injustice of subjecting one caste of persons to a code not applicable to another. ... It will, if adopted by the States, forever disable every one of them from passing laws trenching upon those fundamental rights and privileges which pertain to citizens of the United States, *and to all person who may happen to be within their jurisdiction*. [emphasis added by the U.S. Supreme Court][116]

The relationship between the Fifth and Fourteenth Amendments was addressed by Justice Field in *Wong Wing v. United States*. He observed with respect to the phrase "within its jurisdiction": "The term 'person,' used in the Fifth Amendment, is broad enough to include any and every human being within the jurisdiction of the republic. A resident, alien born, is entitled to the same protection under the laws that a citizen is entitled to. He owes obedience to the laws of the country in which he is domiciled and, as a consequence, he is entitled to the equal protection of those laws. ... The contention that persons within the territorial jurisdiction of this republic might be beyond the protection of the law was heard with pain on the argument at the bar—in face of the great constitutional amendment which declares that no State shall deny to any person within its jurisdiction the equal protection of the laws."[117]

Whether foreign corporations are also *within the jurisdiction* of a state was also decided by the Supreme Court. The Supreme Court held that a foreign corporation which sued in a state court in which it was not licensed to do business to recover possession of property wrongfully taken from it in another state was *within the jurisdiction* and could not be subjected to unequal burdens in the maintenance of the suit.[114] When a state has admitted a foreign corporation to do business within its borders, that corporation is entitled to equal protection of the laws but not necessarily to identical treatment with domestic corporations.[114]

In *Santa Clara County v. Southern Pacific Railroad* (1886), the court reporter included a statement by Chief Justice Morrison Waite in the decision's headnote:

The court does not wish to hear argument on the question whether the provision in the

Fourteenth Amendment to the Constitution, which forbids a State to deny to any person within its jurisdiction the equal protection of the laws, applies to these corporations. We are all of the opinion that it does.[118]

This dictum, which established that corporations enjoyed personhood under the Equal Protection Clause, was repeatedly reaffirmed by later courts.[118] It remained the predominant view throughout the twentieth century, though it was challenged in dissents by justices such as Hugo Black and William O. Douglas.[119]

In the decades following the adoption of the Fourteenth Amendment, the Supreme Court overturned laws barring blacks from juries (Strauder v. West Virginia, 1880)[120] or discriminating against Chinese Americans in the regulation of laundry businesses (Yick Wo v. Hopkins, 1886),[121] as violations of the Equal Protection Clause. However, in Plessy v. Ferguson (1896),[122] the Supreme Court held that the states could impose segregation so long as they provided similar facilities—the formation of the "separate but equal" doctrine.[123]

The Court went even further in restricting the Equal Protection Clause in Berea College v. Kentucky (1908),[124] holding that the states could force private actors to discriminate by prohibiting colleges from having both black and white students. By the early 20th century, the Equal Protection Clause had been eclipsed to the point that Justice Oliver Wendell Holmes, Jr. dismissed it as "the usual last resort of constitutional arguments."[125]

Courts have drawn the distinction between criminal proceedings on the one hand, and civil or administrative proceedings on the other, based on the different purposes served by each. Criminal proceedings are punitive in nature and serve two primary purposes: deterrence and retribution. Civil proceedings are more remedial; their fundamental purpose is to compensate injured persons for any losses incurred. Because civil and criminal remedies fulfill different objectives, a government may provide both for the same offense.

The Due Process Clause prohibits state and local government officials from depriving persons of life, liberty, or property without legislative authorization. This clause has also been used by the federal judiciary to make most of the Bill of Rights applicable to the states, as well as to recognize substantive and procedural requirements that state laws must satisfy.

The Equal Protection Clause requires each state to provide equal protection under the law to all people within its jurisdiction. This clause was the basis for Brown v. Board of Education (1954), the Supreme Court decision that precipitated the dismantling of racial segregation, and for many other decisions rejecting irrational or unnecessary discrimination against people belonging to various groups.

The second, third, and fourth sections of the amendment are seldom litigated. However, the second section's reference to "rebellion and other crimes" has been invoked as a constitutional ground for felony disenfranchisement. The fifth section gives Congress the power to enforce the amendment's provisions by "appropriate legislation". However, under City of Boerne v. Flores (1997), Congress's enforcement power may not be used to contradict a Supreme Court interpretation of the amendment.

### State actor doctrine

Main article: State actor

Individual liberties guaranteed by the United States Constitution protect, with exception of the Thirteenth Amendment's ban on slavery, not against actions by private persons or entities, but only against actions by government officials.[156] Regarding the Fourteenth Amendment, the Supreme Court ruled in *Shelley v. Kraemer*, 334 U.S. 1 (1948): "[T]he action inhibited by the first section of the Fourteenth Amendment is only such action as may fairly be said to be that of the States. That Amendment erects no shield against merely private conduct, however discriminatory or wrongful." The court added in *Civil Rights Cases*, 109 U.S. 3 (1883): "It is State action of a particular character that is prohibited. Individual invasion of individual rights is not the subject matter of the amendment. It has a deeper and broader scope. It nullifies and makes void all State legislation, and State action of every kind, which impairs the privileges and immunities of citizens of the United States, or which injures them in life, liberty, or property without due process of law, or which denies to any of them the equal protection of the laws."

Vindication of federal constitutional rights are limited to those situations where there is "state action" meaning action of government officials who are exercising their governmental power.[156] In *Ex parte Virginia*, 100 U.S. 339 (1880), the Supreme Court found that the prohibitions of the Fourteenth Amendment "have reference to actions of the political body denominated by a State, by whatever instruments or in whatever modes that action may be taken. A State acts by its legislative, its executive, or its judicial authorities. It can act in no other way. The constitutional provision, therefore, must mean that no agency of the State, or of the officers or agents by whom its powers are exerted, shall deny to any person within its jurisdiction the equal protection of the laws. Whoever, by virtue of public position under a State government, deprives another of property, life, or liberty, without due process of law, or denies or takes away the equal protection of the laws, violates the constitutional inhibition; and as he acts in the name and for the State, and is clothed with the State's power, his act is that of the State."[157]

There are however instances where people are the victims of civil-rights violations that occur in circumstances involving both government and private actors.[156] In the 1960s, the United States Supreme Court adopted an expansive view of state action opening the door to wide-ranging civil-rights litigation against private actors when they act as state actors[156] (i.e., acts done or otherwise "sanctioned in some way" by the state). The Court found that the state action doctrine is equally applicable to denials of privileges or immunities, due process, and equal protection of the laws.[114]

The critical factor in determining the existence of state action is not governmental involvement with private persons or private corporations, but "the inquiry must be whether there is a sufficiently close nexus between the State and the challenged action of the regulated entity so that the action of the latter may be fairly treated as that of the State itself."[157] "Only by sifting facts and weighing circumstances can the nonobvious involvement of the State in private conduct be attributed its true significance."[158]

The Supreme Court asserted that plaintiffs must establish not only that a private party "acted under color of the challenged statute, but also that its actions are properly attributable to the State. [...]" [159] "And the actions are to be attributable to the State apparently only if the State

compelled the actions and not if the State merely established the process through statute or
regulation under which the private party acted."[114]

The rules developed by the Supreme Court for business regulation are that (1) the "mere fact that
a business is subject to state regulation does not by itself convert its action into that of the State
for purposes of the Fourteenth Amendment,"[a] and (2) "a State normally can be held responsible
for a private decision only when it has exercised coercive power or has provided such significant
encouragement, either overt or covert, that the choice must be deemed to be that of the State."[b]

These provisions are universal in their application to all persons within the territorial jurisdiction,
without regard to any differences of race, of color, or of nationality, and the equal protection of
the laws is a pledge of the protection of equal laws.

## The Foundation of International Human Rights Law

Humberto Calamari of Panama, Vice-Chairman of the UN General Assembly's Third
(Social, Humanitarian and Cultural) Committee, presiding, in 1958, over a meeting on
the draft International Covenant on Civil and Political Rights - which built on the
achievement of the Universal Declaration of Human Rights, using it as its foundation.

The Universal Declaration of Human Rights is generally agreed to be the foundation
of international human rights law. Adopted in 1948, the UDHR has inspired a rich
body of legally binding international human rights treaties. It continues to be an
inspiration to us all whether in addressing injustices, in times of conflicts, in societies
suffering repression, and in our efforts towards achieving universal enjoyment of
human rights.

It represents the universal recognition that basic rights and fundamental freedoms
are inherent to all human beings, inalienable and equally applicable to everyone, and
that every one of us is born free and equal in dignity and rights. Whatever our
nationality, place of residence, gender, national or ethnic origin, colour, religion,
language, or any other status, the international community on December 10 1948
made a commitment to upholding dignity and justice for all of us

## Foundation for Our Common Future

Over the years, the commitment has been translated into law, whether in the forms of
treaties, customary international law, general principles, regional agreements and
domestic law, through which human rights are expressed and guaranteed. Indeed,
the UDHR has inspired more than 80 international human rights treaties and
declarations, a great number of regional human rights conventions, domestic human
rights bills, and constitutional provisions, which together constitute a comprehensive
legally binding system for the promotion and protection of human rights.



**U.S. Department of Justice**

Civil Rights Division

*Disability Rights Section - NYA*
*950 Pennsylvania Ave, NW*
*Washington, DC 20530*

DEC 2 3 2015

## Notice of Referral of Complaint

Reference:    CTS# 530708; Joseph Thasku and Akimine Walter, Hagatna, GU
regarding IRS Appeals Office, Seattle, WA; received by DOJ on August
21, 2015

The Disability Rights Section has received your complaint alleging disability discrimination.
After careful review, we have determined that your complaint raises issues that are more
appropriately addressed by the Department of the Treasury. We, therefore, have referred your
complaint to that agency for appropriate action. The Disability Rights Section will take no
further action on the matter that has been referred. To check the status of your complaint, or to
submit additional information, please contact the following:

Ms. Mariam G. Harvey
Associate CHCO
U.S. Department of the Treasury
Office of Civil Rights and Diversity
1500 Pennsylvania Avenue, N.W.
ATTN: 1801 L Street, N.W.
Suite 600
Washington, D.C. 20220
(202) 622-0316 (Voice)
(202) 622-7104 (TTY)

DJ# 202-82-0



honesty of doing their work professionally or they hid secret facts of violations of law they committed within their own office from the general public. please also release the information I also make request by the (FOIA) we, and the general public want to know the truth. my wife's Bank of Guam account number is 0216142706 routing number 121405115 .

I, Thasku Joseph, affirm and swear that all the statements above are true and correct.

Notary Signature



SAGE S. ROBERTO
**NOTARY PUBLIC**
In and for Guam, U.S.A.
My Commission Expires: **May 06,2017**
551 Rt.10 Ste 101 Mangilao, Guam 96913



# Xerox WorkCentre 5330
## Transmission Report

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| G3-ID | | 6714727000 | | | | | Date & Time : 06/06/2016  12:49 PM | |
| Local Name | | FAST COPY | | | | | Page : 1(Last Page) | |
| Company Logo | | SYSTEM MANAGEMENT | | | | | | |

The job has been sent.
Original Size: 8.5 x 11"

| # | Job | Remote Station | Start Date & Time | Duration | Pages | Protocol | Contents | Status |
|---|---|---|---|---|---|---|---|---|
| 1 | 4675 | 2022080858 | 6- 6; 12:36 PM | 13:05 | 8/- | G3 | | Completed |

# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

### 333 Constitution Avenue, NW
### Washington, DC 20001-2866
### Phone: 202-216-7000 | Facsimile: 202-219-8530

## CHECKLIST FOR EMERGENCY MOTIONS

Type of motion: Court order          When will it be filed? Date: 06/6/16          Time: Mail,fax,etc

Disposition needed by:  Date: 6/15/16      Time:      asap        Why? no attorney repesents  us

Will the motion be served by hand?  ◯ Yes  ◉ No    If not, why not? Live Guam

Date of Lower Court/Agcy Decision:  No Leg    When will copies be provided to the court?  ODC has

Status of Lower Court/Agency proceedings: OFFICE OF DISCIPLINARY COUNSEL, DC Court of appeal

Any hearings scheduled?  ◯ Yes  ◉ No    When?    not yet

Status of motion for stay/injunction pending appeal filed with lower court or agency? I depend on them

Is there a case pending in USCA now?  ◯ Yes  ◉ No  Case No. and Caption:  2016-U104

When will disclosure statements be filed?

If a Notice of Appeal or Petition for Review has not been filed, when will one be?

Brief description of the case:  (What is happening & when?):
Innocent and Mental illness Akimine Walte. order to deposit her money in her  Bank Account on file with
the  O,DC..Section 142 Magistrates  Court Act 1980,(Section 37 of Mental Health Act)),Document
Confiscation, Violation of USC 1053) thisense is unconstitution prejudice, injuries i
Name of counsel:

Office #:( 202 )  638-1501        Home #:(    )      -        Fax #:( 202 )  638-0863

Name of opposing counsel: Office of Attorney  Charles A, Ray, TIGTA,IRS, ADVOCATE, an  & ETC

Office #:( 202 )  824-8123        Home #:(    )      -        Fax #:( 202 )  824-0640

Comments:
Emergency court order to file. I Thasku Joseph respectfully  motion to order to release her money and
order  pay damages. Akimine Walter  IS  TOTALLY  innocent
spouse ) to appoint us attorney, or the court to do the legal  Bank Transaction and send us the original

## FOR CLERK'S OFFICE USE ONLY  Deputy Clerk: _____  Date: _____

Who is notified in LD? _____        Time: _____

## ROUTING

Staff Attorney Assigned: _____        Other: _____

Clerk ____    Ch. Deputy Clerk ____    LD Office ____    Team Leader ____    Supv/Op Unit ____    Intake ____

USCA Form 2
August 2009 (REVISED)

Freedom of Information Act (FOIA) fax-2062205974

I am currently out of the office. Please call (206) 220-5970 for assistance. Thank you

55-1508-0165-C

Must be a written request

1. State you are making a FOIA request.

2. Reasonably describe the records you are requesting.

3. Establish your identity and right to receive the requested information by:

    1. Furnishing a photocopy of an official document bearing your signature (Driver's License, Passport, ID Badge)

    2. Notarized statement swearing to or affirming your identity

4. Agree to pay search and copy fees (no charge for the first 100 pages, $0.15 per page thereafter). Certified copies are $1.00 per additional page.

5. Mail or deliver the request to:

Inspector General for Tax Administration IG:CC:D

Office of Chief Counsel

Attention: Disclosure Officer

1125 15th Street NW

Room 700A

Washington, DC 20005

SEPT 29, 2015 NEXT TUESDAY. KELLY ADAMS

revealed in the course of the investigation, and that the Department of the Treasury may receive personal information concerning you. If you do not agree to release your identity, this decision may limit or prevent any investigation or action and will result in the closure of your complaint. Please complete one of the forms and return it to this office **within 30 days** of receipt of this letter. You may retain the other copies for your records. Once we receive your response and the consent form, we can continue processing your complaint.

Mail your completed response and consent form to the Director, Office of Civil Rights and Diversity, 1500 Pennsylvania Ave., N.W., Washington, DC 20220. You can also fax it to us at (202) 622-0367.

Under the Freedom of Information Act, it may be necessary to release this document and related correspondence and records upon request. In the event that we receive such a request, we will seek to protect, to the extent provided by law, personal information that, if released, could constitute an unwarranted invasion of privacy.

You should be aware that no one may intimidate, threaten, coerce, or engage in other discriminatory conduct against anyone because he or she has either taken action or participated in an action to secure rights protected by the nondiscrimination statutes and regulations we enforce. Any individual alleging such harassment or intimidation may file a complaint if the situation warrants.

If you have any questions concerning this letter, please feel free to contact Ms. Marcia Small at (202) 622-8177 (voice), by e-mail at marcia.small@treasury.gov or by fax at (202) 622-0367.

Thank you for your cooperation.

Sincerely,

Lydia E. Aponte Morales
Civil Rights Program Manager
Office of Civil Rights and Diversity
U.S. Department of the Treasury

Enclosures: Consent Forms

## COMPLAINANT CONSENT/RELEASE FORM

Your Name:  Akimine Walter

Address:

Complaint Number(s) (if known):

*Please read the information below, check the appropriate box, and sign this form.*

As a complainant, I understand that in the course of an investigation it may be necessary for the Department of the Treasury (Department) to reveal my identity to persons at the agency under investigation.  I am also aware of the obligations of the Department to honor requests under the Freedom of Information Act.  I understand that it may be necessary for the Department to disclose information, including personally identifying details, which it has gathered as a part of its investigation of my complaint.  In addition, I understand that as a complainant I am protected by the Department's regulations from intimidation or retaliation for having taken action or participated in action to secure rights protected by nondiscrimination statutes enforced by the Department.

### CONSENT/RELEASE

_____ **CONSENT** - I have read and understand the above information and authorize the Department to reveal my identity to persons at the agency under investigation.  I hereby authorize the Department to receive material and information about me pertinent to the investigation of my complaint.  This release includes, but is not limited to, personal records and medical records.  I understand that if, during the course of the investigation, the Department determines that it needs to receive, review or copy documents or records that are not in its or my possession, the Department will request that I sign a release that specifically describes the documents or records sought, and the name and mailing address of the entity that is the custodian of the documents or records described.  I understand that the material and information will be used for authorized civil rights compliance and enforcement activities.  I further understand that I am not required to authorize this release, and do so voluntarily.

_____ **CONSENT DENIED** - I have read and understand the above information and do not want the Department to reveal my identity to the agency or institution under investigation, or to review, receive copies of, or discuss material and information about me, pertinent to the investigation of my complaint.  I understand this is likely to impede the investigation of my complaint and may result in the closure of the investigation.

_____

Signature and Date

**DATE**:          Oct 5th, 2015

**TO**:          Our Attorney Charles Ray

1001 16th Street, N.W.

Washington DC, 20036   **Case Review #828-A2F-7979 from attorneys.com) or** Case Review #60E-2CC-0396

**PHONE** :   202-824-8123 or TOLL FREE 1-877-839-5013 FAX: 202-824-0640

**FROM:**    Tax payer, witness and Rep,Thasku Joseph P.O. Box 5016 Hagatna, Guam
96932

**PHONE**:   C/O 671-969-2520 Cell:671-864-4907 E-mail ~~akbu~~ ~~gmail com~~

**SUBJECT**:   Expited or urgent certification and authorization letter to communicate with TIGTA for urgent
Attorney fees and   release everything on our file Dated Aug 26, 2015. Our complaint # :55-1508-0141-C or advice
from Kelli Adams special Agent complain record number 55-1508-0165-C   including my e-mail and fax,
communication with   TIGTA office - phone 206-220-5970 fax-206-220-5974

Dear Attorney Charles,

I, Thasku Joseph, respecfully ask for your urgent legal assistance to communicate with Agent Kelli Adams for your
attorney fees the IRS owed us. And to release all our solid relevant evidence or our confidential documented
information regarding our case had filed with the TIGTA office and other IRS agency.Based on the notorized
(FOIA) and copy of our passport and Bank account number I filed. and also please let me know if the special agent
Kelli Adams evaluate and process our case according to her e-mail. and send you all the copies of our confidential
documents filed with her office. as well as our communication over e-mail.

This authorization request including the two 2848 POA we mistakely signed and the 2848 POA we signed I and
Akimine Walter declaration of repesenative authorize me to be her repesenative.I or we authorized her to do legal
matters on our behalf, but she e-mail me the reason she was not going to sign and explain and e-mail me, that I seem
to be confuse to her roll   as special agent, or investigator to investigate IRS employees for wrongful acts or
violation of the laws. I also respectfully ask for your legal assistance, please allow me to communicate with you over
the phone and send me copies of everything you have in black and white documented paper.

Thank you very much for your assistance.

Sincerely yours,

Thask Joseph, Represents Akimine Walter witness, and husband or taxpayer.

DATE: Aug 30, 2013

Dear IRS Customer Service Rep,

Dear Sir/Madam

I am requesting for a hearing or remove my name completely from IRS public record because I believe that I had done what I suppose to do on my part to eliminate my dept based on IRS instruction and directed me before. I also had submitted to IRS the two forms and I thought this case was closed already. These are the following reason that I did the right way as IRS directed me.

1. IRS directed me to file an amended return with all ceros income and the IRS Rep, told me to file it and sign it and mail it back to IRS address she gave me long ago before you sent me my two letters. she also told me on the phone that after I mail the amended return with all ceros income with all the ceros in the blank form she sent me. there will be no penalty for me. according to what she told me and I follow.

2. I also wrote to IRS that the AVON INC. in Pasedona California sent me paper form with my EIN number that I have to filed my tax return with IRS since I was Avon Rep, at that time but I did not know that I could end up like this situation.

3. Lastly, I am unable to pay any money. I am disabled person (spinal cord) problem. also please remove my wife's name Akimine Walter because she is not the one filed the Tax return form.

Thank you and I hope you solve this matter as soon as possibe.

Sincerely yours,

Thasku Joseph

Form 2848 (Rev. 3-2012)

Page **2**

**6**   **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here  ► ☐
**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7**   **Signature of taxpayer.** If a tax matter concerns a year in which a joint return was filed, the husband and wife must each file a separate power of attorney even if the same representative(s) is (are) being appointed. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

   ► **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED TO THE TAXPAYER.**

| Hermine M Walter | 10/18/14 | Tax payer |
|---|---|---|
| Signature | Date | Title (if applicable) |

| | ☐☐☐☐☐ | |
|---|---|---|
| Print Name | PIN Number | Print name of taxpayer from line 1 if other than individual |

**Part II   Declaration of Representative**

Under penalties of perjury, I declare that:

• I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
• I am aware of regulations contained in Circular 230 (31 CFR, Part 10), as amended, concerning practice before the Internal Revenue Service;
• I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
• I am one of the following:

   **a** Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
   **b** Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
   **c** Enrolled Agent—enrolled as an agent under the requirements of Circular 230.
   **d** Officer—a bona fide officer of the taxpayer's organization.
   **e** Full-Time Employee—a full-time employee of the taxpayer.
   **f** Family Member—a member of the taxpayer's immediate family (for example, spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).
   **g** Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).
   **h** Unenrolled Return Preparer—Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have signed the return. **See Notice 2011-6 and Special rules for registered tax return preparers and unenrolled return preparers in the instructions.**
   **i** Registered Tax Return Preparer—registered as a tax return preparer under the requirements of section 10.4 of Circular 230. Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have signed the return. **See Notice 2011-6 and Special rules for registered tax return preparers and unenrolled return preparers in the instructions.**
   **k** Student Attorney or CPA—receives permission to practice before the IRS by virtue of his/her status as a law, business, or accounting student working in LITC or STCP under section 10.7(d) of Circular 230. See Instructions for Part II for additional information and requirements.
   **r** Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

   ► **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN LINE 2 ABOVE.** See the instructions for Part II.

**Note:** For designations d–f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column. See the instructions for Part II for more information.

| Designation— Insert above letter (a–r) | Licensing jurisdiction (state) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable). See instructions for Part II for more information. | Signature | Date |
|---|---|---|---|---|
| f | | 12257 | | Aug 18, 2014 |
| | Government of Guam | License and Certificate of Marriage 15725 | | |

Form **2848** (Rev. 3-2012)

Department of the Treasury - Internal Revenue Service

| Form **12257**<br>(September 2012) | **Summary Notice of Determination, Waiver of Right to Judicial Review of a Collection Due Process Determination, Waiver of Suspension of Levy Action, and Waiver of Periods of Limitation in Section 6330(e)(1)** |
|---|---|

Taxpayer name(s)
THASKU JOSEPH

Address *(street)*
PO BOX 5016

| City<br>HAGATNA | State<br>GU | Zip code<br>96932 |
|---|---|---|

Type of tax/tax form
Civil Penalty Assessments / Civil Penalty Assessments

Tax period(s)
12/2011

Social Security/Employer Identification Number(s)
XXX-XX-2253

This waiver concerns the following Collection Due Process (CDP) Notice(s):

☐ Notice of Federal Tax Lien Filing and Your Right to a Hearing *(IRC Section 6320)*

☒ Notice of Intent to Levy and Your Right to a Hearing *(IRC Section 6330)*

I understand that IRC Sections 6320 and 6330 require the Office of Appeals to issue a Notice of Determination after a CDP Hearing. Those sections allow me 30 days to seek judicial review of Appeals determination with Tax Court. A longer period may apply to file a lawsuit with the Tax Court to contest determinations by Appeals regarding innocent spouse (section 6015) or interest abatement (section 6404).

I understand that, if I have requested an IRC Section 6330 hearing, the IRS may not levy to collect the taxes at issue for the period of the hearing, during the 30-day period for seeking judicial review of Appeals' determination and while any timely-requested appeal is pending *(unless an exception to the levy prohibition applies)*. If I have only requested an IRC Section 6320 hearing, the IRS may not levy unless an exception to the levy prohibition applies or I already have been given my IRC Section 6330 hearing rights.

I agree that the Appeals determination shown on the following page, as a Summary Notice of Determination, is appropriate and correct. Because of my agreement, I recognize there is no need for judicial review of the determination, or for the continuation of the levy prohibition or suspension of the statute of limitation on collection and other suspended periods referred to in section 6330(e)(1).

- I waive my right under Sections 6320 and 6330 to request judicial review of an Appeals' Notice of Determination.
- I waive the 30-day suspension of levy action described in section 6330(e)(1) if I have requested an IRC Section 6330 hearing.
- I waive the 30-day suspension of the statute of limitations on collection and other suspended periods referred to in section 6330(e)(1).

If, in accordance with the Appeals' determination, I entered into an offer in compromise, installment agreement, or other collection alternative, I understand that the IRS will not levy my property so long as I comply with the terms of the Appeals' determination, unless levy action is part of the Appeals' determination. If I fail to abide by the terms of the Appeals' determination, the IRS may begin enforced collection actions, including the filing of a lien and/or a levy.

I do not waive my right under Appeals' retained jurisdiction to receive another hearing with Appeals if I disagree with the IRS over how it followed the Appeals' determination.

I do not waive my right under Appeals retained jurisdiction to receive another hearing with Appeals if my circumstances change in a way that affects this determination. I understand that I must first exhaust my administrative remedies before I request a hearing.

# Request for Appeals Review

Please complete the information in the spaces below, including your signature and the date.

| Taxpayer name(s) | Taxpayer Identification Number(s) |
|---|---|
| Akimine M. Walter | ~~580~~ |
| P.O.Box 27677 | 1040 Amended Return |
| Mailing address | Tax form number |
| Guam Main Facility | |
| City | Tax period(s) ended |
| Barrigada | 12/2011 |

| State | | ZIP Code | |
|---|---|---|---|
| Guam | | 96921 | |

Identify the item(s) (for example: filing status, exemptions, interest or dividends) you disagree with in the proposed change or assessment report you received with the enclosed letter. Tell us why you disagree. You can add more pages if this is not enough space.

**Disagreed item**

1. IRS should award us the 2011taxref
2. my husband won the appeal process
3. my case should be dismiss
4. IRS shouldn't deduct my S.Sbenefit

**Reason why you disagree**

My husband file his tax return because the Avon office in Pasedona, California inform him to file his tax return with IRS. I only signed the amended return without my knowledge and after my husband amended his tax return without me. I declared that, because my husband assessment is valid, the proper legal and procedural requirements have been met, there fore, my case should dismiss as well.

**Disagreed item**

1. totally disagree with IRS
2. why IRS deducted my Disabled
Social Security Benefit.

**Reason why you disagree**

IRS should award us for the amount of tax return for 2011 plus interest until 2014.

The IRS should contact this person who review the facts and the law for this same case, I involved in without my understanding why the IRS has deducted my Social Security Disabled Benefit. and I don't know if I suppose to mention the person assign to my husband case. his name's below.

**Disagreed item**

1. IRS should pay us 2011 tax return
2. from 2011 to 2014 plus interest.
3. it is not my husband fault.
4. The Avon Office in Pasedona, CA

**Reason why you disagree**

This is the Address where you can get information about my husband case similar with mine.

Internal Revenue Service Jacksonville Appeals

400 West Bay St. Suite 252, Stop A  Jacksonville, FL 32202

**Disagreed item**

(relevant evidence)
① NOTICE CP21C
② TAX YEAR 2011
③ NOTICE DATE 09 2, 2013
④ My husband's SS. 507-04- Tel-904-665-0975 Fax-904-665-1835
⑤ contact Number 1-866-829-9374 (notice date, has been closed with cero balance.

**Reason why you disagree**

I am totally disagree with The IRS decision to fine me money and penalty and interest.

Person to Contact( Department Of Treasury )

Joe Breazeale Employee ID Number:59-06972

The NOTICE CP21C, TAX Year 2011, (notice date, has been closed with cero balance.

| Signature of Taxpayer(s) | Date |
|---|---|
| Akimine M Walter | Oct 18, 2014 |
| | Date |

Name and signature of authorized representative (If a representative is signing this form, please attach a copy of your completed Form 2848, Power of Attorney and Declaration of Representative.)

| Name | |
|---|---|
| THASKU JOSEPH | |
| Signature | Date OCT 18, 2014 |
| Your telephone number | Best time to call |
| c/o 671-734-1730 | 8:00 Am GuamTime or pacific time |



# ılı Bank of Hawaii

## UNDERSTANDING YOUR ACCOUNT STATEMENT

Please report immediately any errors, discrepancies, irregularities or omissions.
This statement summarizes the activity of your account(s) during the statement period shown on the first page.
Not all statements contain the sections described below.

1. **CHECKS** appear on checking statements in numerical order if checks were processed during the statement cycle. An asterisk (*) next to the check number indicates that a check(s) preceding it is not stated because it has not yet cleared the bank, was listed on a prior statement or is an ACH converted check. ACH converted checks appear in the DEBITS section.
2. **DEBITS** include withdrawals, automatic deductions/payments, transfers out of the account, ACH converted checks, card transactions (such as ATM and Check Card transactions), certain fees (such as the Monthly Service Fee/Maintenance Fee (if any)).
3. **CREDITS** include deposits, transfers to the account, special entries (such as corrections) and Interest Earned (if applicable).
4. **DAILY BALANCES** include all activity up to and including that date.
5. **SUMMARY OF ACCOUNT BALANCES** is reflected for combined statements. This reflects the balance at the end of the statement period.

## ACCOUNT RECONCILIATION

This worksheet will assist you in balancing your account.

- Ending balance reflected on this statement:

| | | | | | $ |
|---|---|---|---|---|---|

- Add deposits and transfers to this account; not yet reflected on this statement:

| Date | Amount | Date | Amount | Date | Amount | |
|---|---|---|---|---|---|---|
| | $ | | $ | | $ | |
| | $ | | $ | | $ | |
| | $ | | $ | | $ | + $ |

- Sub-Total:

| | | | | | = $ |
|---|---|---|---|---|---|

- Subtract checks, withdrawals and transfers out of this account, not yet reflected on this statement:

| Date/Check No. | Amount | Date/Check No. | Amount | Date/Check No. | Amount | |
|---|---|---|---|---|---|---|
| | $ | | $ | | $ | |
| | $ | | $ | | $ | |
| | $ | | $ | | $ | - $ |

- Current Account Balance:

| | | | | | = $ |
|---|---|---|---|---|---|

  (For checking accounts, this amount should equal your checkbook register balance.)

## ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (For Consumers Only)

In case of errors or questions about your electronic transfers, or if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us (as soon as you can) at the phone numbers listed below or write to us at:

**Hawaii, Guam and Saipan:** Bank of Hawaii, Card Operations, P.O. Box 71160, Honolulu, HI 96807-1160
**American Samoa:** Bank of Hawaii, American Samoa Branch, P.O. Box 69, Pago Pago, AS 96799
**Palau:** Bank of Hawaii, Koror Branch, P.O. Box 340, Koror, Republic of Palau, 96940

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. Please provide us the following information:

- Your name and account number
- Describe the error or transfer you are questioning and explain as clearly as you can why you believe there is an error or why you need more information
- Date and dollar amount of the suspected error

We will investigate your complaint and correct any errors promptly. If we take more than 10 business days to do this, we may provisionally credit your account for the amount in question so that you will have use of the money during the time it takes to complete our investigation. A written statement may be required from you within this 10 business-day period in order to credit your account.

## FAIR CREDIT REPORTING ACT DISCLOSURE (For Consumers Only)

If you believe we may have reported inaccurate information about your account to a consumer reporting agency, write us a letter addressed to Bank of Hawaii, Recovery Department, PO Box 135020, Honolulu, HI 96801-5020. Please include your account number and the last four digits of your social security number, and identify the inaccurate information and why you feel it is inaccurate.

| State of Hawaii: 1-888-643-3888 | American Samoa: 684-633-2872 |
|---|---|
| (TTY for the hearing impaired: 1-888-643-9888) | Guam and Saipan: 1-877-553-2424 |
| | In Palau: 680-488-3338 |

MEMBER FDIC
DDA-718A_E (Rev 4-2013)



Dear Attorney Charles Ray, and Agent Kelli Adams,(see supporting documents in attachments)

Please read, my e-mail to agent Kelli. if you read the latest POA between Akimine Walter and I. she authorize me to witness to you as you our attorney Charles Ray, Kelli Adams special agent and TIGTA office. the old power of attorney we signed and I since the beginning October last year. she authorized me to speak with IRS change anything required by phone and find legal assistance as you our attorney and etc. and the latest POA including to negotiate your professional urgent legal fees. also able to financially deposit the money in her bank account. the (FOIA) I or we ask TIGTA for the cooperation to release and deposit the money IRS owed us.in to Akimine's Walter Bank account, the routing and statement of her bank her name on it. our passport copies including our signatures the emergency request from the other TIDTA office.the (FOIA) U.S. TAX Court, TIGTA Office, Advocate what I mean the 911 request for emergency assistance, if the advocate file a law suit.I also request under the FOIA to release the information about the innocent spouse if the Advocate file law suit according to my former advocate lawyer Jennefer Carson. she filed the lawsuit and I have to check with Norma Diaz about the file suit she told me over the phone. she wispier to me over the phone explain to me when I ask her to investigate the money they settled in secret I told her I suspected the attorney Cook did some secret facts of violation when I called him. I suspected they settled our case in secret without our knowledge and our attorney knowledge too until I sent her my affidavit letter Dated July 16, 2015. in my latter address to Norma Diaz Dated Aug 6th,2015. I wrote asking her about new POA or any financial statement to send us until now we don't know anything. sometimes in Aug I tried to call her to see if she has any money according to what she told me, she will is going to charge Akimine Walter $500.00 my question is why? and I have to just wait. after I filed complain at the Ethic prosecutor here on Guam to investigate the law office on Guam. This Law office of Guniffe and Cook. here on Guam. our case still pending until now. can't afford attorney plus these lawyers here are connected to each other, they can phone to the other attorney not to accept our case its very hard but they don't look for the documents you have first name and the law. I have suspicious about the secret settlement between these legal law firms here and the IRS office in U.S. I was looking for attorney very hard that why I turn to TIGTA office for assistance because these legal law firms are professional attorney they are doctrine illegal method to covered up our money. Because Norma's Diaz the settlement officer in Miami fault according to what I understood by the law.she has to responsible for recover our claim. according to what I understand from our former Attorney Jennefer Carson. she didn't tell me exactly but she wispier to me over the phone its against the law for her to investigate Norma Diaz. when I faxed my affidavit to my former attorney. she was kind of defense her from our case because she is our attorney. another thing, I didn't sign any POA attorney or authorization to represent us. only the 911and our conversation over the phone and she knew about our case that it was closed already. she told me over the phone. what I understand according to her Jennfer Carson to follow up with Norma Diaz the settlement officer she told me, its up to the Judge to decide how much money Norma Diaz she will give us. .the last time I talked to agent Kelli Diaz, when I she told me to hire an attorney or she would send me the names of lawyers from advocate free lawyer. I told her, I don't trust them. I told her about our former attorney when she wispier over me to check with Norma and told me she was like a middle man. she is in between us. this is the reason I include in the (FOIA). and the petition in I swear under the perjury of the law of the United States of America. this is what the statements suppose to be in that notarized petition below because of lack of space.

(Five policy considerations underpin the double jeopardy doctrine: (1) preventing the government from employing its superior resources to wear down and erroneously convict innocent persons; (2) protecting individuals from the financial, emotional, and social consequences of successive prosecutions; (3) preserving the finality and integrity of criminal proceedings, which would be compromised were the state allowed to arbitrarily ignore unsatisfactory outcomes; (4) restricting prosecutorial discretion over the charging process; and (5) eliminating judicial discretion to impose cumulative punishments that the legislature has not authorized.) The documented solid and truly evidence speak itslf.

because there is not enough space in the petition. The five policy considerations our case is similar to the old days, this is discrimination and racism, especially Akimine Walter is totally innocent and lack equal protection of the laws, I have put my trust in agent Kelly Adams based on the legal trust in me that was the reason I authorize her in the POA to represent us since we first communicate. all the true facts and the truly violation of laws admittedly by IRS I had comfortable to communicate with her until now. I witness the truth about this case. when she really explain who she is and her role. that was the time I understand about her statements, she told me to hire an attorney. I ask her how much the money she said she is not allow to tell me. I asked her, if I find a lawyer where the lawyer have to communicate with whom?. she said either one Seattle office Norma Diaz or her office TIGTA discloser council office in Washington D.C. this is the reason I search and have legal right to choose our Attorney representative Charles Ray for his professional legal urgent assistance because our case is truly like the 1880's century when (Black Code) was created or adopted. I also pray that our Attorney Charles Ray to review all my documents and accepted the POA and authorization I fax him to really assist us. based on what search and read from his website, his experiences, legal professional and my trust with his honesty ability to legal urgent to assist us. These facts and truly violation of the law committedly by IRS. I also stated in the POA what I or we don't understand about the laws, he can help us solved and be able to negotiate his legal fees, deducted the processing fees for process the legal documents we under the (FOIA) .

in the FOIA.

I declared and acknowledge that, I am sharing and witness all the true statements above to my lawyer Attorney Charles Ray and Agent Kelli Adams, and the TIGTA discloser Council office in Washington D.C. I also declared under the perjury of law of the United States of America. that these entire instrument above are true and correct.

Respectfully,

Thasku Joseph, witness for Akimine Walter husband and Representative.

Please see the attachments for the U.S. Treasury and the reference number for miss Harvey.

On Mon, Feb 1, 2016 at 7:07 PM, Charles Ray < Cray@charlesraylaw.com> wrote:

What are you talking about?

Charles A. Ray, Jr., Esq.

Law Offices of Charles A. Ray

The Capital Hilton Hotel

1001 16th Street, NW

Washington, D.C. 20036

**From:** Aki Walter <akimywalter@gmail.com>
**Sent:** Monday, February 1, 2016 9:19 PM
**To:** Charles Ray
**Subject:** can you please answer me back or pickup your phone

Dear Attorney Charles,

I forgot to tell you the deadline for the United States Treasury fo file the complain on our behalf is Feb 4. I just want to let you know that.

Best Regards,

Joseph and Akimine



*e-mail Communication*

Dear Attorney Charles,

This second time I send you this single attachments. Charles Attorney, you understood me from the beginning I prayed for your humble and cooperation to help us from your heart you know that my wife needs your legal assistance.my question is do you have money from the Settlement office Miami Florida or IRS and etc according to the POA I sent you last year and authorization letter.. please help. my question is if you don't review the new information below. can you up to date us with information you have for us.

1. Our letter from USDOJ referral.

2 Letter to U.S. Tax court.

3. New Copies from The Appeal office in Frenso Ca.

and those documents you already have but I just resend you again.

Respectfully,

Thasku Joseph and Akimine Walter legally married.

P/S the letter from the Appeal Settlement office in Miami Florida (Norma Diaz). she made mistake there is no Mr. Walter in our family. I am Mr. Joseph.

On Wed, Feb 3, 2016 at 6:25 AM, Charles Ray <cray@charlesraylaw.com> wrote:

> There was nothing attached. We require $500.00 for reviewing your documents before we begin the work, as we have stated to you on multiple occasions. This fee has been discounted to you because you came to us through a referral service.
>
> Hope this helps.
>
> Charles A. Ray, Jr., Esq.
>
> Law Offices of Charles A. Ray
>
> The Capital Hilton Hotel
>
> 1001 16th Street, NW
>
> Washington, D.C. 20036

**From:** Aki Walter <akimywalter@gmail.com>
**Sent:** Wednesday, February 3, 2016 7:27 AM
**To:** Charles Ray
**Subject:** Re: can you please answer me back or pickup your phone

*Attention Mr. Wallace Please send me copy of the Deat you bratha* (handwritten note in right margin)

I received the letter today.

Question below.

1.What is the relationship between Mr. Ray and Internal Revenue Service(IRS)?

Answer- he suppose to settled our money with IRS the settlement officer in Miami Florida (Norma Diaz) based on the IRS POA I signed but he didn't signed and send us copy.

2.Did either you or your wife retain Mr. Ray for the purpose of representing you in a claim against the RS?

Answer: - Yes

3.If you retained Mr. Ray to represent you in a claim against IRS, in which aspect of the case did he agree to provide legal representation?

Answer- he told me to sent him our legal documents,, over the e-mail, he is going to reviewed, evaluate, his fees and sent us how much money we owed him but he never send.

4.Did you sign a fee agreement with Mr. Ray?

Answer- I didn't sign any agreement. I signed POA and authorization letter. and he told me over e-mail coupon times to send him $500.00 but I only send him $200.00. your office suppose to have those receipt Money order.

The new Finding and Discovered in our case is Date April 4th, 2016

Section 142 Magistrates Court Act 1980

Section 37 of the Mental Health Act

Document Confistication Violation of U.S.C. 1952 18

Thank you, I will call you when I have money to load my cell phone.

Thasku Joseph

Form **2848**
(Rev. March 2012)
Department of the Treasury
Internal Revenue Service

**Power of Attorney
and Declaration of Representative**

▶ Type or print.   ▶ See the separate instructions.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name _____
Telephone _____
Function _____
Date __ / __ / __

**Part I**    **Power of Attorney**

**Caution:** *A separate Form 2848 should be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1   Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

Taxpayer name and address

*Akimine M. WALTER P.O. BOX 27677 BARRIGADA, GU 96921*

Taxpayer identification number(s)

Daytime telephone number
*671-734-1730*

Plan number (if applicable)

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2   Representative(s)** must sign and date this form on page 2, Part II.

Name and address
**Thasku Joseph P.O. Box 5016 Hagatna, GU 96932**

CAF No.   0309-18353R
PTIN _____
Telephone No. *C/o 671-734-1758*
Fax No. _____
Check if new: Address ☑   Telephone No. ☐   Fax No. ☐

Check if to be sent notices and communications ☑

Name and address

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____
Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

Check if to be sent notices and communications

Name and address

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____
Check if new: Address ☑   Telephone No. ☐   Fax No. ☐

to represent the taxpayer before the Internal Revenue Service for the following matters:

**3   Matters**

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, etc.) (see instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions for line 3) |
|---|---|---|
| Any Changes on any form that requires the Tax Payer information | 1040 | |
| or If the Rep can join the tax payer on her account. | *Yes* | |

**4   Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Uses Not Recorded on CAF ▶ ☐

**5   Acts authorized.** Unless otherwise provided below, the representatives generally are authorized to receive and inspect confidential tax information and to perform any and all acts that I can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The representative(s), however, is (are) not authorized to receive or negotiate any amounts paid to the client in connection with this representation (including refunds by either electronic means or paper checks). Additionally, unless the appropriate box(es) below are checked, the representative(s) is (are) not authorized to execute a request for disclosure of tax returns or return information to a third party, substitute another representative or add additional representatives, or sign certain tax returns.

☐ Disclosure to third parties;   ☑ Substitute or add representative(s);   ☑ Signing a return;   *if the tax payer requires her signature*

The Power of Attorney gives the Rep, the authority and fullpower to sign on her behalf. or to find legal assistance *and other legal advice*

☑ Other acts authorized: Rep, to contact the IRS   *Respond to any correspondence notice From I.R.S. and speak with the I.R.S.* (see instructions for more information)

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Treasury Department Circular No. 230 (Circular 230). An enrolled retirement plan agent may only represent taxpayers to the extent provided in section 10.3(e) of Circular 230. A registered tax return preparer may only represent taxpayers to the extent provided in section 10.3(f) of Circular 230. See the line 5 instructions for restrictions on tax matters partners. In most cases, the student practitioner's (level k) authority is limited (for example, they may only practice under the supervision of another practitioner).

List any specific deletions to the acts otherwise authorized in this power of attorney: *If the Rep. forget any necessary information on the behalf of the Tax payer Akimine M. walter this power of Attorney Authorize the Rep. to Change anything that required from I.R.S over the Phone.*

586063517 BJ WALT 00 0 000000 670 00000000000

The IRS address must appear in the window.
053112145

BODCD-SB

INTERNAL REVENUE SERVICE

KANSAS CITY    MO   64999-0202
ldddddddddddddddddddddddddddddd

586063517 BJ WALT 00 0 000000 670 00000000000

Use for payments

JOSEPH THASKU
PO BOX 5016
HAGATNA    GU    96932

Letter Number:  LTR0861C
Letter Date   :  2015-04-28
Tax Period    :  000000

# Request for Appeals Review

Please complete the information in the spaces below, including your signature and the date.

| Taxpayer name(s) | Taxpayer Identification Number(s) |
|---|---|
| Akimine M. Walter | ~~*redacted*~~ |

| Mailing address | Tax form number |
|---|---|
| P.O.Box 27677 | 1040 Amended Return |

| City | Tax period(s) ended |
|---|---|
| Guam Main Facility | |
| Barrigada | 12/2011 |

| State | ZIP Code |
|---|---|
| Guam | 96921 |

Identify the item(s) (for example: filing status, exemptions, interest or dividends) you disagree with in the proposed change or assessment report you received with the enclosed letter. Tell us why you disagree. You can add more pages if this is not enough space.

**Disagreed item**
1. IRS should award us the 2011 taxref
2. my husband won the appeal process
3. my case should be dismiss
4. IRS shouldn't deduct my S.Sbenefit

**Reason why you disagree**
My husband file his tax return because the Avon office in Pasedona, California inform him to file his tax return with IRS. I only signed the amended return without my knowledge and after my husband amended his tax return without me. I declared that, because my husband assessment is valid, the proper legal and procedural requirements have been met, there fore, my case should dismiss as well.

**Disagreed item**
1. totally disagree with IRS
2. why IRS deducted my Disabled
Social Security Benefit.

**Reason why you disagree**
IRS should award us for the amount of tax return for 2011 plus interest until 2014.
The IRS should contact this person who review the facts and the law for this same case, I involved in without my understanding why the IRS has deducted my Social Security Disabled Benefit. and I don't know if I suppose to mention the person assign to my husband case. his name's below.

**Disagreed item**
1. IRS should pay us 2011 tax return
2. from 2011 to 2014 plus interest.
3. it is not my husband fault.
4. The Avon Office in Pasedona, CA

**Reason why you disagree**
This is the Address where you can get information about my husband case similar with mine.
Internal Revenue Service Jacksonville Appeals
400 West Bay St. Suite 252, Stop A  Jacksonville, FL 32202

**Disagreed item**
*relevant evidence*
① NOTICE CP21C
② TAX YEAR 2011
③ NOTICE DATE 09 2, 2013
④ My husband's S.S. 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
⑤ Contact Number 1-800-829-8374

**Reason why you disagree**
I am totally disagree with The IRS decision to fine me money and penalty and interest.
Person to Contact( Department Of Treasury )
Joe Breazeale Employee ID Number:59-06972
Tel-904-665-0975 Fax-904-665-1835
→ The NOTICE CP21C , TAX Year 2011, notice date, has been closed with cero balance

| Signature of Taxpayer(s) | Date |
|---|---|
| Akimine M Walter | Oct 18, 2014 |
| | Date |

Name and signature of authorized representative (**If a representative is signing this form, please attach a copy of your completed Form 2848, Power of Attorney and Declaration of Representative.**)

| Name | |
|---|---|
| THASKU JOSEph | |

| Signature | Date |
|---|---|
| | Oct 18, 2014 |

| Your telephone number | Best time to call |
|---|---|
| C/O 671-734-1730 | 8:00 Am Guam Time or Pacific Time |

OMB No. 1545-1504

Department of the Treasury - Internal Revenue Service

# Request for Taxpayer Advocate Service Assistance
## (And Application for Taxpayer Assistance Order)

Form **911**
(Rev. 6-2007)

## Section I – Taxpayer Information *(See Pages 3 and 4 for Form 911 Filing Requirements and Instructions for Completing this Form.)*

| 1a. Your name as shown on tax return | 2a. Your Social Security Number |
|---|---|
| Thasku  Joseph | 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 |

| 1b. Spouse's name as shown on tax return | 2b. Spouse's Social Security Number |
|---|---|
| Akimine Walter | 50~~~~~~~ |

3a. Your current street address *(Number, Street, & Apt. Number)*
P.O. Box 27677

| 3b. City | 3c. State *(or Foreign Country)* | 3d. ZIP code |
|---|---|---|
| Barrigada | Guam | 96921 |

| 4. Fax number *(if applicable)* | 5. E-mail address |
|---|---|
| none | akimywalter2005@yahoo.com |

| 6. Employer Identification Number *(EIN) (if applicable)* | 7. Tax form(s) | 8. Tax period(s) |
|---|---|---|
| | 1040,12275,843, | 2011,or 000000 |

| 9. Person to contact | 10. Daytime phone number | 11. Best time to call |
|---|---|---|
| c/o Cisco's  Satomu h-p( 671) 969-2520 my cell671-687-3214 | ☒ Check if Cell Phone | 8:A.M to 12 A.M. Guam Time |

12. Indicate the special communication needs you require *(if applicable)*

☐ TTY/TDD Line    ☐ Interpreter - Specify language other than English *(including sign language)* spouse has mental illness

☒ Other *(please specify)*  Request third party not released,

**13a. Please describe the tax problem you are experiencing** *(If more space is needed, attach additional sheets.)*
This dispute between my wife and IRS. This case already solved  and closed  a  year ago. based on the form signed and approved by the IRS appeal office in Jaccksonville Florida. When IRS charged my wife for the same offense, I wrote to IRS about the violation IRS admittedly and intentionally. I also declared her Rights had been illegally violated. based on the facts I discovered. my wife has mental problem she is a clients for the Guam Mental Health and Guam DVR. I claim the damaged,suffered, and painfull caused by IRS and the Violation for 15 million. this case was send to the appeal office in Seattle Washington. then send back to Jacksonville Florida. what I understand the appeal officers can't  make  contact each othe.r this prohbited by the new IRS during examination of the dispute case.

**13b. Please describe the relief/assistance you are requesting** *(If more space is needed, attach additional sheets.)*
We need the Advocate to  inspect our confidential Tax documents my form 12275 for innocent spouse section  6015 or 6404 and file  a lawsuit on our behalf. Our case had file with the Advocate before, the case worker had our file, her name 's Jennefer Carson, her phone number namber 1-866-809-2329.The appeal officer approved to closed this case in the appeal office in Jacksonville Florida. his name is Joe Breazeale.employee ID num-0228394-tel-904-665-0975-fax-904-665-1835. and we  also need assistance to file form 843 request for refund based on IRS advice for both of us.  Actually,  I was filed my tax return because Avon in Pasedonia Ca, advice me to file IRS. when I filed, I filed H.O.H. then I amended  and filed married, this is how she got involved in my dispute with IRS. pls see our doc for details.

I understand that Taxpayer Advocate Service employees may contact third parties in order to respond to this request and I authorize such contacts to be made. Further, by authorizing the Taxpayer Advocate Service to contact third parties, I understand that I will not receive notice, pursuant to section 7602(c) of the Internal Revenue Code, of third parties contacted in connection with this request.

| 14a. Signature of Taxpayer or Corporate Officer, and title, if applicable | 14b. Date signed |
|---|---|
| *[signature]* | 06/12/2015 |
| 15a. Signature of spouse | 15b. Date signed |
| *[signature]* Akimine Walter | 06/12/2015 |

## Section II – Representative Information *(Attach Form 2848 if not already on file with the IRS.)*

| 1. Name of authorized representative | 2. Centralized Authorization File (CAF) number |
|---|---|
| Thasku Joseph | on file |

| 3. Current mailing address | 4. Daytime phone number | |
|---|---|---|
| P.O.Box 5016  Hagatna, Gu 96932 | (671)687-3214 | ☑ Check if Cell Phone |
| | 5. Fax number | |

| 6. Signature of representative | 7. Date signed |
|---|---|
| *[signature]* | 06/12/2015 |

Catalog Number 16965S        www.irs.gov        Form **911** (Rev. 6-2007)

Department of the Treasury Internal

Appeal Office 51 SW  First Avenue

Suite, 1014,Box 47

Miami, FL33130

Datr: Aug 6,2015

Norma Diaz Employee Number- 65-04769

Tel-305-982-5252

Fax-855-272-1102

Dear Norma,

I am respectfully ask for your urgent assistance to release any new information regarding our Final Appeal Resolution including any Settlement or financial Statement from  any law firm and copy of any new 2848 POA on our file with  your office.  I also kindly ask if you have new information please let us know. my former Attorney from the Advocate Jennefer Carson told me, to contact you with any new information. I am Thasku Joseph, Tax payer, Representative and witness of the case against Akimine Walter. I am her husband as well. You can mail new information at this mailing address below. I will mail you any information or our Attorney will communicate with you very soon. Thank you very much.

P.O. Box 5016

Hagatna, Guam 96932   Phone   C/O 671-969-2520

Respectfully,

Thasku Joseph



**Department of the Treasury**
**Internal Revenue Service**
**Appeals Office**
51 SW First Avenue
Suite 1014, Box 47
Miami, FL  33130

AKIMINE WALTER
PO BOX 27677
BARRIGADA, GU  96921-6953

Date:
June 8, 2015
Person to contact:
Name  Norma I  Diaz
Employee number  65-04769
Telephone  305-982-5252
Fax  855-272-1102
Tax period(s) ended:
12/2011

Dear Mr. Walter:

We received your case for consideration in the Miami, FL Appeals office.

**Who we are**
Appeals is separate from and independent of the IRS office taking the action that you disagree with. We review and resolve disputes in a fair and impartial manner to both you and the government by applying the law and judicial decisions to the facts. We conduct our reviews by telephone or mail. If you prefer a face-to-face review at the Appeals office closest to your residence or business address, please let us know within 15 days from the date of this letter. We will try to accommodate your request to transfer your case to the appropriate Appeals field office for consideration.

**What you can expect**
We'll make every attempt to contact you as quickly as possible. We'll consider the facts in your case and try to resolve the dispute based on the information you provided to Collection. We will make every effort to reach a resolution with you in a manner that is fair and impartial to both you and the government. If you have any new information or evidence that you plan on submitting, please contact me immediately. I may refer it to Collection for consideration. You will receive their comments, and you will have an opportunity to respond.

If we determine that you owe the IRS, the law requires the IRS to charge interest until you pay the amount you owe in full. If the amount you owe is subject to penalties, additional penalty amounts will continue to increase until you pay in full. If you owe or potentially owe tax, interest, or penalties, you can make a payment at any time.

**What you can do**
• If you want to stop or reduce interest on part or all of the balance due, send tax payments to the Appeals office working your case.

• If you have questions about the Appeals process or how you can prepare for your hearing, communicate with the "Contact Person" listed above.

Letter 4141 (Rev. 6-2013)
Catalog Number 33391W

- If you want an attorney, certified public accountant, or a person enrolled to practice before the IRS to represent you, submit a Form 2848, *Power of Attorney or Declaration of Representative*, or similar written authorization. This requirement doesn't apply if your case is docketed before the United States Tax Court and your representative is the attorney of record. If you need more information about the requirements for representing taxpayers before the IRS, you can get a copy of Treasury Department Circular 230 at most IRS offices or on the IRS website at **www.irs.gov**.

- If the IRS mailed a legal notice to disallow your claim, you should monitor your deadline for filing suit.

**Additional information**

Visit our website at **www.irs.gov/appeals** for additional information.

At the conclusion of the Appeals process, we may ask you to participate in an Appeals customer satisfaction survey. Your participation is voluntary and the survey will not ask for personal or financial information of any kind. We'll use the results of the survey to improve the Appeals process and our service to taxpayers.

Sincerely,

Norma I. Diaz
Settlement Officer

Enclosures:
Publication 4227 Welcome to Appeals



| | |
|---|---|
| Notice | CP21C |
| Tax Year | 2011 |
| Notice date | September 2, 2013 |
| Social Security number | |
| To contact us | 1-800-829-8374 |
| Page 1 of 2 | 89H |

Department of the Treasury
Internal Revenue Service
Philadelphia, PA 19255-0025

123614.218221.0435.008 1 AT 0.384 373



AKIMINE WALTER
PO BOX 5016
HAGATNA GU 96932-8657

23614

## Changes to your 2011 Form 1040
# Amount due: $0.00

We made the changes you requested to your
2011 Form 1040 to adjust your payments
and/or credits.

As a result, you owe $0.00.

### Summary

| | |
|---|---|
| Account balance before this change | $ -9,699.00 |
| Decrease in credit | 9,699.00 |
| **Amount due** | **$0.00** |

## What you need to do

**If you agree with the changes we made**

• You don't need to respond to this notice.

Continued on back...



AKIMINE WALTER
PO BOX 5016
HAGATNA GU 96932-8657

| | |
|---|---|
| Notice | CP21C |
| Notice date | September 2, 2013 |
| Social Security number | 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 |

## Contact information

If your address has changed, please call 1-800-829-8374 or visit www.irs.gov

☐ Please check here if you've included any correspondence. Write your Social Security
number (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), the tax year (2011), and the form number (1040) on any
correspondence

| | | | |
|---|---|---|---|
| | ☐ a.m ☐ p.m. | | ☐ a.m ☐ p.m. |
| Primary phone | Best time to call | Secondary phone | Best time to call |

INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255-0025

507042253 AA JOSE 30 0 201112

*ATTENTION: Janet K. Fletcher*
*E-N-02-76951*
*Phone - 206-946-3574*





Department of the Treasury
Internal Revenue Service
Philadelphia, PA 19255-0025

**IRS**

| Notice | CP21C |
|---|---|
| Tax Year | 2011 |
| Notice date | May 26, 2014 |
| Social Security number | |
| To contact us | 1-800-829-8374 |
| Page 1 of 2 | 174 |

137913.296528.65919.4990 1 AT 0.406 373

THASKU JOSEPH
PO BOX 5016
HAGATNA GU 96932-8657

137913

## Changes to your 2011 Form CVL PEN
# Amount due: $0.00

We changed the civil penalty amount that we
previously charged.

As a result, you owe $0.00

### Summary

| | |
|---|---|
| Account balance before this change | $10,000.00 |
| Decrease in civil penalty for frivolous tax returns penalty | -10,000.00 |
| **Amount due** | **$0.00** |

## What you need to do

### If you agree with the changes we made
• You don't need to respond to this notice.

*Continued on back*



**IRS**



# Contact information

THASKU JOSEPH
PO BOX 5016
HAGATNA GU 96932-8657

| Notice | CP21C |
|---|---|
| Notice date | May 26, 2014 |
| Social Security number | 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 |

If your address has changed, please call 1-800-829-8374 or visit www.irs.gov.
¨ Please check here if you've included any correspondence. Write your Social Security
number (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), the tax year (2011), and the form number (CVL PEN) on any
correspondence.

| | a.m. | | a.m. |
|---|---|---|---|
| | p.m. | | p.m. |
| Primary phone | Best time to call | Secondary phone | Best time to call |

INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255-0025

507042253 AA JOSE 55 0 201112

# Request for Appeals Review

Please complete the information in the spaces below, including your signature and the date

| Taxpayer name(s) | Taxpayer Identification Number(s) |
|---|---|
| Akimine M. Walter | ~~██████~~ |
| P.O.Box 27677 | 1040 Amended Return |
| Mailing address | Tax form number |
| Guam Main Facility | |
| City | Tax period(s) ended |
| Barrigada | 12 2011 |
| State | ZIP Code | |
| Guam | 96921 | |

Identify the item(s) (for example: filing status, exemptions, interest or dividends) you disagree with in the proposed change or assessment report you received with the enclosed letter. Tell us why you disagree. You can add more pages if this is not enough space

**Disagreed item**
1. IRS should award us the 2011taxref
2. my husband won the appeal process
3. my case should be dismiss
4. IRS shouldn't deduct my S.Sbenefit

**Reason why you disagree**
My husband file his tax return because the Avon office in Pasedona, California inform him to file his tax return with IRS. I only signed the amended return without my knowledge and after my husband amended his tax return without me. I declared that, because my husband assessment is valid, the proper legal and procedural requirements have been met, there fore, my case should dismiss as well.

**Disagreed item**
1. I totally disagree with IRS
2. why IRS deducted my Disabled
Social Security Benefit

**Reason why you disagree**
IRS should award us for the amount of tax return for 2011 plus interest until 2014
The IRS should contact this person who review the facts and the law for this same case. I involved in without my understanding why the IRS has deducted my Social Security Disabled Benefit, and I don't know if I suppose to mention the person assign to my husband case, his name's below

**Disagreed item**
1. IRS should pay us 2011 tax return
2. from 2011 to 2014 plus interest
3. it is not my husband fault.
4. The Avon Office in Pasedona, CA

**Reason why you disagree**
This is the Address where you can get information about my husband case similar with mine
Internal Revenue Service Jacksonville Appeals
400 West Bay St. Suite 252, Stop A, Jacksonville, FL 32202

**Disagreed item**
A) NOTICE CP21C
B) TAX YEAR 2011
C) NOTICE Date 04 2, 2013
SS# D) My husband's S.S. Sct. 04.
SS 04/09 D)
22% E) Contact Number 1.800 829-937-8

**Reason why you disagree**
I am totally disagree with The IRS decision to fine me money and penalty and interest.
Person to Contact( Department Of Treasury )
Joe Breazeale Employee ID Number:59-06972
Tel-904-665-9975 Fax-904-665-1835    A The notice CP21C, TAX Year 2011 (notice date, has been closed with zero balance.

| Signature of Taxpayer | Date |
|---|---|
| Akimine M Walter | Oct 18, 2014 |
| | Date |

Name and signature of authorized representative (If a representative is signing this form, please attach a copy of your completed Form 2848, Power of Attorney and Declaration of Representative.)

| Name | |
|---|---|
| THASKU JOSEPH | |
| Signature | Date |
| | oc 18, 2014 |
| Your telephone number | Best time to call |
| 40 671-734-1730 | 8:01 Am Guam Time |

Form **12203** (Rev 4-2004)    Cat. No. 27136N    www.irs.gov    Department of the Treasury - Internal Revenue Service
Pacific Time

UNITED STATES TAX COURT

THASKU JOSEPH

Taxpayer, Rep and an a witness

Petitioner(s)

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent

Docket No. _____

UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, THASKU JOSEPH _____, declare from my personal knowledge that the following facts are true;

[State the facts in as many numbered paragraphs as are needed. Attach additional pages if necessary.]

1. I respectfully. ask the U.S. Tax Court to  grant my request based on the true facts and  the truly violations admittedly by I.R.S. Intentionally. I kindly request the U.S. Tax Court to orders the  IRS  to pay  us $30 million in Damages caused by IRS. Also based on the truly discovered and finding of violations.

2. Five policy considerations underpin the double jeopardy doctrine:
Based on true facts IRS doctrine illegal documented papers for IRS present and future gain. These are the truly serious violations of the Federal laws and the State laws.

3. The Fifth Amendment to the U.S. Constitution provides, "No person shall . . be subject for t [sic same offence. I also respectfully ask the U.S. Tax Court to orders IRS to removes my wife's name from IRS computer data or system just like my name completely and orders to pays us  for 2012,2013, and 2014.

4. Based on IRS advice for both of us. I also stated that the date on the declaration of my Rights has been ilegally violated by Jannet K. Fletcher supposed to June 5th 2015 not May 5th 2015.
I also declared that IRS ilegally doctrine ilegal method of investigation and recording voice messages

5. I also kindly ask the U.S. Tax Court not grant third party information this part of the doctrine ilegal investigation as well to save my wife's life for her mental illness. I also declared that the legal law firm of Gunliffe,Cook, and their office , here on Guam are also involved pls see attached documented form

I declare under penalty of perjury that the foregoing is true and correct. Executed on _____

_____
[Signature]

OR

[If the declaration is executed outside of the United States:]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on ___9/3/2015___

State of Guam U.S.A.}
County of Tamuning }
This instrument acknowledged before
me this __3th__ day of __SEPT__ 20 _16_.
by __THASKU  JOSEPH__
Witness my hand and official seal.

_____
[Signature]

Notary Public

T.C. FORM 18 (07-12)

JEANY T BONDOC
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires April 02, 2016
P.O. Box 26823 Barrigada, Guam 96921





Department of the Treasury
Internal Revenue Service
Philadelphia, PA 19255-0025

| Notice | CP21C |
|---|---|
| Tax Year | 2011 |
| Notice date | September 2, 2013 |
| Social Security number | |
| To contact us | 1-800-829-8374 |
| Page 1 of 2 | 89H |

123614.218221.0435.008 1 AT 0.384 373



AKIMINE WALTER
PO BOX 5016
HAGATNA GU 96932-8657

## Changes to your 2011 Form 1040
# Amount due: $0.00

We made the changes you requested to your
2011 Form 1040 to adjust your payments
and/or credits.

As a result, you owe $0.00.

### Summary

| | |
|---|---|
| Account balance before this change | $ -9,699.00 |
| Decrease in credit | 9,699.00 |
| **Amount due** | **$0.00** |

## What you need to do

**If you agree with the changes we made**
- You don't need to respond to this notice.

Continued on back...



AKIMINE  WALTER
PO BOX 5016
HAGATNA  GU  96932-8657

| Notice | CP21C |
|---|---|
| Notice date | September 2, 2013 |
| Social Security number | 53 |

## Contact information

If your address has changed, please call 1-800-829-8374 or visit www.irs.gov.
☐ Please check here if you've included any correspondence. Write your Social Security
number (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), the tax year (2011), and the form number (1040) on any
correspondence.

| | | ☐ a.m. | | | ☐ a.m. |
|---|---|---|---|---|---|
| | | ☐ p.m. | | | ☐ p.m. |
| Primary phone | Best time to call | | Secondary phone | Best time to call | |

INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255-0025



507042253 AA JOSE 30 0 201112



**Department of the Treasury**
**Internal Revenue Service**
**Appeals Office**
51 SW First Avenue
Suite 1014, Box 47
Miami, FL 33130

Date:
June 8, 2015
Person to contact:
Name: Norma I. Diaz
Employee number: 65-04769
Telephone: 305-982-5252
Fax: 855-272-1102
Tax period(s) ended:
12/2011

AKIMINE WALTER
PO BOX 27677
BARRIGADA, GU 96921-6953

Dear Mr. Walter:

We received your case for consideration in the Miami, FL Appeals office.

**Who we are**
Appeals is separate from and independent of the IRS office taking the action that you disagree with. We review and resolve disputes in a fair and impartial manner to both you and the government by applying the law and judicial decisions to the facts. We conduct our reviews by telephone or mail. If you prefer a face-to-face review at the Appeals office closest to your residence or business address, please let us know within 15 days from the date of this letter. We will try to accommodate your request to transfer your case to the appropriate Appeals field office for consideration.

**What you can expect**
We'll make every attempt to contact you as quickly as possible. We'll consider the facts in your case and try to resolve the dispute based on the information you provided to Collection. We will make every effort to reach a resolution with you in a manner that is fair and impartial to both you and the government. If you have any new information or evidence that you plan on submitting, please contact me immediately. I may refer it to Collection for consideration. You will receive their comments, and you will have an opportunity to respond.

If we determine that you owe the IRS, the law requires the IRS to charge interest until you pay the amount you owe in full. If the amount you owe is subject to penalties, additional penalty amounts will continue to increase until you pay in full. If you owe or potentially owe tax, interest, or penalties, you can make a payment at any time.

**What you can do**
• If you want to stop or reduce interest on part or all of the balance due, send tax payments to the Appeals office working your case.

• If you have questions about the Appeals process or how you can prepare for your hearing, communicate with the "Contact Person" listed above.

**Letter 4141 (Rev. 6-2013)**
Catalog Number 33391W

Form **2848**
(Rev. July 2014)
Department of the Treasury
Internal Revenue Service

# Power of Attorney
## and Declaration of Representative

▶ Information about Form 2848 and its instructions is at *www.irs.gov/form2848.*

OMB No. 1545-0150

**For IRS Use Only**
Received by:
Name _____
Telephone _____
Function _____
Date _____ / _____ / _____

## Part I    Power of Attorney

**Caution:** *A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1    Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

| Taxpayer name and address | Taxpayer identification number(s) |
|---|---|
| Thasku Joseph witness,tax payer, and representative for Akimine Walter<br>P.O.BOX 5016 Hagatna, Guam 96932 | 58~~~~~~ |
| | Daytime telephone number    Plan number (if applicable) |
| | C/O 671-969-2520 |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2    Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| I Thasku Joseph represenative for Akimine Walter appoint Kelli Adams or me to do the legal issue with IRS, US TAX COURT, or all the legal issue. | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____ |
| Check if to be sent copies of notices and communications ☑ | Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |

| Name and address | |
|---|---|
| Kelli Adams<br>Address Below | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____ |
| Check if to be sent copies of notices and communications ☑ | Check if new: Address ☑  Telephone No. ☐  Fax No. ☐ |

| Name and address | |
|---|---|
| INSPECTOR GENERAL FOR TAX ADMINISTRATION (IG:CC:D<br>Office of Chief Counsel Attention: Disclosure Officer<br>1125 15th St. NW Room 700A Washington, DC 20005 | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____ |
| (Note. IRS sends notices and communications to only two representatives.) | Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |

| Name and address | |
|---|---|
| *Thasku Joseph and Kelli Adams Address for both of us above* | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____ |
| (Note. IRS sends notices and communications to only two representatives.) | Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3    Acts authorized (you are required to complete this line 3).** With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| We authorize Kelli Adams to inspect our confidential documents including changes if I made mistake  with the form  (FOIA) I faxed. | 1040  12257(FOIA) | Dec 2011, Sept, 2015 |
| Married certificate | 15725 | May 1997 |
| including the innocent spouse, U.S. Tax Court and other legal issues | | |

**4    Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Use Not Recorded on CAF  . . . . . . . . . . . . . . . ▶ ☑

**5a    Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information):

☑ Authorize disclosure to third parties;  ☑ Substitute or add representative(s);  ☑ Sign a return;  *Send us copy  when signed*

*We appoint Kelli Adams as our legal attorney to act on our side as our representative to negociate or make any necessary matters including all the legal issue with the form (FOIA) to be able to process Akimine Walter legal dispute matter and I Thasku Joseph. for we*

*authorize Kelli Adams to corrected any mistake in this POA & etc.*

☑ Other acts authorized: If this POA doesn't indicate any specifi requirements on our side, we also authorize Kelli Adams to do any legal parts to be able to process any financial statement from IRS or the U.S. tax court or the settlement office in Miami Florida.

*including deposit money in to the bank account and send us financial statement*

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.      Cat. No. 11980J      Form **2848** (Rev. 7-2014)

Form 2848 (Rev. 7-2014)                                                                                           Page **2**

**b** **Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.

List any specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b): REVOKED ALL POA not sign

---

**6** **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7** **Signature of taxpayer.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

**▶ IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| | | |
|---|---|---|
| *Jermaine Walker* | *10/12/15* | |
| Signature | Date | Title (if applicable) |

| | |
|---|---|
| Print Name | Print name of taxpayer from line 1 if other than individual |

**Part II** | **Declaration of Representative**

Under penalties of perjury, by my signature below I declare that:

• I am not currently suspended or disbarred from practice before the Internal Revenue Service;
• I am subject to regulations contained in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
• I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
• I am one of the following:

**a** Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
**b** Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
**c** Enrolled Agent—enrolled as an agent by the Internal Revenue Service per the requirements of Circular 230.
**d** Officer—a bona fide officer of the taxpayer organization.
**e** Full-Time Employee—a full-time employee of the taxpayer.
**f** Family Member—a member of the taxpayer's immediate family (for example, spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).
**g** Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).
**h** Unenrolled Return Preparer—Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have prepared and signed the return. **See Notice 2011-6 and *Special rules for registered tax return preparers and unenrolled return preparers* in the instructions (PTIN required for designation h).**
**i** Registered Tax Return Preparer—registered as a tax return preparer under the requirements of section 10.4 of Circular 230. Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have prepared and signed the return. **See Notice 2011-6 and *Special rules for registered tax return preparers and unenrolled return preparers* in the instructions (PTIN required for designation i).**
**k** Student Attorney or CPA—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student working in an LITC or STCP. See instructions for Part II for additional information and requirements.
**r** Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

**▶ IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.** See the instructions for Part II.

**Note.** For designations d-f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column. See the instructions for Part II for more information.

| Designation— Insert above letter **(a–r)** | Licensing jurisdiction (state) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable). See instructions for Part II for more information. | Signature | Date |
|---|---|---|---|---|
| | | | | *10/13/2015* |
| F | GOv Guam | 15725 | | |
| | | | | |
| | | | | |

Form **2848** (Rev. 7-2014)

Form 2848 (Rev. 3-2012)

Page

**6** **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here ▶ ☐
**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7** **Signature of taxpayer.** If a tax matter concerns a year in which a joint return was filed, the husband and wife must each file a separate power of attorney even if the same representative(s) is (are) being appointed. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED TO THE TAXPAYER.**

| | | |
|---|---|---|
| *Hermine M Walter* | 10/18/14 | *Tax payer* |
| Signature | Date | Title (if applicable) |

| | | |
|---|---|---|
| Print Name | ☐☐☐☐☐  PIN Number | Print name of taxpayer from line 1 if other than individual |

| **Part II** | **Declaration of Representative** |
|---|---|

Under penalties of perjury, I declare that:

• I am not currently under suspension or disbarment from practice before the Internal Revenue Service;

• I am aware of regulations contained in Circular 230 (31 CFR, Part 10), as amended, concerning practice before the Internal Revenue Service;

• I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and

• I am one of the following:

  **a** Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

  **b** Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.

  **c** Enrolled Agent—enrolled as an agent under the requirements of Circular 230.

  **d** Officer—a bona fide officer of the taxpayer's organization.

  **e** Full-Time Employee—a full-time employee of the taxpayer.

  **f** Family Member—a member of the taxpayer's immediate family (for example, spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).

  **g** Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).

  **h** Unenrolled Return Preparer—Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have signed the return. **See Notice 2011-6 and Special rules for registered tax return preparers and unenrolled return preparers in the instructions.**

  **i** Registered Tax Return Preparer—registered as a tax return preparer under the requirements of section 10.4 of Circular 230. Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have signed the return. **See Notice 2011-6 and Special rules for registered tax return preparers and unenrolled return preparers in the instructions.**

  **k** Student Attorney or CPA—receives permission to practice before the IRS by virtue of his/her status as a law, business, or accounting student working in LITC or STCP under section 10.7(d) of Circular 230. See instructions for Part II for additional information and requirements.

  **r** Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN LINE 2 ABOVE.** See the instructions for Part II.

**Note:** For designations d-f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column. See the instructions for Part II for more information.

| Designation— Insert above letter (a–r) | Licensing jurisdiction (state) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable). See instructions for Part II for more information. | Signature | Date |
|---|---|---|---|---|
| f | | 12.257, | *[signature]* | 2024 XS/8, 2014 |
| | Government of GUAM | License and Certificate of marriage  15725 | | |

Form 2848 (Rev. 3-2012)



# OFFICE OF DISCIPLINARY COUNSEL

May 26, 2016

Wallace E. Shipp, Jr.
*Disciplinary Counsel*

Elizabeth A. Herman
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Jennifer Lyman
Julia L. Porter

*Assistant Disciplinary Counsel*
Joseph N. Bowman
Gayle Marie Brown Driver
Hamilton P. Fox, III
Becky Neal
Dolores Dorsainvil Nicolas
Sean P. O'Brien
Joseph C. Perry
William Ross
H. Clay Smith, III
Traci M. Tait

*Senior Staff Attorney*
Lawrence K. Bloom
Caroll G. Donayre
Jelani Lowery

*Manager, Forensic Investigations*
Charles M. Anderson

*Senior Forensic Investigator*
Kevin E. O'Connell

**CONFIDENTIAL**

Thasku Joseph
P.O. Box 5016
Hagatna, GU 96932

        **Re:**    **Ray/Joseph**
                    **Undocketed No. 2016-U104**

Dear Mr. Joseph:

    This office has completed its review of the disciplinary complaint that you filed against Charles A. Ray Jr., Esquire. You state that Mr. Ray was dishonest and violated the privacy of you and your wife, Akimine Walter. You state that Internal Revenue Service ("IRS") framed your wife. You state that Mr. Ray requested $500 to represent you. You are requesting assistance in recovering your money through the IRS.

    Upon review, we decline to proceed with a full investigation of your complaint. With regards to your concerns involving Mr. Ray, you failed to provide facts or evidence in support of your allegations of dishonesty and the invasion of privacy. Additionally, Mr. Ray's request for a fee to represent you is not an ethical violation. With regards to your concerns involving the IRS, we do not have jurisdiction over such matters.

    Accordingly, we decline to open a full investigation and have closed our file. We thank you for bringing your concerns to our attention.

            Sincerely,

            Elizabeth A. Herman
            Deputy Disciplinary Counsel

EAH:AW



# OFFICE OF DISCIPLINARY COUNSEL

May 20, 2016

Wallace E. Shipp, Jr.
*Disciplinary Counsel*

Elizabeth A. Herman
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Jennifer Lyman
Julia L. Porter

*Assistant Disciplinary Counsel*
Joseph N. Bowman
Gayle Marie Brown Driver
Hamilton P. Fox, III
Becky Neal
Dolores Dorsainvil Nicolas
Sean P. O'Brien
Joseph C. Perry
William Ross
H. Clay Smith, III
Traci M. Tait

*Senior Staff Attorney*
Lawrence K. Bloom
Caroll G. Donayre
Jelani Lowery

*Manager, Forensic Investigations*
Charles M. Anderson

*Senior Forensic Investigator*
Kevin E. O'Connell

***CONFIDENTIAL***

Thasku Joseph
P.O. Box 5016
Hagatna, GA 96932

        Re:    Ray/Joseph
              Undocketed No. 2016-U104

Dear Mr. Joseph:

    This office is in receipt of the disciplinary complaint that you filed against Charles A. Ray Jr., Esquire, dated March 7, 2016, which our office received on March 17, 2016. We will write to you again after our preliminary inquiry into this matter.

    If you have a question regarding this matter, please contact Angela Walker at (202) 638-1501. Please refer to the above-referenced undocketed number in all correspondence and telephone calls.

                    Sincerely,

                    Elizabeth A. Herman
                    Deputy Disciplinary Counsel

EAH:AW

Date:          May 20, 2016

To:          OFFICE OF BAR COUNCIL

The Board on   Proffessional Responsibility

District of Columbia Court of Appeal

515 Fifth Street NW
Building A, Suite 117
Washington, DC 20001

Phone: 202-638-1501

Fax: 202-638-0862

From:          Thasku Joseph   (witness, original tax filer and husband for
                    Akimine Walter (innocent spouse)

P.O.Box 5016 Hagatna, Guam 96932 Phone-c/o 671-969-2520

cell-671-997-2439 E-mail~~~~~~~~~~~~~~~~~~~~~~

Subject:          Attention: We are extremely exhausted. I motion to order and
          send us the Judgement and   released copy of our own record
     file case number (2016-U104)

Dear Executive Chairman,

First of all, I would like to express, how I feel or how we feel inside our body system. I'm
hoping   that we can exchange our body so the Appel board members can feel the pain,
and the suffering, we have been went through already since the beginning on Akimine's
case, the suffering in her body system, and how embarrassed and extremely exhausted
she is and includinging myself. we are.totally exhausted.

Your office proved that these lawyers here on Guam are connected. we don't have

,anymore legal office to ask for legal assistance. the appeal board proved what I told Attorney Charles Ray and Agent Kelli Adams in our e-mail communication that it is very hard to find lawyers here because they can contact each other not take our case. we are totally exhausted. The case manager gave the   case number 2016-U104. please, I motion to order our own record based on the case number Miss Walker gave me last night.

 I also understood that Charles Ray still our Attorney. I asked one of the lady work in the Disciplinary Council staff, is attorney Charles Ray still our attorney? she told me yes. I told her, I knew because, I saw his name on the website at the Distric of Columbia Court of appeal. please also help release the record from the US   District Court of Appeal in Washington D.C as well. 2016 CA 002532 B   Civil II

So what I respecfully motion to order, the Judgement, or Court Order. to release our own record file.

Thank you for your cooperation and for your understanding.

Respectfully,

Thasku Joseph

# Request for Appeals Review

Please complete the information in the spaces below, including your signature and the date.

| Taxpayer name(s) | Taxpayer Identification Number(s) |
|---|---|
| Akimine M. Walter | ~~redacted~~ |

| P.O.Box 27677 | 1040 Amended Return |
| Mailing address | Tax form number |
| Guam Main Facility | |
| City | Tax period(s) ended |
| Barrigada | 12/2011 |
| State | ZIP Code | |
| Guam | 96921 | |

Identify the item(s) (for example: filing status, exemptions, interest or dividends) you disagree with in the proposed change or assessment report you received with the enclosed letter. Tell us why you disagree. You can add more pages if this is not enough space.

Disagreed item

1. IRS should award us the 2011taxref
2. my husband won the appeal process
3. my case should be dismiss
4. IRS shouldn't deduct my S.Sbenefit

Reason why you disagree

My husband file his tax return because the Avon office in Pasedona, California inform him to file his tax return with IRS. I only signed the amended return without my knowledge and after my husband amended his tax return without me. I declared that, because my husband assessment is valid, the proper legal and procedural requirements have been met, there fore, my case should dismiss as well.

Disagreed item

1. totally disagree with IRS
2. why IRS deducted my Disabled
Social Security Benefit.

Reason why you disagree

IRS should award us for the amount of tax return for 2011 plus interest until 2014.
The IRS should contact this person who review the facts and the law for this same case, I involved in without my understanding why the IRS has deducted my Social Security Disabled Benefit. and I don't know if I suppose to mention the person assign to my husband case. his name's below.

Disagreed item

1. IRS should pay us 2011 tax return
2. from 2011 to 2014 plus interest.
3. it is not my husband fault.
4. The Avon Office in Pasedona, CA

Reason why you disagree

This is the Address where you can get information about my husband case similar with mine.
Internal Revenue Service Jacksonville Appeals
400 West Bay St. Suite 252, Stop A  Jacksonville, FL 32202

Disagreed item (relevant evidence)

① NOTICE CP21C
② TAX YEAR 2011
③ NOTICE DATE 09 2, 2013
STF $7-04 ④ My husband's S.S. 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
⑤ Contact Number 1-806-829-9374

Reason why you disagree

I am totally disagree with The IRS decision to fine me money and penalty and interest.
Person to Contact( Department Of Treasury )
Joe Breazeale Employee ID Number:59-06972
Tel-904-665-0975 Fax-904-665-1835  → The NOTICE CP21C, TAX Year 2011,
(notice date, has been closed with Zero balance.)

| Signature of Taxpayer(s) | Date |
|---|---|
| Akimine M Walter | Oct 18, 2014 |
| | Date |

Name and signature of authorized representative **(If a representative is signing this form, please attach a copy of your completed Form 2848, Power of Attorney and Declaration of Representative.)**

| Name | |
|---|---|
| THASKU JOSEPH | |
| Signature | Date |
| Thasou Joseph | Oct 18, 2014 |
| Your telephone number | Best time to call |
| (6 671-734-1730 | 8:00 Am Guam Time or pacific Time |

Form **12203** (Rev. 4-2004)    Cat. No. 27136N    www.irs.gov    Department of the Treasury - Internal Revenue Service

(9392)



# OFFICE OF BAR COUNSEL
## THE BOARD ON PROFESSIONAL RESPONSIBILITY
### DISTRICT OF COLUMBIA COURT OF APPEALS

515 Fifth Street, N.W.
Building A, Room 117
Washington, D.C. 20001
(202) 638-1501   Fax (202) 638-0862

### COMPLAINT FORM FOR INCARCERATED COMPLAINANT
*(Please print or type.)*

Date: __APRIL 4, 2016__

A.  Your Name: (Dr.)
    (Mr.)
    (Ms.)
    (Mrs.)  __THASKU__                __JOSEPIT__
            (First)         (Initial)      (Last)

DCDC #: _____  Location: __GUAM__

Fed. I.D. #: _____  Date of Birth: _____

Other Address: __PO. BOX 5016__
               (Street)
               __HAGATNA      GU__          (Apt. #) __96932__
               (City)          (State)          (Zip)

Court where case is pending: _____  Case No(s): _____

Date of next court appearance: _____  Before Judge: _____

Superior Court ( __ )    U.S. District Court ( __ )    Other _____

B.  Attorney Complained of:
    Name: __WE NEED JUSTICE__
          (First)         (Initial)      (Last)

    Address: _____
             (Street)                    (Apt. #)

             _____
             (City)         (State)       (Zip)
    Telephone No.: _____  Attorney's Bar No., if known: _____

C.  Have you filed a complaint about this matter anywhere else? _____ If yes, please give details. _____
    __TREATED    UNEQUALLY__

D.  Do you have a written retainer agreement with the attorney? _____ If yes, please attach a copy. _____

E.  Do you have other documents that are relevant? _____ If yes, please give details and provide copies.
    __UNCONSTUTIONAL__

SEE REVERSE SIDE FOR REQUIRED DETAILS & SIGNATURE ⊃



# OFFICE OF DISCIPLINARY COUNSEL

May 20, 2016

Wallace E. Shipp, Jr.
*Disciplinary Counsel*

Elizabeth A. Herman
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Jennifer Lyman
Julia L. Porter

*Assistant Disciplinary Counsel*
Joseph N. Bowman
Gayle Marie Brown Driver
Hamilton P. Fox, III
Becky Neal
Dolores Dorsainvil Nicolas
Sean P. O'Brien
Joseph C. Perry
William Ross
H. Clay Smith, III
Traci M. Tait

*Senior Staff Attorney*
Lawrence K. Bloom
Caroll G. Donayre
Jelani Lowery

*Manager, Forensic Investigations*
Charles M. Anderson

*Senior Forensic Investigator*
Kevin E. O'Connell

**CONFIDENTIAL**

Thasku Joseph
P.O. Box 5016
Hagatna, GA 96932

Re:    **Ray/Joseph**
       **Undocketed No. 2016-U104**

Dear Mr. Joseph:

This office is in receipt of the disciplinary complaint that you filed against Charles A. Ray Jr., Esquire, dated March 7, 2016, which our office received on March 17, 2016.  We will write to you again after our preliminary inquiry into this matter.

If you have a question regarding this matter, please contact Angela Walker at (202) 638-1501.  Please refer to the above-referenced undocketed number in all correspondence and telephone calls.

Sincerely,

Elizabeth A. Herman
Deputy Disciplinary Counsel

EAH:AW

# Xerox WorkCentre 5330
## Transmission Report

| | | |
|---|---|---|
| G3-ID | 6714727000 | Date & Time : 06/06/2016  12:49 PM |
| Local Name | FAST COPY | Page : 1(Last Page) |
| Company Logo | SYSTEM MANAGEMENT | |

The job has been sent.
Original Size: 8.5 x 11"

| # | Job | Remote Station | Start Date & Time | Duration | Pages | Protocol | Contents | Status |
|---|-----|----------------|-------------------|----------|-------|----------|----------|--------|
| 1 | 4675 | 2022080858 | 6- 6; 12:36 PM | 13:05 | 8/- | G3 | | Completed |

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT
### 333 Constitution Avenue, NW
### Washington, DC 20001-2866
### Phone: 202-216-7000 | Facsimile: 202-219-8530

## CHECKLIST FOR EMERGENCY MOTIONS

Type of motion: Court order          When will it be filed?  Date: 06/6/16          Time: Mail,fax,etc

Disposition needed by:  Date: 6/15/16     Time:     asap        Why? no attorney repesents  us

Will the motion be served by hand?  ○ Yes  ● No     If not, why not? Live Guam

Date of Lower Court/Agcy Decision:   No Ha   When will copies be provided to the court?   ODC has

Status of Lower Court/Agency proceedings: OFFICE OF DISCIPLINARY COUNSEL, DC Court of appeal

Any hearings scheduled?  ○ Yes  ● No     When?    not yet

Status of motion for stay/injunction pending appeal filed with lower court or agency? I depend on them

Is there a case pending in USCA now?  ○ Yes  ● No  Case No. and Caption:  2016-U104

When will disclosure statements be filed?

If a Notice of Appeal or Petition for Review has not been filed, when will one be?

Brief description of the case:  (What is happening & when?):
Innocent and Mental illness Akimine Walte. order to deposit her money in her  Bank Account on file with
the  O,DC..Section 142 Magistrates  Court Act 1980,(Section 37 of Mental Health Act)),Document
Name of counsel: Violation of USC 1052) thiscase is unanotation prejudice, injuedice ;

Office #:( 202 ) 638-1501     Home #:(     )         Fax #:( 202 )  638-0863
Name of opposing counsel: Office of Attorney  Charles A, Ray, TIGTA,IRS, ADVOCATE, an ᶜɟ ETC

Office #:( 202 ) 824-8123     Home #:(     )         Fax #:( 202 )  824-0640

Comments:
Emergency court order to file. I Thasku Joseph respectfully  motion to order to release her money and
order  pay damages.  Akimine Walter  is  Totally  innocent
spouse.) to appoint us attorney  or the court to do the legal Bank Transaction and send us the original

**FOR CLERK'S OFFICE USE ONLY** Deputy Clerk: _____  Date: _____

Who is notified in LD? _____       Time: _____

## ROUTING

Staff Attorney Assigned: _____     Other: _____

Clerk _____  Ch. Deputy Clerk _____  LD Office _____  Team Leader _____  Supv/Op Unit _____  Intake _____

Building on the achievements of the UDHR, the International Covenant on Civil and Political Rights, and the International Covenant on Economic, Social and Cultural Rights entered into force in 1976. The two Covenants have developed most of the rights already enshrined in the UDHR, making them effectively binding on States that have ratified them. They set forth everyday rights such as the right to life, equality before the law, freedom of expression, the rights to work, social security and education. Together with the UDHR, the Covenants comprise the International Bill of Human Rights.

Over time, international human rights treaties have become more focused and specialized regarding both the issue addressed and the social groups identified as requiring protection. The body of international human rights law continues to grow, evolve, and further elaborate the fundamental rights and freedoms contained in the International Bill of Human Rights, addressing concerns such as racial discrimination, torture, enforced disappearances, disabilities, and the rights of women, children, migrants, minorities, and indigenous peoples.

## Universal Values

The core principles of human rights first set out in the UDHR, such as universality, interdependence and indivisibility, equality and non-discrimination, and that human rights simultaneously entail both rights and obligations from duty bearers and rights owners, have been reiterated in numerous international human rights conventions, declarations, and resolutions. Today, all United Nations member States have ratified at least one of the nine core international human rights treaties, and 80 percent have ratified four or more, giving concrete expression to the universality of the UDHR and international human rights.

## PREAMBLE

Whereas recognition of the inherent dignity and of the equal and inalienable rights of all members of the human family is the foundation of freedom, justice and peace in the world,

Whereas disregard and contempt for human rights have resulted in barbarous acts which have outraged the conscience of mankind, and the advent of a world in which human beings shall enjoy freedom of speech and belief and freedom from fear and want has been proclaimed as the highest aspiration of the common people,

Whereas it is essential, if man is not to be compelled to have recourse, as a last resort, to rebellion against tyranny and oppression, that human rights should be protected by the rule of law,

Whereas it is essential to promote the development of friendly relations between nations,

Whereas the peoples of the United Nations have in the Charter reaffirmed their faith in fundamental human rights, in the dignity and worth of the human person and in the equal rights of men and women and have determined to promote social progress and better standards of life in larger freedom,

Whereas Member States have pledged themselves to achieve, in co-operation with the United Nations, the promotion of universal respect for and observance of human rights and fundamental freedoms,

Whereas a common understanding of these rights and freedoms is of the greatest importance for the full realization of this pledge,

Now, Therefore THE GENERAL ASSEMBLY proclaims THIS UNIVERSAL DECLARATION OF HUMAN RIGHTS as a common standard of achievement for all peoples and all nations, to the end that every individual and every organ of society, keeping this Declaration constantly in mind, shall strive by teaching and education to promote respect for these rights and freedoms and by progressive measures, national and international, to secure their universal and effective recognition and observance, both among the peoples of Member States themselves and among the peoples of territories under their jurisdiction.

### Article 3.

- Everyone has the right to life, liberty and security of person.

### Article 7.

- All are equal before the law and are entitled without any discrimination to equal protection of the law. All are entitled to equal protection against any discrimination in violation of this Declaration and against any incitement to such discrimination.

### Article 12.

- No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honour and reputation. Everyone has the right to the protection of the law against such interference or attacks.

### Article 16.

- (1) Men and women of full age, without any limitation due to race, nationality or religion, have the right to marry and to found a family. They are entitled to equal rights as to marriage, during marriage and at its dissolution.

- (2) Marriage shall be entered into only with the free and full consent of the intending spouses.

- (3) The family is the natural and fundamental group unit of society and is entitled to protection by society and the State.

### Article 17.

- (2) No one shall be arbitrarily deprived of his property

### Article 21.

(1) Everyone has the right to take part in the government of his country, directly or through freely chosen representatives.

I, Thasku Joseph, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Additionally, I am the petitioner, witness and the original tax filer for my 2011 business tax return. I, stated and affirm under oath and perjury that all of my relevant and solid proof of similar instruments evidence were submitted by e-mail and fax to special agent Kelli Adams from TIGTA office in Washington D.C., Amy Jones from U.S. Treasury Inspector General, also from Washington D.C., Darleen Futon also works in U.S Government TIGTA in Washington D.C, and my Attorney Charles Ray his office also located in the Washington D.C. region as well.

Signature of Petitioner

*[signature]*    DATE: Feb 9th, 2016

Complaint Number: <u>55-1508-0141</u>-C

Thank you for the information you provided to the Treasury Inspector General for Tax Administration (TIGTA). This office will review your complaint and evaluate it for appropriate action. TIGTA's responsibilities include the investigation of criminal impropriety within Federal tax administration and serious misconduct by Internal Revenue Service (IRS) employees. In addition, TIGTA works closely with the IRS to oversee the appropriate adjudication of complaints that are under the purview of IRS management, and to provide information about other concerns involving tax administration to the IRS for appropriate determination.

Please note that TIGTA is bound by Federal confidentiality statutes that limit the dissemination of information regarding TIGTA's law enforcement activities, including actions taken as a result of complaints filed with TIGTA. TO ENSURE COMPLIANCE WITH APPLICABLE DISCLOSURE LAWS AND REGULATIONS, THIS OFFICE CANNOT RESPOND TO TELEPHONIC REQUESTS FOR STATUS OR OTHER INFORMATION ABOUT YOUR COMPLAINT.

If you wish to have a copy of the information you submitted, you must file a written request pursuant to the Freedom of Information Act (FOIA). Please refer to the FOIA instructions found on TIGTA's website at http://www.ustreas.gov/tigta/important_foia_mafr.shtml. FOIA requests must be signed and submitted by fax at <u>(202) 622-3339</u>, e-mail to <u>FOIA.Reading.Room@tigta.treas.gov</u>, or mail to the Treasury Inspector General for Tax Administration, Office of Chief Counsel - Disclosure Branch, 1401 H Street, N.W., Room 469, Washington, DC 20005.

-----Original Message-----
From: <u>akimywalter@gmail.com</u> [mailto:<u>akimywalter@gmail.com</u>]
Sent: Tuesday, August 25, 2015 5:47 PM
Subject: TIGTA Complaint Form

---
Name(s): Norma Diaz, Jannet Fletcher, Cook

Grade(s): IRS appeal employee and Law firm

Position(s): Appeal Settlement officer

Function(s): Final Settlement

City/State(s): Miami Florida

Complaint: Please help us recover our money or pay us our money based on the discovery, finding, and violation admittedly by IRS intentionally. Our case was closed and approved. you can verify all these information by calling our Advocate Lawyer Jennefer Carson in Odgen Utha. <u>866-809-2329</u>. These three legal law firms invaded our privacy, using our tax form for their

unequally lessthan human being to charge her twice for the same offense that has been solved completely. It is Violation of the Law.(Double Jeopardy) I also affirm under oath and perjury that Akimine Walter is totally innocent.she didn't do any wrongfull act. I am Thasku Joseph, the truly original tax filer for my 1040 2011 that how she get involved in my dispute with IRS.I didn't know how to file tax and I amended and sent paper to Kansas City MO.I also believe somone doctrine illegal method for IRS future gain here on Guam and within the IRS office to ilegally frame her for wrongful incidents she committed . Last year 2014, I have noticed someone stole her extra house key, stole my personal!

ID card, and social secury card with my wallet.In the Beginning of May this year, I remebered it was on Friday morning. I called the Law offices of Gunliffe and Cook to make an appointment and their phone number (671) 472-1824, their telefax (671)472-2422, and their e-mail-cclaw@teleguam.net.when I called their office Attorney Cook answered the phone, I explain my situation that IRS charged my wife twice for the same offense. he told me to bring my documents to their office that same day. when I reached their office,the secretary made copies for all my confidential documents. I also explain to him that my case was urgent based on what Jannet K. Fletcher told me over the phone. On that same day I brought all my confidential documents, the taxbrain.com original tax return I filed. also including the letter from the Seattle office as well as the letter I type Attention Jannet K.Fletcher in it, that I declared Akimine Walter Rights had been ilegally violated and the discover!

ed new facts and finding, and these 11 violations addmittedly by IRS. when I was at their office I asked the secretary to print out the form 2848, the POA. In the power of Attorney I stated and authorized the attoney to inspect my confidential documents but didn't write his name I leave it blank, including the form 12275 or file a lawsuit or go to trail.when I signed the 2848 POA, the Attoney cook was standing next to me, but I didn't see him sign the form. he asked me, if I talked to the other Attoney Gunliff, I told him why?" I am the one I talked to him over the phone". he told me, he will contact me.

The next following week, I called their office,the secretary answered the phone, told me I missed my appointment. I told her, what appointment? Attorney Cook told me, he will contact me.then she said hold on,then I and the other Attorney Gunliff talked over the phone, I could tell his voice that was not Attoney Cook. he was screaming to me over the phone asking me where is the agreement between I and IRS and ask me, are you going to pay IRS money? he told me,my wife have to pay IRS for penalty. and told me, and said, (taxbrain),sorry our office can not represent you.I was freaked out, we didn't even talked that much and he hung up the phone. In that same week,my prayer answered, I found my Advocate beautyful Congresional Rep, name Jennefer Carson with her phone number, I called her and asked her that I need her help. she said, ok and gave me her fax number and mailing address. I told her, I have to fax few of the papers and the rest I have to mail them. what our Congresiona!

l Rep, doesn't have our married certificate and the copy of the original tax file Taxbrain.com send me.During that same week,I called Jannet K. Fletcher, about the form 12257 who is the innocent spouse, she told me she send to her connection Norma Dias our conversation over the phone also our confidential documents. and she gave me Norma's phone 305-982-5252 to call her about a week. Two times at night, I tried to contact Norma's phone it was connected to Gunliff and Cook phone number here on Guam 671) 472-1824.Attorney Gunliffe is a Appeal Attorney too. I was curios why their phone are connected to each other. Then about three weeks later I called Attorney Gunliff and Cook office to pick up my confidential documents they copied. When I went to their office the secretary told me Attorney

5. Treat the disability individual unegually to charge her twice for the same offense. and not respect her dignity and freedom intentionally

6.Deducted her monthly disabled benefit ilegally without her knowledge and approval.invation of her privacy (violation of her privacy in paper) intentionally

7.Violation of the Disability Rights intentionally

8. Prejudice and discrimination because of her nationality

9.Frame her for wrongfull incidents she committed intentionally

10. Used the name IRS to scare her and forced of ilegal power in black and white documented paper of harrassment caused damaged tort her mind

11.Damaged her future reputation intentionally

May 15th 2015

Declared of my Constitutional Rights had been ilegally violated by

Jannet K Fletcher (Employee Number) 0276951 (Tel)-206-946-3574 Fax-206-220-5925

1.Violation of our Rights as tax payers Jannet K Fletcher inspected our confidential documents without the legal Form 8821 as well as investigated me over the phone and it is prohibited within the indepedent appeal office by IRS.

2.Invation of our privacy in paper and tort my brain, as well as my privacy in person. after she trick me over the phone during the examination on this case.when I first ask her do I need lawyer? she said no. additionally, I asked her after she inspected our confidential documents why she told me I don't need lawyer and she changed her answered to yes, I can have lawyer.

3. She treated me unequally not to send the payment form that I send her, I mention in the POA. I cut and supposed to send to Philadelphia Pensivalia to follow their instruction to stop deducted Akimine Walter Social Security benefit.instead she send to Norma Dias in Jacksonville Florida. she didn't respect my rights as human being what I am entitled to.

4.She doctrine some illegal documents information I told her over the phone, for IRS future gain during the examination of this case after she trick me, I don't need lawyer, when she inspected our confidential personal documents. according to what she told me, she send to Norma Dias in Jacksonville, Florida the other appeal office including our conversation over the phone.

5. Discrimination and prejudice against us because our nationality.

6.Harressment and ilegal investigation over the phone she is prohibited from doing it as independent appeal officer

Thank you very much,

Respectfully,

Thasku Joseph ,Tax payer,Represenative, and witness. my signatures Thasku Joseph

Department of The Treasury IRS

Appeals office 915 second avenue

room 2790, ms w680

seattle, wa 98174 Attention:Janet K Fletcher E-N0276951 tel 206-946-357

Akimine Walter

P.O. Box 27677 Barrigada, Gu 96921phone-671-734-1730

Human Rights Violation

REQUEST FOR APPEAL AND RECONSIDERATION

The principles of International Laws which were conceived in order to promote democracy, rule of law, respect for human rights and human diginity all over the world.Thus, self-determinatin

11.Damaged her future reputation intentionally

Sincerely Yours Akimine Walter Represenative signatures Thasku Joseph

The Equal Protection Clause was created largely in response to the lack of equal protection provided by law in states with Black Codes. Under Black Codes, blacks could not sue, give evidence, or be witnesses. They also were punished more harshly than whites.[109] In 1880, the Supreme Court stated in Strauder v. West Virginia that the Equal Protection Clause was designed to assure to the colored race the enjoyment of all the civil rights that under the law are enjoyed by white persons, and to give to that race the protection of the general government, in that enjoyment, whenever it should be denied by the States.

The Clause mandates that individuals in similar situations be treated equally by the law.[110] Although the text of the Fourteenth Amendment applies the Equal Protection Clause only against the states, the Supreme Court, since Bolling v. Sharpe (1954), has applied the Clause against the federal government through the Due Process Clause of the Fifth Amendment under a doctrine called "reverse incorporation."[111][112]

In Yick Wo v. Hopkins (1886), the Supreme Court has clarified that the meaning of "person" and "within its jurisdiction" in the Equal Protection Clause would not be limited to discrimination against African Americans, but would extend to other races, colors, and nationalities such as (in this case) legal aliens in the United States who are Chinese citizens:[113][114]

These provisions are universal in their application to all persons within the territorial jurisdiction, without regard to any differences of race, of color, or of nationality, and the equal protection of the laws is a pledge of the protection of equal laws.

Persons "within its jurisdiction" are entitled to equal protection from a state. Largely because the Privileges and Immunities Clause of Article IV has from the beginning guaranteed the privileges and immunities of citizens in the several states, the Supreme Court has rarely construed the phrase "within its jurisdiction" in relation to natural persons.[114] In Plyler v. Doe, 457 U.S. 202, 210-16 (1982) where the Court hold that aliens illegally present in a state are within its jurisdiction and may thus raise equal protection claims[114] the Court explicated the meaning of the phrase "within its jurisdiction" as follows: "[U]se of the phrase "within its jurisdiction" confirms the understanding that the Fourteenth Amendment's protection extends to anyone, citizen or stranger, who is subject to the laws of a State, and reaches into every corner of a State's territory."[115] The Court reached this understanding among other things from Senator Howard, a member of the Joint Commi!

tee of Fifteen, and the floor manager of the amendment in the Senate. Senator Howard was explicit about the broad objectives of the Fourteenth Amendment and the intention to make its provisions applicable to all who "may happen to be" within the jurisdiction of a state:[115]

The last two clauses of the first section of the amendment disable a State from depriving not merely a citizen of the United States, but any person, whoever he may be, of life, liberty, or property without due process of law, or from denying to him the equal protection of the laws of the State. This abolishes all class legislation in the States and does away with the injustice of subjecting one caste of persons to a code not applicable to another. ... It will, if adopted by the States, forever disable every one of them from passing laws trenching upon those fundamental rights and privileges which pertain to citizens of the United States, and to all person who may

(John 14: verses 14:) Jesus Comforts his Diciples: Do not let your hearts be troubled. (Trust in God, trust also in me. In my father's house are many rooms.

Thank you, God blesss you Jennefer.

T/J for Akimine walter

original message

We detected a suspicious login to your Yahoo! account (Jun 30, 2015, 12:09 PM) from CA, US (67.98.163.2).

Note: This location is based on information from your ISP or wireless provider.

Was this you? If so, you can disregard this alert message.

If this wasn't you, please follow the links below to protect your Yahoo! account information from future account hijacking

Your most recent activity includes any times that you signed into Yahoo! by entering your Yahoo! ID and password (not limited to Mail).

Learn More

Date/Time (Pacific/Guam) Access Type Event Location

Today 3:09 AM Browser Logged In Guam

2:41 AM Browser Mail Access Guam

2:23 AM Browser Logged In Guam

2:16 AM Browser Logged In Guam

2:11 AM Browser Logged In Guam

1:51 AM Browser Mail Access Guam

1:51 AM Browser Logged In Guam

Jun 30, 2015 12:09 PM Browser Mail Access CA, US

Jun 30, 2015 12:09 PM Browser Logged In CA, US

Jun 26, 2015 1:26 PM Browser Mail Access Guam


On Friday, June 19, 2015 7:21 AM, Lawyer.com Referral <referrals@corp.lawyer.com> wrote:


Your Case is Generating Interest - Speak with a Lawyer Now!

Greetings,

Lawyer Margarita Muina is interested in your case and waiting for your call. Call her now to avoid missing her.

Call For Help now! Details Below:

Margarita Muina305-358-9010

If you have trouble contacting the lawyer yourself, or would like to reach out to other lawyers, please call me toll-free at 800-920-0530 or reply to this email and I will be happy to assist you. To qualify for discounts on legal services, you may also be interested in our Lawyer Protection Plan.

Regards,

Lawyer.com Support

Toll Free: 800-620-0900

Hi akimine,

within few days and never.after she illegally violation of my constitutional Rights and Invation of our privacy in paper and in person tore my brain over the phone. and told me, IRS sent to the wrong Appeal office in Seattle Washington and doctrine Illegal investigation over the phone for IRS present and future gain.

2. Attorney Cook saw me when I signed the 2848 POA.we already talked, he will contact me. then Attorne Gunliffe told me on the phone, their office can not represent me. All my confidential documents were in their office. everything they have, and they are very tricky of doctrine illegal method of invation of our privacy in paper and in my brain in person.In reality, its up to them if they want us to live or not. our lifes are in their hands absoultly.

3. And the Two Legal firm offices above are connected to the Settlement Appeal office Norma Diaz. All these three legal firm offices are connected to each other. they have fax mechines telephones, and other communication devices.and they have money to travel to do their illegal doctrine method. but us, we don't.have lawyers to assist us. especially, we don't have money to afford our Attorney. we are poor people with disability. Compare to them, very big differences. They are professional, expert to block,covered up, hacked confidential personal, documents and no one can access the information of knowledgeable and experienced, they personally have. Their knowledge are so powerful and their money are powerfull too. They work with the IRS Federal Goverment, they know everything about Federal Legal laws system and the State Laws. they have computers.It is all up to them,if they want to doctrine illegal innocent people with disabilities to illegaly use of forced to sized my wif!

e's social security. without (Due Process of Law.)

4. I am the original Tax filer my name was clear. why they didn't remove my wife's name long ago?since this case already signed and approved to closed. and now IRS charges her for the same offense. (Douple Jeopardy) and now IRS tried illegal method to doctrine ilegal documented paper to frame us together. the whole situation legal dispute when the original tax filer case has closed. the wife's case closed cmpletely.this is part of violation agaist disability (ADA) and violation of double charges for the same offense twice. and violation of charge innocent people with discrimination and prejudice.The form was 1040 2011 December only Levy Penalty.

Respectfully,

Thasku Joseph

Your Honor,

Petitioner Statements

I ) I, Thasku Joseph, affirm under oath and perjury that IRS treated us unequally less than human being as well as the legal law firm here on Guam. I believe the Law office of Gunliffe and Cook and the other Immigration Attorney are doctrine ilegal method to frame us because of our nationality and hidding secret information about our case. I also respectfully ask the U.S. Tax Court to grant our request to orders the Maiami Settlement Appeal officer Norma Diaz to release the legitimate final determination Rosolution in documented paper in black and white of our case. so I, or we are entitle and have legal Rights to understand and know the final resolution of our case.

II) I also believe this Law firm here on Guam and the Settlement Appeal office are settled our case to do ilegal method of settlement without our knowledge. I also believe the Immigration Attorney in this Law office joints Attorney Gunliffe and Cook to doctrine ilegal method to frame us so the U.S. Immigration can have reason to deported us because of the $15 million dollars I claim for damaged caused by IRS and the (11) discovered facts of truly violation of laws admittedly by IRS intentionally.

Hagatna, Gu 96910
Tel671-472-1824
Fax-671-472-2422
E-mail-cclaw@teleguam.net

Contact Name: Thasku Joseph & Akimine Walter

Contact Home Phone: 671-969-2520

Contact Email: akimywalter@gmail.com

**Internal Revenue Service**
IRS - Appeals Office
400 West Bay Street, Suite 252
STOP A
Jacksonville, FL  32202

**Department of the Treasury**

**Person to Contact:**
  Joe M. Breazeale
  Employee ID Number: 0228394
  Tel:  904.665.0975
  Fax:  904.665.1835
**Refer Reply to:**
  AP:FE:JAX:JMB
**In Re:**
  Collection Due Process - Levy
**Tax Period(s) Ended:**
  12/2011

Date:  MAY 0 5 2014

THASKU JOSEPH
PO BOX 5016
HAGATNA GU  96932

Dear Mr. Joseph:

Your case has been closed on the basis agreed upon and I have approved the abatement of the civil penalties assessed against you for 2011. I have also approved the Form 12257 waiver that you submitted pertaining to your Collection Due Process request for the tax period identified above. The enclosed copy of the Form 12257 is for your records.

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely,

Franklin D Clark III
Appeals Team Manager

Enclosures:
  Waiver



ATTENTION: Kelli Adams

Complain Number - 35 - 15088141-C

or

55 - 1508 - 0165 - C

NOTE: Please contact our Attorney Kelli Adams
for more details on our side regarding
any legal issues, or matters.



**Customer Copy**
Label 11-F, April 2004

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United STATES Court of Appeals District of Columbia Circuit 333 Constitutional Ave, NW, DC

9590 9403 0620 5183 0583 31

2. Article Number (Transfer from service label)
EM 710 2542 70 US

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

RECEIVED
Mail Room

Post Office To Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:    ☐ No

Angela E. Caesar, Clerk of Court
U.S. District Court, District of Columbia

2 0001 2816

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

2- Shipping Label (left) and Customer Copy (right)

Country    Telephone/Fax or Email
2000/-2816

Appeals District of (Columb
Circuit 333 Constitutional / Ave
NW Washington, DC 20001-2816

**FOR PICKUP OR TRACKING:** Visit **www.usps.com** or Call **1-800-222-1811**    **EMS**

---

$ 209.86

PERSONAL FINANCE CENTER
126 Chalan San Antonio
Tamuning GU, 96913

LOAN TRANSACTION RECEIPT
Date: 11/03/2016    Time: 9:51:08
TELLER ID: 12    TC: 10
RECEIPT #: 3/002
LOAN NUMBER: 119430501
AMOUNT TENDERED
  CASH:            140.00
      100 --- 1
       50 --- 20 --- 10
        5 --- 2 --- 1
POSTED AMOUNT:     140.00
Payment For:    09/05/2016
CHANGE DUE:           .00

AKIMINE WALTER
THASKU JOSEPH
PO BOX 27677
BARRIGADA GU 96921

COMMENTS:
eb: 209.86
bogie apr#006013
...tured

T CARD PMT. FOR LOANS/INS. ACCEPTED
...ANS * INSURANCE & MONEY CERTIFICATE
...iable at Tamuning

RECEIVED
Mail Room
DEC 8
...D. Caesar, Clerk of Court
...S. District of Columbia





MAR-28-2016 MON 03:32 PM NETCOPY FAX:6717342211 P.001/009

UNITED STATES POSTAL SERVICE®

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to: LAW office of Attorney

Address: Charles Kay 1001, ST, NW Washington D.C. 20036

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 23396461547 Year, Month, Day: 2016-03-04 Post Office: 969110 Amount: $200.00 Clerk: 05

Fax

To: BAR Council From: Thasku Joseph

SCANNED MAR 28 2016

Pages:

Phone:

Date:

Re:

OFFICE OF DISCIPLINARY COUNSEL

CC:

MAR 28 2016

☑ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

RECEIVED

• Comments:

Supporting EVIDENCE FOR THOSE Documents ALREADY SEND PRIORITY MAIL AND E-MAIL

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

WASHINGTON, DC 20036

Certified Mail Fee $3.45

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $2.80
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $

Postage $6.45

Total Postage and Fees $12.70

Sent To: Law office of Charles ...

Street and Apt. No., or PO Box No.: 1601 19th S...

City, State, ZIP+4®: Washington D.C. ...

USPS BARRIGADA 03/09/2016

7015 1730 0002 2104 5066

(Wednesday 03/09/2016)
Certified 1 $3.45
(USPS Certified Mail #)
(70151730000221045066)
Return Receipt 1 $2.80
(USPS Return Receipt #)
(9590952106150307056494)

Total $12.70

Cash $13.00
Change ($0.30)

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit USPS.com USPS Tracking or call 1-800-222-1811.

*****************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards available for purchase at select Post Offices.
*****************************

Save this receipt as evidence of ... For information on filing

**PERSONAL FINANCE CENTER**
*Years*  *126 Chalan San Antonio, Tamuning, GU 96913*  **You're First In All We Do**

November 4, 2016

AKIMINE WALTER
THASKU JOSEPH
PO BOX 27677
BARRIGADA GU  96921

> **TAX REFUND LOAN PROGAM IS BACK!**
> (See Loan Department for further details)

PFC LOAN NO:                    119430501
TOTAL AMOUNT PAST DUE:     $209.99

<u>PAST DUE NOTICE</u>

Dear Sir/Madam:

Your loan with PFC is now **PAST DUE**.  The Promissory Note, which you signed, states payments are supposed to be made monthly.  Our records indicate that you have not fulfilled this agreement.

If you are having problems making the payment, as due, please come in to our office to work out an acceptable arrangement.  Credit hardship assistance programs may be available dependent on your situation.

If we do not hear from you or receive payment for the amount due in **10 days**, we may be forced to proceed with more stringent measures to collect what you owe.

You may make your payments at our Tamuning or Dededo Center from 9:00 a.m. to 5:00 p.m. Monday – Friday or, 9:00 a.m. – 1:00 p.m. Saturday (Tamuning Only).  PFC is now accepting DEBIT CARD payments for loan transactions.

Please disregard this **NOTICE** if payment has been made.

Sincerely yours,

Collection Department
300-7306

Thasku Joseph

Date: Dec 3, 2016

P.O.Box 5016 Hagatna, Guam 96932

Phone-671-972-7927 E-mail-thaskuj@gmail.com

Unites States District  and Bankruptcy

U.S. District Court

333 Constitutional Avenue NW

Washington D.C. 20001

**Affidavit**

**Express Petition and Complaint**

**Demand  Court order to pay us. For damages. We can't file suit, be witness,** OR
Release the innocent Spouse money OR our money.
Pursuant to 42 U.S.C 1983 filed  by a petitioner incarcerated

Thasku Joseph

Plaintiff

VS

Mike Darby and others
Defendants please see other page for defendant's name

(A) I, Thasku Joseph, the plaintiff, petitioner, and witness respectfully, requesting the
Court to order all the defendants  to pay us for damages. We are suffering too long
without any reason. All these defendants new our case  was  closed since may 5th 2014.
And the form 12257 to file a lawsuit for innocent spouse. They took advantage of us and

our legal documents to their own gain, as well as abused us repeatedly. They knew our case involved violation of the laws  including the following below. (Causes of Action)

1. corruption 2.prejustice 3.discrimination 4.unconstutional 5.without due process 6.racism 7.contempt of Court 8. invasion of our privacy in 9.person and10. paper 11 12. Documents confiscation and totally injustice.

B.) I, Thasku Joseph, the petitioner and plaintiff may ask the Court  not to changed the date Sept 1,2016. This  is  true fact and relevant evidence that Mike Darby doctrine to impede to delay this case until today. Contempt of Court (Power of Individual Judge)

1.Title 18 of the United States Code 2.and U.S code under Rule 42.I also e-mail the Clerk  Angela D. Caeser to file a protective order not to communicate with Mike Darby and release the final Judgment. I also told Mrs. Watson about Mike that he was dishonest and lied to me the name of the Judge. (Moss Granted) I may ask the Court to see all my legal documents to prove this case that this case should closed long ago. All these lawyers were lied to covered up the truth and defend each other. Even the Director of office of Disciplinary Council Wallace Ship dishonest that our former lawyer didn't earn the $200.00  please see money order receipt and the priority mail tracking number 7015-1730-0002-2104-5066 and his office received the money order.

C.) I, Thasku Joseph the petitioner may ask the Court to allow me to communicate with Angela Caeser on this case based on Pro-Se for non prisoner incarcerated for civil suit with her name on it. And I trusted her, since I and her talked that I trusted her she told me yes, yes. About the documents I signed to share secret I asked her, if I can send her my documents, she said yes. The Chief Judge (Richard W. Robert) not Beryl A. Howell.

I, Thasku Joseph, declared and Stated  under oath and penalty of perjury, that  all the statements in the entire instrument are true and correct.

Executed  Date:. Dec _3rd_ 2016     Thasku Joseph

Signature _____

*E-mail Communication*

Dear Angela,

The purpose of this e-mail to address this express legal matter to you. Our Lord knows I or my family depend on your emergency assistance not only for your Title Clerk of Court but with your honesty and I believe myself the Lord with you. Our family belive in the name of the Lord Jesus Christ, we don't want to prosocute the defendants. We let the Bankruptcy Judge or the Jury on his own decision. What made me sent those words the motion and the statement of my innocet spouse Date Oct 28, 2016 when Mike told me that if I don't provide the explanation letter why I'm using the P.O. Box 5016 the Judge going to reject our case. another thing if you look carefully for the motion I sent Aug 23 or Aug 22. The on seperate ppaer, the motion in one page only. I explain why I use the P.O. Box 5016 because the U.S. Postal Service doesn't delever mail to some home residential area here on Guam. I verify with Miss Watson she told me yes, the Judge request that. Mike Darby dishonest yo me when I asked him who is the assaign Judge to our Case. he told me, Moss Granted he even spell the Judge's name so I wrote down. When I asked him,again what is the name's of the Judge he told me Moss Friedman. he forgot he told me the last name Granted. I told him, you told me Granted he said, he didn't. I told him why I didn't see his name in list of the Juges?. he told me to look on the Court website. he told me also why I sent you those letter I resend. he made me feel I made a big mistake. God knows, I am not a Lawyer. this is the reason, the Lord has planned to appointed you in the Bankruptcy form for civil complaint for non-prisoner from the Judge to direcr you for your honesty. God knows, from the beginning of this case when I saw your name on that U.S. Court stamp on it. June 8 2016. I knew, you are honest and I also spoke to you on the phone, I told you please help. This is the kind of person I believe the Lord wanted me to communicate with. Lastly, I respectfully, ask to file this express protective order please. because of my problem with internet access and computer this is the reason I send you today when I have this chance to use the public Library.

Thanku Joseph

God Bless you Angela

Attachments area

Preview attachment Angela D. Caese.docx

DATE :        Nov 8th, 2016

TO:           United States Court of Appeal

              333 Constitutional Avenue, NW

              Washington, D.C 20001

FROM:         Thasku Joseph

              P.O. Box 5016 Hagatna, Guam 96932    Cell-671-972-7927 E-mail
              thaskuj@gmail.com

Subject: Express Petition (Protective Order)

Your Honor,

I, Thasku Joseph, respectfully ask the court to allow the Clerk of Court Angela D. Ceser to file
these protective order to protect I and my family from doctrine to extended this case file in the
Court above. I also stated that I have legal right to get access to law and the Court above or the
US Court of Bankruptcy . Further more, the right to petition the Court for correction not
release the final Judgment and my motion I submitted .

1. To order to protect me from Communicate with Mike Darby

2. To protect and order not to delay or extended this case for another six weeks.

3. To protect and order the final Judgment to send urgently

4. To order and protect to release the decision of my motion Dated: Sept 6, 2016

5. To order and protect to granted these petition or protect our family to granted these protective order  I submitted to Angela D. Caser the Clerk of Court by e-mail.

6. To protect and order to send us by mail urgently.

I, Thasku Joseph, declared under oath  perjury of the law of the United States of America that all the statements in this entire instrument are true and correct.

Executed: Date Nov 8th, 2016

Signed  Thasku Joseph

## COURT PERSONNEL
### Chief Judge
Richard W. Roberts, Rm. 4535                        (202) 354-3400

### Active Judges
| | |
|---|---|
| Emmet G. Sullivan, Rm. 4935A | (202) 354-3260 |
| Colleen Kollar-Kotelly, Rm. 6939A | (202) 354-3340 |
| Reggie B. Walton, Rm. 6403A | (202) 354-3290 |
| Richard J. Leon, Rm. 6315 | (202) 354-3580 |
| Rosemary M. Collyer, Rm. 2528 | (202) 354-3560 |
| Beryl A. Howell, Rm. 6600 | (202) 354-3450 |
| James E. Boasberg, Rm. 6321 | (202) 354-3300 |
| Amy B. Jackson, Rm. 2528 | (202) 354-3460 |
| Rudolph Contreras, Rm. 4903 | (202) 354-3520 |
| Ketanji B. Jackson, Rm. 6309 | (202) 354-3350 |
| Christopher R. Cooper, Rm. 6903 | (202) 354-3480 |
| Tanya S. Chutkan, Rm. 2309 | (202) 354-3390 |

### Senior Judges
| | |
|---|---|
| Thomas F. Hogan, Rm. 4012A | (202) 354-3420 |
| Gladys Kessler, Rm. 4006A | (202) 354-3440 |
| Paul L. Friedman, Rm. 6012A | (202) 354-3490 |
| Royce C. Lamberth, Rm. 2010A | (202) 354-3380 |
| Ellen Segal Huvelle, Rm. 4423A | (202) 354-3230 |
| John D. Bates, Rm. 4114 | (202) 354-3430 |

### Magistrate Judges
| | |
|---|---|
| Deborah A. Robinson, Rm. 2315 | (202) 354-3070 |
| Alan Kay, Rm. 2333 | (202) 354-3030 |
| John M. Facciola, Rm. 2321 | (202) 354-3130 |

### Bankruptcy Judge
S. Martin Teel, Jr., Rm. 2114                    (202) 565-2534

### Clerk of Court
Angela D. Caesar, Rm. 1130                     (202) 354-3050

UNITED STATES DISTRICT AND BANKRUPTCY
COURTS FOR THE DISTRICT OF COLUMBIA

Thasku Joseph
_____
                              Plaintiff

            v.

_____
                              Defendant

U.S. District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

## ORDER

The papers in the above captioned matter are hereby returned to you for failure to comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and/or the requirements of the Prison Litigation Reform Act of 1995. The papers are deficient in the following areas:

☐ Your complaint **must** set forth the facts of your case and indicate what kind of relief you seek from the Court. The name of this Court **must** be written at the top of the first page. The word COMPLAINT **must** appear under the caption. All parties to the suit must be named in the caption. The use of et al. is **not** permitted as the rules require you to name each defendant as well as an address to effect service.

☐ Your COMPLAINT **must** be typed or legibly handwritten. If you are requesting a jury trial, the demand **must** be stated in your complaint.

☐ Your COMPLAINT **must** bear your original signature.

☐ Application to Proceed In Forma Pauperis **must** be completed and originally signed. (Enclosed)

☐ You **must** file a Motion for Leave to File because:_____
_____

☑ OTHER: You must redact sensitive information (e.g. SS#, DOB) from complaint and exhibits. In addition, please send all future filings to the Clerk's Office. Pleadings cannot be filed in a timely manner if they are mailed directly to Ms. Caesar's office or Judge's Chambers.

For the foregoing reasons, these papers are being returned unfiled. You may resubmit these papers to the Court, upon correction of the deficiency(ies) checked above. **DO NOT SEND PAPERS DIRECTLY TO ANY CHAMBERS.**

11/21/2016    JCD
_____
Date

**HOWELL, C.J. BAH**
Chief Judge Beryl A. Howell

**DATE:**     April 4, 2016


**TO:**     Hoborable Chief Judge **MERRICK B. GARLAND**

UNITED STATES COURT OF APPEALS

DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW

Washington D.C. 20001-2866   Phone -202-216-7000
Facsimile-202-219-8530

**FROM:**     Thasku Joseph

P.O.Box 5016 Hagatna, Guam 96932 C/O Phone-671-9692-2520
E-mail-⬛⬛⬛⬛⬛⬛⬛⬛

**SUBLECT:**     Declaration of emergency Court Order ( Our Case is Pejudice,
Unconstutional, and Injustice) Our Legal documents confisticated
intentionally, without due process of law. Violation of our Civil Rights,
and Documents Confistication Violation. We are both disabled.ADA
Violation.

Section 142 Magistrates Court Act 1980

Section 37 of the Mental Health Act

Document Confistication Violation of U.S.C. 1952


Honorable Chief Judge Garland,

Before, I begin my statement, I respectfully thanks to the Lord for allowing me to communicate
with you and introduce myself. my name is Thasku Joseph. I am the husband of Akimine Walter,
my wife didn't involve in my dispute with IRS. she only signed the amended return because of
our two kids I claimed as dependents. I witness the truth of this case against my wife Akimine
Walter. In 2014, the IRS illegally deducted my wife's social security disabled monthly bebefit.
my wife didn't aware about the deduction of her social security disabled benefit until she went to
the social security office here on Guam to findout why her s.s didabled benefit deducted.

The social security office told her IRS deducted. our case with IRS had been signed, approved, to closed. Our former advocate lawyer Jennefer Carson worked on our case knew our case had signed, and approved that our case closed since 2013. one night in 2014. I called the IRS to find out about the deduction the IRS illegally made, the person answered the phone to wait for the appeal form and the IRS POA form they were going to send us and explain why my wife disagreed with her s.s. deduction.

In that period of time between 2014 and 2015, the IRS deducted around $600.00 dollars from her social security. In May 2015 she received letter from the Seattle appeal office in Washington from Jannet K. Fletcher. during that time, we also receved the IRS POA, IRS send back to us with plenty IRS official stamp on it. The IRS POA form, the section I have indicate   in the box my attorney license   number. I have to send back to IRS, and my attorney's license certificate number, or what is my relationship to my wife. I cirle the (F) and right down our married certificate number and faxed back to   Jannet Fletcher. I also wrote Jannet K Fletecher all the 11 new discovered of new facts of violation admittedly by IRS intentionally and the   claim for damages $15.million.

I also send her our married certificate and other relavant legal documents proved that our case closed signed approved and the 12257 form to file lawsuit for innocent spouse. we have different Lawyers, they were dishonest to do the lawyer's responsibility to assist us. this is the reason I include all of them to file lawsuit against them because they all have our personal legal documents. they took advantage of our legal documents for their gain and not assisting us. I also include the U.S.Treasury Miss Harvey because she told me to forward to her our legal documents and we never heard anything from her. that means she is confisticed our legal documents to now days as well.

Your honor,

I respectfully ask you honor to review the new facts of discovered and finding of violation of the laws and the relavant petition I sent to the Bar Councel in   Washington D.C.the reason I send you copies of our legal documents directly, because I send to Bar Councel in Washington D.C. our original copies as evidence. I thought, this is the right legal councel can legally solved our family problem.we don't have accesss to legal councel, they ignored us. even the Guam Bar Association, and the office of Bar Councel in washington D.C. the person e-mail me, their office can not take our case. please order them to send you our original copies. this why I petition and appeal our case and sent them our legal documents. I also respectfully ask from the bottom of my heart please help us and send us copy that you receive our legal documents. and order the defendants to pay us for damages. we are embarressed, suffered, painfully and exhausted deeply in our body system.these people supposed to help us, they treated us inhuman and unequally.we can't file lawsuit,witness,and they confisticated our legal documents ilegally and intentionally. I have fear that our case had burried and unsolved, without reaching the Court or the Justice Department.

Thank you, God bleass you.


Reference:     General findings and conclusions: a low threshold and a broad concept

The term 'a serious violation of international human rights law' sets a low threshold. Though it covers violations of human rights that are international crimes, its scope is much broader and includes violations of social, economic, and cultural as well as civil and political rights.

In terms of criteria, it refers to a range of human rights violations and takes account of:

The nature of obligations engaged.

The scale/magnitude of the violations.

The status of victims (in certain circum- stances).

The impact of the violations.

The relevance of the 'gravity' of the violation

Different legal systems distinguish between breaches of obligation in various ways and for a variety of purposes. References to the 'gravity' of human rights violations have evolved over time. States often referred to the gravity of violations when they framed ethical foreign policies, or imposed conditions on financial, technical, or technological assistance, for example.13

Professor Cecilia Medina has also defined 'gross and systematic' human rights violations. She suggested they are violations which are 'instrumental in the achievement of governmental policies perpetrated in such a quantity and in such a manner as to create a situation in which the rights to life, to personal integrity or to personal liberty of the population as a whole or of one or more sectors of the population of a country are continuously infringed'.64 On this basis, she concluded that four elements must be present for a violation to qualify as 'gross and systematic': (a) quantity; (b) time; (c) quality; and (d) planning. Quality (expressed by the adjective 'gross') may be a combination of three factors: (1) the type of right(s) violated; (2) the character of the violation; and (3) the characteristics of the victims.

The quantum of the violation

When considering the terms 'systematic' human rights violations or a 'consistent pattern' of violations, the volume or scale of the violation seems to be relevant. But would a quantity

criterion help to establish what a 'serious' human rights violation is?the answer is yes.

I, Thasku Joseph, declare under penalty of perjury under the law of United States of America that the foregoing is true and correct.

Signed Date: 4/13/2016 *Thasku Joseph*

Date: April 4th 2016


**Thasku Joseph**

**P.O. Box 5016**

**Hagatna, Gu 96932**


**Refference:Section 142 Magistrates' Court Act 1980**

**Section 37 of the Mental Health Act**

**Document Confistication Violation of 18 U.S.C. 1952**

**Discovered of new secret facts of violation of all the laws by the U.S. Federal Goverment IRS, TIGTA, the private law of Attorney Charles Ray, Office of Gunliffe and Cook here on Guam, and all the IRS agencies involved in our case intentionally (We Need Justice)**

I, Thasku Joseph respectfully request to the court for an appeal board for consideration and reviewed of all the secret new discovered to    proved of all these    secret facts of doctrine illegal incidents of violation of the Federal laws admittedly by IRS,TIGTA, and these two private law firms of violation of all the laws, of the State Laws, Federal Laws, and International Laws and covered up to illegally frame us. it is unconstitional    and injustice, that these lawyers and U.S. Federal Government official treated us inhuman or less than human being intentionally. The truth is, they treated us like the black people in the old days, in the late 1800 century by the lawyers and the U.S. Federal Employees. we can't file suit, witness, and confiscated our confidential documents illegally without due process of law. please Lord, save us,    and free us, we are suffered too long. we don't have access to the court, these people working in your nation U.S. Federal Government, and the Attorney control our life's and our thought. We don't have access to lawyer which is chosen by you to represent us, we want to address to the you our Lord to touch the appeal board members to set us free and    please give them legal power to order the U.S.Federal Government IRS and TIGTA to released our money in peacefully, we are suffered, painfully, embarrassed, and exhausted deeply inside our body too long without any reason what so ever. The U.S. Federal Government and the Lawyers planet to return our case    back to IRS again. I would like to address again, to the appeal board. all these new discovery of serious of illegal violation in secret that really affected our life and our case as human being to treated us inhuman by the U.S. Federal Government employees, these two private law firms, hid our case do illegal secret settlement without due process of law. and illegally assist the U.S. Federal Government to frame illegally to covered up the truth of our case, that they illegally frame innocent disabled person. my wife has mental illness and i am physically disabled. I also want to address to the appeal board, that I have witness with me during that time I went to Cook and Gunliffe office, he saw me when I asked the secretary to printout the IRS POA declaration Representative. Signed in front of attorney Cook my partner saw them when they made

**The Term " serious of violation" includes economic and social rights**

1. Treated us inhuman not have equal rights to the laws and court. violation of our civil rights law intentionally. and it is unconstitional and injustice. People are born free and equal rights of the laws. We don't have attorney on our side. Attorney Charles Ray is on IRS and TIGTA side, he told me over the phone TIGTA, he is defending the U.S. Federal Government. (Contempt of the International Civil Rights Laws) (serious violation)we have right to have attorney, (violation of our Bill of Rights)

Reference: Fourteen Amendment applies the equal protection clause only against the states, the Supreme Court, since Bolling v. Sharpe (1954) has applied the clause against federal government through the due process clause of the Fiveth Amendment under a doctrine called

"Reverse Incorporation."{111}{112}

**Document Confistication Violation of 18 U.S.C. 1952**

## Documents of a Confidential *Nature*

1.)The right not to be subjected to unsanctioned invasion of privacy by the government,corporations or individuals is part of many countries' privacy laws,

2.)The boundaries and content of what is considered private differ among cultures and individuals, but share common themes. When something is private to a *person*, it usually means that something is inherently special or sensitive to them. The domain of privacy partially overlaps security, which can include the concepts of appropriate use, as well as protection of information. Privacy may also take the form of bodily integrity.

2. Doctrine illegal method of confiscation   of our POA I had with IRS on file intentionally. It is unsanctioned invasion of our privacy in paper and in person intentionally. Violation of our privacy in paper and person ( Violation of 18 USC willful deprivations of federal rights under color of laws) as well as violation of the International law

- Article 12 No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honor and reputation. Everyone has the right to the protection of the law against such interference or attacks.

3.illegally    disabled and Injured our civil rights    to exercise our future Federal Civil Rights Law intentionally. (Violation of the principal statues are 18 USC 241 (conspiracy to injure citizen (human being) in the exercise of federal rights)

4. Confisticacted our copy of passport including our (date of birth)intentionally (invasion of our privacy)( Invasion of our privacy to injured our spirit of thought and disabled our future civil rights to exercise our federal civil rights ) Violation of the International laws

Article: 3. Everyone has a the right to life, liberty, security of person

discrimination against us because of our nationality) racisim and prejudice(hate crime) violation of the 18 U.S.C.249

16. Violation of women civil rights law lack of protection of the equal law intentionally.

17. Violation of the International law (serious violation) discrimination against women

18. Violation of(OP-CEDAW) economic, social and cultural rights,(OP-ICESCR). Article 8 of OP-CEDAW allows the U.N. committee on elimination of discrimination against women to intiate a confidential investigation by one or more of its members where it has received reliable information of grave or systematic violations by a state party of rights established in the Convention'.24 Article 11 of OP-ICESCR reproduces almost verbatim the language of OP-CEDAW. The UN Committee on Economic, Social and Cultural Rights may examine situations of 'grave' or 'systematic' violations of any of the economic, social, and cultural rights set out in the Covenant.2

19. Violation of the International laws    discrimination against us to initiate a confidential investigation and trick us of illegal confidential of illegal    method to frame us illegally and    intentionally tort the phone.

Refference:Interestingly, in a later introduction to Basic Principles and Guidelines on the Right to a Remedy and Reparation for Victims of Professor van Boven suggested that, when they had discussed the concept of 'gross violations of human gross Violations of International Human Rights Law and Serious Violations of International Humanitarian Law (2005), nights', 'the authors had in mind the violations constituting international crimes under the Rome Statute of the International Criminal Court'.61 According to others, mentions of 'gross' violations of human rights in the Basic Principles and Guidelines referred to international humanitarian law and situations covered by that law.62

20. Doctrine illegal method    of confidential illegal trick and technique of    unsanctioned invasion of our privacy of our personal identity with picture for    TIGTA and IRS future gain intentionally that our case number in our passport and my writing in our passport: Attention: Our attorney Kelli Adams (Violation of the International Law)and systematic discrimination, in particular based on race or gender.60 and serious "gross" violation human rights law


21. Doctrine illegal trick of unsanctioned invasion size and unreasonable "gross"' violation of our home tort the phone and our personal    property tort the phone illegally and intentionally by Miss Futon for TIGTA and IRS future gain. Violation of the international law of crimes against the peace and security of mankind.

- Article 12 No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honors and reputation. Everyone has the right to the protection of the law against such interference or attacks.

22. Confisticacted our document paper to proved that showing 000 balance in the letter from IRS

Covenant.2

Thasku Joseph signing for our family

*Attention (9392)*

*To DATED APRIL 4, 2016*

Thasku Juseph

P.O.Box 5016

Hagatna, Guam 96932 -cell 671-997-2439

(Plaintiff)

V/S

  All the defentants below

Demand for past due payment (damaged) suffered,imbarressed,painful,and violation of our privacy and confisticated our personal documents.

## Jennefer Carson

TAS

P.O. Box 1640 MS1011

ODGEN, UT 84402     Phone--866-809-2329 Fax-855-833-6438

### Jannet K.Fletcher    E-N0276951

Department of The Treasury IRS

Appeals Office 915 Second Avenue

Room 2790, MS W 680

Seattle, Wa 98174      Tel 206-946-3574

### Norma I Diaz      Employee Number-65-04769

Department of the Treasury

Internal Revenue Service Appeals Office

51 SW First Avenue Suite 1014, Box 47

Miami, FL 33130               Tel-305-982-5252 Fax-855-272-1102

## Attorney Cook and Gunliffe

Law Offices
Gunliffe & Cook
Suit 200
210 Archbishop Florest St.
Hagatna, Gu 96910

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| THASKU JOSEPH | ) |
| Plaintiff/Petitioner | ) |
| NANCY DUNN AND OTHERS | ) Civil Action No. |
| Defendant/Respondent | ) |
| | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _Thousands miles a way From D.C. Live Guam_
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
_I'm not Employed, I'm disabled, receiving disable benefit._

My gross pay or wages are: $ _monthly only_ , and my take-home pay or wages are: $ _429.00_ per
*(specify pay period)* _monthly_

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☑ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☑ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and* ate *the amount that you received and what you expect to receive in the future.*

_I support my family $100.00 for their rent and support my two daughters Sometimes $100.00 or $150.00. I expect the court for the final judgement to sign without prejudice or injustice and released the money These defendants and the U.S. Government give the Innocent and mental/illness Individual or I THASKU JOSEPH._

# ⫿ Bank of Hawaii

## Statement of Account

Last statement: May 20, 2016
This statement: June 21, 2016
Total days in statement period: 32

Account: ~~████~~
Page 1 of 2
Number of Enclosures: (0)

Direct inquiries to:
877 553-2424

HAGATNA BRANCH

00008554-TDRSAD22400621036449-LETTER01-000000
THASKU JOSEPH
PO BOX 5016
HAGATNA GU 96932

---

*DON'T TAKE A CHANCE ON MISPLACING IMPORTANT DOCUMENTS AND VALUABLES. ASK US ABOUT A SAFE DEPOSIT BOX TODAY! FOR MORE INFORMATION, VISIT YOUR NEAREST BRANCH OF BANK OF HAWAII.*

---

## Convenience Checking

| | | | |
|---|---|---|---|
| Account number | 0032-840388 | Beginning balance | $0.62 |
| Low balance | $0.62 | Total additions | 429.00 |
| Average balance | $18.62 | Total subtractions | 426.24 |
| | | Ending balance | $3.38 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 06-03 | ATM Withdrawal | 300.00 |
| | CASH WITHDRAWAL TERMINAL ATM00029 SHELL MANGILAO | |
| | MANGILAO GU SEQ # 0000000338006-03-16 5:44 AM | |
| 06-06 | POS Purchase | 3.99 |
| | POS PURCHASE TERMINAL 07800110 SUPER MART | |
| | MANGILAO GU SEQ # 00000095545006-03-16 9:02 PM | |
| 06-06 | ATM Withdrawal | 20.00 |
| | CASH WITHDRAWAL TERMINAL ATM00029 SHELL MANGILAO | |
| | MANGILAO GU SEQ # 00000000363606-04-16 3:14 PM | |
| 06-06 | ATM Withdrawal | 60.00 |
| | CASH WITHDRAWAL TERMINAL ATM00029 SHELL MANGILAO | |
| | MANGILAO GU SEQ # 00000000346106-03-16 12:53 PM | |
| 06-07 | POS Purchase | 4.99 |
| | POS PURCHASE TERMINAL 07800109 SUPER MART | |
| | MANGILAO GU SEQ # 0000009101406-06-16 10:43 PM | |
| 06-07 | POS Purchase | 5.40 |
| | MERCHANT PURCHASE TERMINAL 481199 WINCHELL S DONUT H | |
| | SE AGNAGANA XX SEQ # 61582328660906-05-16 | |
| 06-08 | POS Purchase | 1.69 |
| | MERCHANT PURCHASE TERMINAL 481199 WINCHELL S MANGILA | |
| | O TAMUNING XX SEQ # 61582128648806-06-16 | |

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ ~~450~~ TN $3 28.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: I don't have Any Car nor other item that worth $1000.00 or above.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: I pay $133.00 monthly loan and still paying.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: My two daughter are now 18yrs old and 19yrs old. Since 2011 I filed my Business TAX RETURN FOR 2011, they were minor, and I Claim them as dependants.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: Yes, this Loan I still paying until now, I STILL owe The Financial Institution.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

ate: ~~scribbled~~

DATE: AUG 22, 16

_____
Applicant's signature

THASKU JOSEPH
Printed name

**Date: Aug 22,2016**

**UNITED STATES COURT OF APPEALS**

**DISTRICT OF COLUMBIA CIRCUIT**

**333 Constitution Avenue, NW Washington,**

**DC 20001-2866**

**Phone: 202-216-7000 | Facsimile: 202-219-8530**

<u>Plaintiff</u>

Thasku Joseph

P.O. Box 5016 Hagatna, Guam 96932

 Cell-671-997-2439



<u>VS</u>

<u>New Defendants/Respondent</u>

**1.Nancy    Dunn**

UNITED STATES COURT OF APPEALS

DISTRICT OF COLUMBIA CIRCUIT

 333 Constitution Avenue, NW Washington, DC 20001-2866

Phone: 202-216-7000 | Facsimile: 202-219-8530

**2.Wallace Shipp Jr.**

Office of Disciplinary Counsel

515 Fifth Street NW
Building A, Suite 117
Washington, DC 20001
Phone: 202-638-1501
Fax: 202-638-0862

3. **Elizabeth Herman**

Office of Disciplinary Counsel

515 Fifth Street NW
Building A, Suite 117
Washington, DC 20001


RECEIVED
Mail Room

SEP - 2016

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Phone: 202-638-1501
Fax: 202-638-0862

**4.Hellen Stevenson**

Office of Disciplinary Counsel

515 Fifth Street NW
Building A, Suite 117
Washington, DC 20001
Phone: 202-638-1501
Fax: 202-638-0862

**5.Angela Walker**

Office of Disciplinary Counsel

515 Fifth Street NW
Building A, Suite 117
Washington, DC 20001
Phone: 202-638-1501
Fax: 202-638-0862

**6. Carmen Remero**

US Department of Justice

Civil Rights Division

Disability Rights Section NYA

950 Pennsylvania Avenue NW Washington D.C.20530

**7.Marcia Small**

Department of the Treasury
Washington, DC 20220
Treasury Department Office of Civil Rights and Diversity
Associate CHCO (Civil Rights and Diversity)
Office of Civil Rights and Diversity
Department of the Treasury
1500 Pennsylvania Avenue, NW.
Washington, DC 20220
(202) 622-0316

**8.Lydia E. Aponte Morales**

Department of the Treasury
Washington, DC 20220
Treasury Department Office of Civil Rights and Diversity
Associate CHCO (Civil Rights and Diversity)
Office of Civil Rights and Diversity
Department of the Treasury
1500 Pennsylvania Avenue, NW.
Washington, DC 20220
(202) 622-0316

**9.Darlene Fulton**

Government Information Specialist

Office of Chief Counsel, Disclosure Branch
Treasury Inspector General for Tax Administration (TIGTA)

Disclosure Branch City Center Building

1401 H Street, NW, Suite 469 Washington, DC 20005 phone-(202) 622-3889

**10.Bruce A. Bradly,**

Office of the Ethic Prosecutor

Guam Judicial Center, Second Floor

120 West O' Brien Drive Hagatna, Guam 96910   Phone- 671-475-3167

**11..Parker Haold**

**Guam Legal Service**

113 Bradley Place, Hagåtña, GU 96910

Phone: +1 671-477-9811


**DEFENDANT'S NAME SUBMITTED DATED APRIL 4, 2016**

**12.Jennefer Carson**

TAS

P.O. Box 1640 MS1011

ODGEN, UT 84402    Phone--866-809-2329 Fax-855-833-6438

**13.Jannet K.Fletcher** __E-N0276951

Department of The Treasury IRS

Appeals Office 915 Second Avenue

Room 2790, MS W 680

Seattle, Wa 98174   Tel 206-946-3574

**14.Norma I Diaz___** Employee Number-65-04769

Department of the Treasury

Internal Revenue Service Appeals Office

51 SW First Avenue Suite 1014, Box 47

Miami, FL 33130   Tel-305-982-5252 Fax-855-272-1102

**15..Attorney Cook and Gunliffe**

Law Offices
Gunliffe & Cook
Suit 200
210 Archbishop Florest St.
Hagatna, Gu 96910
Tel671-472-1824
Fax-671-472-2422
E-mail-cclaw@tcleguam.net

**16..Kelli AdamsSpecial Agent**

The Inspector General for Tax Administration IG:CC:D

Office of Chief Counsel

Attention: Disclosure Officer

1125 15th Street NW

Room 700A

Washington, DC 20005

**17.Attorney Charles A , Ray**

Office of Charles A. Ray

1001 16th, St. NW

Washington, DC 20036   Office phone- 202-824-8123 Fax-202-824-064

**18.Amy Jones**

Treasury Inspector General for Tax Administration

Office of Chief Counsel

Disclosure Branch City Center Building

1401 H Street, NW, Suite 469 Washington, DC 20005

Facsimile: (202) 622-3339 E-mail: FOIA. Reading. Room@tigta. treas.gov

**19.Mariam G. Harvey**

Department of the Treasury
Washington, DC 20220
Treasury Department Office of Civil Rights and Diversity
Associate CHCO (Civil Rights and Diversity)
Office of Civil Rights and Diversity
Department of the Treasury
1500 Pennsylvania Avenue, NW.
Washington, DC 20220
(202) 622-0316

~~AFFIDAVIT~~ 

Loan Inquiry

AKIMINE WALTER

| | | | | | | Account number.. | 119430501 |
|---|---|---|---|---|---|---|---|
| Original amount: | 2,500.00 | | | | | Payment amt..... | 131.65 |
| Current balance: | 478.29 | | | | | Next due date... | 8/05/16 |

Control: _____

| Opt | Posted | Effective | Due Date | Src | T/C | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | 7/06/16 | 7/06/16 | 7/05/16 | C | 10 | 40.00 | 626.91 |
| | 7/06/16 | 7/06/16 | 7/05/16 | G | 912 | 13.04 | 626.91 |
| | 7/06/16 | 7/06/16 | 7/05/16 | G | 914 | 26.96 | 599.95 |
| | 7/06/16 | 7/06/16 | PRT/PMT | G | 885 | 50.50 | 599.95 |
| | 8/05/16 | 8/05/16 | 7/05/16 | C | 10 | 133.00 | 599.95 |
| | 8/05/16 | 8/05/16 | 7/05/16 | G | 912 | 11.34 | 599.95 |
| | 8/05/16 | 8/05/16 | 7/05/16 | G | 914 | 121.66 | 478.29 |
| | 8/05/16 | 8/05/16 | PRT/PMT | G | 885 | 51.85 | 478.29 |

Due   79-80   for   Aug 2016 #484.62

Bottom

F3=Exit        F6=Show escrow F7=Scan F8=Scan back F12=Previous
F15=Descriptions F17=Top F18=Bottom     F22=Unfold



RECEIVED
Mail Room

SEP - 1 2016

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Date: Aug 21, 2016

## UNITED STATES COURT OF APPEALS

### DISTRICT OF COLUMBIA CIRCUIT

### 333 Constitution Avenue, NW Washington,

### DC 20001-2866

### Phone: 202-216-7000 | Facsimile: 202-219-8530

Emergency Prayer,

Your honor,

I, Thasku Joseph, respectfully motion to the Court to please granted all my request below, this case is a violation of the laws. And we have been suffering too long and this   case was   approved and signed   to closed by the appeal officer in Jacksonville, Florida since May 5, 2014 and it is totally injustice.

1. Motion to the Court to order to sign the final legal Judgment

2. Motion to the Court not to granted any extension from the defendant's Council

3. Motion to the   Court to pay my plane ticket to sign future legal document for my innocent and mental illness wife.

4. Motion to the Court   to accept my mailing address P.O. Box 5016 Hagatna, Guam 96932.   The U.S Post Office doesn't deliver mail to my home address.

5. Motion to the Court not accept anymore documents from the defendants.

6. Motion to end this case to pay my innocent spouse for past due payment.

7. Motion to Court to proved and approved    that this case is involved corruption, discrimination, unconstutional, and totally injustice.

8. Motion to the Court to the defendants not to send us anymore unnecessat paper.

9. Motion to order our own record from   ODC case number 2016-U-104. We seek the secret facts of our own record.

10. Motion to the   Court to appoint an emergency Judge to sign any legal documents to end this case, in case the Judge is unavailable,

11. Motion not to prosecute or convict the defendants and not granted any new third part evidence

12. Motion,   we have legal right to know the law, our own   record   from   this   Court above, ODC,DC court of appeal and the TIGTA Complain number 2016-FOI-00012 and the **Reference: CTS#530708 from USDOJ**

13. Motion to approve to add    the Dependents in the lawsuit 1. Dasmine Joseph 2.Carmen Joseph, 3.Josephine Joseph. They were minor at the time I was filed the 2011 business Tax Return and we never receive a penny nor and settlement or Judgment until today.

*I, Thasku Joseph, declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.*

*Date Executed: Aug* 21 *2016.*     PRINT NAME   THASKU   JOSEPH

*Signature:*

*AFFIDAVIT*



## PREAMBLE

**Whereas recognition of the inherent dignity and of the equal and inalienable rights of all members of the human family is the foundation of freedom, justice and peace in the world,**

**Whereas disregard and contempt for human rights have resulted in barbarous acts which have outraged the conscience of mankind, and the advent of a world in which human beings shall enjoy freedom of speech and belief and freedom from fear and want has been proclaimed as the highest aspiration of the common people,**

**Whereas it is essential, if man is not to be compelled to have recourse, as a last resort, to rebellion against tyranny and oppression, that human rights should be protected by the rule of law,**

**Whereas it is essential to promote the development of friendly relations between nations,**

**Article 3.**

- **Everyone has the right to life, liberty and security of person.**

**Article 12.**

- **No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honour and reputation. Everyone has the right to the protection of the law against such interference or attacks.**

### *Complaint* 

### Demand for Jury Trail

**A. Declaration    of violation of the law**

1. Violation Denial of access to any legal process

2. Violation Repeated failure of authorities to end breaches of a right.

3. Failure to fulfill procedural obligations (failure to investigate

4. Discrimination on racial, national

5. Violations of the right to freedom of expression

6. Treated us inhuman not have equal rights to the laws and court. violation of our civil rights

law intentionally. and it is unconstutional and injustice

7. Violation    Invasion of our privacy in paper and person Intentionally

8. Document confiscation

.9..**Chapter 7. Bribery; Obstructing Justice; Corrupt Influence**

Subchapter I. Corrupt Influence

§§ 22–701 - 22–704

Subchapter II. Bribery

§§ 22–711 - 22–713

Subchapter III. Obstructing Justice

§§ 22–721 - 22–723

Your Honor,

The Bill of Rights, offer specific protections of individual liberty and justice and place restrictions on the powers of government.   Equal protection of the law the right of all persons to have the same access to the law and courts and to be treated equally by the law and courts, both in procedures and in the substance of the law.

**B.Our family case similar to these cases below**

**State actor doctrine**

Main article: State actor

Individual liberties guaranteed by the United States Constitution protect, with exception of the Thirteenth Amendment's ban on slavery, not against actions by private persons or entities, but only against actions by government officials.[156] Regarding the Fourteenth Amendment,

the Supreme Court ruled in *Shelley v. Kraemer*, 334 U.S. 1 (1948): "[T]he action inhibited by the first section of the Fourteenth Amendment is only such action as may fairly be said to be that of the States. That Amendment erects no shield against merely private conduct, however discriminatory or wrongful." The court added in *Civil Rights Cases*, 109 U.S. 3 (1883): "It is State action of a particular character that is prohibited. Individual invasion of individual rights is not the subject matter of the amendment. It has a deeper and broader scope. It nullifies and makes void all State legislation, and State action of every kind, which impairs the privileges and immunities of citizens of the United States, or which injures them in life, liberty, or property without due process of law, or which denies to any of them the equal protection of the laws. "Vindication of federal constitutional rights are limited to those situations where there is "state action" meaning action of government officials who are exercising their governmental power.[156] In *Ex parte Virginia*, 100 U.S. 339 (1880), the Supreme Court found that the prohibitions of the Fourteenth Amendment "have reference to actions of the political body denominated by a State, by whatever instruments or in whatever modes that action may be taken. A State acts by its legislative, its executive, or its judicial authorities. It can act in no other way. The constitutional provision, therefore, must mean that no agency of the State, or of the officers or agents by whom its powers are exerted, shall deny to any person within its jurisdiction the equal protection of the laws. Whoever, by virtue of public position under a State government, deprives another of property, life, or liberty, without due process of law, or denies or takes away the equal protection of the laws, violates the constitutional inhibition; and as he acts in the name and for the State, and is clothed with the State's power, his act is that of the State."[157]There are however instances where people are the victims of civil-rights violations that occur in circumstances involving both government officials and private actors.[156] In the 1960s, the

United States Supreme Court adopted an expansive view of state action opening the door to wide-ranging civil-rights litigation against private actors when they act as state actors[156] (i.e., acts done or otherwise "sanctioned in some way" by the state). The Court found that the state action doctrine is equally applicable to denials of privileges or immunities, due process, and equal protection of the laws.[114]

The critical factor in determining the existence of state action is not governmental involvement with private persons or private corporations, but "the inquiry must be whether there is a sufficiently close nexus between the State and the challenged action of the regulated entity so that the action of the latter may be fairly treated as that of the State itself."[157] "Only by sifting facts and weighing circumstances can the nonobvious involvement of the State in private conduct be attributed its true significance."[158]

The Supreme Court asserted that plaintiffs must establish not only that a private party "acted under color of the challenged statute, but also that its actions are properly attributable to the State. [...]" [159] "And the actions are to be attributable to the State apparently only if the State compelled the actions and not if the State merely established the process through statute or regulation under which the private party acted."[114]

The rules developed by the Supreme Court for business regulation are that (1) the "mere fact that a business is subject to state regulation does not by itself convert its action into that of the State for purposes of the Fourteenth Amendment,"[a] and (2) "a State normally can be held responsible for a private decision only when it has exercised coercive power or has provided such significant encouragement, either overt or covert, that the choice must be deemed to be that of the State."[b]

**C Discovered of STATEMENT OF TRUE FACTS**

Departed USPS Facility   Updated Delivery Day: Wednesday, June 8,.jspSigned for By:

WAIVED // WASHINGTON, DC 20001 // 11:19 am

Your item has been delivered to the mail room at 11:19 am on June 7, 2016 in WASHINGTON,

DC 20001 to EXPRESS MAIL. Waiver of signature was exercised at time of delivery.

June 7, 2016 , 10:56 am

Arrived at Post Office

WASHINGTON, DC 20018

June 5, 2016 , 3:45 pm

HONOLULU, HI 96820

June 4, 2016 , 3:49 am

Departed USPS Facility

BARRIGADA, GU 96913

June 3, 2016 , 11:23 pm

Departed USPS Facility

HONOLULU, HI 96820

June 3, 2016 , 10:28 pm

Arrived at USPS Facility

HONOLULU, HI 96820

June 3, 2016 , 7:27 pm

Departed USPS Facility

BARRIGADA, GU 96913

June 3, 2016 , 4:31 pm

Arrived at USPS Facility

BARRIGADA, GU 96913

ADDRESSES:   Mail or deliver written comments to the Manager, Mailing Standards, U.S.

Postal Service, 475 L'Enfant Plaza SW, Room 3436, Washington, DC 20260-3436.   You may

inspect and photocopy all written comments, Monday through Friday between 9 a.m. and 4 p.m.,

USPS Headquarters Library, 475 L'Enfant Plaza SW, 11th Floor N, Washington, DC.   Do not

submit comments via fax or e-mail.

FOR FURTHER INFORMATION CONTACT:   Monica Grein at 202-268-8411.

3209-971063-9589   202=616-4478

The Equal Protection Clause was created largely in response to the lack of equal protection

provided by law in states with Black Codes. Under Black Codes, blacks could not sue, give

evidence, or be witnesses

**Rule of the Court    United States District Court for the district court of Columbia.**

Reference page:   79

LCvR 83.5

**Practice of law clerks and court    employees**

"Law clerk and secretary for the judge of this court, and other person any capacity by this Court shall not engage in any practice of the law while so employed A law clerk or secretary to    a particular judge of the court shall not at any time after separating from that position, engage in any activity as an attorney or advisor nor permit to her name to appear as an attorney on any paper filed in this Court, in connection with any case that was pending on that judge's docket during his or her term of service. evidence of a failure to comply with this Rule shall be referred to the Court's Committee on Grievances."

22–704. Corrupt influence; officials.

b) Whosoever corrupts or attempts, directly or indirectly, to corrupt any special master, auditor, juror, arbitrator, umpire, or referee, by giving, offering, or promising any gift or gratuity whatever, with intent to bias the opinion, or influence the decision of such official, in relation to any matter pending in the court, or before an inquest, or for the decision of which such arbitrator, umpire, or referee has been chosen or appointed, and every official who receives, or offers or agrees to receive, a bribe in any of the cases above mentioned shall be guilty of bribery and upon conviction thereof shall be punished as hereinbefore provided

I, the plaintiff, stated that    the U.S. Court of Appeal Clerk Nancy Dunn, called me over the phone, asked me to send her my e-mail communication about    the US Treasury officer. I asked her to e-mail me first and she did, and her e-mail she sent me the subject (test). to the tell the court the truth, I thought, she was our lawyer. Then, I sent her all my communication on this case against Akimine Walter as evidence. she said, she understood my wife has mental illness and understood she is innocent. she told me over the phone. she is going to review and see which court our case belong to. I had proved that she tricked me abused me, to send her my

confidential e-mail communication. and three weeks later, she told me, she is going to return

my document via mail after she reviewed our confidential documents already. The document

she sent me, had the US District Court seal on it, by the clerk's Angela. According to her

communication to me, I don't have case there. she doesn't know which court our case belong

to. she also told me not to contact her because she is not going to respond to me and told me,

she is appreciated my frustration. and she knew, our case involved corruption, unconstutional,

prejudice, discrimination, and totally injustice. when I checked the express mail i sent to the

Court above, it was waived by the Court mail room on June 7, 2016 when I checked again it was

delivered. after I and Nancy had disagreement on the filing    Dated June 8, 2016 after I send

them my e-mail Dated July 4th 2016 when I check the express tracking number again the new

up dated was waived again. I believe Nancy called the U.S. post office in Washington D.C. to

changed the delivered status to waived the delivery status again.    This is misconduct to an

officer working in the D.C. Government wrong doing to forced to destroyed the master

evidence to the wrong direction to covered the truth of this case. This is part of obstructive of

justice to delay this case against this innocent and mental illness individual (Akimine Walter)

these    people working with the court treated us cruel, inhuman, and abused us repeatedly and

contempt of the court and the of international law intentionally. This reference    below proved

that she send back my documents to influence and obstructive of justice on this case.

**When I received our letter (Notice of Referral of complain from the DOJ Dated: Dec 23,**

**2015)Reference: CTS#530708: Address to: Thasku Joseph and Akimine Walter: received by**

**DOJ on Aug 21, 2015. DJ#202-82-0**

I send all our legal confidential documents to Miss Mariam G Harvey U.S. Department of Treasury as well as our former attorney Charles Ray. what I sent her, same as what our former attorney Charles Ray has, and the TIGTA has well. I sent her because she asked me to sent her, too including the 2016-FOI(-00012. including my letter from IRS Appeal office in Jacksonville FL. that my case approved to closed: <u>Dated May 5, 2014 and the innocent spouse form 12257 to file lawsuit.</u>

**D.OFFICIAL MISCONDUCT**

**Chapter 7. Bribery; Obstructing Justice; Corrupt Influence**
<u>Subchapter I. Corrupt Influence</u>
§§ 22–701 - 22–704
<u>Subchapter II. Bribery</u>
§§ 22–711 - 22–713
<u>Subchapter III. Obstructing Justice</u>
§§ 22–721 - 22–723

I, the Plaintiff, stated that this is the main reason, all the defendants above working together to overturn the truth of this case to their wrong direction. These Lawyers and US Federal Government employees    IRS Seattle appeal officer (Jannet Fletcher), Advocate in Odgen UT Jenefer Carson),the law firm of Gunliff and Cook, Lawyer Charles Ray, Bruce Bradley Guam Bar Association, Kelli Adams, Amy Jones, Miss Futon TIGTA, the Settlement Officer in Miam Norma Diaz, USDOJ Carmen and the Office of Disciplinary Council hid the secret facts of violation, misconduct, wrong doing, within their office to confiscated our legal document because they all know that IRS illegally frame the innocent and mental illness (Akimine Walter) and illegally

deducted her disabled monthly benefit intentionally. And took advantage of our personal legal

documents to their gain and their office gain as well. Additionally, all the defendants above are

dishonest and defend each other to illegally destroyed and impede the truth of these case

against the innocent and mental illness Akimine Walter. especially, these high ranking people

above knew this case involved violation of the law including obstructive of Justice,

corruption,prejutice, discrimination, unconstutional, and totally injustice as well as white collar

crime involved. they were hiding the innocent and mental people money. And direct this case

to the Angela Walker And Elizabeth Herman send me the first decision and I e-mail back my

objection. The question Agela send me was violation of the Council Board Rule and the Chapter

7.obstructive of justice and influence to delay the processing of this case. The decision Mr. Ship

send me also violation of the Chapter 7.obstructive of justice. When I and Mr. Shipp talked on

my appointment with him Aug 18, 2016 10:A.M D.C. time, I asked him about my $200.00 I sent

Charles Ray. he told me, he will find out. I also asked about this case filed with the DC court of

appeal. I told him this case involved white collar crime. the case number(2016 CA 002532B Civil

II) was filed on the April 5th, 2016 by Attorney Charles Ray. On April 4th 2016    I faxed the

names of the defendant's name including Charles Ray and the New Discovered of secret facts of

violation Dated April 4th, 2016 to the ODC office. and I also had copy of receipt of the money

order I fax them. I also told him about these two same number referral from    the USDOJ ADA

that these letter I faxed to Miss Harvey the director of the US Treasury Civil Rights in the

beginning of August this month. he told me, he doesn't have authority over the US of Treasury.

he said, I told him, I called Miss    Harvey and asked her if she got the letter address to her and I

and my wife.she told me no, and asked me to fax her and also I e-mail to her and Lydia. and

Hellen the assistance to Mr. Shipp.Mr. Shipp, his voice seem to me he doesn't care what I'm telling him. he    told me, he will be on vocation until next month September. he told me when I have respond from the USDOJ    I will let him know. what I forgot to asked him, the confidential information in that complain number <u>55-1508-0165-C or filed</u> 2016-FOI-00012 with the TIGTA. I ask the appeal Board to review my new discoverd date April 4th, 2016.

**<u>E-The Court    to      correct the defendants order them to hang    a big    slogal    sign    on their office wall and pay the innocent and mental illness (Akimine Walter) for past due payment and write her apology letter.</u>**

**<u>_Will be like this-----(Discrimination and Racism is not allow in here to remind them daily).</u>**

I, the plaintiff respectfully request to the court to order to ODC to send back our original document. I also stated that all the defendants above knew about our private life in our    legal documents. I also request to the court to corrected these high ranking people for their wrong doing within their own office, not using their official power to illegally covered up the truth of this case and not treated us cruel, inhuman, and unequally and abused us, using their office power outside the sanction of the law. I respectfully request the jury or the court to stop them, not treated us inhuman and abused us repeatedly and stop them not to send us anymore illegal paper. Everyone has the same right to access to the law and has same right to have access to court and to be treated equally by the law. The U.S. Court of Appeal Clerk Nancy Dunn, called me over the phone, asked me to sent her my e-mail communication about    the US Treasury officer. I asked her to e-mail me first and she did, and her e-mail she sent me the subject (test). to the tell the court the truth, I thought, she was our lawyer. Then, I sent her all my

communication on this case against Akimine Walter as evidence. She said, she understood my

wife has mental illness and understood she is innocent. she told me over the phone. she is

going to review and see which court our case belong to. I had proved that she tricked me to

send her my confidential e-mail communication. and three weeks later, she told me, she is

going to return my document via mail after she reviewed our confidential documents already.

The document she sent me, had the US District Court seal on it, by the clerk's Angela. According

to her communication to me, I don't have case there. she doesn't know which court our case

belong to. she also told me not to contact her because she is not going to respond to me and

told me, she is appreciated my frustration. and    she knew, our case involved corruption,

unconstutional, prejudice, discrimination, and totally injustice. when I checked the express mail

i sent to the Court above, it was waived by the mail room. when I checked again it was

delivered. after I and Nancy had disagreement on the filing    Dated June 8, 2016 after I send

them my e-mal Dated July 4th 2016 when I check the express tracking number again the new

up dated was waived again. someone called the U.S. post office in Washington D.C. to changed

the delivered status to waived. this is part of obstructive of justice to delay this case against this

innocent and mental illness individual (Akimine Walter) these people working with the court

treated us inhuman and abused us repeatedly. I also address to the court about Angela Walker

our case manager at ODC she mention to me on the phone, I don't have case at the DC court of

appeal where I reported directly to the court the violations of the Board rule by her and

executive Elizabeth Herman. This case was filed April 5th 2016 by attorney Charles Ray I

couldn't retrieve anymore after she told me she contacted the DC Court of appeal that I don't

have case pending according to what she told me on the phone as our case manager at ODC. I

believe she is the person changed the date from the court data system of the civil suit filed by

attorney Charles Ray on April 5th, 2016 was changed to April 7th,2016. when I search this case

I tried to retrieved the case filed by our former attorney Charles Ray I couldn't retrieved this

case anymore. this proved of discrimination    against women and lack of the rule of law.

obstructive of Justice to destroyed the record on the DC Court of appeal data system to force

this case to the wrong direction to covered the truth.

The ODC Case Manager Angela walker, Executive Attorney Elizabeth Herman, Hellen Stevenson

and Wallace Shipp Jr.    All working in the same Legal Office Department above.They all working

together to covered up the truth of this case against the innocent and mental individual

Akimine Walter. They were predenting that they didn't understand and has proven of facts of

evidence against Attorney Charles Ray. I had discovered that attorney Charles Ray crooked me

and dishonest about the truth on this case Dated March 28, 2016.Charles Ray lied to me, about

this case that the TIGTA officers did not violated any laws to protect them from conviction and

hiding the secret facts about the innocent and mental illness Akimine Walter money. I asked

him what about confiscation our legal documents. he told me to list down my finding 12345

two times and send him to compare to his finding. and lied that he didn't receive the referral

letter I send him again, from the USDOJ, and told me, I have to pay him $500.00. he is going to

start working on this case. he mention in his e-mail. I also send Hellen Stevenson the date I and

Charles Ray, Miss Harvey, and Lydia from    the U.S. Treasury our e-mail communication to

proved to Mr. Shipp. Further more, the date they received the referral from the USDOJ I sent

them I also send her and Nancy in this court as evidence. when I search for my out going e-mail

to Nancy Dunn I couldn't retrieved those important e-mail I sent her. I have suspicious she is

involved in destroyed the evidence in this case against the innocent individual Akimine Walter. This is the reason she send me back my documents already filed.

## F Proved of suffering too long since 2011

Additinally,I the plaintiff request to the Court to order all the defendants above to pay us    for past due payment and damages including suffering    silently,embarrassed,painfull,and all the laws has been violated intentionally. especially,to pay the innocent and mental illness (Akimine Walter) including myself, Thasku Joseph the HOH and our two daughter Dasmine Joseph and Carmen Joseph plus my niece Josephine Joseph I claimed them as dependents on my Business Tax return for 2011.

## G    I can't afford to pay anymore documents to send back to court (Argue below)

Though the notion of 'serious violation' has usually been approached from the perspective of human rights law, other bodies of law, such as criminal law, are clearly relevant. This is evident in the work of some of truth and reconciliation commissions; for example, the South African, Liberian, and Kenyan truth commissions included criminal intent in their definitions of 'gross violation'.264 Similarly, the Inter- American Court of Human Rights has come to take account of 'aggravated state responsibility' when it judges the seriousness of violations. It seems to have drawn on elements of criminal law, albeit in an adapted form, to identify and highlight more serious forms of abuse.265

If a criminal law approach is adopted, 'seriousness' is to be measured in both subjective and objective terms. Subjective factors include intention and motive, awareness, and the

foreseeability of a crime.266 Objective factors include interests and property protected by law (such as rights, physical persons, and property).267

(Five policy considerations underpin the double jeopardy doctrine: (1) preventing the government from employing its superior resources to wear down and erroneously convict innocent persons; (2) protecting individuals from the inancial, emotional, and social consequences of successive prosecutions; (3) preserving the finality and integrity of criminal proceedings, which would be compromised were the state allowed to arbitrarily ignore unsatisfactory outcomes; (4) restricting prosecutorial discretion over the charging process; and (5) eliminating judicial discretion to impose cumulative punishments that the legislature has not authorized.)

> Reference: Fourteen Amendment applies the equal protection clause only against the states, the Supreme Court, since Bolling v. Sharpe (1954) has applied the clause against federal government through the due process clause of the Fifth Amendment under a doctrine called
>
> "Reverse Incorporation."{111}{112}"

The **privacy laws of the United States** deal with several different legal concepts. One is the *invasion of privacy*, a tort based in common law allowing an aggrieved party to bring a lawsuit against an individual who unlawfully intrudes into his or her private affairs, discloses his or her private information, publicizes him or her in a false light, or appropriates his or her name for personal gain.[1] Public figures have less privacy, and this is an evolving area of law as it relates

to the media.

The essence of the law derives from a *right to privacy*, defined broadly as "the right to be let alone." It usually excludes personal matters or activities which may reasonably be of public interest, like those of celebrities or participants in newsworthy events. Invasion of the right to privacy can be the basis for a lawsuit for damages against the person or entity violating the right. These include the Fourth Amendment right to be free of unwarranted search or seizure, the First Amendment right to free assembly, and the Fourteenth Amendment due process right, recognized by the Supreme Court as protecting a general right to privacy within family, marriage, motherhood, procreation, and child rearing.\l "

*I, Thasku Joseph, declared under penalty of perjury of the laws of the United States that the foregoing is true and correct..*

*Date Executed: Aug 22nd 2015 Print Name* THASKU JOSEPH

*Signature:*

**Date**: September 06th ,2016

## UNITED STATES COURT OF APPEALS

### DISTRICT OF COLUMBIA Circuit

### 333 Constitution Avenue, NW Washington,

### DC 20001-2866

### Phone: 202-216-7000 | Facsimile: 202-219-8530

Your honor,

Motion to granted these extended Emergency Prayer,

I, Thasku Joseph, the plaintiff, and petitioner respectfully motion to the Court to granted all my request below, this case is involved violation of the laws. And contempt of Court. We have been suffering too long without any reason what so ever, especially the innocent and mental individual (Akimine Walter). and this case was approved and signed to closed by the appeal officer in Jacksonville, Florida since May 5, 2014 and it is totally injustice. I also request to the Court to granted my motion to add my travel expenses and add the dependent's name this lawsuit, and delete or remove my motion not to prosecute or convict the defendants. I motion to the Jury or the Court to decide on its own opinion for the best of the people and the public.



RECEIVED
Mail Room

NOV - 3 2016

## AFFIDAVIT

### *Complaint*

**Demand for Jury Trail**

The Equal Protection Clause was created largely in response to the lack of equal protection provided by law in states with Black Codes. Under Black Codes, blacks could not sue, give evidence, or be witnesses

## PREAMBLE

**Whereas recognition of the inherent dignity and of the equal and inalienable rights of all members of the human family is the foundation of freedom, justice and peace in the world,**

**Whereas disregard and contempt for human rights have resulted in barbarous acts which have outraged the conscience of mankind, and the advent of a world in which human beings shall enjoy freedom of speech and belief and freedom from fear and want has been proclaimed as the highest aspiration of the common people,**

**Whereas it is essential, if man is not to be compelled to have recourse, as a last resort, to rebellion against tyranny and oppression, that human rights should be protected by the rule of law,**

Whereas it is essential to promote the development of friendly relations between nations,

Article 3.

- Everyone has the right to life, liberty and security of person.

Article 12.

- No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honour and reputation. Everyone has the right to the protection of the law against such interference or attacks.

A.Declaration     of violation of the law, contempt of Court contempt for human rights

1.Violation Denial of access to any legal process

2.Violation Repeated failure of authorities to end breaches of a right.

3.Failure to fulfil procedural obligations (failure to investigate

4.Discrimination on racial, national

5.Violations of the right to freedom of expression

6.Treated us inhuman not have equal rights to the laws and court. violation of our civil rights law intentionally. and it is unconstutional,and and injustice

7.Invatin of our privacy in paper intentionally

8.violation of the disability act intentionally.

9.. violation of our civil rights intentionally.

10. violation of. **Chapter 7. Bribery; Obstructing Justice; Corrupt Influence**

Subchapter I. Corrupt Influence

§§ 22–701 - 22–704

Subchapter II. Bribery

§§ 22–711 - 22–713

Subchapter III. Obstructing Justice

§§ 22–721 - 22–723

11. Invation of our privacy in paper and person

1. Motion to the Court to order and signed the final Judgement

2. Motion to the Court not to granted any extension or delay this case from the defendant's Council

3.Motion to the Court to pay my plane ticket to sign any legal document for my innocent and mental illness wife and I.

4. Motion to the Court to accept my mailing address P.O. Box 5016 Hagatna, Guam 96932.

5. Motion to the Court not accept anymore documents from the defendants.

6. Motion to end this case to pay my innocent spouse for past due payment. Including myself Thasku Joseph and Add the dependent's name in this lawsuit. 1. Dasmine Joseph. 2. Carmen Joseph. 3.Josephine Joseph. They were minor when I filed as HOH since 2011.

7. Motion to Court to proved and approved    that this case is involved corruption, discrimination, unconstutional,and totally injustice.

8. Motion to the Court to the defendants not to send us anymore unnecessat paper.

9. Motion to order our own record from ODC case number 2016-U-104 and the TIGTA . and this Court. We have legal right to seek the secret facts of our own record.

10. Motion to the Court to appoint an emergency Judge to sign any legal documents to end this case, in case the Judge is unavailable,

11. Motion to remove or delete this motion not prosecute or convict the defendants. Motion to the Court on its own opinion. 12. Motion to the Court to seal our documents and send back our copies.

13. Motion to the Court to have the Clerk of Court Angela D. Caesar to correct any mistake or errors I sent her to be able to file this case in Court and add new defendants. If I don't add their names.

14. Motion, we have legal right to know the law, our own record from this Court above, ODC,DC court of appeal and the TIGTA Complain number 2016-FOI-00012 and the **Reference:**

**CTS#530708 from USDOJ**

15.Motion to separate the three U.S. Treasury officer staffs from the defendants. And order to pay us for past due payment. Reference :CTS # 530708 DJ#202-82-0

**1.Mariam G. Harvey    2.Marcia Small    3. Lydia E. Aponte Morales**

Lastly, I respectfully ask the Court to decide on its own opinion what is the best things to do to correct the defendants. The reason is our former attorney involves in different case.

*I, Thasku Joseph, declare under penalty of perjury of the laws of the United States that the foregoing is true and correct…*

*Date Executed: Sept,06th, 2016.*

Signature: Thasku Joseph

ToDay's DATE
Oct 28, 2016
Signed

**DATE:**     Oct 28, 2016

**TO:**     United States  Court of Appeal

District of Columbia Circuit

333 Constitutional Avenue, NW

Washington, DC 20001-2886

**FROM:**     Thasku Joseph(Petitioner, plaintiff and witness)

P.O.Box Hagatna, Guam 96932     Cell-(671)997-2439

**Subject:**     Please accept my mailing address P.O. Box 5016 Hagatna, Guam 96932



Your honor,

First of all, I would like to express my thankful and appreciation to our Lord Jesus Christ

to allow me to communicate with you in this letter.On behalf of my innocent wife (Akimine

Walter), I would like to explain why I am using the P.O. Box 5016 as my mailing address. The

reason the U.S. Post Office here on Guam doesn't deliver mail  to some home address or

physical address and our home included.

You honor, I respectfully ask to please allowu us to use the    mailing address P.O.Box

5016 Hagagtna Guam 96932.  Or you can send directly to Akimine Walter mailing

address.P.O.Box 27677 Barrigada, Guam 96921.  I also resend those documents I sent on Sept

6,2016 to Clerk Angela Caeser with the Court stamp on it Dated Sept 14, 2016.  Please also

grant my motion below.

1.  Motion the Judge to initial or signed the final Judgment

2.  Motion to send us the CM user and password  or docketed case number

3.  Motion to the Court to Please allow us to use our mailing address above.

4.  Motion to the Judge to apply his/her power for contempt under Title 18 of the

    United States Code   or Under  rule 42 . reference page 177  Power of individual

    JUDGES (Rules of the United States District Court for the District  of Columbia)

5.  Motion to order or recover and  release  the mental and innocent individual

    (Akimine Walter) money. She was totally innocent from the beginning until today.

I , Thasku  Joseph, declared under penalty of perjury of the laws of the United States

of America that all the statement above   are true and correct

Name    Thasku Joseph    Signature _____

Date :October __28__ -2016.

Department of the Treasury--Internal Revenue Service

**1040**  **U.S. Individual Income Tax Return**  **2011**  (99)  IRS Use Only--Do not write or staple in this space

For the year Jan. 1-Dec. 31, 2011, or other tax year beginning _____, 2011, ending _____, 20___  OMB No. 1545-0074

Name, Address, and SSN

THASKU JOSEPH

55 GRYMES HILL RD
STATEN ISLAND          NY  10301-0000-000

See separate instructions.

Your social security number
5_____

Spouse's social security
– –

Make sure the SSN(s) above and on line 6c are correct.

**Presidential Election** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund . . . . . . . . . ▶ [ ] You  [ ] Spouse
Checking a box below will not change your tax or refund.

**Filing Status**

Check only one box.

1 [ ] Single
2 [ ] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4 [X] Head of household (with qualifying person). (See inst.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child

**Exemptions**

If more than four dependents, see instructions and check here ▶

6a [ ] Yourself. If someone can claim you as a dependent, **do not** check box 6a . . . . .
b [ ] Spouse . . . . . . . . . . . . . . . . . . . . . . . . . .

c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| JOSEPHINE  JOSEPH | | NIECE | |
| DASMINE  JOSEPH | | DAUGHTER | X |
| CARMEN  JOSEPH | | DAUGHTER | X |

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b
No. of children on 6c who:
• lived with you   03
• did not live with you due to divorce or separation (see inst.) ____
Dependents on 6c not entered above ____
Add numbers on lines above ▶ 03

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . | **7** |
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . | **8a** |
| b | Tax-exempt interest. Do not include on line 8a . . . . | **8b** | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . | **9a** |
| b | Qualified dividends . . . . . . | **9b** | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | **10** |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . . | **11** |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . | **12** | (54,385) |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | **13** |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . | **14** |
| 15a | IRA distributions . . . . | **15a** | b Taxable amount | **15b** |
| 16a | Pensions and annuities . . | **16a** | b Taxable amount | **16b** |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | **17** |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . | **18** |
| 19 | Unemployment compensation . . . . . . . . . . . . . | **19** |
| 20a | Social security benefits . . | **20a** | 740 | b Taxable amount | **20b** |
| 21 | Other income. List type and amount | **21** |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | **22** | (54,385) |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 | Educator expenses . . . . . . . . . . . . . . | **23** | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | **24** | |
| 25 | Health savings account deduction. Attach Form 8889 . . . | **25** | |
| 26 | Moving expenses. Attach Form 3903 . . . . . . . . | **26** | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | **27** | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . . | **28** | |
| 29 | Self-employed health insurance deduction . . . . . | **29** | |
| 30 | Penalty on early withdrawal of savings . . . . . . | **30** | |
| 31a | Alimony paid  b Recipient's SSN ▶ – – | **31a** | |
| 32 | IRA deduction . . . . . . . . . . . . . . . | **32** | |
| 33 | Student loan interest deduction . . . . . . . . | **33** | |
| 34 | Tuition and fees. Attach Form 8917 . . . . . . . | **34** | |
| 35 | Domestic production activities deduction. Attach Form 8903 | **35** | |
| 36 | Add lines 23 through 35 . . . . . . . . . . . . | **36** | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . ▶ | **37** | (54,385) |

SPA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    1037 PEI 1US011    Form **1040** (2011)

•0    1 0 0 0 7 3    0 9 2 2 4    2

2011  1037  PEI  1CAOL1

Accepted

DO NOT MAIL THIS FORM TO THE FTB

| TAXABLE YEAR | California Online e-file Return Authorization | FORM |
|---|---|---|
| 2011 | for Individuals | 8453-OL |

| Your first name and initial | Last name | Your SSN or ITIN |
|---|---|---|
| THASKU | JOSEPH |  |
| If joint return, spouse's/RDP's first name and initial | Last name | Spouse's/RDP's  SSN or ITIN |

| Address (including number and street, PO Box, or PMB no.) | Apt no./Ste.no | Daytime telephone number |
|---|---|---|
| 55 GRYMES HILL RD | | 671-838-9879 |

| City | State | Zip Code |
|---|---|---|
| STATEN ISLAND | NY | 10301 |

## Part I    Tax Return Information  (whole dollars only)

1  California adjusted gross income. (Form 540, line 17; Form 540 2EZ, line 16; Long Form 540NR, line 32; or
Short Form 540NR, line 32)  · · · · · · · · · · · · · · · · · ·   1    (54,385.)

2  Refund or no amount due. (Form 540, line 115; Form 540 2EZ, line 28; Long Form 540NR, line 125; or
Short Form 540NR, line 125)  · · · · · · · · · · · · · · · · · ·   2    _____

3  Amount you owe. (Form 540, line 111; Form 540 2EZ, line 27; Long Form 540NR, line 121; or Short Form
540NR, line 121)  · · · · · · · · · · · · · · · · · ·   3    _____

## Part II    Settle Your Account Electronically for Taxable Year 2011 (Due 04/17/12)

4  ☐ Direct deposit of refund

5  ☐ Electronic funds withdrawal    5a  Amount _____    5b  Withdrawal date (MM/DD/YYYY) _____

## Part III    Make Estimated Tax Payments for Taxable Year 2012  These are not installment payments for the current amount you owe.

| | First Payment Due 4/17/12 | Second Payment Due 6/15/12 | Third Payment Due 9/17/12 | Fourth Payment Due 1/15/13 |
|---|---|---|---|---|
| 6  Amount | | | | |
| 7  Withdrawal date | | | | |

## Part IV  Banking Information   (Have you verified your banking information?)

8  Amount of refund to be directly deposited to acct below _____    12  The remaining amount of my refund for direct deposit _____

9  Routing number _____    13  Routing number _____

10  Account number _____    14  Account number _____

11  Type of account:  ☐ Checking  ☐ Savings    15  Type of account:  ☐ Checking  ☐ Savings

## Part V   Declaration of Taxpayer(s)

I authorize my account to be settled as designated in Part II. If I check Part II, box 4, I declare that the direct deposit refund information in Part IV agrees with the authorization stated on my return. I authorize an electronic funds withdrawal for the amount listed on line 5a and any estimated payment amounts listed on line 6 from the account listed on lines 9, 10, and 11. If I have filed a joint return, this is an irrevocable appointment of the other spouse/RDP as an agent to receive the refund or authorize an electronic funds withdrawal.

Under penalties of perjury, I declare that the information I provided to the Franchise Tax Board (FTB), either directly or through e-file software, including my name, address, and social security number (SSN) or individual taxpayer identification number (ITIN), and the amounts shown in Part I above, agrees with the information and amounts shown on the corresponding lines of my 2011 California income tax return. To the best of my knowledge and belief, my return is true, correct, and complete. If I am filing a balance due return, I understand that if the FTB does not receive full and timely payment of my tax liability, I remain liable for the tax liability and all applicable interest and penalties. I authorize my return and accompanying schedules and statements to be transmitted to the FTB directly or through the e-file software. If the processing of my return or refund is delayed, I authorize the FTB to disclose to me, either directly or through the e-file software, the reason(s) for the delay or the date when the refund was sent.

**Sign
Here**

Your signature _____    Date _____

Spouse's/RDP's signature. If filing jointly, both must sign.    Date _____

It is unlawful to forge a spouse's/RDP's signature.

For Privacy Notice, get form FTB 1131.    FTB 8453-OL C2 2011

**DATE**:    June 4th, 2016



**TO**:UNITED STATES COURT OF APPEALS

  DISTRICT OF COLUMBIA CIRCUIT 333 Constitution Avenue,

  NW Washington, DC 20001-2866

Phone: 202-216-7000 | Facsimile: 202-219-8530


**FR**: Thasku Joseph

P.O. Box 5016 Hagatna, Guam 96932

Phone-c/o 671-969-2520 cell 671-997-2439 E-mail 


**Subject:** Emergency Petition Court Order    to release her money to her    bank account and corrected date and e-mail and add some statement from the e-mail I send to the DC court of appeal webmaster e-mail.

    (Section 142 Magistrates    Court Act 1980)

    (Section 37 of Mental Health Act)

    (Document Confistication Violation of USC 1952)

Attention: Evidence send express mail June 3, 2016 Friday Guam time.


Your Honor,

<div align="center">

**AFFIDAFIT**

</div>

I, Thasku Joseph respectfully ask you honor, to please granted my request for emergency court order and for your emergency legal assistance regarding this case against us. especially, against this innocent mental illness people (Akimine Walter). I had faith in the Office of Discpilary Councel in the first place this is the reason I sent them our original legal documents to assist us but turned out, they are defending the wrong side ,the    people    (violated f the laws) the lawyers,IRS, TIGTA, and etc.

We are totally exhausted, from the beginnong of this case until today. Your honor, you proved that these people abused us, treated us like we are totally inhuman. this case also involed violation of the

laws, including corruption within the US Federal Goverment and the Lawyers, unconstutional, prejudice, discrimination, without due process of   law, and totally injusdice.we don't have access to lawyers, and court. these legal officers   hid their wrong doing from court and   the General Public. I request for emergency motion to order if the case filed on April 5,2016 by Attorney Charles A Ray Jr. if its related to Akimine Walter. 2016 CA 002532 B   Civil II to release the funding to her personal Bank account in the prayer's petition title In God we trust.

The night, I talked to the case manage,r Miss Walker, she told me to check the decision they send me by e-mail. I ask her why? they send me by e-mail , I request to send me by mail, so I can proved to the innocent spouse Akimine Walter. when I reply I list down my for objection.

1. Doctrine decision 2. violation of my right to send by e-mail 3. invalid decision and etc, and send directly to the DC court of appeal the violation of the board rule.

OFFICE OF DISCIPLINARY

COUNSEL BOARD RULES   Page 7   2.5

  Complaints Against Members of the Board, Hearing Committees, or Disciplinary Counsel Complaints received by the Office of Disciplinary Counsel against a member of the Board involving activities other than those performed within the scope of the duties of the Board member shall be submitted directly to the Court.

Complaints against Hearing Committee members or against Disciplinary Counsel involving activities other than those performed within the scope of their duties shall be submitted directly to the Board.

2.8    Respondent's response shall set forth respondent's position with respect to the allegations contained in the complaint and shall be submitted to Disciplinary Counsel within ten days from the date of the mailing of the notice described in Rule 2.7. 2.9 Request for Information by Disciplinary Counsel (a) In the course of the investigation, Disciplinary Counsel may request complainant, respondent, or any other person who may have knowledge of pertinent facts to provide information concerning the matters under investigation.

I reply and send her Miss Walker and executive attorney Elizabeth Herman. I told them   in my e-mail that don't hid the money God knows what people are doing. and send my e-mail to the DC court of appeal webmaster@dcsc.gov. my objection and report the incidents that night. After 30 minutes I called the ODC phone 202-638-1501 no one answered only answering mechine. even the executive board number 202 638-4290 same thing answering mechine only. even I called the DC court of appeal same thing. the next night, I called again, same thing I didn't have access to speak to real person.

Last night 6/4/2016 around 1:00 A.M Guam time, I called if I can speak with Helen regarding my e-mail from her. this is her e-mail message below. I would like to call the US Court of appeal for approval regarding this interview, I don't want to abuse and treated me like I am not a human

being and trick anymore.

I am writing to schedule a time for you to speak with Mr. Gene Shipp, Disciplinary Counsel, regarding your request to reopen your case.

Are you available to speak with Mr. Shipp on Monday June 6th at 2:00?

Thank you,

Helen

**Helen Severson**

Executive Assistant to Gene Shipp

Office of Disciplinary Counsel

515 5th Street, NW

Building A, Room 117

Washington, DC 20001

202-638-1501, ext. 1725

I reply to this e-mail I explain I don't have to request for reopen because its the court order according to my message. I told her, I know where I am. I send her our communication I and executive attorney Elizabeth A Herman what started the emergency illegal decision. when I search the DC court of appeal for the case above. i couldn't find the case above retrive    it. I believe these lawyers are changed the case from the DC court of appeal computer system data. I asked the lady I spoke with last night the case was filed on the April 7, 2016 and told me the case for landlord if I don't file I will lose my chance.

Your honor,

Please help Akimine Walter, if the case above related to her case that attorney Charles A Ray filed civil suit on her behalf. I respecfully request for your emergency order to release all the civil suit for all these people the defendants to pay her for damages including my self . and order to deposit in her personal Bank account in the prayer, Title In God we trust.    I also believe these lawyers are changing the court computer system date, to change the filing date, and person related to these case above filed on April 5,2016. I also ask you honor, for emergency motion to order all the defendants to pay us for damages. I asked Miss Walker why she send me over e-mail and she said, executive decision. I also told her the signature is not match and violation of my right. I also asked her if she received any message from the court, she said, yes.

Lastly, your honor, I send some evidence express mail yesterday 6/3/2016. some documents we still have copied and new information regarding this case filed at ODC. Additionally,    the deduction of Akimine Walter social security benefit. the $10.000. Levi balance 000 I sent attention Jannet Fletcher on it, and some important legal documents our original documents are with the ODC. and I also send the

DC Court of appeal <u>webmaster@dcsc.gov</u> we don't have anymore copies with us, except in the e-mail in box or flash drive I have. I send e-mail to the webmater, the date and my e-mail   are incorrect. I believe these Lawyers have access to my e-mail. I can tell by sending out my message from my e-mail and notice from my inbox message.

Thank you very much.

I Thasku Joseph affirm under oath and penalty of perjury of the Law of the United States of America that all the statements in this instrument above are correct for the best of my knowledge.

Thasku Joseph

(9392)





**GUAM BAR ASSOCIATION**
**OFFICE OF THE ETHICS PROSECUTOR**
Guam Judicial Center, Second Floor
120 West O'Brien Drive
Hagåtña, Guam 96910
Office: [671] 475-3167; Secure Fax: [671] 475-3400

# PERSONAL & CONFIDENTIAL

March 21, 2016

Thasku Joseph
PO Box 5016
Hagatna, Guam  96932

RE:   **Attorney Discipline Matter EC15-020; Notice Regarding Your Ethics Complaint Against Lawyers of Cunliffe & Cook Law Firm**

Dear Mr. Joseph,

As required by Rule 18 of the Guam Bar Ethics Committee's Rules of Procedure, I am writing to notify you of the committee's disposition of your ethics complaint against the above law firm and its lawyers which you lodged with my office.

Your complaint was screened and submitted to the Guam Bar Ethics Committee's Investigative Panel together with a recommendation that it be dismissed as it did not appear to allege facts that, if true, would support an allegation of misconduct.

Considering the rules and standards applicable to lawyers on Guam, the committee determined that the appropriate disposition of the matter is dismissal.

Please know that your concern and initiative in submitting your matter to the attorney discipline system are appreciated. We ask that you continue to respect the confidentiality of this matter.

*Senseramente,*

Bruce A. Bradley
GBA Ethics Prosecutor

ORIGINAL



Mail Room

JUN    7 2016

United States Court of Appeals
District of Columbia Circuit

**DATE:**                    **May** 16,2016


**TO:**                    **OFFICE OF BAR COUNCIL**

The Board on   Professional Responsibility

District of Columbia Court of Appeal

515 Fifth Street NW

Building A, Suite 117

Washington, DC 20001

Phone: 202-638-1501


Fax: 202-638-0862


**FROM:**        Thasku Joseph   (witness, original tax filer and husband for
                    Akimine Walter (innocent spouse)

P.O.Box 5016 Hagatna, Guam 96932 Phone-c/o 671-969-2520

cell-671-997-2439 ~~Email~~ ~~joe~~ ~~gmail.com~~


**SUBJECT:**        **Attention:** Executive Attorney (Motion court order to release the
        final legal decsion on the complain submitted to the

        address above . And motion to order to release the                judgment
of our own record. file. as well as release the mental                health

clients funding in to her personal Bank account you have on file. the lawyers or the boatd

can deducted his or her fees

<u>AFFIDAVIT</u>

Attention: Executive Attorney,

(Section 142 Magistrates    Court Act 1980)

(Section 37 of Mental Health Act)

(Document Confistication Violation of USC 1952)

Documents evidence sent prority mail dated March 7,2015,and corrected the   year to 2016. Faxed dated: March 28,2016, fax supporting evidence Aprill 4, 2016 and the motion to order to release the money Date May 5,2016 (Affidavit,)   and follow up not recevied and send by e-mail and changed date, cell phone and the spelling of Affidavit with my initial.and sent it again to executive chairmain.

I, respectfully ask for your legal assistance   to reply to my concern regarding our case that today May 17, 2016 Tuesday Guam time, your office is going to mail out our letter. according to the other receptionist answered the phone last Friday May 13, 2016. I also asked her if I can speak to Ellen Healy, she told me, she is no longer working there.

The reason I asked for Ellen Healy becasue I always follow up with her if the office recevied those documents, the solid proved of relavant evidence I mail them priority, and faxed few times.she told me yes. I also asked her to send me copy of our documents with   your official stamp on it and I have copy with your office stamp dated April 4, 2016.   I may ask for your cooperation and for your urgent legal assistance please help us.

<u>Declaration of new relevant evidence</u>

I, Thasku Joseph, the witness of this case against Akimine Walter. I would like   to address to the Board of Appeal that the Director of Guam Legal Service here on Guam (Parker Harold) is a active member of the Guam Bar Association. he has knowledge about our case against the Law Firm of Gunliffe and Cook.

TO:          Law Offices of Charles A. Ray

             1001 16th Street, N.W.

             Washington, D.C. 20036

             Tel: 202-824-8123

             Fax: 202-824-0640

FROM:        Thasku Joseph

             P.O. Box 5016    Hagatna, Guam 96932

             Phone:C/O 671-969-2520

SUBJECT:     Please send us all the legal documents including financial

             statements the money ,you have for Akimine Walter, and I,

      Thasku Joseph.

      Dear Attorney Ray,

      First of all, I would like to thanks our Lord for allowing me to communicate with you in
this letter. On behalf of Akimine Walter my wife, I respectfully ask you for your urgent legal
assistance to release everything you have for Akimine Walter. I understood that, you can't
release any financial information over e-mail and telephone communication. especially, you
need the $ 500.00 dollars as you mention to me several times including the settlement
office in Miami Florida. Norma Diaz as told me to pay her office, and the IRS repesenatives
told me to pay you.

      Well, Attorney    Charles Ray, I wanted to aplogize for paying you that amount of money at
this moment, but I want to be honest with you, and make you understand our family
situation, that we have been struggling for paying our family funeral expenses few months
ago until now we still pay the funeral home.    Additionally, our own family financial

**REPESENATIVE & WITNESS** Thasku Joseph **OR INNOCENT SPOUSE** Akimine Walter

**SUPPORTING AND POWER OF MIRACLE PRAYER WITH THE RECORD# 2016-FOI-00012**

**CONFIRMED TO PROCESS asap had filed ALREADY**

**To**:Treasury Inspector General for Tax Administration

Office of Chief Counsel - Disclosure Branch

City Center Building

1401 H Street, NW, Suite 469

Washington, DC 20005

Facsimile: (202) 622-3339

E-mail: FOIA. Reading. Room@tigta. treas.gov

Dear Mr. Joseph,

　　Please see the attached "Request for additional information" letter and respond as soon as possible. Also, please send us your current mailing address, in the event that we need to mail correspondence to you. Also, please provide us with your current telephone number.

If you have any questions, please contact me.

Thank you.

Darlene Fulton

Government Information Specialist

Office of Chief Counsel, Disclosure Branch

Treasury Inspector General for Tax Administration (TIGTA)

(202) 622-3889 - Direct

(202) 622-4068 - Main

**Fr:** Thasku Joseph & Akimine Walter

P.O. Box 5016 Hagatna, Gu 96932 Phone-671-969-2520 Cell-671-864-4907

**Subject:** Please deposit all the money in to the B.O.G. account 0216142706 routing

situation we still have diffulties to manage to support our own family.

I promise you, I will, or we will, pay you the remaining balance that we owed you. please help us send us the money,the financial legal documents (legal agreement settlement) and release everything you have for Akimine Walter or I since you have everything on our behalf. we have trust in you, this is the reason we choose you as our attorney.

again, thank you very much for your cooperation and for your legal assistance.

Respectfully,

Our family,   Akimine Walter and Rep, Thasku Joseph witness and husband.

Dear Mr. Joseph,

   Please see the attached "Request for additional information" letter and respond as soon as possible. Also, please send us your current mailing address, in the event that we need to mail correspondence to you. Also, please provide us with your current telephone number.

If you have any questions, please contact me.

Thank you.

Darlene Fulton

Government Information Specialist

Office of Chief Counsel, Disclosure Branch
Treasury Inspector General for Tax Administration (TIGTA)

(202) 622-3889 - Direct

(202) 622-4068 - Main


**IN GOD WE TRUST**

**Date**: Nov 3, 2015

My wife case worker from Guam Mental Health called the Guam Legal service before we went down to the GLS office. she told my wife she can go down anytime in the middle of April last month. when we went down to the office I filled out the application I put Akimine Walter name on it and write down referral from Guam Menthal Health and indicate she is a client for Guam Menthal Health.

My responsibility in the application for her I write down help her fill out the application and submit documents for her and also write down she is my wife and she signed first and I signed below her name. I aslo have the front desk secretary made few copies of our documents including the (Petition) to the U.S. Tax Court and the Law office of Gunliffe and Cook name was in it. please see the e-mal communication with the DLS director I forwarded last week.

**The last paragraph statement in my letter from Guam Bar Association stated below.**

<u>Dated: March 21, 2016</u>

<u>" Please know that your concern    and initiative complain    in submitting your    matter to the attorney discipline system are appreciated. We ask that you continue to respect the confidentiality of this matter."</u>

**New Evidence of violation**

**Failure to fulfil procedural obligations (failure to investigate)**

If The Guam Bar Association really investigate the Lawyer. They should contact the Guam International Airport, the Airlines about attorney's Cook itenary when he travel to U.S. during that period of time last year. and contact me to testify what happen that day when I signed the IRS POA and when I was at their office. and they made copies of our confidential legal documents.

**Evidence of Communication over e-mail**

Thank you for the information you provided to the Treasury Inspector General for Tax Administration (TIGTA). This office will review your complaint and evaluate it for

appropriate action. TIGTA's responsibilities include the investigation of criminal impropriety within Federal tax administration and serious misconduct by Internal Revenue Service (IRS) employees. In addition, TIGTA works closely with the IRS to oversee the appropriate adjudication of complaints that are under the purview of IRS management, and to provide information about other concerns involving tax administration to the IRS for appropriate determination.

Please note that TIGTA is bound by Federal confidentiality statutes that limit the dissemination of information regarding TIGTA's law enforcement activities, including actions taken as a result of complaints filed with TIGTA. TO ENSURE COMPLIANCE WITH APPLICABLE DISCLOSURE LAWS AND REGULATIONS, THIS OFFICE CANNOT RESPOND TO TELEPHONIC REQUESTS FOR STATUS OR OTHER INFORMATION ABOUT YOUR COMPLAINT.

If you wish to have a copy of the information you submitted, you must file a written request pursuant to the Freedom of Information Act (FOIA). Please refer to the FOIA instructions found on TIGTA's website at http://www.ustreas.gov/tigta/important_foia_mafr.shtml. FOIA requests must be signed and submitted by fax at (202) 622-3339, e-mail to FOIA.Reading.Room@tigta.treas.gov, or mail to the Treasury Inspector General for Tax Administration, Office of Chief Counsel - Disclosure Branch, 1401 H Street, N.W., Room 469, Washington, DC 20005.

The Inspector General for Tax Administration IG:CC:D

      Office of Chief Counsel

      Attention: Disclosure Officer

      1125 15th Street NW

      Room 700A

      Washington, DC 20005

Attached is a form with instructions on how to file a FOIA request with my agency, TIGTA. Please let me know if you have any problems opening the attachment. I have not

communicated with anyone else regarding this matter, which is why I need the POA form before I can speak with anyone, including yourself, about Ms. Walter's tax matters.

   Also, do you believe someone is hacking Ms. Walter's e-mail? If so, you may want to change the password or set up a new e-mail account for Ms. Walters. That may help.

Many thanks, and have a very nice day.

**From:** Aki Walter [mailto:akimywalter@gmail.com]
**Sent:** Thursday, September 03, 2015 11:55 AM
**To:** Adams Kelli P TIGTA
**Subject:** Re: Receipt of Complaint

Sept 6,2015

Dear Adams,

   I just want to let you know that, I've noticed that the website I send you our confidential documents, its faked Google website. everything we sent to TIGTA has been viewed from third party or some other people. I asked for your help, if you can help me with (plane ticket) so we can communicate more effectively or face to face with more confidential documentation on our side for you clarification. for further information or future communication. I believe if you assist us with my request. we can signed documents more quickly or faster service.

Thank you very much.

Sincerely yours,

Thasku Joseph and Akimine Walter

Sept 8,2015

Mr. Joseph/Ms. Walter,

   Is it possible that we can set up a time for a telephone call? Please let me know several dates and times that work for you, and I will make myself available for a phone call to

discuss your numerous allegations. During this call, I will need you to provide me with as much information as possible to support your allegations against Ms. Fletcher and the IRS. For example, one allegation is that the IRS "tort" your brain. I do not understand what that means. Also, you allege possible discrimination. Do you have additional information to support that, (i.e., dates, correspondence, etc). More detailed information will help me better investigate your allegations, as I want to be very thorough.

My agency will not purchase a plane ticket for you. You can also mail any documents to me, if you believe that would be more secure. As I mentioned, you may also want to consider opening up a new e-mail account if you believe yours has been hacked.

Thank you, and I look forward to connecting with you to discuss your allegations further. Best,

Kelli

Sept 9, 2015

Dear Adams,

I am not a Lawyer but what I mean by legal definition for me when I used in that term tort my brain wrongful (invasion). tort my brain over the phone. For ex: when the cancer invaded the person's brain. when IRS or the person represent IRS over the phone. there is invasion in papers for instance. I hope this will help you.

Another ex: 2. Attorney Cook saw me when I signed the 2848 POA. we already talked, he will contact me. then Attorney Gunliffe told me on the phone, their office can not represent me. All my confidential documents were in their office. everything they have, and they are very tricky of doctrine illegal method of invasion of our privacy in paper and in my brain in person. In reality, its up to them if they want us to live or not. our life's are in their hands absolutely.

Respectfully,

Akimine Walter and Thasku Joseph

violation of the Internation law article 3. Everyone has    the rights to life, leberty, security of person.

7.Confistication of our 12257 that our case signed and approved by the appeal settlement officer in Jacksonville Florida. (Violation Of the fifth, and fourtheenth amentment of United States Constitution) as well as the violation of International law Article3. Evryone has the right to life, leberty, and security of    person

8.Confistication of our copy of the 12257 to file lawsuit for innocent spouse

9. Confistication of my 911 form request for emergency assistance from advocate Jennefer Carson her phone number in    it and the Settlement officer in    phone number in Jacksonville Florida that our case signed and approved to closed

10.Confistication of my letter of violation of Akimine human civil rigts laws has been illegally violated. to Jannet Fletcher and the discovery of the 11 violations of laws and the 15 million claim for damages. Including the violated of the disability Rights (ADA) that prohibted state and federal goverment

12. Confistication of my letter to    the IRS Human Civil Rights in Washington D.C that Jannet tricked me tort the phone and the five discovery of violation of our civil right and discrimination against us racisim because of nationality    I don't need lawyer and said IRS sent to the wrong appeal office in Seattle Washington    after she told me our case very strong when I faxed her our case    had signed, approved and closed told me she was going to give me the final resolution of our case.

13. Confistication of my Notorized    Petition to the U.S. Tax Court, to pay us $30. million for all the violation of the    Federal laws, and State laws, including the last statement that the Law firm of Gunliffe and Cook involved with IRS.

14. Confistication of our petition of prayer ( TITlE in GOD We Trust) to Agent Kelli Adams, Miss Futon, and Attorney Charles Ray and prayer of miracle who was responsible to release our money also indicated that all people are born equal and violation of the laws by the U.S.

Goverment,    what I meant by U.S. Gov, the Federal Goverment officers working with IRS and for cooperation to comply with the FOIA requester and the U.S.Department of Justice and president Obama supporting of the FOIA requester

15. Confistication of the FOIA confirmed to released of our lawsuit according to Miss Futon e-mail then trick us to send her our passport with our signatures and picures. (violation of the international laws discrimination aginst us because of our nationality) racisim and prejudice(hate crime) violation of the 18 U.S.C.249

16. Violation of women civil rights law lack of protection of the equall law intentionally.

17. Violation of the International law (serious violation) discrimination against women

18. Violation of(OP-CEDAW) economic, social and cultural rights,(OP-ICESCR). Article 8 of OP-CEDAW allows the U.N. committee on elimination of discrimination against women to intiate a confidential investigation by one or more of its members where it has received reliable information of grave or systematic violations by a state party of rights established in the Convention'.24 Article 11 of OP-ICESCR reproduces almost verbatim the language of OP-CEDAW. The UN Committee on Economic, Social and Cultural Rights may examine situations of 'grave' or 'systematic' violations of any of the economic, social, and cultural rights set out in the Covenant.2

19. Violation of the International laws    discrimination against us to intiate a confidential investiagation and trick us of illegal confidential of illegal    method to frame us illegally and intentionally tort the phone.

Referrence:Interestingly, in a later introduction to Basic Principles and Guidelines on the Right to a Remedy and Reparation for Victims of Professor van Boven suggested that, when they had discussed the concept of 'gross violations of human rGross Violations of International Human Rights Law and Serious Violations of International Humanitarian Law (2005), ights', 'the authors had in mind the violations constituting international crimes under the Rome Statute of the International Criminal Court'.61 According to others, mentions of 'gross' violations of human rights in the Basic Principles and Guidelines referred

to international humanitarian law and situations covered by that law.62

20. Doctrine illegal method    of confidential illegal trick and technique of    unsantion invasion ofour    privacy of our personal identity with picture for    TIGTA and IRS future gain intentionally that our case number in our passport and my writting in our passport:Attention: Our attorney Kelli Adams (Violation of the Intrenational Law)and systematic discrimination, in particular based on race or gender.60 and serious "grosss" violation human rights law

21. Doctrine illegal trick of unsantion invasion sizce and unreasonable "gross"' violation of our home tort the phone and our personal    property tort the phone illegally and intentionally by Miss Futon for TIGTA and IRS future gain. Violation of the international law of crimes against the peace and security of mankind.

- Article 12 No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honour and reputation. Everyone has the right to the protection of the law against such interference or attacks.

22. Confisticated our document paper to prooved that showing 000 balance in the letter from IRS Treasury in Philadelphia, Pensivalia Notice CP21C Tax year 2011. if you agree with the changes we made you don't need to respond to this letter. I also mention in the my letter, I address to the IRS Civil Rights   in Washington D.C.

23. Confisticated our 2011 Tax Levy $10.000.00 to reduce to 000 balance I wrote attention: Jannet Fletcher on it. (violation of the Equal protection) Due process clause probhited   State and local Goverment official from depring person of life, liberty, or property without legislative authorization

Referrence:In 1993, a study by Prof. Theo van Boven considered the notion of gross violations.55 It argued: 'It appears that the word "gross" qualifies the term "violations" and indicates the serious character of the violations but that the word "gross" is also related to the type of human right that is being violated'.56 In support, the study mentioned Articles

19, 20, and 21 of the ILC's 1991 draft of a Code of Crimes against the Peace and Security of Mankind (see below), noted that Common Article 3 of the 1949 Geneva Conventions contains minimum humanitarian standards that are to be respected 'at any time and in any place whatsoever',57 and suggested guidance could be found in Section 702 of the Third Restatement of the Foreign Relations Law of the United States.disabled our riths violated the disability Rights law, and treat both inhuman, and violation ofthe right to know the law, the rights to get access to our own private and confidential      record in the FOIA I requested,the right to know the lawyer's legal responsibility, and how much money we personally own.    The right to know the truth of our own record as well as the general public want to know the truth about the Federal employees they work on our case, the U.S. Federal Goverment. the right to know the truth in the TIGTA and IRS Federal office. we have legal rights to know    from the court decision in the appeal process in the FOIA-00-2016 without due process, prejudice, and injustice. we have legal rights to excersice of our Federal civil rights. We have legal rights to proove to court that, we are totally exhausted, from the beinning of our case    until today.we have legal right, to proove to court that we are suffered,painful,embarrassed, we respectfully ask the court to free us from the U.S. Federal Goverment from punishing us secretly, and invation of our privacy without due process of law, unconstutional and injustice. We want to proof to court that, the U.S. Federal Goverment IRS and TIGTA treated us inhuman. We are like in    1800 centuries.Under Black Codes, blacks could not sue, give evidence, or be witnesses. the rights of all persons to have the same access to the law and courts and to be treated equally by the law and courts, both in procedures and in the substance of the law. we respectfully ask the court to appoint us attorney.

Refference: At international level, references related to the notion of 'serious violation' can be found in the Optional Protocol to the 1979 Convention on the Elimination of All Forms of Discrimination against Women (OP-CEDAW), and the Optional Protocol to the 1966 International Covenant on Economic, Social and Cultural Rights (OP-ICESCR). Article 8 of OP-CEDAW allows the UN Committee on the Elimination of Discrimination against Women 'to initiate a confidential investigation by one or more of its members where it has received

reliable information of grave or systematic violations by a state party of rights established in the Convention'.24 Article 11 of OP-ICESCR reproduces almost verbatim the language of OP-CEDAW. The UN Committee on Economic, Social and Cultural Rights may examine situations of 'grave' or 'systematic' violations of any of the economic, social, and cultural rights set out in the Covenant.

Though the notion of 'serious violation' has usually been approached from the perspective of human rights law, other bodies of law, such as criminal law, are clearly relevant. This is evident in the work of some of truth and reconciliation commissions; for example, the South African, Liberian, and Kenyan truth commissions included criminal intent in their definitions of 'gross violation'.264 Similarly, the Inter- American Court of Human Rights has come to take account of 'aggravated state responsibility' when it judges the seriousness of violations. It seems to have drawn on elements of criminal law, albeit in an adapted form, to identify and highlight more serious forms of abuse.265

If a criminal law approach is adopted, 'seriousness' is to be measured in both subjective and objective terms. Subjective factors include intention and motive, awareness, and the foreseeability of a crime.266 Objective factors include interests and property protected by law (such as rights, physical persons, and property).267

I just write you again, to address this issue, that I receved call from the Guam legal service today, this morning April 25 2016. The Guam legal service staff that I talked to was a lady. she inform me, on the phone 671-997-2439 that their office can not repesent us with our case. she told me, the Guam legal service is not funded to assist clients with IRS appeal legal matter.

I told her, that our case is confiscation our legal documents. I also asked her, where, we have to find lawyer? we can't afford to pay our Attorney. she told me, to look for Attorney with (Guam Bar Association) I told her, that I already went there last year but, they inform me their office can't not repesent me. she told me, this is her advice from the Guam Legal service corporation Director (Parker Harold).

She asked me, what is my mailing address? she is going to send me the letter. I told her, to send me by e-mail. and explain in writting what she just told me over the phone.she asked me, what is my e-mail address? I told her, its in the application we submitted last Friday. I told her, thaskuj@gmail.com.

Thank you very much for your cooperation and for your assistance.

Sincerely yours,

Thasku Joseph

http://guambar.org/parker-harold-f

Parker, Harold F. (Guam Bar Association Member at Large)

(671) 477-9811

harold.parker@guamlsc.org

I, Thasku Joseph affirm under oath and perjury of the United States of America that all these statements above are true and correct. I also stated that all these persons above confisication our personal legal document illegally..(confistication). I also affirm under oath and perjury that our signatures in our legal documents submitted by e-mail. to the ADA website or e-mail address.you can locate the attachment please. please also make sure our complain number are merge together.

Date   May 3rd, 2016.

Signed: *Thasku Joseph*

To expedite processing of your status check, please retain your complaint number, 100035010, and your reference number, 16-5kp1q-3lqt, for use when corresponding about this complaint.

Thank you for bringing these matters to our attention.

To expedite processing of your status check, please retain your complaint number,

100035009, and your reference number, 16-5kojs-3lqt, for use when corresponding about this complaint.

Thank you for bringing these matters to our attention.

Disability Rights Section Staff

Thank you very much,

Regards,

*Thasku Joseph* witness for our family.

DATE: Oct 18, 2014

TO: INTERNAL REVENUE SERVICE
ACS Corrospondence
P.O. BOX 8208
Philadelphia, PA 19101-8208

FROM: Akimine M. WALTER
P.O. BOX 27677
BARRIGADA, GU 96921

Subject: Request for the $9,699.00 plus intrest till 2014

Dear Sir/Madam

I am Thacku Joseph, I am not an Attorney nor an Accountant. I am repesenting Akimine M. Walter because I understood the case that caused her Menthal illness more worse than before. Akimine M. Walter is a clients for Guam Menthal health subtance abuse and also a clients for the Guam Vocational rehabilitation. She recives little money from the Social Security disable benefit every month. She didn't aware of her disable benefit has deducted after, she noticed that, the amount she supposed to get every month isn't right Amount. Continued →

**DATE**:        Oct 5th, 2015

**TO**:        Our Attorney Charles Ray

                1001 16th Street, N.W.

                Washington DC, 20036    **Case Review #828-A2F-7979 from**
        **attorneys.com) or** Case Review #60E-2CC-0396

**PHONE** :    202-824-8123 or TOLL FREE 1-877-839-5013 FAX: 202-824-0640

**FROM:**    Tax payer, witness and Rep,Thasku Joseph P.O. Box 5016 Hagatna, Guam
        96932

**PHONE**:    C/O 671-969-2520 Cell:671-864-4907 E-mail~~xxxxxxxxxxxxxxx~~

**SUBJECT**:    Expited or urgent certification and authorization letter to communicate with TIGTA for urgent
Attorney fees and    release everything on our file Dated Aug 26, 2015. Our complaint # :55-1508-0141-C or advice
from Kelli Adams special Agent complain record number 55-1508-0165-C    including my e-mail and fax,
communication with    TIGTA office - phone 206-220-5970 fax-206-220-5974

Dear Attorney Charles,

I, Thasku Joseph, respecfully ask for your urgent legal assistance to communicate with Agent Kelli Adams for your
attorney fees the IRS owed us. And to release all our solid relevant evidence or our confidential documented
information regarding our case had filed with the TIGTA office and other IRS agency.Based on the notorized
(FOIA) and copy of our passport and Bank account number I filed. and also please let me know if the special agent
Kelli Adams evaluate and process our case according to her e-mail. and send you all the copies of our confidential
documents filed with her office. as well as our communication over e-mail.

   This authorization request including the two 2848 POA we mistakely signed and the 2848 POA we signed I and
Akimine Walter declaration of repesenative authorize me to be her repesenative.I or we authorized her to do legal
matters on our behalf, but she e-mail me the reason she was not going to sign and explain and e-mail me, that I seem
to be confuse to her roll    as special agent, or investigator to investigate IRS employees for wrongful acts or
violation of the laws. I also respectfully ask for your legal assistance, please allow me to communicate with you over
the phone and send me copies of everything you have in black and white documented paper.

Thank you very much for your assistance.

Sincerely yours,

*[signature]*

Thask Joseph, Represents Akimine Walter witness, and husband or taxpayer.

Please see the attachments for the U.S. Treasury and the reference number for miss Harvey.

On Mon, Feb 1, 2016 at 7:07 PM, Charles Ray < Cray@charlesraylaw.com> wrote:

> What are you talking about?
>
> Charles A. Ray, Jr., Esq.
>
> Law Offices of Charles A. Ray
>
> The Capital Hilton Hotel
>
> 1001 16th Street, NW
>
> Washington, D.C. 20036

**From:** Aki Walter <a████████@█████████>
**Sent:** Monday, February 1, 2016 9:19 PM
**To:** Charles Ray
**Subject:** can you please answer me back or pickup your phone

Dear Attorney Charles,

I forgot to tell you the deadline for the United States Treasury fo file the complain on our behalf is Feb 4. I just want to let you know that.

Best Regards,

Joseph and Akimine

OMB No. 1545-1504

Department of the Treasury - Internal Revenue Service

# Request for Taxpayer Advocate Service Assistance
## (And Application for Taxpayer Assistance Order)

Form **911**
(Rev. 6-2007)

## Section I – Taxpayer Information *(See Pages 3 and 4 for Form 911 Filing Requirements and Instructions for Completing this Form.)*

| 1a. Your name as shown on tax return | 2a. Your Social Security Number |
|---|---|
| Thasku  Joseph | |

| 1b. Spouse's name as shown on tax return | 2b. Spouse's Social Security Number |
|---|---|
| Akimine Walter | |

3a. Your current street address *(Number, Street, & Apt. Number)*
P.O. Box 27677

| 3b. City | 3c. State *(or Foreign Country)* | 3d. ZIP code |
|---|---|---|
| Barrigada | Guam | 96921 |

| 4. Fax number *(if applicable)* | 5. E-mail address |
|---|---|
| none | |

| 6. Employer Identification Number *(EIN) (if applicable)* | 7. Tax form(s) | 8. Tax period(s) |
|---|---|---|
| | 1040,12275,843, | 2011,or 000000 |

| 9. Person to contact | 10. Daytime phone number | 11. Best time to call |
|---|---|---|
| c/o Cisco's  Satomu h-p( 671) 969-2520 my cell671-687-3214 | [X] Check if Cell Phone | 8:A.M to 12 A.M. Guam Time |

12. Indicate the special communication needs you require *(if applicable)*

[ ] TTY/TDD Line    [ ] Interpreter - Specify language other than English *(including sign language)* spouse has mental illness

[X] Other *(please specify)*  Request third party not released,

13a. Please describe the tax problem you are experiencing *(If more space is needed, attach additional sheets.)*
This dispute between my wife and IRS. This case already solved  and closed  a year ago. based on the form signed and approved by the IRS appeal office in Jaccksonville Florida. When IRS charged my wife for the same offense, I wrote to IRS about the violation IRS admittedly and intentionally. I also declared her Rights had been illegally violated. based on the facts I discovered. my wife has mental problem she is a clients for the Guam Mental Health and Guam DVR. I claim the damaged,suffered, and painfull caused by IRS and the Violation for 15 million. this case was send to the appeal office in Seattle Washington. then send back to Jacksonville Florida. what I understand the appeal officers can't  make  contact each othe.r this prohbited by the new IRS during examination of the dispute case.

13b. Please describe the relief/assistance you are requesting *(If more space is needed, attach additional sheets.)*
We need the Advocate to  inspect our confidental Tax documents my form 12275 for innocent spouse section  6015 or 6404 and file a lawsuit on our behalf. Our case had file with the Advocate before, the case worker had our file, her name 's Jennefer Carson, her phone number number 1-866-809-2329.The appeal officer approved to closed this case in the appeal office in Jacksonville Florida. his name is Joe Breazeale.employee ID num-0228394-tel-904-665-0975-fax-904-665-1835. and we  also need assistance to file form 843 request for refund based on IRS advice for both of us.  Actually,  I was filed my tax return because Avon in Pasedonia Ca, advice me to file IRS. when I filed, I filed H.O.H. then I amended  and filed married, this is how she got involved in my dispute with IRS. pls see our doc for details.

I understand that Taxpayer Advocate Service employees may contact third parties in order to respond to this request and I authorize such contacts to be made. Further, by authorizing the Taxpayer Advocate Service to contact third parties, I understand that I will not receive notice, pursuant to section 7602(c) of the Internal Revenue Code, of third parties contacted in connection with this request.

| 14a. Signature of Taxpayer or Corporate Officer, and title, if applicable | 14b. Date signed |
|---|---|
| | 06/12/2015 |

| 15a. Signature of spouse | 15b. Date signed |
|---|---|
| Akimine Walter | 06/12/2015 |

## Section II – Representative Information *(Attach Form 2848 if not already on file with the IRS.)*

| 1. Name of authorized representative | 2. Centralized Authorization File (CAF) number |
|---|---|
| Thasku Joseph | on file |

| 3. Current mailing address | 4. Daytime phone number | |
|---|---|---|
| P.O.Box 5016  Hagatna, Gu 96932 | (671)687-3214 | [✓] Check if Cell Phone |
| | 5. Fax number | |

| 6. Signature of representative | 7. Date signed |
|---|---|
| | 06/12/2015 |

Catalog Number 16965S

www.irs.gov

Form **911** (Rev. 6-2007)

```
                                              1486858263
                            Mar. 11, 2016   LTR 105C    0
                        ~~201112~~ 201112 55
                                              00035692
```

AKIMINE WALTER
PO BOX 27677
BARRIGADA  GU  96921-6953




spaces below, your telephone number and the hours we can reach you.
Keep a copy of this letter for your records.

Telephone number (    )_____  Hours_____

You can get any of the forms or publications mentioned in this letter
on our website at www.irs.gov/formspubs or by calling 1-800-TAX-FORM
(1-800-829-3676).



                         Sincerely yours,

                         Kenneth C. Corbin
                         Dir., Rtn. Integrity & Comp. Svc.


Enclosures:
Copy of this letter
Publication 1
  .

**6 Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here . . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7 Signature of taxpayer.** If a tax matter concerns a year in which a joint return was filed, the husband and wife must each file a separate power of attorney even if the same representative(s) is (are) being appointed. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

**▶ IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED TO THE TAXPAYER.**

| Signature | Date | Title (if applicable) |
|---|---|---|
| Herminne M Walter | 10/18/14 | Tax payer |

| Print Name | PIN Number | Print name of taxpayer from line 1 if other than individual |
|---|---|---|
| | ☐☐☐☐☐ | |

## Part II Declaration of Representative

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Circular 230 (31 CFR, Part 10), as amended, concerning practice before the Internal Revenue Service;
- I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
- I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

b Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.

c Enrolled Agent—enrolled as an agent under the requirements of Circular 230.Y YOU WANT TO REMAIN IN EFFECT

d Officer—a bona fide officer of the taxpayer's organization.

e Full-Time Employee—a full-time employee of the taxpayer.

f Family Member—a member of the taxpayer's immediate family (for example, spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).

g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).

h Unenrolled Return Preparer—Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have signed the return. **See Notice 2011-6 and Special rules for registered tax return preparers and unenrolled return preparers in the instructions.**

i Registered Tax Return Preparer—registered as a tax return preparer under the requirements of section 10.4 of Circular 230. Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have signed the return. **See Notice 2011-6 and Special rules for registered tax return preparers and unenrolled return preparers in the instructions.**

k Student Attorney or CPA—receives permission to practice before the IRS by virtue of his/her status as a law, business, or accounting student working in LITC or STCP under section 10.7(d) of Circular 230. See instructions for Part II for additional information and requirements.

r Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

**▶ IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN LINE 2 ABOVE.** See the instructions for Part II.

**Note:** For designations d-f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column. See the instructions for Part II for more information.

| Designation—Insert above letter (a–r) | Licensing jurisdiction (state) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable). See instructions for Part II for more information. | Signature | Date |
|---|---|---|---|---|
| f | | 12257, | [signature] | 2014 X5/18, 2014 |
| Government of Guam | License and Certification of Private Arrangement | 15725 | | |

EM 716125427 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®    Post Office To Addresse

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 96913

| Day of Delivery | Postage |
| --- | --- |
| ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ 22.95 |

Date Accepted: 6  3  16
Mo.  Day  Year

| Scheduled Date of Delivery | Return Receipt Fee |
| --- | --- |
| Month   Day | $ 3.70 |

Time Accepted: 16 15  ☐ AM  ☒ PM

| Scheduled Time of Delivery | COD Fee | Insurance Fee |
| --- | --- | --- |
| ☐ Noon ☐ 3 PM | $ | $ |

Flat Rate ☐ or Weight

| Military | Total Postage & Fees |
| --- | --- |
| ☐ 2nd Day ☐ 3rd Day | $ 25.65 |

2 lbs. ___ ozs.

Int'l Alpha Country Code | Acceptance Emp. Initials

**CUSTOMER USE ONLY**
METHOD OF PAYMENT:

Express Mail Corporate Acct. No.

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| --- | --- | --- | --- |
| Mo.  Day | | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.  Day | | | |
| Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |

☐ WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY   ☐ Weekend   ☐ Holiday

Customer Signature

Federal Agency Acct. No. or Postal Service Acct. No.

**FROM: (PLEASE PRINT)**   PHONE ( )

THACKU JOSEPH
PO BOX 5016
VIRGINIA, GU 96932

**TO: (PLEASE PRINT)**   PHONE (202) 216-7000

UNITED STATE COURT OF
Appeals District of Columbia
Circuit 333 Constitution Av
NW Washington DC 20001-286

**FOR PICKUP OR TRACKING:** Visit www.usps.com.  or  Call 1-800-222-1811

LC971J0023HUS

USPS® Customs Declaration — CN 22
IMPORTANT: This item/parcel may be opened officially. See Privacy Notice on the reverse. Please print in English and press firmly (you are making multiple copies).

**Domestic Return Receipt**   PS Form 3811, April 2015 PSN 7530-02-000-9053

9590 9403 0620 5183 0583 31

2. Article Number (Transfer from service label)
EM 716 1254 27 US

3. Service Type
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

1. Article Addressed to:
United States Court
of Appeals District of
Columbia Circuit 333
Constitution Avenue NW
Washington NW Ave
Washington DC
20001-2866

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

**SENDER: COMPLETE THIS SECTION**
**COMPLETE THIS SECTION ON DELIVERY**

Date: Sept 16. 2015

To: The Inspector General for Tax Administration IG:CC:D

Office of Chief Counsel

Attention: Disclosure Officer

1125 15th Street NW

Room 700A

Washington, DC 20005

From: Tax Payer, Witness, and husband of Akimine Walter

Thasku Joseph P.O. Box 5016 Hagatna, Gu 96932

phone-c/o 671-969-2520

Subject: Request the final resolution based on our complain number(55-1508-0141-C to make request of (FOIA) to release documented paper or money urgently for my 1040 2011 Dec. the papers we make request not more than 100 pages. we agreed if more than 100 pages and you deducted from our money you have.

Dear Sir/Madam

I, Thasku Joseph, the original tax filer for my 1040 2011 Dec, and the truly witness regarding my wife's case or dispute with IRS with the same tax period 2011 1040 Dec .Based on the discover, all the true facts, and findings of violations admittedly by IRS treated us unequally and all the violations of the law admittedly by IRS intentionally. Further more, including the form (12257)had signed and approved that my case closed completely. As tax payer 1 or we have right truly to know if your office made evaluation and process on our complain number submitted to your office, the complains number (55-1508-0141-C). we also have right to know if the Advocate filed any lawsuit or your office file to the U.S. Tax court on our behalf or the US tax court granted the petition I sent. or any law office including Norma Diaz, the Settlement office in Miami FL has money for us. or any office filed any lawsuit on our behalf including the form (12257) for innocent spouse section 6015 or interest abatement 6404 for the tax period 2011 1040 Dec Levy Penalty. we also have right to know if your office have money the IRS owed us. we have the right to demand for all the past due violations admittedly by IRS and pay us urgently for the 2011 Dec Tax year. we respectfully ask for your assistance to please help us.

I, respectfully, make request under the (FOIA) for your cooperation and urgent assistance to release and send us any money your office has or direct deposit in to my wife's bank account .The IRS already knew my wife has mental problem and invaded her privacy and deducted her social security without due process and they knew her Bank account number and routing number already. and I am requesting the (FOIA)please let us know in writing the amount of money you have and deposit it. as well as the General public are interested to know the truth about the IRS appeal employees, or IRS settlement officers, and the law office here on Guam. If we, or the people can depend on their

Date: Sept 16. 2015

To: The Inspector General for Tax Administration IG:CC:D

Office of Chief Counsel

Attention: Disclosure Officer

1125 15th Street NW

Room 700A

Washington, DC 20005

From: Tax Payer, Witness, and husband of Akimine Walter

Thasku Joseph P.O. Box 5016 Hagatna, Gu 96932

phone-c/o 671-969-2520

Subject: Request the final resolution based on our complain number(55-1508-0141-C to make request of (FOIA) to release documented paper or money urgently for my 1040 2011 Dec. the papers we make request not more than 100 pages. we agreed if more than 100 pages and you deducted from our money you have.

Dear Sir/Madam

I, Thasku Joseph, the original tax filer for my 1040 2011 Dec, and the truly witness regarding my wife's case or dispute with IRS with the same tax period 2011 1040 Dec .Based on the discover, all the true facts, and findings of violations admittedly by IRS treated us unequally and all the violations of the law admittedly by IRS intentionally. Further more, including the form (12257)had signed and approved that my case closed completely. As tax payer I or we have right truly to know if your office made evaluation and process on our complain number submitted to your office, the complains number (55-1508-0141-C). we also have right to know if the Advocate filed any lawsuit or your office file to the U.S. Tax court on our behalf or the US tax court granted the petition I sent. or any law office including Norma Diaz, the Settlement office in Miami FL has money for us. or any office filed any lawsuit on our behalf including the form (12257) for innocent spouse section 6015 or interest abatement 6404 for the tax period 2011 1040 Dec Levy Penalty. we also have right to know if your office have money the IRS owed us. we have the right to demand for all the past due violations admittedly by IRS and pay us urgently for the 2011 Dec Tax year. we respectfully ask for your assistance to please help us.

I, respectfully, make request under the (FOIA) for your cooperation and urgent assistance to release and send us any money your office has or direct deposit in to my wife's bank account .The IRS already knew my wife has mental problem and invaded her privacy and deducted her social security without due process and they knew her Bank account number and routing number already. and I am requesting the (FOIA)please let us know in writing the amount of money you have and deposit it. as well as the General public are interested to know the truth about the IRS appeal employees, or IRS settlement officers, and the law office here on Guam. If we, or the people can depend on their



**DATE**:    June 4th, 2016

**TO:**UNITED STATES COURT OF APPEALS

DISTRICT OF COLUMBIA CIRCUIT 333 Constitution Avenue,

NW Washington, DC 20001-2866

Phone: 202-216-7000 | Facsimile: 202-219-8530

**FR:** Thasku Joseph

P.O. Box 5016 Hagatna, Guam 96932

Phone-c/o 671-969-2520 cell 671-997-2439 E-mail-thaskuj@gmail.com

**Subject:** Emergency Petition Court Order    to release her money to her    bank account and corrected date and e-mail and add some statement from the e-mail I send to the DC court of appeal webmaster e-mail.

(Section 142 Magistrates    Court Act 1980)

(Section 37 of Mental Health Act)

(Document Confistication Violation of USC 1952)

Attention: Evidence send express mail June 3, 2016 Friday Guam time.

Your Honor,

<u>**AFFIDAFIT**</u>

I, Thasku Joseph respectfully ask you honor, to please granted my request for emergency court order and for your emergency legal assistance regarding this case against us. especially, against this innocent mental illness people (Akimine Walter). I had faith in the Office of Discpilary Councel in the first place this is the reason I sent them our original legal documents to assist us but turned out, they are defending the wrong side ,the    people    (violated f the laws) the lawyers,IRS, TIGTA, and etc.

We are totally exhausted, from the beginnong of this case until today. Your honor, you proved that these people abused us, treated us like we are totally inhuman. this case also involed violation of the

laws, including corruption within the US Federal Goverment and the Lawyers, unconstutional, prejudice, discrimination, without due process of   law, and totally injusdice.we don't have access to lawyers, and court. these legal officers   hid their wrong doing from court and   the General Public. I request for emergency motion to order if the case filed on April 5,2016 by Attorney Charles A Ray Jr. if its related to Akimine Walter. 2016 CA 002532 B   Civil II to release the funding to her personal Bank account in the prayer's petition title In God we trust.

The night, I talked to the case manage,r Miss Walker, she told me to check the decision they send me by e-mail. I ask her why? they send me by e-mail , I request to send me by mail, so I can proved to the innocent spouse Akimine Walter. when I reply I list down my for objection.

1. Doctrine decision 2. violation of my right to send by e-mail 3. invalid decision and etc, and send directly to the DC court of appeal the violation of the board rule.

OFFICE OF DISCIPLINARY

COUNSEL BOARD RULES   Page 7   2.5

  Complaints Against Members of the Board, Hearing Committees, or Disciplinary Counsel Complaints received by the Office of Disciplinary Counsel against a member of the Board involving activities other than those performed within the scope of the duties of the Board member shall be submitted directly to the Court.

Complaints against Hearing Committee members or against Disciplinary Counsel involving activities other than those performed within the scope of their duties shall be submitted directly to the Board.

2.8    Respondent's response shall set forth respondent's position with respect to the allegations contained in the complaint and shall be submitted to Disciplinary Counsel within ten days from the date of the mailing of the notice described in Rule 2.7. 2.9 Request for Information by Disciplinary Counsel (a) In the course of the investigation, Disciplinary Counsel may request complainant, respondent, or any other person who may have knowledge of pertinent facts to provide information concerning the matters under investigation.

I reply and send her Miss Walker and executive attorney Elizabeth Herman. I told them    in my e-mail that don't hid the money God knows what people are doing. and send my e-mail to the DC court of appeal webmaster@dcsc.gov. my objection and report the incidents that night. After 30 minutes I called the ODC phone 202-638-1501 no one answered only answering mechine. even the executive board number 202 638-4290 same thing answering mechine only. even I called the DC court of appeal same thing. the next night, I called again, same thing I didn't have access to speak to real person.

Last night 6/4/2016 around 1:00 A.M Guam time, I called if I can speak with Helen regarding my e-mail from her. this is her e-mail message below. I would like to call the US Court of appeal for approval regarding this interview, I don't want to abuse and treated me like I am not a human

being and trick anymore.

I am writing to schedule a time for you to speak with Mr. Gene Shipp, Disciplinary Counsel, regarding your request to reopen your case.

Are you available to speak with Mr. Shipp on Monday June 6th at 2:00?

Thank you,

Helen

**Helen Severson**

Executive Assistant to Gene Shipp

Office of Disciplinary Counsel

515 5th Street, NW

Building A, Room 117

Washington, DC 20001

202-638-1501, ext. 1725

I reply to this e-mail I explain I don't have to request for reopen because its the court order according to my message. I told her, I know where I am. I send her our communication I and executive attorney Elizabeth A Herman what started the emergency illegal decision. when I search the DC court of appeal for the case above. i couldn't find the case above retrive    it. I believe these lawyers are changed the case from the DC court of appeal computer system data. I asked the lady I spoke with last night the case was filed on the April 7, 2016 and told me the case for landlord if I don't file I will lose my chance.

Your honor,

Please help Akimine Walter, if the case above related to her case that attorney Charles A Ray filed civil suit on her behalf. I respecfully request for your emergency order to release all the civil suit for all these people the defendants to pay her for damages including my self . and order to deposit in her personal Bank account in the prayer, Title In God we trust.    I also believe these lawyers are changing the court computer system date, to change the filing date, and person related to these case above filed on April 5,2016. I also ask you honor, for emergency motion to order all the defendants to pay us for damages. I asked Miss Walker why she send me over e-mail and she said, executive decision. I also told her the signature is not match and violation of my right. I also asked her if she received any message from the court, she said, yes.

Lastly, your honor, I send some evidence express mail yesterday 6/3/2016. some documents we still have copied and new information regarding this case filed at ODC. Additionally,    the deduction of Akimine Walter social security benefit. the $10.000. Levi balance 000 I sent attention Jannet Fletcher on it, and some important legal documents our original documents are with the ODC. and I also send the

DC Court of appeal webmaster@dcsc.gov we don't have anymore copies with us, except in the e-mail in box or flash drive I have. I send e-mail to the webmater, the date and my e-mail   are incorrect. I believe these Lawyers have access to my e-mail. I can tell by sending out my message from my e-mail and notice from my inbox message.

Thank you very much.

I Thasku Joseph affirm under oath and penalty of perjury of the Law of the United States of America that all the statements in this instrument above are correct for the best of my knowledge.

Thasku Joseph

Date:    July 16, 2015

To:    Our Congressional Rep, Jennefer Carson

Fr:    Tax Payer, Representatives, and witness Thasku Joseph

Subject::**Declaration Of Human Rights Violation**.

The principles of International Laws which were conceived in order to promote democracy, rule of law, respect for human rights and human dignity all over the world. Thus, self-determination was one of the core principles and fundamental rights, but could not be separable from other principles such as sovereign equality, territorial integrity, peaceful settlements of disputes, non-intervention in internal affairs and respect for human rights and fundamental freedoms.

## **AFFIDAVIT**

I, Thasku Joseph , do solemnly sincerely and truly declare and affirm that I have known Akimine Walter for 30 years. Akimine Walter has mental illness. She doesn't understand and doesn't know how do file tax online. I also affirm under oath and perjury that IRS treated Akimine Walter unequally less than human being to charge her twice for the same offense that has been solved completely. It is Violation of the Law.(Double Jeopardy) I also affirm under oath and perjury that Akimine Walter is totally innocent. She didn't do any wrongful act. I am Thasku Joseph, the truly original tax filer for my 1040 2011   that how she get involved in my dispute with IRS.I didn't know how to file tax and I amended and sent paper to Kansas City MO.I also believe someone   doctrine illegal method for IRS future gain here on Guam and within the IRS office to illegally frame her for wrongful incidents she committed . Last year 2014, I have noticed someone stole her   extra house key, stole my personal ID card, and social secure card with my wallet. In the Beginning of May this year,    I remembered it was on Friday morning. I called   the Law offices of Gunliffe and Cook to make an appointment and their phone number (671) 472-1824, their telefax (671)472-2422, and their e-mail- cclaw@teleguam.net. when I called their office Attorney Cook answered the phone, I explain my situation that IRS charged my wife twice for the same offense. he told me to bring my documents to their office that same day. when I reached their office, the secretary made copies for all my confidential documents. I also explain to him that my case was urgent based on what Jannet K. Fletcher told me over the phone. On that same day I brought all my confidential documents, the taxbrain.com original tax return I filed. also including the letter from the Seattle office as well as the letter I type Attention Jannet K. Fletcher in it, that I declared Akimine Walter Rights had been illegally violated and the discovered new facts and finding, and these 11 violations admittedly by IRS. when I was at their office I asked the secretary to print out the form 2848, the POA. In the power of Attorney I stated and authorized the attoney to inspect my confidential documents but didn't write his name I leave it blank, including   the form 12275 or file a lawsuit or go to trail.when I signed the 2848 POA, the Attorney cook was standing next to me, but I didn't see him sign the form. he asked me, if I talked to the other Attorney Gunliff, I told him why?" I am the one I talked to him over the phone''. he told me, he will contact me.

The next following week, I called their office, the secretary answered the phone, told me I missed my appointment. I told her, what appointment? Attorney Cook told me, he will contact me.then she said hold on, then I and the other Attorney Gunliff talked over the phone, I could tell his voice that was not Attoney Cook. he was screaming to me over the phone asking me where is the agreement between I and IRS and ask me, are you going to pay IRS money? he told me, my wife have to pay IRS for penalty. and told me, and said, (taxbrain),sorry our office can not represent you. I was freaked out, we didn't even talked that much and he hung up the phone. In that same week, my prayer answered, I found my Advocate beautiful Congressional Rep, name Jennefer Carson with her phone number, I called her and asked her that I need her help. she said, ok and gave me her fax number and mailing address. I told her, I have to fax few of the papers and the rest I have to mail them. what our congressional Rep, doesn't have our married certificate and the copy of the original tax file Taxbrain.com send me. During that same week,I called Jannet K. Fletcher, about the form 12275 who is the innocent spouse, she told me my wife. she told me she send to her connection Norma Dias our conversation over the phone   also our confidential documents. and she gave me Norma's phone 305-982-5252 to call her about a week. Two times at night, I tried to contact Norma's phone it was connected to Gunliff and Cook phone number here on Guam 671) 472-1824.Attorney Gunliffe is a Appeal Attorney too. I was curios why their phone are connected to each other. Then about three weeks later I called Attorney Gunliff and Cook office to pick up my confidential documents they copied. When I went to their office the secretary told me Attorney Cook went to the United States couldn't find my confidential documents where Attorney Cook kept, and told me I have to call the following week, when he

comes back from off island U.S. When I called the following week the secretary told me, he still in the U.S. until now, the Attorneys Gunliffe and Cook still have all my confidential documents. I don't know what they do with all my confidential documents.

I believe these three     legal branches are connected together to do illegal method to frame us. The Seattle Appeal Office Jannet K.Fletcher, Settlement Appeal office in Miami Norma Dias,and The   Law offices Gunliffe and Cook here on Guam. Also, I am wondering if anyone pays one of my closest relatives to ilegally steal our confidential documents. What we are missing now. our extra house key, our married certificate, my original copy the form 12275, my personal wallet with my Guam ID and Social Security, and my cell phone (671) 687-3214 with all my personal confidential phone number.

I also affirm under oath and perjury all the statements in these entire instruments are true and    correct for the best of my knowledge. I also stated that, I corrected some of the words spelling in these instruments below and put them together and add few words.

I, Thasku Joseph, represent Akimine Walter and a truly witness, of the true facts regarding Akimine Walter Case. I am neither an Attorney nor an accountant. I may ask for any Qualify Attorney can represent her a.s.a.p. because of the true facts that IRS treated Akimine Walter unequally less than human being intentionally. also, I kindly request for an appeal and reconsideration of this case that violation of the mental retarded individual Akimine Walter rights admittedly by IRS intentionally. I have seen and known this same case against Akimine Walter and had been solved 2 years ago. I am totally disagree with IRS to charge Akimine Walter for the same offense twice. This is violation of the law for recharge a human being for the same offense that has been solved and (dismiss)completely already. IRS knew the individual person has mental illness and took advantaged of her (Akimine Walter) because of her mental illness, her nationality, and knew Akimne Walter couldn't able respond to the IRS letter when IRS used of forced illegally to charge her twice for the same offense intentionally. IRS violated the (ADA )discrimination and prejudice tort her brain caused damaged, suffered, painfully in her body as well as violation of her privacy in person. After all these facts admittedly by IRS, the disabled restarted person Akimine Walter her mental illness became worst and unmanageable to her medication (shot)at Guam Mental Health every month. Additionally, for the past 6 months, she missed her monthly shot because IRS used the documented paper as illegal forced to harassed her to pay IRS money she owed ,which already solved and IRS deducted her disability monthly benefit illegally and intentionally.

## DISCOVERED NEW FACTS AND FINDING OF VIOLATION ADMITTEDLY BY IRS

Demand For Payment Of Past Due Violation $15 Million Damaged, Suffered, embarrassed, and painful

1. Violation of the International Law Human Civil Rights Title VII ACT Intentionally

2. Violation of the American Disability Act (ADA) Discrimination against the disabled Akimine Walter Intentionally (a civil rights law that prohibits discrimination against people with disability)

3. Illegal forced to sized her social security disability benefit intentionally (invasion of her privacy)Violation her privacy (without due process)

4.Doctrine illegal method and prejudice documented papers tort her mind for IRS present and futures gain (Invasion of her privacy in person) Intentionally

5. Treat the disability individual unequally to charge her twice for the same offense. and not respect her dignity and freedom intentionally

6.Deducted her monthly disabled benefit illegally without her knowledge and approval. invasion of her privacy (violation of her privacy in paper) intentionally

7.Violation of the Disability Rights intentionally

8. Prejudice and discrimination because of her nationality

9.Frame her for wrong full incidents she committed intentionally

10. Used the name IRS to scare her and forced of illegal power in black and white documented paper of harassment caused

damaged tort her mind

11.Damaged her future reputation intentionally


May 5th 2015

Declared of my Constitutional Rights had been illegally violated by

Jannet K Fletcher (Employee Number) 0276951 (Tel)-206-946-3574                    Fax-206-220-5925

1.Violation of our Rights as tax payers Jannet K Fletcher inspected our confidential documents without the legal Form 8821 as well as investigated me over the phone and it is prohibited within the independent appeal office by IRS.

2.Invation of our privacy in paper and tort my brain, as well as my privacy in person. after she trick me over the phone during the examination on this case. When I first ask her do I need lawyer? she said no. additionally, I asked her after she inspected our confidential documents why she told me I don't need lawyer and she changed her answered to yes, I can have lawyer.

3. She treated me unequally not to send the payment form that I send her, I mention in the POA. I cut and supposed to send to Philadelphia Pensuvalia to follow their instruction to stop deducted Akimine Walter Social Security benefit. Instead she send to Norma Dias in Jacksonville Florida. she didn't respect my rights as human being what I am entitled to.

4.She doctrine some illegal documents information I told her over the phone, for IRS future gain during the examination of this case after she trick me, I don't need lawyer, when she inspected our confidential personal documents. according to what she told me, she   send to Norma Dias in   Jacksonville, Florida the other appeal office including our conversation over the phone.

5. Discrimination and prejudice against us because our nationality.

6.Harressment and illegal investigation over the phone she is prohibited from doing it as independent appeal officer

Thank you very much,

Respectfully,

Thasku Joseph ,Tax payer, Representatives, and witness. my signatures

number CTS#530708. This is the same letter our former attorney Charles Ray Jr. lied that he didn't receive when we argue over the phone when he told me he didn't find any wrong doing with the TIGTA Officers  agent Kelli Adams, Miss Futon, and Amy Jones. And I ask him what about documents confistication, then he told me on the phone list down my finding  two times 12345 and send him to compare to his finding. Additionally, the disciplinary council case manager Miss Walker sent me letter I answered the question she asked me in the letter and sent back to her. Then I asked her question. The number 1 question I asked her? Who typed the letter, she sent me, her or the Director Shipp? The other question I asked her, Do you read the   **Chapter 7. Bribery; Obstructing Justice; Corrupt Influence**

Subchapter I. Corrupt Influence

§§ 22–701 - 22–704

Subchapter II. Bribery

§§ 22–711 - 22–713

Subchapter III. Obstructing Justice

§§ 22–721 - 22–723

 I also follow up with the United States Court of Appeal  about the status of my lawsuit against the  defendants below, their names below date was filing April 4, 2016. Sample: below

Date: April 4, 2016

Thasku Joseph P.O. Box 5016 Hagatna, Guam 96932
 Phone 671-997-2439 e mail thasku@gmail.com
 Plaintiff

V/S

Defendants Their names and address, phone number submitted already
(Section 142 Magistrates  Court Act 1980)(Section 37 of Mental Health Act)

(Document Confistication Violation of USC 1952)

1. Kelli Adams Tigita Washington D - address and phone submitted already
2. Amy Jones Tigta Washington DC -Address and phone submitted already
3. Charles Ray Law office Washington DC-Address and phone submitted already
4. Cook and Gunliffe Law Firm Hagatna,Guam- Address and phone submitted already
5. Noma Diaz Settlement Miami FL- Address phone submitted already
6. Jannet Fletcher Appeal Seattle WA- Address phone submitted already
7. Jennefer Carson Advocate Odgen, UT- Address Phone submitted already
8. Merriam Harvey US Treasury  Washington DC-Address phone submitted already

You honor, these person above they all confiscated our personal legal documents.  The reason I wrote their names and address on the original  documents. I want to make sure the U.S. District Court of appeal has all my documents I sent express mail. When I follow up with the US District Court of appeal phone above the person name Dot or Tod harassing me over the phone told me I don't have case or jurdiction at the court above. When I called again, he told me, I'm going to tell you one more time, we send back to you, your documents. the next

Reference: Fourteen Amendment applies the equal protection clause only against the states, the Supreme Court, since Bolling v. Sharpe (1954) has applied the clause against federal government through the due process clause of the Fifths Amendment under a doctrine called

"Reverse Incorporation."{111}{112}

## Document Confistication Violation of 18 U.S.C. 1952

Documents of a Confidential *Nature*

1.)The right not to be subjected to unsanctioned invasion of privacy by the government, corporations or individuals is part of many countries' privacy laws,

2.)The boundaries and content of what is considered private differ among cultures and individuals, but share common themes. When something is private to a *person*, it usually means that something is inherently special or sensitive to them. The domain of privacy partially overlaps security, which can include the concepts of appropriate use, as well as protection of information. Privacy may also take the form of bodily integrity.

2. Doctrine illegal method of confistication of our POA I had with IRS on file intentionally. It is unsanctioned invasion of our privacy in paper and in person intentionally. Violation of our privacy in paper and person ( Violation of 18 USC willful deprivations of federal rights under color of laws) as well as violation of the International law

- Article 12 No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honor and reputation. Everyone has the right to the protection of the law against such interference or attacks.

3.illegally disabled and Injured our civil rights to exercise our future Federal Civil Rights Law intentionally. (Violation of the principal stautes are 18 USC 241 (conspiracy to injure citizen (human being) in the exercise of federal rights)

4. Confiscated our copy of passport including our (date of birth)intentionally (invasion of our privacy)( Invasion of our privacy to injured our spirit of thought and disabled our future civil rights to exercise our federal civil rights ) Violation of the International laws

13. Confistication of my Notarized Petition to the U.S. Tax Court, to pay us $30. million for all the violation of the Federal laws, and State laws, including the last statement that the Law firm of Gunliffe and Cook involved with IRS.

14. Confistication of our petition of prayer ( Title in GOD We Trust) to Agent Kelli Adams, Miss Futon, and Attorney Charles Ray and prayer of miracle who was responsible to release our money also indicated that all people are born equal and violation of the laws by the U.S. Government, what I meant by U.S. Gov, the Federal Government officers working with IRS and for cooperation to comply with the FOIA requester and the U.S.Department of Justice and president Obama supporting of the FOIA requester

15. Confistication of the FOIA confirmed to released of our lawsuit according to Miss Futon e-mail then trick us to send her our passport with our signatures and pictures. (violation of the international laws discrimination against us because of our nationality) racism and prejudice(hate crime) violation of the 18 U.S.C.249

16. Violation of women civil rights law lack of protection of the equal law intentionally.

17. Violation of the International law (serious violation) discrimination against women

18. Violation of(OP-CEDAW) economic, social and cultural rights,(OP-ICESCR). Article 8 of OP-CEDAW allows the U.N. committee on elimination of discrimination against women to initiate a confidential investigation by one or more of its members where it has received reliable information of grave or systematic violations by a state party of rights established in the Convention'.24 Article 11 of OP-ICESCR reproduces almost verbatim the language of OP-CEDAW. The UN Committee on Economic, Social and Cultural Rights may examine situations of 'grave' or 'systematic' violations of any of the economic, social, and cultural rights set out in the Covenant.2

19. Violation of the International laws discrimination against us to initiate a confidential investigation and trick us of illegal confidential of illegal method to frame us illegally and intentionally tort the phone.

Reference: Interestingly, in a later introduction to Basic Principles and Guidelines on the Right to a Remedy and Reparation for Victims of Professor van Boven suggested that, when they had

of a Code of Crimes against the Peace and Security of Mankind (see below), noted that Common Article 3 of the 1949 Geneva Conventions contains minimum humanitarian standards that are to be respected 'at any time and in any place whatsoever',57 and suggested guidance could be found in Section 702 of the Third Restatement of the Foreign Relations Law of the United States .disabled our right violated the disability Rights law, and treated both of us inhuman, and violation of the right to know the law, the rights to get access to our own private and confidential record in the FOIA I requested, the right to know the lawyer's legal responsibility, and how much money we personally own. The right to know the truth of our own record as well as the general public want to know the truth about the Federal employees they work on our case, the U.S. Federal government. the right to know the truth in the TIGTA and IRS Federal office. we have legal rights to know from the court decision in the appeal process in the FOIA-000-2016 without due process, prejudice, and injustice. we have legal rights to exercise of our Federal civil rights. We have legal rights to prove to court that, we are totally exhausted, from the beginning of our case until today. we have legal right, to proved to court that we are suffered,painful,embarrassed, we respectfully ask the court to free us from the U.S. Federal government from punishing us secretly, and invasion of our privacy without due process of law, unconstutional and injustice. We want to proved to court that, the U.S. Federal government IRS and TIGTA treated us inhuman. We are like in 1800 centuries.Under Black Codes, blacks could not sue, give evidence, or be witnesses. the rights of all persons to have the same access to the law and courts and to be treated equally by the law and courts, both in procedures and in the substance of the law. we respectfully ask the court to appoint us attorney.

Reference: At international level, references related to the notion of 'serious violation' can be found in the Optional Protocol to the 1979 Convention on the Elimination of All Forms of Discrimination against Women (OP-CEDAW), and the Optional Protocol to the 1966 International Covenant on Economic, Social and Cultural Rights (OP-ICESCR). Article 8 of OP-CEDAW allows the UN Committee on the Elimination of Discrimination against Women 'to initiate a confidential investigation by one or more of its members where it has received reliable information of grave or systematic violations by a state party of rights established in the Convention'.24 Article 11 of OP-ICESCR reproduces almost verbatim the language of OP-CEDAW. The UN Committee on Economic, Social and Cultural Rights may examine situations of 'grave' or 'systematic' violations of any of the economic, social, and cultural rights set out in the Covenant.

http://guambar.org/parker-harold-f

Parker, Harold F. (Guam Bar Association Member at Large)

(671) 477-9811

harold.parker@guamlsc.org

I, Thasku Joseph affirm under oath and perjury of the United States of America that all these statements above are true and correct. I also stated that all these persons above confistication our personal legal document illegally..(confistication). I also affirm under oath and perjury that our signatures in our legal documents submitted by e-mail. to the ADA website or e-mail address. you can locate the attachment please. please also make sure our complain number are merge together.

Date  May 3rd, 2016.

Signed: _Thasku Joseph_

To expedite processing of your status check, please retain your complaint number, 100035010, and your reference number, 16-5kp1q-3lqt, for use when corresponding about this complaint.

Thank you for bringing these matters to our attention.

To expedite processing of your status check, please retain your complaint number, 100035009, and your reference number, 16-5kojs-3lqt, for use when corresponding about this complaint.

Thank you for bringing these matters to our attention.

Disability Rights Section Staff

Thank you very much,

Regards,

_Thasku Joseph_ witness for our family.

*Our e-mail communication*

Dear Attorney Charles Ray, and Agent Kelli Adams,(see supporting documents in attachments)

Please read, my e-mail to agent Kelli. if you read the latest POA between Akimine Walter and I. she authorize me to witness to you as you our attorney Charles Ray, Kelli Adams special agent and TIGTA office. the old power of attorney we signed and I since the beginning October last year. she authorized me to speak with IRS change anything required by phone and find legal assistance as you our attorney and etc. and the latest POA including to negotiate your professional urgent legal fees. also able to financially deposit the money in her bank account. the (FOIA) I or we ask TIGTA for the cooperation to release and deposit the money IRS owed us.in to Akimine's Walter Bank account, the routing and statement of her bank her name on it. our passport copies including our signatures the emergency request from the other TIDTA office.the (FOIA) U.S. TAX Court, TIGTA Office, Advocate what I mean the 911 request for emergency assistance, if the advocate file a law suit.I also request under the FOIA to release the information about the innocent spouse if the Advocate file law suit according to my former advocate lawyer Jennefer Carson. she filed the lawsuit and I have to check with Norma Diaz about the file suit she told me over the phone. she wispier to me over the phone explain to me when I ask her to investigate the money they settled in secret I told her I suspected the attorney Cook did some secret facts of violation when I called him. I suspected they settled our case in secret without our knowledge and our attorney knowledge too until I sent her my affidavit letter Dated July 16, 2015. in my latter address to Norma Diaz Dated Aug 6th,2015. I wrote asking her about new POA or any financial statement to send us until now we don't know anything. sometimes in Aug I tried to call her to see if she has any money according to what she told me, she will is going to charge Akimine Walter $500.00 my question is why? and I have to just wait. after I filed complain at the Ethic prosecutor here on Guam to investigate the law office on Guam. This Law office of Guniffe and Cook. here on Guam. our case still pending until now. can't afford attorney plus these lawyers here are connected to each other, they can phone to the other attorney not to accept our case its very hard but they don't look for the documents you have first name and the law. I have suspicious about the secret settlement between these legal law firms here and the IRS office in U.S. I was looking for attorney very hard that why I turn to TIGTA office for assistance because these legal law firms are professional attorney they are doctrine illegal method to covered up our money. Because Norma's Diaz the settlement officer in Miami fault according to what I understood by the law.she has to responsible for recover our claim. according to what I understand from our former Attorney Jennefer Carson. she didn't tell me exactly but she wispier to me over the phone its against the law for her to investigate Norma Diaz. when I faxed my affidavit to my former attorney. she was kind of defense her from our case because she is our attorney. another thing, I didn't sign any POA attorney or authorization to represent us. only the 911and our conversation over the phone and she knew about our case that it was closed already. she told me over the phone. what I understand according to her Jennfer Carson to follow up with Norma Diaz the settlement officer she told me, its up to the Judge to decide how much money Norma Diaz she will give us. .the last time I talked to agent Kelli Diaz, when I she told me to hire an attorney or she would send me the names of lawyers from advocate free lawyer. I told her, I don't trust them. I told her about our former attorney when she wispier over me to check with Norma and told me she was like a middle man. she is in between us. this is the reason I include in the (FOIA). and the petition in I swear under the perjury of the law of the United States of America. this is what the statements suppose to be in that notarized petition below because of lack of space.

Date:        June 5th, 2015

To:        Operations Director, Civil Rights Division
          Department of the Treasury - Internal Revenue Service
          Room 2413
          1111 Constitution Avenue, NW
          Washington, DC 20224

From:      Thasku Joseph

          P.O. Box 5016 Hagatna, Guam 96932

Subject:   Declared of my Constitutional Rights had been ilegally violated by

          Jannet        K Fletcher (Employee Number) 0276951 (Tel)-206-946-3574
          Fax-206-220-5925

          Dear Sir/Madam

The IRS Restructuring and Reform Act of 1998 directed the IRS Commissioner to develop and
implement a plan to reorganize the IRS by establishing organizational units serving particular
groups of taxpayers with similar needs. It also specified that the reorganization plan should
ensure an independent Appeals function within the IRS, including a prohibition of "ex parte"
communications between Appeals officers and other IRS employees to the extent that such
communications appear to compromise the independence of Appeals officers


  I. Thasku Joseph, the tax payer,represenative,and a witness of this case against Akimine
Walter.Jannet told me on the phone that, IRS send this case to the wrong appeal office in Seattle
Washington.she told me this case supposed to send to Jacksonville Florida where this case was
originated had   file there. after she (Jannet K Fletcher inspected our confindential documented
paper. She asked me to fax her the paper I read to her over the phone, that this case was closed
and 13 pages including our married certificate after she told me very good that I send our
married certificate. Jannet K Fletcher investigated me about I and my wife had been in United
States before, I told her no. she also asked me if we filed any income tax I said no.After, few
days latter, I called her and I asked her question about the first paragraph in the form 12275 who

DATE: May 5, 2016

Thasku Joseph
P.O. Box 5016
Hagatna, Guam 96932    Phone –c/o 671-969-2520 cell-671-997-2438

OFFICE OF BAR COUNSEL
THE BOARD ON PROFESSIONAL RESPONSIBILITY
DISTRICT OF COLUMBIA COURT OF APPEALS
515 Fifth Street, N.W. Building A, Room 117
Washington, D.C. 20001
(202) 638-1501 Fax (202) 638-0862

Executive Chairman

## AFFIDAFIT

    I, Thasku Joseph, affirm under oath and perjury that, I am a true witness of this case

against Akimine Walter and I have knowledge of this case against Akimine Walter. I stated and

affirm that Akimine Walter is totally innocent. I am a original Tax filer for my business tax

return for 2011. My case was signed, approved to closed. I filed as head of house hold. I also

stated that, I send my (Declaration Of Emergency Evidence to the U.S.D.O.J. of new facts and

new discovered of violation just happen last week here on Guam. I and my wife put an

application at Guam Legal service, the Director Parker Harlod turn us down. The Director is a

Guam Bar Member Association. You can request my true statement at the USDOJ. I submitted

the case complain number is below. The original copy I received from the committee mention

any facts against the Lawyers and their firm. And the Last paragraph stated that stated I have to

continue to make this matter against the lawyer as confidential. My serious question to the

USDOJ. Is it fair and legitimate by laws that all these U.S. Federal Office and Law firms

confiscated    our personal legal document? I also list down the Date and year those people

confiscated our document. I also list down the new finding of the Guam Bar Association violated

based on the true facts I stated. I, affirm under oath and perjury, that our case involved violation

of the laws including corruption, prejudice, unconstitutional, injustice. within the U.S. Federal

Government, Law Firms and etc.

RECEIVED
Mail Room

DEC   8 2008

J. D. Caesar, Clerk of Court
Recorder of Columbia

I, Thasku Joseph stated and affirm that, I agree if the USDOJ and the US Court of appeal, are on the same page of our case. Because the US Court of Appeal has the original documents as evidence and the USDOJ has the copies. I also stated that the secret of our case is now open. I have faith in the Lord and the USDOJ that secret of facts of violation in the US Federal Government and law firms are now visible in the eyes of the public and the Lord, no one above the Lord Amen. I also motion to order to release our money where ever is located. We want Justice to serve. (Justice for all)

Respectfully,

Thasku Joseph witness in the name of our Lord.

This serves as confirmation that the Disability Rights Section has received your complaint. Please be assured that your receipt of this email means that we have received your complaint and are processing it. You will hear from us when we have made a determination about the disposition of your complaint. This is an automatic response generated electronically. Please keep a copy of this response for your records.

If you would like to attach files to your complaint, you can submit them by replying to this message and inserting the files as attachments to the message. Do not alter the subject line of the reply to ensure the timely processing of the additional files. Additionally, do not put any text in the body of your message. The body of the message WILL NOT be read – only the attachments.

We will review the information you have submitted and will notify you of any action this office will take with respect to the issues you have raised. Please be advised that this office receives a large volume of correspondence from the public, and it may be some time before we have finished reviewing your complaint. If you would like to check on the status of your complaint, you may call the ADA Information Line at 800-514-0301 (voice); or 800-514-0383

(TTY).

To expedite processing of your status check, please retain your complaint number, 100035010, and your reference number, 16-5kp1q-3lqt, for use when corresponding about this complaint.

Thank you for bringing these matters to our attention.

To expedite processing of your status check, please retain your complaint number, 100035009, and your reference number, 16-5kojs-3lqt, for use when corresponding about this complaint.

Thank you for bringing these matters to our attention.

Disability Rights Section Staff

http://guambar.org/parker-harold-f

Parker, Harold F. (Guam Bar Association Member at Large)

(671) 477-9811

harold.parker@guamlsc.org

**Categories:** Active,Guam Legal Service Corp.,Member at large





# GUAM BAR ASSOCIATION

Guam Judicial Center, Second Floor
120 West O'Brien Drive
Hagåtña, Guam 96910-5174
Office: [671] 475-3396 Email: info@guambar.org
Secure Fax: [671] 475-3400 Website: www.guambar.org

## COMPLAINT AGAINST AN ATTORNEY

**Complete and Submit Complaint Form to:**
Office of the GBA Ethics Prosecutor
Guam Judicial Center, Second Floor
120 West O'Brien Drive
Hagåtña, Guam 96910-5174

GUAM BAR ASSOCIATION
Office of the Ethics Prosecutor
Guam Judicial Center, Second Floor
120 W. O'Brien Drive
Hagatna, Guam 96910-5174

*RU 8/13/15 @ 1:40*

Today's Date: 08/08/2015
              13

I have a complaint against (attorney's name): *Legal Firm MOOTS, ATTORNEY at LAW COOK and Gunliffe*

My name is (please print): *THASKU JOSEPH*

My mailing address, including zip code, is: *P.O. BOX 8016*

*HAGATNA, GUAM 96932*

My telephone numbers are: (home) *No 969-2520* (work) _____ (cell) _____

My email address is: _____

The type of case or legal matter from which the complaint grows is (i.e., a divorce case, a criminal case, a civil case, etc.): *Doctrine ilegal method for IRS FUTURE GAIN ON GUAM AND IN THE US.*

Is the case or legal matter still pending? *ON GOING*

Was the attorney your attorney or someone else's? *I SIGN THE PGA AND Gunliffe rejects me.*

If yours, when did you hire the attorney? *I Authorize to inspect and file suit or settle, or go TRIAL, I don't understand the law.*

Have you paid the attorney any money? *NO*.

If so, when did you pay the attorney and how much did you pay him/her?:

Date _____ Amount $ _____    Date_____ Amount $ _____

Date _____ Amount $ _____    Date_____ Amount $ _____

[Please add additional pages(s) if more space is required regarding payment information.]

Page _____ of _____

*Please submit copies of any documents in your possession related to your complaint, including items such as your contract with the attorney, invoices, payment records, letters, etc.

Please write/type below, or on a separate page(s) attached to this form, a specific statement about what you believe the attorney did that was wrong. Try to give mainly actual examples of the attorney's alleged misconduct. To the extent possible, include each date that you contacted (or had contact with) the attorney, what occurred on that date, what it was that you believe the attorney did wrong on that date, and the names, addresses, and telephone numbers of people who were present with you, if any. A narrative explanation of the problem is important. Please include any information you would like considered in the evaluation of your complaint. Please do not send or submit any original documents with your complaint. Instead, please make copies and include them with your complaint.

PLEASE NOTE that an attorney discipline matter is confidential at its outset. We ask that you please respect this confidentiality, as it is an important component of the attorney discipline system. Please also note, however, that attorney discipline matters may eventually become public. Consequently, **any information you provide to our office about the matter, or that we might obtain from your lawyer(s), may become public.** No attorney/client relationship exists between you and the Office of the GBA Ethics Prosecutor, and no attorney/client privilege exists regarding information you submit to the office.

STATEMENT OF ALLEGED ATTORNEY MISCONDUCT

Discrimination and Prejudice and ilegally invasion of my or our privacy in paper as well as tort my brain on the phone in person. and settled our case in Maimi Florida without our knowledge, AND covered up with ilegally processing illegal investigation, Part of their legal firm office. AND PUT THE F.B.I Involve to Legally Frame US, so our Money Remain Secret and untouched. including ilegal recording messages over the phone and other electronic devices.

[Please add additional page(s) if more space is required.]

I HEREBY CONSENT THAT YOUR INVESTIGATOR MAY SEE AND COPY ANY OF MY DOCUMENTS AND MAY OBTAIN ANY INFORMATION NECESSARY FOR A COMPLETE INVESTIGATION FROM ANY LAWYERS WHO NOW OR EVER HAVE REPRESENTED ME.

_____
SIGNATURE

THAsku Joseph       08/04/15
PRINT NAME              DATE

PLEASE NOTE: The Ethics Committee's jurisdiction is strictly limited. It cannot stop or delay any pending Court proceedings, nor prevent the running of appeal times or statutes of limitations. The Ethics Committee, the Ethics Prosecutor and their staff members cannot provide you with legal services or advice.

THASKU JOSEPH

P.O. BOX 5016 HAGATNA, GUAM 96932

671-993-2439  •  thaskuj@gmail.com  •  JULY4th 2016

**DATE: July 4, 2016**

UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT
333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Your honor,                                    <u>AFFIDAVIT</u>

Attention: Petition: Follow up the Court order and Judgement. Everyone has the Rights to know the Law, and have access to the Court. We have legal right to know our own record, the Judgement, from the court of appeal.<u>D.C. Law 19-317</u>: Section 401 of <u>D.C. Law 19-317</u> (1) "Court of the District of Columbia" means the Superior Court of the District of Columbia or the District of Columbia Court of Appeals.

<u>New Evidence of Violation</u>

Follow up on the court order suppose to file on the June 6, 2016 confirmed and received filed by Angela on the June 8, 2016 with US District Court District of Columbia.

**Chapter 7. Bribery; Obstructing Justice; Corrupt Influence**

<u>Subchapter I. Corrupt Influence</u>

§§ 22–701 - 22–704

<u>Subchapter II. Bribery</u>

§§ 22–711 - 22–713

<u>Subchapter III. Obstructing Justice</u>

§§ 22–721 - 22–723

Subchapter III. Obstructing Justice

§ 22–721. Definitions.

For the purpose of this subchapter, the term:

(1) "Court of the District of Columbia" means the Superior Court of the District of Columbia or the District of Columbia Court of Appeals.



**DATE**:    June 4th, 2016

**TO**:UNITED STATES COURT OF APPEALS

  DISTRICT OF COLUMBIA CIRCUIT 333 Constitution Avenue,

  NW Washington, DC 20001-2866

Phone: 202-216-7000 | Facsimile: 202-219-8530


**FR**: Thasku Joseph

P.O. Box 5016 Hagatna, Guam 96932

Phone-c/o 671-969-2520 cell 671-997-2439 E-mail‑███████████

**Subject:** Emergency Petition Court Order   to release her money to her    bank account and corrected date and e-mail and add some statement from the e-mail I send to the DC court of appeal webmaster e-mail.

   (Section 142 Magistrates    Court Act 1980)

   (Section 37 of Mental Health Act)

   (Document Confistication Violation of USC 1952)

Attention: Evidence send express mail June 3, 2016 Friday Guam time.


Your Honor,

## AFFIDAFIT

I, Thasku Joseph respectfully ask you honor, to please granted my request for emergency court order and for your emergency legal assistance regarding this case against us. especially, against this innocent mental illness people (Akimine Walter). I had faith in the Office of Discplary Councel in the first place this is the reason I sent them our original legal documents to assist us but turned out, they are defending the wrong side ,the    people    (violated f the laws) the lawyers,IRS, TIGTA, and etc.

We are totally exhausted, from the beginnong of this case until today. Your honor, you proved that these people abused us, treated us like we are totally inhuman. this case also involed violation of the

laws, including corruption within the US Federal Goverment and the Lawyers, unconstutional, prejudice, discrimination, without due process of   law, and totally injusdice.we don't have access to lawyers, and court. these legal officers    hid their wrong doing from court and    the General Public. I request for emergency motion to order if the case filed on April 5,2016 by Attorney Charles A Ray Jr. if its related to Akimine Walter. 2016 CA 002532 B    Civil II to release the funding to her personal Bank account in the prayer's petition title In God we trust.

The night, I talked to the case manage,r Miss Walker, she told me to check the decision they send me by e-mail. I ask her why? they send me by e-mail , I request to send me by mail, so I can proved to the innocent spouse Akimine Walter. when I reply I list down my for objection.

1. Doctrine decision 2. violation of my right to send by e-mail 3. invalid decision and etc, and send directly to the DC court of appeal the violation of the board rule.

OFFICE OF DISCIPLINARY

COUNSEL BOARD RULES    Page 7    2.5

   Complaints Against Members of the Board, Hearing Committees, or Disciplinary Counsel Complaints received by the Office of Disciplinary Counsel against a member of the Board involving activities other than those performed within the scope of the duties of the Board member shall be submitted directly to the Court.

Complaints against Hearing Committee members or against Disciplinary Counsel involving activities other than those performed within the scope of their duties shall be submitted directly to the Board.

2.8    Respondent's response shall set forth respondent's position with respect to the allegations contained in the complaint and shall be submitted to Disciplinary Counsel within ten days from the date of the mailing of the notice described in Rule 2.7. 2.9 Request for Information by Disciplinary Counsel (a) In the course of the investigation, Disciplinary Counsel may request complainant, respondent, or any other person who may have knowledge of pertinent facts to provide information concerning the matters under investigation.

I reply and send her Miss Walker and executive attorney Elizabeth Herman. I told them    in my e-mail that don't hid the money God knows what people are doing. and send my e-mail to the DC court of appeal webmaster@dcsc.gov. my objection and report the incidents that night. After 30 minutes I called the ODC phone 202-638-1501 no one answered only answering mechine. even the executive board number 202 638-4290 same thing answering mechine only. even I called the DC court of appeal same thing. the next night, I called again, same thing I didn't have access to speak to real person.

Last night 6/4/2016 around 1:00 A.M Guam time, I called if I can speak with Helen regarding my e-mail from her. this is her e-mail message below. I would like to call the US Court of appeal for approval regarding this interview, I don't want to abuse and treated me like I am not a human

being and trick anymore.

I am writing to schedule a time for you to speak with Mr. Gene Shipp, Disciplinary Counsel, regarding your request to reopen your case.

Are you available to speak with Mr. Shipp on Monday June 6<sup>th</sup> at 2:00?

Thank you,

Helen

**Helen Severson**

Executive Assistant to Gene Shipp

Office of Disciplinary Counsel

515 5<sup>th</sup> Street, NW

Building A, Room 117

Washington, DC 20001

202-638-1501, ext. 1725

I reply to this e-mail I explain I don't have to request for reopen because its the court order according to my message. I told her, I know where I am. I send her our communication I and executive attorney Elizabeth A Herman what started the emergency illegal decision. when I search the DC court of appeal for the case above. i couldn't find the case above retrive    it. I believe these lawyers are changed the case from the DC court of appeal computer system data. I asked the lady I spoke with last night the case was filed on the April 7, 2016 and told me the case for landlord if I don't file I will lose my chance.

Your honor,

Please help Akimine Walter, if the case above related to her case that attorney Charles A Ray filed civil suit on her behalf. I respecfully request for your emergency order to release all the civil suit for all these people the defendants to pay her for damages including my self . and order to deposit in her personal Bank account in the prayer, Title In God we trust.    I also believe these lawyers are changing the court computer system date, to change the filing date, and person related to these case above filed on April 5,2016. I also ask you honor, for emergency motion to order all the defendants to pay us for damages. I asked Miss Walker why she send me over e-mail and she said, executive decision. I also told her the signature is not match and violation of my right. I also asked her if she received any message from the court, she said, yes.

Lastly, your honor, I send some evidence express mail yesterday 6/3/2016. some documents we still have copied and new information regarding this case filed at ODC. Additionally,    the deduction of Akimine Walter social security benefit. the $10.000. Levi balance 000 I sent attention Jannet Fletcher on it, and some important legal documents our original documents are with the ODC. and I also send the

DC Court of appeal webmaster@dcsc.gov we don't have anymore copies with us, except in the e-mail in box or flash drive I have. I send e-mail to the webmater, the date and my e-mail   are incorrect. I believe these Lawyers have access to my e-mail. I can tell by sending out my message from my e-mail and notice from my inbox message.

Thank you very much.

I Thasku Joseph affirm under oath and penalty of perjury of the Law of the United States of America that all the statements in this instrument above are correct for the best of my knowledge.

Thasku Joseph

Date:        May 20, 2016



To:        **OFFICE OF BAR COUNCIL**

The Board on   Proffessional Responsibility

District of Columbia Court of Appeal

515 Fifth Street NW
Building A, Suite 117
Washington, DC 20001

Phone: 202-638-1501

Fax: 202-638-0862

From:        Thasku Joseph   (witness, original tax filer and husband for

Akimine Walter (innocent spouse)

P.O.Box 5016 Hagatna, Guam 96932 Phone-c/o 671-969-2520

cell-671-997-2439 E-mail⬛⬛⬛⬛⬛⬛⬛⬛⬛

Subject:        Attention: We are extremely exhausted. I motion to order and

send us the Judgement and   released copy of our own record

file case number (2016-U104)

Dear Executive Chairman,

First of all, I would like to express, how I feel or how we feel inside our body system. I'm
hoping   that we can exchange our body so the Appel board members can feel the pain,
and the suffering, we have been went through already since the beginning on Akimine's
case, the suffering in her body system, and how embarrassed and extremely exhausted
she is and includinging myself. we are. Totally exhausted.

Your office proved that these lawyers here on Guam are connected. we don't have

anymore legal office to ask for legal assistance. the appeal board proved what I told Attorney Charles Ray and Agent Kelli Adams in our e-mail communication that it is very hard to find lawyers here because they can contact each other not take our case. we are totally exhausted. The case manager gave the   case number 2016-U104. please, I motion to order our own record based on the case number Miss Walker gave me last night.

  I also understood that Charles Ray still our Attorney. I asked one of the lady work in the Disciplinary Council staff, is attorney Charles Ray still our attorney? she told me yes. I told her, I knew because, I saw his name on the website at the Distric of Columbia Court of appeal. please also help release the record from the US   District Court of Appeal in Washington D.C as well. 2016 CA 002532 B   Civil II

So what I respecfully motion to order, the Judgement, or Court Order. to release our own record file.


Thank you for your cooperation and for your understanding.

Respectfully,

Thasku Joseph

# Xerox WorkCentre 5330
## Transmission Report

| G3-ID | 6714727000 |
| Local Name | FAST COPY |
| Company Logo | SYSTEM MANAGEMENT |

THESE DOCUMENTS on
FAXED ALREADY
June 6th

Date & Time: 06/06/2016 12:49 PM
Page : 1(Last Page)

The job has been sent.
Original Size: 8.5 x 11"

| # | Job | Remote Station | Start Date & Time | Duration | Pages | Protocol | Contents | Status |
|---|-----|----------------|-------------------|----------|-------|----------|----------|--------|
| 1 | 4675 | 2022080858 | 6- 6; 12:36 PM | 13:05 | 8/- | G3 | | Completed |

JUNE 8, 2016

PLEASE SEND ME COPIES THAT OUR

DOCUMENTS FILED WITH U.S. DISTRICT COURT

OF APPEAL WITH YOUR COURT'S STAMP

ON IT. I ALSO HAVE SOME LEGAL DOCUME

NTS THE U.S. DISTRICT COURT OF APPEAL

DOESN'T HAVE. PLEASE ORDER THE

DISCIPILARY COUNCIL TO RELEASE IT TO

THE US DISTRICT COURT OF APPEAL including

THE TAX BRAIN APPLICATION FORM I

Filed as HEAD OF H.O. et. AND THE

2016-FOI-2012 File they have. ALL

OUR ORIGINAL Documents ARE WITH

THEM.

Thank you,
SINCERELY yours,

THASKY JOSEP

**Guam Behavioral Health and Wellness Center**
790 Gov. Carlos G. Camacho Road
Tamuning, Guam 96911
Telephone Number: 647-5440  Fax Number: 649-6948

## PSYCHIATRIC SUMMARY/VERIFICATION OF PSYCHIATRIC ILLNESS

**IDENTIFICATION:**                              DATE:___ April 22. 2016

Name: _____ Akimy Walter _____          Date of Birth: ~~_____~~
Village: _____ Mangilao _____             Social Security Number: ~~_____~~
Phone Number: _____ 997-2439/972-5473 _____   Mailing Address:___ P. O. Box 27677 GMF _
                                         Barrigada. GU  96921

**MEDICAL DATA:**

Diagnosis of Impairment, Medical or Psychiatric:

     Axis  I: _____ Schizophrenia _____

     Axis  II: _____ Deferred _____

     Axis III: _____ Diabetes Mellitus., type 1; Arthirtis and HTN _____

Date of onset of disability; _____ First contact with GBHWC was in August, 1994 _____
Length of treatment: _____ Ongoing _____
Length of time client will be on Medication and on Therapy: _____ Indefinite _____

**This is to verify that client is:**

( )  In good health and is employable.

( )  In poor health, but may be able to work with the following limitations and/or instructions:
    _____

( )  Temporarily incapacitated since _____ due to _____
    _____ may return to work on _____

( x )  Permanently and totally disabled since _____ due to _____ serious mental illness. _

( )  The impairment is severe enough that the patient is in need of a full-time caretaker since _____
    _____ to _____

I do hereby certify that the foregoing
is a full true and correct copy of the
original on file in the Medical Records
branch, Dev. of Mental Health &
Substance Abuse
    4/22  16
    Medical Records Branch

**ASSISTANCE REQUESTED:**

( )  Foodstamps        ( )  Medicaid/MIP      ( )  Family Planning
( )  Welfare           ( )  Housing           ( )  Transportation
                                              ( X )  Other: _GU Legal _
                                                         Services

**Prepared by:**                              **Approved by:**

Name: _____ Marilyn Q. Miral _____            Name: _____ Victor Perez, MD _____

Title: _____ Social Worker III _____          Title : _____ Psychiatrist _____

UNITED STATES TAX COURT

THASKU JOSEPH

Taxpayer, Rep and an a witness

Petitioner(s)

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent

Docket No. _____

RECEIVED
Mail Room

JUN 7 2016

United States Court of
District of Columbia

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, THASKU JOSEPH _____, declare from my personal knowledge that the following facts are true:

[State the facts in as many numbered paragraphs as are needed. Attach additional pages if necessary.]

1. I respectfully, ask the U.S. Tax Court to grant my request based on the true facts and the truly violations admittedly by I.R.S. Intentionally. I kindly request the U.S. Tax Court to orders the IRS to pay us $30 million in Damages caused by IRS. Also based on the truly discovered and finding of violations.

2. Five policy considerations underpin the double jeopardy doctrine: Based on true facts IRS doctrine illegal documented papers for IRS present and future gain. These are the truly serious violations of the Federal laws and the State laws.

3. The Fifth Amendment to the U.S. Constitution provides, "No person shall ... be subject for t [sic same offence. I also respectfully ask the U.S. Tax Court to orders IRS to removes my wife's name from IRS computer data or system just like my name completely and orders to pays us for 2012,2013, and 2014.

4. Based on IRS advice for both of us. I also stated that the date on the declaration of my Rights has been ilegally violated by Jannet K. Fletcher supposed to June 5th 2015 not May 5th 2015. I also declared that IRS ilegally doctrine ilegal method of investigation and recording voice messages

5. I also kindly ask the U.S. Tax Court not grant third party information this part of the doctrine ilegal investigation as well to save my wife's life for her mental illness. I also declared that the legal law firm of Gunliffe,Cook, and their office . here on Guam are also involved pls see attached documented form

I declare under penalty of perjury that the foregoing is true and correct. Executed on _____

_____
[Signature]

OR

[If the declaration is executed outside of the United States:]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on __9/3/2015__ .

State of Guam U.S.A. }
County of Tamuning }

This instrument acknowledged before me this __3rd__ day of __SEPT__ 20__15__ .

by __THASKU JOSEPH__
Witness my hand and official seal.

_____
Notary Public

_____
[Signature]

JEANY T. BONDOC
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: April 02, 2016
P.O. Box 26823 Barrigada, Guam 96921

T.C. FORM 18 (07/12)

UNITED STATES TAX COURT

THASKU JOSEPH

Taxpayer, Rep and an a witness

Petitioner(s)

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent

Docket No. _____

UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, THASKU JOSEPH _____, declare from my personal knowledge that the following facts are true:

[State the facts in as many numbered paragraphs as are needed. Attach additional pages if necessary.]

1. I respectfully, ask the U.S. Tax Court to grant my request based on the true facts and the truly violations admittedly by I.R.S. Intentionally. I kindly request the U.S. Tax Court to orders the IRS to pay us $30 million in Damages caused by IRS. Also based on the truly discovered and finding of violations.

2. Five policy considerations underpin the double jeopardy doctrine: Based on true facts IRS doctrine illegal documented papers for IRS present and future gain. These are the truly serious violations of the Federal laws and the State laws.

3. The Fifth Amendment to the U.S. Constitution provides, "No person shall ... be subject for t [sic same offence. I also respectfully ask the U.S. Tax Court to orders IRS to removes my wife's name from IRS computer data or system just like my name completely and orders to pays us for 2012,2013, and 2014.

4. Based on IRS advice for both of us. I also stated that the date on the declaration of my Rights has been ilegally violated by Jannet K. Fletcher supposed to June 5th 2015 not May 5th 2015. I also declared that IRS ilegally doctrine ilegal method of investigation and recording voice messages

5. I also kindly ask the U.S. Tax Court not grant third party information this part of the doctrine ilegal investigation as well to save my wife's life for her mental illness. I also declared that the legal law firm of Gunliffe,Cook, and their office . here on Guam are also involved pls see attached documented form

I declare under penalty of perjury that the foregoing is true and correct. Executed on _____

_____
[Signature]

OR

[If the declaration is executed outside of the United States:]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on ___9/3/2015___ .

State of Guam U.S.A. }
County of Tamuning }

This instrument acknowledged before me this ___3rd___ day of ___SEPT___ 20 1C .

by ___THASKU  JOSEPH___
Witness my hand and official seal.

_____
Notary Public

_____
[Signature]

JEANY T. BONDOC
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: April 02, 2016
P.O. Box 26823 Barrigada, Guam 96921

T.C. FORM 18 (07/12)

| Form **12257**<br>(September 2012) | Department of the Treasury - Internal Revenue Service<br>**Summary Notice of Determination, Waiver of Right to Judicial Review of a Collection Due Process Determination, Waiver of Suspension of Levy Action, and Waiver of Periods of Limitation in Section 6330(e)(1)** |

Taxpayer name(s)
THASKU JOSEPH

Address *(street)*
PO BOX 5016

| City | State | Zip code |
|---|---|---|
| HAGATNA | GU | 96932 |

Type of tax/tax form
Civil Penalty Assessments / Civil Penalty Assessments

Tax period(s)
12/2011

Social Security/Employer Identification Number(s)
XXX-XX-2253

This waiver concerns the following Collection Due Process (CDP) Notice(s):

☐ Notice of Federal Tax Lien Filing and Your Right to a Hearing *(IRC Section 6320)*

☒ Notice of Intent to Levy and Your Right to a Hearing *(IRC Section 6330)*

I understand that IRC Sections 6320 and 6330 require the Office of Appeals to issue a Notice of Determination after a CDP Hearing. Those sections allow me 30 days to seek judicial review of Appeals determination with Tax Court. A longer period may apply to file a lawsuit with the Tax Court to contest determinations by Appeals regarding innocent spouse (section 6015) or interest abatement (section 6404).

I understand that, if I have requested an IRC Section 6330 hearing, the IRS may not levy to collect the taxes at issue for the period of the hearing, during the 30-day period for seeking judicial review of Appeals' determination and while any timely-requested appeal is pending *(unless an exception to the levy prohibition applies)*. If I have only requested an IRC Section 6320 hearing, the IRS may not levy unless an exception to the levy prohibition applies or I already have been given my IRC Section 6330 hearing rights.

I agree that the Appeals determination shown on the following page, as a Summary Notice of Determination, is appropriate and correct. Because of my agreement, I recognize there is no need for judicial review of the determination, or for the continuation of the levy prohibition or suspension of the statute of limitation on collection and other suspended periods referred to in section 6330(e)(1).

- I waive my right under Sections 6320 and 6330 to request judicial review of an Appeals' Notice of Determination.
- I waive the 30-day suspension of levy action described in section 6330(e)(1) if I have requested an IRC Section 6330 hearing.
- I waive the 30-day suspension of the statute of limitations on collection and other suspended periods referred to in section 6330(e)(1).

If, in accordance with the Appeals' determination, I entered into an offer in compromise, installment agreement, or other collection alternative, I understand that the IRS will not levy my property so long as I comply with the terms of the Appeals' determination, unless levy action is part of the Appeals' determination. If I fail to abide by the terms of the Appeals' determination, the IRS may begin enforced collection actions, including the filing of a lien and/or a levy.

I do not waive my right under Appeals' retained jurisdiction to receive another hearing with Appeals if I disagree with the IRS over how it followed the Appeals' determination.

I do not waive my right under Appeals retained jurisdiction to receive another hearing with Appeals if my circumstances change in a way that affects this determination. I understand that I must first exhaust my administrative remedies before I request a hearing.

Form **2848**
(Rev. July 2014)
Department of the Treasury
Internal Revenue Service

# Power of Attorney
## and Declaration of Representative

▶ Information about Form 2848 and its instructions is at *www.irs.gov/form2848*.

OMB No. 1545-0150

**For IRS Use Only**

Received by:

Name _____
Telephone _____
Function _____
Date __ / __ / __

**Part I  Power of Attorney**

**Caution:** *A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1  Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

| Taxpayer name and address | Taxpayer identification number(s) |
|---|---|

THASKU JOSEPH P.O. BOX 5016 HAGATNA, Gu 96932

Daytime telephone number 671- 687-3214    Plan number (if applicable)

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2  Representative(s)** must sign and date this form on page 2, Part II.

Name and address

THASKU Joseph
Same as above

CAF No. _____
PTIN _____
Telephone No. (671)-687-3214
Fax No. _____

**Check if to be sent copies of notices and communications** ☑    Check if new: Address ☐   Telephone No. ☑   Fax No. ☐

Name and address

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____

**Check if to be sent copies of notices and communications** ☐    Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

Name and address

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____

(Note. IRS sends notices and communications to only two representatives.)    Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

Name and address

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____

(Note. IRS sends notices and communications to only two representatives.)    Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3  Acts authorized (you are required to complete this line 3).** With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| | 1040, 12237, | 2011 |
| ense and certificate of marriage    License# 15725, | | |
| Letter Number & DATE 2015/04/28    Letter number LTR0861C | | 000000 |

**4  Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Use Not Recorded on CAF . . . . . . . . . . . . . ▶ ☐

**5a  Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information):

☐ Authorize disclosure to third parties;   ☑ Substitute or add representative(s);   ☐ Sign a return;

m ☑ tx I am the representative, and the witness of this case against my wife Aximine Walter. I authorize (Janet K Fletcher) to act on my behalf to fax the form to other IRS agencies. I'm sending her

☑ Other acts authorized: ~~tax~~ the reason. I authorize (Janet K Fletcher) because she is the assign IRS Appeal officer. her employee number - 02-76951

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.    Cat. No. 11980J    Form **2848** (Rev. 7-2014)

| Form **2848** | **Power of Attorney** | OMB No. 1545-0150 |
|---|---|---|
| (Rev. July 2014)<br>Department of the Treasury<br>Internal Revenue Service | **and Declaration of Representative**<br>▶ Information about Form 2848 and its instructions is at *www.irs.gov/form2848*. | **For IRS Use Only**<br>Received by:<br>Name _____<br>Telephone _____<br>Function _____<br>Date __ / __ / __ |

**Part I    Power of Attorney**

**Caution:** *A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1    Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

| Taxpayer name and address<br>**Akimine  Walter (Innocent spouse)**<br>P.O.Box 27677 Barrigada, Guam 96921 | Taxpayer identification number(s)<br>~~17~~ |
|---|---|
| | Daytime telephone number     Plan number (if applicable) |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2    Representative(s)** must sign and date this form on page 2, Part II.

| Name and address<br><br>**Thasku Joseph (Witness) and Represenative**<br>P.O. Box 5016<br>Hagatna, Guam 96932<br><br>Check if to be sent copies of notices and communications ☐ | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____<br>Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |
|---|---|
| Name and address<br><br><br><br>Check if to be sent copies of notices and communications ☐ | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____<br>Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |
| Name and address<br><br><br><br>(**Note.** IRS sends notices and communications to only two representatives.) | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____<br>Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |
| Name and address<br><br><br><br>(**Note.** IRS sends notices and communications to only two representatives.) | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____<br>Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3    Acts authorized (you are required to complete this line 3).** With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number<br>(1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable)<br>(see instructions) |
|---|---|---|
| **Appoint Thasku Joseph the witness, husband, rep, and taxpayer to** ⊞ | **married license number -15725** | |
| **& witness to Attorney Charless Ray, Special Agent Kelly Adams** | **Our Attorney & Special Agent** | **2015** |
| **The TIGTA discloser Legal council office in Washington D.C. our** | **(FOIA)** | **2015** |

**4    Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific Use Not Recorded on CAF** . . . . . . . . . . . . . . ▶ ☑

**5a    Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information):

☐ Authorize disclosure to third parties;    ☑ Substitute or add representative(s);    ☑ Sign a return;   **Automatically (ROVOKED) old POA Attorney Charles does all legal issues, deducting his fees, etc and be able to financially deposit all the remaining in  to my wife's B**☑**S**

☑ Other acts authorized:  We respectfully ask our attorney for his professional expited legal assistance  and cooperation to please he⊞ I make request FOIA to TIGTA for cooperation & comply with the  policy at the Department of Justice to released all the money IRS ow*In case of emergency ~~the~~ This POA allows to speak to (TIGTA)*

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.     Cat. No. 11980J     Form **2848** (Rev. 7-2014)

Hello Ms. Walter,
I am in receipt of a complaint you and Mr. Joseph filed with my agency (Treasury Inspector General for Tax Administration) regarding allegations against Internal Revenue Service (IRS) employee Janet Fletcher. For your records, my agency's complaint number is 55-1508-0165-C. I wanted to see if you had any additional information to provide regarding your allegations. If so, I'm happy to schedule time for a telephone interview. If you would like me to deal with Mr. Joseph on your behalf I will need documentation from you authorizing him to represent you, so that I may speak with him regarding your tax matters.

If you have nothing further to provide, I will process your complaint with the information you included in your e-mail to my agency, dated August 26, 2015. Please advise either way.

Thank you very much, and I look forward to hearing back from you.
Regards,

Kelli Adams
Special Agent

Treasury IG for Tax Administration
915 2nd Avenue, Suite 2640
Seattle, Washington 98174

Office: (206) 220-6170

Form **2848**
(Rev. July 2014)
Department of the Treasury
Internal Revenue Service

# Power of Attorney
## and Declaration of Representative

▶ Information about Form 2848 and its instructions is at *www.irs.gov/form2848*.

OMB No. 1545-0150

**For IRS Use Only**
Received by:
Name _____
Telephone _____
Function _____
Date ___ / ___ / ___

**Part I**    **Power of Attorney**

**Caution:** *A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.*

| 1 | **Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7. |
|---|---|

Taxpayer name and address
**Thasku Joseph**
**P.O. BOX 5016 Hagatna, Guam 96932**

Taxpayer identification number(s)

Daytime telephone number
**c/o 671-969-2520**

Plan number (if applicable)

hereby appoints the following representative(s) as attorney(s)-in-fact:

| 2 | **Representative(s)** must sign and date this form on page 2, Part II. |
|---|---|

Name and address
**Attorney Charles Ray**
**1001 16th Street, N.W.**
**Washington DC, 20036**
**Check if to be sent copies of notices and communications** ☑

CAF No. ----------------------------------------
PTIN ----------------------------------------
Telephone No. ----------------------------------------
Fax No. ----------------------------------------
Check if new: Address ☐    Telephone No. ☐    Fax No. ☐

Name and address

**Check if to be sent copies of notices and communications** ☐

CAF No. ----------------------------------------
PTIN ----------------------------------------
Telephone No. ----------------------------------------
Fax No. ----------------------------------------
Check if new: Address ☐    Telephone No. ☐    Fax No. ☐

Name and address

(**Note.** IRS sends notices and communications to only two representatives.)

CAF No. ----------------------------------------
PTIN ----------------------------------------
Telephone No. ----------------------------------------
Fax No. ----------------------------------------
Check if new: Address ☐    Telephone No. ☐    Fax No. ☐

Name and address

(**Note.** IRS sends notices and communications to only two representatives.)

CAF No. ----------------------------------------
PTIN ----------------------------------------
Telephone No. ----------------------------------------
Fax No. ----------------------------------------
Check if new: Address ☐    Telephone No. ☐    Fax No. ☐

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

| 3 | **Acts authorized (you are required to complete this line 3).** With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return). |
|---|---|

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| **to inspect all my doc & be able to settled, process, & deposit my wife's claim and I with legal issues with IRS,TIGTA and etc.** ⊞ | **FOIA, Bank of Guam Account** | **2015** |
| **file lawsuit or settled what ever he thinks better for both of us including U.S. Tax Court, Advocate, Miami Florida settlement office** | **12257,911 form** | |
| **married certicate, innocent spouse, or other legal documents Our attoeney will do all the legal issue we don't understand about** | *55-1508-0141-C TIGTA File* | *Sept 2015* |

| 4 | **Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific Use Not Recorded on CAF** · · · · · · · · · · · · · · · · · · · ▶ ☑ |
|---|---|

**5a   Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information):

☐ Authorize disclosure to third parties;    ☑ Substitute or add representative(s);    ☑ Sign a return;    **Our Attorney Charles Ray is a honest lawyer, what I or we don't understand he knows, how to solve it. This POA allows him get copies from Kelli Adams or to deal with TIG**⊞

*If I make mistake on this POA, I authorize to do the legal issue.*

☑ Other acts authorized:    *I authorize our attorney to review our documents and negociate his legal fee with TIGTA, I or we authorize him to settled and able to financially deposit the remaining money to BOG*

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.    Cat. No. 11980J    Form **2848** (Rev. 7-2014)

Form **2848**

(Rev. July 2014)
Department of the Treasury
Internal Revenue Service

# Power of Attorney
# and Declaration of Representative

▶ Information about Form 2848 and its instructions is at *www.irs.gov/form2848.*

OMB No. 1545-0150

| For IRS Use Only |
|---|
| Received by: |
| Name |
| Telephone |
| Function |
| Date    /    / |

| Part I | Power of Attorney |
|---|---|

**Caution:** *A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1    Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

| Taxpayer name and address | Taxpayer Identification number(s) | |
|---|---|---|
| Thasku Joseph witness,tax payer, and representative for Akimine Walter P.O.BOX 5016 Hagatna, Guam 96932 | | |
| | Daytime telephone number C/O 671-969-2520 | Plan number (if applicable) |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2    Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | | |
|---|---|---|
| I Thasku Joseph represenative for Akimine Walter appoint Kelli Adams as our Attorney in fact to represent Akimine Walter or me to do the legal issue with IRS, US TAX COURT, or all the legal issue. | CAF No. _____ PTIN _____ Telephone No. _____ Fax No. _____ | |
| Check if to be sent copies of notices and communications   ☑ | Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ | |
| Name and address Kelli Adams Address Below | CAF No. _____ PTIN _____ Telephone No. _____ Fax No. _____ | |
| Check if to be sent copies of notices and communications   ☑ | Check if new: Address ☑   Telephone No. ☐   Fax No. ☐ | |
| Name and address INSPECTOR GENERAL FOR TAX ADMINISTRATION (IG:CC:D Office of Chief Counsel Attention: Disclosure Officer 1125 15th St. NW Room 700A Washington, DC 20005 | CAF No. _____ PTIN _____ Telephone No. _____ Fax No. _____ | |
| (Note. IRS sends notices and communications to only two representatives.) | Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ | |
| Name and address | CAF No. _____ PTIN _____ Telephone No. _____ Fax No. _____ | |
| (Note. IRS sends notices and communications to only two representatives.) | Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ | |

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3    Acts authorized (you are required to complete this line 3).** With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| We authorize Kelli Adams to inspect our confidential documents including changes if I made mistake  with the form  (FOIA) I faxed. | 1040  12257(FOIA) | Dec 2011, Sept, 2015 |
| Married certificate | 15725 | May 1997 |
| including the innocent spouse, U.S. Tax Court and other legal issues | | |

**4    Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Use Not Recorded on CAF  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  ▶ ☑

**5a    Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information):

☑ Authorize disclosure to third parties;    ☑ Substitute or add representative(s);    ☑ Sign a return;

We appoint Kelli Adams as our legal attorney to act on our side as our representative to negotiate or make any necessary matters including all the legal issue with the form (FOIA) to be able to process Akimine Walter legal proper matter and I Thasku Joseph.

☑ Other acts authorized: If this POA doesn't indicate any specifi requirements on our side, we also authorize Kelli Adams to do any legal parts to be able to process any financial statement from IRS or the U.S. Tax court or the settlement office in Miami Florida.

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.        Cat. No. 11980J        Form **2848** (Rev. 7-2014)

Form 2848 (Rev. 7-2014)

**b   Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.
List any specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b): We don't authorize Kelli Adams to do any legal finacial issue matter without our knowledge first. I Thasku Joseph have the legal right to know first.

**6   Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you do **not** want to revoke a prior power of attorney, check here . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☑
**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7   Signature of taxpayer.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| Signature | Date | Title (if applicable) |
|---|---|---|
| *[signature]* | 9/24/2015 | Rep and Witness or Tax payer |
| Print Name | | Print name of taxpayer from line 1 if other than individual |

---

**Part II   Declaration of Representative**

Under penalties of perjury, by my signature below I declare that:
- I am not currently suspended or disbarred from practice before the Internal Revenue Service;
- I am subject to regulations contained in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
- I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
- I am one of the following:

a   **Attorney**—a member in good standing of the bar of the highest court of the jurisdiction shown below.

b   **Certified Public Accountant**—duly qualified to practice as a certified public accountant in the jurisdiction shown below.

c   **Enrolled Agent**—enrolled as an agent by the Internal Revenue Service per the requirements of Circular 230.

d   **Officer**—a bona fide officer of the taxpayer organization.

e   **Full-Time Employee**—a full-time employee of the taxpayer.

f   **Family Member**—a member of the taxpayer's immediate family (for example, spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).

g   **Enrolled Actuary**—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).

h   **Unenrolled Return Preparer**—Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have prepared and signed the return. See Notice 2011-6 and *Special rules for registered tax return preparers and unenrolled return preparers* in the instructions (PTIN required for designation h).

i   **Registered Tax Return Preparer**—registered as a tax return preparer under the requirements of section 10.4 of Circular 230. Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have prepared and signed the return. See Notice 2011-6 and *Special rules for registered tax return preparers and unenrolled return preparers* in the instructions (PTIN required for designation i).

k   **Student Attorney or CPA**—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student working in an LITC or STCP. See instructions for Part II for additional information and requirements.

r   **Enrolled Retirement Plan Agent**—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.** See the instructions for Part II.

**Note.** For designations d–f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column. See the instructions for Part II for more information.

| Designation— Insert above letter (a–r) | Licensing jurisdiction (state) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable). See instructions for Part II for more information. | Signature | Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |



# GOVERNMENT OF GUAM

## DEPARTMENT OF PUBLIC HEALTH & SOCIAL SERVICES

### GOVERNMENT OF GUAM
U.S. STANDARD                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

## LICENSE AND CERTIFICATE OF MARRIAGE

LICENSE NUMBER  15725                                    FILE NUMBER

| | |
|---|---|
| 1. GROOM'S NAME (First, Middle, Last) **THASKU  JOSEPH** | 2. AGE LAST BIRTHDAY **36** |

| 3a. RESIDENCE—CITY, TOWN, OR LOCATION Anigua Apt.#3 Anigua | 3b. SS No. FSM PP#M052596 | |
|---|---|---|
| 3c. STATE Guam | 4. BIRTHPLACE (State or Foreign Country) Chuuk | 5. DATE OF BIRTH (Month, Day, Year) |

| 6a. FATHER'S NAME (First, Middle, Last) Komor Joseph | 6b. BIRTHPLACE (State or Foreign Country) Truk Dist. | 7a. MOTHER'S NAME (First, Middle, Maiden Surname) Karemen Andrew | 7b. BIRTHPLACE (State or Foreign Country) Truk Dist. |
|---|---|---|---|

| 8a. BRIDE'S NAME (First, Middle, Last) **AKIMINE MICHICHO WALTER** | 8b. MAIDEN SURNAME (If different) | 8. AGE LAST BIRTHDAY **34** |
|---|---|---|

| 10a. RESIDENCE—CITY, TOWN, OR LOCATION Anigua Apt.#3 Anigua | 10b. SS No. FSM PP#M071295 | |
|---|---|---|
| 10c. STATE Guam | 11. BIRTHPLACE (State or Foreign Country) Chuuk | 12. DATE OF BIRTH (Month, Day, Year) |

| 13a. FATHER'S NAME (First, Middle, Last) Michicho Ukuk | 13b. BIRTHPLACE (State or Foreign Country) Chuuk | 14a. MOTHER'S NAME (First, Middle, Maiden Surname) Aimu Walter | 14b. BIRTHPLACE (State or Foreign Country) Chuuk |
|---|---|---|---|

WE HEREBY CERTIFY THAT THE INFORMATION PROVIDED IS CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF AND THAT WE ARE FREE TO MARRY UNDER THE LAWS OF THIS TERRITORY.

| 15. GROOM'S SIGNATURE | 16. BRIDE'S SIGNATURE ▶ Akimine Michicho Walter |
|---|---|

| This License Authorizes the Marriage in This Territory of the Parties Named above By Any Person Duly Authorized to Perform a Marriage Ceremony Under the Laws of the Territory of Guam | 17. EXPIRATION DATE (Month, Day, Year) MAY 2 9 1997 |
|---|---|

| 18. SUBSCRIBED TO AND SWORN TO BEFORE ME ON: (Month, Day, Year) March 24, 1997 | 19. SIGNATURE OF ISSUING OFFICIAL LETICIA P. FAJARDO | 20. TITLE OF ISSUING OFFICIAL License Officer |
|---|---|---|

| 21. I CERTIFY THAT THE ABOVE NAMED PERSONS WERE MARRIED ON: (Month, Day, Year) May 13 1997 | 22a. WHERE MARRIED—CITY, TOWN, OR LOCATION Office of Vice Speaker Anthony C. Blaz, Agana | 22b. TYPE OF CEREMONY (Religious or Civil) Civil |
|---|---|---|

| 23a. SIGNATURE OF PERSON PERFORMING CEREMONY ▶ | 23b. NAME (Type/Print) ANTHONY C. BLAZ | 23c. TITLE VICE SPEAKER |
|---|---|---|

| 23d. ADDRESS OF PERSON PERFORMING CEREMONY (Street and Number or Rural Route Number, City or Town, State, Zip Code) 155 Hesler Street, Agana, Guam 96910 |
|---|

| 24a. SIGNATURE OF WITNESS TO CEREMONY Print & Sign ▶ LUNDER—LUDWIG | 24b. SIGNATURE OF WITNESS TO CEREMONY Print & Sign ▶ EISER RAYNOD |
|---|---|

| 25. SIGNATURE OF REGISTRAR Print & Sign ▶ CAROLYN R. GARRIDO | 26. DATE FILED BY LOCAL OFFICIAL (Month, Day, Year) MAY 14 1997 |
|---|---|

306859

**CERTIFIED COPY OF VITAL RECORDS**
GOVERNMENT OF GUAM

This is a true and exact reproduction of the document officially registered and placed on file in the office of Vital Statistics, DEPARTMENT OF PUBLIC HEALTH & SOCIAL SERVICES.

DATE ISSUED  AUG 13 2007

*Carolyn R. Garrido*
CAROLYN R. GARRIDO
REGISTRAR

This copy is not valid unless prepared on an engraved border, displaying the date, signature and seal of the Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



C-Line.com
Style #62013  1-888-860-9120



| Notice | CP21C |
|---|---|
| Tax Year | 2011 |
| Notice date | September 2, 2013 |
| Social Security number | |
| Page 2 of 2 | 89H |

**If you don't agree with the changes**

- Call 1-800-829-8374 to review your account. You can also contact us by mail. Fill out the Contact information section, detach, and send it to us with any correspondence or documentation.
- If we don't hear from you, we'll assume you agree with the information in this notice.

**Additional information**

- Visit www.irs.gov/cp21c
- For tax forms, instructions, and publications, visit www.irs.gov or call 1-800-TAX-FORM (1-800-829-3676).
- Keep this notice for your records.

We're required to send a copy of this notice to both you and your spouse. Each copy contains the information you are authorized to receive.

If you need assistance, please don't hesitate to contact us.

Applicability of D.C. Law 19-317: Section 401 of D.C. Law 19-317 provided that the act shall apply only to offenses committed on or after June 11, 2013.

Subchapter II. Bribery

§ 22–711. Definitions.

For the purposes of this subchapter, the term:

(1) "Court of the District of Columbia" means the Superior Court of the District of Columbia or the District of Columbia Court of Appeals.

(2) "Juror" means any grand, petit, or other juror, or any person selected or summoned as a prospective juror of the District of Columbia.

(3) "Official action" means any decision, opinion, recommendation, judgment, vote, or other conduct that involves an exercise of discretion on the part of the public servant.

(4) "Official duty" means any required conduct that does not involve an exercise of discretion on the part of the public servant.

(5) "Official proceeding" means any trial, hearing, investigation, or other proceeding in a court of the District of Columbia or conducted by the Council of the District of Columbia or an agency or department of the District of Columbia government, or a grand jury proceeding.

(6) "Public servant" means any officer, employee, or other person authorized to act for or on behalf of the District of Columbia government. The term "public servant" includes any person who has been elected, nominated, or appointed to be a public servant or a juror. The term "public servant" does not include an independent contractor.

## Attention: motion to order to release and direct deposit her money, in to her personal account the prayer In God we Trust, the innocent people and mental (Akimine Walter)

I, Thasku Joseph, the husband of Akimine Walter, the innocent spouse and mental illness individual. I respectfully motion for your emergency legal assistance to please granted my request regarding this case against Akimine Walter to order the US Treasury Civil Right Division for violation of the law, D.C. Law 19-317: Section 401 of D.C. Law 19-317  The **Chapter 7 Bribery; Obstructing Justice; Corrupt Influence** (2) Knowingly uses intimidating or physical force, threatens or corruptly persuades another person, or by threatening letter or communication, endeavors to influence, intimidate, or impede a witness or officer in any official proceeding, with intent to:

D.C. Law 19-317: Section 401 of D.C. Law 19-317 (1) "Court of the District of Columbia" means the Superior Court of the District of Columbia or District of Columbia Court of Appeals.

These two US Treasury officer 1. Marcia and Lydia sent the innocent and mental individual Akimine  Walter letter last week. I send the DC Court of Appeal to order them to answer my question including the case manager Miss Walker, and send Hellen Special assistance to the Director Shipp ODC. Then ,I send Nancy in this court the letter to prove as evidence.  Your honor,  I respectfully request and motion to order  the US Treasury Civil Right for emergency  court order and  direct deposit her money to her personal bank account in the petition prayer Title (In God We Trust) the United States Court of Appeal has on filed. This is the same case I sent Lydia and Miss Harvey, the Director of the US Treasury Civil Rights and I sent them our legal documents and they confiscated. And this is the same case  I filed with USDOJ Civil Rights last year Dated Aug 21, 2015 Reference



# OFFICE OF DISCIPLINARY COUNSEL

July 21, 2016

**Wallace E. Shipp, Jr.**
*Disciplinary Counsel*

**Elizabeth A. Herman**
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Jennifer Lyman
Julia L. Porter

*Assistant Disciplinary Counsel*
Joseph N. Bowman
Gayle Marie Brown Driver
Hamilton P. Fox, III
Becky Neal
Dolores Dorsainvil Nicolas
Sean P. O'Brien
Joseph C. Perry
William Ross
Clinton R. Shaw, Jr.
H. Clay Smith, III
Traci M. Tait

*Senior Staff Attorney*
Lawrence K. Bloom
Caroll G. Donayre
Jelani Lowery

*Manager, Forensic Investigations*
Charles M. Anderson

*Senior Forensic Investigator*
Kevin E. O'Connell

**CONFIDENTIAL**
Thasku Joseph
P.O. Box 5016
Hagatna, GU 96932

        Re:    **Ray/Joseph**
                 **Undocketed No. 2016-U104**

Dear Mr. Joseph:

    This office has completed its review of your request to have your complaint against Charles A. Ray Jr., Esquire, reconsidered. You contend that Mr. Ray engaged in dishonest behavior while representing your wife, Akimine Walter, in a matter involving the Internal Revenue Service ("IRS"). You have asked our office to review the actions of Mr. Ray.

    We have review the very extensive material you have provided our office. A good deal of the material concerns allegations against the IRS and their agents. These matters you brought to the attention of the proper Treasury officials without success. In addition you have raised questions about our office procedures and staff. I have reviewed these matters and do not find any failures. You may raise these issues with the Board on Professional Responsibility at the following address:

        Board on Professional Responsibility
        430 E Street, N.W.
        Suite 138
        Washington, D.C. 20001
        (202) 638- 4290

    Unfortunately, we do not have sufficient facts which support your complaint about the conduct of Mr. Ray. Accordingly, we decline to open a full investigation. We thank you for bringing your concerns to our attention.

        Sincerely,

        Wallace E. Shipp, Jr.
        Disciplinary Counsel

WES:AW



# OFFICE OF DISCIPLINARY COUNSEL

June 13, 2016

*Wallace E. Shipp, Jr.*
*Disciplinary Counsel*

*Elizabeth A. Herman*
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Jennifer Lyman
Julia L. Porter

*Assistant Disciplinary Counsel*
Joseph N. Bowman
Gayle Marie Brown Driver
Hamilton P. Fox, III
Becky Neal
Dolores Dorsainvil Nicolas
Sean P. O'Brien
Joseph C. Perry
William Ross
H. Clay Smith, III
Traci M. Tait

*Senior Staff Attorney*
Lawrence K. Bloom
Caroll G. Donayre
Jelani Lowery

*Manager, Forensic Investigations*
Charles M. Anderson

*Senior Forensic Investigator*
Kevin E. O'Connell

*CONFIDENTIAL*

Thasku Joseph
P.O. Box 5016
Hagatna, GU 96932

                          Re:    **Ray/Joseph**
                                       **Undocketed No. 2016-U104**

Dear Mr. Joseph:

       I am in the process of personally reviewing your complaint against Charles A. Ray, Jr., Esquire and would appreciate your clarification of certain facts. Please read the following questions and answer them by letter:

1) What is the relationship between Mr. Ray and the Internal Revenue Service ("IRS")?
2) Did either you or your wife retain Mr. Ray for the purpose of representing you in a claim against the IRS?
3) If you retained Mr. Ray to represent you in a claim against the IRS, in which aspect of the case did he agree to provide legal representation?
4) Did you sign a fee agreement with Mr. Ray?

       Once we receive your response by letter, we will contact you to schedule a phone meeting.

                              Sincerely,

                              Wallace E. Shipp, Jr.
                              Disciplinary Counsel

EAH:AW

I received the letter today.

Question below.

1.What is the relationship between Mr. Ray and Internal Revenue Service(IRS)?

Answer- he suppose to settled our money with IRS the settlement officer in Miami Florida (Norma Diaz) based on the IRS POA I signed but he didn't signed and send us copy.

2.Did either you or your wife retain Mr. Ray for the purpose of representing you in a claim against the RS?

Answer: - Yes

3.If you retained Mr. Ray to represent you in a claim against IRS, in which aspect of the case did he agree to provide legal representation?

Answer- he told me to sent him our legal documents,, over the e-mail, he is going to reviewed, evaluate, his fees and sent us how much money we owed him but he never send.

4.Did you sign a fee agreement with Mr. Ray?

Answer- I didn't sign any agreement. I signed POA and authorization letter. and he told me over e-mail coupon times to send him $500.00 but I only send him $200.00. your office suppose to have those receipt Money order.

The new Finding and Discovered in our case is Date April 4th, 2016

Section 142 Magistrates Court Act 1980

Section 37 of the Mental Health Act

Document Confistication Violation of U.S.C. 1952 18

Thank you, I will call you when I have money to load my cell phone.

Thasku Joseph



# OFFICE OF DISCIPLINARY COUNSEL

May 26, 2016

Wallace E. Shipp, Jr.
*Disciplinary Counsel*

Elizabeth A. Herman
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Jennifer Lyman
Julia L. Porter

*Assistant Disciplinary Counsel*
Joseph N. Bowman
Gayle Marie Brown Driver
Hamilton P. Fox, III
Becky Neal
Dolores Dorsainvil Nicolas
Sean P. O'Brien
Joseph C. Perry
William Ross
H. Clay Smith, III
Traci M. Tait

*Senior Staff Attorney*
Lawrence K. Bloom
Caroll G. Donayre
Jelani Lowery

*Manager, Forensic Investigations*
Charles M. Anderson

*Senior Forensic Investigator*
Kevin E. O'Connell

***CONFIDENTIAL***

Thasku Joseph
P.O. Box 5016
Hagatna, GU 96932

**Re:    Ray/Joseph**
**Undocketed No. 2016-U104**

Dear Mr. Joseph:

This office has completed its review of the disciplinary complaint that you filed against Charles A. Ray Jr., Esquire. You state that Mr. Ray was dishonest and violated the privacy of you and your wife, Akimine Walter. You state that Internal Revenue Service ("IRS") framed your wife. You state that Mr. Ray requested $500 to represent you. You are requesting assistance in recovering your money through the IRS.

Upon review, we decline to proceed with a full investigation of your complaint. With regards to your concerns involving Mr. Ray, you failed to provide facts or evidence in support of your allegations of dishonesty and the invasion of privacy. Additionally, Mr. Ray's request for a fee to represent you is not an ethical violation. With regards to your concerns involving the IRS, we do not have jurisdiction over such matters.

Accordingly, we decline to open a full investigation and have closed our file. We thank you for bringing your concerns to our attention.

Sincerely,

Elizabeth A. Herman
Deputy Disciplinary Counsel

EAH:AW



# OFFICE OF DISCIPLINARY COUNSEL

May 20, 2016

Wallace E. Shipp, Jr.
*Disciplinary Counsel*

Elizabeth A. Herman
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Jennifer Lyman
Julia L. Porter

*Assistant Disciplinary Counsel*
Joseph N. Bowman
Gayle Marie Brown Driver
Hamilton P. Fox, III
Becky Neal
Dolores Dorsainvil Nicolas
Sean P. O'Brien
Joseph C. Perry
William Ross
H. Clay Smith, III
Traci M. Tait

*Senior Staff Attorney*
Lawrence K. Bloom
Caroll G. Donayre
Jelani Lowery

*Manager, Forensic Investigations*
Charles M. Anderson

*Senior Forensic Investigator*
Kevin E. O'Connell

**_CONFIDENTIAL_**

Thasku Joseph
P.O. Box 5016
Hagatna, GA 96932

Re:  **Ray/Joseph**
     **Undocketed No. 2016-U104**

Dear Mr. Joseph:

This office is in receipt of the disciplinary complaint that you filed against Charles A. Ray Jr., Esquire, dated March 7, 2016, which our office received on March 17, 2016. We will write to you again after our preliminary inquiry into this matter.

If you have a question regarding this matter, please contact Angela Walker at (202) 638-1501. Please refer to the above-referenced undocketed number in all correspondence and telephone calls.

Sincerely,

Elizabeth A. Herman
Deputy Disciplinary Counsel

EAH:AW



# OFFICE OF DISCIPLINARY COUNSEL

July 21, 2016

***CONFIDENTIAL***
Thasku Joseph
P.O. Box 5016
Hagatna, GU 96932

Wallace E. Shipp, Jr.
*Disciplinary Counsel*

Elizabeth A. Herman
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Jennifer Lyman
Julia L. Porter

*Assistant Disciplinary Counsel*
Joseph N. Bowman
Gayle Marie Brown Driver
Hamilton P. Fox, III
Becky Neal
Dolores Dorsainvil Nicolas
Sean P. O'Brien
Joseph C. Perry
William Ross
Clinton R. Shaw, Jr.
H. Clay Smith, III
Traci M. Tait

*Senior Staff Attorney*
Lawrence K. Bloom
Caroll G. Donayre
Jelani Lowery

*Manager, Forensic Investigations*
Charles M. Anderson

*Senior Forensic Investigator*
Kevin E. O'Connell

Re:    Ray/Joseph
       Undocketed No. 2016-U104

Dear Mr. Joseph:

This office has completed its review of your request to have your complaint against Charles A. Ray Jr., Esquire, reconsidered. You contend that Mr. Ray engaged in dishonest behavior while representing your wife, Akimine Walter, in a matter involving the Internal Revenue Service ("IRS"). You have asked our office to review the actions of Mr. Ray.

We have review the very extensive material you have provided our office. A good deal of the material concerns allegations against the IRS and their agents. These matters you brought to the attention of the proper Treasury officials without success. In addition you have raised questions about our office procedures and staff. I have reviewed these matters and do not find any failures. You may raise these issues with the Board on Professional Responsibility at the following address:

Board on Professional Responsibility
430 E Street, N.W.
Suite 138
Washington, D.C. 20001
(202) 638- 4290

Unfortunately, we do not have sufficient facts which support your complaint about the conduct of Mr. Ray. Accordingly, we decline to open a full investigation. We thank you for bringing your concerns to our attention.

Sincerely,

Wallace E. Shipp, Jr.
Disciplinary Counsel

WES:AW

*Serving the District of Columbia Court of Appeals and its Board on Professional Responsibility*

*515 5th Street NW, Building A, Room 117, Washington, DC 20001 ▪ 202-638-1501, FAX 202-638-0862*



# OFFICE OF BAR COUNSEL
## THE BOARD ON PROFESSIONAL RESPONSIBILITY
### DISTRICT OF COLUMBIA COURT OF APPEALS

515 Fifth Street, N.W.
Building A, Room 117
Washington, D.C. 20001
(202) 638-1501    Fax (202) 638-0862

## COMPLAINT FORM FOR INCARCERATED COMPLAINANT
*(Please print or type.)*

Date: March 7, ~~2015~~ 2016

A.  Your Name: (Dr.)
    (Mr.)
    (Ms.)
    (Mrs.) Thasku                                    Joseph
            (First)              (Initial)              (Last)

DCDC #: _____     Location: _____

Fed. I.D. #: _____     Date of Birth: 01/12/1961

Other Address: P.O. Box 5016
                (Street)
    Hagatna               Guam              96932
    (City)                (State)           (Apt. #)  (Zip)

Court where case is pending: _____    Case No(s): _____

Date of next court appearance: _____    Before Judge: _____

Superior Court ( [ ] )    U.S. District Court ( [ ] )    Other  U.S DOJ

B.  Attorney Complained of:
    Name: Charles              A              Ray
            (First)            (Initial)      (Last)
    Address: 1001 16th St. NW
             (Street)                                   (Apt. #)
    Washington            D.C              20036
    (City)                (State)          (Zip)
    Telephone No.: 202-824-8123              Attorney's Bar No., if known: _____

C.  Have you filed a complaint about this matter anywhere else? yes   If yes, please give details. By e-mail
    and fax IRS, Advocate, TIGTA, U.S.DOJ, U.S. Tax Court, Attorney Charles Ray, U.S
    Treasury. My lawyer, Tigta office, didn't file our documents when I follow up U.S. Tax C

D.  Do you have a written retainer agreement with the attorney? yes   If yes, please attach a copy. POA, &
    Authorization to do the legal matter but he didn't send me copy when signed.

E.  Do you have other documents that are relevant? yes   If yes, please give details and provide copies.
    Our case closed, approved, and signed by the settlement officer in Jacksonville Florida.
    our former lawyer from advocate in odgen, UTHA knew our case closed already.

SEE REVERSE SIDE FOR REQUIRED DETAILS & SIGNATURE ↩

F.   DETAILS OF COMPLAINT: ___ These U.S. Federal Gov IRS & TIGITA doctrine secret fac

to  covered up the truth of illegal violations of all Federal, State,& Internationa

laws within their own legal office system. we had former lawyers including

Charles Ray. they were dishonest & violation our privacy in person&paper

We had four different POA. We have proven solid relevant evidence our side

IRS official stamp on it. IRS frame my wife illegally, invasion of her privacy

in person and paper intentionally &violation of hercivil rights & injured her

including her s.s disabled benefit. after I faxed my legal documents  form

12257 and the innocent spouse to the appeal officer Jannet Fletcher. She

.told me over the phone our case very strong and told me IRS send to

the wrong appeal office in Seattle Wa.Then told me to contact Norma Diaz

in Miami FL. I sined the POA infront Lwer (Cook) and Attney Gunliff trick me.

tort thephone. Ibelieve one of these attorneys filedsuit againstAvon. I had

no idea why I recieved? this letter from American Express in Saltlake City U

I don't understand with the letter.These Fed officers blocked me illegally

to get access to our case with IRS noPOA onfile for me and coveredup &

doctrine illegal method to frame us. and blocked the secret facts for future

investigation for IRS and TIGTA future gain. hid the secret violations all

the laws within their office IRS & TIGTA doctrine to delayed  the petition

and doctrine to cancel to process the petition to filed with U.S. tax court.

our solid and relevant evidences speak the truth to proof the  case our side.

TigtaDarleen tricked me,to waive my wife's rights to frame her illegallywdp

**The Undersigned hereby certifies to the Office of Bar Counsel
that the statements in the foregoing Complaint are
true and correct to the best of my knowledge.**

_____
SIGNATURE

APR-04-2016 MON 01:42 PM NETCOPY          FAX:6717342211          P.001/011

(9392)



# OFFICE OF BAR COUNSEL
### THE BOARD ON PROFESSIONAL RESPONSIBILITY
### DISTRICT OF COLUMBIA COURT OF APPEALS OF DISCIPLINARY COUNSEL

515 Fifth Street, N.W.
Building A, Room 117
Washington, D.C. 20001
(202) 638-1501   Fax (202) 638-0862

APR 0 4 2016

**RECEIVED**



United States Court of Appeals
District of Columbia Circuit

### COMPLAINT FORM FOR INCARCERATED COMPLAINANT
*(Please print or type.)*

Date: APRIL 4, 2016

A. Your Name: (Dr.)
   (Mr.)
   (Ms.)
   (Mrs.)   THASKU                    JOSEPIT
            (First)        (Initial)       (Last)

DCDC #: _____   Location: GUAM

Fed. I.D. #: _____   Date of Birth: _____

Other Address: PO. BOX 5016
               (Street)
               HAGATNA      GU          (Apt. #) 96932
               (City)       (State)              (Zip)

Court where case is pending: _____   Case No(s): _____

Date of next court appearance: _____   Before Judge: _____

Superior Court (___)   U.S. District Court (___)   Other _____

B. Attorney Complained of:
   Name: WE NEED JUSTICE
         (First)        (Initial)       (Last)
   Address: _____
            (Street)                            (Apt. #)

            (City)          (State)          (Zip)
   Telephone No.: _____   Attorney's Bar No., if known: _____

C. Have you filed a complaint about this matter anywhere else? _____ If yes, please give details. _____
   TREATED      UNEQUALLY

D. Do you have a written retainer agreement with the attorney? _____ If yes, please attach a copy. _____

E. Do you have other documents that are relevant? _____ If yes, please give details and provide copies.
   UNCONSTUTIONAL

SEE REVERSE SIDE FOR REQUIRED DETAILS & SIGNATURE ⇨

F. DETAILS OF COMPLAINT: (93.92)

WE NEED THE APPEAL

BOARD TO REVIEW OUR

NEW DISCOVERED OF FACTS

VIOLATION OF OUR

PRIVACY INTENTIONALLY

**The Undersigned hereby certifies to the Office of Bar Counsel
that the statements in the foregoing Complaint are
true and correct to the best of my knowledge.**

SIGNATURE



# OFFICE OF BAR COUNSEL
## THE BOARD ON PROFESSIONAL RESPONSIBILITY
### DISTRICT OF COLUMBIA COURT OF APPEALS

515 Fifth Street, N.W.
Building A, Room 117
Washington, D.C.  20001
(202) 638-1501   Fax (202) 638-0862

## COMPLAINT FORM FOR INCARCERATED COMPLAINANT
*(Please print or type.)*

Date: March 28,2016

A.  Your Name:(Dr.)
(Mr.)
(Ms.)
(Mrs.)  Thasku                          Joseph
(First)          (Initial)          (Last)

DCDC #: _____   Location: Guam USA

Fed. I.D. #: _____   Date of Birth: 01/12/1961

Other Address: P.O.  Box 5016
(Street)                                          (Apt. #)
Hagatna                   Guam                   96932
(City)                    (State)                (Zip)

Court where case is pending: _____   Case No(s) :_____

Date of next court appearance: _____   Before Judge: _____

Superior Court ( ___ )     U.S. District Court ( ___ )     Other Office of Bar Council (Your Office)

B.  Attorney Complained of:
Name: Charles              A              Ray
(First)          (Initial)          (Last)
Address: 1001 16th St. NW
(Street)                                          (Apt. #)
Washington                 D.C               20036
(City)                    (State)                (Zip)
Telephone No.: 202-824-8123        Attorney's Bar No., if known: _____

C.  Have you filed a complaint about this matter anywhere else? yes   If yes, please give details. I believe
our case were settled two times out side court settlement between the  Attorneys
law office of Cook and Gunliffe here on Guam, and our Attorney above Charles Ray.

D.  Do you have a written retainer agreement with the attorney? yes   If yes, please attach a copy. we were
trick to signed the POA.our confidential documents were confisticated.

E.  Do you have other documents that are relevant? yes   If yes, please give details and provide copies.
I had submitted by e-mail and sent by priority mail already with the address above.
I also fooled to signed POA to the IRS appeal officer Jannet and Tigta Kelli Adams

SEE REVERSE SIDE FOR REQUIRED DETAILS & SIGNATURE ➭

F. DETAILS OF COMPLAINT: We are exausted, suffered, imparressed deeply in our body system. our case never reached the court by these people we had expected them do to the settlement and file lawsuit on our behalf. we were ignored by them. they refused to send us our money and send us legal documents. I had called attorney Charles and email him to send us his evaluation and bills for his performance, he never answer me back with my request. we argue over the phone because he told me he didn't find Kelli Adams, Miss Futon and Amy Jones any wrong doing. I ask what about confisticated our documents. he told me, I have to list down my finding 12345 and send him. I told him, I am not a attorney that why I asked for your professional legal assistance. he was shouting told me again list down 12345 and send him compare to his. I also asked him about the referral I send him by e-mail from the DOJ. he lied, he didn't receive. according to his e-mail becuase the referral is out of his job I have to pay him $ 500.00 he is going to start working on my case. I beleive the TIGTA. IRS. and Attorney dealt to covered up everthing on the computer data system to make hard for future investication. Last year 2015 between the month of Oct and Dec I called his office, his secretary told me he is on the phone with IRS. I also called him after I forward him, the FOIA I requested, he told me, he didn't recieved the attachment. I forward to him again. and follow up again, his secretary told me he is on the phone with IRS audit. I also called the office of Amy Jones only answering mechine to leave my name and number.

_Please help us RECOVER OUR money._

**The Undersigned hereby certifies to the Office of Bar Counsel
that the statements in the foregoing Complaint are
true and correct to the best of my knowledge.**

SIGNATURE

**Internal Revenue Service**
IRS - Appeals Office
400 West Bay Street, Suite 252
STOP A
Jacksonville, FL  32202

**Department of the Treasury**

**Person to Contact:**
  Joe M. Breazeale
  Employee ID Number: 0228394
  Tel:   904.665.0975
  Fax:  904.665.1835
**Refer Reply to:**
  AP:FE:JAX:JMB
**In Re:**
  Collection Due Process - Levy
**Tax Period(s) Ended:**
  12/2011

Date: MAY 0 5 2014

THASKU JOSEPH
PO BOX 5016
HAGATNA GU  96932

Dear Mr. Joseph:

Your case has been closed on the basis agreed upon and I have approved the abatement of the civil penalties assessed against you for 2011. I have also approved the Form 12257 waiver that you submitted pertaining to your Collection Due Process request for the tax period identified above. The enclosed copy of the Form 12257 is for your records.

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely,

Franklin D Clark III
Appeals Team Manager

Enclosures:
  Waiver

U.S. Department of Justice

Washington, D.C. 20530
Official Business
Penalty for Private Use $300

Internal Revenue Service
Appeals Processing Section
Mail Stop 55202
Fresno, CA  93888-0700

Official Business
Penalty for Private Use, $300

9693268657 B085

Joseph Thasku
Akimine Walter
P.O. Box 5016
Hagatna, Guam 96932

COPY OF my letter from
these-two
ADDRESS TWO

NEW
COPY OF
PRINT

Thasku Joseph
P.O. Box 5016
Hagatna GU 96932

UNITED STATES POSTAGE
US OFFICIAL MAIL
$300 PENALTY
PRIVATE USE $300
$ 00.48⁵
SEP 18 2015
MAILED FROM ZIPCODE 93727

US OFFICIAL MAIL
$300 Penalty
For Private Use
US POSTAGE
$00.48⁵
12 21 2015
Hasler

9693268657



**U.S. Department of Justice**

Civil Rights Division

*Disability Rights Section - NYA*
*950 Pennsylvania Ave, NW*
*Washington, DC 20530*

DEC 2 3 2015

## Notice of Referral of Complaint

**Reference:** | CTS# 530708; Joseph Thasku and Akimine Walter, Hagatna, GU regarding IRS Appeals Office, Seattle, WA; received by DOJ on August 21, 2015

The Disability Rights Section has received your complaint alleging disability discrimination. After careful review, we have determined that your complaint raises issues that are more appropriately addressed by the Department of the Treasury. We, therefore, have referred your complaint to that agency for appropriate action. The Disability Rights Section will take no further action on the matter that has been referred. To check the status of your complaint, or to submit additional information, please contact the following:

Ms. Mariam G. Harvey
Associate CHCO
U.S. Department of the Treasury
Office of Civil Rights and Diversity
1500 Pennsylvania Avenue, N.W.
ATTN: 1801 L Street, N.W.
Suite 600
Washington, D.C. 20220
(202) 622-0316 (Voice)
(202) 622-7104 (TTY)

DJ# 202-82-0

**Internal Revenue Service**
IRS - Appeals Office
400 West Bay Street, Suite 252
STOP A
Jacksonville, FL  32202

**Department of the Treasury**

**Person to Contact:**
Joe M. Breazeale
Employee ID Number: 0228394
Tel:  904.665.0975
Fax:  904.665.1835
**Refer Reply to:**
AP:FE:JAX:JMB

Date:  MAY 0 5 2014

THASKU JOSEPH
PO BOX 5016
HAGATNA GU  96932

**In Re:**
Collection Due Process - Levy
**Tax Period(s) Ended:**
12/2011

Dear Mr. Joseph:

Your case has been closed on the basis agreed upon and I have approved the abatement of the civil penalties assessed against you for 2011. I have also approved the Form 12257 waiver that you submitted pertaining to your Collection Due Process request for the tax period identified above. The enclosed copy of the Form 12257 is for your records.

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely,

Franklin D Clark III
Appeals Team Manager

Enclosures:
  Waiver

DATE: Aug 30, 2013

Dear IRS Customer Service Rep,

Dear Sir/Madam

I am requesting for a hearing or remove my name completely from IRS public record because I believe that I had done what I suppose to do on my part to eliminate my dept based on IRS instruction and directed me before. I also had submitted to IRS the two forms and I thought this case was closed already. These are the following reason that I did the right way as IRS directed me.

1.  IRS directed me to file an amended return with all ceros income and the IRS Rep, told me to file it and sign it and mail it back to IRS address she gave me long ago before you sent me my two letters. she also told me on the phone that after I mail the amended return with all ceros income with all the ceros in the blank form she sent me. there will be no penalty for me. according to what she told me and I follow.

2. I also wrote to IRS that the AVON INC. in Pasedona California sent me paper form with my EIN number that I have to filed my tax return with IRS since I was Avon Rep, at that time but I did not know that I could end up like this situation.

3. Lastly, I am unable to pay any money. I am disabled person (spinal cord) problem. also please remove my wife's name Akimine Walter because she is not the one filed the Tax return form.

Thank you and I hope you solve this matter as soon as possibe.

Sincerely yours,

Thasku Joseph

# Fax

| | | | |
|---|---|---|---|
| **To:** | BAR COUNCIL | **From:** | THASKU Joseph |
| | | **Pages:** | |
| **Phone:** | | **Date:** | |
| **Re:** | | **cc:** | |

☑ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

● **Comments:**

Supporting EVIDENCE FOR THOSE
DOCUMENTS ALREADY SEND PRIORITY
MAIL AND E-MAIL

**U.S. Department of Justice**

Civil Rights Division

*Disability Rights Section - NYA*
*950 Pennsylvania Ave, NW*
*Washington, DC 20530*

6/29/2016

## Referral of Complaint for Appropriate Action

To:    Ms. Mariam G. Harvey
       Associate CHCO
       U.S. Department of the Treasury
       Office of Civil Rights and Diversity
       1500 Pennsylvania Avenue, N.W.
       ATTN: 1801 L Street, N.W.
       Suite 600
       Washington, D.C.  20220

       Joseph Thasku and Akimine Walter
       P.O. Box 5016
       Hagatna, GU  96932

Reference:    | **CTS # 530708; regarding IRS Appeals Office, Seattle, WA; received by DOJ on June 21, 2016** |

The Disability Rights Section has reviewed the enclosed complaint and determined that it raises issues that are more appropriately addressed by the Department of Treasury under title II of the Americans with Disabilities Act and/or Section 504 of the Rehabilitation Act.  We, therefore, are referring this complaint to Treasury for appropriate action.  This letter serves to notify Treasury and the complainant of this referral.  The Disability Rights Section will take no further action on this matter.

To check the status of the complaint, or to submit additional information, the complainant may contact Treasury at the address above or at the following telephone number(s):

(202) 622-0316 (Voice)
(202) 622-7104 (TTY)

If the agency has any questions or concerns about this referral or believes that it raises issues outside the agency's jurisdiction, please do not hesitate to contact the Department of Justice.

DJ# 202-82-0

**DATE:** Feb 9th, 2016

**TO:United States Tax Court,**

400 Second Street,

NW, Washington, DC 20217

Telephone: 202-521-0700

**FROM**: (Thasku Joseph)The petitioner,witness truly, the original Tax Filer

P.O.Box 5016 Hagatna, Guam 96932

Home phone-C/O 671-969-2520 Cell-671-997-2439 E-mail-  or

Petitioner's Name:

(Thasku Joseph)

V/S

*Responder The Framer IRS*

*IRS Appeal employee (Jannet K. Fletcher) and Settlement Officer (Norma Diaz) and*

(United States IRS) Federal Goverment agencies Involved with (IRS) and the TIGTA employess in Washington D.C including the Law Firms Cook and Gunliff on Guam

**SUBJECT:**   Declaration Of Akimine Walter Civil Rights had been illegally violated without (Due Process of Law) Intentionally by IRS. As well as violation of the International Human Civil Rights Laws, (discrimination ,prejudice, doctrine, and wrongful invasion of  her civil rights as well as violation of her privacy in person and confiscated our 2011 tax documented papers) because of  our nationality and frame us for IRS present and future gain intententionally and unconstitutional and(contempt of the international human civil rights law and totally injustice).

**AFFIDAVIT**

**Demand for past due   payment for all the violation of civil rights laws admittedly by the U.S. Goverment without due process of law Intentionally**

**United States**

Main article: Due Process Clause

confiscation).18 U.S.C. § 249 (Hate Crime Acts);

My name is Thasku Joseph.I am a citizen of the Federated States of Micronesia. and I am the husband of Akimine Walter,and petitioner, the truly witness, as well as the original tax filer for my 2011 tax return I respectfully, ask you honor, to address and reconsider all these illegal method of doctrine secret facts and violation of the (International human civil rights laws,) including violation of Federal laws, and the State laws and discrimination and wrongful invasion of my wife's civil rights has been illegally violated, without reasonable doubt and without due process of law by IRS intentionally. Demand of payment for past due violation all the laws including (International Laws) (U.S. Federal Laws) and the State Laws.

### Our   Family case is Similar to These Cases Below

### Equal protection of the law

n. the right of all persons to have the same access to the law and courts and to be treated equally by the law and courts, both in procedures and in the substance of the law. It is akin to the right to due process of law, but in particular applies to equal treatment as an element of fundamental fairness. The most famous case on the subject is Brown v. Board of Education of Topeka (1954) in which Chief Justice Earl Warren, for a unanimous Supreme Court, ruled that "separate but equal" educational facilities for blacks were inherently unequal and unconstitutional since the segregated school system did not give all students equal rights under the law. It will also apply to other inequalities such as differentials in pay for the same work or unequal taxation. The principle is stated in the 14th Amendment to the Constitution: "No State shall…deny to any person within its jurisdiction the equal protection of the laws."

The Equal Protection Clause was created largely in response to the lack of equal protection provided by law in states with Black Codes. Under Black Codes, blacks could not sue, give evidence, or be witnesses. They also were punished more harshly than whites.[109] In 1880, the Supreme Court stated in *Strauder v. West Virginia* that the Equal Protection Clause was designed to assure to the colored race the enjoyment of all the civil rights that under the law are enjoyed by white persons, and to give to that race the protection of the general government, in that enjoyment, whenever it should be denied by the States.

The Clause mandates that individuals in similar situations be treated equally by the law.[110] Although the text of the Fourteenth Amendment applies the Equal Protection Clause only against the states, the Supreme Court, since *Bolling v. Sharpe* (1954), has applied the Clause against the federal government through the Due Process Clause of the Fifth Amendment under a doctrine called "reverse incorporation."[111][112]

In *Yick Wo v. Hopkins* (1886), the Supreme Court has clarified that the meaning of "person" and "within its jurisdiction" in the Equal Protection Clause would not be limited to discrimination against African Americans, but would extend to other races, colors, and nationalities such as (in this case) legal aliens in the United States who are Chinese citizens:[113][114]

**These provisions are universal in their application to all persons within the territorial jurisdiction, without regard to any differences of race, of color, or of nationality, and the equal protection of the laws is a pledge of the protection of equal laws.**

Fourteenth Amendment to the Constitution, which forbids a State to deny to any person within its jurisdiction the equal protection of the laws, applies to these corporations. We are all of the opinion that it does.[118]

This dictum, which established that corporations enjoyed personhood under the Equal Protection Clause, was repeatedly reaffirmed by later courts.[118] It remained the predominant view throughout the twentieth century, though it was challenged in dissents by justices such as Hugo Black and William O. Douglas.[119]

In the decades following the adoption of the Fourteenth Amendment, the Supreme Court overturned laws barring blacks from juries (*Strauder v. West Virginia*, 1880)[120] or discriminating against Chinese Americans in the regulation of laundry businesses (*Yick Wo v. Hopkins*, 1886),[121] as violations of the Equal Protection Clause. However, in *Plessy v. Ferguson* (1896),[122] the Supreme Court held that the states could impose segregation so long as they provided similar facilities—the formation of the "separate but equal" doctrine.[123]

The Court went even further in restricting the Equal Protection Clause in *Berea College v. Kentucky* (1908),[124] holding that the states could force private actors to discriminate by prohibiting colleges from having both black and white students. By the early 20th century, the Equal Protection Clause had been eclipsed to the point that Justice Oliver Wendell Holmes, Jr. dismissed it as "the usual last resort of constitutional arguments."[125]

Courts have drawn the distinction between criminal proceedings on the one hand, and civil or administrative proceedings on the other, based on the different purposes served by each. Criminal proceedings are punitive in nature and serve two primary purposes: deterrence and retribution. Civil proceedings are more remedial; their fundamental purpose is to compensate injured persons for any losses incurred. Because civil and criminal remedies fulfill different objectives, a government may provide both for the same offense.

The Due Process Clause prohibits state and local government officials from depriving persons of life, liberty, or property without legislative authorization. This clause has also been used by the federal judiciary to make most of the Bill of Rights applicable to the states, as well as to recognize substantive and procedural requirements that state laws must satisfy.

The Equal Protection Clause requires each state to provide equal protection under the law to all people within its jurisdiction. This clause was the basis for *Brown v. Board of Education* (1954), the Supreme Court decision that precipitated the dismantling of racial segregation, and for many other decisions rejecting irrational or unnecessary discrimination against people belonging to various groups.

The second, third, and fourth sections of the amendment are seldom litigated. However, the second section's reference to "rebellion and other crimes" has been invoked as a constitutional ground for felony disenfranchisement. The fifth section gives Congress the power to enforce the amendment's provisions by "appropriate legislation". However, under *City of Boerne v. Flores* (1997), Congress's enforcement power may not be used to contradict a Supreme Court interpretation of the amendment.

compelled the actions and not if the State merely established the process through statute or regulation under which the private party acted."[114]

The rules developed by the Supreme Court for business regulation are that (1) the "mere fact that a business is subject to state regulation does not by itself convert its action into that of the State for purposes of the Fourteenth Amendment,"[a] and (2) "a State normally can be held responsible for a private decision only when it has exercised coercive power or has provided such significant encouragement, either overt or covert, that the choice must be deemed to be that of the State."[b]

These provisions are universal in their application to all persons within the territorial jurisdiction, without regard to any differences of race, of color, or of nationality, and the equal protection of the laws is a pledge of the protection of equal laws.

## The Foundation of International Human Rights Law

Humberto Calamari of Panama, Vice-Chairman of the UN General Assembly's Third (Social, Humanitarian and Cultural) Committee, presiding, in 1958, over a meeting on the draft International Covenant on Civil and Political Rights - which built on the achievement of the Universal Declaration of Human Rights, using it as its foundation.

The Universal Declaration of Human Rights is generally agreed to be the foundation of international human rights law. Adopted in 1948, the UDHR has inspired a rich body of legally binding international human rights treaties. It continues to be an inspiration to us all whether in addressing injustices, in times of conflicts, in societies suffering repression, and in our efforts towards achieving universal enjoyment of human rights.

It represents the universal recognition that basic rights and fundamental freedoms are inherent to all human beings, inalienable and equally applicable to everyone, and that every one of us is born free and equal in dignity and rights. Whatever our nationality, place of residence, gender, national or ethnic origin, colour, religion, language, or any other status, the international community on December 10 1948 made a commitment to upholding dignity and justice for all of us

## Foundation for Our Common Future

Over the years, the commitment has been translated into law, whether in the forms of treaties, customary international law, general principles, regional agreements and domestic law, through which human rights are expressed and guaranteed. Indeed, the UDHR has inspired more than 80 international human rights treaties and declarations, a great number of regional human rights conventions, domestic human rights bills, and constitutional provisions, which together constitute a comprehensive legally binding system for the promotion and protection of human rights.

Whereas the peoples of the United Nations have in the Charter reaffirmed their faith in fundamental human rights, in the dignity and worth of the human person and in the equal rights of men and women and have determined to promote social progress and better standards of life in larger freedom,

Whereas Member States have pledged themselves to achieve, in co-operation with the United Nations, the promotion of universal respect for and observance of human rights and fundamental freedoms,

Whereas a common understanding of these rights and freedoms is of the greatest importance for the full realization of this pledge,

Now, Therefore THE GENERAL ASSEMBLY proclaims THIS UNIVERSAL DECLARATION OF HUMAN RIGHTS as a common standard of achievement for all peoples and all nations, to the end that every individual and every organ of society, keeping this Declaration constantly in mind, shall strive by teaching and education to promote respect for these rights and freedoms and by progressive measures, national and international, to secure their universal and effective recognition and observance, both among the peoples of Member States themselves and among the peoples of territories under their jurisdiction.

**Article 3.**

- Everyone has the right to life, liberty and security of person.

## Article 7.

- All are equal before the law and are entitled without any discrimination to equal protection of the law. All are entitled to equal protection against any discrimination in violation of this Declaration and against any incitement to such discrimination.

**Article 12.**

- No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honour and reputation. Everyone has the right to the protection of the law against such interference or attacks.

## Article 16.

- (1) Men and women of full age, without any limitation due to race, nationality or religion, have the right to marry and to found a family. They are entitled to equal rights as to marriage, during marriage and at its dissolution.

  - (2) Marriage shall be entered into only with the free and full consent of the intending spouses.



**IN GOD WE TRUST**

<u>**Date**</u>: Nov 3, 2015

<u>**REPESENATIVE & WITNESS**</u> Thasku Joseph <u>**OR INNOCENT SPOUSE**</u> Akimine Walter
<u>**SUPPORTING AND POWER OF MIRACLE PRAYER WITH THE RECORD# 2016-FOI-00012**</u>
<u>**CONFIRMED TO PROCESS asap had filed ALREADY**</u>

<u>**To**</u>:Treasury Inspector General for Tax Administration
Office of Chief Counsel - Disclosure Branch
City Center Building
1401 H Street, NW, Suite 469
Washington, DC 20005
Facsimile: (202) 622-3339
E-mail: FOIA. Reading. Room@tigta. treas.gov

Dear Mr. Joseph,

Please see the attached "Request for additional information" letter and respond as soon as
possible. Also, please send us your current mailing address, in the event that we need to mail
correspondence to you. Also, please provide us with your current telephone number.

If you have any questions, please contact me.

Thank you.

Darlene Fulton

Government Information Specialist

Office of Chief Counsel, Disclosure Branch
Treasury Inspector General for Tax Administration (TIGTA)

<u>(202) 622-3889</u> - Direct

<u>(202) 622-4068</u> - Main

<u>**Fr:**</u> Thasku Joseph & Akimine Walter

P.O. Box 5016 Hagatna, Gu 96932 Phone-671-969-2520 Cell-671-864-4907

<u>**Subject:**</u> Please deposit all the money in to the B.O.G. account  routing
urgently.

## PREAMBLE

**Whereas recognition of the inherent dignity and of the equal and inalienable rights of all
members of the human family is the foundation of freedom, justice and peace in the world**

**Whereas disregard and contempt for human rights have resulted in barbarous acts which
have outraged the conscience of mankind, and the advent of a world in which human
beings shall enjoy freedom of speech and belief and freedom from fear and want has been
proclaimed as the highest aspiration of the common people**

**Article 1.**

- All human beings are born free and equal in dignity and rights. They are endowed with reason and conscience and should act towards one another in a spirit of brotherhood.

**Article 3.**

- Everyone has the right to life, liberty and security of person.

**Article 6.**

- Everyone has the right to recognition everywhere as a person before the law.

**Article 7.**

- All are equal before the law and are entitled without any discrimination to equal protection of the law. All are entitled to equal protection against any discrimination in violation of this Declaration and against any incitement to such discrimination.

**Article 8.**

- Everyone has the right to an effective remedy by the distinction national tribunals for acts violating the fundamental rights granted him by the constitution or by law.

**Article 12.**

- No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honors and reputation. Everyone has the right to the protection of the law against such interference or attacks.

<u>Declaration of my legal Rights to demand and receive the money or all my $30 million dollars in the petition with the U.S. TAX Court. TIGTA record file # 55-1508-0165-C send to TIGTA by Thasku Joseph. Including the Settlement office in Miami FL. Dated Aug 6, 2015. Address to Norma Diaz. I make request demanding to pay all the past due payment and deposit in to my Bank of Guam Account number⌀~~~~~~~~~~~~~~routing #~~~~~~~~~~~~~</u>

I, Akimine Walter have legal right and make request with the (FOIA) to receive all the corrospondence, copies, and specific records pursuant of the (FOIA) file #2016-FOI-00012. I, Akimine Walter stated that, I authorize Thasku Joseph, the witness, original tax filer, witness, my husband, and representative on my behalf to receive all the copies, corosponse copies, and the specific records with the TIGTA office. His mailing addresses P.O.BOX 5016 Hagatna, Gu 96932 My mailing address P.O. Box 27677 Barrigada, Gu 96921. Our phone where you can leave message- 671-969-2520. Our cell phone-671-864-4907. This request to support the FOIA had filed already and the request from Miss Futon to support all the information she needs had confirmed already. record number 55-1508-0165-C or FOIA File record # 2016-FOI-00012. I swear and affirm, under oath and penalty of perjury, all these entire instruments from top to

bottom are true and correct for the best of my knowledge. My name and signatures below has proven including these entire instrument with one Notarized and date of my signature.

## Suffering in Silently Prayer

"Lord, please touch these people's heart, fill with your love and urgent cooperation and comply with my request in the FOIA. Jesus our Lord, make them understand that, U.S. Government owned us money for past due payment. according to the (FOIA) I filed already, I made request demanding the Government IRS, or Office of the Chief Council in Washington D.C. who's responsible    to release the funding and direct deposit in to the Bank account, the routing number is in the FOIA    documented    paper Amen."

**President Obama and Attorney General Holder have directed agencies to apply a presumption of openness in responding to FOIA requests. Attorney General Holder emphasized that the President has called on agencies to work in a spirit of cooperation with FOIA requesters. The Office of Information Policy at the Department of Justice oversees agency compliance with these directives and encourages all agencies to fully comply with both the letter and the spirit of the FOIA.**

## WITNESS PRAYER'S NAME

### Thasku Joseph and Akimine Walter

Dear Lord,

We thank you Lord for the power to allow me and witness the truth of your name (Jesus Christ) our savior to guide us through the hard process of our case. We thank you Lord, for your assistance and for your cooperation and especially for your direction you give us in your own word to witness the truth of this case against Akimine Walter and I, Thasku Joseph. Furthermore, we thank you Lord for your power and the miracles of your name our Lord, this is the main reason we reach at this stage today.    Jesus, we also thank you to make us stronger and have confidence with your power, to stick with all the suffering and all the problems of our life we passed through already. we believe in your name Jesus, that no one above you (LORD)and you have reason to used us to witness the past due violations of your nation's law the Government owe us till today. (**People are Born Equal**). I respectfully make request with the (FOIA) and witness the truth in your name Jesus that I, Thasku Joseph and Akimine Walter want to receive the (FOIA) first, I made request the record number 55-1508-0165-C or file # 2016-FOI-00012. I, respectfully ask the power and the miracle in your name Jesus, and the permission to allow us to receive our own copies belong to us legally first. We ask in your name Lord, to touch the heart of those people have responsible to release all the money for past due payment IRS owed us. and I also ask in your name Jesus, with peace and with your love, to

make them understand all these people Attorney Charles Ray, Kelli Adams, and Mrs. Futon from TIGTA office. I, Thasku Joseph, declared under oath and perjury in your name our Lord and the law of the United States of America, that we have legal right to receive our own copies of the (FOIA) I submitted already.

President Obama and Attorney General Holder have directed agencies to apply a presumption of openness in responding to FOIA requests. Attorney General Holder emphasized that the President has called on agencies to work in a spirit of cooperation with FOIA requesters. The Office of Information Policy at the Department of Justice oversees agency compliance with these directives and encourages all agencies to fully comply with both the letter and the spirit of the FOIA.

Please give us with the power in your name Jesus. Additionally, please allow the TIGTA office to send us over attachment e-mail or tell us over phone as soon as possible before anybody else. I ask you Lord the permission to deduct the processing fees from our own money IRS owed us. I also request two set copies one for us,    and one for him attorney Charles Ray to review as long as they deducted the processing fees from the money IRS owed us, according to my e-mail to attorney Charles Ray. If attorney Charles misunderstood me, please make him understand and peace in his heart Lord. I also ask you Jesus, to feel attorney Charles Ray, with the love of your blood and guide him the right direction to follow you, and bless him with your name Jesus. Especially, please control our case with your power of miracle, and eliminate the negatives facts that against your will O Lord. Lastly, please make peace in their heart of those people against us, and please forgive them and bless them in your name Jesus.    Amen.

**President Obama and Attorney General Holder have directed agencies to apply a presumption of openness in responding to FOIA requests. Attorney General Holder emphasized that the President has called on agencies to work in a spirit of cooperation with FOIA requesters. The Office of Information Policy at the Department of Justice oversees agency compliance with these directives and encourages all agencies to fully comply with both the letter and the spirit of the FOIA.**

*I, declare under penalty of perjury of the laws of the United States that the foregoing is true and correct..*

Date Executed: Nov 3/15 2015. *I am Akimine Walter*

Signature: *Akimine Walter*

**State of Guam U.S.A }**
**County of Tamuning }**
     This instrument acknowledged before me this 3rd day of November 20 15.
by _____ Akimine M. Walter _____
     Witness my hand and official seal.
_____
Notary Public

MARIA MB DELLOMAS
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: JULY 07, 2018
PMB 884 111 Chalan Balako Machanao
Dededo, Guam 96929



DATE: Dec 5 2016

Your honor, brothers, and sisters in the name of our Lord,

Please allow me to introduce my name, My name is Thasku Joseph. I am the husband of my innocent spouce Akimine Walter. I also want to thanks to the Lord for this moment for allowing me to share you my personal believe and faith, in the name of the Lord Jesus christ our savior. For we don't want to prossecide the defendants. We Let the Court decide on its own OPINION.

All I want to ask the court to order to send us our money, especially the innocent Spouse (Akimine Walter.) Please allow me to share with you some scripture from the words of God. According to Jesus is own words. MATTHEW (chp: 22 35-39)

And one of them, A Lawyer, Ask him a question to test him. Teacher, which is the great Commandment in the LAW?
And he said to him, you shall Love the Lord Your God with all your heart and with all your soul and with all your mind. This is the great and first Commandment.
And second is Like it, you shall love your neighbor as yourself.

Thank you, and God bless you.

Sincerely yours,
Thasku Joseph

RECEIVED
Mail Room

DEC - 9 2016

D. Caesar, Clerk of Court
District of Columbia

Thasku Joseph

Date: Dec 5th, 2016

P.O.Box 5016 Hagatna, Guam 96932



U.S. District Court for the District of Columbia
333 Constitution Avenue, NW
Clerk's Office, Room 1225
Washington, DC 20001

Express Objection: The letter I received  is covered up the truth discovery of violation(contempt of court) before, and  to the present during the proceeding of court  Dated Sept 1st 2016. And to influence to delay or prevent the truthful testimony of the person in an official proceeding. ¡,Violation Obstructive of Justice ,2Violation denial of access to any legal process ,3And violation repeated failure of authorities to end breaches of a right ,4Violation of our civil rights (without Due process) T/J

1. The letter is violation of obstructive of Justice, to corrupt influence to delay the discovery of violation of the laws.

2.  I don't trust the letter from room 1225 where Mike Darby Works.

3. The letter send after I filed the protective order Nov 8th, 20016 and Petition to have access to the law and Court. Pursuant to 42 U.S.C filed by a petitioner incarcerated.

4. I trust the Clerk of Court Angela D. Caeser Based on my believe and the direction of her office with the Pro- Se form with her name in it. to release the docket case number within six weeks Dated back September 1st 2016. Supposed to be in the mid of October.

5. Some of my documents were missing and some are added to delay this case for correction. (tampering of evidence) document confistication violation of 18 U.S.C. 1952

6. The letter is doctrine no signature or initial of the  Active Judge  not Chief Judge.

7.  The letter is covered the truth of discovery of violation contempt of court for innocent spouse before  to present  (Power of indivual Judges) Title 18 of the U.S. Code and 2. U.S. Code Rule 42.( reference Page 177) The Rule of the Court of District of Columbia

8. I have legal right to petition directly to the Chief Judge. Pursuant to 42 U.S.C filed by a petitioner Incarcerated. When I have been blocked to access to the court from this court.(without Due process) or Report to the Director of dispute Committee, T/J objection the order,

I, Thasku Joseph the plaintiff and petitioner declared and affirm under oath of penalty of perjury, that all the statements above are true and correct.

Date: Dec 5th 2016   Name: Thasku Joseph Signature

Case 1:16-cv-02460-UNA   Document 5   Filed 12/19/16   Page 495 of 506

PRO-SE FOR NON-PRISON

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

### INSTRUCTIONS FOR FILING A CIVIL COMPLAINT (NON-PRISONER)

Angela's NAME

MISSING

Missing

Thasku Joseph                                          Date: Dec 3, 2016

P.O.Box 5016 Hagatna, Guam 96932

Phone-671-972-7927 E-mail-thaskuj@gmail.com

*attached
evidence
Attorney's
recieved
the money
order*

Unites States District  and Bankruptcy

U.S. District Court

333 Constitutional Avenue NW

Washington D.C. 20001

## Affidavit

## Express Petition and Complaint

## Demand  Court order to pay us. For damages. We can't file suit, be witness,

Pursuant to 42 U.S.C 1983 filed  by a petitioner incarcerated

Thasku Joseph

Plaintiff

VS

Mike Darby and others
Defendants please see other page for defendant's name

(A) I, Thasku Joseph, the plaintiff, petitioner, and witness respectfully, requesting the
Court to order all the defendants  to pay us for damages. We are suffering too long
without any reason. All these defendants new our case  was  closed since may 5th 2014.
And the form 12257 to file a lawsuit for innocent spouse. They took advantage of us and

our legal documents to their own gain, as well as abused us repeatedly. They knew our case involved violation of the laws  including the following below. (Causes of Action)

1. corruption 2.prejustice 3.discrimination 4.unconstutional 5.without due process 6.racism 7.contempt of Court 8. invasion of our privacy in 9.person and10. paper 11 12. Documents confiscation and totally injustice.

B.) I, Thasku Joseph, the petitioner and plaintiff may ask the Court  not to changed the date Sept 1,2016. This  is  true fact and relevant evidence that Mike Darby doctrine to impede to delay this case until today. Contempt of Court (Power of Individual Judge)

1.Title 18 of the United States Code 2.and U.S code under Rule 42.I also e-mail the Clerk  Angela D. Caeser to file a protective order not to communicate with Mike Darby and release the final Judgment. I also told Mrs. Watson about Mike that he was dishonest and lied to me the name of the Judge. (Moss Granted) I may ask the Court to see all my legal documents to prove this case that this case should closed long ago. All these lawyers were lied to covered up the truth and defend each other. Even the Director of office of Disciplinary Council Wallace Ship dishonest that our former lawyer didn't earn the $200.00  please see money order receipt and the priority mail tracking number 7015-1730-0002-2104-5066 and his office received the money order.

C.) I, Thasku Joseph the petitioner may ask the Court to allow me to communicate with Angela Caeser on this case based on Pro-Se for non prisoner incarcerated for civil suit with her name on it. And I trusted her, since I and her talked that I trusted her she told me yes, yes. About the documents I signed to share secret I asked her, if I can send her my documents, she said yes. The Chief Judge (Richard W. Robert) not Beryl A. Howell.

I, Thasku Joseph, declared and Stated  under oath and penalty of perjury, that  all the statements in the entire instrument are true and correct.

Executed  Date:. Dec _3rd_ 2016       Thasku Joseph
Signature_____

## COURT PERSONNEL

### Chief Judge
Richard W. Roberts, Rm. 4535 — (202) 354-3400

### Active Judges
Emmet G. Sullivan, Rm. 4935A — (202) 354-3260
Colleen Kollar-Kotelly, Rm. 6939A — (202) 354-3340
Reggie B. Walton, Rm. 6403A — (202) 354-3290
Richard J. Leon, Rm. 6315 — (202) 354-3580
Rosemary M. Collyer, Rm. 2528 — (202) 354-3560
Beryl A. Howell, Rm. 6600 — (202) 354-3450
James E. Boasberg, Rm. 6321 — (202) 354-3300
Amy B. Jackson, Rm. 2528 — (202) 354-3460
Rudolph Contreras, Rm. 4903 — (202) 354-3520
Ketanji B. Jackson, Rm. 6309 — (202) 354-3350
Christopher R. Cooper, Rm. 6903 — (202) 354-3480
Tanya S. Chutkan, Rm. 2309 — (202) 354-3390

### Senior Judges
Thomas F. Hogan, Rm. 4012A — (202) 354-3420
Gladys Kessler, Rm. 4006A — (202) 354-3440
Paul L. Friedman, Rm. 6012A — (202) 354-3490
Royce C. Lamberth, Rm. 2010A — (202) 354-3380
Ellen Segal Huvelle, Rm. 4423A — (202) 354-3230
John D. Bates, Rm. 4114 — (202) 354-3430

### Magistrate Judges
Deborah A. Robinson, Rm. 2315 — (202) 354-3070
Alan Kay, Rm. 2333 — (202) 354-3030
John M. Facciola, Rm. 2321 — (202) 354-3130

### Bankruptcy Judge
S. Martin Teel, Jr., Rm. 2114 — (202) 565-2534

### Clerk of Court
Angela D. Caesar, Rm. 1130 — (202) 354-3050

**Receipt 1 (top left)**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AttW Office of Charles Bw
6601 (6th St. NW
WOSHINGTON D.C
2003G

3. Service Type
☐ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service labe)   7015 1730 0002 2104 5066

S Form 3811, July 2013   Domestic Return Receipt

**Receipt 1 (top right, COMPLETE THIS SECTION ON DELIVERY)**

A. Signature
X KSDell
B. Received by (Printed Name)   C. Date of Deliver
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

**Receipt 2 (top, SENDER: COMPLETE THIS SECTION)**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AttN MIKE DARBY RM:
1225
U.S. Court of Appeal
Dist of Columbia Circuit
333 Constitutional Av NW
Washington D.C. 20001-2886

2. Article Number (Transfer from service label)
7016 1370 0001 4913 8226

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Piece

**Receipt 2 (COMPLETE THIS SECTION ON DELIVERY)**

A. Signature
X
B. Received by (Printed Name)   C. Date of Delivery
Mail Room
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Priority Mail Express®
☐ Adult Signature   ☐ Registered Mail™
☐ Adult Signature Restricted Delivery   ☐ Registered Mail Restricted
☐ Certified Mail®   Delivery
☐ Certified Mail Restricted   ☐ Return Receipt for
   Delivery   Merchandise
☐ Collect on Delivery   ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery   ☐ Signature Confirmation
☐ Insured Mail   Restricted Delivery
☐ Insured Mail Restricted Delivery
(over $500)

**Receipt 3 (bottom left, SENDER)**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

ANGELA D. Caesar
Cm 1130
U.S. Court of Appeals
District of Columbia Circuit
333 Constitution Av, NW
Washington DC 20001-2866

Article Number
(Transfer from serv   7015 1660 0000 0546 7031

PS Form 3811, February 2004   Domestic Return Receipt

**Receipt 3 (COMPLETE THIS SECTION ON DELIVERY)**

A. Signature
X
☐ Agent
☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

Angela D. Caesar, Clerk of Court
U.S. Court, District of Columbia

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

102595-02-M-1540

**Receipt 4 (bottom, SENDER)**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Court of
Appeals District of
Columbia, District 333
Constitutional Ave NW DC
20001-2866

2. Article Number (Transfer from service label)
EM 7161 2547 27 US

9590 9403 0620 5183 0583 31

PS Form 3811, April 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**Receipt 4 (COMPLETE THIS SECTION ON DELIVERY)**

A. Signature
X
☐ Agent
☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
Mail Room

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature   ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery   ☐ Registered Mail™
☐ Certified Mail®   ☐ Registered Mail Restricted
☐ Certified Mail Restricted Delivery   Delivery
☐ Collect on Delivery   ☐ Return Receipt for
☐ Collect on Delivery Restricted Delivery   Merchandise
☐ Insured Mail   ☐ Signature Confirmation™
☐ Insured Mail Restricted Delivery   ☐ Signature Confirmation
(over $500)   Restricted Delivery



# OFFICE OF DISCIPLINARY COUNSEL

Wallace E. Shipp, Jr.
*Disciplinary Counsel*

Elizabeth A. Herman
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Jennifer Lyman
Julia L. Porter

*Assistant Disciplinary Counsel*
Joseph N. Bowman
Gayle Marie Brown Driver
Hamilton P. Fox, III
Becky Neal
Dolores Dorsainvil Nicolas
Sean P. O'Brien
Joseph C. Perry
William Ross
Clinton R. Shaw, Jr.
H. Clay Smith, III
Traci M. Tait

*Senior Staff Attorney*
Lawrence K. Bloom
Caroll G. Donayre
Jelani Lowery

*Manager, Forensic Investigations*
Charles M. Anderson

*Senior Forensic Investigator*
Kevin E. O'Connell

November 8, 2016

***CONFIDENTIAL***
Thasku Joseph
P.O. Box 5016
Hagatna, GU 96932

Re:    Ray/Joseph
Undocketed No. 2016-U104

Dear Mr. Joseph:

We have reviewed the extensive material that you submitted regarding your disciplinary complaint against Charles A. Ray Jr. Esquire as well as the computer docket sheet in the matter styled *Charles A. Ray Jr. v. Loeta Reed,* Case No. 2016 CA 002532, which was before the Superior Court of the District of Columbia.

We decline to continue investigating this matter. You informed our office that you paid Mr. Ray $200 to represent your wife in a matter before the Internal Revenue Service. We cannot find evidence showing that Mr. Ray did not earn this fee.

This file remains closed. Thank you for your cooperation in this matter.

Sincerely,

Wallace E. Shipp, Jr.
Disciplinary Counsel

WES:AW

**DATE:**         March 3rd, 2016

**TO:**         Law Offices of Charles A. Ray

         1001 16<sup>th</sup> Street, N.W.

         Washington, D.C. 20036

         Tel: 202-824-8123

         Fax: 202-824-0640

**FROM:**         Thasku Joseph

         P.O. Box 5016  Hagatna, Guam 96932

         Phone:C/O 671-969-2520

**SUBJECT:**    Please send us all the legal documents including financial         statements
the money ,you have for Akimine Walter, and I, Thasku         Joseph

Dear Attorney Ray,

First of all, I would like to thanks our Lord for allowing me to communicate with you in this letter. On behalf of Akimine Walter my wife, I respectfully ask you for your urgent legal assistance to release everything you have for Akimine Walter. I understood that, you can't release any financial information over e-mail and telephone communication. especially, you need the $ 500.00 dollars as you mention to me several times including the settlement office in Miami Florida. Norma Diaz as told me to pay her office, and the IRS repesenatives told me to pay you.

Well, Attorney  Charles Ray, I wanted to aplogize for paying you that amount of money at this moment, but I want to be honest with you, and make you understand our family situation, that we have been struggling for paying our family funeral expenses few months ago until now we still pay the funeral home.  Additionally, our own family financial situation we still have diffulties to manage to support our own family.

I promise you, I will, or we will, pay you the remaining balance that we owed you. please help us send us the money,the financial legal documents (legal agreement settlement) and release everything you have for Akimine Walter or I since you have everything on our behalf. we have trust in you, this is the reason we choose you as our attorney.

Again, thank you very much for your cooperation and for your legal assistance.

Respectfully,

Our family,  Akimine Walter and Rep, Thasku Joseph witness and husband.

ODC had this document

## UNITED STATES POSTAL SERVICE ® — CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

**Fax**

Pay to: LAW Office of Attorney
Address: Charles KAY 1001 St, NW
Washington DC 20036

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 23396461547

Year, Month, Day: 2016-03-04    Post Office: 96911B    Amount: $200.00    Clerk: 05

---

To: BAR Council        From: FHASKU Joseph SCANNED
                                    MAR 28 2016

Pages:

Phone:        Date:        OFFICE OF DISCIPLINARY COUNSEL

Re:        CC:

                                    MAR 28 2016

☑ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

RECEIVED

● Comments:

Supporting EVIDENCE FOR THOSE
Documents ALREADY SEND PRIORITY
MAIL AND E-MAIL






UNITED STATES
POSTAL SERVICE®

1021

20001

U.S. POSTAGE
PAID
HAGATNA, GU
96910
DEC 02 16
AMOUNT

**$24.75**

R2304E106548-06

PF

★ **MAIL** ★

VISIT US AT USPS.COM™
ORDER FREE SUPPLIES ONLINE

**FROM:**

THAKU JOSEPH
P.O. BOX 5016 HAGATNA
GU 969

**TO:**







DEC
2
2016

□ Documents  □ Commercial sample  □ Merchandise  □ Dangerous Goods
□ Gift  □ Humanitarian Donation  □ Other

Detailed description of contents (1) | Qty (2) | Weight (3) lb. oz. | Value (4) (US $) | HS Tariff # (5) | Country of Origin (6)

Totals (7)

AES Exemption (8)
□ NOEEI § 30.37(a)  □ NOEEI § 30.37(b)
□ NOEEI § 30.37(a)  □ NOEEI § 30.37(h)

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable exporting filing requirements under federal law and regulations.

Sender's Signature and Date (9)

PS Form 2976, July 2013  PSN 7530-01-000-9833

Hagatna
Mail Room

DEC 8 2016

D. Caesar, Clerk of Court
Dist. District of Columbia



**A Prayer**
**For Those Who Live Alone**

I live alone, dear Lord, stay by my side,
In all my daily needs be my guide.

Grant me good health, for that I pray,
    To carry on my work from day to day.

Keep pure my mind, my thoughts,
    my every deed,
        Let me be kind and unselfish
        in my neighbor's need.

Spare me from fire, from flood and
    Malicious tongues,
        From thieves, from fear, and evil ones.

If sickness or an accident befall,
    Then humbly, Lord, I pray, hear my call.

And when I'm feeling low, or in despair,
    Lift up my heart, and help me in my prayer.

I live alone, dear Lord, yet have no fear,
    Because I feel Your presence ever near.
    Amen.

35-1534    Artwork ©
Reproducta Inc.
New York

